

# Case Assignment
# Standard Civil Assignment

Case number **5:12CV-127-R**

Assigned : Senior Judge Thomas B. Russell
Judge Code : 4413

Assigned on 08/31/2012

[Request New Judge] ..... [Return]