**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION**

| | |
|---|---|
| **LWD PRP GROUP,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 5:12CV-127-R |
| ) | Motion to Admit Counsel *Pro* |
| **ACF INDUSTRIES LLC, et al.** ) | *Hac Vice* |
| ) | |
|     **Defendants.** ) | |

**MOTION TO ADMIT COUNSEL *PRO HAC VICE***

    Plaintiff LWD PRP Group, by and through counsel, upon the annexed affidavit in support of this motion and the Certificate of Good Standing annexed thereto, respectfully move this Court, pursuant to Local Rule 83.2 of the United States District Court for the Western District of Kentucky, for an Order allowing the admission of Gary D. Justis, an attorney with the law firm of The Justis Law Firm LLC, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel.  Mr. Justis is a member in good standing of the Bars of the States of Kansas and Missouri, and the United States District Courts for the District of Kansas, Western District of Missouri, Northern and Central Districts of Illinois, and Northern District of Ohio.  There are no pending disciplinary proceedings against Mr. Justis in any State or Federal Court.

Dated:  September 13, 2012

Respectfully submitted,

/s/ W. Fletcher McMurry Schrock
W. Fletcher McMurry Schrock  (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2012, a copy of the foregoing Motion to Admit Counsel *Pro Hac Vice* was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's Electronic Case Filing System.

/s/ W. Fletcher McMurry Schrock
W. Fletcher McMurry Schrock