IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| LWD PRP GROUP                )<br>                                           )<br>        Plaintiff,               )<br>                                           )<br>v.                                        )<br>                                           )<br>ACF INDUSTRIES  LLC, et al.  )<br>                                           )<br>        Defendants.           ) | Civil Action No. 5:12CV-127-R |

**ORDER GRANTING LEAVE FOR GARY D. JUSTIS
TO PRACTICE *PRO HAC VICE***

This matter came before the Court on a motion of W. Fletcher McMurry Schrock, Esq., local counsel for the Plaintiff, to admit *pro hac vice* Gary D. Justis, Esq. to practice law before this Court, and the Court having considered the motion and good cause having been shown;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Gary D. Jusits, Esq. shall be allowed to appear *pro hac vice* on behalf of the Plaintiff in the above-captioned matter.

IT IS SO ORDERED:

cc:     All parties of record