## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
|     **Plaintiff,** | ) ) ) |
| v. | ) )   Civil Action No. 5:12CV-127-R |
| **ACF INDUSTRIES LLC, et al.** | )   Motion to Admit Counsel *Pro* )   *Hac Vice* ) |
|     **Defendants.** | ) ) |

### MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Plaintiff LWD PRP Group, by and through counsel, upon the annexed affidavit in support of this motion and the Certificate of Good Standing annexed thereto, respectfully move this Court, pursuant to Local Rule 83.2 of the United States District Court for the Western District of Kentucky, for an Order allowing the admission of Ambereen Khalid Shaffie, an attorney with the law firm of The Justis Law Firm LLC, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel.  Ms. Shaffie is a member in good standing of the Bar of the State of Missouri.  There are no pending disciplinary proceedings against Ms. Shaffie in any State or Federal Court.

Dated:  September 13, 2012

Respectfully submitted,

/s/ W. Fletcher McMurry Schrock
W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2012, a copy of the foregoing Motion to Admit Counsel *Pro Hac Vice* was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's Electronic Case Filing System.

/s/ W. Fletcher McMurry Schrock
W. Fletcher McMurry Schrock