IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 5:12CV-127-R |
| ACF INDUSTRIES LLC, et al. | ) Affidavit of Ambereen Khalid ) Shaffie |
| Defendants. | ) ) |

### AFFIDAVIT OF AMBEREEN KHALID SHAFFIE

STATE OF KANSAS    )
                                )  ss.
COUNTY OF JOHNSON )

Ambereen Khalid Shaffie, being duly sworn, hereby deposes and states as follows:

1. I am an attorney with The Justis Law Firm LLC.

2. I submit this affidavit in support of the motion for my admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of Missouri.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I consent to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

6. I have completed the required training via the web-page tutorial, and the registration form attached here, for use of the Court's electronic filing system.

7. I have enclosed the prescribed $65.00 fee with this Motion.

8. Wherefore your affiant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in this one case.

Dated: 9/11/12

Ambereen Khalid Shaffie
The Justis Law Firm LLC
5251 W. 116th Place
Suite 200
Leawood, KS  66211-7820
Telephone: 913-998-6106
Facsimile: 913-998-6101
E-mail: ashaffie@justislawfirm.com

On this 11 day of September, 2012, before me, the undersigned, a Notary Public within and for said County and State, personally appeared Ambereen Khalid Shaffie, to me known to be the person described in and who executed the foregoing instrument, and acknowledged that she executed the same of her free act and deed.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year last above written.

Kathleen Novicky
Notary Public

My Commission Expires:

4/7/15

NOTARY PUBLIC - State of Kansas
KATHLEEN M. NOVICKY
My Appt. Expires 4/7/15

2

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Bill L. Thompson, Interim Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 9/17/2008,

## Ambereen Khalid Shaffie

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 4th day of September 2012.

*Bill L. Thompson*

Interim Clerk of the Supreme Court of Missouri