IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| LWD PRP GROUP ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 5:12CV-127-R |
| ) | |
| ACF INDUSTRIES LLC, et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING LEAVE FOR AMBEREEN KHALID SHAFFIE TO PRACTICE *PRO HAC VICE*

This matter came before the Court on a motion of W. Fletcher McMurry Schrock, Esq., local counsel for the Plaintiff, to admit *pro hac vice* Ambereen Khalid Shaffie, Esq. to practice law before this Court, and the Court having considered the motion and good cause having been shown;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Ambereen Khalid Shaffie, Esq. shall be allowed to appear *pro hac vice* on behalf of the Plaintiff in the above-captioned matter.

IT IS SO ORDERED:

cc:     All parties of record