# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY

## ELECTRONIC FILING ATTORNEY REGISTRATION FORM

This form is used to register for an account on the Western District of Kentucky Electronic Filing System (the system). Registered attorneys will have privileges to electronically submit documents and to view the electronic docket sheets and documents. By registering, attorneys consent to electronic service of all documents through the court's transmission facilities in accordance with the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure and the joint local rules of this Court. The following information is required for registration (please type):

**First Name:** Ambereen  **Middle Name:** Khalid
**Last Name:** Shaffie  **Generation:**

**Firm Name:** The Justis Law Firm LLC
**Address:** 5251 W. 116th St.
**City:** Leawood  **State:** Kansas  **Zip:** 66211
**Telephone Number:** 913-998-6106  **Fax Number:** 913-998-6101
**Primary E-mail Address:** ashaffie@justislawfirm.com
**Secondary E-mail Address (if applicable):**

---

Attorney seeking to file documents electronically must be admitted to practice in the United States District Court for the Western District of Kentucky pursuant to Joint Local Rules.

Are you admitted to practice in this Court? Yes ○   No ⊗
If admitted pro hac vice give case number in which pro hac vice status was granted: 5:12CV-127-R

---

By signing this form, you shall certify that you have read and are familiar with the rules of practice and the administrative procedures guide governing electronic filing, which may be found at www.kywd.uscourts.gov and that you have a PACER account. Visit the PACER web site at http://www.pacer.gov to establish a PACER account.

Please verify your method of training:  ⊗ web-page tutorial;   ○ provided by court personnel;
○ provided by in-house certified trainer;  ○ court training in other jurisdiction: _____ (other court).

By submitting this registration form, the undersigned agrees to abide by all Court rules, orders and policies and procedures governing the use of the electronic filing system.

The combination of user id and password will serve as the signature of the attorney filing the documents. Attorneys must protect the security of their passwords and immediately notify the court if they learn that their password has been compromised.

_____   9/11/12
Signature of Registrant   Date

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

ELECTRONIC FILING ATTORNEY REGISTRATION FORM

This form is used to register for an account on the Western District of Kentucky Electronic Filing System (the system). Registered attorneys will have privileges to electronically submit documents and to view the electronic docket sheets and documents. By registering, attorneys consent to electronic service of all documents through the court's transmission facilities in accordance with the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure and the joint local rules of this Court. The following information is required for registration (please type):

**First Name:** Gary  **Middle Name:** D.
**Last Name:** Justis  **Generation:**

**Firm Name:** The Justis Law Firm LLC
**Address:** 5251 W. 116th St.
**City:** Leawood  **State:** Kansas  **Zip:** 66211
**Telephone Number:** 913-998-6102  **Fax Number:** 913-998-6101
**Primary E-mail Address:** gjustis@justislawfirm.com
**Secondary E-mail Address (if applicable):**

Attorney seeking to file documents electronically must be admitted to practice in the United States District Court for the Western District of Kentucky pursuant to Joint Local Rules.

Are you admitted to practice in this Court? Yes ○   No ☒
If admitted pro hac vice give case number in which pro hac vice status was granted: 5:12CV-127-R

By signing this form, you shall certify that you have read and are familiar with the rules of practice and the administrative procedures guide governing electronic filing, which may be found at www.kywd.uscourts.gov and that you have a PACER account. Visit the PACER web site at http://www.pacer.gov to establish a PACER account.

Please verify your method of training:  ☒ web-page tutorial;   ○ provided by court personnel;
○ provided by in-house certified trainer; ☒ court training in other jurisdiction: D. Kan, W.D.Mo (other court).

By submitting this registration form, the undersigned agrees to abide by all Court rules, orders and policies and procedures governing the use of the electronic filing system.

The combination of user id and password will serve as the signature of the attorney filing the documents. Attorneys must protect the security of their passwords and immediately notify the court if they learn that their password has been compromised.

_____  9/13/12
Signature of Registrant  Date