# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 5:12CV-127-R |
| | ) |
| **ACF INDUSTRIES LLC, et al.** | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF VOLUNTARY DISMISSAL OF
## DEFENDANT MATHEWS MARBLE MANUFACTURING, INC.
## WITHOUT PREJUDICE

Plaintiff LWD PRP Group, through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendant Mathews Marble Manufacturing, Inc. from this cause without prejudice. Mathews Marble Manufacturing, Inc. has not filed an answer or motion for summary judgment in this cause.

Dated:  September 26, 2012

                                            Respectfully submitted,

                                            /s/ Gary D. Justis
                                            Gary D. Justis        admitted *pro hac vice*
                                            Ambereen Shaffie   admitted *pro hac vice*
                                            THE JUSTIS LAW FIRM LLC
                                            5251 W. 116th Place, Suite 200
                                            Leawood, KS  66211-7820
                                            Telephone:  (913) 998-6100
                                            Facsimile:  (913) 998-6101
                                            Email:  gjustis@justislawfirm.com
                                            Email:  ashaffie@justislawfirm.com

and

W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2012, a copy of the foregoing Notice of Voluntary Dismissal of Defendant Mathews Marble Manufacturing, Inc. without Prejudice was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's Electronic Case Filing System.

/s/ Gary D. Justis
Gary D. Justis