# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 5:12CV-127-R |
| **ACF INDUSTRIES LLC, et al.** | ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL OF
## DEFENDANT LBC HOUSTON, LP WITH PREJUDICE

Plaintiff LWD PRP Group, through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendant LBC Houston, LP from this cause with prejudice. LBC Houston, LP has not filed an answer or motion for summary judgment in this cause.

Dated: October 1, 2012

Respectfully submitted,

/s/ Gary D. Justis
Gary D. Justis           admitted *pro hac vice*
Ambereen Shaffie         admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, KS 66211-7820
Telephone: (913) 998-6100
Facsimile: (913) 998-6101
Email: gjustis@justislawfirm.com
Email: ashaffie@justislawfirm.com

       and

       W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
       MCMURRY & LIVINGSTON, PLLC
       333 Broadway, 7th Floor
       P.O. Box 1700
       Paducah, Kentucky  42002-1700
       Telephone:  (270) 443-6511
       Facsimile:  (270) 443-6548
       Email:  fletch@ml-lawfirm.com

       ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2012, a copy of the foregoing Notice of Voluntary Dismissal of Defendant LBC Houston, LP with Prejudice was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's Electronic Case Filing System.


       /s/ Gary D. Justis
       Gary D. Justis