IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICTOF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | Civil Action No. 5:12cv-127-R |
| Plaintiff, | |
| v | |
| ACF INDUSTRIES LLC, EFTEC NORTH AMERICA, LLC, ET AL, | |
| Defendants. | |



FILED
OCT 0 9 2012
VANESSA L. ARMSTRONG
BY _____ DEPUTY CLERK

Rec. P33002657

| | |
|---|---|
| W. Fletcher McMurry Schrock (K 62283)<br>Attorneys for Plaintiff LWD PRP GROUP<br>McMurry & Livingston, PLLC<br>333 Broadway, 7th Floor<br>PO Box 1700<br>Paducah, Kentucky  422002-1700<br>P:  270.443.6511<br>F:  270.443.6548<br>fletch@ml-lawfirm.com | Mark A. Hopper (P28493)<br>Attorneys for Defendant EFTEC North<br>   America, LLC<br>DeLoof, Hopper, Dever & Wright, PLLC<br>301 N. Main Street, Suite 250<br>Ann Arbor, MI  48104<br>P:  734.994.1295<br>F:  734.994.0206<br>mah@dhdwlaw.com |

AND

Gary D. Justis          *pro hac vice* pending
Ambereen Shaffie      *pro hac vice* pending
Attorneys for Plaintiff LWD PRP GROUP
The Justis Law Firm LLC
5251 W. 116th Place, Suite 200
Leawood, KS  66211-7820
P:   913.998.6100
F:   913.998.6101
gjustis@justislawfirm.com
ashaffie@justislawfirm.com

**VERIFIED MOTION FOR ADMISSION *PRO HAC VICE***

## VERIFIED MOTION FOR ADMISSION *PRO HAC VICE*

NOW COMES Mark A. Hopper, and, pursuant to LR 83.2, seeks admission *pro hac vice* for the purpose of representing Defendant EFTEC North America, LLC in the instant matter and states in support thereof as follows:

1. Movant is a member in good standing of the State Bar of Michigan and has been so since his admission in May of 1978.

2. Movant's Michigan identification number is P28493.

3. Movant has never been disciplined, disbarred or had his bar admission revoked by any court.

4. Movant is a member in good standing of the bars of the following courts:
   - United States District Court for the Eastern District of Michigan
   - United States Circuit Court of Appeals for the Sixth Circuit
   - Supreme Court of the United States

5. Movant consents to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

6. Movant has taken mandatory CM/ECF training in Flint, Michigan from the Eastern District of Michigan within the last five years.

7. Movant's staff is fully competent on the CM/ECF system.

WHEREFORE Movant seeks admission to this Honorable Court *pro hac vice* for the purpose of representing Defendant EFTEC North America, LLC in the instant matter.

_____
Mark A. Hopper (P28493)
Attorneys for Defendant EFTEC North America, LLC
DeLoof, Hopper, Dever & Wright, PLLC
301 N. Main Street, Suite 250
Ann Arbor, MI 48104
734.994.1295

Dated: October 5, 2012

Subscribed and sworn to before me this 5th day of October, 2012

_____
Patricia B. Mitchell, Notary Public
Wayne County, State of Michigan
My commission expires: June 20, 2019
Acting in the County of Washtenaw

PATRICIA B MITCHELL
Notary Public, State of Michigan
County of Wayne
My Commission Expires Jun. 20, 2019
Acting in the County of Washtenaw

M:\Lisa's PC\PLEADING\EFTEC\PLEADINGS\VerifiedMotionforAdmission.doc