IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

---

LWD PRP GROUP,　　　　　　　　　　　　　　Civil Action No. 5:12cv-127-R

　　　　　　Plaintiff,

v

ACF INDUSTRIES LLC, EFTEC
NORTH AMERICA, LLC, ET AL,

　　　　　　Defendants.

---

| | |
|---|---|
| W. Fletcher McMurry Schrock (K 62283) | Mark A. Hopper (P28493) |
| Attorneys for Plaintiff LWD PRP GROUP | Attorneys for Defendant EFTEC North America, LLC |
| McMurry & Livingston, PLLC | |
| 333 Broadway, 7th Floor | DeLoof, Hopper, Dever & Wright, PLLC |
| PO Box 1700 | 301 N. Main Street, Suite 250 |
| Paducah, Kentucky 422002-1700 | Ann Arbor, MI 48104 |
| P: 270.443.6511 | P: 734.994.1295 |
| F: 270.443.6548 | F: 734.994.0206 |
| fletch@ml-lawfirm.com | mah@dhdwlaw.com |

AND

Gary D. Justis　　　*pro hac vice* pending
Ambereen Shaffie　　*pro hac vice* pending
Attorneys for Plaintiff LWD PRP GROUP
The Justis Law Firm LLC
5251 W. 116th Place, Suite 200
Leawood, KS 66211-7820
P: 913.998.6100
F: 913.998.6101
gjustis@justislawfirm.com
ashaffie@justislawfirm.com

---

**ORDER OF ADMISSION *PRO HAC VICE***

Page 1 of 2

## ORDER OF ADMISSION *PRO HAC VICE*

At a session of said Court held in the Courthouse,
Paducah, KY
On the _____ day of October, 2012

PRESENT: _____

THIS MATTER having come before the Court, pursuant to LR 83.2, on Mark A. Hopper's Verified Motion for Admission *Pro Hac Vice*, and with the Court finding good cause for entry of this Proposed Order and with the Court otherwise being fully advised in the premises:

IT IS HEREBY ORDERED that Mark A. Hopper's Motion is granted and he is admitted *pro hac vice* for the purpose of representing Defendant EFTEC NORTH AMERICA, LLC.

_____, District Judge

Prepared by:

_____
Mark A. Hopper (P28493)
Attorneys for Defendant EFTEC North America, LLC
DeLoof, Hopper, Dever & Wright, PLLC
301 N. Main Street, Suite 250
Ann Arbor, MI 48104
P: 734.994.1295F:
F: 734.994.0206

M:\Lisa's PC\PLEADING\EFTEC\PLEADINGS\OrderforAdmission.doc