IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

LWD PRP GROUP,

        Plaintiff,

v

ACF INDUSTRIES LLC, EFTEC
NORTH AMERICA, LLC, ET AL,

        Defendants.

Civil Action No. 5:12cv-127-R

FILED
OCT 0 9 2012
VANESSA L. ARMSTRONG
BY_____
DEPUTY CLERK

---

W. Fletcher McMurry Schrock (K 62283)
Attorneys for Plaintiff LWD PRP GROUP
McMurry & Livingston, PLLC
333 Broadway, 7th Floor
PO Box 1700
Paducah, Kentucky 422002-1700
P: 270.443.6511
F: 270.443.6548
fletch@ml-lawfirm.com

Mark A. Hopper (P28493)
Attorneys for Defendant EFTEC North
   America, LLC
DeLoof, Hopper, Dever & Wright, PLLC
301 N. Main Street, Suite 250
Ann Arbor, MI 48104
P: 734.994.1295
F: 734.994.0206
mah@dhdwlaw.com

AND

Gary D. Justis      *pro hac vice* pending
Ambereen Shaffie   *pro hac vice* pending
Attorneys for Plaintiff LWD PRP GROUP
The Justis Law Firm LLC
5251 W. 116th Place, Suite 200
Leawood, KS 66211-7820North America,
P: 913.998.6100
F: 913.998.6101
gjustis@justislawfirm.com
ashaffie@justislawfirm.com

---

**ANSWER AND AFFIRMATIVE DEFENSES
OF DEFENDANT EFTEC NORTH AMERICA, LLC**

Page 1 of 7

## ANSWER AND AFFIRMATIVE DEFENSES
## OF DEFENDANT EFTEC NORTH AMERICA, LLC

NOW COMES Defendant EFTEC North America, LLC by and through its counsel and in answer to the Complaint states as follows:

1. No contest.

2. No contest.

3. Admit.

4. Admit.

5. Neither admit nor deny for lack of information leaving Plaintiff to its proofs.

6. Neither admit nor deny for lack of information leaving Plaintiff to its proofs.

7. Neither admit nor deny for lack of information leaving Plaintiff to its proofs.

8. Neither admit nor deny for lack of information leaving Plaintiff to its proofs.

9. Neither admit nor deny for lack of information leaving Plaintiff to its proofs.

10. Neither admit nor deny for lack of information leaving Plaintiff to its proofs.

11. Neither admit nor deny for lack of information leaving Plaintiff to its proofs.

12. Neither admit nor deny for lack of information leaving Plaintiff to its proofs.

13. Neither admit nor deny for lack of information leaving Plaintiff to its proofs.

14. Neither admit nor deny for lack of information leaving Plaintiff to its proofs.

15. Neither admit nor deny for lack of information leaving Plaintiff to its proofs.

16. Neither admit nor deny for lack of information leaving Plaintiff to its proofs.

17. Neither admit nor deny for lack of information leaving Plaintiff to its proofs.

18. Neither admit nor deny for lack of information leaving Plaintiff to its proofs.

19. Neither admit nor deny for lack of information leaving Plaintiff to its proofs.

20. Neither admit nor deny for lack of information leaving Plaintiff to its proofs.

21. Neither admit nor deny for lack of information leaving Plaintiff to its proofs.

22. Neither admit nor deny for lack of information leaving Plaintiff to its proofs.

23. Neither admit nor deny for lack of information leaving Plaintiff to its proofs.

24. Neither admit nor deny for lack of information leaving Plaintiff to its proofs.

25. Neither admit nor deny for lack of information leaving Plaintiff to its proofs.

26. Neither admit nor deny for lack of information leaving Plaintiff to its proofs.

27. Neither admit nor deny for lack of information leaving Plaintiff to its proofs.

28. Neither admit nor deny for lack of information leaving Plaintiff to its proofs.

29. Admit that Plaintiff demanded payment from Defendant EFTEC North America, LLC. Deny the balance of the allegations of paragraph 29 as untrue.

30 through 559. No response required as the same are not directed to Defendant EFTEC.

560. Admit that Plaintiff demanded payment from Defendant EFTEC North America, LLC. Deny the balance of the allegations of paragraph 29 as untrue.

561. Admit.

562. Neither admit nor deny for lack of information leaving Plaintiff to its proofs.

563. Neither admit nor deny for lack of information leaving Plaintiff to its proofs.

564. Neither admit nor deny for lack of information leaving Plaintiff to its proofs.

565. Admit.

566 through 1820. No response required.

