AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| | |
|---|---|
| LWD PRP GROUP<br>*Plaintiff*<br>v.<br>FOX VALLEY SYSTEMS, INC.<br>*Defendant* | )<br>)<br>)  Case No.  5:12-cv-00127-TBR<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

FOX VALLEY SYSTEMS, INC.

Date:  10/10/2012

*Attorney's signature*

Jeffrey W. Ahlers
*Printed name and bar number*

KAHN, DEES, DONOVAN & KAHN, LLP
501 Main Street, Suite 305
Post Office Box 3646
Evansville, IN 47735-3646
*Address*

jahlers@kddk.com
*E-mail address*

(812) 423-3183
*Telephone number*

(812) 423-3841
*FAX number*