# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 5:12CV-127-R |
| | ) |
| **ACF INDUSTRIES LLC, et al.** | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF VOLUNTARY DISMISSAL OF
## DEFENDANT COMMERCE HOLDING CO., INC. WITH PREJUDICE

Plaintiff LWD PRP Group, through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendant Commerce Holding Co., Inc. from this cause with prejudice. Commerce Holding Co., Inc. has not filed an answer or motion for summary judgment in this cause.

Dated: October 12, 2012

                                                              Respectfully submitted,

                                                              /s/ Gary D. Justis
                                                              Gary D. Justis      admitted *pro hac vice*
                                                              Ambereen Shaffie   admitted *pro hac vice*
                                                              THE JUSTIS LAW FIRM LLC
                                                              5251 W. 116th Place, Suite 200
                                                              Leawood, KS 66211-7820
                                                              Telephone: (913) 998-6100
                                                              Facsimile: (913) 998-6101
                                                              Email: gjustis@justislawfirm.com
                                                              Email: ashaffie@justislawfirm.com

and

W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2012, a copy of the foregoing Notice of Voluntary Dismissal of Defendant Commerce Holding Co., Inc. with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

/s/ Gary D. Justis
Gary D. Justis