# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 5:12CV-127-R |
| | ) |
| **ACF INDUSTRIES LLC, et al.** | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF VOLUNTARY DISMISSAL OF
## DEFENDANT E.D. ETNYRE & CO. WITH PREJUDICE

Plaintiff LWD PRP Group, through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendant E.D. Etnyre & Co. from this cause with prejudice. E.D. Etnyre & Co. has not filed an answer or motion for summary judgment in this cause.

Dated: October 24, 2012

                                                                             Respectfully submitted,

                                                                             /s/ Gary D. Justis
                                                                             Gary D. Justis        admitted *pro hac vice*
                                                                             Ambereen Shaffie  admitted *pro hac vice*
                                                                             THE JUSTIS LAW FIRM LLC
                                                                             5251 W. 116th Place, Suite 200
                                                                             Leawood, KS  66211-7820
                                                                             Telephone:  (913) 998-6100
                                                                             Facsimile:  (913) 998-6101
                                                                             Email:  gjustis@justislawfirm.com
                                                                             Email:  ashaffie@justislawfirm.com

and

W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2012, a copy of the foregoing Notice of Voluntary Dismissal of Defendant E.D. Etnyre & Co. with Prejudice was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's Electronic Case Filing System.

/s/ Gary D. Justis
Gary D. Justis