# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
### PADUCAH DIVISION

| | | |
|---|---|---|
| **LWD PRP GROUP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 5:12CV-127-R** |
| | ) | |
| **ACF INDUSTRIES LLC, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL OF
## DEFENDANT THE INTERPUBLIC GROUP OF COMPANIES, INC. WITHOUT

## PREJUDICE

Plaintiff LWD PRP Group, through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendant The Interpublic Group of Companies, Inc. from this cause without prejudice. The Interpublic Group of Companies, Inc. has not filed an answer or motion for summary judgment in this cause.

Dated: October 29, 2012

Respectfully submitted,

/s/ Gary D. Justis
Gary D. Justis                     admitted *pro hac vice*
Ambereen Shaffie                   admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, KS  66211-7820
Telephone:  (913) 998-6100
Facsimile:  (913) 998-6101
Email:  gjustis@justislawfirm.com
Email:  ashaffie@justislawfirm.com

and

W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP
GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2012, a copy of the foregoing Notice of Voluntary
Dismissal of Defendant The Interpublic Group of Companies, Inc. without Prejudice was filed
electronically.   Notice of this filing will be sent to all parties by operation of the Court's
electronic filing system.   Parties may access this filing through the Court's Electronic Case
Filing System.

/s/ Gary D. Justis
Gary D. Justis

2