IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

FILED
OCT 29 2012
BY VANESSA L. ARMSTRONG
DEPUTY CLERK
Fee pd
#P33002674

| | |
|---|---|
| LWD PRP GROUP, | ) |
|     Plaintiff, | ) |
| vs. | ) Civil Action No. 5:12CV-127-R |
| ACF INDUSTRIES, LLC., *et al*; | ) |
|     Defendants. | ) |

### MOTION FOR *PRO HAC VICE* ADMISSION OF CRAIG L. WEINSTOCK

Pursuant to Local Rule 83.2, Craig L. Weinstock ("Weinstock") hereby files this Motion for Admission *Pro Hac Vice*. In support of this Motion, Weinstock respectfully shows the Court as follows:

1. Weinstock requests admission, *pro hac vice,* to represent Defendant, Cooper US, Inc. ("Cooper"), in the above-captioned case.

2. His supporting affidavit is attached hereto as Exhibit A and a Certificate of Good Standing from the Texas Supreme Court is attached hereto as Exhibit B.

3. The appropriate fee(s) have been submitted with this Motion for *pro hac vice* admission.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel respectfully requests that this Court enter an order admitting *pro hac vice* Christopher A. Verducci to the Bar of this Court for the duration of this action.

Respectfully submitted,


___/s/ Craig L. Weinstock_____

Craig L. Weinstock
State Bar No. 21097300
Gerald J. Pels
State Bar No. 15732885
Christopher A. Verducci
State Bar No. 24051470
LOCKE LORD LLP
JPMorgan Chase Tower
600 Travis, Suite 2800
Telephone: (713) 226-1548
Facsimile: (713) 223-3717

*Attorneys for Defendant Cooper US, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that, on the 26th of October, 2012, a copy of the foregoing Motion for *Pro Hac Vice* Admission of Craig L. Weinstock was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

W. Fletcher McMurry Schrock
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky 42002-1700
Telephone: (270) 443-6511
Fax: (270) 443-6548

    and

Gary D. Justis     *pro hac vice* pending
Ambereen Shaffie  *pro hac vice* pending
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, KS 66211-7820
Telephone: (913) 998-6100
Fax: (913) 998-6101
*Attorneys for Plaintiff LWD PRP GROUP*

                              /s/ Craig L. Weinstock
                              Craig L. Weinstock