# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
|     Plaintiff, | ) |
| vs. | ) Civil Action No. 5:12CV-127-R |
| ACF INDUSTRIES, LLC., *et al*; | ) |
|     Defendants. | ) |

### AFFIDAVIT OF CRAIG L. WEINSTOCK

STATE OF TEXAS )
)
COUNTY OF HARRIS )

I, Craig L. Weinstock, being first duly sworn on oath, deposes and states:

1. I make this Affidavit in support of the "Motion for *Pro Hac Vice* Admission of Craig L. Weinstock," in which I seek admission to the bar of this Court for the purposes of participating in this matter.

2. I have been a member in good standing of the Bar of the state of Texas since 1983. My Texas State Bar number is 21097300. Attached as Exhibit B to my Motion for *Pro Hac Vice* Admission is a Certificate of Good Standing for the State of Texas.

3. I am a member of the law firm of LOCKE LORD LLP, and a resident of the State of Texas.

4. If admitted *pro hac vice*, I will be associated in representing Defendant Cooper US, Inc.

5. I am of good moral character and am fit to practice law and am not subject to suspension or other disciplinary action with respect to the practice of law in any jurisdiction.

6. I understand and agree that I will be bound by all of the rules governing this Court, including any and all disciplinary rules. I further understand and agree that I will subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

7. I have completed the required training via the web-page tutorial for use of the Court's electronic filing system.

8. In light of my familiarity with this case and the matter out of which it arises, I respectfully request that I be admitted pro hac vice for purposes of appearing as counsel for Defendant Cooper US, Inc.

UNDER THE PENALTIES OF PERJURY, I DECLARE THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT THIS __23rd__ th DAY OF OCTOBER, 2012.

_____
Craig L. Weinstock

SUBSCRIBED and SWORN to before me this __23rd__ day of __October__, 2012.

_____
NOTARY PUBLIC IN AND FOR THE
STATE OF TEXAS
Printed Name: __Donna K. Smith__
My Commission Expires: __10/19/13__

DONNA K. SMITH
Notary Public, State of Texas
My Commission Expires
October 19, 2013