# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>ACF INDUSTRIES, LLC., *et al*; )<br>)<br>    Defendants. )<br>) | Civil Action No. 5:12CV-127-R |

### AFFIDAVIT OF CHRISTOPHER A. VERDUCCI

STATE OF TEXAS    )
                          )
COUNTY OF HARRIS  )

I, Christopher A. Verducci, being first duly sworn on oath, deposes and states:

1.    I make this Affidavit in support of the "Motion for *Pro Hac Vice* Admission of Christopher A. Verducci," in which I seek admission to the bar of this Court for the purposes of participating in this matter.

2.    I have been a member in good standing of the Bar of the State of Texas since 2005. My Texas State Bar number is 24051470. Attached as Exhibit B to my Motion for *Pro Hac Vice* Admission is a Certificate of Good Standing for the State of Texas.

3.    I am a member of the law firm of LOCKE LORD LLP, and a resident of the State of Texas.

4.    If admitted *pro hac vice*, I will be associated in representing Defendant Cooper US, Inc.

5.    I am of good moral character and am fit to practice law and am not subject to suspension or other disciplinary action with respect to the practice of law in any jurisdiction.

6.    I understand and agree that I will be bound by all of the rules governing this Court, including any and all disciplinary rules. I further understand and agree that I will be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

7.    I have completed the required training via the web-page tutorial for use of the

Court's electronic filing system.

8. In light of my familiarity with this case and the matter out of which it arises, I respectfully request that I be admitted pro hac vice for purposes of appearing as counsel for Defendant Cooper US, Inc.

UNDER THE PENALTIES OF PERJURY, I DECLARE THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT THIS 25th th DAY OF OCTOBER, 2012.

Christopher A. Verducci

SUBSCRIBED and SWORN to before me this 25th day of October, 2012.

NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS
Printed Name: Deeann M. Jones
My Commission Expires: April 5, 2013

DEEANN M. JONES
Notary Public, State of Texas
Commission Expires
APRIL 5, 2013