**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION**

| | | |
|---|---|---|
| **LWD PRP GROUP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 5:12CV-127-R** |
| | ) | |
| **ACF INDUSTRIES LLC, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF
DEFENDANT WIPAIRE, INC. WITH PREJUDICE**

Plaintiff LWD PRP Group, through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendant Wipaire, Inc. from this cause with prejudice. Wipaire, Inc. has not filed an answer or motion for summary judgment in this cause.

Dated:  October 31, 2012

Respectfully submitted,

/s/ Gary D. Justis
Gary D. Justis            admitted *pro hac vice*
Ambereen Shaffie          admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, KS  66211-7820
Telephone:  (913) 998-6100
Facsimile:  (913) 998-6101
Email:  gjustis@justislawfirm.com
Email:  ashaffie@justislawfirm.com

and

W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP
GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2012, a copy of the foregoing Notice of Voluntary
Dismissal of Defendant Wipaire, Inc. with Prejudice was filed electronically.  Notice of this
filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may
access this filing through the Court's Electronic Case Filing System.


/s/ Gary D. Justis
Gary D. Justis