# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 5:12CV-127-R |
| ) | |
| **ACF INDUSTRIES LLC, et al.** ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF VOLUNTARY DISMISSAL OF
## DEFENDANT HUGHES PARKER INDUSTRIES, LLC WITHOUT PREJUDICE

Plaintiff LWD PRP Group, through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendant Hughes Parker Industries, LLC from this cause without prejudice. Hughes Parker Industries, LLC has not filed an answer or motion for summary judgment in this cause.

Dated: November 2, 2012

                                                      Respectfully submitted,

                                                      /s/ Gary D. Justis
                                                      Gary D. Justis        admitted *pro hac vice*
                                                        Ambereen Shaffie   admitted *pro hac vice*
                                                        THE JUSTIS LAW FIRM LLC
                                                        5251 W. 116th Place, Suite 200
                                                        Leawood, KS  66211-7820
                                                        Telephone:  (913) 998-6100
                                                        Facsimile:  (913) 998-6101
                                                        Email:  gjustis@justislawfirm.com
                                                        Email:  ashaffie@justislawfirm.com

      and

      W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
      MCMURRY & LIVINGSTON, PLLC
      333 Broadway, 7th Floor
      P.O. Box 1700
      Paducah, Kentucky 42002-1700
      Telephone: (270) 443-6511
      Facsimile: (270) 443-6548
      Email: fletch@ml-lawfirm.com

      ATTORNEYS FOR PLAINTIFF LWD PRP
      GROUP

## CERTIFICATE OF SERVICE

    I hereby certify that on November 2, 2012, a copy of the foregoing Notice of Voluntary Dismissal of Defendant Hughes Parker Industries, LLC without Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

      /s/ Gary D. Justis
      Gary D. Justis