# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 5:12CV-127-R |
| | ) |
| **ACF INDUSTRIES LLC, et al.** | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF VOLUNTARY DISMISSAL OF
## DEFENDANT CUSTOM AGRICULTURE FORMULATORS, INC. WITHOUT
## PREJUDICE

Plaintiff LWD PRP Group, through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendant Custom Agriculture Formulators, Inc. from this cause without prejudice. Custom Agriculture Formulators, Inc. has not filed an answer or motion for summary judgment in this cause.

Dated: November 2, 2012

                                              Respectfully submitted,

                                              /s/ Gary D. Justis
                                              Gary D. Justis        admitted *pro hac vice*
                                              Ambereen Shaffie   admitted *pro hac vice*
                                              THE JUSTIS LAW FIRM LLC
                                              5251 W. 116th Place, Suite 200
                                              Leawood, KS  66211-7820
                                              Telephone:  (913) 998-6100
                                              Facsimile:  (913) 998-6101
                                              Email:  gjustis@justislawfirm.com
                                              Email:  ashaffie@justislawfirm.com

and

W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## CERTIFICATE OF SERVICE

  I hereby certify that on November 2, 2012, a copy of the foregoing Notice of Voluntary Dismissal of Defendant Custom Agriculture Formulators, Inc. without Prejudice was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's Electronic Case Filing System.

/s/ Gary D. Justis
Gary D. Justis