AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky

| | |
|---|---|
| LWD PRP GROUP | ) |
| Plaintiff | ) |
| v. | ) |
| COLUMBIA COUNTY, NEW YORK | ) |
| Defendant | ) |

Civil Action No. 5:12CV-127-R

## Summons in a Civil Action

To: *(Defendant's name and address)*
Robert J. Fitzsimmons, Esq.
County Attorney
Columbia County
401 State St.
Hudson, NY  12534

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  11/5/2012

Name of clerk of court

s/ K. Atkins

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____ ,
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other *(specify)* _____
_____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .


Date: _____          _____
                                        Server's signature

                                        **Gary D. Justis, Esq.**
                                        Printed name and title
                                        The Justis Law Firm LLC
                                        5251 W. 116th Pl.
                                        Ste 200
                                        Leawood, KS  66211

                                        _____
                                        Server's address

AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky

| | |
|---|---|
| LWD PRP GROUP | ) |
| Plaintiff | ) |
| v. | ) |
| CITY OF BOWLING GREEN, KENTUCKY | ) |
| Defendant | ) |

Civil Action No. 5:12CV-127-R

## Summons in a Civil Action

To: *(Defendant's name and address)*
Mayor Bruce Wilkerson
City of Bowling Green
1001 College St.
Bowling Green, KY 42101

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____
Name of clerk of court

Date:   11/5/2012                                          s/ K. Atkins
                                                    _____
                                                    Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08)  Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on _____ ,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____
    _____
    _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: _____

                                    _____
                                         Server's signature

                                    Gary D. Justis, Esq.
                                         Printed name and title
                                    The Justis Law Firm LLC
                                    5251 W. 116th Pl.
                                    Ste 200
                                    Leawood, KS  66211

                                    _____
                                         Server's address

✎ AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT
### for the

Western District of Kentucky

| | | |
|---|---|---|
| LWD PRP GROUP | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 5:12CV-127-R |
| URBAN RENEWAL & COMMUNITY DEVELOPMENT | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*
Jack Conway, Esq.
Attorney General
Office of the Attorney General
700 Capitol Ave.
Ste 118
Frankfort, KY  40601-3449

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date:  11/5/2012

s/ K. Atkins

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
       _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
       _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____
       _____
       _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: _____

                             _____
                                   Server's signature

                            **Gary D. Justis, Esq.**
                                   Printed name and title
                            The Justis Law Firm LLC
                            5251 W. 116th Pl.
                            Ste 200
                            Leawood, KS  66211

                            _____
                                   Server's address

AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky

| | |
|---|---|
| LWD PRP GROUP | ) |
| Plaintiff | ) |
| v. | ) |
| TRANSIT AUTHORITY OF RIVER CITY, KENTUCKY | ) |
| Defendant | ) |

Civil Action No. 5:12CV-127-R

## Summons in a Civil Action

To: *(Defendant's name and address)*
Jack Conway, Esq.
Attorney General
Office of the Attorney General
700 Capitol Ave.
Ste 118
Frankfort, KY  40601-3449

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date:  11/5/2012                                s/ K. Atkins

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____
    _____
    _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: _____

_____
Server's signature

**Gary D. Justis, Esq.**
_____
Printed name and title

The Justis Law Firm LLC
5251 W. 116th Pl.
Ste 200
Leawood, KS  66211

_____
Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky

| | | |
|---|---|---|
| LWD PRP GROUP | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 5:12CV-127-R |
| BRECKINRIDGE-GRAYSON COUNTY, KENTUCKY | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*
Cathy Darst
Executive Director
Breckinridge-Grayson County Programs, Inc.
201 E Walnut St.
Leitchfield, KY 42754

A lawsuit has been filed against you.

      Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____
Name of clerk of court

Date:   11/5/2012                              s/ K. Atkins
_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other *(specify)* _____
_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: _____

_____
Server's signature

Gary D. Justis, Esq.
Printed name and title

The Justis Law Firm LLC
5251 W. 116th Pl.
Ste 200
Leawood, KS  66211

_____
Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

### for the

Western District of Kentucky

| | | |
|---|---|---|
| LWD PRP GROUP | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 5:12CV-127-R |
| RIVERSIDE CORRECTIONAL FACILITY | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*
    Daniel H. Heyns
    Director
    Michigan Department of Corrections
    206 E Michigan Ave.
    Lansing, MI  48909

A lawsuit has been filed against you.

