**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION**

| | | |
|---|---|---|
| **LWD PRP GROUP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 5:12CV-127-R** |
| | ) | |
| **ACF INDUSTRIES LLC, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF
DEFENDANT C&R AG SUPPLY, INC. WITH PREJUDICE**

Plaintiff LWD PRP Group, through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendant C&R AG Supply, Inc. from this cause with prejudice.  C&R AG Supply, Inc. has not filed an answer or motion for summary judgment in this cause.

Dated:  November 7, 2012

Respectfully submitted,

/s/ Ambereen Shaffie

Ambereen Shaffie         admitted *pro hac vice*
Gary D. Justis             admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, KS  66211-7820
Telephone:  (913) 998-6100
Facsimile:  (913) 998-6101
Email:  ashaffie@justislawfirm.com
Email:  gjustis@justislawfirm.com

and

W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP
GROUP


<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 7, 2012, a copy of the foregoing Notice of Voluntary

Dismissal of Defendant C&R AG Supply, Inc. was filed electronically.  Notice of this filing will

be sent to all parties by operation of the Court's electronic filing system.  Parties may access this

filing through the Court's Electronic Case Filing System.


/s/ Ambereen Shaffie
Ambereen Shaffie