UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP )<br>)<br>PLAINTIFF )<br>) CIVIL ACTION NO. 5:12-cv-00127-TBR<br>v. )<br>)<br>ACF INDUSTRIES, LLC, et al. ) *ELECTRONICALLY FILED*<br>)<br>DEFENDANTS )<br>) | |

## NOTICE OF ENTRY OF APPEARANCE

Come the below-signed attorney, M. Stephen Pitt, and the firm of Wyatt, Tarrant & Combs, LLP, and enter their appearance in this action for the Defendant ACF Industries, LLC.

Respectfully submitted,

/s/ M. Stephen Pitt
M. Stephen Pitt
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, Kentucky  40202-2898
(502) 562-7372

*Counsel for Defendant ACF Industries, LLC*

607829-1 / 60284987.1

2

## CERTIFICATE OF SERVICE

        I hereby certify that on November 13, 2012 I caused this document to be electronically filed with the Clerk of Court through the CM/ECF system, which will electronically send copies of this filing to all registered participants.

                                                     /s/ M. Stephen Pitt