UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP )<br>)<br>PLAINTIFF )<br>)<br>v. )<br>)<br>ACF INDUSTRIES LLC, et al. )<br>)<br>DEFENDANTS )<br>) | CIVIL ACTION NO. 5:12-cv-00127-TBR<br><br>*ELECTRONICALLY FILED* |

## AGREED ORDER

Pursuant to LR 7.1 (b), and upon the agreement of counsel for the Plaintiff, LWD PRP Group, and the Defendant, ACF Industries LLC, it is hereby **ORDERED** that Defendant ACF Industries LLC, shall have up to and including December 17, 2012 in which to file its Answer to the Complaint or to otherwise respond.

**SO AGREED:**

| | |
|---|---|
| /s/ M. Stephen Pitt | /s/ Gary D. Justis (by permission) |
| M. Stephen Pitt, Esq. | Gary D. Justis, Esq. |
| WYATT, TARRANT & COMBS, LLP | THE JUSTIS LAW FIRM, LLC |
| 500 W. Jefferson Street, Suite 2800 | 5251 W. 116th Street |
| Louisville, Kentucky 40202-2898 | Leawood, Kansas 66211 |
| (502) 562-7372 | (913) 998-6101 |
| *Counsel for Defendant ACF Industries, LLC* | *Counsel for Plaintiff LWD PRP Group* |

**SO ORDERED:**