UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:12-cv-127-R

LWD PRP GROUP                                                          PLAINTIFF

v.              **RULE 7.1 CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT, ALSCO, INC.**

ACF INDUSTRIES LLC, et al.                                            DEFENDANTS

Pursuant to Fed. R. Civ. P. 7.1, Defendant Alsco, Inc. hereby states as follows:

Defendant Alsco, Inc. is a wholly owned subsidiary of Steiner, LLC, a Nevada Limited

Liability Company, which is not a public company.   No publicly held corporation owns 10% or

more of the stock of Defendant Alsco, Inc.

FULTZ MADDOX HOVIOUS & DICKENS PLC
Benjamin C. Fultz
John David Dyche
Jennifer Metzger Stinnett

s/ John David Dyche
101 S. Fifth Street, 27th Floor
Louisville, Kentucky  40202-3116
(502) 588-2000

*Counsel for Defendant, Alsco, Inc.*

1

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically on November 15, 2012. Notice of this filing will be sent to counsel for plaintiffs by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system:

W. Fletcher McMurry Schrock
McMurry & Livingston, ALSCO
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, KY  42002-1700
fletch@ml-lawfirm.com

Gary D. Justis
Ambereen Shaffie
The Justis Law Firm LLC
5251 W. 116th Place, Suite 200
Leawood, KS  66211-7820
gjustis@justislawfirm.com
ashaffie@justislawfirm.com

Mark A. Hopper
DeLoof Hopper Dever & Wright ALSCO
301 N. Main Street, Suite 250
Ann Arbor, MI  48104
mah@dhdwlaw.com

M. Stephen Pitt
Wyatt, Tarrant & Combs, LLP
500  W. Jefferson Street, Suite 2800
Louisville, KY  40202
mspitt@wyattfirm.com

J. Duncan Pitchford
Whitlow, Roberts, Houston & Straub, ALSCO
300 Broadway Street
P.O. Box 995
Paducah, KY  42002-0995
dpitchford@whitlaw-law.com

Gerald J. Pels
Christopher A. Verducci
Craig L. Weinstock
Locke Lord LLP
2800 JPMorgan Chase Tower
600 Travis
Houston, TX  77002
gpels@lockelord.com

s/ John David Dyche
*Counsel for Defendant, Alsco, Inc.*

8790/pldgs/CorpDisclosure