# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 5:12CV-127-R |
| | ) |
| **ACF INDUSTRIES LLC, et al.** | ) |
| | ) |
| Defendants. | ) |
| | ) |

### NOTICE OF VOLUNTARY DISMISSAL OF
### DEFENDANT CURTIS-TOLEDO, INC. WITH PREJUDICE

Plaintiff LWD PRP Group, through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendant Curtis-Toledo, Inc. from this cause with prejudice. Curtis-Toledo, Inc. has not filed an answer or motion for summary judgment in this cause.

Dated: November 16, 2012

                                          Respectfully submitted,

                                          /s/ Gary D. Justis
                                          Gary D. Justis       admitted *pro hac vice*
                                          Ambereen Shaffie  admitted *pro hac vice*
                                          THE JUSTIS LAW FIRM LLC
                                          5251 W. 116th Place, Suite 200
                                          Leawood, KS 66211-7820
                                          Telephone: (913) 998-6100
                                          Facsimile: (913) 998-6101
                                          Email: gjustis@justislawfirm.com
                                          Email: ashaffie@justislawfirm.com

and

W. Fletcher McMurry Schrock (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky 42002-1700
Telephone: (270) 443-6511
Facsimile: (270) 443-6548
Email: fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2012, a copy of the foregoing Notice of Voluntary Dismissal of Defendant Curtis-Toledo, Inc. with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

/s/ Gary D. Justis
Gary D. Justis