### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF KENTUCKY
### PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | Civil Action No. 5:12CV-127-R |
| ) | |
| **ACF INDUSTRIES LLC, et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

### NOTICE OF VOLUNTARY DISMISSAL OF
### DEFENDANT WADE BILLADEAU FARMS, INC. WITH PREJUDICE

Plaintiff LWD PRP Group, through counsel and pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendant Wade Billadeau Farms, Inc. from this

cause with prejudice.  Wade Billadeau Farms, Inc. has not filed an answer or motion for

summary judgment in this cause.

Dated:  November 16, 2012

            Respectfully submitted,

            /s/ Gary D. Justis
            Gary D. Justis   admitted *pro hac vice*
            Ambereen Shaffie  admitted *pro hac vice*
            THE JUSTIS LAW FIRM LLC
            5251 W. 116th Place, Suite 200
            Leawood, KS  66211-7820
            Telephone:  (913) 998-6100
            Facsimile:  (913) 998-6101
            Email:  gjustis@justislawfirm.com
            Email:  ashaffie@justislawfirm.com

and

W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP
GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2012, a copy of the foregoing Notice of Voluntary

Dismissal of Defendant Wade Billadeau Farms, Inc. with Prejudice was filed electronically.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's Electronic Case Filing System.


/s/ Gary D. Justis
Gary D. Justis