IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
|     Plaintiff, | ) |
| vs. | ) Civil Action No. 5:12-CV-127-R |
| ACF INDUSTRIES, LLC., *et al*; | ) |
|     Defendants. | ) |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Cooper US, Inc. makes the following disclosure:

1.    Cooper Industries PLC is the ultimate parent of Cooper US, Inc. and is a publically held corporation which owns directly or indirectly 10% or more of Cooper US, Inc. stock

2.    Cooper US, Inc. not publicly traded.

The undersigned party understands that pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, it will promptly file a supplemental statement upon any change in the information that this statement requires.

                Respectfully submitted,

                /s/ Craig Weinstock
                Craig L. Weinstock
                State Bar No. 21097300
                Gerald J. Pels
                State Bar No. 15732885
                Christopher A. Verducci
                State Bar No. 24051470
                LOCKE LORD LLP
                JPMorgan Chase Tower
                600 Travis, Suite 2800
                Telephone: (713) 226-1548
                Facsimile: (713) 223-3717

                *Attorneys for Defendant Cooper US, Inc.*

### CERTIFICATE OF SERVICE

     I hereby certify that, on the 16th of November, 2012, I have filed the foregoing through the CM/ECF system, which will forward an electronic copy to the counsel of record, including Fletcher Schrock, Esq., fletch@ml-lawfirm.com, Gary Justis, Esq., gjustis@justislawfirm.com; Jeffrey W. Ahlers, Esq., jahlers@kddk.com, Attorney for Defendant Fox Valley Systems, Inc.; J. Duncan Pitchford, Esq., dpitchford@whitlow-law.com, Attorney for Defendant Wheeler Lumber, LLC; John David Dyche, Esq., jddyche@fmhd.com, Attorney for Defendant Alsco, Inc.; M. Stephen Pitt, Esq., mspitt@wyattfirm.com, Attorney for ACF Industries, LLC; and Mark A Hopper, Esq., mah@dhdwlaw.com, Attorney for Eftec North America, LLC.

     I further certify that I have served he following non-ECF participants via first class mail:

Madisonville Auto Parts, Inc.
55 North Scott Street
Madisonville, Kentucky 42431

United States Gypsum Company
550 West Adams Street
Chicago, Illinois 60661

Printers Printing Company, LLC
100 Frank E. Simon Avenue
Shepherdsville, Kentucky 40165

Rawlings Sporting Goods Co., Inc.
7 Bayberry Road
Elmsford, New York 10523

Hannan Maritime Corporation
102 West Emerson
Arlington Heights, Illinois 60005

Andover Coils, LLC
Post Office Box 4848
Lafayette, Indiana 47903

HSBC North America Holdings, Inc.
One HSBC Center, 27th Floor
Buffalo, New York 14203

Bell and Howell, LLC
3791 South Alston Avenue
Durham, North Carolina 27713

Carboline Company
c/o Calfee, Halter & Griswold, LLP
1405 East Sixth Street
Cleveland, Ohio 44114-1607

Atkore International, Inc.
16100 South Lathros Avenue
Harvey, Illinois 60426

ACF Industries, LLC
c/o Douglas Cohen, Esq.
Brown Rudnick LLP
185 Asylum Street
Hartford, Connecticut 06103

Zeller Technologies, Inc.
4250 Hoffmeister Avenue
St. Louis, Missouri 63125

Meredith Corporation
70 West Madison Street, Suite 1800
Chicago, Illinois 60602

Universal Music Group, Inc.
2220 Colorado Avenue
Santa Monica, California 90404

AMLI Residential Partners, LLC
180 North LaSalle Street, Suite 3700
Chicago, Illinois 60601

Vorys, Sater, Seymour & Pease, LLP
301 East Fourth Street, Suite 3500
Great American Tower
Cincinnati, Ohio 45202
*Attorneys for Hughes Parker Industries, LLC*

Star Gas Partners, LP
55 Church Street, Suite 211
White Plains, New York 10601-1911

