**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION**

| | | |
|---|---|---|
| LWD PRP Group | ) | CIVIL ACTION  NO. 5:12CV-127-R |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JOINT MOTION TO EXTEND TIME |
| | ) | |
| ACF Industries LLC, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION TO EXTEND ROLL FORMING CORPORATION.'S TIME TO
ANSWER AND/OR RESPOND TO COMPLAINT**

COME NOW, Plaintiff, LWD PRP Group, by counsel, and Defendant, Roll Forming

Corporation, by counsel, hereby move that this Honorable Court enter the accompanying Order

to extend the time up to and including November 30, 2012 for Roll Forming Corporation to

answer and/or respond to the complaint filed in the above-styled action.

Agreed to:

s/ Gary D. Justis (with permission)
Gary D. Justis
The Justis Law Firm LLC
5251 W. 116th Place, Suite 200
Leawood, KS 66211-7820
gjustis@justislawfirm.com
Attorney for Plaintiff
LWD PRP GROUP

s/Richard A. Greenberg
Richard A. Greenberg
Smith, Greenberg & Perkins, PLLC
2321 Lime Kiln Lane, Suite C
Louisville, KY 40222
rgreenberg@sgpfirm.com
Attorney for Defendant
ROLL FORMING CORPORATION