## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION

| | |
|---|---|
| LWD PRP Group ) | CIVIL ACTION NO. 5:12CV-127-R |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER FOR EXTENSION OF TIME |
| ) | |
| ACF Industries LLC, et al. ) | |
| ) | |
| Defendants. ) | |

### ORDER FOR EXTENSION OF TIME

Upon the agreement of the parties, Plaintiff, LWD PRP Group and Defendant, Roll Forming Corporation, with the Court being duly advised;

**IT IS HEREBY ORDERED** that Roll Forming Corporation shall have up to and including November 30, 2012 to answer and/or respond to the complaint filed in the above-styled action.