**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**

| | | |
|---|---|---|
| **LWD PRP GROUP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 5:12CV-127-R** |
| | ) | |
| **ACF INDUSTRIES LLC, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF**
**DEFENDANT WURTH USA, INC. WITH PREJUDICE**

Plaintiff LWD PRP Group, through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendant Wurth USA, Inc. from this cause with prejudice.  Wurth USA, Inc. has not filed an answer or motion for summary judgment in this cause.

Dated:  November 19, 2012

Respectfully submitted,

/s/ Gary D. Justis
Gary D. Justis               admitted *pro hac vice*
Ambereen Shaffie             admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, KS  66211-7820
Telephone:  (913) 998-6100
Facsimile:  (913) 998-6101
Email:  gjustis@justislawfirm.com
Email:  ashaffie@justislawfirm.com

and

W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP
GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2012, a copy of the foregoing Notice of Voluntary

Dismissal of Defendant Wurth USA, Inc. with Prejudice was filed electronically.  Notice of this

filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may

access this filing through the Court's Electronic Case Filing System.


/s/ Gary D. Justis
Gary D. Justis