IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | | |
|---|---|---|
| LWD PRP GROUP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 5:12-CV-00127-TBR |
| | ) | |
| ACF INDUSTRIES, LLC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT IN SUPPORT OF PRO HAC VICE ADMISSION

Before me, the undersigned authority, personally appeared Ryan Russell Kemper, who, being by me duly sworn, deposed as follows:

1. My name is Ryan Russell Kemper. I am of sound mind, capable of making this affidavit and personally acquainted with the facts herein stated.

2. I am a member in good standing of the Bars of the following State Courts and/or United States Courts:
   a. Missouri
   b. Illinois
   c. United States District Court for the Eastern District of Missouri
   d. United States District Court for the Western District of Missouri
   e. United States District Court for the Cental District of Illinois
   f. United States District Court for the Southern District of Illinois

3. I hereby consent to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

4. I have received training in use of the electronic filing system through materials provided by the Eastern District of Missouri.

_____
Affiant

In witness whereof, I have hereunto subscribed my name and affixed my official seal this 15th day of November, 2012.

_____
Notary Public

My commission expires: July 6, 2015

```
JENNIFER L. BEDARD
Notary Public - Notary Seal
STATE OF MISSOURI
St. Louis City
My Commission Expires: July 6, 2015
Commission # 11210711
```