AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the

| | | |
|---|---|---|
| LWD PRP GROUP | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 5:12CV-127-R |
| TRANSIT AUTHORITY OF RIVER CITY, KENTUCKY | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*
Jack Conway, Esq.
Attorney General
Office of The Attorney General
700 Capitol Ave.
Ste 118
Frankfort, KY 40601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Gary D. Justis, Esq.
The Justis Law Firm, LLC
5251 W. 116th Place
Suite 200
Leawood, KS 66211-7820

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 11/19/2012

_____
Name of clerk of court

s/ K. Atkins
_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 04/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

(1) personally delivering a copy of each to the individual at this place, _____

_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____

who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is

_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other *(specify)* _____

_____

_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: _____

_____
Server's signature

Gary D. Justis
_____
Printed name and title

The Justis Law Firm, LLC
5251 W. 116th Place
Leawood, KS 66211-7820

_____
Server's address

AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT

for the

| | | |
|---|---|---|
| LWD PRP GROUP | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 5:12CV-127-R |
| CITY OF CEDAR RAPIDS, IOWA | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*
Mayor Ron Corbett
City of Cedar Rapids
101 1st St. SE
Cedar Rapids, IA 52401

A lawsuit has been filed against you.

Within  21  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Gary D. Justis, Esq.
The Justis Law Firm, LLC
5251 W. 116th Place
Suite 200
Leawood, KS 66211-7820

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date:  11/19/2012

s/ K. Atkins

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

### Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

(1) personally delivering a copy of each to the individual at this place, _____

_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is

_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other *(specify)* _____

_____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: _____

_____
Server's signature

Gary D. Justis
_____
Printed name and title

The Justis Law Firm, LLC
5251 W. 116th Place
Leawood, KS  66211-7820

_____
Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| LWD PRP GROUP | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 5:12CV-127-R |
| CITY OF KEOKUK, IOWA | ) |
| Defendant | ) |

### Summons in a Civil Action

To: *(Defendant's name and address)*
Mayor Tom Marion
City of Keokuk
415 Blondeau St.
Keokuk, IA 52632

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Gary D. Justis, Esq.
The Justis Law Firm, LLC
5251 W. 116th Place
Suite 200
Leawood, KS 66211-7820

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Name of clerk of court*

Date: __11/19/2012__

s/ K. Atkins

*Deputy clerk's signature*

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 04/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

   (1) personally delivering a copy of each to the individual at this place, _____

   _____ ; or

   (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

   (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is

   _____ ; or

   (4) returning the summons unexecuted to the court clerk on _____ ; or

   (5) other *(specify)* _____

   _____

   _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: _____                    _____
                                                       Server's signature

                                               Gary D. Justis
                                               _____
                                                       Printed name and title
                                               The Justis Law Firm, LLC
                                               5251 W. 116th Place
                                               Leawood, KS  66211-7820

                                               _____
                                                       Server's address

AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT

for the

| | | |
|---|---|---|
| LWD PRP GROUP | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 5:12CV-127-R |
| CITY OF LOUISVILLE, KENTUCKY | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*
Mayor Greg Fischer
City of Louisville
527 W Jefferson St.
FL 4
Louisville, KY  40202

A lawsuit has been filed against you.

Within  21  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Gary D. Justis, Esq.
The Justis Law Firm, LLC
5251 W. 116th Place
Suite 200
Leawood, KS 66211-7820

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____
Name of clerk of court

Date:  11/19/2012

s/ K. Atkins
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____
    _____
    _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: _____

                                       _____
                                                 Server's signature

                                    Gary D. Justis
                                          Printed name and title
                                    The Justis Law Firm, LLC
                                    5251 W. 116th Place
                                    Leawood, KS  66211-7820

                                    _____
                                                 Server's address

AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT

for the

| | |
|---|---|
| LWD PRP GROUP | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 5:12CV-127-R |
| ALLEGHENY COUNTY, PENNSYLVANIA | ) |
| Defendant | ) |

### Summons in a Civil Action

To: *(Defendant's name and address)*
Linda L. Kelly, Esq.
Attorney General
Pennsylvania Office of Attorney General
Strawberry Sq.
FL 16
Harrisburg, PA  17120

A lawsuit has been filed against you.

Within   21   days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Gary D. Justis, Esq.
The Justis Law Firm, LLC
5251 W. 116th Place
Suite 200
Leawood, KS 66211-7820

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date:   11/19/2012                                s/ K. Atkins

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____

         _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____

         who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is

         _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____

         _____

         _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: _____

                                      _____

                                               Server's signature

                                    Gary D. Justis

                                              Printed name and title

                                    The Justis Law Firm, LLC
                                    5251 W. 116th Place
                                    Leawood, KS  66211-7820

                                    _____

                                               Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the

|  |  |  |
|---|---|---|
| LWD PRP GROUP | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 5:12CV-127-R |
| ALLEGHENY COUNTY, PENNSYLVANIA | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*
Rich Fitzgerald
Allegheny County Executive
Allegheny County, Pennsylvania
436 Grant St.
RM 101
Pittsburgh, PA  15219

A lawsuit has been filed against you.

