UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP  )<br> )<br>PLAINTIFF  )<br> )<br>v.  )<br> )<br>ACF INDUSTRIES, LLC, et al.  )<br> )<br>DEFENDANTS  )<br> ) | CIVIL ACTION NO. 5:12-cv-00127-TBR<br><br>*ELECTRONICALLY FILED* |

**DEFENDANT ACF INDUSTRIES LLC'S**
**RULE 7.1 CORPORATE DISCLOSURE**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, defendant ACF Industries LLC, by and through its undersigned counsel, hereby states that it is a limited liability corporation organized under the laws of the State of Delaware, and that its sole member is NMI Holding Corp., a corporation organized under the laws of the State of Delaware.  ACF Industries LLC does not have a parent corporation and no publicly held company owns 10% or more of its stock.

/s/ M. Stephen Pitt
M. Stephen Pitt, Esq.
WYATT, TARRANT & COMBS, LLP
500 W. Jefferson Street, Suite 2800
Louisville, Kentucky  40202-2898
(502) 562-7372