UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12-CV-127-R

LWD PRP GROUP,                                                                                       PLAINTIFF

VS.             **ANSWER TO COMPLAINT ON BEHALF OF
DEFENDANT WATTS & DURR OIL COMPANY, INC.
ELECTRONICALLY FILED**

ACF INDUSTRIES LLC, ET AL.,                                                                DEFENDANTS

*** *** *** *** *** *** *** *** *** *** *** ***

Comes now the Defendant, Watts & Durr Oil Company, Inc., by counsel, and for its Answer and Affirmative Defenses herein, does state as follows:

**FIRST DEFENSE**

1. The Complaint should be dismissed or held for naught for failure to state a claim or cause of action for which the relief sought, or any relief may be granted.

2. The Complaint should be dismissed and held for naught on the basis of failure of consideration.

3. The Complaint should be dismissed and held for naught on the basis that the claims, if any be stated, are barred by the statute of limitations, waiver, laches, or estoppel.

4. The acts and omissions complained of, if any there be, are not, within reasonable certainty, attributable to this Defendant.

5. The acts and omissions complained of, if any there be, are the result of the negligence of the Plaintiff, its predecessors in interest, and their agents, employees, and representatives.

6. The acts and omissions complained of, if any there be, are the result of the acts of others, not this Defendant, or of acts of nature, or other intervening and/or superseding cause which are not the responsibility of this Defendant.

7. This Defendant reserves the right to assert additional affirmative defenses if this action otherwise proceeds against this Defendant upon the receipt of further information in the discovery process.

## SECOND DEFENSE

Without waiving any of the foregoing defenses, this Defendant answers the specific allegations of the Complaint as follows:

8. This Defendant is without sufficient information to either admit or deny the allegations asserted in paragraphs one and two of the Complaint, and therefore denies the same.

9. This Defendant admits the allegations of paragraphs three and four of the Complaint to the extent that jurisdiction and venue would be proper in this Court if there are any justiciable claims presented against this Defendant, which this Defendant denies.

10. This Defendant is without sufficient information to either admit or deny the allegations set forth in paragraphs 5 - 1747 of the Complaint, inclusive, and therefore denies the same.

11. This Defendant is without sufficient information at this time to either admit or deny the allegations of paragraphs 1748, 1749, 1750, and 1751 of the Complaint, although admitting that this Defendant did make a shipment in accordance with a duly issued manifest, which shipment was made by this Defendant in good

faith and in reasonable reliance upon the representations of the Plaintiff and its predecessors, agents, representatives, and employees; all remaining allegations of those paragraphs are denied.

12. This Defendant admits the allegations of paragraphs 1752 of the Complaint, and does affirmatively state that no such response cost should be deemed owed or payable by this Defendant.

13. This Defendant denies the allegations of paragraphs 1753 – 1820, inclusive of the Complaint.

14. This Defendant admits only the allegations of paragraphs 1821 – 1848 of the Complaint to the extent that said allegations merely restate applicable law and/or regulation, but deny that any such allegations are actionable against this Defendant, and therefore denies all substantive allegations of those paragraphs to the extent they could be construed to impose any liability of any kind on this Defendant.

15. This Defendant denies all allegations of the Complaint, specifically including paragraphs 1837, 1843, and 1849, seeking any type of specific relief against this Defendant.

16. This Defendant denies each and every allegation of the Complaint not otherwise specifically admitted herein.

WHEREFORE, this Defendant respectfully demands as follows:

A. That the Complaint be dismissed and held for naught, and that the Plaintiff take nothing thereby;

B. For its costs and fees herein expended, including a reasonable attorney's fee;

    C.  For any and all other relief to which this Defendant appears to be entitled.

                                                s/ Winter R. Huff
                                          WINTER R. HUFF, Counsel for Defendant
                                          Watts & Durr Oil Company, Inc.
                                          ATTORNEYS SERVICES OF KENTUCKY, PLLC
                                          P.O. Box 627
                                          Monticello, KY 42633
                                          Telephone: (606) 343-0055
                                                  AND
                                          203 E. Mt. Vernon Street
                                          Somerset, KY 42501
                                          Telephone:  (606) 678-0181
                                          Facsimile:  (888) 513-0853
                                          winterhuff@hotmail.com

**CERTIFICATE OF SERVICE**

       On November 19, 2012, I electronically filed this document through the ECF system, which will send notice of electronic filing to:

