## AFFIDAVIT OF JOSEPH F. MADONIA

I, Joseph F. Madonia, under penalties as provided by law pursuant to 28 U.S.C. § 1746 and having personal knowledge of the facts set forth below, state as follows:

1. I am a partner with the law firm Barnes & Thornburg LLP in Chicago, Illinois. I have held this position since November 1, 2010. Prior to joining Barnes & Thornburg LLP, I was a partner with the law firm Wildman, Harrold, Allen & Dixon LLP.

2. I am a member in good standing of the bar of the State of Illinois. I was admitted to the bar of the State of Illinois in November, 1985.

3. I am not subject to any disciplinary actions or investigations with respect to the practice of law in any of the aforementioned jurisdictions.

4. I consent to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Joseph F. Madonia