**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**

| | |
|---|---|
| **LWD PRP GROUP,** )<br>)<br>      **Plaintiff,** )<br>)<br>**v.** )<br>)<br>**ACF INDUSTRIES LLC,** *et al.*, )<br>)<br>      **Defendants.** ) | Case No. 5:12CV-127-R |

**ORDER GRANTING JOSEPH F. MADONIA**
<u>**MOTION FOR ADMISSION *PRO HAC VICE***</u>

      This cause has come before the court upon the Motion of Joseph F. Madonia, counsel for Defendant, Central Illinois Public Service Company, to practice *pro hac vice* in the above-captioned cause only, provided that the filing fee has been paid. Being fully advised, it is now

      ORDERERD that the motion be, and hereby is GRANTED. It is further

      ORDERERD that Joseph F. Madonia be allowed to appear *pro hac vice* on behalf of Defendant, Central Illinois Public Service Company.

Dated: _____

                                                                                     Judge Presiding