IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| **LWD PRP GROUP,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**ACF INDUSTRIES LLC,** *et al.*, )<br>)<br>**Defendants.** ) | Case No. 5:12CV-127-R |

### MOTION FOR ADMISSION OF ALISON C. CONLON *PRO HAC VICE*

Pursuant to Local Rule 83.2 and all other applicable rules, Defendant Central Illinois Public Service Company ("CIPSC") moves for entry of an order admitting Alison C. Conlon as its counsel *pro hac vice*. In support of this Motion, CIPSC states:

1.  Ms. Conlon is a partner at the law firm of Barnes & Thornburg LLP, whose office address is Suite 4400, One North Wacker Drive, Chicago IL 60606-2833. She wishes to appear in the above-styled action in the United States District Court, Western District of Kentucky.

2.  Ms. Conlon is a member in good standing of the bar of the State of Illinois, as set forth more fully in the Affidavit attached hereto. She is also a member in good standing of the bars of the U.S. District Court for the Northern District of Illinois; U.S. District Court for the Southern District of Illinois; U.S. District Court for the Eastern District of Michigan; and U.S. District Court for the Northern District of Indiana. She is not subject to any disciplinary action or investigation with respect to the practice of law in any of these jurisdictions.

3.  Contemporaneous with the filing of this motion, CIPSC will pay the prescribed fee associated with *pro hac vice* admission.

4.  Ms. Conlon consents to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct, as set forth more fully in the attached Affidavit.

5. Ms. Conlon has completed the required training via the web-page tutorial for use of the Court's electronic filing system.

6. A proposed order granting this motion is filed contemporaneously herewith.

WHEREFORE, CIPSC respectfully requests that this Court enter an order admitting Alison C. Conlon to appear *pro hac vice* and award any other relief deemed just.

Respectfully submitted,

 /s/

*Attorneys for Defendant Central Illinois Public Service Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November ___, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the all counsel of record.

/s/ _____