## AFFIDAVIT OF ALISON C. CONLON

I, Alison C. Conlon, under penalties as provided by law pursuant to 28 U.S.C. § 1746 and having personal knowledge of the facts set forth below, state as follows:

1.      I am a partner with the law firm Barnes & Thornburg LLP in Chicago, Illinois.  I have held this position since November 1, 2010.  Prior to joining Barnes & Thornburg LLP, I was a partner with the law firm Wildman, Harrold, Allen & Dixon LLP.

2.      I am a member in good standing of the bar of the State of Illinois.  I was admitted to the bar of the State of Illinois in November 2000.

3.      I am also a member in good standing of the bars of the following United States District Courts:

U.S. District Court for the Northern District of Illinois, 01/04/2001

U.S. District Court for the Southern District of Illinois, 04/17/2006

U.S. District Court for the Eastern District of Michigan, 05/01/2006

U.S. District Court for the Northern District of Indiana, 01/31/2007

4.      I am not subject to any disciplinary actions or investigations with respect to the practice of law in any of the aforementioned jurisdictions.

5.      I consent to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

FURTHER AFFIANT SAYETH NAUGHT.

_Alison C Conlon_
Alison C. Conlon