# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| **Plaintiff,** | ) Case No. 5:12CV-127-R |
| | ) |
| v. | ) |
| | ) |
| **ACF INDUSTRIES LLC,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## ORDER GRANTING ALISON C. CONLON
## MOTION FOR ADMISSION *PRO HAC VICE*

This cause has come before the court upon the Motion of Alison C. Conlon, counsel for Defendant, Central Illinois Public Service Company, to practice *pro hac vice* in the above-captioned cause only, provided that the filing fee has been paid. Being fully advised, it is now

ORDERERD that the motion be, and hereby is GRANTED. It is further

ORDERERD that Alison C. Conlon be allowed to appear *pro hac vice* on behalf of Defendant, Central Illinois Public Service Company.

Dated: _____

_____
Judge Presiding