## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF KENTUCKY, PADUCAH DIVISION

| | | |
|---|---|---|
| LWD PRP GROUP, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 5:12 CV 127 R |
| | ) | |
| v. | ) | Hon. Thomas B. Russell |
| | ) | |
| ACF INDUSTRIES LLC, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO DISMISS

Comes the Defendant, Ameren Illinois Company, f/k/a Central Illinois Public Service Company, and pursuant to Fed. R. Civ. P. 12(b)(6), hereby moves the Court to dismiss the claims against said Defendant.

In support of Defendant's Motion, it files under seal herewith its Memorandum of Law.

Respectfully submitted,

 /s/ *Elmer J. George*
Elmer J. George
Attorney at Law
105 West Main Street
Lebanon, Kentucky
(270) 692-2161
elmer@kylawoffices.com

-and-

Dallas E. George
**Dallas E. George, PLLC**
Attorney at Law
105 West Main Street
Lebanon, Kentucky 40033
(270) 692-2161
dallas@kylawoffices.com

-and-

Joseph F. Madonia (joe.madonia@btlaw.com) (*pro hac vice* motion pending)
Alison C. Conlon (alison.conlon@btlaw.com) (*pro hac vice* motion pending)
**Barnes & Thornburg LLP**
Attorneys at Law
One N. Wacker Drive, Suite 4400
Chicago, Illinois  60606
T: (312) 357-1313
F: (312) 759-5646

## CERTIFICATE OF SERVICE

Elmer J. George, counsel for Defendant, states that he caused a copy of the foregoing **MOTION TO DISMISS** to be electronically filed via the Court's CM/ECF system on this 19th day of November, 2012, and served via the Court's electronic filing system upon all counsel of record.

*s/Elmer J. George*