**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF KENTUCKY, PADUCAH DIVISION**

LWD PRP GROUP,                                     )
                                                   )
                          Plaintiff,               )          Case No:  5:12 CV 127 R
                                                   )
              v.                                   )          Hon. Thomas B. Russell
                                                   )
ACF INDUSTRIES LLC, *et al.*,                      )
                                                   )
                          Defendant.               )

**<u>ORDER</u>**

This matter is before the Court on Motion by the Defendant, Ameren Illinois Company,

f/k/a Central Illinois Public Service Company, to dismiss the claims filed against said Defendant

pursuant to Fed. R. Civ. P. 12(b)(6).  The Court has considered said Motion, the response of the

Plaintiff and being otherwise sufficiently advised IT IS HEREBY ORDERED that the

Defendant's Motion is **GRANTED**.

_____
**Judge, U.S. District Court**

**Date:**_____

Tendered by:
Elmer J. George
105 West Main Street
Lebanon, Kentucky 40033