154305                                                                                           **FILED ELECTRONICALLY**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:12-CV-000127-R

| | |
|---|---|
| LWD PRP GROUP | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
| VS. | ) |
| | ) |
| ACF INDUSTRIES LLC, ET AL. | ) |
| | ) |
|     Defendants | ) |

**JOINT MOTION TO EXTEND MURRAY EQUIPMENT, INC.'S TIME TO ANSWER AND/OR OTHERWISE RESPOND TO COMPLAINT**

Comes now plaintiff, LWD PRP Group, by counsel, and defendant, Murray Equipment, Inc., by counsel, and hereby move this Honorable Court to enter the accompanying Order to extend the time up to and including November 30, 2012, for Murray Equipment, Inc. to answer and/or otherwise respond to the complaint filed in the above styled action.

Have seen and Agreed to:

| | |
|---|---|
| /s/ Gary D. Justis (with permission) | /s/ Glenn D. Denton |
| Gary D. Justis | Glenn D. Denton |
| The Justis Law Firm LLC | Denton & Keuler, LLP |
| 5251 W. 116th Place, Suite 200 | 555 Jefferson Street, Suite 301 |
| Leawood, KS  66211-7820 | Paducah, KY  42001 |
| gjustis@justislawfirm.com | gdenton@dklaw.com |
| Attorney for Plaintiff | Attorney for Defendant |
| LWD PRP GROUP | MURRAY EQUIPMENT, INC. |

**NOTICE OF ELECTRONIC FILING AND CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing with the clerk of the court by using the CM/ECF system on this the 19th day of November, 2012, which will send a notice of electronic filing to all counsel of record in this action.

By:  /s/ Glenn D. Denton
      Glenn D. Denton