154306  *Tendered Electronically*

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:12-CV-000127-R

| | |
|---|---|
| LWD PRP GROUP | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
| VS. | ) |
| | ) |
| ACF INDUSTRIES LLC, ET AL. | ) |
| | ) |
|     Defendants | ) |

**ORDER FOR EXTENSION OF TIME**

Upon the agreement of the parties, plaintiff, LWD PRP Group and defendant, Murray Equipment, Inc., and the Court now being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that the parties <u>Joint Motion to Extend Murray Equipment, Inc.'s time to Answer and/or otherwise respond</u> is GRANTED. Defendant, Murray Equipment, Inc. shall have up to and including November 30, 2012, in which to file an answer or otherwise respond to Plaintiff's Complaint.

cc:    Counsel of Record