IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, <br> Plaintiff, <br><br> - vs - <br><br> ACF INDUSTRIES LLC, et al., <br> Defendants. | Civil Action No. 5:12CV-127-R |

**Douglas A. Cohen,** being duly sworn, deposes as follows:

1. I make this affidavit in support of defendant ACF Industries LLC's motion requesting that I be admitted to the Court *pro hac vice* pursuant to this Court's Local Rule 83.2.

2. My office address is Brown Rudnick LLP, 185 Asylum Street, Hartford, Connecticut 06103-3402.

3. My home address is 176 Kenyon Street, Hartford, CT 06105.

4. I am associated with the law firm Brown Rudnick LLP, counsel to defendant ACF Industries LLC.

5. I have practiced since 1981 and am a member in good standing of the Connecticut State Bar and the District of Columbia Bar.

6. I, or an individual in my firm involved in this case, has received training on the court's electronic filing system by reviewing the on-line tutorial, the ECF User Manual, and other related documents. Further, my firm's staff is competent on the CM/ECF system.

7. I consent to be subject to the jurisdiction and rules of Kentucky Supreme Court governing professional conduct.

8. I have paid the prescribed fee for admission *pro hac vice*.

9. I respectfully ask that I be admitted to this Court *pro hac vice*, so that I may appear as counsel to represent defendant ACF Industries, LLC herein.

*Douglas A. Cohen*
Douglas A. Cohen

Subscribed and Sworn to before me
this 19 day of November, 2012.

*Samantha Walbridge*
Notary Public
State of Connecticut
My Commission Expires 7/31/15

SAMANTHA WALBRIDGE
Notary Public - State of Connecticut
MY COMMISSION EXPIRES JULY 31, 2015

60834542 v1-023743/0021

2