UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP )<br>)<br>PLAINTIFF )<br>)<br>v. )<br>)<br>ACF INDUSTRIES LLC, et al. )<br>)<br>DEFENDANTS )<br>) | CIVIL ACTION NO. 5:12-cv-00127-TBR<br><br>*ELECTRONICALLY FILED* |

## ORDER OF ADMISSION *PRO HAC VICE*

THIS MATTER having come before the Court, pursuant to Local Rule 83.2, on ACF Industries LLC's Motion for Admission of Douglas A. Cohen *pro hac vice*, and with the Court finding good cause for entry of this Order and with the Court otherwise being fully advised in the premises:

IT IS HEREBY ORDERED that ACF Industries LLC's Motion be, and is hereby, granted and Douglas A. Cohen is hereby admitted *pro hac vice* for the purpose of representing Defendant ACF INDUSTRIES LLC in this action.

**SO ORDERED:**

607829-1 / 60289918.1