UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | | |
|---|---|---|
| LWD PRP GROUP | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | CIVIL ACTION NO. 5:12-cv-00127-TBR |
| v. | ) | |
| | ) | |
| ACF INDUSTRIES LLC, et al. | ) | *ELECTRONICALLY FILED* |
| | ) | |
| DEFENDANTS | ) | |
| | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Defendant ACF Industries LLC, by counsel, M. Stephen Pitt, and the Affidavit of Scott A. Muska, sworn to on November 19, 2012, moves the Court for an Order pursuant to Local Rule 83.2, admitting Scott A. Muska to appear in this matter and practice on its behalf in this action *pro hac vice*.

Respectfully submitted,

/s/ M. Stephen Pitt_____
M. Stephen Pitt
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, Kentucky 40202-2898
(502) 562-7372

*Counsel for Defendant ACF Industries, LLC*

607829-1 / 60289898.1

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2012 I caused this document to be electronically filed with the Clerk of Court through the CM/ECF system, which will electronically send copies of this filing to all registered participants.

A copy was also served via U.S. Mail on November 20, 2012 to:

| | |
|---|---|
| Christopher A. Verducci | Benjamin C. Fultz |
| Craig L. Weinstock | Jennifer M. Stinnett |
| LOCKE LORD LLP | FULTZ, MADDOX, HOVIOUS & |
| 2800 JP Morgan Chase Tower, 600 Travis | DICKENS PLC |
| Houston, Texas  77002 | 101 South Fifth Street, 27th Floor |
| | Louisville, Kentucky 40202-3116 |
| Ryan R. Kemper | |
| THOMPSON COBURN LLP | |
| One U.S. Bank Plaza | |
| St. Louis, Missouri 63101 | |

/s/ M. Stephen Pitt