IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | Civil Action No. 5:12CV-127-R |
| Plaintiff, | |
| - vs - | |
| ACF INDUSTRIES LLC, et al., | |
| Defendants. | |

**Scott A. Muska,** being duly sworn, deposes as follows:

1. I make this affidavit in support of defendant ACF Industries LLC's motion requesting that I be admitted to the Court *pro hac vice* pursuant to this Court's Local Rule 83.2.

2. My office address is Brown Rudnick LLP, 185 Asylum Street, Hartford, Connecticut 06103-3402.

3. My home address is 244 North Quaker Lane, West Hartford, CT 06119.

4. I am associated with the law firm Brown Rudnick LLP, counsel to defendant ACF Industries LLC.

5. I have practiced since 2007 and am a member in good standing of the Connecticut State Bar and the United States District Court, District of Connecticut.

6. I, or an individual in my firm involved in this case, has received training on the court's electronic filing system by reviewing the on-line tutorial, the ECF User Manual, and other related documents. Further, my firm's staff is competent on the CM/ECF system.

7. I consent to be subject to the jurisdiction and rules of Kentucky Supreme Court governing professional conduct.

8. I have paid the prescribed fee for admission *pro hac vice.*

9. I respectfully ask that I be admitted to this Court *pro hac vice*, so that I may appear as counsel to represent defendant ACF Industries LLC herein.

_____
Scott A. Muska

Subscribed and Sworn to before me
this __19__ day of November, 2012.

_____
Notary Public
State of Connecticut
My Commission Expires __7/31/15__

60834541 v1-023743/0005

SAMANTHA WALBRIDGE
Notary Public - State of Connecticut
MY COMMISSION EXPIRES JULY 31, 2015