UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP ) | |
| ) | |
| PLAINTIFF ) | |
| ) | CIVIL ACTION NO. 5:12-cv-00127-TBR |
| v. ) | |
| ) | |
| ACF INDUSTRIES LLC, et al. ) | *ELECTRONICALLY FILED* |
| ) | |
| DEFENDANTS ) | |
| ) | |

## ORDER OF ADMISSION *PRO HAC VICE*

THIS MATTER having come before the Court, pursuant to Local Rule 83.2, on ACF Industries LLC's Motion for Admission of Scott A. Muska *pro hac vice*, and with the Court finding good cause for entry of this Order and with the Court otherwise being fully advised in the premises:

IT IS HEREBY ORDERED that ACF Industries LLC's Motion be, and is hereby, granted and Scott A. Muska is hereby admitted *pro hac vice* for the purpose of representing Defendant ACF INDUSTRIES LLC in this action.

**SO ORDERED:**