UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

FILED
NOV 19 2012
VANESSA L. ARMSTRONG
BY_____ DEPUTY CLERK

Fee pd - Rec # P33002689

| | |
|---|---|
| LWD PRP GROUP, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 5:12CV-127-R |
| ACF INDUSTRIES LLC, et al., | ) |
| Defendants. | ) |

## MOTION FOR ADMISSION PRO HAC VICE

Madelaine R. Berg hereby moves this court for permission to appear and participate as counsel *pro hac vice* for AMETEK, Inc., in the above-captioned action.

My affidavit is attached hereto as Exhibit A and incorporated herein. The affidavit states that I am a member of the state bars of Arizona and New York and admitted to practice before the United States District Court for the District of Arizona, the Eastern District of New York, the Southern District of New York and the United States Supreme Court. The affidavit also includes written consent to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct. A proposed *Order Granting Motion of Admission Pro Hac Vice* is attached as Exhibit B.

Respectfully submitted,

*/s/ Madelaine R. Berg*
Madelaine R. Berg
MADELAINE R. BERG, ESQ. LLC
9040 N. Flying Butte
Fountain Hills, AZ 85268
480-419-0689
Attorney for Defendant, AMETEK, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served via First Class Mail, postage paid, on this 15th day of November, 2012, to the following:

Gary D. Justis, Esq.
The Justis Law Firm LLC
5251 W. 116th Place, Suite 200
Leawood, KS 66211-7820

_____
Madelaine R. Berg