# Exhibit A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 5:12CV-127-R |
| v. | ) |
| | ) |
| ACF INDUSTRIES LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT OF MADELAINE R. BERG

STATE OF ARIZONA   )
                   ) SS.
COUNTY OF MARICOPA )

MADELAINE R. BERG, being duly sworn, deposes and says:

1. This affidavit is being submitted in support of my motion to appear pro hac vice on behalf of defendant, AMETEK, Inc., in the above-captioned action. I make these statements based upon my personal knowledge.

2. I am a member in good standing of the state bars of Arizona and New York. I am admitted to practice before the United States District Courts for the District of Arizona, the Eastern District of New York, the Southern District of New York and the United States Supreme Court. I am in good standing in all of the aforesaid courts. A certificate of good standing issued by the United States District Court for the District of Arizona is attached to this affidavit.

3. I agree to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

4. I hereby state that I have received on-line training in the use of the Electronic Court Filing ("ECF") filing system in other federal districts and have used and am familiar with the operation of the ECF system.

5. The required fee is being submitted with this motion.

*Madelaine R. Berg*
Madelaine R. Berg

Sworn to before me this
15th day of November, 2012

*Ryan M Olson*
Notary Public

RYAN G OLSON
Notary Public - Arizona
Maricopa County
My Comm. Expires Mar 30, 2015

AO 136 (Rev. 9/98) Certificate of Good Standing

# United States District Court

_____ DISTRICT OF _____Arizona_____

**CERTIFICATE OF
GOOD STANDING**

I, _____Brian D. Karth_____, Clerk of this Court,

certify that **Madelaine R. Berg** duly admitted

to practice in this Court on _____December 13, 2007_____,
DATE

and is in good standing as a member of the Bar of this Court.

Dated at _____Phoenix, AZ_____ on _____November 14, 2012_____
LOCATION                      DATE

_____Brian D. Karth_____         _____Beth Stephenson_____
             CLERK                                                DEPUTY CLERK