# Madelaine R. Berg
**Attorney at Law**
9040 N. Flying Butte
Fountain Hills, AZ 85268
480-419-0689
mberg@toxicesq.com

November 15, 2012

Clerk of the Court
United States District Court
Western District of Kentucky
501 Broadway, Suite 127
Paducah, KY 42001-6801

Re:  **Motion for Admission Pro Hac Vice**
     **LWD PRP Group v. ACF Industries, LLC, et al.**
     **Civil Action No. 5:12CV-127-R**

Dear Clerk:

Enclosed please find my Motion for Admission Pro Hac Vice, in the above-referenced action, together with a supporting affidavit, proposed order and a check in the amount of $65.00 for the required fee.

Since I am not yet admitted to the District, this cannot be filed electronically. Similarly, since I do not yet have access to the ECF system, I would appreciate if it if I can receive a hard copy of the signed Order, or a copy sent via email to mberg@toxicesq.com.

I appreciate your assistance. If you have any questions, please do not hesitate to contact me.

Sincerely,

*[signature]*
Madelaine R. Berg

Encs.