# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 5:12-CV-00127-TBR |
| | ) |
| ACF INDUSTRIES, LLC., et al., | ) |
| | ) |
| Defendants. | ) |

## AGREED ORDER FOR EXTENSION OF TIME

Pursuant to LR 7.1 (b), and upon the agreement of counsel for the Plaintiff, LWD PRP Group, and the Defendant, Streater LLC (misnamed Streater, Inc.) ("Streater"), it is hereby ORDERED that Defendant Streater, shall have up to and including **December 17, 2012** in which to file its Answer to the Complaint or to otherwise respond.

### SO AGREED:

| | |
|---|---|
| By: /s/ Gary D. Justis (by permission) | By: /s/ Ryan Russell Kemper |
| Gary D. Justis, *admitted pro hac vice* | Ryan Russell Kemper |
| Ambereen Shaffie, *admitted pro hac vice* | *Admission Pro Hac Vice Pending* |
| THE JUSTIS LAW FIRM LLC | MO Bar: #57440 |
| 5251 W. 116th Place, Suite 200 | IL Bar: #6288297 |
| Leawood, KS 66211-7820 | One US Bank Plaza |
| Telephone: (913) 998-6100 | St. Louis, Missouri 63101 |
| Facsimile: (913) 998-6101 | (314) 552-6000 |
| Email: gjustis@justislawfirm.com | (314) 552-7000 Fax |
| Email: ashaffie@justislawfirm.com | rkemper@thompsoncoburn.com |
| | |
| *Attorneys for Plaintiff LWD PRP Group* | *Attorney for Defendant Streater LLC (misnamed Streater, Inc.)* |

### SO ORDERED: