UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 5:12CV-127-R |
| v. | ) |
| | ) |
| ACF INDUSTRIES LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

Upon the motion of Madelaine R. Berg, and for good cause shown, it is hereby ORDERED that Madelaine R. Berg is permitted to appear and participate as counsel pro hac vice for AMETEK, Inc., in this action.

It is so ORDERED