# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | | |
|---|---|---|
| LWD PRP Group | ) | CIVIL ACTION NO. 5:12CV-127-R |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER FOR EXTENSION OF TIME |
| | ) | |
| ACF Industries LLC, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER FOR EXTENSION OF TIME

Upon the agreement of the parties, Plaintiff, LWD PRP Group and Defendant, Roll Forming Corporation, (*see* DN 227) with the Court being duly advised;

**IT IS HEREBY ORDERED** that Roll Forming Corporation shall have up to and including November 30, 2012 to answer and/or respond to the complaint filed in the above-styled action.