### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF KENTUCKY, PADUCAH DIVISION

| | | |
|---|---|---|
| LWD PRP GROUP, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 5:12 CV 127 R |
| | ) | |
| v. | ) | Hon. Thomas B. Russell |
| | ) | |
| ACF INDUSTRIES LLC, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR LEAVE

Comes the Defendant, Ameren Illinois Company, f/k/a Central Illinois Public Service Company, and moves the Court for leave to seal DN 291, Memorandum of Law in Support of Defendant, Ameren Illinois Company, f/k/a Central Illinois Public Service Company's Motion to Dismiss, on the grounds that said Memorandum references a confidential settlement agreement and attaches as Exhibit 1 the confidential settlement agreement.

Respectfully submitted,

/s/ *Elmer J. George*
Elmer J. George
Attorney at Law
105 West Main Street
Lebanon, Kentucky
(270) 692-2161
elmer@kylawoffices.com

-and-

Dallas E. George
**Dallas E. George, PLLC**
Attorney at Law
105 West Main Street
Lebanon, Kentucky 40033
(270) 692-2161
dallas@kylawoffices.com

-and-

Joseph F. Madonia (joe.madonia@btlaw.com) (*pro hac vice* motion pending)
Alison C. Conlon (alison.conlon@btlaw.com) (*pro hac vice* motion pending)
**Barnes & Thornburg LLP**
Attorneys at Law
One N. Wacker Drive, Suite 4400
Chicago, Illinois  60606
T: (312) 357-1313
F: (312) 759-5646

## CERTIFICATE OF SERVICE

Elmer J. George, counsel for Defendant, states that he caused a copy of the foregoing **MOTION FOR LEAVE** to be electronically filed via the Court's CM/ECF system on this 21st[h] day of November, 2012, and served via the Court's electronic filing system upon all counsel of record.

*s/Elmer J. George*