### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF KENTUCKY, PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ACF INDUSTRIES LLC, *et al.*, )<br>)<br>Defendant. ) | Case No:  5:12 CV 127 R<br><br>Hon. Thomas B. Russell |

### ORDER

This matter is before the Court on Motion by the Defendant, Ameren Illinois Company, f/k/a Central Illinois Public Service Company, for motion to leave to seal DN 291, Memorandum of Law in Support of Defendant, Ameren Illinois Company, on the grounds that said Memorandum references a confidential settlement agreement and attaches as Exhibit 1. The Court has considered said Motion, the response of the Plaintiff and being otherwise sufficiently advised IT IS HEREBY ORDERED that the Defendant's Motion is **GRANTED**.

_____
**Judge, U.S. District Court**

Date:_____

Tendered by:
Elmer J. George
105 West Main Street
Lebanon, Kentucky 40033