UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:12-CV-000127-R

| | |
|---|---|
| LWD PRP GROUP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ACF INDUSTRIES LLC, ET AL., | ) |
| | ) |
| | ) |
| _____ | ) |
| | ) |

**JOINT MOTION TO EXTEND SPAWN MATE, INC.'S TIME TO ANSWER**

**AND/OR OTHERWISE RESPOND TO COMPLAINT**

Comes now plaintiff, LWD PRP Group, by counsel, and defendant, Spawn Mate, Inc., by

counsel. and hereby move this Honorable Court to enter the accompanying Order to extend the

time up to and including December 17, 2012 for Spawn Mate, Inc. to answer and/or otherwise

respond to the complaint filed in the above styled action.

Have seen and Agreed to:

| | |
|---|---|
| /s/ Gary D. Justis (with permission) | /s/Jacquelyn K. Wilson |
| Gary D. Justis | California State Bar #112206 |
| The Justis Law Firm LLC | Pro Hac Vice Pending |

| | |
|---|---|
| 5251 W. 116th Place, Suite 200 | SAMUELSON, WILSON & ROE |
| Leawood, KS 66211-7820 | 210 North Fourth St, #201 |
| gjustis@justislawfirm.com | San Jose, CA 95112 |
| Attorney for Plaintiff | jkw@swr-law.com |
| LWD PRP GROUP | Attorney for Defendant |
| | SPAWN MATE, INC |

**NOTICE OF ELECTRONIC FILING AND CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing with the clerk of the court by using the CM/ECF system on this the 20th day of November, 2012, which will send a notice of electronic filing to all counsel of record in this action.

By: