UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:12-CV-000127-R

| | |
|---|---|
| LWD PRP GROUP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ACF INDUSTRIES LLC, ET AL., inclusive, | ) |
| | ) |
| Defendants. | ) |

**ORDER FOR EXTENSION OF TIME**

Upon the agreement of the parties, plaintiff, LWD PRP Group and defendant, SPAWN MATE, INC., and the Court now being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that the parties Joint Motion to Extend SPAWN MATE, INC,'s time to Answer and/or otherwise respond is GRANTED. Defendant, SPAWN MATE, INC, . shall have up to and including December 17, 2012, in which to file an answer or otherwise respond to Plaintiff's Complaint.

cc: Counsel