#### IN THE UNITED STATES DISTRICT COURT
#### WESTERN DISTRICT OF KENTUCKY
#### PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 5:12-CV-00127-TBR |
| ) | |
| ACF INDUSTRIES, LLC., et al., ) | |
| ) | |
| Defendants. ) | |

### AGREED ORDER FOR EXTENSION OF TIME

Pursuant to LR 7.1 (b), and upon the agreement of counsel for the Plaintiff, LWD PRP Group, and the Defendant, STAR GAS PARTNERS, L.P. ("Star Gas"), it is hereby ORDERED that Defendant Star Gas, shall have up to and including **December 18, 2012** in which to file its Answer to the Complaint or to otherwise respond.

### SO AGREED:

| By:  /s/ Ambereen Shaffie | By:  /s/ Paul E. Svensson (with permission) |
|---|---|
| Ambereen Shaffie, *admitted pro hac vice* | Paul E. Svensson |
| THE JUSTIS LAW FIRM LLC | *Admission Pro Hac Vice Pending* |
| 5251 W. 116th Place, Suite 200 | Hodges Walsh & Slater, LLP |
| Leawood, KS 66211-7820 | 55 Church Street, Suite 211 |
| Telephone: (913) 998-6100 | White Plains, NY 10601 |
| Facsimile: (913) 998-6101 | Telephone: (914) 385-6000 |
| Email: ashaffie@justislawfirm.com | Email: psvensson@hwslaw.com |
| | |
| *Attorneys for Plaintiff LWD PRP Group* | *Attorney for Defendant Star GasPartners, L.P.* |

### SO ORDERED:

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that on November 21, 2012, a true and correct copy of the foregoing was served electronically on the counsel of record in this matter by means of the Court's CM/ECF electronic filing system.

                                               By /s/ Ambereen Shaffie
                                                      Ambereen Shaffie