IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:12-CV-127-R

LWD PRP GROUP                                                                                    PLAINTIFF

vs.

ACF INDUSTRIES, LLC, et al.                                                                  DEFENDANTS

## AGREED ORDER FOR EXTENSION OF TIME

Pursuant to LR 7.1(b), and upon the agreement of counsel for the Plaintiff, LWD PRP Group, and Defendant Chem Group, Inc., it is hereby ORDERED that the Defendant Chem Group, Inc. shall have up to and including December 10, 2012 in which to file its Answer to the Complaint or otherwise respond.

**SO AGREED:**

| */s/ Gary D. Justis* | */s/ J. Duncan Pitchford (by permission)* |
|---|---|
| Gary D. Justis *(admitted pro hac vice)* <br> Ambereen Shaffie *(admitted pro hac vice)* <br> THE JUSTIS LAW FIRM LLC <br> 5251 West 116th Place, Suite 200 <br> Leawood, Kansas 66211-7820 <br> Telephone: (913) 998-6100 <br> Facsimile: (913) 998-6101 <br> Email: gjustis@justislawfirm.com <br> Email: ashaffie@justislawfirm.com <br><br> *Attorneys for Plaintiff LWD PRP Group* | J. Duncan Pitchford <br> Nicholas M. Holland <br> WHITLOW, ROBERTS, HOUSTON & STRAUB, PLLC <br> Post Office Box 995 <br> Paducah, Kentucky 42002-0995 <br> Telephone: (913) 998-6100 <br> Facsimile: (270) 443-4571 <br> E-mail: dpitchford@whitlow-law.com <br> E-mail: nholland@whitlow-law.com <br><br> *Attorneys for Defendant Chem Group, Inc.* |

**SO ORDERED:**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 21, 2012, a true and correct copy of the foregoing was served electronically on the counsel of record in this matter by means of the Court's CM/ECF electronic filing system.

                                                     /s/ Gary D. Justis_____
                                                         Gary D. Justis