**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**
**CIVIL ACTION NO. 5:12-CV-127-R**

LWD PRP GROUP                                                                                   PLAINTIFF

**ORDER SETTING**
V                                                               **RULE 16**
**TELEPHONIC SCHEDULING CONFERENCE**

ACF INDUSTRIES, LLC, *et al.*                                                            DEFENDANTS

    **IT IS ORDERED:**

    1.  Counsel who will represent the parties at trial and who have full authority to enter stipulations, to make admissions, and to bind the parties with respect to dates agreed upon or ordered shall be available for a **telephonic scheduling conference** on **December 19, 2012 at 12:15 p.m. CST.**  *Counsel should call **1-877-336-1831** then give the **Access Code 6879517  and #, then when prompted press # again** to join the call.*

    2. Pursuant to Rule 26(f) Fed.R.Civ.P. counsel shall discuss and establish a discovery plan which shall be submitted to the Court at the scheduling conference **either orally during the telephonic conference or in writing**.  Counsel are directed to make the mandatory disclosures required by Rule 26(a)(l) Fed.R.Civ.P. by said conference date.

    3.  At the Rule 16 telephonic scheduling conference dates will be fixed for the following, as appropriate to the case:

    a) Joinder of additional parties and amendments to pleadings.
    b) Disclosure of deadlines for experts.
    c) Discovery scope, limits and completion.
    d) Filing of dispositive motions.
    e) Exchange of exhibits and final witness lists.
    f) Conferences before trial, including a final pretrial conference.
    g) Trial.

    Dated: November 26, 2012

    **ENTERED BY ORDER OF THE COURT:**

    THOMAS B. RUSSELL, SENIOR JUDGE
    UNITED STATES DISTRICT COURT
    VANESSA L. ARMSTRONG, CLERK

    BY:   /s/ *Kelly P. Harris*
            Deputy Clerk

cc:     Counsel