UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:12-CV-000127-R

| | |
|---|---|
| LWD PRP GROUP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ACF INDUSTRIES LLC, ET AL., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**MOTION TO APPEAR PRO HAC VICE**

Comes now JACQUELYN K. WILSON, applicant herein, and moves this Court to grant

admission to the United States District Court for the Western District of Kentucky as counsel *pro*

*hac vice* for Defendant, Spawn Mate, Inc., in the above-captioned cause and in support thereof

states as follows:

1. Applicant's affidavit identifying applicant's membership in good standing before all

California State Courts, as well as the United States Supreme Court, United States Court

of Appeal for the Ninth Circuit, and United States Courts for the Northern, Eastern and

Southern Districts of California, written consent to be subject to the jurisdiction and rules

of the Kentucky Supreme Court governing professional conduct and training in the

1

Court's electronic filing system is filed herewith.

2. The $65.00 *pro hac vice* admission fee is tendered herewith.

3. Applicant understands that admission *pro hac vice* is for this case only and does not constitute admission to the bar of this Court.

WHEREFORE applicant prays this Court enter an Order permitting Jacquelyn K. Wilson admission *pro hac vice* to the Western District of Kentucky for this case only.

Respectfully submitted,

Jacquelyn K. Wilson
SAMUELSON, WILSON & ROE
210 North Fourth St, #201
San Jose, CA 95112
jkw@swr-law.com
Attorney for Defendant
SPAWN MATE, INC

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

I hereby certify that I have sent this to be filed with the clerk of the court by regular mail and have sent copies of same to all counsel of record in this action on November 20, 2012.

By:

2