UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:12-CV-000127-R

| | |
|---|---|
| LWD PRP GROUP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ACF INDUSTRIES LLC, ET AL., | ) |
| | ) |
| Defendants. | ) |

**AFFIDAVIT IN SUPPORT OF PRO HAC VICE PETITON**

I, JACQUELYN K. WILSON, declare that:

1.     I am an attorney duly licensed and authorized to practice before all California State Courts State Bar No 112206 (issued in 1983), as well as the United States Supreme Court, United States Court of Appeal for the Ninth Circuit, and United States Courts for the Northern, Eastern and Southern Districts. I am in good standing in all the bars to which I have been admitted and have never been disciplined or suspended. As counsel for Defendants herein, I have personal knowledge of the facts set forth below and could testify competently thereto if called as a witness.

2.     I hereby consent to be subject to the jurisdiction and rules of the Kentucky

Supreme Court governing professional conduct.

3. I have received training from the State of California materials and participated in numerous cases utilizing the electronic filing system in the federal courts of the State of California.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this _20th___ day of November, 2012, at the City of San Jose, County of Santa Clara, State of California.

Respectfully submitted,

_____
Jacquelyn K. Wilson
SAMUELSON, WILSON & ROE
210 North Fourth St, #201
San Jose, CA 95112
jkw@swr-law.com
Attorney for Defendant
SPAWN MATE, INC

**NOTICE OF ELECTRONIC FILING AND CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing with the clerk of the court by using the CM/ECF system on this the 20th day of November, 2012, which will send a notice of electronic filing to all counsel of record in this action.

By: _____

2