UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:12-CV-000127-R

| | |
|---|---|
| LWD PRP GROUP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ACF INDUSTRIES LLC, ET AL., | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING ADMISSION TO PRACTICE PRO HAC VICE**

Upon the petition of JACQUELYN K. WILSON for admission *pro hac vice* to represent SPAWN MATE, INC. as a Defendant in this case only, and upon certification that she is a member in good standing before all California State Courts, as well as the United States Supreme Court, United States Court of Appeal for the Ninth Circuit, and United States Courts for the Northern, Eastern and Southern Districts, and that she has consented to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct, and has complied with all the other prerequisites for admission *pro hac vice*,

**IT IS ORDERED** that Jacquelyn K. Wilson is admitted to practive, *pro hac vice*, in the above entitled case represent Defendant SPAWN MATE, INC. in the United States

District Court for the Western District of Kentucky

Dated: _____          Hon. Judge_____