**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**

| | | |
|---|---|---|
| LWD PRP GROUP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 5:12-CV-00127-TBR |
| | ) | |
| ACF INDUSTRIES, LLC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED ORDER FOR EXTENSION OF TIME**

Pursuant to LR 7.1 (b), and upon the agreement of counsel for the Plaintiff, LWD PRP

Group, and the Defendant, STAR GAS PARTNERS, L.P. ("Star Gas"), it is hereby ORDERED

that Defendant Star Gas, shall have up to and including **December 18, 2012** in which to file its

Answer to the Complaint or to otherwise respond.

**SO AGREED:**

| | |
|---|---|
| By: /s/ Ambereen Shaffie | By: /s/ Paul E. Svensson (with permission) |
| Ambereen Shaffie, *admitted pro hac vice* | Paul E. Svensson |
| THE JUSTIS LAW FIRM LLC | *Admission Pro Hac Vice Pending* |
| 5251 W. 116th Place, Suite 200 | Hodges Walsh & Slater, LLP |
| Leawood, KS 66211-7820 | 55 Church Street, Suite 211 |
| Telephone: (913) 998-6100 | White Plains, NY 10601 |
| Facsimile: (913) 998-6101 | Telephone: (914) 385-6000 |
| Email: ashaffie@justislawfirm.com | Email: psvensson@hwslaw.com |
| | |
| *Attorneys for Plaintiff LWD PRP Group* | *Attorney for Defendant Star GasPartners, L.P.* |

**SO ORDERED:**