IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

FILED
NOV 26 2012
VANESSA L. ARMSTRONG
BY_____
DEPUTY CLERK

| | |
|---|---|
| LWD PRP GROUP, ) | |
| ) | fee paid |
| Plaintiff, ) | $3300 2690 |
| ) | |
| v. ) | Cause No. 5:12-CV-00127-TBR |
| ) | |
| ACF INDUSTRIES, LLC., et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ADMISSION PRO HAC VICE

COMES NOW Edward A. Cohen, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Kentucky as counsel for Defendant Streater LLC (misnamed Streater, Inc.) in the above-captioned and numbered cause and in support thereof states as follows:

1. Applicant's affidavit identifying the Bars in which applicant is a member in good standing and written consent to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct and method of training completed before use of the Court's electronic filing system are enclosed.

2. The $65.00 fee for admission pro hac vice is enclosed.

3. Applicant understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

Wherefore, Applicant prays that this Court enter an order permitting the admission of Edward A. Cohen to the Western District of Kentucky pro hac vice for this case only.

Respectfully submitted,

By _____
Edward A. Cohen
One US Bank Plaza
St. Louis, Missouri 63101
(314) 552-6000
(314) 552-7000 Fax
ecohen@thompsoncoburn.com

*Attorney for Defendant Streater LLC (misnamed Streater, Inc.)*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument and attached affidavit was served via regular mail, postage prepaid, to all counsel of record on this 20th day of November, 2012.

_____
Edward A. Cohen