IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>ACF INDUSTRIES, LLC., et al.,  )<br>)<br>Defendants.  ) | Cause No. 5:12-CV-00127-TBR |

### AFFIDAVIT IN SUPPORT OF PRO HAC VICE ADMISSION

Before me, the undersigned authority, personally appeared Edward A. Cohen, who, being by me duly sworn, deposed as follows:

1. My name is Edward A. Cohen. I am of sound mind, capable of making this affidavit and personally acquainted with the facts herein stated.

2. I am a member in good standing of the Bars of the following State Courts and/or United States Courts:
   a. Missouri
   b. Illinois
   c. United States District Court for the Eastern District of Missouri
   d. United States District Court for the Central District of Illinois
   e. United States District Court for the Southern District of Illinois
   f. United States District Court for the Northern District of Illinois
   g. United States District Court for the Northern District of Indiana
   h. United States District Court for the Southern District of Indiana
   i. 7th Circuit
   j. 8th Circuit
   k. 9th Circuit
   l. US Court of Appeals for the Armed Forces

3. I hereby consent to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

4. I have received training in use of the electronic filing system by means of web-based tutorial.

_____
Affiant *Edward A. C*

In witness whereof, I have hereunto subscribed my name and affixed my official seal this 20th day of November, 2012.

_____
Notary Public *Jennifer L. Bedard*

My commission expires: July 6, 2015

```
JENNIFER L. BEDARD
Notary Public - Notary Seal
STATE OF MISSOURI
St. Louis City
My Commission Expires: July 6, 2015
Commission # 11210711
```