IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 5:12-CV-00127-TBR |
| | ) |
| ACF INDUSTRIES, LLC., et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Edward A. Cohen, to be admitted, *pro hac vice*, to represent Defendant Streater LLC (misnamed Streater, Inc.) in the above captioned case, and upon certification that the applicant is a member in good standing of the bar in the States of Missouri and Illinois and the bar of the U.S. District Courts for the Eastern District of Missouri, Central District of Illinois, Southern District of Illinois, Northern District of Illinois, Northern District of Indiana, Southern District of Indiana, 7th Circuit, 8th Circuit, 9th Circuit and US Court of Appeals for the Armed Forces, has consented to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct, and has complied with all other prerequisites for pro hac vice admission, it is hereby

ORDERED, that Edward A. Cohen, is admitted to practice, *pro hac vice*, in the above referenced case to represent Defendant Streater LLC (misnamed Streater, Inc.) in the United States District Court for the Western District of Kentucky.

Dated:_____

5638915