UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP )<br> )<br>     PLAINTIFF )<br> )<br> ) CIVIL ACTION NO. 5:12-cv-00127-TBR<br>v. )<br> )<br>ACF INDUSTRIES LLC, et al. ) ***ELECTRONICALLY FILED***<br> )<br>    DEFENDANTS )<br> ) | |

## NOTICE OF ENTRY OF APPEARANCE

Come the below-signed attorney, H. Carl Horneman, and the firm of Wyatt, Tarrant & Combs, LLP, and enter their appearance in this action for the Defendant ACF Industries LLC.

Respectfully submitted,

/s/ H. Carl Horneman
H. Carl Horneman
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, Kentucky  40202-2898
(502) 562-7372

*One of Counsel for Defendant*
*ACF Industries, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2012 I caused this document to be electronically filed with the Clerk of Court through the CM/ECF system, which will electronically send copies of this filing to all registered participants.

A copy was also served via U.S. Mail to:

Christopher A. Verducci
Craig L. Weinstock
LOCKE LORD LLP
2800 JP Morgan Chase Tower, 600 Travis
Houston, Texas  77002

Alison C. Conlon
Joseph F. Madonia
Barnes & Thornburg, LLP – Chicago
1 North Wacker Drive, Suite 440
Chicago, IL 60606

Douglas A. Cohen
Scott A. Muska
Brown Rudnick LLP
185 Asylum Street
Hartford, CT 06103-3402

Jacquelyn K. Wilson
Samuelson Wilson & Roe
210 N. Fourth Street, Suite 201
San Jose, CA 95112

Madelaine R. Berg
9040 N. Flying Butte
Fountain Hills, AZ 85268

/s/ H. Carl Horneman

60287808.1