UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12-CV-127-R

LWD PRP GROUP,                                                                             PLAINTIFF

VS.     **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**
**ELECTRONICALLY FILED**

ACF INDUSTRIES LLC, ET AL.,                                                     DEFENDANTS

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

Comes now the Defendant, Watts & Durr Oil Company, Inc., by counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Watts & Durr Oil Company, Inc., makes the following disclosure:

1. Watts & Durr Oil Company, Inc. is not a subsidiary or affiliate of a publicly owned corporation.

2. Watts & Durr Oil Company, Inc. is not publicly traded.

The undersigned party understands that pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, it will promptly file a supplemental statement upon any change in the information that this statement requires.

                                              s/ Winter R. Huff
                                    WINTER R. HUFF, Counsel for Defendant
                                    Watts & Durr Oil Company, Inc.
                                    ATTORNEYS SERVICES OF KENTUCKY, PLLC
                                    P.O. Box 627
                                    Monticello, KY 42633
                                    Telephone: (606) 343-0055
                                          AND
                                    203 E. Mt. Vernon Street
                                    Somerset, KY 42501
                                    Telephone:  (606) 678-0181
                                    Facsimile:  (888) 513-0853
                                    winterhuff@hotmail.com

**CERTIFICATE OF SERVICE**

On November 30, 2012, I electronically filed this document through the ECF system, which will send notice of electronic filing to:

Hon. W. Fletcher McMurry Schrock, Counsel for Plaintiff, fletch@ml-lawfirm.com
Hon. Gary D. Justis, Counsel for Plaintiff, gjustis@justislawfirm.com
Hon. Ambereen Shaffie, Counsel for Plaintiff, ashaffie@justislawfirm.com
Hon. J. Duncan Pitchford, Counsel for Wheeler Lumber, LLC and Carboline Company, dpitchford@whitlow-law.com
Hon. Nicholas M. Holland, Counsel for Wheeler Lumber, LLC and Carboline Company, nholland@whitlow-law.com
Hon. M. Stephen Pitt, Counsel for ACF Industries, LLC, mspitt@wyattfirm.com
Hon. John David Dyche, Counsel for Alsco Inc., jddyche@fmhd.com
Hon. Benjamin C. Fultz, Counsel for Alsco, Inc.
Hon. Jennifer M. Stinnett, Counsel for Alsco, Inc.
Hon. Christopher A. Verducci, Counsel for Cooper US Inc.
Hon. Craig L. Weinstock, Counsel for Cooper US Inc.
Hon. Gerald J. Pels, Counsel for Cooper US Inc., gpels@lockelord.com
Hon. Mark A. Hopper, Counsel for Eftec North America LLC, mah@dhdwlaw.com
Hon. Richard A. Greenberg, Counsel for Roll Forming Corporation, rgreenberg@sgpfirm.com
Hon. Ryan Russell Kemper, Counsel for Streater, Inc.

                                        s/ Winter R. Huff
                              WINTER R. HUFF, Counsel for Defendant
                              Watts & Durr Oil Company, Inc.