# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 5:12CV-127-R |
| ACF INDUSTRIES, LLC, et al., | ) |
| Defendants. | ) |

FILED
NOV 29 2012
VANESSA L. ARMSTRONG
BY_____ DEPUTY CLERK

fee paid
P330002692

## MOTION FOR *PRO HAC VICE* ADMISSION OF JASON A. FLOWER

Pursuant to Local Rule 83.2, Jason A. Flower ("Flower") hereby files this Motion for Admission *Pro Hac Vice*. In support of this Motion, Flower respectfully shows the Court as follows:

1. Flower requests admission, *pro hac vice*, to represent Defendants, Jarden Corporation and Kellwood Co. ("Jarden and Kellwood"), in the above-captioned case.

2. His supporting affidavit is attached hereto as Exhibit A and a Certificate of Good Standing from the Missouri Supreme Court is attached hereto as Exhibit B.

3. The appropriate fee(s) have been submitted with this Motion for *pro hac vice* admission.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel respectfully requests that this Court enter an order admitting *pro hac vice* Jason A. Flower to the Bar of this Court for the duration of this action.

1

SLC-6775781-1

Respectfully submitted,

HUSCH BLACKWELL LLP

By: _____
Jason A. Flower, Mo. Bar 54000
jason.flower@huschblackwell.com
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
Telephone: (314) 480-1500
Facsimile: (314) 480-1505

*Attorneys for Defendants Jarden Corporation and Kellwood Co.*

## CERTIFICATE OF SERVICE

I hereby certify that, on the 28th day of November, 2012, a copy of the foregoing Motion for *Pro Hac Vice* Admission of Jason A. Flower was filed via federal express. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

W. Fletcher McMurry Schrock
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, KY 42002-1700
Telephone: (270) 443-6511
Fax: (270) 443-6548

and

Gary D. Justis
Ambereen Shaffie
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, KS 66211-7820
Telephone: (913) 998-6100
Fax: (913) 998-6101
*Attorneys for Plaintiff LWD PRP GROUP*

/s/ Jason A. Flower

3

SLC-6775781-1