# Exhibit A

SLC-6775781-1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 5:12CV-127-R |
| | ) |
| ACF INDUSTRIES, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

### AFFIDAVIT OF JASON A. FLOWER

STATE OF MISSOURI  )
                   )
COUNTY OF ST. LOUIS )

I, Jason A. Flower, being first duly sworn on oath, deposes and states:

1. I make this Affidavit in support of the "Motion for *Pro Hac Vice* Admission of Jason A. Flower," in which I seek admission to the bar of this Court for the purposes of participating in this matter.

2. I have been a member in good standing of the Bar of the State of Missouri since 2002. My Missouri State Bar number is 54000. Attached as Exhibit B to my Motion for *Pro Hac Vice* Admission is a Certificate of Good Standing for the State of Missouri.

3. I am a member of the law firm of Husch Blackwell LLP, and a resident of the State of Missouri.

4. If admitted *pro hac vice*, I will be associated in representing Defendants Jarden Corporation and Kellwood Co.

5. I am of good moral character and am fit to practice law and am not subject to suspension or other disciplinary action with respect to the practice of law in any jurisdiction.

5

6. I understand and agree that I will be bound by all of the rules governing this Court, including any and all disciplinary rules. I further understand and agree that I will be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

7. I have completed the required training via the web-page tutorial for use of the Court's electronic filing system.

8. In light of my familiarity with this case and the matter out of which it arises, I respectfully request that I be admitted *pro hac vice* for purposes of appearing as counsel for Defendants Jarden Corporation and Kellwood Co.

UNDER THE PENALTIES OF PERJURY, I DECLARE THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT THIS 28th DAY OF November, 2012.

_____
Jason A. Flower

SUBSCRIBED and SWORN to before me this 28th day of November, 2012.

_____
Susan M. Hogan
NOTARY PUBLIC IN AND FOR THE
STATE OF MISSOURI
Printed Name: Susan M. Hogan
My Commission Expires: April 22, 2015

SUSAN M. HOGAN
Notary Public - Notary Seal
STATE OF MISSOURI
Franklin County
My Commission Expires: April 22, 2015
Commission # 11430718

6

SLC-6775781-1