UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:12CV-000127-R

FILED
NOV 29 2012
VANESSA L. ARMSTRONG
BY_____
DEPUTY CLERK

LWD PRP GROUP,                      )
                                    )
         Plaintiff,                 )
                                    )
vs.                                 )
                                    )
ACF INDUSTRIES, LLC, et al.,        )
                                    )
         Defendants.                )

**JOINT MOTION TO EXTEND JARDEN CORPORATION'S AND KELLWOOD CO.'S TIME TO ANSWER AND/OR OTHERWISE RESPOND TO COMPLAINT**

Comes now plaintiff, LWD PRP Group, by counsel, and defendants, Jarden Corporation and Kellwood Co., by counsel, and hereby move this Honorable Court to enter the accompanying Order to extend the time up to and including December 17, 2012 for Jarden Corporation and Kellwood Co. to answer and/or otherwise respond to the complaint filed in the above styled action.

Have seen and Agreed to:

| | |
|---|---|
| /s/ Gary D. Justis (with permission) | /s/ Jason A. Flower |
| Gary D. Justis | Jason A. Flower |
| The Justis Law Firm LLC | Missouri State Bar #54000 |
| 5251 W. 116th Place, Suite 200 | Pro Hac Vice Pending |
| Leawood, KS 66211-7820 | HUSCH BLACKWELL LLP |
| gjustis@justislawfirm.com | 190 Carondelet Plaza, Suite 600 |
| Attorney for Plaintiff | St. Louis, MO  63105 |
| LWD PRP GROUP | jason.flower@huschblackwell.com |

1

SLC-6784513-1

|  | Attorney for Defendants Jarden Corporation and Kellwood Co. |
|---|---|

## NOTICE OF ELECTRONIC FILING AND CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the clerk of the court by using the CM/ECF system on this the 28th day of November, 2012, which will send a notice of electronic filing to all counsel of record in this action.

By:   **HUSCH BLACKWELL LLP**

*[signature]*

Jason A. Flower, Mo. Bar 54000
jason.flower@huschblackwell.com
190 Carondelet Plaza, Suite 600
St. Louis, Missouri  63105
Telephone:  (314) 480-1500
Facsimile:   (314) 480-1505

*Attorneys for Defendants Jarden Corporation and Kellwood Co.*

2

SLC-6784513-1