UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:12CV-000127-R

| | |
|---|---|
| LWD PRP GROUP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ACF INDUSTRIES, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER FOR EXTENSION OF TIME**

Upon agreement of the parties, plaintiff, LWD PRP Group and defendants Jarden Corporation and Kellwood Co., and the court now being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that the parties' Joint Motion to Extend Jarden Corporation and Kellwood Co.'s time to Answer and/or otherwise respond is GRANTED. Defendants, Jarden Corporation and Kellwood Co. shall have up to and including December 17, 2012, in which to file an answer or otherwise respond to Plaintiff's Complaint.

cc: Counsel

_____
JUDGE

SLC-6784560-1