UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:12-CV-000127-R

| | |
|---|---|
| LWD PRP GROUP, | ) |
| Plaintiff, | ) |
| v. | ) |
| ACF INDUSTRIES LLC, ET AL., | ) |
| Defendants. | ) |

COPY

Fee Paid
Rcpt # 53032836

## MOTION TO APPEAR PRO HAC VICE

Comes now BELYNDA B. RECK, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Kentucky as counsel *pro hac vice* appearing for Defendant, CNA International Inc. (specially appearing for the purposes of the Agreed Order filed concurrently herewith), in the above-captioned cause and in support thereof states as follows:

1. Applicant's affidavit identifying applicant's membership in good standing before all California State Courts, as well as the United States Supreme Court, United States Court of Appeal for the Ninth Circuit, and United States Courts for the Northern, Eastern and Central Districts of California, written consent to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct and training in the Court's electronic filing system is filed herewith as Exhibit A.

2. The $65.00 *pro hac vice* admission fee is tendered herewith.

3. Applicant understands that admission pro hac vice is for this case only and does not constitute admission to the bar of this Court.

WHEREFORE applicant prays this Court enter an Order permitting Belynda B. Reck admission *pro hac vice* to the Western District of Kentucky to appear for this case only.

Respectfully submitted,

/s/ Belynda B. Reck
Belynda B. Reck
Hunton & Williams LLP
550 S. Hope Street, Suite 2000
Los Angeles, CA 90068
breck@hunton.com
Specially Appearing for Defendant
CNA INTERNATIONAL INC.

2

**EXHIBIT A**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:12-CV-000127-R

LWD PRP GROUP, )
)
       Plaintiff, )
)
v. )
)
ACF INDUSTRIES LLC, ET AL., )
)
       Defendants. )
)

**AFFIDAVIT IN SUPPORT OF PRO HAC VICE PETITION**

I, BELYNDA B. RECK, declare that:

1.      I am an attorney duly licensed and authorized to practice before all California State Courts State Bar No. 163561 (issued in 1992), as well as the United States Supreme Court, United States Court of Appeal for the Ninth Circuit, and United States Courts for the Northern, Eastern and Central Districts. I am in good standing in all the bars to which I have been admitted and have never been disciplined or suspended. I have personal knowledge of the facts set forth below and could testify competently thereto if called as a witness.

2.      I hereby consent to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

3.      I have received training from the State of California materials and participated in numerous cases utilizing the electronic filing system in the federal courts of the State of California.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 29th day of November, 2012, at the City of Los Angeles, County of Los Angeles, State of California.

Respectfully submitted,

_____
Belynda B. Reck
Hunton & Williams LLP
550 S. Hope Street, Suite 2000
Los Angeles, CA 90068
breck@hunton.com
Specially Appearing for Defendant
CNA INTERNATIONAL INC.

2