UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:12-CV-000127-R

LWD PRP GROUP, )
)
       Plaintiff, )
)
v. )
)
ACF INDUSTRIES LLC, ET AL., )
)
       Defendants. )
)

**ORDER GRANTING ADMISSION TO PRACTICE PRO HAC VICE**

Upon the petition of BELYNDA B. RECK for admission *pro hac vice* to appear for CNA INTERNATIONAL INC. as a Defendant in this case only (specially appearing for purposes of the Agreed Order filed concurrently herewith), and upon certification that she is a member in good standing before all California State Courts, as well as the United States Supreme Court, United States Court of Appeal for the Ninth Circuit, and United States Courts for the Northern, Eastern and Central Districts of California, and that she has consented to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct, and has complied with all the other prerequisites for admission *pro hac vice*,

**IT IS ORDERED** that Belynda B. Reck is admitted to practice, *pro hac vice*, in the above entitled case to appear for Defendant CNA INTERNATIONAL INC. in the United States District Court for the Western District of Kentucky.

Dated: _____