**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION**

| | | |
|---|---|---|
| LWD PRP Group | ) | CIVIL ACTION  NO. 5:12CV-127-R |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JOINT MOTION TO EXTEND TIME |
| | ) | |
| ACF Industries LLC, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION TO EXTEND ROLL FORMING CORPORATION'S TIME TO
ANSWER AND/OR RESPOND TO COMPLAINT**

COME NOW, Plaintiff, LWD PRP Group, by counsel, and Defendant, Roll Forming
Corporation, by counsel, hereby move that this Honorable Court enter the accompanying Order
to extend the time up to and including December 7, 2012 for Roll Forming Corporation to
answer and/or respond to the complaint filed in the above-styled action.

Agreed to:

| | |
|---|---|
| s/ Ambereen Shaffie (with permission) | s/Richard A. Greenberg |
| Ambereen Shaffie | Richard A. Greenberg |
| The Justis Law Firm LLC | Smith, Greenberg & Perkins, PLLC |
| 5251 W. 116th Place, Suite 200 | 2321 Lime Kiln Lane, Suite C |
| Leawood, KS 66211-7820 | Louisville, KY 40222 |
| ashaffie@justislawfirm.com | rgreenberg@sgpfirm.com |
| Attorney for Plaintiff | Attorney for Defendant |
| LWD PRP GROUP | ROLL FORMING CORPORATION |