# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 5:12CV-127-R |
| | ) |
| **ACF INDUSTRIES LLC, et al.** | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL OF
## DEFENDANT MURRAY EQUIPMENT INC. WITH PREJUDICE

Plaintiff LWD PRP Group, through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendant Murray Equipment Inc. from this cause with prejudice. Murray Equipment Inc. has not filed an answer or motion for summary judgment in this cause.

Dated: December 4, 2012

                                                Respectfully submitted,

                                                /s/ Gary D. Justis

                                                Gary D. Justis        admitted *pro hac vice*
                                                Ambereen Shaffie    admitted *pro hac vice*
                                                THE JUSTIS LAW FIRM LLC
                                                5251 W. 116th Place, Suite 200
                                                Leawood, KS 66211-7820
                                                Telephone: (913) 998-6100
                                                Facsimile: (913) 998-6101
                                                Email: gjustis@justislawfirm.com
                                                Email: ashaffie@justislawfirm.com

and

W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2012, a copy of the foregoing Notice of Voluntary Dismissal of Defendant Murray Equipment Inc. with Prejudice was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's Electronic Case Filing System.


/s/ Gary D. Justis
Gary D. Justis