IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, </br></br> Plaintiff, </br></br> vs. </br></br> ACF INDUSTRIES, LLC, et al., </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> )   Civil Action No. 5:12CV-127-R </br> ) </br> ) </br> ) </br> ) |

### ORDER GRANTING JASON A. FLOWER'S MOTION FOR ADMISSION *PRO HAC VICE*

This cause has come before the Court upon the motion of Jason A. Flower, counsel for Defendants, Jarden Corporation and Kellwood Co., to practice *pro hac vice* in the above-captioned cause only, provided that the filing fee has been paid. Being fully advised, it is now

ORDERED that the motion be, and hereby is GRANTED. It is further

ORDERED that Jason A. Flower be allowed to appear *pro hac vice* on behalf of Defendants Jarden Corporation and Kellwood Co.

Dated:

SLC-6776057-1