UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP  PLAINTIFF  v.  ACF INDUSTRIES LLC, et al.  DEFENDANTS | CIVIL ACTION NO. 5:12-cv-00127-TBR  *ELECTRONICALLY FILED* |

## AGREED ORDER

Pursuant to LR 7.1 (b), and upon the agreement of counsel for the Plaintiff, LWD PRP Group, and the Defendant, CNA International Inc.,[1] it is hereby **ORDERED** that Defendant CNA International Inc., shall have up to and including December 17, 2012 in which to file its Answer to the Complaint or to otherwise respond.

### SO AGREED:

/s/ Belynda B. Reck (by permission)
Belynda B. Reck, Esq. (*pro hac vice application pending*)
HUNTON & WILLIAMS LLP
550 S. Hope Street, Suite 2000
Los Angeles, CA 90068
(213) 532-2000

*Counsel for Defendant CNA International Inc.*

/s/ Gary D. Justis
Gary D. Justis, Esq.
Ambereen Shaffie, Esq.
THE JUSTIS LAW FIRM, LLC
5251 W. 116th Street
Leawood, Kansas 66211
(913) 998-6101

*Counsel for Plaintiff LWD PRP Group*

### SO ORDERED:

---

[1] CNA International Inc., which is making a special appearance for the purposes of this Order, has informed Plaintiff that it intends to file a 12(b)(2) motion (regarding personal jurisdiction) at the appropriate time.