### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF KENTUCKY, PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | )<br>) |
| Plaintiff, | ) Case No: 5:12 CV 127 R<br>) |
| v. | ) Hon. Thomas B. Russell<br>) |
| ACF INDUSTRIES LLC, *et al.*, | )<br>) |
| Defendant. | ) |

## ORDER

This matter is before the Court on Motion by the Defendant, Ameren Illinois Company, f/k/a Central Illinois Public Service Company, for motion to leave to seal DN 291, Memorandum of Law in Support of Defendant, Ameren Illinois Company, on the grounds that said Memorandum references a confidential settlement agreement attached as Exhibit 1. The Court has considered said Motion, and being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the Defendant's Motion is **GRANTED**.