

**INDIANA COMMUNITY
ACTION ASSOCIATION**
*Taking Action. Improving Lives.*

```
FILED
DEC 0 7 2012
BY  VANESSA L ARMSTRONG
       DEPUTY CLERK
```

December 4, 2012

Clerk
United States District Court for Western District of Kentucky
Paducah Division
501 Broadway
Paducah, KY  42001

Clerk:

        Re:    LWD PRP Group v. CAA of Indiana et al
               Civil Action No. 5:12CV-127-R

I was served as a defendant in the above-referenced case under the name of CAA of Indiana, ostensibly named as a trash hauler. I am not, nor have I ever been, a trash hauler nor do I or my organization have any connection to any of the allegations in this lawsuit.

I have written to Gary Justis, counsel for the plaintiff, twice called him to notify him that I am not the correct defendant n this case. Mr. Justis has never responded so I am sending you this letter with a copy again to Mr. Justis.

Please let me know if you need any further information from me.

Sincerely yours,

Edward A. Gerardot
Director

CC:    Gary D. Justis

