```
FILED
DEC 10 2012
VANESSA L. ARMSTRONG
BY_____
   DEPUTY CLERK
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

LWD PRP GROUP, )
 )
      Plaintiff, )
 ) Civil Action No. **5:12CV-00127-TBR**
v. )
 )
ACF INDUSTRIES LLC, et al., )
 )
      Defendants. )

**MOTION FOR ADMISSION *PRO HAC VICE* OF PAUL E. SVENSSON**

Pursuant to Local Rule 83.2, Paul E. Svensson ("Svensson") hereby files this Motion for Admission *Pro Hac Vice* in the particular case referenced above. In support of this Motion, Svensson respectfully shows the Court as follows:

1. Svensson requests Admission, *Pro Hac Vice*, to represent Defendant, Star Gas Partners, LP ("Star Gas"), in the above captioned case.

2. A supporting affidavit is attached hereto as Exhibit A and a Certificate of Good Standing from the Connecticut Supreme Court is attached hereto as Exhibit B.

3. The appropriate fee has been submitted with the Motion.

4. An ECF Registration Form has been included herewith, attached as Exhibit C.

Wherefore, premises considered, the undersigned counsel respectfully requests that this Court enter an Order admitting Paul E. Svensson *Pro Hac Vice* to the Bar of this Court for the duration of this action.

Respectfully submitted,

*Paul E. Svensson*

Paul E. Svensson
Connecticut State Bar No. 421054
HODGES WALSH & SLATER LLP
55 Church Street, Suite 211
White Plains, NY 10601
Tel: 914-385-6000
Fax: 914-385-6060

Attorney for Star Gas Partners, LP

## CERTIFICATE OF SERVICE

I certify that, on the 5th of December 2012, a copy of the foregoing Motion for Admission *Pro Hac Vice* of Paul E. Svensson was mailed by first class mail to:

Ambereen K. Shaffie, Esq.
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, KS 66211-7820

*Paul E. Sven*
Paul E. Svensson
Connecticut State Bar No. 421054
HODGES WALSH & SLATER LLP
55 Church Street, Suite 211
White Plains, NY 10601
Tel: 914-385-6000
Fax: 914-385-6060

Attorney for Star Gas Partners, LP