# EXHIBIT A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ACF INDUSTRIES LLC, et al., )<br>)<br>Defendants. ) | Civil Action No. **5:12CV-00127-TBR** |

**AFFIDAVIT OF PAUL E. SVENSSON**

I, Paul E. Svensson, being duly sworn on oath, deposes and states:

1. I make this Affidavit in support of the Motion for Admission *Pro Hac Vice* of Paul E. Svensson in which I seek admission to the bar of this Court for the purposes of participating in this particular matter.

2. I have been a member in good standing of the Bar of the State of Connecticut since 2002. My Connecticut Bar Number is 421054. Attached to my Motion for Admission *Pro Hac Vice* is a Certificate of Good Standing for the State of Connecticut.

3. I am also admitted to the Bars of the State of New York (2003) and New Jersey (2003).

4. I am a member of the law firm of Hodges Walsh & Slater LLP, and a resident of the State of New York.

5. If admitted *Pro Hac Vice* I will representing Defendant, Star Gas Partners, LP.

5

6. I am of good moral character and am fit to practice law and am not subject to suspension or disciplinary action with respect to the practice of law in any jurisdiction.

7. I understand and agree that I will be bound by all the rules governing this Court, including any and all disciplinary rules. I further understand and agree that I will be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

8. I have completed the required training via the web-page tutorial for use of the Court's electronic filing system.

9. In light of my familiarity with this case, and the matter out of which it arises, I respectfully request that I be admitted *Pro Hac Vice* for purposes of appearing as counsel for Star Gas Partners, LP.

UNDER THE PENALTIES OF PERJURY, I DECLARE THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT THIS 5th DAY OF DECEMBER 2012.

Respectfully submitted,

_____
Paul E. Svensson
Connecticut State Bar No. 421054
HODGES WALSH & SLATER LLP
55 Church Street, Suite 211
White Plains, NY 10601
Tel: 914-385-6000
Fax: 914-385-6060

SUNSCRIBED AND SWORN to before me the 5th Day of December 2012.

_____
Notary Public

ANNA DITROIA
Notary Public, State of New York
No. 01DI5042558
Qualified in Westchester County
Commission Expires April 24, 20__

6