UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. **5:12CV-127-TBR** |
| v. | ) |
| | ) |
| ACF INDUSTRIES LLC, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER GRANTING PAUL E. SVENSSON'S MOTION
### FOR ADMISSION *PRO HAC VICE*

This cause having come before the Court upon the motion of Paul E. Svensson, counsel for Defendant, Star Gas Partners, LP, to practice *Pro Hac Vice* in the above captioned case only, provided that the filing fee has been paid.

Being fully advised, it is now:

ORDERED that the motion be, and hereby is GRANTED.

It is further:

ORDERED that Paul E. Svensson be allowed to appear *Pro Hac Vice* on behalf of Defendant Star Gas Partners, LP.

Dated: _____    Judge Presiding: _____