## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Civil Action No. 5:12-CV-00127-TBR |
| v. | ) |
| | ) |
| **ACF INDUSTRIES LLC, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## MOTION FOR LEAVE TO SEAL A DOCUMENT

Plaintiff LWD PRP Group moves the Court for leave to seal DN 369, Plaintiff's Response to Defendant Central Illinois Public Service Company's Motion to Dismiss ("Response"), on the grounds that the Response references a confidential settlement document and emails containing confidential settlement discussions, also attached as Exhibits A, B, and C.

Respectfully submitted,

/s/ Gary D. Justis
Gary D. Justis                admitted *pro hac vice*
Ambereen Shaffie           admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, KS  66211-7820
Telephone:  (913) 998-6100
Facsimile:  (913) 998-6101
Email:  gjustis@justislawfirm.com
Email:  ashaffie@justislawfirm.com

and

        W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
        MCMURRY & LIVINGSTON, PLLC
        333 Broadway, 7th Floor
        P.O. Box 1700
        Paducah, Kentucky  42002-1700
        Telephone:  (270) 443-6511
        Facsimile:  (270) 443-6548
        Email:  fletch@ml-lawfirm.com

        ATTORNEYS FOR PLAINTIFF LWD PRP
        GROUP

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2012, a copy of the foregoing Motion for Leave To Seal A Document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's Electronic Case Filing System.

        /s/ Gary D. Justis
        Gary D. Justis

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Civil Action No. 5:12-CV-00127-TBR |
| v. | ) |
| | ) |
| **ACF INDUSTRIES LLC, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**ORDER GRANTING MOTION FOR LEAVE TO FILE SEALED DOCUMENT**

This matter is before the Court on Motion by the Plaintiff, LWD PRP Group, for motion to leave to seal DN 369, Response to Defendant Central Illinois Public Service Company's Motion to Dismiss. In consideration of the Motion and the entire record herein,

**IT IS HEREBY ORDERED** that the Plaintiff's Motion is **GRANTED**.

ENTERED this _____ day of _____, 20_____.

_____
Thomas B. Russell, Senior Judge
United States District