UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

_____
LWD PRP GROUP,                    )
                                  )
    Plaintiff,        )    Civil Action No. 5:12-CV-127-R
                                  )
    v.                )
                                  )
NEW JERSEY DEPARTMENT             )
OF TRANSPORTATION,                )
                                  )
    Defendant.        )
_____)

**CONSENT ORDER FOR EXTENSION OF TIME
TO ANSWER, MOVE OR OTHERWISE REPLY**

Application is hereby made for an Order extending the time within which defendant New Jersey Department of Transportation may answer, move or otherwise reply to the Complaint filed by plaintiff herein to February 1, 2013, and it is represented that:

1. No previous extension has been obtained;
2. Service of Process was effected on or after November 28, 2012;
3. Time to Answer, Move or otherwise Reply expires on December 19, 2012
4. Counsel for plaintiff, Ambereen Shaffie, Esquire, has consented to the within extension.

SO ORDERED this ___ day, _____, 2012

                                                    **By:**_____
                                                      **SENIOR JUDGE THOMAS B. RUSSELL**

The undersigned apply for and consent to the entry of this Consent Order:

/s/ Aaron S. Ament
AARON S. AMENT
ASSISTANT ATTORNEY GENERAL
700 Capitol Avenue, Suite 120
Frankfort, KY  40601
Phone: (502) 696-5644
Fax:    (502) 564-8310
Aaron.Ament@ag.ky.gov
*Appearing on behalf of:*
JEFFREY S. CHIESA
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 114
Trenton, New Jersey 08625
Attorney for Defendant
New Jersey Department of Transportation

/s/ Ambereen Shaffie
Ambereen Shaffie, *admitted pro hac vice*
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, KS 66211-7820
Telephone: (913) 998-6100
Facsimile: (913) 998-6101
Email: ashaffie@justislawfirm.com