IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | | |
|---|---|---|
| **LWD PRP GROUP,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 5:12CV-127-R |
| | ) | |
| **ACF INDUSTRIES LLC, et al.** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF
DEFENDANT KELLWOOD CO. WITH PREJUDICE**

Plaintiff LWD PRP Group, through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendant Kellwood Co. from this cause with prejudice. Kellwood Co. has not filed an answer or motion for summary judgment in this cause.

Dated:  December 11, 2012

                                          Respectfully submitted,

                                          /s/ Gary D. Justis
                                          Gary D. Justis          admitted *pro hac vice*
                                          Ambereen Shaffie       admitted *pro hac vice*
                                          THE JUSTIS LAW FIRM LLC
                                          5251 W. 116th Place, Suite 200
                                          Leawood, KS  66211-7820
                                          Telephone:  (913) 998-6100
                                          Facsimile:  (913) 998-6101
                                          Email:  gjustis@justislawfirm.com
                                          Email:  ashaffie@justislawfirm.com

and

W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2012, a copy of the foregoing Notice of Voluntary Dismissal of Defendant Kellwood Co. with Prejudice was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's Electronic Case Filing System.

/s/ Gary D. Justis
Gary D. Justis