**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Civil Action No. 5:12-CV-00127-TBR |
| v. | ) |
| | ) |
| **ACF INDUSTRIES LLC, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**ORDER GRANTING MOTION FOR LEAVE TO FILE SEALED DOCUMENT**

This matter is before the Court on Motion by the Plaintiff, LWD PRP Group, for motion to leave to seal DN 369, Response to Defendant Central Illinois Public Service Company's Motion to Dismiss. In consideration of the Motion and the entire record herein,

**IT IS HEREBY ORDERED** that the Plaintiff's Motion is **GRANTED**.