UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

_____
LWD PRP GROUP,                         )
                                       )
    Plaintiff,                         )   Civil Action No. 5:12-CV-127-R
                                       )
        v.                             )
                                       )
NEW JERSEY DEPARTMENT                  )
OF TRANSPORTATION,                     )
                                       )
    Defendant.                         )
_____)

**CONSENT ORDER FOR EXTENSION OF TIME
TO ANSWER, MOVE OR OTHERWISE REPLY**

    Application is hereby made for an Order extending the time within which defendant New Jersey Department of Transportation may answer, move or otherwise reply to the Complaint filed by plaintiff herein to February 1, 2013, and it is represented that:

1. No previous extension has been obtained;

2. Service of Process was effected on or after November 28, 2012;

3. Time to Answer, Move or otherwise Reply expires on December 19, 2012

4. Counsel for plaintiff, Ambereen Shaffie, Esquire, has consented to the within extension.

SO ORDERED

1