UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 5:12-CV-000127-R |
| ) | |
| vs. ) | |
| ) | |
| ACF INDUSTRIES LLC, ET AL., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANT SPAWN MATE, INC.'S RULE 7.1 STATEMENT

Comes now the Defendant, Spawn Mate, Inc., by counsel, and pursuant to Rule

7.1 of the Federal Rules of Civil Procedure, and makes the following disclosure:

1. Spawn Mate, Inc. is not a subsidiary or affiliate of a publicly owned

corporation.

2. Spawn Mate, Inc. is not publicly traded.

The undersigned party understands that pursuant to Rule 7.1 of the Federal Rules

of Civil Procedure, it will promptly file a supplemental statement upon any change in the

information that this statement requires.

Respectfully submitted,

/s/ Jacquelyn K. Wilson
_____

Jacquelyn K. Wilson
SAMUELSON, WILSON & ROE
210 North Fourth St, #201
San Jose, CA 95112
jkw@swr-law.com
Attorney for Defendant
SPAWN MATE, INC.

**NOTICE OF ELECTRONIC FILING AND CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing with the clerk of the court by using the CM/ECF system on this the 16th day of December, 2012, which will send a notice of electronic filing to all counsel of record in this action.  Parties may access this filing through the Court's Electronic Case Filing System.

/s/ Jacquelyn K. Wilson
_____

By: Jacquelyn K. Wilson