# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### PADUCAH DIVISION

| | | |
|---|---|---|
| **LWD PRP GROUP,** | ) | |
| | ) | |
| **Plaintiff ,** | ) | |
| | ) | **Civil Action No. 5:12-CV-127-TBR** |
| **v.** | ) | |
| | ) | |
| **ACF INDUSTRIES LLC, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## CONSENT ORDER FOR EXTENSION OF TIME
## TO ANSWER, MOVE, OR OTHERWISE REPLY

Pursuant to LR 7.1(b), and upon the agreement of counsel for the Plaintiff, LWD PRP Group, and Defendant, Fannin County, Texas,[1] it is hereby **ORDERED** that Defendant, Fannin County, Texas, shall have up to and including January 14, 2013 in which to reply to the Complaint. No previous extension has been requested or obtained.

**SO ORDERED this _____day of _____, 2012:**


By: _____
           Senior Judge Thomas B. Russell

The undersigned apply for and consent to the entry of this Order:


/s/ Ambereen Shaffie _____
Ambereen Shaffie          admitted *pro hac vice*
Gary D. Justis            admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, KS  66211-7820
Telephone:  (913) 998-6100
Facsimile:  (913) 998-6101
Email:  ashaffie@justislawfirm.com
Email:  gjustis@justislawfirm.com

---

[1] Fannin County, Texas, which is making a special appearance for the purposes of this Order, has informed Plaintiff that it may file a 12(b)(2) motion (regarding personal jurisdiction) or other response/answer at the appropriate time.

and

W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

*Attorneys for the Plaintiff LWD PRP Group*

/s/ James C. Tidwell
James C. Tidwell
Texas State Bar No. 20020100
WOLFE, TIDWELL & McCOY, LLP
320 N. Travis Street, Suite 205
Sherman, TX  75090
Telephone: 903-868-1933
Facsimile: 903-892-2397
Email: jct@wtmlaw.net

*Attorney for Defendant Fannin County, Texas*

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2012, a true and correct copy of the foregoing was served electronically on the counsel of record in this matter by means of the Court's CM/ECF electronic filing system.

By /s/  Gary D. Justis
Gary D. Justis