UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:12-CV-000127-R

| | |
|---|---|
| LWD PRP GROUP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ACF INDUSTRIES LLC, et al., | ) |
| | ) |
| Defendants. | ) |

AFFIDAVIT IN SUPPORT OF PRO HAC VICE PETITION

I, Mohammad H. Sheronick, declare that:

1. I am an attorney duly licensed and authorized to practice before all Iowa State Courts since 1986, as well as the United States Court of Appeal for the Eighth Circuit since 1992, and United States Courts for the Northern and Southern Districts of Iowa since 1986 and 2006 respectively. I am in good standing in all the courts to which I have been admitted and have never been disciplined or suspended. I have personal knowledge of the facts set forth below and could testify competently thereto if called as a witness.

2. I hereby consent to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

3. I have received training in the PACER Electronic Case Filing System from the District Courts of the Northern and Southern Districts of Iowa, and have appeared in multiple cases utilizing the electronic filing system in those districts.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 4 day of December, 2012 at the City of Cedar Rapids, County of Linn, State of Iowa.

Respectfully submitted,

MOHAMMAD H. SHERONICK
AT0007169
101 First Street S.E.
Cedar Rapids, IA 52401
(319) 286-5025
FAX (319) 286-5135
m.sheronick@cedar-rapids.org

Subscribed and sworn to this 4th day of December, 2012, before the undersigned Notary Public in and for the State of Iowa.

NOTARY PUBLIC, STATE OF IOWA

8-22-14