**United States District Court**
**Western District of Kentucky**
**601 W. Broadway, Room 106**
**Louisville, Kentucky 40202**
www.kywd.uscourts.gov

**TO:**   J. Pargen Robertson, Jr.
Owen Gleaton Egan Jones & Sweeney, LLP
1180 Peachtree Street NE, Suite 3000
Atlanta, GA 30309

**CASE NUMBER:** 5:12-cv-00127-TBR LWD PRP Group v. ACF Industries, LLC et al

**DATE:** 12/17/12

## NOTICE

**Your attention is directed to the following local rule of this Court:**
   "**LR 83.2    Permission to Practice is a Particular Case***

   **(a)**   **Procedure.** An attorney who has not been admitted to the Bar of the Court but who is in good standing in the Bar of any state, territory, or the District of Columbia, may request permission to practice in a particular case by filing the following with the Clerk:

   **(a)**   a motion for admission pro hac vice;
   **(b)**   an affidavit identifying the Bar in which the attorney is a member in good standing;
   **(c)**   the prescribed fee**; and
   **(d)**   a written consent to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct;
   **(e)**   a statement identifying the method of training completed before use of the Court's electronic filing system

   **(b)**   **Sanctions.** Nothing in this rule detracts from the Court's power to sanction unprofessional conduct.

   *The Attorney General or any other officer of the Department of Justice need not seek admission pro hac vice under this rule. See 28 U.S.C. Sec. 515(a)."

**Please be advised that you have 14 days from this date in which to comply with this local rule.  Failure to comply will result in this matter being brought to the attention of the presiding judge in this case.**

*VANESSA L. ARMSTRONG, CLERK*

By:   s/ Michelle Goetzinger
CM/ECF Administrator
(502) 625-3548

**Refer to Fees at www.kywd.uscourts.gov