UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** ) | |
| ) | |
| Plaintiff , ) | |
| ) | Civil Action No. 5:12-CV-127-TBR |
| v. ) | |
| ) | |
| **ACF INDUSTRIES LLC, et al.,** ) | |
| ) | |
| Defendants. ) | |

## CONSENT ORDER FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY

Pursuant to LR 7.1(b), and upon the agreement of counsel for the Plaintiff, LWD PRP Group, and Defendant, Fannin County, Texas,[1] it is hereby **ORDERED** that Defendant, Fannin County, Texas, shall have up to and including January 14, 2013 in which to reply to the Complaint. No previous extension has been requested or obtained.

**SO ORDERED**

The undersigned apply for and consent to the entry of this Order:

/s/ Ambereen Shaffie
Ambereen Shaffie          admitted *pro hac vice*
Gary D. Justis            admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, KS  66211-7820
Telephone:  (913) 998-6100
Facsimile:  (913) 998-6101
Email:  ashaffie@justislawfirm.com
Email:  gjustis@justislawfirm.com

---

[1] Fannin County, Texas, which is making a special appearance for the purposes of this Order, has informed Plaintiff that it may file a 12(b)(2) motion (regarding personal jurisdiction) or other response/answer at the appropriate time.