# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 5:12-CV-127-TBR |
| v. | ) |
| | ) |
| **ACF INDUSTRIES LLC, et al.,** | ) |
| | ) |
| Defendants. | ) |

## CONSENT ORDER FOR EXTENSION OF TIME
## TO ANSWER, MOVE, OR OTHERWISE REPLY

Pursuant to L.R. 7.1(b), and upon the agreement of counsel for the Plaintiff, LWD PRP Group, and Defendant Geo L. Smith II Georgia World Congress Center Authority (misnamed Georgia World Congress Center) (the "Authority" herein), it is hereby **ORDERED** that Defendant the Authority shall have up to and including December 30, 2012 in which to file its Answer to the Complaint or otherwise respond.

Defendant the Authority also hereby preserves until its first responsive pleading all applicable defenses, including but not limited to sovereign immunity, Eleventh Amendment immunity, and personal jurisdiction.

**SO ORDERED:**