**HODGES WALSH & SLATER, LLP**
ATTORNEYS AT LAW
55 CHURCH STREET, SUITE 211
WHITE PLAINS, NEW YORK 10601

(914) 385-6000
FAX (914) 385-6060
www.hwslaw.com

Paul E. Svensson, Esq.
Direct E-Mail: psvensson@hwslaw.com

December 3, 2012

Ambereen Shaffie, Esq.
Gary D. Justis, Esq.
THE JUSTIS LAW FIRM, LLC
5251 W. 116th Street, Suite 200
Leawood, KS 66211

Re:   LWD PRP GROUP v. ACF INDUSTRIES LLC, et al.
       Civ. Action No.: **5:12CV-127-R**

Dear Ms. Shaffie:

We are counsel to STAR GAS PARTNERS LP in the above referenced matter.

Our client has completed their review of the claims set forth in the Complaint and, specifically, whether Star Gas Partners, LP was the parent company, or had any equity interest in, Cibro Petroleum products, Inc.

As set forth in the attached affidavit, Mr. Richard G. Oakley, we represent to you that:

1. Star Gas Partners, LP is not, and has never been, the parent company to Cibro Petroleum Products, Inc.

2. Star Gas Partners, LP does not, and has never, had an equity interest in Cibro Petroleum Products, Inc.

As such, we respectfully request that LWD PRP GROUP voluntarily withdraw its claims against Star Gas Partners, LP.

Very truly yours,

HODGES WALSH & SLATER, LLP

Paul E. Svensson