UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
-----------------------------------------------------------X

LWD PRP GROUP,

                Plaintiff,      CIVIL ACTION No.: 5:12CV-127-R

ACF INDUSTRIES LLC, et al.,      **AFFIDAVIT IN SUPPORT OF DISCONTINUANCE OF ACTION AS AGAINST STAR GAS PARTNERS, LP**

                Defendants,
-----------------------------------------------------------X

Richard G. Oakley being duly sworn and deposed does say that:

1. I am the Vice-President and Controller for Petro Inc. with principal offices located at 2187 Atlantic Street, Stamford, CT 06904.

2. Star Gas Partners, LP is the parent company for Petro Inc.

3. Star Gas Partners, LP received a Complaint in the above referenced action dated August 31, 2012.

4. I have been advised by counsel that the Complaint was served upon Star Gas Partners, LP "as the parent company to Cibro Petroleum Products, Inc."

5. Counsel requested that I conduct a search to determine if Star Gas Partners, LP was the parent company, or had any equity interest in, Cibro Petroleum Products, Inc.

6. After conducting that search, I can aver that Star Gas Partners, LP is not, and has never been, the parent company to Cibro Petroleum Products, Inc.

7. Further, Star Gas Partners, LP does not, and has never, had an equity interest in Cibro Petroleum Products, Inc.

8. Based upon the foregoing, it is my understanding that the action against Star Gas Partners, LP should be discontinued.

UNDER THE PENALTIES OF PERJURY, I DECLARE THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT THIS 6th DAY OF DECEMBER 2012.

                                                            By: *[signature]* Richard G. Oakley

Sworn to before me this
6th day of December 2012

_____
Notary Public

