UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. **5:12CV-127-TBR** |
| v. | ) |
| | ) |
| ACF INDUSTRIES LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING THE STAR GAS PARTNERS, LP MOTION FOR DISMISSAL AND/OR SUMMARY JUDGMENT

This cause having come before the Court upon the motion of Defendant, Star Gas Partners, LP, for dismissal and/or summary judgment.

Being fully advised, it is now:

ORDERED that the motion be, and hereby is GRANTED.

It is further:

ORDERED that the Complaint of LWD PRP GROUP is dismissed as against Defendant Star Gas Partners, LP.

Dated: _____      Judge Presiding: _____