UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

LWD PRP GROUP,

    PLAINTIFF,

v.

ACF INDUSTRIES LLC, ET AL.,

    DEFENDANTS.                   CASE NO. 5:12-CV-000127-R

## MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

    Comes the Defendant, CNA International Inc., by counsel, and in accordance with Fed. R. Civ. P. 12(b)(2), respectfully requests the Court to enter an Order dismissing Plaintiff's Complaint for lack of personal jurisdiction. A Memorandum of Law in support thereof, a supporting affidavit, along with a proposed Order, are attached hereto for the convenience of the parties and the Court.

DATED: December 17, 2012           Hunton & Williams LLP

                                            By:   /s/ Belynda Reck
                                                 Belynda Reck, admitted *pro hac vice*
                                                 Hunton & Williams LLP
                                                 550 S. Hope Street, Suite 2000
                                                 Los Angeles, CA 90071
                                                 breck@hunton.com
                                                 Counsel for Defendant
                                                 CNA INTERNATIONAL INC.

## CERTIFICATE OF SERVICE

    I hereby certify that on December 17, 2012, a copy of the foregoing MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

                                          /s/ Julieta Stepanyan
                                          Julieta Stepanyan