UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

LWD PRP GROUP,

    PLAINTIFF,

v.

ACF INDUSTRIES LLC, ET AL.,

    DEFENDANTS.        CASE NO. 5:12-CV-000127-R

## AFFIDAVIT OF STEVE CHO IN SUPPORT OF MOTION TO DISMISS

Before me, the undersigned authority, personally appeared Steve Cho, who, being by me duly sworn, deposed as follows:

1. I am a resident of the State of Illinois. I am employed by CNA International Inc. d/b/a MC Appliance Corporation ("CNA"), an Illinois corporation, as Vice President in charge of the marketing, sales, and logistics departments. I have personal knowledge of the facts stated herein, and if called and sworn, could competently testify as follows:

2. CNA is a distributor of appliances, including kitchen appliances.

3. CNA's headquarters and principal place of business is located in Wood Dale, Illinois. CNA's headquarters are home to the company's corporate functions. All management of CNA is operated through the Illinois headquarters.

4. None of CNA's corporate officers work in the state of Kentucky nor does CNA have employees in Kentucky, including any sales representatives. Critical operational and administrative personnel who are involved with CNA's

corporate policies, procedures regarding its employees, and sales are also located and work in Illinois.

5. CNA does not have any business operations or an agent for service of process in Kentucky.

6. CNA's website does not specifically target Kentucky residents or favor transactions with Kentucky residents over transactions with residents of other states. CNA does not directly solicit or specifically market to Kentucky residents.

7. Products may be purchased from CNA through www.amazon.com. No more than five CNA products have been purchased by Kentucky residents in 2012 via www.amazon.com. CNA's sales on www.amazon.com do not specifically target Kentucky residents or favor transactions with Kentucky residents over transactions with residents from other states.

8. Neither CNA nor any of its predecessors have ever owned the LWD Incinerator Site at issue in this litigation.

9. Neither CNA nor any of its predecessors have ever operated on the LWD Incinerator Site at issue in this litigation.

10. Furthermore, neither CNA nor any of its predecessors have ever transported any waste to the LWD Incinerator Site at issue in this litigation.

//

//

//

//

//

//

//

//

2

11. CNA is not the successor in interest to Admiral Division of Magic Chef Corporation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of December, 2012, at the City of Wood Dale, County of DuPage, State of Illinois.

_____
Affiant

In witness whereof, I have hereunto subscribed my name and affixed my official seal this 17th day of December, 2012.

State of:           )
                    )  SS:
County of:          )

_____
Notary Public

My commission expires: 10/30/2016

"OFFICIAL SEAL"
SOPHIA H. SUN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10/30/2016