UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

LWD PRP GROUP,

    PLAINTIFF,

v.

ACF INDUSTRIES LLC, ET AL.,

    DEFENDANTS.                        CASE NO. 5:12-CV-000127-R

## ORDER GRANTING MOTION TO DISMISS
## FOR LACK OF PERSONAL JURISDICTION

Motion having been, and the Court having heard arguments of counsel, and being otherwise sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED THAT Defendant CNA International Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction is **GRANTED** and Plaintiff's Complaint against Defendant CNA International Inc. is **DISMISSED**.