UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:12-CV-000127-R

LWD PRP GROUP,  )
  )
    Plaintiff,  )
  )
vs.  )
  )
ACF INDUSTRIES LLC, et al.,  )
  )
    Defendants.  )

ORDER GRANTING ADMISSION TO PRACTICE PRO HAC VICE

Upon the petition of Mohammad H. Sheronick for admission *pro hac vice* to appear for the City of Cedar Rapids, Iowa as a Defendant in this case only and upon certification that he is a member in good standing before all Iowa State Courts, as well as the United States Court of Appeal for the Eighth Circuit, and United States Courts for the Northern and Southern Districts of Iowa, and that he has consented to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct, and has complied with all the other prerequisites for admission *pro hac vice*.

IT IS ORDERED that Mohammad H. Sheronick is admitted to practice, *pro hac vice*, in the above entitled case to appear for Defendant City of Cedar Rapids, Iowa in the United States District Court for the Western District of Kentucky.

Dated: _____