# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 5:12-CV-00127-TBR |
| **ACF INDUSTRIES LLC, et al.** | ) ) |
| Defendants. | ) ) ) |

## NOTICE OF VOLUNTARY DISMISSAL OF
## DEFENDANT PCI SERVICES, INC. WITHOUT PREJUDICE

Plaintiff LWD PRP Group, through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendant PCI Services, Inc. from this cause without prejudice. PCI Services, Inc. has not filed an answer or motion for summary judgment in this cause.

Dated: December 18, 2012

Respectfully submitted,

/s/ Gary D. Justis
Gary D. Justis       admitted *pro hac vice*
Ambereen Shaffie     admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, KS 66211-7820
Telephone: (913) 998-6100
Facsimile: (913) 998-6101
Email: gjustis@justislawfirm.com
Email: ashaffie@justislawfirm.com

and

W. Fletcher McMurry Schrock (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky 42002-1700
Telephone: (270) 443-6511
Facsimile: (270) 443-6548
Email: fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2012, a copy of the foregoing Notice of Voluntary Dismissal of Defendant PCI Services, Inc. without Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

/s/ Gary D. Justis
Gary D. Justis