UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

**FILED**
VANESSA L. ARMSTRONG, CLERK
DEC 17 2012
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

| | |
|---|---|
| LWD PRP GROUP, | |
| Plaintiff, | CASE NO. 5:12CV-127-R |
| vs. | *fee paid* |
| ACF INDUSTRIES LLC, ET AL., | 014649 |
| Defendants. | |

## MOTION TO APPEAR PRO HAC VICE

Comes now J. Pargen Robertson, Jr., applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Kentucky as counsel pro hac vice for Defendant, the Geo L. Smith II Georgia World Congress Center Authority (misnamed Georgia World Congress Center), in the above-captioned case and in support thereof states as follows:

1. Applicant's affidavit identifying his membership in good standing before all Georgia State and Superior Courts, the United States District Court for the Northern District of Georgia, the United States Court of Appeals for the Eleventh Circuit, and the United States Court of Federal Claims, his written consent to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct, and his statement identify the method of training for the Court's electronic filing system is filed herewith as **Exhibit 1.**

2. The $65.00 *pro hac vice* admission fee is tendered herewith.

3. Applicant understands that admission *pro hac vice* is for this case only and does not constitute admission to the bar of this Court.

4. A proposed order is filed herewith as **Exhibit 2.**

1

WHEREFORE applicant prays this Court enter an Order permitting J. Pargen Robertson, Jr. admission *pro hac vice* to the Western District of Kentucky for this case only.

This 13th day of December, 2012.

By: _____
J. PARGEN ROBERTSON, JR.
Georgia Bar No. 609737
*Special Assistant Attorney General*

**PLEASE ADDRESS ALL
COMMUNICATIONS TO:**
J. Pargen Robertson, Jr.
Special Assistant Attorney General
Owen, Gleaton, Egan, Jones, & Sweeney, L.L.P.
1180 Peachtree Street NE, Suite 3000
Atlanta, Georgia 30309
TEL: (404)688-2600
FAX: (404)525-4347

NOTICE OF FILING AND CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing Motion to Appear Pro Hace Vice with the clerk of the court by regular mail and have sent copies of same to all counsel of record in this action on this the 13th day of December, 2012.

By: _____
J. PARGEN ROBERTSON, JR.

2