**EXHIBIT 1**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | |
| Plaintiff, | |
| vs. | CASE NO. 5:12CV-127-R |
| ACF INDUSTRIES LLC, ET AL., | |
| Defendants. | |

AFFIDAVIT OF J. PARGEN ROBERTSON, JR.
IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE

PERSONALLY APPEARED before the undersigned officer, duly authorized by the laws of the State of Georgia to administer oaths, J. Pargen Robertson, Jr., who, after being first duly sworn, deposes and states as follows in support of his Motion to Appear Pro Hace Vice:

1. My name is J. Pargen Robertson Jr. I am over the age of majority, am competent to make this Affidavit, and make this Affidavit of my own personal knowledge.

2. I am an attorney duly licensed and authorized to practice before all Georgia State and Superior Courts, the United States District Court for the Northern District of Georgia, the United States Court of Appeals for the Eleventh Circuit, and the United States Court of Federal Claims. I am in good standing in all the bars to which I have been admitted.

3. I hereby consent to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

4. I have received training on the use of the electronic filing system from the Northern District of Georgia and have participated in numerous cases utilizing its electronic filing system.

1

FURTHER AFFIANT SAYETH NOT, this 13th day of December, 2012.

By: _____
J. PARGEN ROBERTSON, JR.
Georgia Bar No. 609737
*Special Assistant Attorney General*

Sworn to and subscribed before
me this 13th day of December, 2012.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES:

### NOTICE OF FILING AND CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing Affidavit in Support of Motion to Appear Pro Hace Vice with the clerk of the court by regular mail and have sent copies of same to all counsel of record in this action on this the 13th day of December, 2012.

By: _____
J. PARGEN ROBERTSON, JR.

**PLEASE ADDRESS ALL
COMMUNICATIONS TO:**
J. Pargen Robertson, Jr.
Special Assistant Attorney General
Owen, Gleaton, Egan, Jones, & Sweeney, L.L.P.
1180 Peachtree Street NE, Suite 3000
Atlanta, Georgia 30309
TEL: (404)688-2600
FAX: (404)525-4347