IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | | |
|---|---|---|
| LWD PRP GROUP, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5:12CV-127-R |
| | ) | |
| vs. | ) | |
| | ) | DEFENDANT CITY OF CEDAR |
| ACF INDUSTRIES LLC; ACCENT STRIP, INC., et al., | ) | RAPIDS, IOWA'S ANSWER |
| | ) | |
| | ) | |
| Defendants. | ) | |

Defendant City of Cedar Rapids, Iowa answers Plaintiff's Complaint as follows:

1. Paragraphs 1 and 2 require no factual response. Defendant denies any claimed entitlement to relief asserted by Plaintiff therein.

2. Paragraphs 3 and 4 are admitted.

3. Paragraphs 5 – 28 are denied due to lack of knowledge.

4. Paragraphs 29 – 324 require no response from this Defendant inasmuch as those allegations are directed to others.

5. It is admitted that the LWD PRP Group demanded payment from the City of Cedar Rapids. The balance of Paragraph 325 is denied.

6. Paragraph 326 is admitted.

7. Paragraphs 327 and 328 are denied for lack of knowledge.

8. In answer to Paragraph 329, the City of Cedar Rapids admits it has not paid toward any response costs and denies any liability for any such expenses.

9. Paragraphs 330 – 1820 require no response from this Defendant inasmuch as those allegations are directed to others.

10. The City of Cedar Rapids re-alleges and incorporates by reference its Answers to Paragraphs 1 – 1820 of this Complaint as if fully re-stated herein in answer to Paragraph 1821.

11. Paragraphs 1822 – 1829 consist of statutory citations without factual allegation. Therefore, no response is required to these paragraphs.

12. Paragraphs 1830 and 1831 are denied for lack of knowledge.

13. Paragraphs 1832 and 1833 as alleged against the City of Cedar Rapids, Iowa are denied.

14. Paragraphs 1834 and 1835 are denied for lack of knowledge.

15. Paragraphs 1836 and 1837 as alleged against the City of Cedar Rapids, Iowa are denied.

16. The City of Cedar Rapids re-alleges and incorporates by reference its Answers to Paragraphs 1 – 1837 of this Complaint as if fully re-stated herein in answer to Paragraph 1838.

17. Paragraph 1839 consists of statutory citations without factual allegation. Therefore, no response is required to this paragraph.

18. Paragraph 1840 is denied for lack of knowledge.

19. As alleged against the City of Cedar Rapids, Iowa, Paragraphs 1841 – 1843 are denied.

20. The City of Cedar Rapids re-alleges and incorporates by reference its Answers to Paragraphs 1 – 1843 of this Complaint as if fully re-stated herein in answer to Paragraph 1844.

21. Paragraph 1845 is admitted.

22. Paragraph 1846 consists of statutory citations without factual allegation. Therefore, no response is required to this paragraph.

23. Paragraphs 1847 – 1849 are denied.

WHEREFORE, it is prayed that the Complaint filed herein be dismissed and that all costs associated thereto be assessed against the Plaintiff.

## AFFIRMATIVE DEFENSES

1. Failure to state a claim.

2. Laches.

3. Estoppel.

4. Waiver

5. Statute of limitations.

Defendant City of Cedar Rapids, Iowa reserves the right to assert additional affirmative defenses as may be warranted following investigation and discovery.

s/MOHAMMAD H. SHERONICK
AT0007169
101 First Street S.E.
Cedar Rapids, IA  52401
(319) 286-5025
FAX (319) 286-5135
m.sheronick@cedar-rapids.org