UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 5:12-CV-127-TBR |
| v. | ) |
| | ) |
| **ACF INDUSTRIES LLC, et al.,** | ) |
| | ) |
| Defendants. | ) |

## AGREED ORDER

Pursuant to LR 7.1(b), and upon the agreement of counsel for the Plaintiff, LWD PRP Group, and Defendant, Stolper Industries, Inc., it is hereby **ORDERED** that Defendant, Stolper Industries, Inc., shall have up to and including February 7, 2013 in which to reply to the Complaint. It is represented that:

1. No previous extension has been requested or obtained;

2. Service of Process was effected on or after December 3, 2012;

3. Time to Answer, Move or otherwise Reply expires on December 24, 2012.

**SO ORDERED** this _____ day, _____ 2012

By: _____
SENIOR JUDGE THOMAS B. RUSSSELL

**SO AGREED:**
/s/ Ambereen Shaffie
Ambereen Shaffie      admitted *pro hac vice*
Gary D. Justis            admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, KS  66211-7820
Telephone:  (913) 998-6100
Facsimile:  (913) 998-6101
Email:  ashaffie@justislawfirm.com
Email:  gjustis@justislawfirm.com

and

W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, KY  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

*Attorneys for the Plaintiff LWD PRP Group*

/s/ Lloyd A. Gerlach
Lloyd A. Gerlach
President
Stolper Industries, Inc.
13500 Watertown Plank Rd., Suite 104
Elm Grove, WI  53122-2200
Telephone: (262) 786-0566
Email: LAGerlach@aol.com

*Pro se Defendant for Stolper Industries, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2012, a true and correct copy of the foregoing was served electronically on the counsel of record in this matter by means of the Court's CM/ECF electronic filing system.


By /s/  Ambereen Shaffie
    Ambereen Shaffie