# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 5:12CV-127-TBR |
| **ACF INDUSTRIES LLC, et al.** | ) ) ) |
| Defendants. | ) ) |

### NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS
### OHIO DEPARTMENT OF TRANSPORTATION AND OHIO DEPARTMENT
### OF REHABILITATION AND CORRECTION WITHOUT PREJUDICE

Plaintiff LWD PRP Group, through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendants Ohio Department of Transportation and Ohio Department of Rehabilitation and Correction ("Defendants") from this cause without prejudice. Defendants filed a Motion to Dismiss for Failure to State a Claim on November 29, 2012.

Dated:  December 18, 2012

        Respectfully submitted,

        /s/ Ambereen Shaffie
        Ambereen Shaffie    admitted *pro hac vice*
        Gary D. Justis    admitted *pro hac vice*
        THE JUSTIS LAW FIRM LLC
        5251 W. 116th Place, Suite 200
        Leawood, KS  66211-7820
        Telephone:  (913) 998-6100
        Facsimile:  (913) 998-6101
        Email:  gjustis@justislawfirm.com
        Email:  ashaffie@justislawfirm.com

and

W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2012, a copy of the foregoing Notice of Voluntary Dismissal of Defendants Ohio Department of Transportation and Ohio Department of Rehabilitation and Correction without Prejudice was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's Electronic Case Filing System.

/s/ Gary D. Justis
Gary D. Justis