# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 5:12-CV-127-TBR ) ) |
| **ACF INDUSTRIES LLC, et al.,** | ) ) |
| Defendants. | ) |

### PLAINTIFF'S RESPONSE TO MOTION TO DISMISS FILED BY DEFENDANTS OHIO DEPARTMENT OF TRANSPORTATION AND OHIO DEPARTMENT OF REHABILITATION AND CORRECTION

Defendants Ohio Department of Transportation, and Ohio Department of Rehabilitation and Correction filed a Motion to Dismiss ("Motion to Dismiss") on November 29, 2012. Plaintiff LWD PRP Group filed a Notice of Voluntary Dismissal of Defendants Ohio Department of Transportation, and Ohio Department of Rehabilitation and Correction, without Prejudice, in this cause on December 18, 2012. Consequently, Plaintiff respectfully requests that Court enter an appropriate Order denying the Motion to Dismiss as moot.

Respectfully submitted,

/s/ Ambereen Shaffie
Ambereen Shaffie      admitted *pro hac vice*
Gary D. Justis          admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, KS  66211-7820
Telephone:  (913) 998-6100
Facsimile:  (913) 998-6101
Email:  ashaffie@justislawfirm.com
Email:  gjustis@justislawfirm.com

    and

W. Fletcher McMurry Schrock (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky 42002-1700
Telephone: (270) 443-6511
Facsimile: (270) 443-6548
Email: fletch@ml-lawfirm.com

*Attorneys for the Plaintiff LWD PRP Group*

### CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2012, a true and correct copy of the foregoing Plaintiff's Response to Motion to Dismiss filed by Defendants Ohio Department of Transportation and Ohio Department of Rehabilitation and Correction, was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

    By /s/ Ambereen Shaffie
        Ambereen Shaffie