# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION

| | |
|---|---|
| LWD PRP Group, | : |
| | : Case No. 5:12-cv-00127-TBR |
| Plaintiffs | : |
| | : Judge Thomas B. Russell |
| v. | : |
| | : |
| ACF Industries, LLC, *et al.* | : |
| | : |
| Defendants | : |
| | : |

## CONSENT ORDER FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY

Application is hereby made for an Order extending the time within which defendants, Michigan Department of Corrections and Riverside Correctional Facility may answer, move or otherwise reply to the Complaint filed by plaintiff herein to January 15, 2013, and it is represented that:

1. No previous extension has been obtained;

2. Service of Process was effected on or after November 28, 2012;

3. Time to Answer, Move or otherwise Reply expires on December 19, 2012;

4. Counsel for plaintiff, Ambereen Shaffie, Esquire, has consented to the within extension.

SO ORDERED this ____ day, _____ 2012

By: _____
SENIOR JUDGE THOMAS B. RUSSSELL

ENRA/Consent Order for Extension of Time to Answer/LWD PRP Group AG#2012-0010770-B/2012-12-17

The undersigned apply for and consent to the entry of this Consent Order:

/s/ Richard S. Kuhl
Richard S. Kuhl (P42042)
Assistant Attorney General
Environment, Natural Resources,
and Agriculture Division
6th Floor, G. Mennen Williams Bldg
525 West Ottawa Street
Lansing, MI 48933
Telephone: (517) 373-7540
Facsimile: (517) 373-1610
Email: KuhlR@michigan.gov

/s/Ambereen Shaffie
Ambereen Shaffie, admitted pro hac vice
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, KS 66211-7820
Telephone: (913) 998-6100
Facsimile: (913) 998-6101
Email: ashaffie@justislawfirm.com

2

## IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF KENTUCKY
### PADUCAH DIVISION

| | |
|---|---|
| LWD PRP Group, | Case No. 5:12-cv-00127-TBR |
| Plaintiffs | |
| | Judge Thomas B. Russell |
| v. | |
| ACF Industries, LLC, . . . Michigan Department of Corrections, *et al.* | **PROOF OF SERVICE** |
| Defendants | |

On December 18, 2012, I sent by first-class mail a copy of **Consent Order for Extension of Time to Answer, Move, or Otherwise Reply** to:

Ambereen K. Shaffie
The Justis Law Firm LLC
5251 W. 116th Street
Leawood, KS 66211

Gary D. Justis
The Justis Law Firm LLC
5251 W. 116th Street
Leawood, KS 66211

W. Fletcher McMurry Schrock
McMurry & Livingston, PLLC
333 Broadway
P.O. Box 1700
Paducah, KY 42002-1700

    I declare that the above statement is true to the best of my knowledge, information and belief.

Kimberly A. Wilcox

ENRA/POS/LWD PRP Group AG#2012-0010770-B/2012-12-18