IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | Civil Action No. 5:12cv-127-R |
| Plaintiff, | |
| v | |
| ACF INDUSTRIES LLC, EFTEC NORTH AMERICA, LLC, ET AL, | |
| Defendants. | |

| | |
|---|---|
| Fletcher McMurry Schrock (K 62283)<br>Attorneys for Plaintiff LWD PRP GROUP<br>McMurry & Livingston, PLLC<br>333 Broadway, 7th Floor<br>PO Box 1700<br>Paducah, Kentucky  422002-1700<br>P:  270.443.6511<br>F:  270.443.6548<br>fletch@ml-lawfirm.com | Mark A. Hopper (P28493)<br>Attorneys for Defendant EFTEC North America, LLC<br>DeLoof, Hopper, Dever & Wright, PLLC<br>301 N. Main Street, Suite 250<br>Ann Arbor, MI  48104<br>P:  734.994.1295<br>F:  734.994.0206<br>mah@dhdwlaw.com |

AND

Gary D. Justis          *pro hac vice* pending
Ambereen Shaffie     *pro hac vice* pending
Attorneys for Plaintiff LWD PRP GROUP
The Justis Law Firm LLC
5251 W. 116th Place, Suite 200
Leawood, KS  66211-7820
P:   913.998.6100
F:   913.998.6101
gjustis@justislawfirm.com
ashaffie@justislawfirm.com

## NOTICE OF ATTEMPT TO COMPLY WITH ORDER
## SETTING RULE 16 TELEPHONE SCHEDULING CONFERENCE

The undersigned counsel for EFTEC North America, LLC attempted, on December 19, 2012 at 12:13 p.m. and 12:30 p.m. EST to comply with the aforementioned

1

Order and, after holding for approximately 15 minutes, was told, twice by an AT&T automated operator that the conference call was "terminated". No person every came on the telephone.

                                                    s/Mark A. Hopper
                                                    Mark A. Hopper (P28493)
                                                    Attorneys for Defendant EFTEC North America, LLC
                                                    DeLoof, Hopper, Dever & Wright, PLLC
                                                    301 N. Main Street, Suite 250
                                                    Ann Arbor, MI 48104
                                                    734.994.1295

Dated: December 19, 2012