# THE JUSTIS LAW FIRM LLC

Ambereen Shaffie
Direct Dial (913) 998-6106
ashaffie@justislawfirm.com

December 20, 2012

Clerk of the Court
United States District Court
Western District of Kentucky
Paducah Division
501 Broadway
Paducah, KY 42001

Re: *LWD PRP Group v. ACF Industries LLC, et al.*, No. 5:12CV-127-R (W.D. Ky.)

Dear Court Clerk:

Enclosed are Summonses for one additional defendant in the above-referenced cause. Please sign and seal the Summonses and return them at your earliest convenience. To comply with the 120-day time limit in Fed. R. Civ. P. 4(m), we must serve this party by December 29, 2012. Please feel free to contact me directly with any questions or concerns. Thank you in advance for your prompt attention to this matter.

Very truly yours,

THE JUSTIS LAW FIRM LLC

By: *[signature]*
Ambereen Shaffie

Enclosure