UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
|        Plaintiff, | ) |
|    v. | ) Civil Action No. **5:12CV-00127-TBR** |
| ACF INDUSTRIES LLC, et al., | ) **NOTICE TO WITHDRAW** |
| | ) **MOTION TO DISMISS** |
| | ) **WITHOUT PREJUDICE** |
|        Defendants. | ) |

Defendant, STAR GAS PARTNERS LP, through counsel and pursuant to plaintiff's Fed. R. Civ. P 41(a)(1)(A)(i) voluntary dismissal without prejudice, hereby withdraws its Motion for Dismissal without prejudice.

Dated: White Plains, New York
December 20, 2012

_____
Paul E. Svensson
Hodges Walsh & Slater, LLP
Attorneys for Defendant
STAR GAS PARTNERS LP
55 Church Street, Suite 211
White Plains, NY 10601
Tel: 914-385-6000
Fax: 914-385-6060

## CERTIFICATE OF SERVICE

On this 20th Day of December 2012, I electronically filed this document through the ECF system, which we send a notice of electronic filing to counsel for Plaintiff LWD Group and counsel to the other defendants in this matter.

Respectfully submitted,

*Paul E. Svensson*
_____
Paul E. Svensson
Hodges Walsh & Slater, LLP
Attorneys for Defendant
STAR GAS PARTNERS LP
55 Church Street, Suite 211
White Plains, NY 10601
Tel: 914-385-6000
Fax: 914-385-6060