UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP )<br>)<br>PLAINTIFF )<br>) CIVIL ACTION NO. 5:12-cv-00127-TBR<br>v. )<br>)<br>ACF INDUSTRIES LLC, et al. ) *ELECTRONICALLY FILED*<br>)<br>DEFENDANTS )<br>) | |

## NOTICE OF ENTRY OF APPEARANCE

Come the below-signed attorney, H. Carl Horneman, and the firm of Wyatt, Tarrant & Combs, LLP, and enter their appearance in this action for the Defendant Continental Motors, Inc.

Respectfully submitted,

/s/ H. Carl Horneman
H. Carl Horneman
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, Kentucky  40202-2898
(502) 562-7372

*Counsel for Defendant*
*Continental Motors, Inc.*

## CERTIFICATE OF SERVICE

 I hereby certify that on December 20, 2012 I caused this document to be electronically filed with the Clerk of Court through the CM/ECF system, which will electronically send copies of this filing to all registered participants.

 A copy was also served via U.S. Mail to:

Christopher A. Verducci
Craig L. Weinstock
LOCKE LORD LLP
2800 JP Morgan Chase Tower, 600 Travis
Houston, Texas 77002

Alison C. Conlon
Joseph F. Madonia
Barnes & Thornburg, LLP – Chicago
1 North Wacker Drive, Suite 440
Chicago, IL 60606

Douglas A. Cohen
Scott A. Muska
Brown Rudnick LLP
185 Asylum Street
Hartford, CT 06103-3402

Jacquelyn K. Wilson
Samuelson Wilson & Roe
210 N. Fourth Street, Suite 201
San Jose, CA 95112

Madelaine R. Berg
9040 N. Flying Butte
Fountain Hills, AZ 85268

Dustin J. Calhoun
Office of Ohio Attorney General
150 East Gay Street
06th Floor
Columbus, OH 43215

           /s/ H. Carl Horneman

60303555.1