AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

|  |  |  |
|---|---|---|
| LWD PRP GROUP | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 5:12CV-127-R |
| MACON RESOURCES, INC. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
Mike Boliek
President
Macon Resources, Inc.
2121 Hubbard Ave.
P.O. Box 2760
Decatur, IL 62524

A lawsuit has been filed against you.

Within  21  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Gary D. Justis, Esq.
The Justis Law Firm, LLC
5251 W. 116th Place
Suite 200
Leawood, KS 66211-7820

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____
Name of clerk of court

Date: _____

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

| LWD PRP GROUP | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 5:12CV-127-R |
| PETROCLEAN, INC. | ) |
| Defendant | ) |

### Summons in a Civil Action

To: *(Defendant's name and address)*
Terrance McAuliffe
President
Petroclean, Inc.
2 Dorrington Rd.
Carnegie, PA 15106-02

A lawsuit has been filed against you.

Within  21  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Gary D. Justis, Esq.
The Justis Law Firm, LLC
5251 W. 116th Place
Suite 200
Leawood, KS 66211-7820

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____
Name of clerk of court

Date: _____

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____
_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: _____

                                            _____
                                                                             Server's signature

                                            _____
                                                                           Printed name and title

                                            _____
                                                                            Server's address