UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCHAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:12CV-127-R |
| | ) |
| **ACF INDUSTRIES, LLC, ET AL.,** | ) |
| | ) |
| **Defendants.** | ) |

### ANSWER OF KRAUTH ELECTRIC COMPANY

Comes now defendant Krauth Electric Company ("Krauth"), by counsel, and for its Answer to the Complaint of the Plaintiff, LWD PRP Group ("LWD"), states as follows:

### I. FIRST DEFENSE

1. On information and belief, Krauth admits the allegations set forth in Paragraph 1 of the Complaint herein and further affirmatively states that the content of the allegations made by LWD in the Complaint speak for themselves.

2. On information and belief, Krauth admits the allegations set forth in Paragraph 2 of the Complaint herein and further affirmatively states that the content of the allegations made by LWD in the Complaint speak for themselves.

3. Krauth admits the allegations set forth in Paragraph 3 of the Complaint.

1

4. Krauth admits the allegations set forth in Paragraph 4 of the Complaint.

5. On information and belief, Krauth admits the allegations set forth in Paragraph 5 of the Complaint.

6. On information and belief, Krauth admits the allegations set forth in Paragraph 6 of the Complaint.

7. On information and belief, Krauth admits the allegations set forth in Paragraph 7 of the Complaint and further affirmatively states the statutory provisions set forth in said Paragraph speak for themselves.

8. Krauth is without sufficient information to form an opinion as to the truth or accuracy of the allegations set forth in Paragraph 8 of the Complaint and therefore denies same.

9. Krauth is without sufficient information to form an opinion as to the truth or accuracy of the allegations set forth in Paragraph 9 of the Complaint and therefore denies same.

10. Krauth is without sufficient information to form an opinion as to the truth or accuracy of the allegations set forth in Paragraph 10 of the Complaint and therefore denies same.

11. Krauth is without sufficient information to form an opinion as to the truth or accuracy of the allegations set forth in Paragraph 11 of the Complaint and therefore denies same.

12. Krauth is without sufficient information to form an opinion as to the truth or accuracy of the allegations set forth in Paragraph 12 of the Complaint and therefore denies same.

13. On information and belief, Krauth admits the allegations set forth in Paragraph 13 of the Complaint.

14. On information and belief, Krauth admits the allegations set forth in Paragraph 14 of the Complaint and further affirmatively states that the written provisions of said site evaluation speak for themselves.

15. On information and belief, Krauth admits the allegations set forth in Paragraph 15 of the Complaint and further affirmatively states that the written provisions of said action memoranda speak for themselves.

16. Krauth is without sufficient information to form an opinion as to the truth or accuracy of the allegations set forth in Paragraph 16 of the Complaint and therefore denies same.

17. On information and belief, Krauth admits the allegations set forth in Paragraph 17 of the Complaint and further affirmatively states that the written provisions of any sampling reports speak for themselves.

18. On information and belief, Krauth admits the allegations set forth in Paragraph 18 of the Complaint and further affirmatively states that the written provisions of said Evaluation Report speak for themselves.

19. On information and belief, Krauth admits the allegations set forth in Paragraph 19 of the Complaint and further affirmatively states that the written provisions of said Evaluation Report speak for themselves.

20. Krauth is without sufficient information to form an opinion as to the truth or accuracy of the allegations set forth in Paragraph 20 of the Complaint and therefore denies same.

21. On information and belief, Krauth admits the allegations set forth in Paragraph 21 of the Complaint and further affirmatively states that the written provisions of said AOC speak for themselves.

22. On information and belief, Krauth admits the allegations set forth in Paragraph 22 of the Complaint.

23. On information and belief, Krauth admits the allegations set forth in Paragraph 23 of the Complaint.

24. On information and belief, Krauth admits the allegations set forth in Paragraph 24 of the Complaint.

25. Krauth is without sufficient information to form an opinion as to the truth or accuracy of the allegations set forth in Paragraph 25 of the Complaint and therefore denies same.

26. Krauth is without sufficient information to form an opinion as to the truth or accuracy of the allegations set forth in Paragraph 26 of the Complaint and therefore denies same.

27. Krauth is without sufficient information to form an opinion as to the truth or accuracy of the allegations set forth in Paragraph 27 of the Complaint and therefore denies same.

28. On information and belief, Krauth admits the allegations set forth in Paragraph 28 of the Complaint.

29. Krauth is without sufficient information to form an opinion as to the truth or accuracy of the allegations set forth in Paragraphs 29 through 955 of the Complaint and therefore denies same.

30. Krauth is without sufficient information to form an opinion as to the truth or accuracy of the allegations set forth in Paragraph 956 of the Complaint and therefore denies same.

31. Krauth is without sufficient information to form an opinion as to the truth or accuracy of the allegations set forth in Paragraph 957 of the Complaint and therefore denies same.

32. Krauth is without sufficient information to form an opinion as to the truth or accuracy of the allegations set forth in Paragraph 958 of the Complaint and therefore denies same and further affirmatively states that the contents of the Annual Reports referred to in said Paragraph speak for themselves.

33. Krauth is without sufficient information to form an opinion as to the truth or accuracy of the allegations set forth in Paragraph 959 of the Complaint and therefore denies same.

