UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCHAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:12CV-127-R |
| ) | |
| ACF INDUSTRIES, LLC, ET AL., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**CORPORATE AND BUSINESS ENTITY DISCLOSURE STATEMENT OF DEFENDANT KRAUTH ELECTRIC COMPANY**

Comes now Defendant Krauth Electric Company, by counsel, pursuant to Civil Rule 7.1, and states that it does not have any parent or subsidiary corporations and that no publicly held company or investment fund holds an ownership interest in Krauth Electric Company of more than ten percent (10%).

Respectfully submitted,

**SMEDAL, HARRALSON & CROCE**

By: /s/ Mark A. Smedal
 Mark A. Smedal
600 West Main Street, Suite 100
Louisville, Kentucky  40202
(502) 540-5700
(502) 540-1200 [fax]
Counsel for Defendant Krauth Electric Company

1

2

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing and all attachments (if any) was served this date upon all parties of record on this December 21, 2012 via the Clerk's ECF filing notification system.

                          /s/ Mark A. Smedal
                          Mark A. Smedal