$65 pd.
Receipt B33001417

FILED
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

2012 DEC 20 PM 12: 15

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | | |
|---|---|---|
| LWD PRP Group, | : | |
| | : | Case No. 5:12-cv-00127-TBR |
| Plaintiffs | : | |
| | : | Judge Thomas B. Russell |
| v. | : | |
| | : | |
| ACF Industries, LLC, . . . Michigan | : | **MOTION FOR ADMISSION** |
| Department of Corrections, *et al.* | : | **PRO HAC VICE** |
| | : | |
| Defendants | : | |
| | : | |

COMES NOW Richard S. Kuhl, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Kentucky as counsel for Defendants', Michigan Department of Corrections and Riverside Correctional Facility, in the above-captioned and numbered case and in support thereof states as follows:

1. Applicant's affidavit identifying the Bars in which applicant is a member in good standing and written consent to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct and method of training completed before use of the Court's electronic filing system are enclosed.

2. The $65.00 fee for admission *pro hac vice* is enclosed.

3. Applicant understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

Wherefore, Applicant prays that this Court enter an order permitting the admission of Richard S. Kuhl to the Western District of Kentucky *pro hac vice* for this case only.

Respectfully submitted,

Bill Schuette
Attorney General

Richard S. Kuhl (P42042)
Assistant Attorney General
Environment, Natural Resources,
and Agriculture Division
6th Floor, G. Mennen Williams Bldg
525 West Ottawa Street
Lansing, MI 48933
(517) 373-7540

ENRA/Pro Hac Vice/LWD PRP Group, AG#2012-0010770-B/2012-12-17

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument and attached affidavit was served via regular mail, postage prepaid, to all Plaintiffs' counsel of record on December 17, 2012.

Richard S. Kuhl

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP Group, | : |
| | : Case No. 5:12-cv-00127-TBR |
| Plaintiffs | : |
| | : Judge Thomas B. Russell |
| v. | : |
| | : |
| ACF Industries, LLC, . . . Michigan Department of Corrections, *et al.* | : **PROOF OF SERVICE** |
| | : |
| Defendants | : |
| | : |

On December 17, 2012, I sent by first-class mail a copy of Motion for Admission Pro Hac Vice, Affidavit in Support of Pro Hace Vice Admission, and an Order Granting Admission to Practice, Pro Hac Vice to:

Ambereen K. Shaffie
The Justis Law Firm LLC
5251 W. 116th Street
Leawood, KS 66211

W. Fletcher McMurry Schrock
McMurry & Livingston, PLLC
333 Broadway
P.O. Box 1700
Paducah, KY 42002-1700

Gary D. Justis
The Justis Law Firm LLC
5251 W. 116th Street
Leawood, KS 66211

    I declare that the above statement is true to the best of my knowledge, information and belief.

                                                         Kimberly A. Wilcox

ENRA/POS/LWD PRP Group AG#2012-0010770-B/2012-12-17