IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP Group,<br><br>    Plaintiffs<br><br>v.<br><br>ACF Industries, LLC, . . . Michigan Department of Corrections, *et al.*<br><br>    Defendants | Case No. 5:12-cv-00127-TBR<br><br>Judge Thomas B. Russell<br><br>**AFFIDAVIT IN SUPPORT OF PRO HAC VICE ADMISSION** |

Before me, the undersigned authority, personally appeared Richard S. Kuhl, who, being by me duly sworn, deposed as follows:

1. My name is Richard S. Kuhl. I am of sound mind, capable of making this affidavit and personally acquainted with the facts herin stated.

2. I am a member in good standing of the Bars of the following State Courts and/or United States Courts:

   a. State Bar of Michigan (P42042)
   b. State Bar of the District of Columbia (444269)
   c. United States Bankruptcy Court – Eastern District of Michigan
   d. United States Bankruptcy Court – Western District of Michigan
   e. United States District Court – Eastern Division of Michigan
   f. United States District Court – Western Division of Michigan
   g. United States District Court – District of Columbia
   h. United States District Court – Maryland
   i. Fourth Circuit Court of Appeals
   j. Fifth Circuit Court of Appeals
   k. Eleventh Circuit Court of Appeals

3. I hereby consent to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

4. I have received training in use of the electronic filing system by means of web-based tutorial.

*Richard S. Kuhl*

In witness whereof, I have herunto subscribed my name and affixed my official seal this 17th day of December, 2012.

*Robin L. Novak*
Notary Public Robin L. Novak
Jackson County, Michigan
Acting in Ingham County, Michigan

My commission expires: 8-12-16

ENRA/Affidavit in Support of Pro Hace Vice Admission/LWD PRP Group, AG#2012-0010770-B/2012-12-17