IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP Group, | : |
| Plaintiffs | : Case No. 5:12-cv-00127-TBR |
| | : |
| v. | : Judge Thomas B. Russell |
| | : |
| ACF Industries, LLC, . . . Michigan Department of Corrections, *et al.* | : **ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE** |
| Defendants | : |

Upon the motion of Richard S. Kuhl, to be admitted, *pro hac vice*, to represent Defendant, Michigan Department of Corrections and Riverside Correctional Facility in the above captioned case, and upon certification that the applicant is a member of good standing of the Bar in the States of Michigan and the Bar of the District of Columbia, United States Bankruptcy Court – Eastern District of Michigan, United States Bankruptcy Court – Western District of Michigan, United States District Court – Eastern Division of Michigan, United States District Court – Western Division of Michigan, United States District Court – District of Columbia, United States District Court – Maryland, Fourth Circuit Court of Appeals, Fifth Circuit Court of Appeals, and the Eleventh Circuit Court of Appeals, has consented to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct, and has complied with all other prerequisites for *pro hac vice* admission, it is herby

ORDERED, that Richard S. Kuhl, is admitted to practice, *pro hac vice*, in the above referenced case to represent Defendants Michigan Department of Corrections and Riverside Correctional Facility in the United States District Court for the Western District of Kentucky.

Dated: _____

By: _____
Senior Judge Thomas B. Russell

ENRA/Order Granting Admission to Practice/LWD PRP Group AG#2012-0010770-B/2012-12-17