STATE OF MICHIGAN
DEPARTMENT OF ATTORNEY GENERAL



P.O. BOX 30755
LANSING, MICHIGAN 48909

**BILL SCHUETTE**
ATTORNEY GENERAL

December 17, 2012

Clerk of the Court
United States District Court
Western District of Kentucky
Paducah Division
241 East Main Street, Suite 120
Bowling Green, KY 42101-2175

    Re:    *LWD PRP Group v. ACF Industries, LLC, etal*
             Case No. 5:12-cv-00127-TBR

Dear Clerk:

    I have enclosed a **Motion for Admission Pro Hac Vice, Affidavit in Support of Pro Hac Vice Admission, Order Granting Admission to Practice, Pro Hac Vice** and a **Proof of Service**. Please file in accord with your usual manner.

                                       Sincerely,

                                       Richard S. Kuhl (P42042
                                       Assistant Attorney General
                                       Environment, Natural Resources,
                                       and Agriculture Division
                                       6th Floor, G. Mennen Williams Bldg.
                                       525 West Ottawa Street
                                       Lansing, Michigan  48933
                                       (517) 373-7540

RSK/kaw
Enclosures
cc:    Ambereen K. Shaffie
        Gary D. Justis
        W. Fletcher McMurry Schrock

ENRA/Cover Letter/LWD PRP Group AG#20212-0010770-B/2012-12-17