# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP Group** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | )   Civil Action No. 5:12-CV-127-R |
|     v. | ) |
| | ) |
| **ACF Industries L.L.C., et al.** | ) |
| | ) |
|     **Defendants.** | ) |

## CONSENT ORDER FOR EXTENSION OF TIME
## TO ANSWER, MOVE, OR OTHERWISE REPLY

Pursuant to LR 7.1(b), and upon agreement of counsel for the Plaintiff, LWD PRP Group, and Defendant, Allegheny County, Pennsylvania, it is hereby **ORDERED** that Defendant, Allegheny County, Pennsylvania, shall have up to and including January 16, 2013, in which to answer, move or otherwise reply to the Complaint. No previous extension has been requested or obtained.

    **SO ORDERED**

The undersigned apply for and consent to the entry of this Order:

| | |
|---|---|
| /s/ Ambereen Shaffie | /s/ Michael A. Parker (with permission) |
| Ambereen Shaffie (admitted *pro hac vice*) | Michael A. Parker |
| Gary D. Justis (admitted *pro hac vice*) | (PA Id. No.: 90979) |
| THE JUSTIS LAW FIRM, L.L.C. | (*pro hac vice* motion pending) |
| 5251 W. 116th Place, Suite 200 | ALLEGHENY COUNTY |
| Leawood, KS 66211-7820 | 301 39th St., Building No. 7 |
| Tel: (913) 998-6100 | Pittsburgh, PA 15201-1891 |
| Fax: (913) 998-6101 | Tel: (412) 578-8320 |
| E-mail: ashaffie@justislawfirm.com | Fax: (412) 578-8144 |
| E-mail: gjustis@justislawfirm.com | E-mail: mparker@achd.net |
| | |
| *Attorneys for Plaintiff LWD PRP Group* | *Attorney for Allegheny Co., Pennsylvania* |