UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| | ) |
| **Plaintiff ,** | ) |
| | ) Civil Action No. 5:12-CV-127-TBR |
| v. | ) |
| | ) |
| ACF INDUSTRIES LLC, et al., | ) |
| | ) |
| **Defendants.** | ) |

### AGREED ORDER

Pursuant to LR 7.1(b), and upon the agreement of counsel for the Plaintiff, LWD PRP Group, and Defendant, Stolper Industries, Inc., it is hereby **ORDERED** that Defendant, Stolper Industries, Inc., shall have up to and including February 7, 2013 in which to reply to the Complaint. It is represented that:

1. No previous extension has been requested or obtained;

2. Service of Process was effected on or after December 3, 2012;

3. Time to Answer, Move or otherwise Reply expires on December 24, 2012.

**SO ORDERED**

 

                              **SO AGREED:**
                              /s/ Ambereen Shaffie
                              Ambereen Shaffie    admitted *pro hac vice*
                              Gary D. Justis        admitted *pro hac vice*
                              THE JUSTIS LAW FIRM LLC
                              5251 W. 116th Place, Suite 200
                              Leawood, KS  66211-7820
                              Telephone:  (913) 998-6100
                              Facsimile:  (913) 998-6101
                              Email:  ashaffie@justislawfirm.com
                              Email:  gjustis@justislawfirm.com