IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

LWD PRP Group,                              :
                                            :      Case No. 5:12-cv-00127-TBR
                    Plaintiffs              :
                                            :      Judge Thomas B. Russell
v.                                          :
                                            :
ACF Industries, LLC, *et al.*               :
                                            :
                    Defendants              :
                                            :

## CONSENT ORDER FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY

Application is hereby made for an Order extending the time within which

defendants, Michigan Department of Corrections and Riverside Correctional

Facility may answer, move or otherwise reply to the Complaint filed by plaintiff

herein to January 15, 2013, and it is represented that:

1. No previous extension has been obtained;

2. Service of Process was effected on or after November 28, 2012;

3. Time to Answer, Move or otherwise Reply expires on December 19, 2012;

4. Counsel for plaintiff, Ambereen Shaffie, Esquire, has consented to the

   within extension.

SO ORDERED

ENRA/Consent Order for Extension of Time to Answer/LWD PRP Group AG#2012-0010770-B/2012-12-17