**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**
**CASE NO. 5:12-CV-00127**

**LWD PRP GROUP**                                                                                    **PLAINTIFF**

**v.**

**ACF INDUSTRIES, LLC** *ET AL.*                                                         **DEFENDANTS**

**ORDER**

A telephonic conference of the parties was held before the Court on December 19, 2012, for the purposes of establishing a schedule to govern this action.  During the conference the Court determined that it was too early to establish a schedule because of the large number of Defendants and because the Plaintiff is in the process of adding additional parties.  Having considered the matter,

**IT IS HEREBY ORDERED** that a **telephonic status conference is scheduled for March 15, 2013, at 10:00am CST.**  Counsel wishing to participate in the conference should call **1-877-336-1831** then give the **Access Code 6879517 and #, then, when prompted, press # again** to join the call.

During the conference the parties also discussed initial disclosures and some Defendants' difficulty in ascertaining the basis of the Plaintiff's complaint because of allegedly incorrect or insufficient documentation.  The parties agreed to attempt to informally resolve these issues without the need of formal discovery at this early stage.  Therefore, the exchange of initial disclosures is premature and unnecessary.  The Court encourages the informal resolution of these issues.  Should the parties be unable to resolve these issues, the Court is prepared to establish a plan for limited discovery on these issues following the March 15 status conference.

P/15