IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | CASE NO. 5:12-CV-00127 |
| Plaintiff, | JUDGE THOMAS B. RUSSELL |
| v. | **JOINT MOTION TO EXTEND RESERVE ENVIRONMENTAL SERVICES, INC.'S TIME TO ANSWER AND/OR OTHERWISE RESPOND TO COMPLAINT** |
| ACF INDUSTRIES, LLC, *et al.*, | |
| Defendants. | |

LWD PRP Group, by counsel, and Defendant Reserve Environmental Services, Inc., by counsel, hereby move this Honorable Court to enter the accompanying order to extend the time up to and including February 8, 2013 for Reserve Environmental Services, Inc. to answer and/or otherwise respond to the Complaint filed in the above-styled action.

Have seen and agreed to:

/s/ Ambereen K. Shaffie (by permission)
Gary D. Justis
gjustis@justislawfirm.com
Ambereen K. Shaffie
aschaffie@justislawfimr.com
The Justis Law Firm LLC
5251 W. 116th Street
Leawood, KS  66211
Telephone:  913.998.6106
Facsimile:  913.998.6101

*Attorneys for Plaintiff LWD PRP Group*

/s/ Stephen S. Schmidt
Stephen S. Schmidt (KY 95063)
sschmidt@ralaw.com
ROETZEL & ANDRESS, LPA
310 Chiquita Center
250 E. Fifth Street
Cincinnati, Ohio  45202
Telephone:  513.361.8298
Facsimile:  513.361.0335

Robert B. Casarona (OH 0036715)
(*pro hac vice pending*)
rcasarona@ralaw.com
ROETZEL & ANDRESS, LPA
1375 East Ninth Street
One Cleveland Center, Ninth Floor
Cleveland, OH  44114
Telephone: 216.623.0150
Facsimile: 216.623.0134

*Attorneys for Reserve Environmental Services, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of December, 2012, a copy of the foregoing Joint Motion to Extend Reserve Environmental Services, Inc.'s Time to Answer and/or Otherwise Respond to Complaint was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

*/s/ Stephen S. Schmidt*
Stephen S. Schmidt
