IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | | |
|---|---|---|
| LWD PRP GROUP, | ) | CASE NO. 5:12-CV-00127 |
| | ) | |
| Plaintiff, | ) | JUDGE THOMAS B. RUSSELL |
| | ) | |
| v. | ) | **ORDER GRANTING JOINT MOTION TO EXTEND RESERVE ENVIRONMENTAL SERVICES, INC.'S TIME TO ANSWER AND/OR OTHERWISE RESPOND TO COMPLAINT** |
| ACF INDUSTRIES, LLC, *et al.*, | ) | |
| Defendants. | ) | |

This cause has come before the Court upon the Joint Motion to Extend Reserve Environmental Services, Inc.'s Time to Answer and/or Otherwise Respond to Complaint. Being fully advised, it is now

ORDERED that the Joint Motion be, and hereby is GRANTED. It is further

ORDERED that Reserve Environmental Services, Inc. shall have through and including February 8, 2013 to answer and/or otherwise respond to the Complaint filed in the above-styled action.