# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 5:12-CV-00127-TBR |
| **ACF INDUSTRIES LLC, et al.** | ) ) |
| Defendants. | ) ) |

## NOTICE OF VOLUNTARY DISMISSAL OF
## DEFENDANT CONTINENTAL MOTORS, INC. WITHOUT PREJUDICE

Plaintiff LWD PRP Group, through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendant Continental Motors, Inc. from this cause without prejudice. Continental Motors, Inc. has not filed an answer or motion for summary judgment in this cause.

Dated:  December 21, 2012

                                                                  Respectfully submitted,

                                                                  /s/ Gary D. Justis
                                                      Gary D. Justis        admitted *pro hac vice*
                                                      Ambereen Shaffie   admitted *pro hac vice*
                                                      THE JUSTIS LAW FIRM LLC
                                                      5251 W. 116th Place, Suite 200
                                                      Leawood, KS  66211-7820
                                                      Telephone:  (913) 998-6100
                                                      Facsimile:  (913) 998-6101
                                                      Email:  gjustis@justislawfirm.com
                                                      Email:  ashaffie@justislawfirm.com

      and

      W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
      MCMURRY & LIVINGSTON, PLLC
      333 Broadway, 7th Floor
      P.O. Box 1700
      Paducah, Kentucky  42002-1700
      Telephone:  (270) 443-6511
      Facsimile:  (270) 443-6548
      Email:  fletch@ml-lawfirm.com

      ATTORNEYS FOR PLAINTIFF LWD PRP
      GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2012, a copy of the foregoing Notice of Voluntary Dismissal of Defendant Continental Motors, Inc. without Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

      /s/ Gary D. Justis
      Gary D. Justis