# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | CASE NO. 5:12-CV-00127 |
| Plaintiff, | JUDGE THOMAS B. RUSSELL |
| v. | |
| ACF INDUSTRIES, LLC, *et al.*, | |
| Defendants. | |

**STATE OF OHIO**
**COUNTY OF CUYAHOGA**  ): **AFFIDAVIT OF ROBERT B. CASARONA**

I, Robert B. Casarona, being first duly sworn on oath, deposes and states:

1. I make this Affidavit in support of the Motion for *Pro Hac Vice* Admission in which I seek admission to the bar of this Court for the purposes of participating in this matter.

2. I have been a member in good standing of the bar of the State of Ohio since 1986. My Ohio State Bar number is 0036715. Attached as Exhibit B to my Motion for *Pro Hac Vice* Admission is a Certificate of Good Standing from the Ohio Supreme Court.

3. I am a member of the law firm of Roetzel & Andress and a resident of the State of Ohio.

4. If admitted *pro hac vice*, I will be representing Reserve Environmental Services, Inc.

5. I am of good moral character and am fit to practice law and am not subject to suspension or other disciplinary action with respect to the practice of law in any jurisdiction.

6. I understand and agree that I will be bound by all of the rules governing this Court, including any and all disciplinary rules. I further understand and agree that I will be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

7. I have completed the required training via admission in the United States District Court for the Northern District of Ohio.

8. In light of my familiarity with this case and the matter out of which it arises, I respectfully request that I am be admitted *pro hac vice* for purposes of appearing as counsel for Defendant Reserve Environmental Services, Inc.

UNDER THE PENALTIES OF PERJURY, I declare that the foregoing statements are true and correct this 21st day of December, 2012.

_____
Robert B. Casarona

STATE OF OHIO        )
                     ) SS:
COUNTY OF CUYAHOGA   )

SWORN TO BEFORE ME and subscribed in my presence this 21st day of December, 2012.

_____
Notary Public

My Commission Expires:
AUDREY C. MALLOY, Notary Public
State of Ohio
My Commission Expires March 16, 2016

[SEAL]

5