UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH
Case No.5:12CV-127-R
ELECTRONICALLY FILED

LWD PRP GROUP                                                                                           PLAINTIFF

VS.

YENKIN-MAJESTIC PAINT CORP, et al                                                    DEFENDANTS

## ANSWER OF YENKIN-MAJESTIC PAINT CORP.

Comes the defendant, Yenkin-Majestic Paint Corp., by and through counsel, and for its Answer to the plaintiff's Complain, states and alleges as follows:

## FIRST DEFENSE

The plaintiff's Complaint fails to state a cause of action as against this defendant upon which relief can be granted and as such, must be dismissed.

## SECOND DEFENSE

The following numerical paragraphs correspond with the numbered paragraphs contained in the plaintiff's Complaint:

Allegation 1: Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation and thereby denies the same.

Allegation 2: Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation and thereby denies the same.

Allegation 3: Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation and thereby denies the same.

Allegation 4: Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation and thereby denies the same.

Allegations 5 through 27: Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation and thereby denies the same.

Allegations 28: Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation and thereby denies the same.

Allegations 29 through 1800: Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation and thereby denies the same.

Allegation 1801: Admits.

Allegation 1802: Admits.

Allegations 1803: Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation and thereby denies the same.

Allegations 1804: Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation and thereby denies the same.

Allegation 1805: Admits.

Allegations 1806 through 1820: Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation and thereby denies the same.

Allegations 1821 through 1837: Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation and thereby denies the same.

Allegations 1838 through 1843: Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation and thereby denies the same.

Allegations 1844 through 1849: Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation and thereby denies the same.

### THIRD DEFENSE

Subject to what discovery might reveal, the claims in Plaintiff's Complaint are barred by the appropriate and applicable statute of limitations.

### FOURTH DEFENSE

Subject to what discovery might reveal, the claims in Plaintiff's Complaint are barred by the doctrine of laches.

### FIFTH DEFENSE

Subject to what discovery might reveal, Plaintiff lacks standing or capacity to sue and its claims must, therefore, be dismissed.

### SIXTH DEFENSE

Subject to what discovery might reveal, the claims in Plaintiff's Complaint are barred by waiver.

### SEVENTH DEFENSE

Subject to what discovery might reveal, the alleged releases were caused by an act of God, an act of war, or by acts and/or omissions of a third party with whom Defendant has no contractual relationship, and therefore Defendant has no liability for same.

### EIGHTH DEFENSE

Subject to what discovery might reveal, the alleged releases were federally permitted.

### NINTH DEFENSE

Subject to what discovery might reveal, the alleged releases were *de micromis.*

### TENTH DEFENSE

Subject to what discovery might reveal, the Defendant pleads each and every affirmative defense set forth in FRCP Rule 8(c)(1) to the extent applicable.

### ELEVENTH DEFENSE

Subject to what discovery might reveal, the damages complained of by the plaintiff if any there be, resulted from unforeseeable, independent, intervening, and superseding acts of negligence by others, including the plaintiff such that the plaintiff's Complaint as against this defendant should be dismissed or proportionately mitigated.

### TWELFTH DEFENSE

Subject to what discovery might reveal, at the time and place and upon the occasion which forms the basis for the plaintiff's Complaint, the plaintiff acted negligently and carelessly and failed to exercise ordinary care, which caused and/or contributed to the damages complained of, if any there be. But for said negligence and/or carelessness of the plaintiff, the injuries and damages complained of, if any there be, would not and could not have occurred. By virtue of the foregoing negligence, the plaintiff's Complaint herein is completely barred or should be proportionately mitigated.

WHEREFORE, Defendant Yenkin-Majestic Paint Cor., respectfully requests the Complaint be dismissed, with prejudice, for its costs herein expended and for all other relief to which it may be entitled.

Respectfully submitted,

BOEHL STOPHER & GRAVES, LLP


/s/ Richard L. Walter\_\_\_\_\_
Richard L. Walter
410 Broadway
Paducah, KY  42001
270-442-4369
270-442-4689 fax
rwalter@bsgpad.com


ATTORNEY FOR DEFENDANT
YENKIN-MAJESTIC PAINT CORP.

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of December 2012, I electronically filed with the Clerk of Court, by using the CM/ECF system, the foregoing document which will send a notice of electronic filing to the following:

Hon. W. Fletcher McMurry
McMurry & Livingston, PLLC
PO Box 1700
Paducah, KY  4202-1700

Hon. Gary D. Justis
Hon. Ambereen Shaffie
The Justis Law Firm, PLLC
5251 West 116th Place, Suite 200
Leawood, KS  66211-7820
*Counsel for Plaintiff*

Hon. Duncan Pitchford
Whitlow Roberts Houston & Straub
PO Box 995
Paducah, KY  42002-0995


/s/ Richard L. Walter\_\_\_\_\_
Richard L. Walter