IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| LWD PRP GROUP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 5:12-CV-127-R |
| | ) |
| ACF INDUSTRIES LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR EXTENSION OF TIME TO
## FILE AN ANSWER OR OTHER RESPONSIVE PLEADING

NOW COMES Defendant, W.R. Grace & Co. ("Grace"), by and through its counsel, HODGE DWYER & DRIVER, pursuant to Rule 6 of the Federal Rules of Civil Procedure and Local Rule 7.1(b), files its Motion for Extension of Time to File An Answer or Other Responsive Pleading to Plaintiff's Complaint, and in support of this Motion, states as follows:

1. Plaintiff, LWD PRP Group, served its Summons and its Complaint on Defendant Grace, on December 5, 2012.

2. Pursuant to Federal Rules of Civil Procedure Rule 12(a)(1)(A)(i), Grace is required to answer or otherwise respond to the Complaint by December 26, 2012.

3. Due to the recent retention of HODGE DWYER & DRIVER by Grace, and the upcoming holiday, we request an extension of time until January 9, 2013.

4. The undersigned has conferred with Ms. Ambereen Shaffie, one of Plaintiff's counsel, via electronic mail, and has been advised that Plaintiff's counsel has no objection to this Motion.

WHEREFORE, Defendant, Grace, by and through its counsel, HODGE DWYER & DRIVER, respectfully moves the Court to enter the attached Order granting it an extension of time to answer or otherwise respond to LWD PRP Group's Complaint, as set forth above, and to grant it all other relief just and proper in the premises.

Respectfully submitted,

By: _____
Edward W. Dwyer

Dated: December 20, 2012

Edward W. Dwyer
*Pro Hac Vice* Pending
HODGE DWYER & DRIVER
3150 Roland Avenue
Post Office Box 5776
Springfield, Illinois 62705-5776
(217) 523-4900
edwyer@hddattorneys.com

WRGR:016/Fil/Motion for Extension of Time (2)

## CERTIFICATE OF SERVICE

The undersigned, Edward W. Dwyer, certifies that he has filed the foregoing MOTION FOR ADMISSION OF EDWARD W. DWYER *PRO HAC VICE*, AFFIDAVIT OF EDWARD W. DWYER, proposed ORDER GRANTING EDWARD W. DWYER MOTION FOR ADMISSION *PRO HAC VICE*, MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING, and proposed ORDER GRANTING MOTION FOR EXTENSION OF TIME, with the Clerk of the Court and will be served electronically through the CM/ECF System upon:

Jeffrey W. Ahlers
Kahn, Dees, Donovan & Kahn, LLP
501 Main Street, Suite 305
P.O. Box 3646
Evansville, IN 47735-3646
812-423-3183
812-423-3841 (fax)
jahlers@kddk.com

Aaron Ament
Kentucky Attorney General- Civil &
Environmental Law Div.
700 Capital Avenue, Suite 118
Frankfort, KY 40601-3449
502-696-5300
502-564-2894 (fax)
aaron.ament@ag.ky.gov

Dustin Calhoun
Office of Ohio Attorney General
150 East Gay Street, 6th Floor
Columbus, OH 43215
614-644-7233
866-467-3560 (fax)
dustin.calhoun@ohioattorneygeneral.gov

Douglas A. Cohen
Scott A. Muska
Brown Rudnick LLP
185 Asylum Street
Hartford, CT 06103-3402
860-509-6511
860-509-6501 (fax)
dcohen@brownrudnick.com
smuska@brownrudnick.com

Edward A. Cohen
Ryan R. Kemper
Thompson Coburn LLP
One U.S. Bank Plaza
St. Louis, MO 63101
314-552-6000
314-552-7000 (fax)
ecohen@thompsoncoburn.com
rkemper@thompsoncoburn.com

Alison C. Conlon
Joseph F. Madonia
Barnes & Thornburg, LLP - Chicago
1 North Wacker Drive, Suite 4400
Chicago, IL 60606
312-357-1313
312-759-5646 (fax)
aconlon@btlaw.com
jmadonia@btlaw.com

John David Dyche
Benjamin C. Fultz
Jennifer M. Stinnett
Fultz, Maddox, Hovious & Dickens PLC
101 S. Fifth Street, 27th Floor
Louisville, KY 40202-3116
502-588-2017
502-588-2020 (fax)
jddyche@fmhd.com
bfultz@fmhd.com
jstinnett@tmhd.com

