FILED

DEC 21 2012

VANESSA L. ARMSTRONG
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF KENTUCKY

PUDUCAH DIVISION

| | | |
|---|---|---|
| LWD PRP GROUP, | ) | |
| Plaintiff, | ) | Civil Action No. 5:12CV-127-R |
| v. | ) | ANSWER PRESENTING DEFENSES |
| ACF INDUSTRIES LLC; | ) | UNDER RULE 12(B) |
| et al., | ) | |
| Defendants. | ) | |

Responding to the Allegations in the Complaint Defendant KENNETH HOLLOWAY, CEO, RELOCATABLE CONFINEMENT FACILITIES, INC., responds and alleges as follows:

1. Defendant denies each and every allegation contained in paragraphs 1 through 1811, which were the only allegations served on this answering defendant, as his copy of the Complaint ended at Page 248, appearing as if pages were missing from the document.

[1]

2. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraphs 1 through 1811, which were the only allegations served on this answering defendant, as his copy of the Complaint ended at Page 248, appearing as if pages were missing from the document.

3. Defendant denies or lacks knowledge or information sufficient to form a belief about the truth of the entire Complaint, and states again that his copy of the Complaint ended at Page 248, when it appears that there were more pages of the document, because there is no signature page;

### Failure to State a Claim

4. The complaint fails to state a claim upon which relief can be granted.

### Failure to Join a Required Party

5. If there is a debt, it is owed by the other named defendants, and not this answering defendant, and the persons, agents, or entities formerly known as

2

Relocatable Confinement Facilities, who may have used the same or similar name prior to this answering defendant starting to do business as Relocatable Confinement Facilities.

## Affirmative Defenses

6. This answering defendant started business as Relocatable Confinement Facilities, Inc. on or after November 1, 2011 over 20 years after the subject matter giving rise to the Complaint on file herein.

7. This answering defendant alleges that there is a mistake in identity between this answering defendant and any persons, agents, or entities who used the same or similar name of Relocatable Confinement Facilities at the time of any occurrence, incident, or accident alleged in the Complaint on file herein and that this court lacks jurisdiction over the answering defendant because he/it is not the defendant described in the Complaint on file herein and this answering defendant did not exist until 2011.

8. This answering defendant hereby cross-complains against plaintiff for the subject matter contained in the Complaint on file herein and for not researching and ascertaining the mistaken identity between this defendant and other similarly named defendants doing business at the time of the incident, occurrence, or accident that gave rise to the Complaint on file herein, and requests this Court award defendant all costs associated with his/it's having to provide any defense to the Complaint on file herein.

DATE: December 20, 2012.

_____
KEN HOLLOWAY
Relocatable Confinement Facilities