

UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF KENTUCKY

PUDUCAH DIVISION

| | | |
|---|---|---|
| LWD PRP GROUP, | ) | |
| Plaintiff, | ) | Civil Action No. 5:12CV-127-R |
| v. | ) | PROOF OF MAILING |
| ACF INDUSTRIES LLC; | ) | |
| et al., | ) | |
| Defendants. | ) | |

I am over the age of 18 and not a party to this action.

On December 20, 2012, I mailed by first class mail, the following: ANSWER PRESENTING DEFENSES UNDER RULE 12(B) WITH MOTION TO DISMISS on the following at the address shown:

Gary D. Justis, Esq.

Justis Law Firm

5251 W. 116th Place

Suite 200

Leawood, KS   66211-7820

[1]

[2]

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

_____

Print Name: Bryan Waters

[2]