FILED
DEC 21 2012
VANESSA L. ARMSTRONG
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF KENTUCKY

PUDUCAH DIVISION

| | | |
|---|---|---|
| LWD PRP GROUP, | ) | |
| Plaintiff, | ) | Civil Action No. 5:12CV-127-R |
| v. | ) | MOTION TO DISMISS |
| ACF INDUSTRIES LLC; | ) | |
| et al., | ) | |
| Defendants. | ) | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that RELOCATABLE CONFINEMENT FACILITIES MOVES FOR DISMISSAL OF THE ABOVE ENTITLED ACTION AS TO RELOCATABLE CONFINEMENT FACILITIES, INC.

RELOCATABLE CONFINEMENT FACILITIES, INC. (RCF), is a California Corporation founded in 2011 by myself KENNETH HOLLOWAY, CEO. I have never had any dealings with the entity sued herein as Johnson Fire Door or with LWD PRP

[1]

GROUP, or any other named plaintiff or defendant in the above entitled matter. (See attached Exhibit A, incorporated herein by referenc.)

This is a case of erroneous, identity mistake and accusation against RCF.

This defendant was not properly served because the Complaint received is lacking pages after Page 248.

Furthermore, I have never been in Kentucky for any reason at all.

WHEREFORE, this defendant prays the Court dismiss any and all allegations against this answering defendant or me as an individual.

DATE: December 20, 2012.

_____
KEN HOLLOWAY
RELOCATABLE CONFINEMENT FACILITIES, INC.

[2]