# California Secretary of State Debra Bowen

Secretary of State   Administration   Elections   **Business Programs**   Political Reform   Archives   Registries

**Business Entities (BE)**

Online Services
- **Business Search**
- **Disclosure Search**
- **E-File Statements**
- **Processing Times**

**Main Page**

**Service Options**

**Name Availability**

**Forms, Samples & Fees**

**Annual/Biennial Statements**

**Filing Tips**

**Information Requests**
(certificates, copies & status reports)

**Service of Process**

**FAQs**

**Contact Information**

Resources
- **Business Resources**
- **Tax Information**
- **Starting A Business**
- **International Business Relations Program**

Customer Alerts
- **Business Identity Theft**
- **Misleading Business Solicitations**

## Business Entity Detail

Data is updated weekly and is current as of Friday, December 14, 2012. It is not a complete or certified record of the entity.

| | |
|---|---|
| Entity Name: | RELOCATABLE CONFINEMENT FACILITIES, INC |
| Entity Number: | C3424672 |
| Date Filed: | 11/01/2011 |
| Status: | ACTIVE |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | 5119 QUINN ROAD |
| Entity City, State, Zip: | VACAVILLE CA 95688 |
| Agent for Service of Process: | KENNETH HOLLOWAY |
| Agent Address: | 5119 QUINN ROAD |
| Agent City, State, Zip: | VACAVILLE CA 95688 |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search   New Search   Printer Friendly   Back to Search Results**

C3424672

| ARTS-CL | **Articles of Incorporation of a Close Corporation** |
|---|---|

To form a **close corporation** in California, you can fill out this form or prepare your own document, and submit for filing along with:

- A $100 filing fee,
- A separate, non-refundable $15 service fee, if you drop off the completed form or document.

**Important!** Corporations in California may have to pay a minimum $800 yearly tax to the California Franchise Tax Board. Go to: for more information.

Note: Before submitting the completed form, you should consult with a private attorney for advice about your specific business needs.

**ENDORSED - FILED**
in the office of the Secretary of State
of the State of California

NOV 01 2011

This Space For Office Use Only

For questions about this form, go to

**Corporate Name** (List the proposed corporation name. The name must include the word "corporation," "incorporated" or "limited" or an abbreviation of one of those words. Go to                    for general corporate name requirements and restrictions.)

① The name of the corporation is    **RELOCATABLE CONFINEMENT FACILITIES, INC**

**Corporate Purpose**

② The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

**Service of Process** (List a California resident or an active         corporation in California that agrees to be your initial agent to accept service of process in case your corporation is sued. You may list any adult who lives in California. You may not list your own corporation as the agent. Do not list an address if the agent is a 1505 corporation.)

③ a. Agent's name:    **KENNETH HOLLOWAY**

b. Agent's address:    5119 QUINN ROAD        VACAVILLE              CA   95688
Street Address (if agent is not a corporation)    City (no abbreviations)    State   Zip

**Shares** (List the number of shares the corporation is authorized to issue. Note: Before shares of stock are sold or issued, the corporation must comply with the Corporate Securities Law of 1968 administered by the California Department of Corporations. For more information, go to            or call the California Department of Corporations at (213) 576-7500.)

④ This corporation is authorized to issue only one class of shares of stock.

The total number of shares which this corporation is authorized to issue is    **1000**

**Number of Shareholders** (List the number of shareholders the corporation is authorized to have. The number *must not exceed 35.*)

⑤ This corporation is a **Close Corporation**. All of the corporation's issued shares of stock, of all classes, will be held of record by not more than    **4**    persons.
(Must not exceed 35)

This form must be signed by each incorporator. If you need more space, attach extra pages that are 1-sided and on standard letter-sized paper (8 1/2" x 11"). All attachments are made part of these articles of incorporation.

▶    *[signature]*        ROBERT E. MCCANN        10-31-11

I hereby certify that the foregoing
transcript of _____ page(s)
is a full, true and correct copy of the
original record in the custody of the
California Secretary of State's office.

Date: NOV 1 8 2011

*Debra Bowen*
DEBRA BOWEN, Secretary of State