UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF KENTUCKY

PUDUCAH DIVISION

| | | |
|---|---|---|
| LWD PRP GROUP, | ) | |
|     Plaintiff, | ) | Civil Action No. 5:12CV-127-R |
| v. | ) | ORDER TO DISMISS COMPLAINT |
| ACF INDUSTRIES LLC; | ) |   AS PER RELOCATABLE CONFINEMENT |
| et al., | ) |     FACILITIES |
|     Defendants. | ) | |

Good cause appearing,

The Complaint filed herein is dismissed against KENNETH HOLLOWAY, RELOCATABLE CONFINEMENT FACILITIES, INC. (RCF).

DATED: _____

_____

JUDGE, UNITED STATES DISTRICT COURT

[1]