$65 — Pro Hac fee PAID
#L 330330088

FILED
WESTERN DISTRICT
12 DEC 21 PM 12:04

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| LWD PRP GROUP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 5:12-CV-127-R |
| | ) |
| ACF INDUSTRIES LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR ADMISSION OF EDWARD W. DWYER *PRO HAC VICE*

Pursuant to Local Rule 83.2 and all other applicable rules, Defendant W.R. Grace & Co. ("Grace") moves for entry of an order admitting Edward W. Dwyer as its counsel *pro hac vice*. In support of this Motion, Grace states as follows:

1. Mr. Dwyer is a partner at the law firm of HODGE DWYER & DRIVER, whose office address is 3150 Roland Avenue, Springfield, Illinois 62703. He wishes to appear in the above-styled action in the United States District Court, Western District of Kentucky.

2. Mr. Dwyer is a member in good standing in the Bar of the State of Illinois and is generally admitted in the United States District Courts for the Northern District, including the Trial Bar, the Central District, and the Southern District of Illinois. He is not subject to any disciplinary action or investigation with respect to the practice of law in any of these jurisdictions.

3. Contemporaneous with the filing of this motion, Grace will pay the prescribed fee associated with *pro hac vice* admission.

4. Mr. Dwyer consents to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct, as set forth more fully in the attached Affidavit.

5.     Mr. Dwyer has completed the required training via the web-page tutorial for use of the Court's electronic filing system.

6.     A proposed order granting this motion is filed contemporaneously herewith.

WHEREFORE, Grace respectfully requests that this Court enter an order admitting Edward W. Dwyer to appear *pro hac vice* and award any other relief deemed just.

Respectfully submitted,

By: /s/ Edward W. Dwyer

Dated: December 20, 2012

Edward W. Dwyer
HODGE DWYER & DRIVER
3150 Roland Avenue
Post Office Box 5776
Springfield, Illinois 62705-5776
(217) 523-4900
edwyer@hddattorneys.com

WRGR:016/Fil/Motion for Admission PHV

2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| LWD PRP GROUP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 5:12-CV-127-R |
| | ) |
| ACF INDUSTRIES LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### AFFIDAVIT OF EDWARD W. DWYER

I, Edward W. Dwyer, under penalties as provided by law pursuant to 28 U.S.C. § 1746 and having personal knowledge of the facts set forth below, state as follows:

1. I am a partner with the law firm of HODGE DWYER & DRIVER in Springfield, Illinois.

2. I am a member in good standing of the bar of the State of Illinois. I was admitted to the bar of the State of Illinois on May 13, 1988.

3. I am not subject to any disciplinary actions or investigations with respect to the practice of law in any of the aforementioned jurisdictions.

4. I consent to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

5. Mr. Dwyer has completed the required training via the web-page tutorial for use of the Court's electronic filing system.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Edward W. Dwyer

Subscribed and sworn to before
me this 20th day of December 2012.

_____
Notary Public

MARY KAY YOUNKER
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
August 28, 2016