FILED
DEC 26 2012
VANESSA L. ARMSTRONG
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

LWD PRP Group,

   Plaintiffs

v.

ACF Industries, LLC, *et al.*

   Defendants

Case No. 5:12-cv-00127-TBR

Judge Thomas B. Russell

## MOTION BY DEFENDANTS MICHIGAN DEPARTMENT OF CORRECTIONS AND RIVERSIDE CORRECTIONAL FACILITY TO JOIN MOTION TO DISMISS FILED BY DEFENDANTS OHIO DEPARTMENT OF REHABILITATION AND CORRECTION AND OHIO DEPARTMENT OF TRANSPORTATION

Defendants Michigan Department of Corrections and Riverside Correctional Facility join in the Motion to Dismiss Filed by Defendants Ohio Department of Rehabilitation and Correction and Ohio Department of Transportation seeking dismissal under Rule 12. The Michigan Department of Corrections (which includes the now closed Riverside Correctional Facility) is a principal department of the Executive Branch of the State of Michigan. Mich. Comp. Laws § 791.201. The State of Michigan has not waived its immunity, and Defendants are entitled to sovereign immunity for the claims asserted by Plaintiff. See, *e.g.*, McCoy v. *State of Michigan*, 369 Fed. Appx. 646; 2010 U.S. App. LEXIS 5283 (6th Cir. 2010). The reasons and authorities in support of this motion are set forth in the Memorandum

filed by Defendants Ohio Department of Rehabilitation and Correction and Ohio Department of Transportation.

                    Respectfully submitted,

                    Bill Schuette
                    Attorney General

                    Richard S. Kuhl (P42042)
                    Assistant Attorney General
                    Environment, Natural Resources,
                    and Agriculture Division
                    6th Floor, G. Mennen Williams Bldg.
                    525 West Ottawa Street
                    Lansing, MI 48933
                    (517) 373-7540

ENRA/Join Motion to Dismiss/LWD PRP Group, AG#2012-0010770-B/2012-12-21

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that a copy of the foregoing instrument and attached affidavit was served via regular mail, postage prepaid, to all Plaintiffs' counsel of record on December 21, 2012.

                    Richard S. Kuhl

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP Group, | : |
| | : Case No. 5:12-cv-00127-TBR |
| Plaintiffs | : |
| | : Judge Thomas B. Russell |
| v. | : |
| | : |
| ACF Industries, LLC, . . . Michigan | : |
| Department of Corrections, *et al.* | : |
| | : |
| Defendants | : |
| | : |

## PROOF OF SERVICE

On December 21, 2012, I sent by first-class mail a copy of ***Motion by Defendants Michigan Department of Corrections and Riverside Correctional Facility to Join Motion to Dismiss Filed by Defendants Ohio Department of Rehabilitation and Correction and Ohio Department of Transportation*** and ***Proposed Order*** to:

Ambereen K. Shaffie
The Justis Law Firm LLC
5251 W. 116th Street
Leawood, KS 66211

Gary D. Justis
The Justis Law Firm LLC
5251 W. 116th Street
Leawood, KS 66211

W. Fletcher McMurry Schrock
McMurry & Livingston, PLLC
333 Broadway
P.O. Box 1700
Paducah, KY 42002-1700

    I declare that the above statement is true to the best of my knowledge, information and belief.

*/s/ Kimberly A. Wilcox*

ENRA/POS/LWD PRP Group AG#2012-0010770-B/2012-12-21