# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION

| | |
|---|---|
| LWD PRP Group, | : |
| Plaintiffs | : Case No. 5:12-cv-00127-TBR |
| | : |
| v. | : Judge Thomas B. Russell |
| | : |
| ACF Industries, LLC, *et al.* | : |
| Defendants | : |
| | : |

### ORDER

This matter is before the Court on Motion by the Defendants, Michigan Department of Corrections and Riverside Correctional Facility, to dismiss the claims filed against said Defendants pursuant to Fed. R. Civ. P. 12(b)(6). The Court has considered said Motion, the response of the Plaintiff and being otherwise sufficiently advised IT IS HEREBY ORDERED that the Defendants' Motion is GRANTED.

By: _____
SENIOR JUDGE THOMAS B. RUSSSELL

Date: _____

ENRA/Order/LWD PRP Group AG#2012-0010770-B/2012-12-21