STATE OF MICHIGAN
DEPARTMENT OF ATTORNEY GENERAL



P.O. BOX 30755
LANSING, MICHIGAN 48909

**BILL SCHUETTE**
ATTORNEY GENERAL

December 21, 2012

Clerk of the Court
United States District Court
Western District of Kentucky
Paducah Division
501 Broadway, Suite 127
Paducah, KY 42001-6801

    Re:   *LWD PRP Group v. ACF Industries, LLC, et al.*
           Case No. 5:12-cv-00127-TBR

Dear Clerk:

I have enclosed for filing the ***Motion by Defendants Michigan Department of Corrections and Riverside Correctional Facility to Join Motion to Dismiss Filed by Defendants Ohio Department of Rehabilitation and Correction and Ohio Department of Transportation, Proposed Order*** and ***Proof of Service.*** I have filed a Pro Hac Vice Motion which is currently pending. Please file in accord with your usual manner.

                                          Sincerely,

                                          Richard S. Kuhl (P42042
                                          Assistant Attorney General
                                          Environment, Natural Resources,
                                          and Agriculture Division
                                          6th Floor, G. Mennen Williams Bldg.
                                          525 West Ottawa Street
                                          Lansing, Michigan 48933
                                          (517) 373-7540

RSK/kaw
Enclosures
   cc:   Ambereen K. Shaffie, Gary D. Justis,
           W. Fletcher McMurry Schock

ENRA/Cover Letter/LWD PRP Group AG#20212-0010770-B/2012-12-21