**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**
**CASE NO. 5:12-CV-127-R**

LWD PRP GROUP                                                                                            PLAINTIFF

V.                                            **ORDER**

ACF INDUSTRIES, LLC, *et al.*                                                                DEFENDANTS

    A telephonic status conference was held on December 19, 2012.

    A **telephonic status/scheduling conference** is set **March 15, 2013 at 10:00 a.m. CST.** Counsel wishing to participate in the conference call on **March 15, 2013 at 10:00 a.m. CST** should call **1-877-336-1831** then give the **Access Code 6879517 and #, then when prompted press # again** to join the call.

    **IT IS SO ORDERED**.

cc:     Counsel

P/20