IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| LWD PRP GROUP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 5:12-CV-127-R |
| | ) |
| ACF INDUSTRIES LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

This cause has come before the court upon the Motion for Extension of Time to File Answer in the above-captioned cause only. Being fully advised, it is now

ORDERED that W.R. Grace & Co. shall have up to and including January 9, 2013, to answer and/or respond to the complaint filed in the above-captioned action.

WRGR:016/Fil/Proposed Order - MET