# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 5:12-CV-127-TBR |
| v. | ) |
| | ) |
| **ACF INDUSTRIES LLC, et al.,** | ) |
| | ) |
| Defendants. | ) |

## CONSENT ORDER FOR EXTENSION OF TIME
## TO ANSWER, MOVE, OR OTHERWISE REPLY

Pursuant to L.R. 7.1(b), and upon the agreement of counsel for the Plaintiff, LWD PRP Group, and Defendant Geo L. Smith II Georgia World Congress Center Authority (misnamed Georgia World Congress Center)(the "Authority" herein), it is hereby **ORDERED** that Defendant the Authority shall have up to and including January 31, 2012 in which to file its Answer to the Complaint or otherwise respond. No previous extension has been requested or obtained, and the Time to Answer, Move, or otherwise Reply expires on December 27, 2012.

Defendant the Authority also hereby preserves until its first responsive pleading all applicable defenses, including but not limited to sovereign immunity, Eleventh Amendment immunity, and personal jurisdiction.

(signatures on the following page)

**SO ORDERED:**

By: _____
Senior Judge Thomas B. Russell

1

**SO AGREED** this 27th day of December, 2012:

| | |
|---|---|
| */s/ Gary D. Justis* | */s/ J. Pargen Robertson Jr.* (with permission) |
| Gary D. Justis *(admitted pro hac vice)* | J. Pargen Robertson, Jr. |
| Ambereen Shaffie *(admitted pro hac vice)* | Georgia Bar No. 609737 |
| THE JUSTIS LAW FIRM LLC | *(pro hac vice admission pending)* |
| 5251 West 116th Place, Suite 200 | OWEN, GLEATON, EGAN, |
| Leawood, Kansas 66211-7820 | JONES, & SWEENEY, L.L.P. |
| Telephone: (913) 998-6100 | 1180 Peachtree Street NE, Suite 3000 |
| Facsimile: (913) 998-6101 | Atlanta, Georgia 30309 |
| Email: gjustis@justislawfirm.com | Telephone: (404)688-2600 |
| Email: ashaffie@justislawfirm.com | Facsimile: (404)525-4347 |
| *Attorneys for Plaintiff LWD PRP Group* | Email: Robertson@og-law.com |
| | *Special Assistant Attorney General* |

CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2012, a true and correct copy of the foregoing was served electronically on the counsel of record in this matter by means of the Court's CM/ECF electronic filing system.

By:   /s/ Ambereen Shaffie
       Ambereen Shaffie