**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 5:12-CV-127-TBR |
| v. | ) |
| | ) |
| **ACF INDUSTRIES LLC, et al.,** | ) |
| | ) |
| Defendants. | ) |

**CONSENT MOTION TO AMEND CONSENT ORDER FOR**
**EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY**

Plaintiff LWD PRP Group and Defendant Geo L. Smith II Georgia World Congress Center Authority (misnamed Georgia World Congress Center) (the "Authority" herein), filed a Consent Order for Extension of Time to Answer, Move or Otherwise Reply in this matter, which appears as Document #457 on the docket ("Consent Order"). Although the Authority had been granted a previous extension of time to file a responsive pleading until December 30, 2012, the Consent Order erroneously stated that the Authority had no previous extension.

LWD PRP Group and The Authority jointly request that the Court disregard or strike the previous Consent Order and rule on the Amended Consent Order For Extension of Time to Answer, Move or Otherwise Reply, attached hereto. Defendant's counsel is awaiting *pro hac vice* admission and requested Plaintiff to file this uncontested motion.

(signatures on the following page)

Respectfully submitted,

/s/ Ambereen Shaffie
Ambereen Shaffie    admitted *pro hac vice*
Gary D. Justis        admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, KS  66211-7820
Telephone:  (913) 998-6100
Facsimile:  (913) 998-6101
Email:  ashaffie@justislawfirm.com
Email:  gjustis@justislawfirm.com

and

W. Fletcher McMurry Schrock
(Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

/s/ J. Pargen Robertson Jr.  (*with permission*)
J. Pargen Robertson, Jr.
Georgia Bar No. 609737
*(pro hac vice admission pending)*
OWEN, GLEATON, EGAN, JONES, & SWEENEY, L.L.P.
1180 Peachtree Street NE, Suite 3000
Atlanta, Georgia 30309
Telephone: (404)688-2600
Facsimile: (404)525-4347
Email:  Robertson@og-law.com
*Special Assistant Attorney General*

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2012, a copy of the foregoing Joint Motion to Amend was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

/s/ Ambereen Shaffie
Ambereen Shaffie