**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 5:12-CV-00127-TBR |
| v. | ) |
| | ) |
| **ACF INDUSTRIES LLC, et al.,** | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING CONSENT MOTION TO AMEND CONSENT ORDER**
**FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY**

This matter is before the Court on Consent Motion by the Plaintiff, LWD PRP Group, to amend a Consent Order for Extension of Time to Answer, Move or Otherwise Reply, filed by Plaintiff LWD PRP Group and Defendant Geo L. Smith II Georgia World Congress Center Authority (misnamed Georgia World Congress Center) (the "Authority" herein). In consideration of the Consent Motion, and the entire record herein,

**IT IS HEREBY ORDERED** that the Consent Motion to Amend is **GRANTED**.

**ENTERED** this _____ day of _____, 20_____.

_____
Thomas B. Russell, Senior Judge