UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 5:12-CV-127-TBR |
| v. | ) |
| | ) |
| ACF INDUSTRIES LLC, et al., | ) |
| | ) |
| Defendants. | ) |

**AMENDED CONSENT ORDER FOR EXTENSION OF TIME
TO ANSWER, MOVE, OR OTHERWISE REPLY**

Pursuant to L.R. 7.1(b), and upon the agreement of counsel for the Plaintiff, LWD PRP Group, and Defendant Geo L. Smith II Georgia World Congress Center Authority (misnamed Georgia World Congress Center) (the "Authority" herein), it is hereby **ORDERED** that Defendant the Authority shall have up to and including January 31, 2012 in which to file its Answer to the Complaint or otherwise respond. One previous extension has been requested and obtained until December 30, 2012.

Defendant the Authority also hereby preserves until its first responsive pleading all applicable defenses, including but not limited to sovereign immunity, Eleventh Amendment immunity, and personal jurisdiction.

(signatures on the following page)

**SO ORDERED:**

By: _____
Senior Judge Thomas B. Russell

1

**SO AGREED** this 27th day of December, 2012:

/s/ Ambereen Shaffie
Ambereen Shaffie    admitted *pro hac vice*
Gary D. Justis       admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, KS  66211-7820
Telephone:  (913) 998-6100
Facsimile:  (913) 998-6101
Email:  ashaffie@justislawfirm.com
Email:  gjustis@justislawfirm.com

and

W. Fletcher McMurry Schrock
(Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

/s/ J. Pargen Robertson Jr.  (*with permission*)
J. Pargen Robertson, Jr.
Georgia Bar No. 609737
*(pro hac vice admission pending*)
OWEN, GLEATON, EGAN,
JONES, & SWEENEY, L.L.P.
1180 Peachtree Street NE, Suite 3000
Atlanta, Georgia 30309
Telephone: (404)688-2600
Facsimile: (404)525-4347
Email:  Robertson@og-law.com
*Special Assistant Attorney General*

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2012, a true and correct copy of the foregoing was served electronically on the counsel of record in this matter by means of the Court's CM/ECF electronic filing system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

By:   /s/ Ambereen Shaffie
         Ambereen Shaffie