FILED
VANESSA L. ARMSTRONG, CLERK
DEC 27 2012
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| LWD PRP GROUP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:12-CV-127-R |
| ) | |
| ACF INDUSTRIES LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## SUGGESTION OF BANKRUPTCY REGARDING W.R. GRACE & CO.

PLEASE TAKE NOTICE that on the 2nd day of April, 2001, the United States Bankruptcy Court for the District of Delaware entered an Order for Relief under Title 11 of Chapter 11 of the United States Code in the matters of In re W.R. Grace & Co. et al., Case No. 01-1139 (JKF) (collectively, the "Debtors"). A copy of the Debtors' Notice of Bankruptcy Case Filing is attached hereto. Also attached to this Suggestion of Bankruptcy, please see excerpts from the Bar Date Notice and Schedule F filed by Debtors in their bankruptcy petition containing reference to LWD, Inc.

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. § 362(a), the Debtors' filing of voluntary petitions operates as a stay, applicable to all entities, of, among other things: (a) the commencement or continuation of all judicial, administrative, or other actions or proceedings against the Debtors (i) that were or could have been commenced before the commencement of the Debtors' cases or (ii) to recover any claims against the Debtors that arose before the commencement of the Debtors' cases; (b) the enforcement, against the Debtors or against any property of the Debtors' bankruptcy estate, of a judgment obtained before the commencement of the Debtors' cases; or (c) any act to obtain possession of property of or from

the Debtors' bankruptcy estate, or to exercise control over property of the Debtors' bankruptcy estate.

Respectfully submitted,

By: _____
Edward W. Dwyer

Dated: December 26, 2012

Edward W. Dwyer
HODGE DWYER & DRIVER
3150 Roland Avenue
Post Office Box 5776
Springfield, Illinois 62705-5776
(217) 523-4900
edwyer@hddattorneys.com

Counsel for the Debtor W.R. Grace & Co.

WRGR:016/Fil/Suggestion of Bankruptcy

2