United States Bankruptcy Court
District of Delaware

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 04/02/2001 at 12:00 AM and filed on 04/02/2001.

**W.R. GRACE & CO.**
7500 Grace Drive
Columbia, MD 21044
Tax ID / EIN: 65-0773649

**W.R. Grace & Co., et al.**
Tax ID / EIN: 65-0773649



The case was filed by the debtor's attorney:

**Laura Davis Jones**
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street
17th Floor
Wilmington, DE 19899-8705
usa
302 652-4100

The case was assigned case number 01-01139-JKF to Judge Judith K. Fitzgerald.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.deb.uscourts.gov or at the Clerk's Office, 824 Market Street, 3rd Floor, Wilmington, DE 19801.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**David D. Bird**
**Clerk, U.S. Bankruptcy Court**

**Exhibit 6**

**Bar Date Notice & Non-Asbestos POC**

| | | |
|---|---|---|
| L R BEHAN<br>62 WHITTEMORE AVE<br>CAMBRIDGE, MA 02140<br>USA | L R SERVICES<br>10341 BON AIRE<br>EL PASO, TX 79924<br>USA | L S I LOGIC<br>1551 MCCARTHY BLVD<br>MILPITAS, CA 95035<br>USA |
| L S LEE & SON PROD.<br>513 CROSS ROAD<br>OAKS CORNERS, NY 14518<br>USA | L S LEE & SON<br>513 CROSS ROAD<br>OAKS CORNERS, NY 14518<br>USA | L S TRANSIT MIX CONC CO<br>500 TUTTLE STREET<br>ALPENA, MI 49707<br>USA |
| L S TRANSIT MIX CONCRETE CO.<br>500 TUTTLE STREET<br>ALPENA, MI 49707<br>USA | L SLACK & SONS<br>WILLIAM MASSON<br>BALTIMORE, MD<br>USA | L SUZIO CONCRETE CO, THE<br>P O BOX 748<br>MERIDEN, CT 06450-0748<br>USA |
| L V PROMOTIONAL PRODUCTS<br>6 MEADOW ROAD<br>ROCKPORT, MA 01966<br>US | [redacted]<br>[redacted]<br>[redacted]<br>USA | L&E WHOLESALE ELECTRIC<br>308 HOOSLER STREET<br>NORTH VERNON, IN 47265<br>USA |
| L&H ADMINISTRATORS INC<br>P O BOX 12772<br>FRESNO, CA 93779<br>USA | L&L MECHANICAL CONSTRUCTION &<br>DESIGN CO.<br>26B OAK ST.<br>EAST RUTHERFORD, NJ 07073<br>US | L&L MECHANICAL<br>34 N. 600 EAST<br>SAINT GEORGE, UT 84771<br>USA |
| L&L OIL/ASCO OIL<br>307 BUNKER RD<br>LAKE CHARLES, LA 70615<br>USA | L&L SUPPLY<br>1570 NE 131ST STREET BAY C<br>NORTH MIAMI, FL 33161<br>USA | L&M CONSTRUCTION & CHEMIC<br>14851 CALHOON RD<br>OMAHA, NE 68152<br>USA |
| L&M CONSTRUCTION CHEMICALS IINC.<br>14851 CALHOUN RD<br>OMAHA, NE 68152<br>USA | L&M EQUIPMENT<br>1345 WEST FIELD AVENUE<br>HILDALE, UT 84784<br>USA | L&M PHARMACEUTICAL<br>1540 FT WORTH AVENUE<br>DALLAS, TX 75208<br>USA |
| L&M PHARMACEUTICAL<br>1540 FT. WORTH AVENUE<br>DALLAS, TX 75208<br>USA | L&P EQUIPMENT INC<br>PO BOX6435<br>ANAHEIM, CA 92816-0435<br>USA | L&P EQUIPMENT INC<br>SANTA FE SPRINGS<br>8739 MILLERGROVE DRIVE UNIT E<br>SANTA FE SPRINGS, CA 90670<br>US |
| L&P EQUIPMENT<br>8739 MILLER GROVE DR.<br>SANTA FE SPRINGS, CA 90670<br>USA | L&P EQUIPMENT, INC.<br>8739 MILLERGROVE DRIVE<br>SANTA FE SPRINGS, CA 90670<br>USA | L&P EQUIPTMENT<br>8739 MILLERGROVE DRIVE<br>SANTA FE SPRINGS, CA 90670<br>USA |
| L&P PATENT SERVICES<br>3137 MT VERNON AVE<br>ALEXANDRIA, VA 22305<br>USA | L&R MANUFACTURING CO<br>577 ELM STREET<br>KEARNY, NJ 07032<br>USA | L&R MFG<br>FOOT OF JOHN HAY AVE<br>KEARNY, NJ 07099<br>USA |

