## CERTIFICATE OF SERVICE

The undersigned, Edward W. Dwyer, certifies that he has filed the foregoing SUGGESTION OF BANKRUPTCY REGARDING W.R. GRACE & CO. with the Clerk of the Court and will be served electronically through the CM/ECF System upon:

Jeffrey W. Ahlers
Kahn, Dees, Donovan & Kahn, LLP
501 Main Street, Suite 305
P.O. Box 3646
Evansville, IN 47735-3646
812-423-3183
812-423-3841 (fax)
jahlers@kddk.com

Aaron Ament
Kentucky Attorney General- Civil &
Environmental Law Div.
700 Capital Avenue, Suite 118
Frankfort, KY 40601-3449
502-696-5300
502-564-2894 (fax)
aaron.ament@ag.ky.gov

Dustin Calhoun
Office of Ohio Attorney General
150 East Gay Street, 6th Floor
Columbus, OH 43215
614-644-7233
866-467-3560 (fax)
dustin.calhoun@ohioattorneygeneral.gov

Douglas A. Cohen
Scott A. Muska
Brown Rudnick LLP
185 Asylum Street
Hartford, CT 06103-3402
860-509-6511
860-509-6501 (fax)
dcohen@brownrudnick.com
smuska@brownrudnick.com

Edward A. Cohen
Ryan R. Kemper
Thompson Coburn LLP
One U.S. Bank Plaza
St. Louis, MO 63101
314-552-6000
314-552-7000 (fax)
ecohen@thompsoncoburn.com
rkemper@thompsoncoburn.com

Alison C. Conlon
Joseph F. Madonia
Barnes & Thornburg, LLP - Chicago
1 North Wacker Drive, Suite 4400
Chicago, IL 60606
312-357-1313
312-759-5646 (fax)
aconlon@btlaw.com
jmadonia@btlaw.com

John David Dyche
Benjamin C. Fultz
Jennifer M. Stinnett
Fultz, Maddox, Hovious & Dickens PLC
101 S. Fifth Street, 27th Floor
Louisville, KY 40202-3116
502-588-2017
502-588-2020 (fax)
jddyche@fmhd.com
bfultz@fmhd.com
jstinnett@tmhd.com

Jason A. Flower
Husch Blackwell LLP - St. Louis
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
314-480-1500
314-480-1505 (fax)
jason.flower@huschblackwell.com

Elmer J. George
105 W. Main Street
Lebanon, KY 40033
270-692-2161
270-692-2347 (fax)
Dana@kylawoffices.com

Richard A. Greenberg
Smith Greenberg & Perkins , PLLC
2321 Lime Kiln Lane, Suite C
Louisville, KY 40222-3410
502-426-1058 x302
502-426-6337 (fax)
rgreenberg@sgpfirm.com

Mark A. Hopper
DeLoof Hopper Dever & Wright PLLC
301 N Main St., Suite 250
Ann Arbor, MI 48104
734-994-1295
734-994-0206 (fax)
mah@dhdwlaw.com

Belynda B. Reck
Hunton & Williams LLP - Los Angeles
550 S. Hope Street, Suite 2000
Los Angeles, CA 90068
213-532-2000
213-532-2020 (fax)
breck@hunton.com
H. Carl Horneman
M. Stephen Pitt
Wyatt, Tarrant & Combs LLP - Louisville
500 West Jefferson Street, Suite 2800
Louisville, KY 40202-2898
502-562-7192
502-589-0309 (fax)
chorneman@wyattfirm.com
mspitt@wyattfirm.com

Winter R. Huff
203 E. Mt. Vernon Street, Suite B
Somerset, KY 42501
606-678-0181
888-513-0853 (fax)
winterhuff@hotmail.com

Gary D. Justis
Ambereen K. Shaffie
The Justis Law Firm LLC
5251 W. 116th Street
Leawood, KS 66211
913-998-6102
913-998-6101 (fax)
gjustis@justislawfirm.com
ashaffie@justislawfirm.com

Gerald J. Pels
Locke Lord LLP
2800 JP Morgan Chase Tower, 600 Travis
Houston, TX 77002
713-226-1402
713-229-2513 (fax)
gpels@lockelord.com

J. Duncan Pitchford
Whitlow, Roberts, Houston & Straub, PLLC
300 Broadway Street
P.O. Box 995
Paducah, KY 42002-0995
270-443-4516
270-443-4571 (fax)
dpitchford@whitlow-law.com

W. Fletcher McMurry Schrock
McMurry & Livingston, PLLC
333 Broadway
P.O. Box 1700
Paducah, KY 42002-1700
270-443-6511
270-443-6548 (fax)
fletch@ml-lawfirm.com

Mohammad H. Sheronick
City of Cedar Rapids
101 First Street, SE
Cedar Rapids, IA 52401
319-286-5025
319-286-5135 (fax)
m.sheronick@cedar-rapids.org

Paul E. Svensson
Hodges Walsh & Slater LLP
55 Church Street, Suite 211
White Plains, NY 10601
914-385-6000
914-385-6060 (fax)
psvensson@hwslaw.com

Jacquelyn K. Wilson
Samuelson Wilson & Roe
210 N. Fourth Street, Suite 201
San Jose, CA 95112
408-790-5320 x5325
408-997-7921 (fax)
jkw@swr-law.com

and also upon:

Madelaine R. Berg
9040 N. Flying Butte
Fountain Hills, AZ 85268
480-419-0689

Christopher A. Verducci
Locke Lord LLP
2800 JP Morgan Chase Tower, 600 Travis
Houston, TX 77002
713-226-1402
713-229-2513 (fax)

James C. Tidwell
Wolfe Tidwell & McCoy, LLP
320 N. Travis Street, Suite 205
Sherman, TX 75090
903-868-1933
903-892-2397 (fax)

J. Pargen Robertson, Jr.
Owen Gleaton Egan Jones & Sweeney, LLP
1180 Peachtree Street NE, Suite 3000
Atlanta, GA 30309
404-688-2600
404-525-4347 (fax)

by depositing said documents in the United States Mail, postage prepaid, in Springfield, Illinois on December 26, 2012.

_____
Edward W. Dwyer

WRGR:016/Fil/COS – Suggestion of Bankruptcy

3