UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH
CIVIL ACTION NO.: 5:12CV-00127-R

LWD PRP GROUP,                                              PLAINTIFF,

vs.

ACF INDUSTIRES, LLC, ET AL.,                                DEFENDANTS.

## ANSWER OF DEFENDANT
## HOUSING AUTHORITY OF HOPKINSVILLE, KENTUCKY

Comes now Defendant Housing Authority of Hopkinsville, Kentucky, by counsel, and for its Answer to the Complaint filed by Plaintiff state as follows:

1. This Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of Plaintiff's Complaint and therefore denies same.

2. Defendants deny all matters not specifically admitted herein and otherwise deny the claims for relief set forth by the Plaintiff.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's Complaint is barred by the doctrine of estoppel.

### THIRD AFFIRMATIVE DEFENSE

This Defendant pleads the failure to join a party under F.R.C.P. 19.

### FOURTH AFFIRMATIVE DEFENSE

This Defendant pleads the statute of limitations.

### FIFTH AFFIRMATIVE DEFENSE

This Defendant pleads any and all other affirmative defenses, including those contained in F.R.C.P. 8(c)(1), and reserve the right to assert said defenses(s) with more specificity as discovery unfolds.

**WHEREFORE**, Defendants Housing Authority of Hopkinsville, Kentucky respectfully prays the Court for the following relief:

    A.    For an Order dismissing with prejudice Plaintiff's Complaint;

    B.    For its costs herein expended in this action, including a reasonable attorney's fee; and

    D.    For any and all other relief to which it is or appears to be entitled.

This the 28th day of December, 2012.

        FOSTER, SOYARS & ASSOCIATES
        209 East Fourteenth Street
        Post Office Box 24
        Hopkinsville, Kentucky 42241-0024
        270-886-1272

        /s/ J. Michael Foster
By:_____
        J. Michael Foster
        John T. Soyars

## CERTIFICATE OF SERVICE

The undersigned does certify that on December 28, 2012, I electronically filed the foregoing Answer with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Fletcher McMurry Schrock, Esq.
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P. O. Box 1700
Paducah, Kentucky 42002-1700

Gary D. Justis, Esq.
Ambereen Shaffie, Esq.
THE JUSTIS LAW FIRM, LLC
5251 w. 116th Place, Suite 200
Leawood, KS 66211-7820
Attorneys for Plaintiff

        /s/ J. Michael Foster
        _____
        J. Michael Foster