**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**

| | | |
|---|---|---|
| **LWD PRP GROUP,** | ) | |
| | ) | |
| **Plaintiff ,** | ) | |
| | ) | **Civil Action No. 5:12-CV-127-TBR** |
| **v.** | ) | |
| | ) | |
| **ACF INDUSTRIES LLC, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**AGREED ORDER FOR EXTENSION OF TIME**

Pursuant to LR 7.1(b), and upon the agreement of counsel for the Plaintiff, LWD PRP

Group, and Defendant City of Keokuk, Iowa, ("City of Keokuk") it is hereby **ORDERED** that

the Defendant City of Keokuk, Iowa shall have up to and including January 7, 2013 in which to

file its Answer to the Complaint or otherwise respond.   No previous extension has been

requested or obtained, and the Time to Answer, Move, or otherwise Reply expired on

December 17, 2012.   City of Keokuk hereby preserves until its first responsive pleading all

applicable defenses, including but not limited to sovereign immunity, Eleventh Amendment

immunity, and personal jurisdiction.

(signatures on the following page)

**SO ORDERED:**

By:   _____
        Senior Judge Thomas B. Russell

**SO AGREED** on this 28th day of December 2012:

/s/ Ambereen Shaffie
Ambereen Shaffie    admitted *pro hac vice*
Gary D. Justis         admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, KS  66211-7820
Telephone:  (913) 998-6100
Facsimile:  (913) 998-6101
Email:  ashaffie@justislawfirm.com
Email:  gjustis@justislawfirm.com

and

W. Fletcher McMurry Schrock
(Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP
GROUP

/s/ J. Duncan Pitchford (*by permission*)
J. Duncan Pitchford
Nicholas M. Holland
WHITLOW, ROBERTS, HOUSTON &
STRAUB, PLLC
Post Office Box 995
Paducah, Kentucky 42002-0995
Telephone:  (913) 998-6100
Facsimile:  (270) 443-4571
E-mail:  dpitchford@whitlow-law.com
E-mail:  nholland@whitlow-law.com

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2012, a copy of the foregoing Joint Motion to Amend was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's Electronic Case Filing System.


/s/ Ambereen Shaffie
Ambereen Shaffie