### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF KENTUCKY
### PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP** ) | |
| ) | |
| PLAINTIFF ) | CIVIL ACTION NO. 5:12-cv-00127 TBR |
| ) | |
| v. ) | |
| ) | ELECTRONICALLY FILED |
| **ACF INDUSTRIES LLC, et al.** ) | |
| ) | |
| DEFENDANTS ) | |
| ) | |

### AGREED ORDER

Pursuant to LR 7.1(b), and upon the agreement of counsel for the Plaintiff, LWD PRP Group, and the Defendant, Plascore, Inc., it is hereby **ORDERED** that Defendant Plascore, Inc. shall have up to and including January 14, 2013 in which to move, plead, or otherwise respond to the Complaint.

**SO AGREED:**

/s/ Jeffrey J. Harmon
Jeffrey J. Harmon  (KBA 29230)
Cors & Bassett, LLC
537 E. Pete Rose Way, Suite 400
Cincinnati, Ohio 45202
(513) 852-8201 - Telephone
(513) 852-8222 - Facsimile
jjh@corsbassett.com

Counsel for Defendant
Plascore, Inc.

/s/ Gary D. Justis (with permission)
Gary D. Justis
Ambereen Shaffie
The Justis Law Firm
5251 W. 116th Street
Leawood, KS 66211
(913) 998-6100 - Telephone
(913) 998-6101 - Facsimile
gjustis@justislawfirm.com
ashaffie@justislawfirm.com

Counsel for Plaintiff
LWD PRP Group

**SO ORDERED:**

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2012, a copy of the foregoing proposed Agreed Order was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

/s/ Jeffrey J. Harmon
Jeffrey J. Harmon  (KBA 29230)
