## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** ) | |
| ) | |
| **Plaintiff ,** ) | |
| ) | Civil Action No. 5:12-CV-127-TBR |
| **v.** ) | |
| ) | |
| **ACF INDUSTRIES LLC, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## MOTION FOR EXTENSION OF TIME
## TO FILE ANSWER

Plaintiff, by counsel, and Louisville/Jefferson County Metro Government, governmental successor in interest to Defendants Jefferson County Public Works; and the Urban Renewal and Community Development Agency; by counsel, requests the Court to enter an Agreed Order extending the time to file Defendants' Answers to the Complaint up to and including January 31, 2013.

RESPECTFULLY SUBMITTED,

/s/ Ambereen Shaffie
Ambereen Shaffie   admitted *pro hac vice*
Gary D. Justis     admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, KS  66211-7820
Telephone:  (913) 998-6100
Facsimile:  (913) 998-6101
Email:  ashaffie@justislawfirm.com
Email:  gjustis@justislawfirm.com

and

W. Fletcher McMurry Schrock
(Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

/s/ Jennifer Swyers__(*with permission*)
Jennifer Swyers
William P. O'Brien
Assistant Jefferson County Attorneys
531 Court Place, Suite 900
Fiscal Court Bldg.
Louisville, KY  40202
Counsel for Defendants, Louisville/ Jefferson County Metro Government, successor in interest to the Jefferson County Public Works and the Urban Renewal and Community Development Agency.

ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

/s/ Ambereen Shaffie
Ambereen Shaffie