## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 5:12-CV-127-TBR |
| v. | ) |
| | ) MOTION FOR LEAVE TO FILE |
| **ACF INDUSTRIES LLC, et al.,** | ) FIRST AMENDED COMPLAINT |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

Plaintiff LWD PRP Group ("LWD PRP Group"), by and through counsel, and pursuant to Fed. R. Civ. P. 15(a)(2), respectfully requests this Court for leave to file its First Amended Complaint (attached hereto as Exhibit A) to: (1) remove over 200 Defendants from the original Complaint who have been dismissed from this action; and (2) add several new Defendants who are potentially responsible parties at the LWD Incinerator Site and who entered into tolling agreements with the LWD PRP Group, but have not yet paid their respective equitable shares of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA, 42 U.S.C. §§ 9607(a) and 9613(f).

Fed. R. Civ. P. 15(a) provides that the Court should grant leave to amend freely when justice so requires. *Moore v. City of Paducah*, 790 F.2d 557 559 (6th Cir. 1986). Further, "[w]here . . . there is no prejudice to the defendant, leave to amend at least once should normally be granted as a matter of course." *Oliver Schools, Inc. v. Foley*, 930 F.2d 248, 253 (2d Cir. 1991). The LWD PRP Group moves for leave to file its First Amended Complaint to continue to streamline the Court's docket and expedite resolution of this matter. Since the filing of its original Complaint, the LWD PRP Group has diligently pursued resolution with each Defendant and has dismissed over 200 Defendants from its original Complaint. The LWD PRP Group has

accommodated Defendants by consenting to extensions of time for responsive pleadings, and offering its full cooperation regarding motion practice and the entering of appearances, thereby promoting an efficient docket. No discovery has commenced in this action, and the filing of the First Amended Complaint will not prejudice any Defendant. Furthermore, this motion is not being made after an inordinate delay that will prejudice any Defendant. *Duggins v. Steak "N Shake*, Inc., 195 F.3d 828, 834 (6th Cir. 1999).

WHEREFORE, Plaintiff LWD PRP Group respectfully requests this Court grant its motion and enter an appropriate Order permitting Plaintiff LWD PRP Group to file its First Amended Complaint *nunc pro tunc* as of this date (attached hereto as Exhibit A), and for such other and further relief as the Court deems just and proper under the circumstances.

| | |
|---|---|
| December 31, 2012 | Respectfully submitted, |
| | THE JUSTIS LAW FIRM LLC |
| | /s/ Gary D. Justis |
| | Gary D. Justis            *pro hac vice* |
| | Ambereen Shaffie         *pro hac vice* |
| | 5251 W. 116th Place, Suite 200 |
| | Leawood, KS  66211-7820 |
| | Telephone:  (913) 998-6100 |
| | Facsimile:  (913) 998-6101 |
| | Email:  gjustis@justislawfirm.com |
| | Email:  ashaffie@justislawfirm.com |
| | and |
| | W. Fletcher McMurry Schrock    (Ky. Bar# 62283) |
| | MCMURRY & LIVINGSTON, PLLC |
| | 333 Broadway, 7th Floor |
| | P.O. Box 1700 |
| | Paducah, Kentucky  42002-1700 |
| | Telephone:  (270) 443-6511 |
| | Facsimile:  (270) 443-6548 |
| | Email:  fletch@ml-lawfirm.com |
| | ATTORNEYS FOR PLAINTIFF LWD PRP GROUP |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 31, 2012, a true and correct copy of the foregoing Plaintiff's Motion for Leave to File First Amended Complaint was served electronically on the counsel of record in this matter by means of the Court's CM/ECF electronic filing system.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's Electronic Case Filing System.

/s/ Gary D. Justis
Gary D. Justis