## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| Plaintiff, | ) |
| | )  Civil Action No. 5:12-CV-127-TBR |
| v. | ) |
| | ) |
| **ACF INDUSTRIES LLC, et al.,** | ) |
| | ) |
| Defendants. | ) |

### AGREED ORDER FOR EXTENSION OF TIME

Pursuant to LR 7.1(b), and upon the agreement of counsel for the Plaintiff, LWD PRP Group, and Defendant City of Keokuk, Iowa, ("City of Keokuk") it is hereby **ORDERED** that the Defendant City of Keokuk, Iowa shall have up to and including January 7, 2013 in which to file its Answer to the Complaint or otherwise respond. No previous extension has been requested or obtained, and the Time to Answer, Move, or otherwise Reply expired on December 17, 2012. City of Keokuk hereby preserves until its first responsive pleading all applicable defenses, including but not limited to sovereign immunity, Eleventh Amendment immunity, and personal jurisdiction.

(signatures on the following page)

**SO ORDERED:**