**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**

| | | |
|---|---|---|
| **LWD PRP GROUP** | ) | |
| | ) | |
| PLAINTIFF | ) | CIVIL ACTION NO. 5:12-cv-00127 TBR |
| | ) | |
| v. | ) | |
| | ) | **ELECTRONICALLY FILED** |
| **ACF INDUSTRIES LLC, et al.** | ) | |
| | ) | |
| DEFENDANTS | ) | |
| | ) | |

## AGREED ORDER

Pursuant to LR 7.1(b), and upon the agreement of counsel for the Plaintiff, LWD PRP Group, and the Defendant, Plascore, Inc., it is hereby **ORDERED** that Defendant Plascore, Inc. shall have up to and including January 14, 2013 in which to move, plead, or otherwise respond to the Complaint.

**SO AGREED:**

/s/ Jeffrey J. Harmon
Jeffrey J. Harmon  (KBA 29230)
Cors & Bassett, LLC
537 E. Pete Rose Way, Suite 400
Cincinnati, Ohio 45202
(513) 852-8201 - Telephone
(513) 852-8222 - Facsimile
jjh@corsbassett.com

Counsel for Defendant
Plascore, Inc.

/s/ Gary D. Justis (with permission)
Gary D. Justis
Ambereen Shaffie
The Justis Law Firm
5251 W. 116th Street
Leawood, KS 66211
(913) 998-6100 - Telephone
(913) 998-6101 - Facsimile
gjustis@justislawfirm.com
ashaffie@justislawfirm.com

Counsel for Plaintiff
LWD PRP Group

**SO ORDERED:**