# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| Plaintiff , | ) |
| | ) Civil Action No. 5:12-CV-127-TBR |
| v. | ) |
| | ) |
| **ACF INDUSTRIES LLC, et al.,** | ) |
| | ) |
| Defendants. | ) |

## AGREED ORDER FOR EXTENSION OF TIME

Pursuant to LR 7.1(b), and upon the agreement of counsel for the Plaintiff, LWD PRP Group, and Louisville/Jefferson County Metro Government, governmental successor in interest to the Defendants Jefferson County Public Works, and Urban Renewal and Community Development Agency, it is hereby **ORDERED** that the foregoing Defendants shall have up to and including January 31, 2013 in which to file their Answers to the Complaint or otherwise respond. No previous extensions have been requested or obtained, and the Time to Answer, Move, or otherwise Reply expires on January 2, 2013, in the case of Defendant Urban Renewal and Community Development Agency, and in the case of Defendant Louisville/Jefferson County Metro Government, on January 18, 2013.

**SO ORDERED:**