## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF KENTUCKY, PADUCAH DIVISION

| | | |
|---|---|---|
| LWD PRP GROUP, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 5:12 CV 127 R |
| | ) | |
| v. | ) | Hon. Thomas B. Russell |
| | ) | |
| ACF INDUSTRIES LLC, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

### **ORDER**

This matter is before the Court on Motion by the Defendant, Ameren Illinois Company, f/k/a Central Illinois Public Service Company, for motion for leave to seal its Reply in Support of Defendant Ameren Illinois Company, f/k/a Central Illinois Public Service Company's Motion to Dismiss, on the grounds that said Reply references a confidential settlement agreement and is in reply to a memorandum and response that this Court has ordered sealed. See DN 359 and DN 374. The Court has considered said Motion and being otherwise sufficiently advised IT IS HEREBY ORDERED that the Defendant's Motion is **GRANTED**.

Tendered by:
Elmer J. George
105 West Main Street
Lebanon, Kentucky 40033