# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 5:12CV-127-TBR |
| | ) |
| **ACF INDUSTRIES LLC, et al.** | ) |
| | ) |
| Defendants. | ) |

## [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

This matter is before the Court on Motion by the Plaintiff LWD PRP Group for Leave to File a First Amended Complaint *nunc pro tunc* as of December 31, 2012, pursuant to Fed. R. Civ. P. 15(a)(2) (DN 466). In consideration of the Motion and the entire record herein,

**IT IS HEREBY ORDERED** that Plaintiff's Motion is **GRANTED** and the Clerk is directed to file the First Amended Complaint attached as Exhibit A to Plaintiff's Motion (DN 466).

_____
Thomas B. Russell, Senior Judge
United States District Court
_____, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2013, a copy of the foregoing [Proposed] Order on Plaintiff's Motion for Leave to File First Amended Complaint was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

/s/ Gary D. Justis
Gary D. Justis