UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

LWD PRP GROUP,

    Plaintiff,

vs.

ACF INDUSTRIES LLC, ET AL.,

    Defendants.

CASE NO. 5:12CV-127-R

## ORDER GRANTING ADMISSION TO PRACTICE PRO HAC VICE

Upon the petition of J. Pargen Robertson Jr. for admission *pro hac vice* to represent the Geo L. Smith II Georgia World Congress Center Authority (misnamed Georgia World Congress Center) as a Defendant in this case only, and upon certification that he is a member in good standing before all Georgia State and Superior Courts, the United States District Court for the Northern District of Georgia, and the United States Court of Appeals for the Eleventh Circuit, and that he has consented to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct, and has complied with all the other prerequisites for admission *pro hac vice*,

IT IS ORDERED that J. Pargen Robertson Jr. is admitted to practice, *pro hac vice*, in the above entitled case to represent Defendant Geo L. Smith II Georgia World Congress Center Authority in the United States District Court for the Western District of Kentucky

Dated: _____