IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| LWD PRP GROUP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 5:12-CV-127-R |
| | ) |
| ACF INDUSTRIES LLC, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING EDWARD W. DWYER**
**MOTION FOR ADMISSION *PRO HAC VICE***

This cause has come before the court upon the Motion of Edward W. Dwyer, counsel for Defendant W.R. Grace & Co., to practice *pro hac vice* in the above-captioned cause only, provided that the filing fee has been paid. Being fully advised, it is now

ORDERED that the motion be, and hereby is GRANTED. It is further

ORDERED that Edward W. Dwyer be allowed to appear *pro hac vice* on behalf of Defendant W.R. Grace & Co.

WRGR:016/Fil/Proposed Order - PHV