IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | | |
|---|---|---|
| LWD PRP GROUP, | ) | CASE NO. 5:12-CV-00127 |
| | ) | |
| Plaintiff, | ) | JUDGE THOMAS B. RUSSELL |
| | ) | |
| v. | ) | **ORDER GRANTING MOTION FOR** |
| | ) | **ADMISSION *PRO HAC VICE* OF** |
| ACF INDUSTRIES, LLC, *et al.*, | ) | **ROBERT B. CASARONA** |
| | ) | |
| Defendants. | ) | |
| | ) | |

This cause has come before the Court upon the Motion for Admission *Pro Hac Vice* of Robert B. Casarona, counsel for Defendant, Reserve Environmental Services, Inc., to practice *pro hac vice* in the above-captioned case only, provided that the required filing fee has been paid. Being fully advised, it is now

ORDERED that the Motion for Admission *Pro Hac Vice* of Robert B. Casarona be, and hereby is GRANTED.  It is further

ORDERED that Robert B. Casarona be allowed to appear *pro hac vice* on behalf of Defendant Reserve Environmental Services, Inc. in the above-captioned case.