$65= fee PAID #L33033209

FILED
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

13 JAN -7 PM 1:22

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | | |
|---|---|---|
| LWD PRP GROUP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 5:12CV-127-R |
| | ) | |
| ACF INDUSTRIES LLC, et al | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION OF ATTORNEY DEREK S. CASEY
## FOR ADMISSION PRO HAC VICE

I, Derek S. Casey, attorney for Mega Fabrication, Inc., move the Court, pursuant to W. D. Ky. Rule 83.2 for admission *pro hac vice*. In support of my motion, I make the following statements:

1. My name is Derek S. Casey. I am a lawyer, licensed to practice by the Kansas Supreme Court, Bar No. 15125, and the Oklahoma Supreme Court, Bar No. 14120. I am also licensed to practice in the United States Supreme Court, the United States Court of Appeals for the Tenth Circuit, and the United States District Courts for the District of Kansas, and the Western, Northern, and Eastern Districts of Oklahoma. I am a member in good standing in each of these courts. My affidavit confirming these statements is filed separately as required by W. D. Ky. Rule 83.2(2).

2. By this motion, I hereby consent to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

3. I am a member of the law firm Triplett, Woolf & Garretson, LLC, 2959 North Rock Road, Suite 300, Wichita, Kansas 67226, (316) 630-8100, facsimile (316) 630-8101. My email address is dscasey@twgfirm.com.

4. I received training in the federal court electronic filing system in the District of Kansas. I have reviewed this Court's ECF manual and find it virtually identical to the system used in the District of Kansas. With this motion, I am also submitting a completed Electronic Filing Attorney Registration Form.

5. I am submitting the filing fee of $65.00 with this motion.

For these reasons, I ask the Court to grant me permission to practice in this case pursuant to D. Ky. Rule 83.2.

Respectfully submitted,

TRIPLETT, WOOLF & GARRETSON, LLC

By: /s/ *[signature]*
Derek S. Casey, #15125
*Attorneys for Defendant, Mega Fabrication, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of January, 2013, I electronically filed the foregoing **Motion for Admission *Pro Hac Vice*** with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record;

and

I further certify that I mailed the foregoing document and the Notice of Electronic Filing by first-class mail to the following non-CM/ECF participants:

Madelaine R. Berg
9840 N. Flying Butte
Fountain Hills, AZ  85268

Robert B. Casarona
Roetzel & Andress, LPA – Cleveland
One Cleveland Center, 9th Floor
1375 E Ninth St.
Cleveland, OH  44114

Edward W. Dwyer
Hodge Dwyer & Driver
3150 Roland Avenue
P. O. Box 5776
Springfield, IL  62705-5776

John J. McAleese, III
Morgan Lewis & Bockius LLP
1701 Market St.
Philadelphia, PA  19103

Relocatable Confinement Facilities
Ken Holloway
1175 Weyand
Dixon, CA  95620

J. Pargen Robertson, Jr.
Owen Gleaton Ryan Jones & Sweeney, LLP
1180 Peachtree St. N.E., Suite 3000
Atlanta, GA  30309

James C. Tidwell
Wolfe Tidwell & McCoy, LLP
320 JP Morgan Chase Tower
600 Travis
Houston, TX  77002

Christopher A. Verducci
Lock Lord LLP
2800 JP Morgan Chase Tower
600 Travis
Houston, TX  77002

Craig L. Weinstock
Lock Lord LLP
2800 JP Morgan Chase Tower
600 Travis
Houston, TX  77002

/s/ Derek S. Casey
Derek S. Casey, #15125
Attorneys for Defendant, Mega Fabrication, Inc.
TRIPLETT, WOOLF & GARRETSON, LLC
2959 North Rock Road, Suite 300
Wichita, KS  67226
Telephone:  (316) 630-8100
Fax:  (316) 630-8101
E-mail:  dscasey@twgfirm.com

#392718