IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ACF INDUSTRIES LLC, et al )<br>)<br>Defendants. )<br>_____) | Civil Action No. 5:12CV-127-R |

## AFFIDAVIT OF DEREK S. CASEY IN SUPPORT OF
## MOTION FOR ADMISSION PRO HAC VICE

I, Derek S. Casey, attorney for Mega Fabrication, Inc., in the above-referenced action, make the following statements, which, upon my oath, are true and correct:

1. My name is Derek S. Casey.

2. I am a lawyer licensed to practice by the Kansas Supreme Court, Bar No. 15125, and the Oklahoma Supreme Court, Bar No. 14120. I am a member in good standing in the bar of these courts.

3. I am also admitted to practice before the United States Supreme Court, the United States Court of Appeals for the Tenth Circuit, and the United States District Courts for the Districts of Kansas, Western Oklahoma, Northern Oklahoma, and Eastern Oklahoma. I am a member in good standing in the bars of these courts.

4. The statements contained in my motion for admission *pro hac vice* are true and correct.

This concludes my statement.

_____
Derek S. Casey, #15125
*Attorneys for Defendant, Mega Fabrication, Inc.*

STATE OF KANSAS )
                               )ss:
COUNTY OF SEDGWICK )

    Subscribed and sworn to before me, a Notary Public within and for said County and State, on this 4TH day of January, 2013.

                                                            Joann Downum
                                                            NOTARY PUBLIC

My appointment expires:


NOTARY PUBLIC-State of Kansas
JOANN DOWNUM
My Appt. Exp. April 1, 20

#392732

2