IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) Civil Action No. 5:12CV-127-R |
| ACF INDUSTRIES LLC, et al | ) ) ) |
| Defendants. | ) ) |

## ORDER ADMITTING COUNSEL TO APPEAR PRO HAC VICE

NOW on this ____ day of January, 2013, this matter comes before the Court on motion by Derek S. Casey of Triplett, Woolf & Garretson, LLC, Kansas, for an Order permitting him to appear on behalf of Defendants Mega Fabrication, Inc., for the purposes of this particular case.

The motion of admission *pro hac vice* of Derek S. Casey is hereby granted.

IT IS SO ORDERED.

_____
DISTRICT COURT JUDGE

#392741