# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Western District of Kentucky

Case Number: 512CV127R

Plaintiff/Petitioner:
**LWD PRP GROUP**

vs.

Defendant/Respondent:
**WASTE EXPRESS, INC., et al.**

Received by HPS Process Service & Investigations, Inc. to be served on **Bharat Rao, President, B-B Paint Corp., 2201 North Dort Highway, Flint, MI 48506-2988.**

I, CHARLES HELMS, do hereby affirm that on the **18th day of December, 2012** at **6:00 pm**, I:

INDIVIDUALLY SERVED the within named person with a true copy of this **Summons in Civil Action and Complaint** at the address of **2201 North Dort Highway, Flint, MI 48506-2988.**

**Marital Status:** Based upon inquiry of party served, Defendant is not married.

I am over the age of eighteen, and have no interest in the above action.

CHARLES HELMS
Process Server

HPS Process Service & Investigations, Inc.
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
(800) 796-9559
Our Job Serial Number: HAT-2012028504
Ref: 12-127 LWD Incinerator Site

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5h

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on Bharat Rao, B-B Paint Corp by:

(1) personally delivering a copy of each to the individual at this place, Bharat Rao, President, 2201 North Dort Highway, Flint, MI ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

Date: 12/28/12

Server's signature

Charles Helms
Printed name and title

Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| IWD PRP GROUP <br> Plaintiff <br> v. <br> B-B PAINT CORP. <br> Defendant | ) <br> ) <br> ) Civil Action No. 5:12CV-127-R <br> ) <br> ) |

### Summons in a Civil Action

To: *(Defendant's name and address)*
Bharat Rao
President
B-B Paint Corp.
2201 N Dort Hwy.
Flint, MI 48506-2988

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Gary D. Justis, Esq.
The Justis Law Firm, LLC
5251 W. 116th Place
Suite 200
Leawood, KS 66211-7820

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

s/ K. Atkins
Deputy clerk's signature

Date: 11/26/2012

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*