IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

FILED
JAN 0 7 2013
VANESSA L. ARMSTRONG
BY_____ DEPUTY CLERK

| | |
|---|---|
| LWD PRP GROUP, | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 5:12CV-127-R |
| v. | ) |
| ACF INDUSTRIES, LLC., et al., | ) |
| Defendants. | ) Electronically Filed |

### MOTION FOR *PRO HAC VICE* ADMISSION OF SANDRA A. KOZLOWSKI

Pursuant to Local Rule 83.2, Sandra A. Kozlowski ("Kozlowski") hereby files this Motion for Admission *Pro Hac Vice*. In support of this Motion, Kozlowski respectfully avers as follows:

1. Kozlowski requests admission, *pro hac vice*, to represent Defendant, Pennsylvania Department of Transportation ("PennDot"), in the above captioned case.

2. Her supporting affidavit is attached hereto, incorporated herein and labeled Exhibit A and a Certificate of Good Standing from the Pennsylvania Supreme Court is attached hereto, incorporated herein and labeled as Exhibit B.

3. The appropriate fee(s) have been submitted with this Motion for *pro hac vice* admission.

WHEREFORE, the undersigned counsel respectfully request that this Honorable Court enter an order admitting *pro hac vice* Sandra A. Kozlowski to the Bar of this Court for the duration of this action.

1

Respectfully submitted,

/s/ Sandra A. Kozlowski

SANDRA A. KOZLOWSKI

Deputy Attorney General

PA I.D. No.: 89127

Office of Attorney General
6th Floor, Manor Complex
564 Forbes Ave.
Pittsburgh, PA 15219

Gregory R. Neuhauser
Chief Deputy Attorney General

Date: January 3, 2013

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within **Motion for *Pro Hac Vice* Admission of Sandra A. Kozlowski** was served upon on all parties appearing on the case by ECF filing system this 3rd Day of January, 2013.

**Linda L. Kelly**
Attorney General

/s/ Sandra A. Kozlowski
SANDRA A. KOZLOWSKI
Deputy Attorney General

Office of Attorney General
6th Floor, Manor Complex
564 Forbes Ave.
Pittsburgh, PA  15219

Gregory R. Neuhauser
Chief Deputy Attorney General

Date: January 3, 2013