# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| LWD PRP GROUP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 5:12CV-127-R |
| v. | ) |
| | ) |
| ACF INDUSTRIES, LLC., et al., | ) |
| | ) |
| Defendants. | ) |

### AFFIDAVIT OF SANDRA A. KOZLOWSKI

| | |
|---|---|
| STATE OF PENNSYLVANIA | ) |
| | ) |
| ALLEGHENY COUNTY | ) |

I, Sandra A. Kozlowski, being duly sworn on oath, deposes and states:

1. I made this Affidavit in support of the Motion for *Pro Hac Vice* Admission of Sandra A. Kozlowski in which I seek admission to the bar of this Honorable Court for the purposes of participating in this matter.

2. I have been a member in good standing for the Bar of the State of Pennsylvania since 2002. My Pennsylvania Bar number is 89127. Attached is Exhibit B to my Motion for *Pro Hac Vice* Admission is a Certificate of Good Standing for the State of Pennsylvania.

3. I am a Deputy Attorney General for the Commonwealth of Pennsylvania and a resident of the Commonwealth of Pennsylvania.

4. If admitted *pro hac vice*, I will be representing the Pennsylvania Department of Transportation.

5. I am of good moral character and am fit to practice law and I am not subject to suspension or other disciplinary action with respect to the practice of law in any jurisdiction.

6.  I understand and agree that I will be bound by all of the rules governing this Honorable Court, including any and all disciplinary rules. I further understand and agree that I will be subject to the jurisdiction and rules of Kentucky Supreme Court governing professional conduct.

7.  I have completed the required training via web-page tutorial for the use of the Court's electronic filing system.

8.  In light of my familiarity with this case and matter out of which it arises, I respectfully request that I be admitted *pro hac vice* for the purposes of appearing as counsel for Defendant Pennsylvania Department of Transportation.

Under the penalties of perjury, I declare that the foregoing statements are true and correct this 12th day of December, 2012.

_____
Sandra A. Kozlowski

SUBSCRIBED and SWORN to before me this 12 day of DECEMBER, 2012.

_____
NOTARY PUBLIC IN AND FOR THE COMMONWEALTH OF PENNSYLVANIA

Printed Name: Barbara M. Hohman

My Commission Expires: September 21, 2014

2

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Barbara M. Hohman - Notary Public
City of Pittsburgh, Allegheny County
My Commission Expires Sep. 21, 2014