# EXHIBIT B



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Sandra Anne Kozlowski, Esq.*

DATE OF ADMISSION

*October 22, 2002*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: December 12, 2012

Patricia A. Nicola
Chief Clerk