```
Court Name: District Court
Division: 5
Receipt Number: P33002742
Cashier ID: katkins
Transaction Date: 01/07/2013
Payer Name: COMMONWEALTH OF PENNSYLVANIA
------------------------------------
PRO HOC VICE
 For: COMMONWEALTH OF PENNSYLVANIA
 Case/Party: D-KYW-3-13-LB-000001-001
 Amount:       $65.00
------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 039247
 Amt Tendered:  $65.00
------------------------------------
Total Due:      $65.00
Total Tendered: $65.00
Change Amt:     $0.00

5:12CV127 PHV - KOZLOWSKI


Only when bank clears the check or
verifies credit of funds is the fee
or debt officially paid or
discharged.  A $53.00 fee will be
charged for returned checks.
```