## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| **LWD PRP GROUP,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action No. 5:12CV-127-R** |
| **v.** ) | |
| ) | |
| **ACF INDUSTRIES, LLC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### ORDER GRANTING SANDRA A. KOZLOWSKI'S
### MOTION FOR ADMISSION *PRO HAC VICE*

This cause has come before the Court upon the motion of Sandra A. Kozlowski, counsel for Defendant, Pennsylvania Department of Transportation, to practice *pro hac vice* in the above-captioned cause only, provided that the filing fee has been paid. Being fully advised, it is now:

ORDERED that the motion be and is hereby GRANTED. It is further

ORDERED that Sandra A. Kozlowski be permitted to appear *pro hac vice* on behalf of Defendant Pennsylvania Department of Transportation.

Date:_____        _____
                                                          Judge