# United States District Court
# Western District of Kentucky
# at Paducah

## *NOTICE OF DEFICIENCY*

| | |
|---|---|
| **TO:** | Sandra A. Kozlowski |
| **CASE #:** | 5:12CV-127-R |
| **STYLE OF CASE:** | LWD Group |
| **DOCUMENT TITLE:** | Motion to appear pro hac vice |
| **DATE:** | 1/9/2013 |
| **BY:** | Kelly Atkins<br>*DEPUTY CLERK* |

*Please be advised that the recent filing of the above cited document with the Clerk's Office is deficient as indicated below:*

**NO ORDER. Proposed order not submitted with Motion/Response. (ONLY FILE THE PROPOSED ORDER)**
*(LR 7.1(e))*

**YOU ARE GRANTED 7 DAYS FROM THIS DATE TO REMEDY THE DEFICIENCY OR DEFICIENCIES IDENTIFIED ABOVE. FAILURE TO COMPLY WITHIN 7 DAYS, WITHOUT GOOD CAUSE SHOWN, WILL RESULT IN THIS MATTER BEING BROUGHT TO THE ATTENTION OF THE COURT**