IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:12-CV-127-R

LWD PRP GROUP                                                    PLAINTIFF

vs.

ACF INDUSTRIES, LLC, et al.                                     DEFENDANTS

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CARBOLINE COMPANY
### (Electronically Filed)

Comes Defendant Carboline Company ("Carboline") by counsel and pursuant to Fed. R.

Civ. P. 7.1, makes the following disclosure:

1. Carboline is a subsidiary of RPM International Inc. RPM Industrial Holding Company, a wholly-owned subsidiary of RPM International Inc., owns 100% of the stock of Carboline.

2. RPM International Inc. is a publicly-held corporation.

WHITLOW, ROBERTS, HOUSTON & STRAUB PLLC
Attorneys for Defendant Carboline Company


By:      /s/ J. Duncan Pitchford
         J. Duncan Pitchford
         dpitchford@whitlow-law.com
         Nicholas M. Holland
         nholland@whitlow-law.com
         Post Office Box 995
         Paducah, Kentucky 42002-0995
         270-443-4516 (Telephone)
         270-443-4571 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of January, 2013, I have filed the foregoing through the CM/ECF system, which will forward an electronic copy to the counsel of record, including Fletcher Schrock, Esq., fletch@ml-lawfirm.com, Gary Justis, Esq., gjustis@justislawfirm.com; and Ambereen Shaffie, Esq., ashaffie@justislawfirm.com, Counsel for Plaintiff; and jahlers@kddk.com, Attorney for Defendant Fox Valley Systems, Inc.

I further certify that I have served the following non-ECF participants via first class mail:

Mark Hopper, Esq.
DeLoof Hopper Dever & Wright PLLC
301 North Main Street, Suite 250
Ann Arbor, Michigan 48104
Attorney for Eftec North America, LLC

Madisonville Auto Parts, Inc.
55 North Scott Street
Madisonville, Kentucky 42431

United States Gypsum Company
550 West Adams Street
Chicago, Illinois 60661

Printers Printing Company, LLC
100 Frank E. Simon Avenue
Shepherdsville, Kentucky 40165

Hannan Maritime Corporation
102 West Emerson
Arlington Heights, Illinois 60005

Andover Coils, LLC
Post Office Box 4848
Lafayette, Indiana 47903

Zeller Technologies, Inc.
4250 Hoffmeister Avenue
St. Louis, Missouri 63125

Meredith Corporation
70 West Madison Street, Ste. 1800
Chicago, IL 60602

Spawn Mate, Inc.
260 Westgate Drive
Watsonville, CA 95076

Watts & Durr Oil Company, Inc.
P.O. Box 627
Monticello, KY 42633

Alsco, Inc.
215 South State Street, Suite 1200
Salt Lake City, UT 84111

Bemis Company, Inc.
134 East Wisconsin Avenue
Neenah, WI 54957

Deborah A. Weedman, Esq.
8235 Forsyth Blvd., Ste 400
St. Louis, MO 63105
Attorney for Apex Oil Company, Inc.

Cooper US, Inc.
c/o Craig L.Weinstock, Esq.
Locke Lord LLP
JP Morgan Chase Tower
600 Travis, Suite 2800
Houston, TX 77002

Mark A. Smedal, Esq.
Smedal, Harralson & Croce
600 West Main Street, Suite 100
Louisville, KY 40202
Attorney for Krauth Electric Company

Foster, Soyars & Associates
P.O. Box 24
Hopkinsville, KY 42241-0024
Attorneys for Housing Authority of Hopkinsville, KY

Thomas J. Keuler, Esq.
Denton & Keuler
P.O. Box 929
Paducah, KY 42002-0929
Attorney for James Marine, Inc.

Relocatable Confinement Facilities
Attn; Ken Holloway
5119 Quinn Road
Vacaville, CA 95688

Richard L. Walter, Esq.
Boehl Stopher & Graves
410 Broadway
Paducah, KY 42001
Attorney for Yenkin-Majestic Paint Corp.

Paducah Rent-A-Car, Inc.
Edward Narozniak
P.O. Box 9465
Paducah, KY 42002-9465

All American Group, Inc.
Attn: Michael Healy
645 5th Avenue
New York, NY 10022

CNA International, Inc.
777 Mark Street
Wood Dale, IL 60191

Chem Processing, Inc.
100 Park Avenue
Rockford, IL 61101

Driv-Lok, Inc.
100 Park Avenue
Rockford, IL 61101

Triplett, Woolf & Garretson
2959 North Rock Road, Suite 300
Wichita, KS 67226
Attorneys for Mega Fabrication, Inc.

*/s/ J. Duncan Pitchford*
_____
J. Duncan Pitchford