# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Western District of Kentucky

Case Number: 512CV127R

Plaintiff/Petitioner:
**LWD PRP GROUP**
vs.
Defendant/Respondent:
**WASTE EXPRESS, INC., et al.**

Received by HPS Process Service & Investigations, Inc. to be served on **Winfrey P Bunton, III, President, Bunton Seed Co., 939 Jefferson Street, Louisville, KY 40206.** I, _Brian Carney_ , do hereby affirm that on the _6_ day of _December_ 20 _12_ at _1 :20_ p.m., executed service by delivering a true copy of the Summons in Civil Action and Complaint in accordance with state statutes in the manner marked below:

( ) REGISTERED AGENT SERVICE: By serving _____
as _____ for the above-named entity.

( ) RECORDS CUSTODIAN SERVICE: By serving _____
as _____ for the above-named entity.

(✓) CORPORATE SERVICE: By serving _Winfrey Bunton III_
as _Owner_ _____ for the above-named entity.

( ) OTHER SERVICE: As described in the Comments below.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _____
_____
_____
_____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

PROCESS SERVER # _____
Appointed in accordance with State Statutes

**HPS Process Service & Investigations, Inc.**
**www.hpsprocess.com**
**1669 Jefferson**
**Kansas City, MO 64108**
**(800) 796-9559**
Our Job Serial Number: 2012028503
Ref: 12-127 LWD Incinerator Site

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _WinFrey Bunton III_
by: _Brian Carrier_

   (1) personally delivering a copy of each to the individual at this place, _____
   __Bunton Seed   939 Jefferson St.   Louy Ky__ ; or

   (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
      who resides there and is of suitable age and discretion; or

   (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
   _____ ; or

   (4) returning the summons unexecuted to the court clerk on _____ ; or

   (5) other *(specify)* _____
   _____
   _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: _12-6-12_

Server's signature

_Brian Carrier_
Printed name and title

HPS
PROCESS SERVICE

www.hatfieldprocess.com
1669 Jefferson Street
Kansas City, MO 64108

Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| LWD PRP GROUP | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 5:12CV-127-R |
| BUNTON SEED CO. | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*
Winfrey P. Bunton, III
President
Bunton Seed Co.
939 Jefferson St.
Louisville, KY 40206

A lawsuit has been filed against you.

Within  21  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Gary D. Justis, Esq.
The Justis Law Firm, LLC
5251 W. 116th Place
Suite 200
Leawood, KS 66211-7820

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_Name of clerk of court_

Date:   11/26/2012                      s/ K. Atkins
_Deputy clerk's signature_

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*