# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Western District of Kentucky

Case Number: 512CV127R

Plaintiff/Petitioner:
**LWD PRP GROUP**
vs.
Defendant/Respondent:
**WASTE EXPRESS, INC., et al.**

Received by HPS Process Service & Investigations, Inc. to be served on **CM Packaging Group, LLC, c/o Mark R. Faber, President, 800 Ela Road, Lake Zurich, IL 60047.** I, Paul Girel, do hereby affirm that on the 6 day of December, 2012 at 12:45 pm., executed service by delivering a true copy of the Summons in Civil Action and Complaint in accordance with state statutes in the manner marked below:

( ) REGISTERED AGENT SERVICE: By serving _____
as _____ for the above-named entity.

( ) RECORDS CUSTODIAN SERVICE: By serving _____
as _____ for the above-named entity.

(X) CORPORATE SERVICE: By serving Tim Carrigan
as Sales Manager for the above-named entity.

( ) OTHER SERVICE: As described in the Comments below.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

PROCESS SERVER # 117-001119
Appointed in accordance with State Statutes

**HPS Process Service & Investigations, Inc.**
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
(800) 796-9559
Our Job Serial Number: 2012028493
Ref: 12-127 LWD Incinerator Site

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5h

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on CM Packaging Group, LLC, by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is Tim Carrigan - Sales Manager ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: 12-7-12

Server's signature

Paul Girel, Process Server
Printed name and title

HPS
www.hatfieldprocess.com
1669 Jefferson Street
Kansas City, MO 64108

Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| IWD PRP GROUP <br> Plaintiff <br> v. <br> CM PACKAGING GROUP LLC <br> Defendant | ) ) ) ) ) ) Civil Action No. 5:12CV-127-R |

### Summons in a Civil Action

To: *(Defendant's name and address)*
Mark R. Faber
President
CM Packaging Group LLC
800 Ela Rd.
Lake Zurich, IL 60047

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Gary D. Justis, Esq.
The Justis Law Firm, LLC
5251 W. 116th Place
Suite 200
Leawood, KS 66211-7820

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____
Name of clerk of court

Date: 11/26/2012           s/ K. Atkins
_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*