# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Western District of Kentucky

Case Number: 512CV127R

Plaintiff/Petitioner:
**LWD PRP GROUP**
vs.
Defendant/Respondent:
**WASTE EXPRESS, INC., et al.**

Received by HPS Process Service & Investigations, Inc. to be served on **Greenlee Diamond Tool Co., c/o Michael L. Wilkie, President, 2375 Touhy Avenue, Elk Grove Village, IL 60007**. I, _Craig Palmer_ , do hereby affirm that on the __4__ day of _December_, 20_12_ at _10_:_05_A.m., executed service by delivering a true copy of the Summons in Civil Action and Complaint in accordance with state statutes in the manner marked below:

( ) REGISTERED AGENT SERVICE: By serving _____
as _____ for the above-named entity.

( ) RECORDS CUSTODIAN SERVICE: By serving _____
as _____ for the above-named entity.

(✓) CORPORATE SERVICE: By serving _Jim Long_ _____
as _President_ _____ for the above-named entity.

( ) OTHER SERVICE: As described in the Comments below.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____
_____
_____
_____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

_Craig Palmer_

PROCESS SERVER # _117-00119_
Appointed in accordance with State Statutes

**HPS Process Service & Investigations, Inc.**
**www.hpsprocess.com**
**1669 Jefferson**
**Kansas City, MO 64108**
**(800) 796-9559**
Our Job Serial Number: 2012028487
Ref: 12-127 LWD Incinerator Site

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5h

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on *Greenlee Diamond Tool Co*
by:

  (1) personally delivering a copy of each to the individual at this place, _____
   _____ ; or

  (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
   who resides there and is of suitable age and discretion; or

  (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
   *Jim Long - President* _____ ; or

  (4) returning the summons unexecuted to the court clerk on _____ ; or

  (5) other *(specify)* _____
   _____
   _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date:  *12-5-12*

*Craig Palmer*
Server's signature

*Craig Palmer, Process Server*
Printed name and title

HPS
PROCESS SERVICE
INVESTIGATIONS

www.hatfieldprocess.com
1669 Jefferson Street
Kansas City, MO 64108

_____
Server's address

AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT
### for the

| | | |
|---|---|---|
| IWD PRP GROUP | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 5:12CV-127-R |
| GREENLEE DIAMOND TOOL CO. | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*
    Michael L. Wilkie
    President
    Greenlee Diamond Tool Co.
    2375 Touhy Ave.
    Elk Grove Village, IL  60007

A lawsuit has been filed against you.

       Within  21  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Gary D. Justis, Esq.
The Justis Law Firm, LLC
5251 W. 116th Place
Suite 200
Leawood, KS 66211-7820

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date:  11/26/2012

s/ K. Atkins

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*