*#65 - Pro* (handwritten)

*#233033300* (handwritten)

FILED
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
13 JAN 11  AM 9:40

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
### PADUCAH DIVISION

|  |  |  |
|---|---|---|
| LWD PRP GROUP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 5:12CV-127-R |
| | ) | |
| ACF INDUSTRIES LLC; ACCENT STRIP, INC.; | ) | |
| ADENA HEALTH SYSTEM; ADVANCE | ) | |
| PROCESS SUPPLY CO.; ADVANCED | ) | |
| RESOURCE RECOVERY, LLC; AERO-MARK, | ) | |
| INC.; AGI-SHOREWOOD; AIRPORT | ) | |
| TERMINAL SERVICES, INC.; ALAMCO | ) | |
| WOOD PRODUCTS, LLC; ALL AMERICAN | ) | |
| GROUP, INC.; ALL WASTE, INC.; | ) | |
| ALLEGHENY COUNTY, PENNSYLVANIA; | ) | |
| ALLEGHENY TECHNOLOGIES, INC.; | ) | |
| ALLIANCE RESOURCE PARTNERS, LP; | ) | |
| ALSCO INC.; AMERICAN GREETING CORP.; | ) | |
| AMETEK, INC.; AMLI RESIDENTIAL | ) | |
| PROPERTIES; AN-KOR RACK CO., INC.; THE | ) | |
| ANDERSONS, INC.; ANDOVER COILS, LLC; | ) | |
| APEX OIL COMPANY, INC.; ARELCO | ) | |
| PLASTICS FABRICATING CO.; ARMS | ) | |
| EQUIPMENT, INC.; ARTISTIC FINISHES, | ) | |
| INC.; ATKORE INTERNATIONAL, INC.; AVX | ) | |
| CORPORATION; B-B PAINT CORP.; B.H. | ) | |
| BUNN CO.; B&B ROOFING & | ) | |
| CONSTRUCTION; BASS PRO SHOPS, INC.; | ) | |
| BATTS, INC.; BELL AND HOWELL, LLC; | ) | |
| BEMIS COMPANY, INC.; BIPACCO | ) | |
| COATINGS, LLC; BLAIN SUPPLY, INC.; | ) | |
| BLUE BIRD CORPORATION; | ) | |
| BMO HARRIS BANK N.A.; BPS, INC.; | ) | |
| BRECKINRIDGE-GRAYSON COUNTY, | ) | |
| KENTUCKY; BUNTON SEED CO.; | ) | |
| BUTLER TOOL, INC.; C&R AG SUPPLY, INC.; | ) | |
| CAA OF INDIANA, INC.; CARBOLINE | ) | |
| COMPANY; CARMAN CLEANERS; CASTLE | ) | |
| METAL FINISHING CORP.; CATALENT, INC.; | ) | |
| CENTRAL ILLINOIS PUBLIC SERVICE | ) | |
| COMPANY; CFPG LTD.; CHATTEM | ) | |

CHEMICALS, INC.; CHEM GROUP, INC.; )
CHEM PROCESSING, INC.; CHICAGO PARK )
DISTRICT; CITY OF BOWLING GREEN, )
KENTUCKY; CITY OF CEDAR RAPIDS, )
IOWA; CITY OF KEOKUK, IOWA; CITY OF )
LOUISVILLE, KENTUCKY; CLINTON )
ELECTRONICS CORP.; CLONDALKIN )
GROUP INC.; CM PACKAGING GROUP LLC; )
CNA INTERNATIONAL INC.; COLUMBIA )
COUNTY, NEW YORK; COLUMBIA GULF )
TRANSMISSION COMPANY; COMMERCE )
HOLDING CO., INC.; COMMERCIAL )
VEHICLE GROUP, INC.; CONSOLIDATED )
GRAPHICS, INC.; CONTINENTAL AG; )
CONTINENTAL MOTORS, INC.; COOPER US, )
INC.; CORNETT MACHINE SHOP, INC.; )
CUPPLES PRODUCTS CO.; CURTIS-TOLEDO, )
INC.; CURWOOD, INC.; CUSTOM )
AGRICULTURE FORMULATORS, INC.; )
DAHLSTROM DISPLAY, INC.; DANAHER )
CORP.; DARAMIC LLC; DAYCO PRODUCTS, )
LLC; DAYTON SUPERIOR CORP.; DECOART, )
INC.; DEL-HOMES, INC.; DELAWARE )
TERMINAL CO.; DES MOINES AREA )
COMMUNITY COLLEGE; DEWITT )
BARRELS, INC.; DIAMOND PACKAGING )
CORPORATION; DIS-TRAN WOOD )
PRODUCTS; DISTTECH, INC.; DOMINION; )
DORIC PRODUCTS, INC.; DRESSER )
INDUSTRIES INC.; DRIV-LOK, INC.; DRIVE )
SOURCE INTERNATIONAL, INC.; THE )
DUROX CO.; E.D. ETNYRE & CO.; )
EASTONBELL SPORTS, INC.; )
ECKO PRODUCTS )
GROUP, LLC; ECONOMY BOAT STORE; )
EFTEC NORTH AMERICA LLC; EGGERS )
INDUSTRIES, INC.; 1883 PROPERTIES, INC.; )
ELECTRIC ENERGY, INC.; ELECTROLUX )
NORTH AMERICA, INC.; EMC )
CORPORATION; ENVIRONMENTAL )
COATINGS, INC.; ENVIRONMENTAL )
SERVICES OF NORTH AMERICA, INC.; )
ESTRON CHEMICAL, INC.; EVANITE FIBER )
CORPORATION; EVANS TEMPCON, INC.; )
EXCEL TSD, INC.; EXIDE TECHNOLOGIES; )
FANNIN COUNTY, TEXAS; FANSTEEL, INC.; )

