**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION**

LWD PRP GROUP,

Plaintiff,

v.

Civil Action No. 5:12CV-127-R

ACF INDUSTRIES LLC; ACCENT STRIP, INC.; ADENA HEALTH SYSTEM; ADVANCE PROCESS SUPPLY CO.; ADVANCED RESOURCE RECOVERY, LLC; AERO-MARK, INC.; AGI-SHOREWOOD; AIRPORT TERMINAL SERVICES, INC.; ALAMCO WOOD PRODUCTS, LLC; ALL AMERICAN GROUP, INC.; ALL WASTE, INC.; ALLEGHENY COUNTY, PENNSYLVANIA; ALLEGHENY TECHNOLOGIES, INC.; ALLIANCE RESOURCE PARTNERS, LP; ALSCO INC.; AMERICAN GREETING CORP.; AMETEK, INC.; AMLI RESIDENTIAL PROPERTIES; AN-KOR RACK CO., INC.; THE ANDERSONS, INC.; ANDOVER COILS, LLC; APEX OIL COMPANY, INC.; ARELCO PLASTICS FABRICATING CO.; ARMS EQUIPMENT, INC.; ARTISTIC FINISHES, INC.; ATKORE INTERNATIONAL, INC.; AVX CORPORATION; B-B PAINT CORP.; B.H. BUNN CO.; B&B ROOFING & CONSTRUCTION; BASS PRO SHOPS, INC.; BATTS, INC.; BELL AND HOWELL, LLC; BEMIS COMPANY, INC.; BIPACCO COATINGS, LLC; BLAIN SUPPLY, INC.; BLUE BIRD CORPORATION; BMO HARRIS BANK N.A.; BPS, INC.; BRECKINRIDGE-GRAYSON COUNTY, KENTUCKY; BUNTON SEED CO.; BUTLER TOOL, INC.; C&R AG SUPPLY, INC.; CAA OF INDIANA, INC.; CARBOLINE COMPANY; CARMAN CLEANERS; CASTLE METAL FINISHING CORP.; CATALENT, INC.; CENTRAL ILLINOIS PUBLIC SERVICE COMPANY; CFPG LTD.; CHATTEM

CHEMICALS, INC.; CHEM GROUP, INC.; )
CHEM PROCESSING, INC.; CHICAGO PARK )
DISTRICT; CITY OF BOWLING GREEN, )
KENTUCKY; CITY OF CEDAR RAPIDS, )
IOWA; CITY OF KEOKUK, IOWA; CITY OF )
LOUISVILLE, KENTUCKY; CLINTON )
ELECTRONICS CORP.; CLONDALKIN )
GROUP INC.; CM PACKAGING GROUP LLC; )
CNA INTERNATIONAL INC.; COLUMBIA )
COUNTY, NEW YORK; COLUMBIA GULF )
TRANSMISSION COMPANY; COMMERCE )
HOLDING CO., INC.; COMMERCIAL )
VEHICLE GROUP, INC.; CONSOLIDATED )
GRAPHICS, INC.; CONTINENTAL AG; )
CONTINENTAL MOTORS, INC.; COOPER US, )
INC.; CORNETT MACHINE SHOP, INC.; )
CUPPLES PRODUCTS CO.; CURTIS-TOLEDO, )
INC.; CURWOOD, INC.; CUSTOM )
AGRICULTURE FORMULATORS, INC.; )
DAHLSTROM DISPLAY, INC.; DANAHER )
CORP.; DARAMIC LLC; DAYCO PRODUCTS, )
LLC; DAYTON SUPERIOR CORP.; DECOART, )
INC.; DEL-HOMES, INC.; DELAWARE )
TERMINAL CO.; DES MOINES AREA )
COMMUNITY COLLEGE; DEWITT )
BARRELS, INC.; DIAMOND PACKAGING )
CORPORATION; DIS-TRAN WOOD )
PRODUCTS; DISTTECH, INC.; DOMINION; )
DORIC PRODUCTS, INC.; DRESSER )
INDUSTRIES INC.; DRIV-LOK, INC.; DRIVE )
SOURCE INTERNATIONAL, INC.; THE )
DUROX CO.; E.D. ETNYRE & CO.; )
EASTONBELL SPORTS, INC.; )
ECKO PRODUCTS )
GROUP, LLC; ECONOMY BOAT STORE; )
EFTEC NORTH AMERICA LLC; EGGERS )
INDUSTRIES, INC.; 1883 PROPERTIES, INC.; )
ELECTRIC ENERGY, INC.; ELECTROLUX )
NORTH AMERICA, INC.; EMC )
CORPORATION; ENVIRONMENTAL )
COATINGS, INC.; ENVIRONMENTAL )
SERVICES OF NORTH AMERICA, INC.; )
ESTRON CHEMICAL, INC.; EVANITE FIBER )
CORPORATION; EVANS TEMPCON, INC.; )
EXCEL TSD, INC.; EXIDE TECHNOLOGIES; )
FANNIN COUNTY, TEXAS; FANSTEEL, INC.; )

