IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

LWD PRP GROUP,                                )
                                              )
    Plaintiff,                             )
                                              )
    v.                                     )    Civil Action No. 5:12CV-127-R
                                              )
ACF INDUSTRIES LLC; ACCENT STRIP, INC.;       )
ADENA HEALTH SYSTEM; ADVANCE                  )
PROCESS SUPPLY CO.; ADVANCED                  )
RESOURCE RECOVERY, LLC; AERO-MARK,            )
INC.; AGI-SHOREWOOD; AIRPORT                  )
TERMINAL SERVICES, INC.; ALAMCO               )
WOOD PRODUCTS, LLC; ALL AMERICAN              )
GROUP, INC.; ALL WASTE, INC.;                 )
ALLEGHENY COUNTY, PENNSYLVANIA;               )
ALLEGHENY TECHNOLOGIES, INC.;                 )
ALLIANCE RESOURCE PARTNERS, LP;               )
ALSCO INC.; AMERICAN GREETING CORP.;          )
AMETEK, INC.; AMLI RESIDENTIAL                )
PROPERTIES; AN-KOR RACK CO., INC.; THE        )
ANDERSONS, INC.; ANDOVER COILS, LLC;          )
APEX OIL COMPANY, INC.; ARELCO                )
PLASTICS FABRICATING CO.; ARMS                )
EQUIPMENT, INC.; ARTISTIC FINISHES,           )
INC.; ATKORE INTERNATIONAL, INC.; AVX         )
CORPORATION; B-B PAINT CORP.; B.H.            )
BUNN CO.; B&B ROOFING &                       )
CONSTRUCTION; BASS PRO SHOPS, INC.;           )
BATTS, INC.; BELL AND HOWELL, LLC;            )
BEMIS COMPANY, INC.; BIPACCO                  )
COATINGS, LLC; BLAIN SUPPLY, INC.;            )
BLUE BIRD CORPORATION;                        )
BMO HARRIS BANK N.A.; BPS, INC.;              )
BRECKINRIDGE-GRAYSON COUNTY,                  )
KENTUCKY; BUNTON SEED CO.;                    )
BUTLER TOOL, INC.; C&R AG SUPPLY, INC.;       )
CAA OF INDIANA, INC.; CARBOLINE               )
COMPANY; CARMAN CLEANERS; CASTLE              )
METAL FINISHING CORP.; CATALENT, INC.;        )
CENTRAL ILLINOIS PUBLIC SERVICE               )
COMPANY; CFPG LTD.; CHATTEM                   )

CHEMICALS, INC.; CHEM GROUP, INC.;            )
CHEM PROCESSING, INC.; CHICAGO PARK           )
DISTRICT; CITY OF BOWLING GREEN,              )
KENTUCKY; CITY OF CEDAR RAPIDS,               )
IOWA; CITY OF KEOKUK, IOWA; CITY OF           )
LOUISVILLE, KENTUCKY; CLINTON                 )
ELECTRONICS CORP.; CLONDALKIN                 )
GROUP INC.; CM PACKAGING GROUP LLC;           )
CNA INTERNATIONAL INC.; COLUMBIA              )
COUNTY, NEW YORK; COLUMBIA GULF               )
TRANSMISSION COMPANY; COMMERCE                )
HOLDING CO., INC.; COMMERCIAL                 )
VEHICLE GROUP, INC.; CONSOLIDATED             )
GRAPHICS, INC.; CONTINENTAL AG;               )
CONTINENTAL MOTORS, INC.; COOPER US,          )
INC.; CORNETT MACHINE SHOP, INC.;             )
CUPPLES PRODUCTS CO.; CURTIS-TOLEDO,          )
INC.; CURWOOD, INC.; CUSTOM                   )
AGRICULTURE FORMULATORS, INC.;                )
DAHLSTROM DISPLAY, INC.; DANAHER              )
CORP.; DARAMIC LLC; DAYCO PRODUCTS,           )
LLC; DAYTON SUPERIOR CORP.; DECOART,          )
INC.; DEL-HOMES, INC.; DELAWARE               )
TERMINAL CO.; DES MOINES AREA                 )
COMMUNITY COLLEGE; DEWITT                     )
BARRELS, INC.; DIAMOND PACKAGING              )
CORPORATION; DIS-TRAN WOOD                    )
PRODUCTS; DISTTECH, INC.; DOMINION;           )
DORIC PRODUCTS, INC.; DRESSER                 )
INDUSTRIES INC.; DRIV-LOK, INC.; DRIVE        )
SOURCE INTERNATIONAL, INC.; THE               )
DUROX CO.; E.D. ETNYRE & CO.;                 )
EASTONBELL SPORTS, INC.;                      )
ECKO PRODUCTS                                 )
GROUP, LLC; ECONOMY BOAT STORE;               )
EFTEC NORTH AMERICA LLC; EGGERS               )
INDUSTRIES, INC.; 1883 PROPERTIES, INC.;      )
ELECTRIC ENERGY, INC.; ELECTROLUX             )
NORTH AMERICA, INC.; EMC                      )
CORPORATION; ENVIRONMENTAL                    )
COATINGS, INC.; ENVIRONMENTAL                 )
SERVICES OF NORTH AMERICA, INC.;              )
ESTRON CHEMICAL, INC.; EVANITE FIBER          )
CORPORATION; EVANS TEMPCON, INC.;             )
EXCEL TSD, INC.; EXIDE TECHNOLOGIES;          )
FANNIN COUNTY, TEXAS; FANSTEEL, INC.;         )

