IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

**LWD PRP GROUP,**           )
                             )
      **Plaintiff,**    )
                             )  Civil Action No. 5:12CV-127-R
      v.              )
                             )
**ACF INDUSTRIES, LLC., et al.,**  )
                             )
      **Defendants.**   )

## ORDER GRANTING SANDRA A. KOZLOWSKI'S MOTION FOR ADMISSION *PRO HAC VICE*

This cause has come before the Court upon the motion of Sandra A. Kozlowski, counsel for Defendant, Pennsylvania Department of Transportation, to practice *pro hac vice* in the above-captioned cause only, provided that the filing fee has been paid. Being fully advised, it is now:

ORDERED that the motion be and is hereby GRANTED. It is further

ORDERED that Sandra A. Kozlowski be permitted to appear *pro hac vice* on behalf of Defendant Pennsylvania Department of Transportation.

Date:_____