# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Civil Action No. 5:12-CV-00127-TBR |
| v. | ) |
| | ) |
| **ACF INDUSTRIES LLC, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER DENYING MOTION TO DISMISS

This matter is before the Court on Motion to Dismiss filed by Defendant Relocatable Confinement Facilities, Inc., captioned in the above matter as "Relocatable Confinement Facilities" ("RCF") (DN 440). Upon consideration of RCF's Motion, the Plaintiff's Response to Defendant RCF's Motion to Dismiss thereto (DN 541), and the entire record herein,

**IT IS HEREBY ORDERED** that the Defendant's Motion is **DENIED**.

ENTERED this _____ day of _____, 2013.

_____
Thomas B. Russell, Senior Judge
United States District