IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 5:12-CV-127-TBR |
| | ) |
| **ACF INDUSTRIES LLC, et al.** | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS
MICHIGAN DEPARTMENT OF CORRECTIONS AND RIVERSIDE
CORRECTIONAL FACILITY INDUSTRIES, INC. WITHOUT PREJUDICE**

Plaintiff LWD PRP Group, through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendants Michigan Department of Corrections and Riverside Correctional Facility from this cause without Prejudice. Defendants filed a Motion to Dismiss on December 26, 2012 (DN 453), and have filed or will file to withdraw the Motion to Dismiss.

Respectfully submitted,

/s/ Ambereen Shaffie
Ambereen Shaffie          admitted *pro hac vice*
Gary D. Justis             admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, KS  66211-7820
Telephone:  (913) 998-6100
Facsimile:  (913) 998-6101
Email:  gjustis@justislawfirm.com
Email:  ashaffie@justislawfirm.com

    and

W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2013, a copy of the foregoing Notice of Voluntary Dismissal of Defendants Michigan Department of Corrections and Riverside Correctional Facility without Prejudice was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's Electronic Case Filing System.

    /s/ Ambereen Shaffie_____
    Ambereen Shaffie