### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF KENTUCKY
### PADUCAH DIVISION

| | |
|---|---|
| LWD PRP Group, | Case No. **5:12-cv-00127-TBR** |
| Plaintiffs | |
| | Judge Thomas B. Russell |
| v. | |
| ACF Industries, LLC, *et al.* | **NOTICE TO WITHDRAW MOTION TO DISMISS WITHOUT PREJUDICE** |
| Defendants | |

Defendants, Michigan Department of Corrections and Riverside Correctional Facility, through counsel and pursuant to plaintiff's Fed. R. Civ. P 41(a)(1)(A)(i) voluntary dismissal without prejudice, hereby withdraws its Motion for Dismissal without prejudice.

Dated: Lansing, Michigan
January 17, 2013

/s/Richard S. Kuhl
Richard S. Kuhl (P42042)
Assistant Attorney General
Environment, Natural Resources,
and Agriculture Division
6th Floor, G. Mennen Williams Bldg.
525 West Ottawa Street
Lansing, MI 48933
Telephone: (517) 373-7540
Facsimile: (517) 373-1610
Email: KuhlR@michigan.gov

## CERTIFICATE OF SERVICE

On this 17th Day of January 2013, I electronically filed this document through the ECF system, which we send a notice of electronic filing to counsel for Plaintiff LWD Group and counsel to the other defendants in this matter.

Dated: Lansing, Michigan
January 17, 2013

Respectfully submitted,

/s/Richard S. Kuhl
Richard S. Kuhl (P42042)
Assistant Attorney General
Environment, Natural Resources,
and Agriculture Division
6th Floor, G. Mennen Williams Bldg.
525 West Ottawa Street
Lansing, MI 48933
Telephone: (517) 373-7540
Facsimile: (517) 373-1610
Email: KuhlR@michigan.gov