# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Western District of Kentucky

Case Number: 512CV127R

Plaintiff/Petitioner:
**LWD PRP GROUP**

vs.

Defendant/Respondent:
**WASTE EXPRESS, INC., et al.**

Received by HPS Process Service & Investigations, Inc. to be served on **EXCEL TSD, Inc., c/o Steve Neal, Owner, 552 Rivergate Drive, Memphis, TN 38109.**

I, LEW BAUMGARTEL, do hereby affirm that on the **5th day of December, 2012** at **11:47 am,** I:

Served the within named with a true copy of the **Summons in Civil Action and Complaint** by leaving with Steve Neal, Owner at **552 Rivergate Drive, Memphis, TN 38109.**

**Marital Status:** Based upon inquiry of party served, Defendant is not married.

I am over the age of eighteen, and have no interest in the above action.

*[Signature]*
**LEW BAUMGARTEL**
Process Server

**HPS Process Service & Investigations, Inc.**
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
(800) 796-9559
Our Job Serial Number: HAT-2012028455
Ref: 12-127 LWD Incinerator Site

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __12-5-2012__, by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is __Steve Neal, Owner__ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: __1-11-13__

_Len Baumgartel_
Server's signature

_Len Baumgartel_
Printed name and title

**HPS**
www.hatfieldprocess.com
1669 Jefferson Street
Kansas City, MO 64108

Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

LWD PRP GROUP
Plaintiff
v.
EXCEL TSD, INC.
Defendant

Civil Action No. 5:12CV-127-R

**Summons in a Civil Action**

To: *(Defendant's name and address)*
Steve Neal
Owner
Excel TSD, Inc.
552 Rivergate Dr.
Memphis, TN  38109

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Gary D. Justis, Esq.
The Justis Law Firm, LLC
5251 W. 116th Place
Suite 200
Leawood, KS 66211-7820

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date: 11/26/2012          s/ K. Atkins
                          Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)