**FILED**

VANESSA L. ARMSTRONG, CLERK

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF KENTUCKY
### PADUCAH DIVISION

JAN 1 4 2012

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

| | | |
|---|---|---|
| LWD PRP GROUP, | ) | CASE NO. 5:12-CV-127R |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ACF INDUSTRIES LLC; et al., | ) | NOTICE OF APPEARANCE |
| | ) | |
| Defendants. | ) | |
| | ) | |

**COMES NOW** the undersigned enters and appearance on behalf of the State of Iowa in this action. The undersigned is an Assistant Attorney General for the State of Iowa.

**THOMAS J. MILLER**
Attorney General of Iowa

**/s/GEORGE A. CARROLL**
George A. Carroll
Assistant Attorney General
Hoover Building, Second Floor
1305 East Walnut Street
Des Moines, Iowa 50319
PHONE: (515) 281-8330
FAX: (515) 281-7219
E-MAIL: George.carroll@iowa.gov
ATTORNEYS FOR DEFENDANT
STATE OF IOWA

*Original filed electronically.*

*Copy electronically served on all parties of record.*

---

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on January 11, 2013:

- ☐ U.S. Mail
- ☐ Hand Delivery
- ☐ Federal Express
- ☒ ECF System Participant (Electronic Service)
- ☐ FAX
- ☐ Overnight Courier
- ☐ Other

Signature: /s/Betty Christensen

---

1