FILED
VANESSA L. ARMSTRONG, CLERK

JAN 17 2013

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

5:12CV-127-TBR

2013 JAN -2 P 2: 34

# WAIVER OF SERVICE OF SUMMONS

**TO: UNITED STATES MARSHALS SERVICE**

I acknowledge receipt of your request that I waive service of a summons in the action of **LWD PRP v. ACF Industries, LLC, et al.** which is case number **12-127** in the United States District Court for the Western District of Kentucky. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after **November 19, 2012** (date request was sent), or within 90 days after that date if the request was sent outside the United States.

**December 14, 2012**
    Date

_____
    Signature

Printed/typed name: Sandra Kozlowski

Title if any:   Deputy Attorney General

Counsel for:   Defendant – Pennsylvania Department of Transportation