## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| **Plaintiff ,** | ) |
| | ) Civil Action No. 5:12-CV-127-TBR |
| v. | ) |
| | ) |
| **ACF INDUSTRIES LLC, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## AGREED ORDER

Pursuant to LR 7.1(b), and upon the agreement of counsel for the Plaintiff, LWD PRP Group, and Defendant, Pennsylvania Department of Transportation ("PADOT"), it is hereby **ORDERED** that Defendant, PADOT, shall have up to and including January 31, 2013 in which to finalize settlement discussions and/or to reply to the Complaint. It is represented that:

1. No previous extension has been requested or obtained;

2. Service of Process was effected on or after November 24, 2012;

3. Counsel for Plaintiff believes that the time to Answer, Move or otherwise Reply expired on December 17, 2012. Counsel for PADOT disputes that formal service was required and was acting under the assumption that its response was due 1/18/13 due to the acceptance of service via mail and execution of a waiver of service under F.R.C.P. 4.

**SO ORDERED** this _____day, _____ 2013.

**SO AGREED:**

/s/ Sandra A. Kozlowski
Sandra A. Kozlowski        admitted *pro hac vice*
Office of Attorney General
Commonwealth of Pennsylvania
564 Forbes Avenue-Manor Building, 6th Floor
Pittsburgh, PA  15219
Telephone: (412) 565-2569
Facsimile: (412) 565-3028
Email: skozlowski@attorneygeneral.gov

*Attorney for Defendant Pennsylvania Dept. of Transportation*

/s/ Ambereen Shaffie  (with permission)
Ambereen Shaffie        admitted *pro hac vice*
Gary D. Justis           admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, KS  66211-7820
Telephone:  (913) 998-6100
Facsimile:  (913) 998-6101
Email:  ashaffie@justislawfirm.com
Email:  gjustis@justislawfirm.com

and

W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, KY  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

*Attorneys for the Plaintiff LWD PRP Group*

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2013, a true and correct copy of the foregoing Agreed Order was served electronically on the counsel of record in this matter by means of the Court's CM/ECF electronic filing system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

                                          By: /s/ Sandra A. Kozlowski
                                               Sandra A. Kozlowski