UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO 5:12-CV-127-R

| | |
|---|---|
| LWD PRP GROUP, | ) |
| Plaintiff. | ) ) ) |
| v. | ) ) |
| ACF INDUSTRIES, LLC et al., | ) ) |
| Defendants. | ) |

## JOINT MOTION TO EXTEND TIME FOR EXIDE TECHNOLOGIES TO RESPOND TO PLAINTIFF'S COMPLAINT

COMES NOW, Plaintiff LWD PRP Group, by counsel, and Defendant Exide Technologies, by counsel, and hereby move this Honorable Court to enter the accompanying Agreed Order on Joint Motion to Extend Time for Exide Technologies to Respond to Plaintiff's Complaint through and including February 13, 2013 to answer and/or otherwise respond to Plaintiff's Complaint in the above-styled action.

Have seen and Agreed to:

| | |
|---|---|
| /s/ Gary D. Justis (with permission)<br>Gary D. Justis<br>The Justis Law Firm LLC<br>5251 W. 116th Place, Suite 200<br>Leawood, KS 66211-7820<br>gjustis@justislawfirm.com<br>Attorney for Plaintiff<br><br>*LWD PRP Group* | /s/ Whitney M Harmon<br>Whitney M. Harmon<br>Baker Donelson Bearman Caldwell<br>  and Berkowitz<br>First Tennessee Building<br>165 Madison Avenue, Suite 2000<br>Memphis, Tennessee 38103<br>wharmon@bakerdonelson.com<br><br>Attorney for Defendant Exide Technologies<br><br>*Exide Technologies* |

## NOTICE OF ELECTRONIC FILING AND CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of Court by using the CM/ECF system on this 22 day of January, 2013, which will send a notice of electronic filing to all counsel of record in this action.

By:   /s/ *Whitney M. Harmon*              .
      Whitney M. Harmon
      Baker Donelson Bearman Caldwell
        and Berkowitz
      First Tennessee Building
      165 Madison Avenue, Suite 2000
      Memphis, Tennessee 38103
      wharmon@bakerdonelson.com