UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:12-CV-00127

LWD PRP GROUP                                                                                       PLAINTIFF

VS.

ACF INDUSTRIES LLC, et al                                                                    DEFENDANTS

## ENTRY OF APPEARANCE FOR DEFENDANT, UNIVERSITY OF IOWA

Comes the undersigned, Amy Harwood-Jackson, a regularly-practicing attorney in the Western District of Kentucky, United States District Court, and enters her appearance as local counsel for the defendant, University of Iowa.

      Respectfully submitted,

      HARWOOD-JACKSON LAW OFFICE, PLLC

      /s/Amy Harwood-Jackson
      Amy Harwood-Jackson
      P.O. Box 1782
      500 Broadway
      Paducah, KY   42002-1782
      (270) 443-8550

      amy@harwood-jacksonlaw.com

      ATTORNEY FOR UNIVERSITY OF IOWA

## CERTIFICATE OF SERVICE

    I hereby certify that on the 22nd day of January, 2013, I electronically filed with the clerk of court by using the CM/ECF system, the foregoing document which will send a notice of electronic filing to all parties.

                                                      /s/Amy Harwood- Jackson
                                                      Amy Harwood-Jackson