**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**

| | | |
|---|---|---|
| **LWD PRP GROUP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No. 5:12-CV-00127-TBR** |
| **v.** | ) | |
| | ) | |
| **ACF INDUSTRIES LLC, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**AGREED MOTION TO DISMISS**
**DEFENDANT ACF INDUSTRIES LLC WITH PREJUDICE**

Plaintiff LWD PRP Group ("Plaintiff") and Defendant ACF Industries LLC (also referred to in the Court docket as "ACF Industries, LLC") ("ACF"), through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), hereby move this Court for an Order dismissing ACF with prejudice. Further, conditioned upon the Court dismissing ACF with prejudice, ACF voluntarily dismisses its counterclaims against Plaintiff pursuant to Federal Rule of Civil Procedure 41(c). In support of this motion, Plaintiff and ACF state as follows:

1. Plaintiff commenced this cause of action on August 31, 2012, with the filing of its Complaint.

2. On December 17, 2012, ACF filed its Answer and Affirmative Defenses to the Complaint and Counterclaims (DN 393).

3. On December 31, 2012, Plaintiff filed a motion for leave to file an amended complaint (the "Amended Complaint") (DN 466).

4. Plaintiff has agreed to dismiss its claims, including those in the Complaint and the Amended Complaint, against ACF.  ACF has agreed to dismiss its counterclaims against Plaintiff.

5. Therefore, Plaintiff and ACF jointly move the Court for voluntary dismissal of ACF, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2), and to vacate the previous Notice of Dismissal filed on January 3, 2013 (DN 477).

6. Subject to the Court dismissing ACF with prejudice, ACF, pursuant to Federal Rule of Civil Procedure 41(c), voluntarily dismisses its counterclaims against Plaintiff.

WHEREFORE, Plaintiff and ACF agree that an order dismissing ACF, with prejudice, is appropriate; therefore, the parties respectfully request that the Court enter such an Order.

Dated:   January 22, 2013                  Respectfully submitted,

/s/ Ambereen Shaffie
Ambereen Shaffie          admitted *pro hac vice*
Gary D. Justis            admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, KS  66211-7820
Telephone:  (913) 998-6100
Facsimile:  (913) 998-6101
Email:  ashaffie@justislawfirm.com
Email:  gjustis@justislawfirm.com

and

W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, KY  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP
GROUP

/s/ Douglas A. Cohen (*with permission*)
Douglas A. Cohen
Scott A. Muska
BROWN RUDNICK LLP
185 Asylum St.
Hartford, CT  06103
Telephone:  (860) 509-6500
Facsimile:  (860) 509-6690
Email: dcohen@brownrudnick.com
Email: smuska@brownrudnick.com

ATTORNEY FOR DEFENDANT ACF
INDUSTRIES LLC

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2013, a copy of the foregoing Consent Motion to Dismiss Defendant ACF Industries LLC with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's Electronic Case Filing System.


/s/ Ambereen Shaffie
Ambereen Shaffie