## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 5:12-CV-00127-TBR |
| v. | ) |
| | ) |
| **ACF INDUSTRIES LLC, et al.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING AGREED MOTION
## TO DISMISS DEFENDANT ACF INDUSTRIES LLC WITH PREJUDICE

This matter is before the Court on an Agreed Motion ("Motion") by the Plaintiff LWD PRP Group and Defendant ACF Industries LLC ("ACF"), for an Order dismissing Defendant ACF with prejudice. In consideration of the Motion and the entire record herein,

**IT IS HEREBY ORDERED** that the Agreed Motion is **GRANTED** and that Defendant ACF be, and the same is hereby, **DISMISSED** with prejudice.

ENTERED this _____ day of _____, 2013.