**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**
**CASE NO. 5:12-CV-00127**

**LWD PRP GROUP**                                                           **PLAINTIFF**

**v.**

**ACF INDUSTRIES, LLC,** *ET AL.*                                 **DEFENDANTS**

**ORDER**

Pending before the Court is a motion to dismiss for failure to state a claim by Defendant Ohio Department of Rehabilitations and Corrections and Defendant Ohio Department of Transportation.  Defs.' Mot., Docket Number ("DN") 340.  That motion was filed on November 29, 2012.  On December 18, 2012, both Defendants were voluntarily dismissed by Plaintiff LWD PRP Group.  Notice of Voluntary Dismissal, DN 404.  Accordingly,

**IT IS HEREBY ORDERED** that the motion to dismiss by Defendant Ohio Department of Rehabilitations and Corrections and Defendant Ohio Department of Transportation is **DENIED AS MOOT** as a result of the Plaintiff's voluntary dismissal of those Defendants.