# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | )   **Civil Action No. 5:12-CV-00127-TBR** |
| **v.** | ) |
| | ) |
| **ACF INDUSTRIES LLC, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER GRANTING AGREED MOTION
## TO DISMISS DEFENDANT ACF INDUSTRIES LLC WITH PREJUDICE

This matter is before the Court on an Agreed Motion ("Motion") by the Plaintiff LWD PRP Group and Defendant ACF Industries LLC ("ACF"), for an Order dismissing Defendant ACF with prejudice. (Docket Number 558.) In that motion, ACF agreed to voluntarily dismiss its counterclaims against Plaintiff upon entry of this dismissal. In consideration of the Motion and the entire record herein,

**IT IS HEREBY ORDERED** that the Agreed Motion is **GRANTED** and the Plaintiff's previous voluntary dismissal of Defendant ACF (Docket Number 699) is **VACATED.** Defendant ACF is hereby **DISMISSED** with prejudice from this action.