# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | | |
|---|---|---|
| LWD PRP GROUP, | ) | |
| | ) | |
| Plaintiff, | ) | *Electronically Filed* |
| | ) | |
| v. | ) | No. 5:12-CV-127 |
| | ) | |
| ACF INDUSTRIES LLC; ACCENT STRIP, INC.; ADENA HEALTH SYSTEM; ADVANCE PROCESS SUPPLY CO.; ADVANCED RESOURCE RECOVERY, LLC; AERO-MARK, INC.; AGI-SHOREWOOD; AIRPORT TERMINAL SERVICES, INC.; ALAMCO WOOD PRODUCTS, LLC; ALL AMERICAN GROUP, INC.; ALL WASTE, INC.; ALLEGHENY COUNTY, PENNSYLVANIA; ALLEGHENY TECHNOLOGIES, INC.; ALLIANCE RESOURCE PARTNERS, LP; ALSCO INC.; AMERICAN GREETING CORP.; AMETEK, INC.; AMLI RESIDENTIAL PROPERTIES; AN-KOR RACK CO., INC.; THE ANDERSONS, INC.; ANDOVER COILS, LLC; APEX OIL COMPANY, INC.; ARELCO PLASTICS FABRICATING CO.; ARMS EQUIPMENT, INC.; ARTISTIC FINISHES, INC.; ATKORE INTERNATIONAL, INC.; AVX CORPORATION; B-B PAINT CORP.; B.H. BUNN CO.; B&B ROOFING & CONSTRUCTION; BASS PRO SHOPS, INC.; BATTS, INC.; BELL AND HOWELL, LLC; BEMIS COMPANY, INC.; BIPACCO COATINGS, LLC; BLAIN SUPPLY, INC.; BLUE BIRD CORPORATION; BMO HARRIS BANK N.A.; BPS, INC.; BRECKINRIDGE-GRAYSON COUNTY, KENTUCKY; BUNTON SEED CO.; BUTLER TOOL, INC.; C&R AG SUPPLY, INC.; CAA OF INDIANA, INC.; CARBOLINE COMPANY; CARMAN CLEANERS; CASTLE METAL FINISHING CORP.; CATALENT, INC.; CENTRAL ILLINOIS PUBLIC SERVICE COMPANY; CFPG LTD.; CHATTEM | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

CHEMICALS, INC.; CHEM GROUP, INC.; )
CHEM PROCESSING, INC.; CHICAGO PARK )
DISTRICT; CITY OF BOWLING GREEN, )
KENTUCKY; CITY OF CEDAR RAPIDS, )
IOWA; CITY OF KEOKUK, IOWA; CITY OF )
LOUISVILLE, KENTUCKY; CLINTON )
ELECTRONICS CORP.; CLONDALKIN )
GROUP INC.; CM PACKAGING GROUP LLC; )
CNA INTERNATIONAL INC.; COLUMBIA )
COUNTY, NEW YORK; COLUMBIA GULF )
TRANSMISSION COMPANY; COMMERCE )
HOLDING CO., INC.; COMMERCIAL )
VEHICLE GROUP, INC.; CONSOLIDATED )
GRAPHICS, INC.; CONTINENTAL AG; )
CONTINENTAL MOTORS, INC.; COOPER US, )
INC.; CORNETT MACHINE SHOP, INC.; )
CUPPLES PRODUCTS CO.; CURTIS-TOLEDO, )
INC.; CURWOOD, INC.; CUSTOM )
AGRICULTURE FORMULATORS, INC.; )
DAHLSTROM DISPLAY, INC.; DANAHER )
CORP.; DARAMIC LLC; DAYCO PRODUCTS, )
LLC; DAYTON SUPERIOR CORP.; DECOART, )
INC.; DEL-HOMES, INC.; DELAWARE )
TERMINAL CO.; DES MOINES AREA )
COMMUNITY COLLEGE; DEWITT )
BARRELS, INC.; DIAMOND PACKAGING )
CORPORATION; DIS-TRAN WOOD )
PRODUCTS; DISTTECH, INC.; DOMINION; )
DORIC PRODUCTS, INC.; DRESSER )
INDUSTRIES INC.; DRIV-LOK, INC.; DRIVE )
SOURCE INTERNATIONAL, INC.; THE )
DUROX CO.; E.D. ETNYRE & CO.; )
EASTONBELL SPORTS, INC.; )
ECKO PRODUCTS )
GROUP, LLC; ECONOMY BOAT STORE; )
EFTEC NORTH AMERICA LLC; EGGERS )
INDUSTRIES, INC.; 1883 PROPERTIES, INC.; )
ELECTRIC ENERGY, INC.; ELECTROLUX )
NORTH AMERICA, INC.; EMC )
CORPORATION; ENVIRONMENTAL )
COATINGS, INC.; ENVIRONMENTAL )
SERVICES OF NORTH AMERICA, INC.; )
ESTRON CHEMICAL, INC.; EVANITE FIBER )
CORPORATION; EVANS TEMPCON, INC.; )
EXCEL TSD, INC.; EXIDE TECHNOLOGIES; )
FANNIN COUNTY, TEXAS; FANSTEEL, INC.; )