1821. No response required.

1822. No contest.

1823. No contest.

1824. No contest.

1825. No contest.

1826. No contest.

1827. No contest.

1828. No contest.

1829. No contest.

1830. No contest.

1831. No contest.

1832. No contest.

1833. Denied as untrue as to Defendant EFTEC North America, LLC. No response required as to remaining Defendants.

1834. Denied as untrue.

1835. No contest.

1836. Denied as untrue as to Defendant EFTEC North America, LLC. No response required as to remaining Defendants.

1837. Denied as untrue.

1838. No response required.

1839. No contest.

1840. Neither admit nor deny for lack of information leaving Plaintiff to its proofs.

1841. Denied as untrue as to Defendant EFTEC North America, LLC. No response required as to remaining Defendants.

1842. Denied as untrue as to Defendant EFTEC North America, LLC. No response required as to remaining Defendants.

1843. Denied as untrue as to Defendant EFTEC North America, LLC. No response required as to remaining Defendants.

1844. No response required.

1845. Admit.

1846. No contest.

1847. No response required.

1848. No contest.

1849. Denied as untrue as to Defendant EFTEC North America, LLC. No response required as to remaining Defendants.

WHEREFORE Defendant EFTEC North America, LLC prays that this Honorable Court enter judgment in its behalf and award it its costs and attorney fees thus far incurred.

_____
Mark A. Hopper (P28493)
Attorneys for Defendant EFTEC North America, LLC
DeLoof, Hopper, Dever & Wright, PLLC
301 N. Main Street, Suite 250
Ann Arbor, MI 48104
734.994.1295

Dated: October 5, 2012

## AFFIRMATIVE DEFENSES

NOW COMES Defendant EFTEC North America, LLC by and through its counsel and, for its Affirmative Defenses to Plaintiff's Complaint states as follows:

1. Plaintiff's claims are barred by virtue of the applicable statute of limitations.

2. Plaintiff's claims are barred by the doctrine of laches.

3. Plaintiff's claims are barred by the waiver.

4. Plaintiff lacks standing and/or capacity to sue.

5. Plaintiff's claims fail because the materials allegedly placed at the subject premises were either not toxic or hazardous under the law as stated and provided for the same are exempt from inclusion in the terms of such law.

Defendant EFTEC North America, LLC reserves the right to add any additional affirmative defenses as the same become known during the course of discovery.

_____
Mark A. Hopper (P28493)
Attorneys for Defendant EFTEC North America, LLC
DeLoof, Hopper, Dever & Wright, PLLC
301 N. Main Street, Suite 250
Ann Arbor, MI 48104
734.994.1295

Dated: October 5, 2012

M:\Lisa's PC\PLEADING\EFTEC\PLEADINGS\Answer&AffirmDef..doc

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICTOF KENTUCKY
PADUCAH DIVISION

---

LWD PRP GROUP,  Civil Action No. 5:12cv-127-R

       Plaintiff,

v

ACF INDUSTRIES LLC, EFTEC
NORTH AMERICA, LLC, ET AL,

       Defendants.

---

| | |
|---|---|
| W. Fletcher McMurry Schrock (K 62283) | Mark A. Hopper (P28493) |
| Attorneys for Plaintiff LWD PRP GROUP | Attorneys for Defendant EFTEC North |
| McMurry & Livingston, PLLC |   America, LLC |
| 333 Broadway, 7th Floor | DeLoof, Hopper, Dever & Wright, PLLC |
| PO Box 1700 | 301 N. Main Street, Suite 250 |
| Paducah, Kentucky  422002-1700 | Ann Arbor, MI  48104 |
| P:  270.443.6511 | P:  734.994.1295 |
| F:  270.443.6548 | F:  734.994.0206 |
| fletch@ml-lawfirm.com | mah@dhdwlaw.com |

AND

Gary D. Justis     *pro hac vice* pending
Ambereen Shaffie   *pro hac vice* pending
Attorneys for Plaintiff LWD PRP GROUP
The Justis Law Firm LLC
5251 W. 116th Place, Suite 200
Leawood, KS  66211-7820
P:  913.998.6100
F:  913.998.6101
gjustis@justislawfirm.com
ashaffie@justislawfirm.com

---

## PROOF OF SERVICE

I CERTIFY that on today's date, I served the *Waiver of the Service of Summons* and a copy of the *Answer and Affirmative Defenses of Defendant EFTEC North America,*

Page 1 of 2

*LLC,* together with a ***Proof of Service***, upon counsel for Plaintiff at their above listed address via First Class Mail and Electronic Mail.

*Patricia B. Mitchell*
Patricia B. Mitchell
October 5, 2012