    Within   20   days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_Name of clerk of court_

Date:   11/5/2012                                       s/ K. Atkins

_Deputy clerk's signature_

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____ ,
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other *(specify)* _____
_____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: _____

_____
Server's signature

**Gary D. Justis, Esq.**
Printed name and title

The Justis Law Firm LLC
5251 W. 116th Pl.
Ste 200
Leawood, KS  66211

_____
Server's address

AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky

| | |
|---|---|
| LWD PRP GROUP | ) |
| Plaintiff | ) |
| v. | ) |
| MICHIGAN DEPARTMENT OF CORRECTIONS | ) |
| Defendant | ) |

Civil Action No. 5:12CV-127-R

### Summons in a Civil Action

To: *(Defendant's name and address)*
Daniel H. Heyns
Director
Michigan Department of Corrections
206 E Michigan Ave.
Lansing, MI  48909

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  11/5/2012

*Name of clerk of court*

s/ K. Atkins

*Deputy clerk's signature*

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 04/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____ ,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
      _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
      who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
      _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____
      _____
      _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: _____

_____
                                  Server's signature

**Gary D. Justis, Esq.**
_____
                                  Printed name and title
The Justis Law Firm LLC
5251 W. 116th Pl.
Ste 200
Leawood, KS  66211

_____
                                  Server's address

AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT

### for the

Western District of Kentucky

| | |
|---|---|
| LWD PRP GROUP | ) |
| Plaintiff | ) |
| v. | ) |
| OHIO DEPARTMENT OF TRANSPORTATION | ) |
| Defendant | ) |

Civil Action No. 5:12CV-127-R

### Summons in a Civil Action

To: *(Defendant's name and address)*
Jerry Wray
Director
Ohio Department of Transportation
1980 W Broad St.
Columbus, OH  43223

A lawsuit has been filed against you.

Within  20_ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  11/5/2012

Name of clerk of court

s/ K. Atkins

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08)  Civil Summons (Page 2)

### Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____ , by:

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other *(specify)* _____
_____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: _____

_____
Server's signature

**Gary D. Justis, Esq.**
_____
Printed name and title

The Justis Law Firm LLC
5251 W. 116th Pl.
Ste 200
Leawood, KS  66211

_____
Server's address

AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky   ❍

| | |
|---|---|
| LWD PRP GROUP | ) |
| Plaintiff | ) |
| v. | ) |
| ALLEGHENY COUNTY, PENNSYLVANIA | ) |
| Defendant | ) |

Civil Action No. 5:12CV-127-R

## Summons in a Civil Action

To: *(Defendant's name and address)*
   Rich Fitzgerald
   Allegheny County Executive
   Allegheny County, Pennsylvania
   436 Grant St.
   RM 101
   Pittsburgh, PA  15219

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   11/5/2012

*Name of clerk of court*

s/ K. Atkins

*Deputy clerk's signature*

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other *(specify)* _____
_____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: _____          _____
                                                        Server's signature

                                         **Gary D. Justis, Esq.**
                                         _____
                                                        Printed name and title

                                         The Justis Law Firm LLC
                                         5251 W. 116th Pl.
                                         Ste 200
                                         Leawood, KS 66211

                                         _____
                                                        Server's address

AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky

| | |
|---|---|
| LWD PRP GROUP | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 5:12CV-127-R |
| ALLEGHENY COUNTY, PENNSYLVANIA | ) |
| Defendant | ) |

## Summons in a Civil Action

To: *(Defendant's name and address)*
Linda L. Kelly, Esq.
Attorney General
Pennsylvania Office of Attorney General
Strawberry Sq.
FL 16
Harrisburg, PA  17120

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date:   11/5/2012                                                 s/ K. Atkins

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____ , by:

    (1) personally delivering a copy of each to the individual at this place, _____

    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____

    _____

    _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: _____

                                              _____
                                                  Server's signature

                                          Gary D. Justis, Esq.