Superior Oil Company, Inc.
1402 North Capital Avenue, Suite 100
Indianapolis, Indiana 46202

Wurth USA, Inc.
93 Grant Street
Ramsey, New Jersey 07446

Barry L. Warren, Esq.
Cohen & Warren
P.O. Box 768
Smithtown, New York 11787
*Attorney for Port Jefferson Country Club*

Spawn Mate, Inc.
260 Westgate Drive
Watsonville, California 95076

Watts & Durr Oil Company, Inc.
P.O. Box 627
Monticello, Kentucky 42633

Murray Equipment, Inc.
2515 Charleston Place
Fort Wayne, IN 46808

Semi Bulk Systems
7700 Forsythe Blvd., #1100
St. Louis, Missouri 63105

4

English, Lucas, Priest & Owsley
P.O. Box 770
Bowling Green, Kentucky 42102-0770
*Attorneys for Bass Pro Shops, Inc.*

Edward H. Stopher, Esq.
Boehl Stopher & graves
Suite 2300
400 W. Market Street
Louisville, Kentucky 40202-3346
*Attorney for Nagle Pumps, Inc.*

Thompson Coburn LLP
One US Bank Plaza
St. Louis, Missouri 63101
*Attorney for Streater, LLC*

Leon Plastics, Inc.
P.O. Box 352
Grand Rapids, MI 49501-0352

Nutter, McClennen & Fish, LLP
Seaport West, 155 Seaport Blvd.
Boston, MA 02210
*Attorneys for Evanite Fiber Corporation*

Kegler, Brown, Hill & Ritter, LPA
65 East State, Suite 18100
Columbus, OH 43215
*Attorneys for Commerical Vehicle Group, Inc.*

DeWitt Ross & Stevens, S.C.
2 East Mifflin Street, Suite 600
Madison, WI 53703
*Attorneys for M.C. Chemical Company*

Arms Equipment, Inc.
P.O. Box 27
McQuady, KY 40153

ISK Americas Incorporated
f/k/a Ricera, Inc.
7474 Auburn Road
Concord, OH 44077

American Greetings Corporation
One American Road
Cleveland, OH 44144

Mid-Western Commercial Roofers, Inc.
P.O. Box 16818
Mobile, Alabama 36616

Seagull Lighting Products, inc.
7400 Linder Avenue
Skokie, IL 60077

Alsco, Inc.
215 South State Street, Suite 1200
Salt Lake City, UT 84111

Dis-Tran Wood Products
4725 Highway 28 East
Pineville, LA 71360

Gould & Ratner
222 NorthLaSalle, Suite. 800
Chicago, IL 60302
*Attorneys for Great Dane, LP*

Bemis Company, Inc.
134 East Wisconsin Avenue
Neenah, WI 54957

Madelaine R. Berg, Esq.
9040 North Flying Butte
Fountain Hills, AZ 85268
*Attorney for Ametek, Inc.*

Nilfisk-Advance, Inc.
14600 21st Avenue North
Plymouth, MN 55447

Curwood, Inc.
134 East Wisconsin Avenue
Neenah, WI 54957

Debrorah A. Weedman, Esq.
8235 Forsyth Blvd., Suite 400
St. Louis, MO 63105
*Attorney for Apex Oil Company, Inc.*

Rexnord Industries, inc.
4701 West Greenfield Avenue
Milwaukee, WI 53214

John P. Ashworth, Esq.
Kell, Alterman & Runstein LLP
520 S.W. Yamhill, Suite 600
Portland, OR 97204-1329
*Attorney for Tetra Pak*

Freehold Cartage, Inc.
1001 Route 517
Hackettstown, NJ 07840

Blain Supply, INc.
c/o Brennan, Steil, SC
1 East Milwaukee Street
Janesville, WI 53545

Safeway, Inc.
5918 Stoneridge Mall Road
Pleasanton, CA 94588

                                                /s/ Craig Weinstock
                                                Craig Weinstock