Within  21  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Gary D. Justis, Esq.
The Justis Law Firm, LLC
5251 W. 116th Place
Suite 200
Leawood, KS 66211-7820

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date:    11/19/20/12                                             s/ K. Atkins

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 04/08)  Civil Summons (Page 2)

### Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____
    _____
    _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: _____

_____
                          Server's signature

**Gary D. Justis**
_____
                          Printed name and title

The Justis Law Firm, LLC
5251 W. 116th Place
Leawood, KS  66211-7820

_____
                          Server's address

AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT
### for the

|  |  |  |
|---|---|---|
| LWD PRP GROUP | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 5:12CV-127-R |
| JEFFERSON COUNTY PUBLIC WORKS | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*
Jack Conway, Esq.
Attorney General
Office of the Attorney General
700 Capitol Ave.
Ste 118
Frankfort, KY 40601

A lawsuit has been filed against you.

Within  21  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Gary D. Justis, Esq.
The Justis Law Firm, LLC
5251 W. 116th Place
Suite 200
Leawood, KS 66211-7820

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____
Name of clerk of court

Date:  _11/19/2012_                                                    s/ K. Atkins
_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____

        _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
        _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____

        _____

        _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: _____

                              _____
                                     Server's signature

                              Gary D. Justis
                                  Printed name and title
                              The Justis Law Firm, LLC
                              5251 W. 116th Place
                              Leawood, KS  66211-7820

                              _____
                                      Server's address

AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT

for the

| | | |
|---|---|---|
| LWD PRP GROUP | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 5:12CV-127-R |
| PINELLAS COUNTY SCHOOL BOARD | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*
Robin L. Wikle
Chairperson
Pinellas County School Board
301 4th St. SW
Largo, FL 33770

A lawsuit has been filed against you.

Within  21  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Gary D. Justis, Esq.
The Justis Law Firm, LLC
5251 W. 116th Place
Suite 200
Leawood, KS 66211-7820

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____
Name of clerk of court

Date:   11/19/2012          s/ K. Atkins
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 04/08)  Civil Summons (Page 2)

### Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____

    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____

    _____

    _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .


Date: _____

                             _____
                                      Server's signature

                      Gary D. Justis
                                   Printed name and title
                      The Justis Law Firm, LLC
                      5251 W. 116th Place
                      Leawood, KS  66211-7820

                             _____
                                      Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| LWD PRP GROUP | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 5:12CV-127-R |
| GEORGIA WORLD CONGRESS CENTER | ) |
| Defendant | ) |

## Summons in a Civil Action

To: *(Defendant's name and address)*
Frank Poe
Executive Director
Georgia World Congress Center
285 International Blvd. NW
Atlanta, GA 30313

A lawsuit has been filed against you.

Within  21  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Gary D. Justis, Esq.
The Justis Law Firm, LLC
5251 W. 116th Place
Suite 200
Leawood, KS 66211-7820

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   11/19/2012

Name of clerk of court

s/ K. Atkins

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

(1) personally delivering a copy of each to the individual at this place, _____

_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is

_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____

_____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: _____

_____
Server's signature

Gary D. Justis
_____
Printed name and title

The Justis Law Firm, LLC
5251 W. 116th Place
Leawood, KS 66211-7820

_____
Server's address

AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT

### for the

| | | |
|---|---|---|
| LWD PRP GROUP | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 5:12CV-127-R |
| MICHIGAN DEPARTMENT OF CORRECTIONS | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*
Daniel H. Heyns
Director
Michigan Department of Corrections
206 E Michigan Ave.
Lansing, MI  48909

A lawsuit has been filed against you.

Within  21  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Gary D. Justis, Esq.
The Justis Law Firm, LLC
5251 W. 116th Place
Suite 200
Leawood, KS 66211-7820

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____
Name of clerk of court

Date:  11/19/2012  _____

s/ K. Atkins
_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____
    _____
    _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: _____        _____
                                               Server's signature

                                   Gary D. Justis
                                           Printed name and title
                                   The Justis Law Firm, LLC
                                   5251 W. 116th Place
                                   Leawood, KS  66211-7820

                              _____
                                           Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

| | | |
|---|---|---|
| LWD PRP GROUP | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 5:12CV-127-R |
| RIVERSIDE CORRECTIONAL FACILITY | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*
Daniel H. Heyns
Director
Michigan Department of Corrections
206 E Michigan Ave.
Lansing, MI 48909

A lawsuit has been filed against you.