Hon. W. Fletcher McMurry Schrock, Counsel for Plaintiff, fletch@ml-lawfirm.com
Hon. Gary D. Justis, Counsel for Plaintiff, gjustis@justislawfirm.com
Hon. Ambereen Shaffie, Counsel for Plaintiff, ashaffie@justislawfirm.com
Hon. J. Duncan Pitchford, Counsel for Wheeler Lumber, LLC, dpitchford@whitlow-law.com
Hon. Nicholas M. Holland, Counsel for Wheeler Lumber, LLC, nholland@whitlow-law.com
Hon. M. Stephen Pitt, Counsel for ACF Industries, LLC, mspitt@wyattfirm.com
Hon. John David Dyche, Counsel for Alsco Inc., jddyche@fmhd.com
Hon. Benjamin C. Fultz, Counsel for Alsco, Inc.
Hon. Jennifer M. Stinnett, Counsel for Alsco, Inc.
Hon. Christopher A. Verducci, Counsel for Cooper US Inc.
Hon. Craig L. Weinstock, Counsel for Cooper US Inc.
Hon. Gerald J. Pels, Counsel for Cooper US Inc., gpels@lockelord.com
Hon. Mark A. Hopper, Counsel for Eftec North America LLC, mah@dhdwlaw.com
Hon. Richard A. Greenberg, Counsel for Roll Forming Corporation, rgreenberg@sgpfirm.com
Hon. Ryan Russell Kemper, Counsel for Streater, Inc.

       I further certify that I have served the following non-ECF participants via first class mail:

United States Gypsum Company
550 West Adams Street
Chicago, IL 60661

4

Rawlings Sporting Goods Co., Inc.
7 Bayberry Road
Elmsford, NY 10523

Hannah Maritime Corp.
102 West Emerson
Arlington Heights, IL 60005

Andover Coils, LLC
P.O. Box 4848
Lafayette, IN 47903

HSBC North America Holdings, Inc.
One HSBC Center, 27th Floor
Buffalo, NY 14203

Bell and Howell, LLC
3791 South Alston Avenue
Durham, NC 27713

Carboline Company
c/o Calfee, Halter & Griswold, LLP
1405 East Sixth Street
Cleveland, OH 44114

Zeller Technologies, Inc.
4250 Hoffmeister Avenue
St. Louis, MO 63125

Star Gas Partners, LP
55 Church Street, Suite 211
White Plains, NY 10601

 Superior Oil Company, Inc.
1402 North Capital Avenue, Suite 100
Indianapolis, IN 46202

Wurth USA, Inc.
93 Grant Street
Ramsey, NJ 07446

Hon. Barry L. Warren
Cohen & Warren
P.O. Box 768
Smithtown, NY 11787
Counsel for Port Jefferson Country Club

Spawn Mate, Inc.
260 Westgate Drive
Watsonville, CA 95076

Murray Equipment, Inc.
2515 Charleston Place
Fort Wayne, IN 46808

English Lucas Priest & Owsley
P.O. Box 770
Bowling Green, KY 42012
Counsel for Bass Pro Shops, Inc.

Hon. Edward H. Stopher
Boehl Stopher & Graves
400 W. Market Street, Suite 2300
Louisville, KY 40202
Counsel for Nagle Pumps, Inc.

Arms Equipment, Inc.
P.O. Box 27
McQuady, KY 40153

ISK Americas Incorporated
f/k/a Ricerca, Inc.
7474 Auburn Road
Concord, OH 44077

Mid-Western Commercial Roofers, Inc.
P.O. Box 16818
Mobile, AL 36616

Seagull Lighting Products, Inc.
7400 Linder Avenue
Skokie, IL 60077

Bemis Company, Inc.
134 East Wisconsin Avenue
Neenah, WI 54957

Hon. Madelaine R. Berg
9040 North Flying Butte
Fountain Hills, AZ 85268
Counsel for Ametek, Inc.

Nilfisk-Advance, Inc.
14600 21st Avenue North
Plymouth, MN 554477

Curwood, Inc.
134 East Wisconsin Avenue
Neenah, WI 54957

Hon. Deborah A. Weedman
8235 Forsyth Blvd., Suite 400
St. Louis, MO 63105
Counsel for Apex Oil Company, Inc.

Freehold Cartage, Inc.
1001 Route 517
Hackettstown, NJ 07840

Blain Supply, Inc.
c/o Brennan, Steil, SC
1 East Milwaukee Street
Janesville, WI 53545

Safeway, Inc.
5918 Stoneridge Mall Road
Pleasanton, CA 94588

                  s/ Winter R. Huff
                 WINTER R. HUFF, Counsel for Defendant
                 Watts & Durr Oil Company, Inc.