34. On information and belief, Krauth admits the allegations set forth in Paragraph 960 of the Complaint.

35. Krauth is without sufficient information to form an opinion as to the truth or accuracy of the allegations set forth in Paragraphs 961through 1820 of the Complaint and therefore denies same.

36. For its response to the allegations set forth in Paragraph 1821 of the Complaint, Krauth incorporates herein the matters set forth above.

37. On information and belief, Krauth admits the allegations set forth in Paragraphs 1822 through 1829 of the Complaint and further affirmatively states that the provisions of the cited statutes speak for themselves.

38. On information and belief, Krauth admits the allegations set forth in Paragraph 1830 of the Complaint.

39. Krauth is without sufficient information to form an opinion as to the truth or accuracy of the allegations set forth in Paragraph 1831 of the Complaint and therefore denies same.

40. On information and belief, Krauth admits the allegations set forth in Paragraph 1832 of the Complaint.

41. Krauth is without sufficient information to form an opinion as to the truth or accuracy of the allegations set forth in Paragraph 1833 of the Complaint and therefore denies same.

42. On information and belief, Krauth admits the allegations set forth in Paragraph 1834 of the Complaint.

43. Krauth is without sufficient information to form an opinion as to the truth or accuracy of the allegations set forth in Paragraph 1835 of the Complaint and therefore denies same.

44. Krauth is without sufficient information to form an opinion as to the truth or accuracy of the allegations set forth in Paragraph 1836 of the Complaint and therefore denies same.

45. Krauth is without sufficient information to form an opinion as to the truth or accuracy of the allegations set forth in Paragraph 1837 of the Complaint and therefore denies same.

46. For its response to the allegations set forth in Paragraph 1838 of the Complaint, Krauth incorporates herein the matters set forth above.

47. On information and belief, Krauth admits the allegations set forth in Paragraph 1839 of the Complaint and further affirmatively states that the contents of the cited statutes speak for themselves.

48. On information and belief, Krauth admits the allegations set forth in Paragraph 1840 of the Complaint.

49. Krauth is without sufficient information to form an opinion as to the truth or accuracy of the allegations set forth in Paragraph 1841 of the Complaint and therefore denies same.

50. Krauth denies the allegations set forth in Paragraph 1842 of the Complaint.

51. Krauth denies the allegations set forth in Paragraph 1843 of the Complaint and further affirmatively states that the provisions of the cited statutes speak for themselves.

52. For its response to the allegations set forth in Paragraph 1844 of the Complaint, Krauth incorporates herein the matters set forth above.

53. Krauth admits the allegations set forth in Paragraph 1845 of the Complaint.

54. Krauth admits the allegations set forth in Paragraph 1846 of the Complaint and further affirmatively states that the terms of the cited statute speak for themselves.

55. Krauth admits the allegations set forth in Paragraph 1847 of the Complaint but specifically denies liability to LWD or any other person in connection with the matters set forth in the Complaint.

56. Krauth admits the allegations set forth in Paragraph 1848 of the Complaint but specifically denies liability to LWD or any other person in connection with the matters set forth in the Complaint.

57. Krauth denies the allegations set forth in Paragraph 1849 of the Complaint.

58. Krauth denies each and every allegation set forth in the Complaint which is not specifically admitted herein.

## II. SECOND DEFENSE

59.  The Complaint fails to state a claim against Krauth for which relief can be granted.

## III. THIRD DEFENSE

60.  The claims set forth in the Complaint are barred by the doctrines of assumption of the risk, contributory negligence, estoppel, laches, statute of limitations, and waiver.

## IV. RESERVATION OF ADDITIONAL DEFENSES

61.  Krauth specifically reserves the right to assert such additional defenses to the claims set forth in the Complaint as may be disclosed by discovery or additional proceedings in this matter.

## V. RESERVATION OF COUNTERCLAIMS

62.  Krauth specifically reserves the right to assert such counterclaims against LWD as may be disclosed by discovery or additional proceedings in this matter.

## VI. RESERVATION OF CROSSCLAIMS

63. Krauth specifically reserves the right to assert such crossclaims against the other defendants in this matter as may be disclosed by discovery or additional proceedings in this matter.

## VII. <u>RESERVATION OF THIRD PARTY CLAIMS</u>

64. Krauth specifically reserves the right to assert such third party claims against other persons not presently parties to this action as may be disclosed by discovery or additional proceedings in this matter.

## IX. <u>PRAYER FOR RELIEF</u>

WHEREFORE, for the reasons set forth above, Krauth requests that the Court grant to it the following relief:

A. That the claims against Krauth in the Complaint be dismissed and that LWD take nothing from Krauth by way thereof; and

B. That Krauth recover from LWD its costs incurred herein, including its reasonable attorneys' fees and expenses; and

C. That Krauth be granted a trial by jury on all issues so triable; and

D. That the Court grant to Krauth all other relief to which it may be entitled in these premises.

Respectfully submitted,

**SMEDAL, HARRALSON & CROCE**

By: /s/ Mark A. Smedal
     Mark A. Smedal
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
(502) 540-1200 [fax]
Counsel for Defendant Krauth
Electric Company

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing and all attachments (if any) was served this date upon all parties of record on this December 21, 2012 via the Clerk's ECF filing notification system.

                              /s/ Mark A. Smedal  
                              Mark A. Smedal