Jason A. Flower
Husch Blackwell LLP - St. Louis
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
314-480-1500
314-480-1505 (fax)
jason.flower@huschblackwell.com

Elmer J. George
105 W. Main Street
Lebanon, KY 40033
270-692-2161
270-692-2347 (fax)
Dana@kylawoffices.com

Richard A. Greenberg
Smith Greenberg & Perkins , PLLC
2321 Lime Kiln Lane, Suite C
Louisville, KY 40222-3410
502-426-1058 x302
502-426-6337 (fax)
rgreenberg@sgpfirm.com

Mark A. Hopper
DeLoof Hopper Dever & Wright PLLC
301 N Main St., Suite 250
Ann Arbor, MI 48104
734-994-1295
734-994-0206 (fax)
mah@dhdwlaw.com

Belynda B. Reck
Hunton & Williams LLP - Los Angeles
550 S. Hope Street, Suite 2000
Los Angeles, CA 90068
213-532-2000
213-532-2020 (fax)
breck@hunton.com

H. Carl Horneman
M. Stephen Pitt
Wyatt, Tarrant & Combs LLP - Louisville
500 West Jefferson Street, Suite 2800
Louisville, KY 40202-2898
502-562-7192
502-589-0309 (fax)
chorneman@wyattfirm.com
mspitt@wyattfirm.com

Winter R. Huff
203 E. Mt. Vernon Street, Suite B
Somerset, KY 42501
606-678-0181
888-513-0853 (fax)
winterhuff@hotmail.com

Gary D. Justis
Ambereen K. Shaffie
The Justis Law Firm LLC
5251 W. 116th Street
Leawood, KS 66211
913-998-6102
913-998-6101 (fax)
gjustis@justislawfirm.com
ashaffie@justislawfirm.com

Gerald J. Pels
Locke Lord LLP
2800 JP Morgan Chase Tower, 600 Travis
Houston, TX 77002
713-226-1402
713-229-2513 (fax)
gpels@lockelord.com

J. Duncan Pitchford
Whitlow, Roberts, Houston & Straub, PLLC
300 Broadway Street
P.O. Box 995
Paducah, KY 42002-0995
270-443-4516
270-443-4571 (fax)
dpitchford@whitlow-law.com

| | |
|---|---|
| W. Fletcher McMurry Schrock<br>McMurry & Livingston, PLLC<br>333 Broadway<br>P.O. Box 1700<br>Paducah, KY 42002-1700<br>270-443-6511<br>270-443-6548 (fax)<br>fletch@ml-lawfirm.com | Paul E. Svensson<br>Hodges Walsh & Slater LLP<br>55 Church Street, Suite 211<br>White Plains, NY 10601<br>914-385-6000<br>914-385-6060 (fax)<br>psvensson@hwslaw.com |
| Mohammad H. Sheronick<br>City of Cedar Rapids<br>101 First Street, SE<br>Cedar Rapids, IA 52401<br>319-286-5025<br>319-286-5135 (fax)<br>m.sheronick@cedar-rapids.org | Jacquelyn K. Wilson<br>Samuelson Wilson & Roe<br>210 N. Fourth Street, Suite 201<br>San Jose, CA 95112<br>408-790-5320 x5325<br>408-997-7921 (fax)<br>jkw@swr-law.com |

and also upon:

| | |
|---|---|
| Madelaine R. Berg<br>9040 N. Flying Butte<br>Fountain Hills, AZ 85268<br>480-419-0689 | James C. Tidwell<br>Wolfe Tidwell & McCoy, LLP<br>320 N. Travis Street, Suite 205<br>Sherman, TX 75090<br>903-868-1933<br>903-892-2397 (fax) |
| Christopher A. Verducci<br>Locke Lord LLP<br>2800 JP Morgan Chase Tower, 600 Travis<br>Houston, TX 77002<br>713-226-1402<br>713-229-2513 (fax) | J. Pargen Robertson, Jr.<br>Owen Gleaton Egan Jones & Sweeney, LLP<br>1180 Peachtree Street NE, Suite 3000<br>Atlanta, GA 30309<br>404-688-2600<br>404-525-4347 (fax) |

by depositing said documents in the United States Mail, postage prepaid, in Springfield, Illinois

on December 20, 2012.

Edward W. Dwyer

WRGR:016/Fil/COS – PHV and MET

3