**Exhibit 6**
**Bar Date Notice & Non-Asbestos POC**

| | | |
|---|---|---|
| LUZ, HERBERT<br>130 LANG ROAD<br>RYE, NH 03870 | LUZ, RITA<br>15 OLD MISHNOCK HWY<br>COVENTRY, RI 02816 | LUZ, VIRGINIA<br>706 SUNFLOWER AVE<br>LANGHORNE, PA 19047 |
| LUZENAC AMERICA INC<br>P O BOX 911615<br>DALLAS, TX 75391-1915<br>USA | LUZENAC AMERICA INC<br>P O BOX 911915<br>DALLAS, TX 75391-1915<br>US | LVI ENVIROMENTAL SER CORP<br>470 OARK AVE SOUTH , 11TH FL<br>NEW YORK, NY 10016<br>USA |
| LVI ENVIRONMENTAL SERVICES GROUP<br>470 PARK AVE. SOUTH<br>NEW YORK, NY 10016<br>USA | LVI ENVIRONMENTAL SERVICES INC.<br>12 OAK DRIVE<br>SHAWNEE, OK 74801<br>USA | LVI ENVIRONMENTAL SERVICES INC.<br>4838 NW 57TH LANE<br>CORAL SPRINGS, FL 33067<br>USA |
| LVI ENVIRONMENTAL SERVICES, INC.<br>247 HUYLER STREET<br>SOUTH HACKENSACK, NJ 07606<br>USA | LVI ENVIRONMENTAL SERVICES, INC.<br>621 WILDWOOD AVE.<br>VILLA PARK, IL 60181<br>USA | LVI ENVIRONMENTAL<br>4607 SOUTH 35TH STREET SUITE 4<br>PHOENIX, AZ 85019<br>USA |
| LWD INC<br>HIGHWAY 1523<br>CALVERT CITY, KY<br>USA | LXD INC.<br>7650 FIRST PLACE<br>CLEVELAND, OH 44146<br>USA | LY, ANN<br>1 STEARNS RD<br>BEDFORD, MA 01730 |
| LY, SIV<br>154 MAPLE ST<br>LEXINGTON, MA 02173 | LYALL, THOMAS<br>22 HARTFORD ST<br>MEDFIELD, MA 020521412 | LYCAN, LOREN<br>717 B OAKWOOD LANE<br>ARLINGTON, TX 76012 |
| LYCANS, CAROL<br>404 W CAMPBELL<br>LOUDONVILLE, OH 44842 | LYCANS, STEPHEN<br>404 W. CAMPBELL ST.<br>LOUDONVILLE, OH 44842 | LYCETT, SHANNON<br>7318-305 CREEKWOOD QUORUM DR<br>CHARLOTTE, NC 28212 |
| LYCETT, SHANNON<br>7318-305 CREEKWOOD<br>CHARLOTTE, NC 28212 | LYCKMAN, ALDEN<br>P O BOX 663<br>EDINBURG, TX 78540 | LYCON, INC.<br>1110 HARDING STREET - BOX 427<br>JANESVILLE, WI 53547<br>USA |
| LYCON, INC.<br>4122 SYCAMORE AVENUE<br>MADISON, WI 53714<br>USA | LYCON, INC.<br>8125 HIGHWAY 14 WEST<br>MIDDLETON, WI 53562<br>USA | LYCON, INC.<br>THIS WAS SET-UP AS PYR BUT S/B SOLD TO***<br>4122 SYCAMORE AVENUYE<br>MADISON, WI 53714<br>USA |
| LYDA, JUANITA<br>PO BOX 1074<br>FOUNTAIN INN, SC 29644 | LYDA, ROY<br>P. O. BOX 104<br>CROSS ANCHOR, SC 29331 | LYDALL CO.<br>CAMBRIDGE, MA 02140<br>USA |
| LYDALL COMPOSITE MATERIAL<br>ATT: GARY THEBIDEARE+<br>230 INDUSTRIAL PARK<br>COVINGTON, TN 38019<br>USA | LYDALL COMPOSITE MATERIALS<br>12 DAVIS ST.<br>HOOSICK FALLS, NY 12090-0400<br>USA | LYDALL INC<br>TECHNICAL PAPERS DIV<br>ROCHESTER, NH 03867<br>USA |