FARRELL-CALHOUN PAINT, INC.; FAYETTE )
COUNTY SCHOOLS, KENTUCKY; FIBA )
TECHNOLOGIES, INC.; FILER AUTO BODY, )
INC.; FILTER SYSTEMS, INC.; )
THE FINISHING COMPANY; )
FLEET IMAGE OF LANSING, INC.; )
FORTUNE BRANDS HOME & SECURITY, )
INC.; FOX VALLEY SYSTEMS,INC.; )
FREEHOLD CARTAGE, INC.; FRESH )
MEADOWS-NEW YORK DRY CLEANERS; )
THE GATES CORPORATION; GENERAL )
LOOSE LEAF BINDERY CO.; GEORGIA )
WORLD CONGRESS CENTER; GORDON )
SMITH & CO.; GRAFTOBIAN LTD.; GREAT )
DANE L.P.; GREENLEE DIAMOND TOOL )
CO.; GREENWAY ENVIRONMENTAL, INC.; )
GRUP ANTOLIN NORTH AMERICA, INC.; )
HANNAH MARITIME CORP.; HARDINGE )
INC.; HAS COMPLETION CENTER, INC.; )
HAWKINS, INC.; HEARTH & HOME )
TECHNOLOGIES, INC.; HEICO )
CORPORATION; HERITAGE )
ENVIRONMENTAL SERVICES, INC.; )
HERITAGE TRANSPORT, LLC; HEXCEL )
CORP.; HEYMAN PROPERTIES; HILLAERO )
MODIFICATION CENTER; HINKLE CHAIR )
CO., INC.; HOGE LUMBER CO.; HOLLISTER )
INCORPORATED; HORNING WIRE )
CORPORATION; HOUGHTON )
INTERNATIONAL, INC.; HOUSING )
AUTHORITY OF HOPKINSVILLE, )
KENTUCKY; HSBC NORTH AMERICA )
HOLDINGS, INC.; HUGHES PARKER )
INDUSTRIES, LLC; HURST CHEMICAL )
COMPANY; HUSCO INTERNATIONAL, INC.; )
HYDE PARK ONE HOUR MARTINIZING; )
ILLINOIS DEPARTMENT OF AGRICULTURE; )
ILLINOIS DEPARTMENT OF CORRECTIONS; )
ILLINOIS DEPARTMENT OF )
TRANSPORTATION; ILLINOIS STATE )
UNIVERSITY; INSULATED ROOFING )
CONTRACTORS; THE INTERPUBLIC GROUP )
OF COMPANIES, INC.; IOWA PRECISION )
INDUSTRIES, INC.; IPC GLOBAL )
SOLUTIONS; IRWIN SEATING CO.; J.C. )
BAKER & SON, INC.; JAMES MARINE, INC.; )