FARRELL-CALHOUN PAINT, INC.; FAYETTE )
COUNTY SCHOOLS, KENTUCKY; FIBA )
TECHNOLOGIES, INC.; FILER AUTO BODY, )
INC.; FILTER SYSTEMS, INC.; )
THE FINISHING COMPANY; )
FLEET IMAGE OF LANSING, INC.; )
FORTUNE BRANDS HOME & SECURITY, )
INC.; FOX VALLEY SYSTEMS,INC.; )
FREEHOLD CARTAGE, INC.; FRESH )
MEADOWS-NEW YORK DRY CLEANERS; )
THE GATES CORPORATION; GENERAL )
LOOSE LEAF BINDERY CO.; GEORGIA )
WORLD CONGRESS CENTER; GORDON )
SMITH & CO.; GRAFTOBIAN LTD.; GREAT )
DANE L.P.; GREENLEE DIAMOND TOOL )
CO.; GREENWAY ENVIRONMENTAL, INC.; )
GRUP ANTOLIN NORTH AMERICA, INC.; )
HANNAH MARITIME CORP.; HARDINGE )
INC.; HAS COMPLETION CENTER, INC.; )
HAWKINS, INC.; HEARTH & HOME )
TECHNOLOGIES, INC.; HEICO )
CORPORATION; HERITAGE )
ENVIRONMENTAL SERVICES, INC.; )
HERITAGE TRANSPORT, LLC; HEXCEL )
CORP.; HEYMAN PROPERTIES; HILLAERO )
MODIFICATION CENTER; HINKLE CHAIR )
CO., INC.; HOGE LUMBER CO.; HOLLISTER )
INCORPORATED; HORNING WIRE )
CORPORATION; HOUGHTON )
INTERNATIONAL, INC.; HOUSING )
AUTHORITY OF HOPKINSVILLE, )
KENTUCKY; HSBC NORTH AMERICA )
HOLDINGS, INC.; HUGHES PARKER )
INDUSTRIES, LLC; HURST CHEMICAL )
COMPANY; HUSCO INTERNATIONAL, INC.; )
HYDE PARK ONE HOUR MARTINIZING; )
ILLINOIS DEPARTMENT OF AGRICULTURE; )
ILLINOIS DEPARTMENT OF CORRECTIONS; )
ILLINOIS DEPARTMENT OF )
TRANSPORTATION; ILLINOIS STATE )
UNIVERSITY; INSULATED ROOFING )
CONTRACTORS; THE INTERPUBLIC GROUP )
OF COMPANIES, INC.; IOWA PRECISION )
INDUSTRIES, INC.; IPC GLOBAL )
SOLUTIONS; IRWIN SEATING CO.; J.C. )
BAKER & SON, INC.; JAMES MARINE, INC.; )