FARRELL-CALHOUN PAINT, INC.; FAYETTE COUNTY SCHOOLS, KENTUCKY; FIBA TECHNOLOGIES, INC.; FILER AUTO BODY, INC.; FILTER SYSTEMS, INC.; THE FINISHING COMPANY; FLEET IMAGE OF LANSING, INC.; FORTUNE BRANDS HOME & SECURITY, INC.; FOX VALLEY SYSTEMS, INC.; FREEHOLD CARTAGE, INC.; FRESH MEADOWS-NEW YORK DRY CLEANERS; THE GATES CORPORATION; GENERAL LOOSE LEAF BINDERY CO.; GEORGIA WORLD CONGRESS CENTER; GORDON SMITH & CO.; GRAFTOBIAN LTD.; GREAT DANE L.P.; GREENLEE DIAMOND TOOL CO.; GREENWAY ENVIRONMENTAL, INC.; GRUP ANTOLIN NORTH AMERICA, INC.; HANNAH MARITIME CORP.; HARDINGE INC.; HAS COMPLETION CENTER, INC.; HAWKINS, INC.; HEARTH & HOME TECHNOLOGIES, INC.; HEICO CORPORATION; HERITAGE ENVIRONMENTAL SERVICES, INC.; HERITAGE TRANSPORT, LLC; HEXCEL CORP.; HEYMAN PROPERTIES; HILLAERO MODIFICATION CENTER; HINKLE CHAIR CO., INC.; HOGE LUMBER CO.; HOLLISTER INCORPORATED; HORNING WIRE CORPORATION; HOUGHTON INTERNATIONAL, INC.; HOUSING AUTHORITY OF HOPKINSVILLE, KENTUCKY; HSBC NORTH AMERICA HOLDINGS, INC.; HUGHES PARKER INDUSTRIES, LLC; HURST CHEMICAL COMPANY; HUSCO INTERNATIONAL, INC.; HYDE PARK ONE HOUR MARTINIZING; ILLINOIS DEPARTMENT OF AGRICULTURE; ILLINOIS DEPARTMENT OF CORRECTIONS; ILLINOIS DEPARTMENT OF TRANSPORTATION; ILLINOIS STATE UNIVERSITY; INSULATED ROOFING CONTRACTORS; THE INTERPUBLIC GROUP OF COMPANIES, INC.; IOWA PRECISION INDUSTRIES, INC.; IPC GLOBAL SOLUTIONS; IRWIN SEATING CO.; J.C. BAKER & SON, INC.; JAMES MARINE, INC.;