FARRELL-CALHOUN PAINT, INC.; FAYETTE )
COUNTY SCHOOLS, KENTUCKY; FIBA )
TECHNOLOGIES, INC.; FILER AUTO BODY, )
INC.; FILTER SYSTEMS, INC.; )
THE FINISHING COMPANY; )
FLEET IMAGE OF LANSING, INC.; )
FORTUNE BRANDS HOME & SECURITY, )
INC.; FOX VALLEY SYSTEMS,INC.; )
FREEHOLD CARTAGE, INC.; FRESH )
MEADOWS-NEW YORK DRY CLEANERS; )
THE GATES CORPORATION; GENERAL )
LOOSE LEAF BINDERY CO.; GEORGIA )
WORLD CONGRESS CENTER; GORDON )
SMITH & CO.; GRAFTOBIAN LTD.; GREAT )
DANE L.P.; GREENLEE DIAMOND TOOL )
CO.; GREENWAY ENVIRONMENTAL, INC.; )
GRUP ANTOLIN NORTH AMERICA, INC.; )
HANNAH MARITIME CORP.; HARDINGE )
INC.; HAS COMPLETION CENTER, INC.; )
HAWKINS, INC.; HEARTH & HOME )
TECHNOLOGIES, INC.; HEICO )
CORPORATION; HERITAGE )
ENVIRONMENTAL SERVICES, INC.; )
HERITAGE TRANSPORT, LLC; HEXCEL )
CORP.; HEYMAN PROPERTIES; HILLAERO )
MODIFICATION CENTER; HINKLE CHAIR )
CO., INC.; HOGE LUMBER CO.; HOLLISTER )
INCORPORATED; HORNING WIRE )
CORPORATION; HOUGHTON )
INTERNATIONAL, INC.; HOUSING )
AUTHORITY OF HOPKINSVILLE, )
KENTUCKY; HSBC NORTH AMERICA )
HOLDINGS, INC.; HUGHES PARKER )
INDUSTRIES, LLC; HURST CHEMICAL )
COMPANY; HUSCO INTERNATIONAL, INC.; )
HYDE PARK ONE HOUR MARTINIZING; )
ILLINOIS DEPARTMENT OF AGRICULTURE; )
ILLINOIS DEPARTMENT OF CORRECTIONS; )
ILLINOIS DEPARTMENT OF )
TRANSPORTATION; ILLINOIS STATE )
UNIVERSITY; INSULATED ROOFING )
CONTRACTORS; THE INTERPUBLIC GROUP )
OF COMPANIES, INC.; IOWA PRECISION )
INDUSTRIES, INC.; IPC GLOBAL )
SOLUTIONS; IRWIN SEATING CO.; J.C. )
BAKER & SON, INC.; JAMES MARINE, INC.; )

3

| | |
|---|---|
| JARDEN CORPORATION; JEFFERSON COUNTY PUBLIC WORKS; JMC STEEL GROUP; KELLWOOD CO.; KEMPEN PAINT CO.; KENTUCKYONE HEALTH, INC.; KRAUTH ELECTRIC CO.; LAUREL MOUNTAIN WHIRLPOOLS, INC.; LBC HOUSTON, LP; LEEDS SEATING COMPANY; LEON PLASTICS, INC.; LONE STAR INDUSTRIES, INC.; LONGABERGER CO.; LOUISVILLE & JEFFERSON COUNTY M.S.D.; M.C. CHEMICAL COMPANY; MACON RESOURCES, INC.; MADISONVILLE AUTO PARTS, INC.; MALTA WINDOWS & DOORS; MARCHEM CORPORATION; MARINETTE MARINE CORPORATION; MATHEWS MARBLE MANUFACTURING, INC.; MCLAUGHLIN BODY COMPANY; THE MCPHERSON COMPANIES; MEGAFAB, INC.; MEI LLC; MEREDITH CORPORATION; MERIDIAN AUTOMOTIVE SYSTEMS, INC.; METAL FORMS CORP.; MEYER STEEL DRUM, INC.; MICHIGAN DEPARTMENT OF CORRECTIONS; MICROBAC LABORATORIES, INC.; MID-VALLEY PIPELINE CO.; MID-WESTERN COMMERCIAL ROOFERS, INC.; THE MIDDLEBY CORPORATION; MITSUBISHI MOTORS NORTH AMERICA, INC.; MOEN INCORPORATED; MOTION INDUSTRIES, INC.; MOTOR CASTINGS CO., INC.; MOUNTAINEER GAS CO.; MURRAY EQUIPMENT INC.; NAGLE PUMPS, INC.; NATIONAL DETROIT, INC.; NATIONAL RAILWAY EQUIPMENT CO.; NAUTILUS, INC.; NEW JERSEY DEPARTMENT OF TRANSPORTATION; NILFISK-ADVANCE, INC.; NITTO DENKO AMERICA, INC.; OAKDALE CONSTRUCTION CO.; OHIO DEPARTMENT OF REHABILITATION AND CORRECTIONS; OHIO DEPARTMENT OF TRANSPORATION; OSRAM SYLVANIA PRODUCTS, INC.; PADUCAH RENT-A-CAR, INC.; THE PANTRY, INC.; PARKER PLASTICS CORP.; PATRIACH PARTNERS, LLC; PCI SERVICES, INC.; PENNSYLVANIA DEPARTMENT OF TRANSPORATION; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