                                                  Printed name and title

                                        The Justis Law Firm LLC
                                        5251 W. 116th Pl.
                                        Ste 200
                                        Leawood, KS  66211

                                          _____
                                                  Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky

|  |  |  |
|---|---|---|
| LWD PRP GROUP | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 5:12CV-127-R |
| FANNIN COUNTY, TEXAS | ) | |
| Defendant | ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*
Honorable Creta L. Carter II
101 E Sam Rayburn Dr.
Ste 101
Bonham, TX  75418

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date:   11/5/2012                          s/ K. Atkins

Deputy clerk's signature

 *(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

     (1) personally delivering a copy of each to the individual at this place, _____

     _____; or

     (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

     (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
     _____; or

     (4) returning the summons unexecuted to the court clerk on _____; or

     (5) other *(specify)* _____
     _____
     _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: _____

                                      _____
                                                Server's signature

                            Gary D. Justis, Esq.
                                       Printed name and title
                          The Justis Law Firm LLC
                          5251 W. 116th Pl.
                          Ste 200
                          Leawood, KS  66211

                                      _____
                                                Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky

| | |
|---|---|
| LWD PRP GROUP | ) |
| Plaintiff | ) |
| v. | ) |
| FAYETTE COUNTY SCHOOLS, KENTUCKY | ) |
| Defendant | ) |

Civil Action No. 5:12CV-127-R

## Summons in a Civil Action

To: *(Defendant's name and address)*
Jack Conway, Esq.
Attorney General
Office of The Attorney General
700 Capitol Ave.
Ste 118
Frankfort, KY 40601

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date:  11/5/2012

s/ K. Atkins

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

     (1) personally delivering a copy of each to the individual at this place, _____ ; or

     (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
         who resides there and is of suitable age and discretion; or

     (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
         _____ ; or

     (4) returning the summons unexecuted to the court clerk on _____ ; or

     (5) other *(specify)* _____
        _____
        _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: _____

                                              _____
                                                        Server's signature

                                            Gary D. Justis, Esq.
                                                 Printed name and title
                                            The Justis Law Firm LLC
                                          5251 W. 116th Pl.
                                          Ste 200
                                          Leawood, KS  66211

                                          _____
                                                   Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the
Western District of Kentucky

| | |
|---|---|
| LWD PRP GROUP | ) |
| Plaintiff | ) |
| v. | ) |
| ILLINOIS DEPARTMENT OF CORRECTIONS | ) |
| Defendant | ) |

Civil Action No. 5:12CV-127-R

## Summons in a Civil Action

To: *(Defendant's name and address)*
S.A. Godinez
Director
Illinois Department of Corrections
1301 Concordia Ct.
Springfield, IL  62794-9277

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date:   11/5/2012                                    s/ K. Atkins
                                                    Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____ ,
by:

    (1) personally delivering a copy of each to the individual at this place, _____

    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____

    _____

    _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .


Date: _____                    _____
                                             Server's signature

                                       Gary D. Justis, Esq.
                                           Printed name and title
                                       The Justis Law Firm LLC
                                       5251 W. 116th Pl.
                                       Ste 200
                                       Leawood, KS  66211

                                       _____
                                            Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky

| | |
|---|---|
| LWD PRP GROUP | ) |
| Plaintiff | ) |
| v. | )    Civil Action No. 5:12CV-127-R |
| UNIVERSITY OF ILLINOIS - URBANA MAIN CAMPUS | ) |
| Defendant | ) |

## Summons in a Civil Action

To: *(Defendant's name and address)*
Phyllis Wise
Chancellor
University of Illinois - Urbana Main Campus
901 W Illinois St.
Urbana, IL 61801

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____
Name of clerk of court

Date:  11/5/2012                s/ K. Atkins
                                              Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____
_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: _____

                                      _____

                                                Server's signature

                                   Gary D. Justis, Esq.

                                                Printed name and title

                                   The Justis Law Firm LLC
                                   5251 W. 116th Pl.
                                   Ste 200
                                   Leawood, KS  66211

                                   _____

                                                Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky

| | |
|---|---|
| LWD PRP GROUP | ) |
| Plaintiff | ) |
| v. | ) |
| ILLINOIS STATE UNIVERSITY | ) |
| Defendant | ) |

Civil Action No. 5:12CV-127-R

## Summons in a Civil Action

To: *(Defendant's name and address)*
Dr. Al Bowman
President
Illinois State University
Campus Box 4000
Normal, IL 61790

A lawsuit has been filed against you.

     Within <u>20</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __11/5/2012__

Name of clerk of court

s/ K. Atkins

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____
    _____
    _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: _____

_____
Server's signature

**Gary D. Justis, Esq.**
_____
Printed name and title

The Justis Law Firm LLC
5251 W. 116th Pl.
Ste 200
Leawood, KS  66211

_____
Server's address