Within  21  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Gary D. Justis, Esq.
The Justis Law Firm, LLC
5251 W. 116th Place
Suite 200
Leawood, KS 66211-7820

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   11/19/2012

Name of clerk of court

s/ K. Atkins

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

(1) personally delivering a copy of each to the individual at this place, _____

_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____

who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is

_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other *(specify)* _____

_____

_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: _____

_____
Server's signature

**Gary D. Justis**

Printed name and title

The Justis Law Firm, LLC
5251 W. 116th Place
Leawood, KS  66211-7820

_____
Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

### for the

| | | |
|---|---|---|
| LWD PRP GROUP | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 5:12CV-127-R |
| ILLINOIS DEPARTMENT OF CORRECTIONS | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*
S.A. Godinez
Director
Illinois Department of Corrections
1301 Concordia Ct.
Springfield, IL 62794-9277

A lawsuit has been filed against you.

Within  21  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Gary D. Justis, Esq.
The Justis Law Firm, LLC
5251 W. 116th Place
Suite 200
Leawood, KS 66211-7820

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   11/19/2012

_____
Name of clerk of court

s/ K. Atkins
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 04/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____

    _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____

       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is

    _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____

    _____

    _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: _____

                                 _____
                                        Server's signature

Gary D. Justis
                                        Printed name and title
The Justis Law Firm, LLC
5251 W. 116th Place
Leawood, KS  66211-7820

                                  _____
                                          Server's address

AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT

### for the

| | | |
|---|---|---|
| LWD PRP GROUP | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 5:12CV-127-R |
| ILLINOIS DEPARTMENT OF AGRICULTURE | ) | |
| Defendant | ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*
Robert F. Flider
Director
Illinois Department of Agriculture
P.O. Box 19281
Springfield, IL  62794-9281

A lawsuit has been filed against you.

Within   21   days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Gary D. Justis, Esq.
The Justis Law Firm, LLC
5251 W. 116th Place
Suite 200
Leawood, KS 66211-7820

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____
Name of clerk of court

Date:   11/19/2012                          s/ K. Atkins
_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 04/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

(1) personally delivering a copy of each to the individual at this place, _____

_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is

_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other *(specify)* _____

_____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: _____

_____
Server's signature

**Gary D. Justis**
_____
Printed name and title

The Justis Law Firm, LLC
5251 W. 116th Place
Leawood, KS  66211-7820

_____
Server's address

🖋 AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| LWD PRP GROUP | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 5:12CV-127-R |
| ILLINOIS DEPARTMENT OF TRANSPORTATION | ) |
| Defendant | ) |

## Summons in a Civil Action

To: *(Defendant's name and address)*
Frank McNeil
Director
Illinois Department of Transportation
2300 S Dirksen Pkwy.
Springfield, IL  62764-0001

A lawsuit has been filed against you.

Within  21  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Gary D. Justis, Esq.
The Justis Law Firm, LLC
5251 W. 116th Place
Suite 200
Leawood, KS 66211-7820

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date:  11/19/2012                    s/ K. Atkins

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 04/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____

    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____

    _____

    _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: _____

                                      _____
                                           Server's signature

                        Gary D. Justis
                                       Printed name and title
                        The Justis Law Firm, LLC
                        5251 W. 116th Place
                        Leawood, KS  66211-7820

                                        _____
                                           Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| LWD PRP GROUP | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 5:12CV-127-R |
| ILLINOIS STATE UNIVERSITY | ) |
| Defendant | ) |

### Summons in a Civil Action

To: *(Defendant's name and address)*
Dr. Al Bowman
President
Illinois State University
Campus Box 4000
Normal, IL 61790

A lawsuit has been filed against you.

Within  21  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Gary D. Justis, Esq.
The Justis Law Firm, LLC
5251 W. 116th Place
Suite 200
Leawood, KS 66211-7820

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date:  11/19/2012               s/ K. Atkins

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____
    _____
    _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: _____

_____
Server's signature

**Gary D. Justis**
_____
Printed name and title

The Justis Law Firm, LLC
5251 W. 116th Place
Leawood, KS  66211-7820

_____
Server's address

AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| _____LWD PRP GROUP_____ | ) |
| Plaintiff | ) |
| v. | )     Civil Action No. 5:12CV-127-R |
| UNIVERSITY OF ILLINOIS - URBANA MAIN CAMPUS | ) |
| Defendant | ) |

### Summons in a Civil Action

To: *(Defendant's name and address)*
    Phyllis Wise
    Chancellor
    University of Illinois - Urbana Main Campus
    901 W Illinois St.
    Urbana, IL  61801

A lawsuit has been filed against you.

    Within  21  days after service of this summons on you (not counting the day you received it), you must serve
on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The
answer or motion must be served on the plaintiff's attorney, whose name and address are:

Gary D. Justis, Esq.
The Justis Law Firm, LLC
5251 W. 116th Place
Suite 200
Leawood, KS 66211-7820

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also
must file your answer or motion with the court.

 

_____
Name of clerk of court

Date:  11/19/2012                s/ K. Atkins
                                       Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by
Rule 12(a)(3).)*