In re: W.R. GRACE & CO.-CONN., Case No. 01-01140

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1550530 - 10317413<br>LUZENAC AMERICA INC<br>P O BOX 911915<br>DALLAS   TX   75391-1915 | TRADE PAYABLE<br>PRE-PETITION INVOICE PAID UNDER FIRST DAY MOTIONS | Disputed | $8,580.00 |
| 1356428 - 10321490<br>LUZIER DAVID<br>Attn ROBERT TAYLOR II<br>c/o TAYLLOR  CIRE<br>ONE ALLEN CENTER<br>500 DALLAS SUITE 3400<br>HOUSTON   TX   77002 | ASBESTOS CLAIM | Contingent,<br>Disputed | $2,200.00 |
| 1618955 - 10070861<br>LWD INC<br>HIGHWAY 1523<br>CALVERT CITY    KY | ENVIRONMENTAL CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1689446 - 10324506<br>LYLE SR. JOHN H<br>c/o GOLDBERG PERSKY JENNINGS<br>      WHITE<br>1030 FIFTH AVENUE<br>THIRD FLOOR<br>PITTSBURGH   PA   15219 | ASBESTOS CLAIM | Contingent,<br>Disputed | $12,500.00 |
| 1619373 - 10071279<br>LYMAN JOANNE<br>KEVIN S HANNON  THE HANNON LAW FIRM<br>1775 SHERMAN ST<br>SUITE 2000<br>DENVER   CO   80203 | ENVIRONMENTAL CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1677488 - 10323102<br>LYNCH ELLIS<br>c/o THE LAW FIRM OF LARRY NORRIS<br>101 FERGUSON STREET<br>PO BOX 8<br>HATTIESBURG   MS   39401 | ASBESTOS CLAIM | Contingent,<br>Disputed | $1,750.00 |
| 1618139 - 10070045<br>LYNCH-DAVIDSON MOTORS INC FORD TRUC<br>724 HOGAN<br>JACKSONVILLE   FL   32202-4008 | ENVIRONMENTAL CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1128149 - 10060346<br>LYNDA L. WARD<br>1023 BONNIE DOONE<br>CORONA DEL MAR   CA   92625 | LEASE GUARANTY<br>021-TORRANCE CA | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1675836 - 10322111<br>LYNN NELSON R<br>c/o DEAKLE LAW FIRM<br>P.O. BOX 2072<br>PO BOX 2072<br>HATTIESBURG   MS   39401 | ASBESTOS CLAIM | Contingent,<br>Disputed | $1,575.00 |
| 1687354 - 10322112<br>LYNN WILLIAM P<br>c/o DEAKLE LAW FIRM<br>P.O. BOX 2072<br>PO BOX 2072<br>HATTIESBURG   MS   39401 | ASBESTOS CLAIM | Contingent,<br>Disputed | $1,575.00 |

In re: W.R. GRACE & CO.-CONN., Case No. 01-01140

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1620515 - 10072421<br>KYOCERA AMERICA INC | ENVIRONMENTAL CLAIM | Contingent, Disputed, Unliquidated | Unknown |
| 1562438 - 10318121<br>KYUKA WATERS INC<br>13500 DUCK SPRINGS ROAD<br>ATTALLA   AL   35954 | TRADE PAYABLE<br>PRE-PETITION INVOICE PAID UNDER FIRST DAY MOTIONS | Disputed | $198.48 |
| 1671286 - 10321114<br>L & M SURCO MANUFACTURING<br>C/O MAPEI CORP.<br>2414 CHALK HILL ROAD<br>DALLAS   TX   75212-5603 | ASBESTOS CODEFENDANT | Contingent, Disputed, Unliquidated | Unknown |
| 1564538 - 10318298<br>L & S SAFETY CONSULTANTS LLC<br>3 MARCUS DRIVE<br>GREENVILLE   SC   29615 | TRADE PAYABLE<br>PRE-PETITION INVOICE PAID UNDER FIRST DAY MOTIONS | Disputed | $800.00 |
| 1694350 - 10327890<br>L B REALTY, INC.<br>7500 GRACE DRIVE<br>COLUMBIA   MD   21044 | INTERCOMPANY PAYABLE | | $140,582,585.00 |
| 1618582 - 10070488<br>L SLACK & SONS<br>WILLIAM MASSON<br>BALTIMORE   MD | ENVIRONMENTAL CLAIM | Contingent, Disputed, Unliquidated | Unknown |
| 1561479 - 10318045<br>L V PROMOTIONAL PRODUCTS<br>6 MEADOW ROAD<br>ROCKPORT   MA   01966 | TRADE PAYABLE | | $515.38 |
| 1550813 - 10317445<br>[illegible] D INC<br>PO BOX 327<br>CALVERT CITY   KY   42029 | TRADE PAYABLE<br>PRE-PETITION INVOICE PAID UNDER FIRST DAY MOTIONS | Disputed | $25,160.92 |
| 1615033 - 10318730<br>L&L MECHANICAL CONSTRUCTION &<br>Attn DESIGN CO.<br>26B OAK ST.<br>EAST RUTHERFORD   NJ   07073 | TRADE PAYABLE<br>PRE-PETITION INVOICE PAID UNDER FIRST DAY MOTIONS | Disputed | $3,958.44 |
| 1096705 - 10320374<br>L. H. CRANSTON & SONS, INC.<br>P.O. BOX 4418<br>TIMONIUM   MD   21094-4418 | TRADE PAYABLE | | $3,180.61 |
| 1690620 - 10326385<br>L. O. BURRELL COMPANY | ASBESTOS CODEFENDANT<br>36300 | Contingent, Disputed, Unliquidated | Unknown |
| 1690624 - 10326387<br>L. P. S. RESEARCH LABORATORIES | ASBESTOS CODEFENDANT<br>36300 | Contingent, Disputed, Unliquidated | Unknown |
| 1105556 - 10319383<br>L.B. MECHANICAL, INC.<br>P.O. BOX 1213<br>ABINGDON   MD   21009 | TRADE PAYABLE | | $3,986.00 |