3

JARDEN CORPORATION; JEFFERSON                   )
COUNTY PUBLIC WORKS; JMC STEEL                  )
GROUP; KELLWOOD CO.; KEMPEN PAINT               )
CO.; KENTUCKYONE HEALTH, INC.;                  )
KRAUTH ELECTRIC CO.; LAUREL                     )
MOUNTAIN WHIRLPOOLS, INC.; LBC                  )
HOUSTON, LP; LEEDS SEATING COMPANY;             )
LEON PLASTICS, INC.; LONE STAR                  )
INDUSTRIES, INC.; LONGABERGER CO.;              )
LOUISVILLE & JEFFERSON COUNTY M.S.D.;           )
M.C. CHEMICAL COMPANY; MACON                    )
RESOURCES, INC.; MADISONVILLE AUTO              )
PARTS, INC.; MALTA WINDOWS & DOORS;             )
MARCHEM CORPORATION; MARINETTE                  )
MARINE CORPORATION; MATHEWS                     )
MARBLE MANUFACTURING, INC.;                     )
MCLAUGHLIN BODY COMPANY; THE                    )
MCPHERSON COMPANIES; MEGAFAB, INC.;             )
MEI LLC; MEREDITH CORPORATION;                  )
MERIDIAN AUTOMOTIVE SYSTEMS, INC.;              )
METAL FORMS CORP.; MEYER STEEL                  )
DRUM, INC.; MICHIGAN DEPARTMENT OF              )
CORRECTIONS; MICROBAC                           )
LABORATORIES, INC.; MID-VALLEY                  )
PIPELINE CO.; MID-WESTERN                       )
COMMERCIAL ROOFERS, INC.; THE                   )
MIDDLEBY CORPORATION; MITSUBISHI                )
MOTORS NORTH AMERICA, INC.; MOEN                )
INCORPORATED; MOTION INDUSTRIES,                )
INC.; MOTOR CASTINGS CO., INC.;                 )
MOUNTAINEER GAS CO.; MURRAY                     )
EQUIPMENT INC.; NAGLE PUMPS, INC.;              )
NATIONAL DETROIT, INC.; NATIONAL                )
RAILWAY EQUIPMENT CO.; NAUTILUS,                )
INC.; NEW JERSEY DEPARTMENT OF                  )
TRANSPORTATION; NILFISK-ADVANCE,                )
INC.; NITTO DENKO AMERICA, INC.;                )
OAKDALE CONSTRUCTION CO.; OHIO                  )
DEPARTMENT OF REHABILITATION AND                )
CORRECTIONS; OHIO DEPARTMENT OF                 )
TRANSPORATION; OSRAM SYLVANIA                   )
PRODUCTS, INC.; PADUCAH RENT-A-CAR,             )
INC.; THE PANTRY, INC.; PARKER                  )
PLASTICS CORP.; PATRIACH PARTNERS,              )
LLC; PCI SERVICES, INC.; PENNSYLVANIA           )
DEPARTMENT OF TRANSPORATION;                    )

4

PENNSYLVANIA URBAN REDEVELOPMENT )
AUTHORITY; THE PENRAY COMPANIES, )
INC.; PEOPLES NATURAL GAS COMPANY )
LLC; PETERBILT MOTORS COMPANY; )
PETROCLEAN, INC.; PHILIP SERVICES )
CORPORATION; PILOT TRAVEL CENTERS )
LLC; PINELLAS COUNTY SCHOOL BOARD; )
PIT STOP GROCERY; PLASCORE, INC.; )
PLASTICS ENGINEERING CO.; PLY GEM )
HOLDINGS INC.; PLYWOOD & DOOR )
MANUFACTURERS CORP.; PMRS, INC.; )
PORT JEFFERSON COUNTRY CLUB; )
POWEREX INC.; PRECISION PRODUCTS )
GROUP, INC.; PSC, LLC; PUBLISHERS )
PRINTING CO., LLC; QUBICAAMF )
WORLDWIDE; R.G. SMITH CO., INC.; )
RAWLINGS SPORTING GOODS CO., INC.; )
RELOCATABLE CONFINEMENT )
FACILITIES; RESCAR, INC.; RESERVE )
ENVIRONMENTAL SERVICES, INC.; )
REXNORD INDUSTRIES, INC.; RG STEEL, )
LLC; RICERCA INC.; RIVERSIDE )
CORRECTIONAL FACILITY; ROCKFORD )
MANUFACTURING GROUP, INC.; )
ROCKLAND CORP.; ROLL FORMING )
CORPORATION; SAFEWAY INC.; )
SAINTGOBAIN ABRASIVES, INC.; )
SCA AMERICAS; SCHOOT GEMTRON )
CORPORATION; SCHUMACHER ELECTRIC )
CORP.; SCOTT INDUSTRIES, LLC; )
SEA GULL LIGHTING )
PRODUCTS, LLC; SEARS HOLDING )
CORPORATION; SEMI BULK SYSTEMS, INC.; )
SEMLING-MANKE CO.; SEVILLE FLEXPACK )
CORP.; SHAW-LUNDQUIST ASSOCIATES, )
INC.; SHOP N' GAS, INC.; SIGNATURE )
FLIGHT SUPPORT; SLOCUM PONTIAC )
SUBARU INC.; SMITH & WESSON HOLDING )
CORP.; SOLUCORP INDUSTRIES, LTD.; )
SOUTH COUNTY TECHNICAL SCHOOL; )
SPARTAN MOTORS, INC.; SPAWN MATE, )
INC.; THE STANDARD GROUP; STAR GAS )
PARTNERS, L.P.; STERIS CORP.; STERLING )
HARDWARE, LLC; STMICROELECTRONICS; )
STOLLE MACHINERY COMPANY, LLC; )
STOLPER INDUSTRIES, INC.; STOUT )