JARDEN CORPORATION; JEFFERSON )
COUNTY PUBLIC WORKS; JMC STEEL )
GROUP; KELLWOOD CO.; KEMPEN PAINT )
CO.; KENTUCKYONE HEALTH, INC.; )
KRAUTH ELECTRIC CO.; LAUREL )
MOUNTAIN WHIRLPOOLS, INC.; LBC )
HOUSTON, LP; LEEDS SEATING COMPANY; )
LEON PLASTICS, INC.; LONE STAR )
INDUSTRIES, INC.; LONGABERGER CO.; )
LOUISVILLE & JEFFERSON COUNTY M.S.D.; )
M.C. CHEMICAL COMPANY; MACON )
RESOURCES, INC.; MADISONVILLE AUTO )
PARTS, INC.; MALTA WINDOWS & DOORS; )
MARCHEM CORPORATION; MARINETTE )
MARINE CORPORATION; MATHEWS )
MARBLE MANUFACTURING, INC.; )
MCLAUGHLIN BODY COMPANY; THE )
MCPHERSON COMPANIES; MEGAFAB, INC.; )
MEI LLC; MEREDITH CORPORATION; )
MERIDIAN AUTOMOTIVE SYSTEMS, INC.; )
METAL FORMS CORP.; MEYER STEEL )
DRUM, INC.; MICHIGAN DEPARTMENT OF )
CORRECTIONS; MICROBAC )
LABORATORIES, INC.; MID-VALLEY )
PIPELINE CO.; MID-WESTERN )
COMMERCIAL ROOFERS, INC.; THE )
MIDDLEBY CORPORATION; MITSUBISHI )
MOTORS NORTH AMERICA, INC.; MOEN )
INCORPORATED; MOTION INDUSTRIES, )
INC.; MOTOR CASTINGS CO., INC.; )
MOUNTAINEER GAS CO.; MURRAY )
EQUIPMENT INC.; NAGLE PUMPS, INC.; )
NATIONAL DETROIT, INC.; NATIONAL )
RAILWAY EQUIPMENT CO.; NAUTILUS, )
INC.; NEW JERSEY DEPARTMENT OF )
TRANSPORTATION; NILFISK-ADVANCE, )
INC.; NITTO DENKO AMERICA, INC.; )
OAKDALE CONSTRUCTION CO.; OHIO )
DEPARTMENT OF REHABILITATION AND )
CORRECTIONS; OHIO DEPARTMENT OF )
TRANSPORATION; OSRAM SYLVANIA )
PRODUCTS, INC.; PADUCAH RENT-A-CAR, )
INC.; THE PANTRY, INC.; PARKER )
PLASTICS CORP.; PATRIACH PARTNERS, )
LLC; PCI SERVICES, INC.; PENNSYLVANIA )
DEPARTMENT OF TRANSPORATION; )

PENNSYLVANIA URBAN REDEVELOPMENT )
AUTHORITY; THE PENRAY COMPANIES, )
INC.; PEOPLES NATURAL GAS COMPANY )
LLC; PETERBILT MOTORS COMPANY; )
PETROCLEAN, INC.; PHILIP SERVICES )
CORPORATION; PILOT TRAVEL CENTERS )
LLC; PINELLAS COUNTY SCHOOL BOARD; )
PIT STOP GROCERY; PLASCORE, INC.; )
PLASTICS ENGINEERING CO.; PLY GEM )
HOLDINGS INC.; PLYWOOD & DOOR )
MANUFACTURERS CORP.; PMRS, INC.; )
PORT JEFFERSON COUNTRY CLUB; )
POWEREX INC.; PRECISION PRODUCTS )
GROUP, INC.; PSC, LLC; PUBLISHERS )
PRINTING CO., LLC; QUBICAAMF )
WORLDWIDE; R.G. SMITH CO., INC.; )
RAWLINGS SPORTING GOODS CO., INC.; )
RELOCATABLE CONFINEMENT )
FACILITIES; RESCAR, INC.; RESERVE )
ENVIRONMENTAL SERVICES, INC.; )
REXNORD INDUSTRIES, INC.; RG STEEL, )
LLC; RICERCA INC.; RIVERSIDE )
CORRECTIONAL FACILITY; ROCKFORD )
MANUFACTURING GROUP, INC.; )
ROCKLAND CORP.; ROLL FORMING )
CORPORATION; SAFEWAY INC.; )
SAINTGOBAIN ABRASIVES, INC.; )
SCA AMERICAS; SCHOOT GEMTRON )
CORPORATION; SCHUMACHER ELECTRIC )
CORP.; SCOTT INDUSTRIES, LLC; )
SEA GULL LIGHTING )
PRODUCTS, LLC; SEARS HOLDING )
CORPORATION; SEMI BULK SYSTEMS, INC.; )
SEMLING-MANKE CO.; SEVILLE FLEXPACK )
CORP.; SHAW-LUNDQUIST ASSOCIATES, )
INC.; SHOP N' GAS, INC.; SIGNATURE )
FLIGHT SUPPORT; SLOCUM PONTIAC )
SUBARU INC.; SMITH & WESSON HOLDING )
CORP.; SOLUCORP INDUSTRIES, LTD.; )
SOUTH COUNTY TECHNICAL SCHOOL; )
SPARTAN MOTORS, INC.; SPAWN MATE, )
INC.; THE STANDARD GROUP; STAR GAS )
PARTNERS, L.P.; STERIS CORP.; STERLING )
HARDWARE, LLC; STMICROELECTRONICS; )
STOLLE MACHINERY COMPANY, LLC; )
STOLPER INDUSTRIES, INC.; STOUT )