JARDEN CORPORATION; JEFFERSON )
COUNTY PUBLIC WORKS; JMC STEEL )
GROUP; KELLWOOD CO.; KEMPEN PAINT )
CO.; KENTUCKYONE HEALTH, INC.; )
KRAUTH ELECTRIC CO.; LAUREL )
MOUNTAIN WHIRLPOOLS, INC.; LBC )
HOUSTON, LP; LEEDS SEATING COMPANY; )
LEON PLASTICS, INC.; LONE STAR )
INDUSTRIES, INC.; LONGABERGER CO.; )
LOUISVILLE & JEFFERSON COUNTY M.S.D.; )
M.C. CHEMICAL COMPANY; MACON )
RESOURCES, INC.; MADISONVILLE AUTO )
PARTS, INC.; MALTA WINDOWS & DOORS; )
MARCHEM CORPORATION; MARINETTE )
MARINE CORPORATION; MATHEWS )
MARBLE MANUFACTURING, INC.; )
MCLAUGHLIN BODY COMPANY; THE )
MCPHERSON COMPANIES; MEGAFAB, INC.; )
MEI LLC; MEREDITH CORPORATION; )
MERIDIAN AUTOMOTIVE SYSTEMS, INC.; )
METAL FORMS CORP.; MEYER STEEL )
DRUM, INC.; MICHIGAN DEPARTMENT OF )
CORRECTIONS; MICROBAC )
LABORATORIES, INC.; MID-VALLEY )
PIPELINE CO.; MID-WESTERN )
COMMERCIAL ROOFERS, INC.; THE )
MIDDLEBY CORPORATION; MITSUBISHI )
MOTORS NORTH AMERICA, INC.; MOEN )
INCORPORATED; MOTION INDUSTRIES, )
INC.; MOTOR CASTINGS CO., INC.; )
MOUNTAINEER GAS CO.; MURRAY )
EQUIPMENT INC.; NAGLE PUMPS, INC.; )
NATIONAL DETROIT, INC.; NATIONAL )
RAILWAY EQUIPMENT CO.; NAUTILUS, )
INC.; NEW JERSEY DEPARTMENT OF )
TRANSPORTATION; NILFISK-ADVANCE, )
INC.; NITTO DENKO AMERICA, INC.; )
OAKDALE CONSTRUCTION CO.; OHIO )
DEPARTMENT OF REHABILITATION AND )
CORRECTIONS; OHIO DEPARTMENT OF )
TRANSPORTATION; OSRAM SYLVANIA )
PRODUCTS, INC.; PADUCAH RENT-A-CAR, )
INC.; THE PANTRY, INC.; PARKER )
PLASTICS CORP.; PATRIACH PARTNERS, )
LLC; PCI SERVICES, INC.; PENNSYLVANIA )
DEPARTMENT OF TRANSPORATION; )

PENNSYLVANIA URBAN REDEVELOPMENT )
AUTHORITY; THE PENRAY COMPANIES, )
INC.; PEOPLES NATURAL GAS COMPANY )
LLC; PETERBILT MOTORS COMPANY; )
PETROCLEAN, INC.; PHILIP SERVICES )
CORPORATION; PILOT TRAVEL CENTERS )
LLC; PINELLAS COUNTY SCHOOL BOARD; )
PIT STOP GROCERY; PLASCORE, INC.; )
PLASTICS ENGINEERING CO.; PLY GEM )
HOLDINGS INC.; PLYWOOD & DOOR )
MANUFACTURERS CORP.; PMRS, INC.; )
PORT JEFFERSON COUNTRY CLUB; )
POWEREX INC.; PRECISION PRODUCTS )
GROUP, INC.; PSC, LLC; PUBLISHERS )
PRINTING CO., LLC; QUBICAAMF )
WORLDWIDE; R.G. SMITH CO., INC.; )
RAWLINGS SPORTING GOODS CO., INC.; )
RELOCATABLE CONFINEMENT )
FACILITIES; RESCAR, INC.; RESERVE )
ENVIRONMENTAL SERVICES, INC.; )
REXNORD INDUSTRIES, INC.; RG STEEL, )
LLC; RICERCA INC.; RIVERSIDE )
CORRECTIONAL FACILITY; ROCKFORD )
MANUFACTURING GROUP, INC.; )
ROCKLAND CORP.; ROLL FORMING )
CORPORATION; SAFEWAY INC.; )
SAINTGOBAIN ABRASIVES, INC.; )
SCA AMERICAS; SCHOOT GEMTRON )
CORPORATION; SCHUMACHER ELECTRIC )
CORP.; SCOTT INDUSTRIES, LLC; )
SEA GULL LIGHTING )
PRODUCTS, LLC; SEARS HOLDING )
CORPORATION; SEMI BULK SYSTEMS, INC.; )
SEMLING-MANKE CO.; SEVILLE FLEXPACK )
CORP.; SHAW-LUNDQUIST ASSOCIATES, )
INC.; SHOP N' GAS, INC.; SIGNATURE )
FLIGHT SUPPORT; SLOCUM PONTIAC )
SUBARU INC.; SMITH & WESSON HOLDING )
CORP.; SOLUCORP INDUSTRIES, LTD.; )
SOUTH COUNTY TECHNICAL SCHOOL; )
SPARTAN MOTORS, INC.; SPAWN MATE, )
INC.; THE STANDARD GROUP; STAR GAS )
PARTNERS, L.P.; STERIS CORP.; STERLING )
HARDWARE, LLC; STMICROELECTRONICS; )
STOLLE MACHINERY COMPANY, LLC; )
STOLPER INDUSTRIES, INC.; STOUT )