PENNSYLVANIA URBAN REDEVELOPMENT    )
AUTHORITY; THE PENRAY COMPANIES,    )
INC.; PEOPLES NATURAL GAS COMPANY   )
LLC; PETERBILT MOTORS COMPANY;      )
PETROCLEAN, INC.; PHILIP SERVICES   )
CORPORATION; PILOT TRAVEL CENTERS   )
LLC; PINELLAS COUNTY SCHOOL BOARD;  )
PIT STOP GROCERY; PLASCORE, INC.;   )
PLASTICS ENGINEERING CO.; PLY GEM   )
HOLDINGS INC.; PLYWOOD & DOOR       )
MANUFACTURERS CORP.; PMRS, INC.;    )
PORT JEFFERSON COUNTRY CLUB;        )
POWEREX INC.; PRECISION PRODUCTS    )
GROUP, INC.; PSC, LLC; PUBLISHERS   )
PRINTING CO., LLC; QUBICAAMF        )
WORLDWIDE; R.G. SMITH CO., INC.;    )
RAWLINGS SPORTING GOODS CO., INC.;  )
RELOCATABLE CONFINEMENT             )
FACILITIES; RESCAR, INC.; RESERVE   )
ENVIRONMENTAL SERVICES, INC.;       )
REXNORD INDUSTRIES, INC.; RG STEEL, )
LLC; RICERCA INC.; RIVERSIDE        )
CORRECTIONAL FACILITY; ROCKFORD     )
MANUFACTURING GROUP, INC.;          )
ROCKLAND CORP.; ROLL FORMING        )
CORPORATION; SAFEWAY INC.;          )
SAINTGOBAIN ABRASIVES, INC.;        )
SCA AMERICAS; SCHOOT GEMTRON        )
CORPORATION; SCHUMACHER ELECTRIC    )
CORP.; SCOTT INDUSTRIES, LLC;       )
SEA GULL LIGHTING                   )
PRODUCTS, LLC; SEARS HOLDING        )
CORPORATION; SEMI BULK SYSTEMS, INC.; )
SEMLING-MANKE CO.; SEVILLE FLEXPACK )
CORP.; SHAW-LUNDQUIST ASSOCIATES,   )
INC.; SHOP N' GAS, INC.; SIGNATURE  )
FLIGHT SUPPORT; SLOCUM PONTIAC      )
SUBARU INC.; SMITH & WESSON HOLDING )
CORP.; SOLUCORP INDUSTRIES, LTD.;   )
SOUTH COUNTY TECHNICAL SCHOOL;      )
SPARTAN MOTORS, INC.; SPAWN MATE,   )
INC.; THE STANDARD GROUP; STAR GAS  )
PARTNERS, L.P.; STERIS CORP.; STERLING )
HARDWARE, LLC; STMICROELECTRONICS;  )
STOLLE MACHINERY COMPANY, LLC;      )
STOLPER INDUSTRIES, INC.; STOUT     )

| | |
|---|---|
| INDUSTRIES, INC.; STP, INC.; STREATER, INC.; STRIPPER FURNITURE RESTORATION INC.; SUN-TIMES MEDIA HOLDINGS, LLC; SUNRISE PACKAGING FILM; SUPERIOR OIL COMPANY, INC.; SYNTECHNICS, INC.; T&F INDUSTRIES INC.; TAKEDA PHARMACEUTICALS NORTH AMERICA, INC.; TECH 2000 WOODWORKS, INC.; TETRA PAK INC.; TI AUTOMOTIVE; TITAN EXPRESS, INC.; TITAN INTERNATIONAL, INC.; TITAN TUBE FABRICATORS, INC.; TOM FRANK ENTERPRISES, INC.; TOWER INTERNATIONAL, INC.; TRANSIT AUTHORITY OF RIVER CITY, KENTUCKY; TRI-CON INDUSTRIES, LTD.; TRUMBULL RIVER SERVICE, INC.; TWA INC.; TWINPLEX MANUFACTURING CO.; UNITED PETROLEUM SERVICE, INC.; UNITED STATES GYPSUM CO.; UNIVERSAL MUSIC GROUP, INC.; UNIVERSITY OF ILLINOISURBANA MAIN CAMPUS; UNIVERSITY OF IOWA; URBAN RENEWAL & COMMUNITY DEVELOPMENT AGENCY; US ECOLOGY, INC.; USEC, INC.; VANCHEM, INC.; VI-JON, INC.; W.R. GRACE & CO.; WABTEC CORP.; WADE BILLADEAU FARMS, INC.; WARREN PAINT & COLOR CO.; WASTE EXPRESS, INC.; WATTS & DURR OIL COMPANY, INC.; WESTWIND COMPOSITES INC.; WHEELER LUMBER, LLC; WIL-RICH LLC; WILLERT HOME PRODUCTS, INC.; WIPAIRE, INC.; WOLVERINE PIPE LINE CO.; WOODWARD, INC.; WURTH USA, INC.; XPAC, INC.; YENKIN-MAJESTIC PAINT CORP.; YUNKER INDUSTRIES, INC.; ZALK JOSEPHS FABRICATORS LLC; ZELLER TECHNOLOGIES, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Defendants.

**DEFENDANTS', THE ILLINOIS DEPARTMENT OF AGRICULTURE, THE ILLINOIS DEPARTMENT OF CORRECTIONS, THE ILLINOIS DEPARTMENT OF TRANSPORTATION AND THE BOARD OF TRUSTEES OF THE ILLINOIS STATE UNIVERSITY RULE 12(b)(1) MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(1), Defendants, the Illinois Department of Agriculture ("IDOA"), the Illinois Department of Corrections ("IDOC"), the Illinois Department of Transportation ("IDOT"), and the Board of Trustees of the Illinois State University ("ISU") (collectively, "State of Illinois Defendants") hereby move this Court to dismiss the Plaintiff's Complaint with prejudice for lack of subject-matter jurisdiction.

WHEREFORE, the State of Illinois Defendants respectfully request that this Court GRANT its Motion to Dismiss, ENTER the attached proposed Order dismissing Plaintiff's Complaint with prejudice, and to GRANT the State of Illinois Defendants such other relief as to which they may be entitled.

Respectfully submitted,

LISA MADIGAN,
Attorney General of the State of Illinois

MATTHEW J. DUNN, Chief
Environmental Enforcement/
Asbestos Litigation Division

ELIZABETH WALLACE, Chief,
Environmental Bureau North

s/Evan J. McGinley
EVAN J. McGINLEY (IARDC # 6237655)
Assistant Attorney General
69 West Washington Street, Suite 1800
Chicago, Illinois 60602
Telephone:    312/814-3153
Facsimile:    312/814-2647
emcginley@atg.state.il.us

*Counsel for Defendants the Illinois Department of Agriculture, the Illinois Department of Corrections, the Illinois Department of Transportation, and the Illinois State University*

## NOTICE OF ELECTRONIC FILING AND CERTIFICATE OF SERVICE

## LWD PRP GROUP V. ACF INDUSTRIES LLC, *ET AL.*
## Case No. 05:12-cv-127
### (Western District of Kentucky-Paducah Division)

I hereby certify that on January 24, 2013, I filed the documents listed below electronically with the Clerk of the Court for the United States District Court for the Western District of Kentucky by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in this action. Parties may access this filing through the Court's Electronic Case Filing System.

- Defendants', the Illinois Department of Agriculture, Illinois Department of Corrections, the Illinois Department of Transportation, and the Board of Trustees of the Illinois State University, Rule 12(b)(1) Motion to Dismiss;

- Defendants', the Illinois Department of Agriculture, Illinois Department of Corrections, the Illinois Department of Transportation, and the Board of Trustees of the Illinois State University, Memorandum of Law in Support of Their Rule 12(b)(1) Motion to Dismiss; and

- Proposed Order

s/Evan J. McGinley
EVAN J. McGINLEY (IARDC # 6237655)
Assistant Attorney General
69 West Washington Street, Suite 1800
Chicago, Illinois 60602
Telephone:   312/814-3153
Facsimile:   312/814-2647
emcginley@atg.state.il.us

*Counsel for Defendants, the Illinois Department of Agriculture, the Illinois Department of Corrections, the Illinois Department of Transportation, and the Illinois State University*