INDUSTRIES, INC.; STP, INC.; STREATER,          )
INC.; STRIPPER FURNITURE RESTORATION )
INC.; SUN-TIMES MEDIA HOLDINGS, LLC;     )
SUNRISE PACKAGING FILM; SUPERIOR OIL  )
COMPANY, INC.; SYNTECHNICS, INC.; T&F   )
INDUSTRIES INC.; TAKEDA                              )
PHARMACEUTICALS NORTH AMERICA,       )
INC.; TECH 2000 WOODWORKS, INC.;            )
TETRA PAK INC.; TI AUTOMOTIVE; TITAN    )
EXPRESS, INC.; TITAN INTERNATIONAL,       )
INC.; TITAN TUBE FABRICATORS, INC.;          )
TOM FRANK ENTERPRISES, INC.; TOWER      )
INTERNATIONAL, INC.; TRANSIT                     )
AUTHORITY OF RIVER CITY, KENTUCKY;      )
TRI-CON INDUSTRIES, LTD.; TRUMBULL       )
RIVER SERVICE, INC.; TWA INC.;                     )
TWINPLEX MANUFACTURING CO.; UNITED  )
PETROLEUM SERVICE, INC.; UNITED            )
STATES GYPSUM CO.; UNIVERSAL MUSIC    )
GROUP, INC.; UNIVERSITY OF                        )
ILLINOISURBANA MAIN CAMPUS;                 )
UNIVERSITY OF IOWA; URBAN RENEWAL     )
& COMMUNITY DEVELOPMENT AGENCY;     )
US ECOLOGY, INC.; USEC, INC.; VANCHEM,  )
INC.; VI-JON, INC.; W.R. GRACE & CO.;          )
WABTEC CORP.; WADE BILLADEAU FARMS, )
INC.; WARREN PAINT & COLOR CO.;             )
WASTE EXPRESS, INC.; WATTS & DURR        )
OIL COMPANY, INC.; WESTWIND                   )
COMPOSITES INC.; WHEELER LUMBER, LLC; )
WIL-RICH LLC; WILLERT HOME PRODUCTS, )
INC.; WIPAIRE, INC.; WOLVERINE PIPE LINE )
CO.; WOODWARD, INC.; WURTH USA, INC.;   )
XPAC, INC.; YENKIN-MAJESTIC PAINT          )
CORP.; YUNKER INDUSTRIES, INC.; ZALK      )
JOSEPHS FABRICATORS LLC; ZELLER            )
TECHNOLOGIES, INC.,

                    Defendants.

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to United States District Court for the Western District of Kentucky Local Rule

83.2 ("Permission to Practice in a Particular Case"), I, Evan J. McGinley, hereby moves this

Court for admission *pro hac vice* in the above-captioned action.  I am an Assistant Attorney General for the State of Illinois, with a business address of 69 West Washington Street, Suite 1800, Chicago, Illinois 60602, and telephone number of (312) 814-3153.  I am a member in good standing of the bar of the State of Illinois and am also a member of the Federal Trial Bar for the United States District Court for the Northern District of Illinois.  It is my intention to represent several State of Illinois entities which have been named by Plaintiff as Defendants in this action, should this Court grant my motion.

Attached hereto is my affidavit in support of this motion, as well as a proposed order granting this motion.  Concurrently with my filing of this motion, I am also submitting a written statement agreeing abide by and to be subject to the rule of the Kentucky Supreme Court, as well as a statement identifying the method of training which I have completed before using the Court's electronic filing system.

WHEREFORE, the undersigned, Evan J. McGinley, Assistant Attorney General for the State of Illinois, hereby prays that this Court grant my motion and to admit me *pro hac vice*.

Respectfully submitted this 10th Day of January, 2013

By: _____
EVAN J. MCGINLEY (IARDC # 6237655)
Assistant Attorney General
Office of the Attorney General
Environmental Bureau
69 West Washington Street, Suite 1800
Chicago, Illinois 60602
312/814-3153
emcginley@atg.state.il.us

7

**WRITTEN STATEMENT REGARDING TRAINING ON COURT'S ELECTRONIC
FILING SYSTEM**


I, Evan J. McGinley, Assistant Attorney General for the State of Illinois (Illinois Attorney
Registration and Disciplinary Committee Number 6237655), hereby state that I have previously
received training on the electronic filing system in the United States District Court for the
Northern District of Illinois, where I am a member of the General Bar and the Trial Bar.
Additionally, I have reviewed information on the website maintained by the United States
District Court of the Western District of Kentucky regarding use of the Court's electronic filing
system.


EVAN J. McGINLEY