INDUSTRIES, INC.; STP, INC.; STREATER, INC.; STRIPPER FURNITURE RESTORATION INC.; SUN-TIMES MEDIA HOLDINGS, LLC; SUNRISE PACKAGING FILM; SUPERIOR OIL COMPANY, INC.; SYNTECHNICS, INC.; T&F INDUSTRIES INC.; TAKEDA PHARMACEUTICALS NORTH AMERICA, INC.; TECH 2000 WOODWORKS, INC.; TETRA PAK INC.; TI AUTOMOTIVE; TITAN EXPRESS, INC.; TITAN INTERNATIONAL, INC.; TITAN TUBE FABRICATORS, INC.; TOM FRANK ENTERPRISES, INC.; TOWER INTERNATIONAL, INC.; TRANSIT AUTHORITY OF RIVER CITY, KENTUCKY; TRI-CON INDUSTRIES, LTD.; TRUMBULL RIVER SERVICE, INC.; TWA INC.; TWINPLEX MANUFACTURING CO.; UNITED PETROLEUM SERVICE, INC.; UNITED STATES GYPSUM CO.; UNIVERSAL MUSIC GROUP, INC.; UNIVERSITY OF ILLINOISURBANA MAIN CAMPUS; UNIVERSITY OF IOWA; URBAN RENEWAL & COMMUNITY DEVELOPMENT AGENCY; US ECOLOGY, INC.; USEC, INC.; VANCHEM, INC.; VI-JON, INC.; W.R. GRACE & CO.; WABTEC CORP.; WADE BILLADEAU FARMS, INC.; WARREN PAINT & COLOR CO.; WASTE EXPRESS, INC.; WATTS & DURR OIL COMPANY, INC.; WESTWIND COMPOSITES INC.; WHEELER LUMBER, LLC; WIL-RICH LLC; WILLERT HOME PRODUCTS, INC.; WIPAIRE, INC.; WOLVERINE PIPE LINE CO.; WOODWARD, INC.; WURTH USA, INC.; XPAC, INC.; YENKIN-MAJESTIC PAINT CORP.; YUNKER INDUSTRIES, INC.; ZALK JOSEPHS FABRICATORS LLC; ZELLER TECHNOLOGIES, INC.,

Defendants.

**AFFIDAVIT OF EVAN J. McGINLEY**

**IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

STATE OF ILLINOIS )
) SS
COUNTY OF COOK )

I, EVAN J. MCGINLEY, being first duly sworn on oath, state and aver the following:

1. I make this affidavit based on my personal knowledge, information, and belief.

2. I was admitted to the bar of the State of Illinois on November 7, 1996, Supreme Court No. 6237655. On May 17, 2007, I was also admitted to the Trial Bar for the United States District Court for the Northern Illinois.

3. I am in good standing in all jurisdictions in which I am admitted and no disciplinary proceedings or criminal charges have ever been instituted against me in any court or jurisdiction.

4. I am attaching to this declaration a Certificate of Good Standing issued by the Supreme Court of Illinois (Exhibit A).

5. I am currently employed as an Assistant Attorney General, Environmental Bureau, for the State of Illinois, with offices located at 69 West Washington Street, Suite 1800, Chicago, Illinois 60602.

6. I maintain neither a residence nor a principal place of business in the Western District of Kentucky and I have not previously requested admission *pro hac vice* to the United States District Court for the Western District of Kentucky.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of December, 2012.

Evan J. McGinley

SUBSCRIBED AND SWORN to before me on December 28, 2012

Arlene Maryanski

Notary Public

OFFICIAL SEAL
ARLENE MARYANSKI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 6-6-2016

# Certificate of Admission To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Evan James McGinley

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 7, 1996 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Friday, October 12, 2012.

Carolyn Taft Grosboll

Clerk