INDUSTRIES, INC.; STP, INC.; STREATER, )
INC.; STRIPPER FURNITURE RESTORATION )
INC.; SUN-TIMES MEDIA HOLDINGS, LLC; )
SUNRISE PACKAGING FILM; SUPERIOR OIL )
COMPANY, INC.; SYNTECHNICS, INC.; T&F )
INDUSTRIES INC.; TAKEDA )
PHARMACEUTICALS NORTH AMERICA, )
INC.; TECH 2000 WOODWORKS, INC.; )
TETRA PAK INC.; TI AUTOMOTIVE; TITAN )
EXPRESS, INC.; TITAN INTERNATIONAL, )
INC.; TITAN TUBE FABRICATORS, INC.; )
TOM FRANK ENTERPRISES, INC.; TOWER )
INTERNATIONAL, INC.; TRANSIT )
AUTHORITY OF RIVER CITY, KENTUCKY; )
TRI-CON INDUSTRIES, LTD.; TRUMBULL )
RIVER SERVICE, INC.; TWA INC.; )
TWINPLEX MANUFACTURING CO.; UNITED )
PETROLEUM SERVICE, INC.; UNITED )
STATES GYPSUM CO.; UNIVERSAL MUSIC )
GROUP, INC.; UNIVERSITY OF )
ILLINOISURBANA MAIN CAMPUS; )
UNIVERSITY OF IOWA; URBAN RENEWAL )
& COMMUNITY DEVELOPMENT AGENCY; )
US ECOLOGY, INC.; USEC, INC.; VANCHEM, )
INC.; VI-JON, INC.; W.R. GRACE & CO.; )
WABTEC CORP.; WADE BILLADEAU FARMS, )
INC.; WARREN PAINT & COLOR CO.; )
WASTE EXPRESS, INC.; WATTS & DURR )
OIL COMPANY, INC.; WESTWIND )
COMPOSITES INC.; WHEELER LUMBER, LLC; )
WIL-RICH LLC; WILLERT HOME PRODUCTS, )
INC.; WIPAIRE, INC.; WOLVERINE PIPE LINE )
CO.; WOODWARD, INC.; WURTH USA, INC.; )
XPAC, INC.; YENKIN-MAJESTIC PAINT )
CORP.; YUNKER INDUSTRIES, INC.; ZALK )
JOSEPHS FABRICATORS LLC; ZELLER )
TECHNOLOGIES, INC., )

        Defendants.

## ORDER FOR ADMISSION

It appearing to the Court that the requirements of Local Rule 83.2 having been satisfied by the movant, the motion for the admission of Evan J. McGinley to appear before this Court on behalf of the State of Illinois *pro hac vice* is hereby **GRANTED**.

**SO ORDERED**, this day ___ of January, 2013

_____

**JUDGE, UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY**