# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

LWD PRP GROUP,   )
                )
   Plaintiff,   )
                )
   v.           )   Civil Action No. 5:12CV-127-R
                )
ACF INDUSTRIES LLC; ACCENT STRIP, INC.;   )
ADENA HEALTH SYSTEM; ADVANCE              )
PROCESS SUPPLY CO.; ADVANCED              )
RESOURCE RECOVERY, LLC; AERO-MARK,        )
INC.; AGI-SHOREWOOD; AIRPORT              )
TERMINAL SERVICES, INC.; ALAMCO           )
WOOD PRODUCTS, LLC; ALL AMERICAN          )
GROUP, INC.; ALL WASTE, INC.;             )
ALLEGHENY COUNTY, PENNSYLVANIA;           )
ALLEGHENY TECHNOLOGIES, INC.;             )
ALLIANCE RESOURCE PARTNERS, LP;           )
ALSCO INC.; AMERICAN GREETING CORP.;      )
AMETEK, INC.; AMLI RESIDENTIAL            )
PROPERTIES; AN-KOR RACK CO., INC.; THE    )
ANDERSONS, INC.; ANDOVER COILS, LLC;      )
APEX OIL COMPANY, INC.; ARELCO            )
PLASTICS FABRICATING CO.; ARMS            )
EQUIPMENT, INC.; ARTISTIC FINISHES,       )
INC.; ATKORE INTERNATIONAL, INC.; AVX     )
CORPORATION; B-B PAINT CORP.; B.H.        )
BUNN CO.; B&B ROOFING &                   )
CONSTRUCTION; BASS PRO SHOPS, INC.;       )
BATTS, INC.; BELL AND HOWELL, LLC;        )
BEMIS COMPANY, INC.; BIPACCO              )
COATINGS, LLC; BLAIN SUPPLY, INC.;        )
BLUE BIRD CORPORATION;                    )
BMO HARRIS BANK N.A.; BPS, INC.;          )
BRECKINRIDGE-GRAYSON COUNTY,              )
KENTUCKY; BUNTON SEED CO.;                )
BUTLER TOOL, INC.; C&R AG SUPPLY, INC.;   )
CAA OF INDIANA, INC.; CARBOLINE           )
COMPANY; CARMAN CLEANERS; CASTLE          )
METAL FINISHING CORP.; CATALENT, INC.;    )
CENTRAL ILLINOIS PUBLIC SERVICE           )
COMPANY; CFPG LTD.; CHATTEM               )

| | |
|---|---|
| CHEMICALS, INC.; CHEM GROUP, INC.; CHEM PROCESSING, INC.; CHICAGO PARK DISTRICT; CITY OF BOWLING GREEN, KENTUCKY; CITY OF CEDAR RAPIDS, IOWA; CITY OF KEOKUK, IOWA; CITY OF LOUISVILLE, KENTUCKY; CLINTON ELECTRONICS CORP.; CLONDALKIN GROUP INC.; CM PACKAGING GROUP LLC; CNA INTERNATIONAL INC.; COLUMBIA COUNTY, NEW YORK; COLUMBIA GULF TRANSMISSION COMPANY; COMMERCE HOLDING CO., INC.; COMMERCIAL VEHICLE GROUP, INC.; CONSOLIDATED GRAPHICS, INC.; CONTINENTAL AG; CONTINENTAL MOTORS, INC.; COOPER US, INC.; CORNETT MACHINE SHOP, INC.; CUPPLES PRODUCTS CO.; CURTIS-TOLEDO, INC.; CURWOOD, INC.; CUSTOM AGRICULTURE FORMULATORS, INC.; DAHLSTROM DISPLAY, INC.; DANAHER CORP.; DARAMIC LLC; DAYCO PRODUCTS, LLC; DAYTON SUPERIOR CORP.; DECOART, INC.; DEL-HOMES, INC.; DELAWARE TERMINAL CO.; DES MOINES AREA COMMUNITY COLLEGE; DEWITT BARRELS, INC.; DIAMOND PACKAGING CORPORATION; DIS-TRAN WOOD PRODUCTS; DISTTECH, INC.; DOMINION; DORIC PRODUCTS, INC.; DRESSER INDUSTRIES INC.; DRIV-LOK, INC.; DRIVE SOURCE INTERNATIONAL, INC.; THE DUROX CO.; E.D. ETNYRE & CO.; EASTONBELL SPORTS, INC.; ECKO PRODUCTS GROUP, LLC; ECONOMY BOAT STORE; EFTEC NORTH AMERICA LLC; EGGERS INDUSTRIES, INC.; 1883 PROPERTIES, INC.; ELECTRIC ENERGY, INC.; ELECTROLUX NORTH AMERICA, INC.; EMC CORPORATION; ENVIRONMENTAL COATINGS, INC.; ENVIRONMENTAL SERVICES OF NORTH AMERICA, INC.; ESTRON CHEMICAL, INC.; EVANITE FIBER CORPORATION; EVANS TEMPCON, INC.; EXCEL TSD, INC.; EXIDE TECHNOLOGIES; FANNIN COUNTY, TEXAS; FANSTEEL, INC.; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

| | |
|---|---|
| FARRELL-CALHOUN PAINT, INC.; FAYETTE COUNTY SCHOOLS, KENTUCKY; FIBA TECHNOLOGIES, INC.; FILER AUTO BODY, INC.; FILTER SYSTEMS, INC.; THE FINISHING COMPANY; FLEET IMAGE OF LANSING, INC.; FORTUNE BRANDS HOME & SECURITY, INC.; FOX VALLEY SYSTEMS,INC.; FREEHOLD CARTAGE, INC.; FRESH MEADOWS-NEW YORK DRY CLEANERS; THE GATES CORPORATION; GENERAL LOOSE LEAF BINDERY CO.; GEORGIA WORLD CONGRESS CENTER; GORDON SMITH & CO.; GRAFTOBIAN LTD.; GREAT DANE L.P.; GREENLEE DIAMOND TOOL CO.; GREENWAY ENVIRONMENTAL, INC.; GRUP ANTOLIN NORTH AMERICA, INC.; HANNAH MARITIME CORP.; HARDINGE INC.; HAS COMPLETION CENTER, INC.; HAWKINS, INC.; HEARTH & HOME TECHNOLOGIES, INC.; HEICO CORPORATION; HERITAGE ENVIRONMENTAL SERVICES, INC.; HERITAGE TRANSPORT, LLC; HEXCEL CORP.; HEYMAN PROPERTIES; HILLAERO MODIFICATION CENTER; HINKLE CHAIR CO., INC.; HOGE LUMBER CO.; HOLLISTER INCORPORATED; HORNING WIRE CORPORATION; HOUGHTON INTERNATIONAL, INC.; HOUSING AUTHORITY OF HOPKINSVILLE, KENTUCKY; HSBC NORTH AMERICA HOLDINGS, INC.; HUGHES PARKER INDUSTRIES, LLC; HURST CHEMICAL COMPANY; HUSCO INTERNATIONAL, INC.; HYDE PARK ONE HOUR MARTINIZING; ILLINOIS DEPARTMENT OF AGRICULTURE; ILLINOIS DEPARTMENT OF CORRECTIONS; ILLINOIS DEPARTMENT OF TRANSPORTATION; ILLINOIS STATE UNIVERSITY; INSULATED ROOFING CONTRACTORS; THE INTERPUBLIC GROUP OF COMPANIES, INC.; IOWA PRECISION INDUSTRIES, INC.; IPC GLOBAL SOLUTIONS; IRWIN SEATING CO.; J.C. BAKER & SON, INC.; JAMES MARINE, INC.; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

| | |
|---|---|
| JARDEN CORPORATION; JEFFERSON COUNTY PUBLIC WORKS; JMC STEEL GROUP; KELLWOOD CO.; KEMPEN PAINT CO.; KENTUCKYONE HEALTH, INC.; KRAUTH ELECTRIC CO.; LAUREL MOUNTAIN WHIRLPOOLS, INC.; LBC HOUSTON, LP; LEEDS SEATING COMPANY; LEON PLASTICS, INC.; LONE STAR INDUSTRIES, INC.; LONGABERGER CO.; LOUISVILLE & JEFFERSON COUNTY M.S.D.; M.C. CHEMICAL COMPANY; MACON RESOURCES, INC.; MADISONVILLE AUTO PARTS, INC.; MALTA WINDOWS & DOORS; MARCHEM CORPORATION; MARINETTE MARINE CORPORATION; MATHEWS MARBLE MANUFACTURING, INC.; MCLAUGHLIN BODY COMPANY; THE MCPHERSON COMPANIES; MEGAFAB, INC.; MEI LLC; MEREDITH CORPORATION; MERIDIAN AUTOMOTIVE SYSTEMS, INC.; METAL FORMS CORP.; MEYER STEEL DRUM, INC.; MICHIGAN DEPARTMENT OF CORRECTIONS; MICROBAC LABORATORIES, INC.; MID-VALLEY PIPELINE CO.; MID-WESTERN COMMERCIAL ROOFERS, INC.; THE MIDDLEBY CORPORATION; MITSUBISHI MOTORS NORTH AMERICA, INC.; MOEN INCORPORATED; MOTION INDUSTRIES, INC.; MOTOR CASTINGS CO., INC.; MOUNTAINEER GAS CO.; MURRAY EQUIPMENT INC.; NAGLE PUMPS, INC.; NATIONAL DETROIT, INC.; NATIONAL RAILWAY EQUIPMENT CO.; NAUTILUS, INC.; NEW JERSEY DEPARTMENT OF TRANSPORTATION; NILFISK-ADVANCE, INC.; NITTO DENKO AMERICA, INC.; OAKDALE CONSTRUCTION CO.; OHIO DEPARTMENT OF REHABILITATION AND CORRECTIONS; OHIO DEPARTMENT OF TRANSPORATION; OSRAM SYLVANIA PRODUCTS, INC.; PADUCAH RENT-A-CAR, INC.; THE PANTRY, INC.; PARKER PLASTICS CORP.; PATRIACH PARTNERS, LLC; PCI SERVICES, INC.; PENNSYLVANIA DEPARTMENT OF TRANSPORATION; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

PENNSYLVANIA URBAN REDEVELOPMENT )
AUTHORITY; THE PENRAY COMPANIES, )
INC.; PEOPLES NATURAL GAS COMPANY )
LLC; PETERBILT MOTORS COMPANY; )
PETROCLEAN, INC.; PHILIP SERVICES )
CORPORATION; PILOT TRAVEL CENTERS )
LLC; PINELLAS COUNTY SCHOOL BOARD; )
PIT STOP GROCERY; PLASCORE, INC.; )
PLASTICS ENGINEERING CO.; PLY GEM )
HOLDINGS INC.; PLYWOOD & DOOR )
MANUFACTURERS CORP.; PMRS, INC.; )
PORT JEFFERSON COUNTRY CLUB; )
POWEREX INC.; PRECISION PRODUCTS )
GROUP, INC.; PSC, LLC; PUBLISHERS )
PRINTING CO., LLC; QUBICAAMF )
WORLDWIDE; R.G. SMITH CO., INC.; )
RAWLINGS SPORTING GOODS CO., INC.; )
RELOCATABLE CONFINEMENT )
FACILITIES; RESCAR, INC.; RESERVE )
ENVIRONMENTAL SERVICES, INC.; )
REXNORD INDUSTRIES, INC.; RG STEEL, )
LLC; RICERCA INC.; RIVERSIDE )
CORRECTIONAL FACILITY; ROCKFORD )
MANUFACTURING GROUP, INC.; )
ROCKLAND CORP.; ROLL FORMING )
CORPORATION; SAFEWAY INC.; )
SAINTGOBAIN ABRASIVES, INC.; )
SCA AMERICAS; SCHOOT GEMTRON )
CORPORATION; SCHUMACHER ELECTRIC )
CORP.; SCOTT INDUSTRIES, LLC; )
SEA GULL LIGHTING )
PRODUCTS, LLC; SEARS HOLDING )
CORPORATION; SEMI BULK SYSTEMS, INC.; )
SEMLING-MANKE CO.; SEVILLE FLEXPACK )
CORP.; SHAW-LUNDQUIST ASSOCIATES, )
INC.; SHOP N' GAS, INC.; SIGNATURE )
FLIGHT SUPPORT; SLOCUM PONTIAC )
SUBARU INC.; SMITH & WESSON HOLDING )
CORP.; SOLUCORP INDUSTRIES, LTD.; )
SOUTH COUNTY TECHNICAL SCHOOL; )
SPARTAN MOTORS, INC.; SPAWN MATE, )
INC.; THE STANDARD GROUP; STAR GAS )
PARTNERS, L.P.; STERIS CORP.; STERLING )
HARDWARE, LLC; STMICROELECTRONICS; )
STOLLE MACHINERY COMPANY, LLC; )
STOLPER INDUSTRIES, INC.; STOUT )

INDUSTRIES, INC.; STP, INC.; STREATER, )
INC.; STRIPPER FURNITURE RESTORATION )
INC.; SUN-TIMES MEDIA HOLDINGS, LLC; )
SUNRISE PACKAGING FILM; SUPERIOR OIL )
COMPANY, INC.; SYNTECHNICS, INC.; T&F )
INDUSTRIES INC.; TAKEDA )
PHARMACEUTICALS NORTH AMERICA, )
INC.; TECH 2000 WOODWORKS, INC.; )
TETRA PAK INC.; TI AUTOMOTIVE; TITAN )
EXPRESS, INC.; TITAN INTERNATIONAL, )
INC.; TITAN TUBE FABRICATORS, INC.; )
TOM FRANK ENTERPRISES, INC.; TOWER )
INTERNATIONAL, INC.; TRANSIT )
AUTHORITY OF RIVER CITY, KENTUCKY; )
TRI-CON INDUSTRIES, LTD.; TRUMBULL )
RIVER SERVICE, INC.; TWA INC.; )
TWINPLEX MANUFACTURING CO.; UNITED )
PETROLEUM SERVICE, INC.; UNITED )
STATES GYPSUM CO.; UNIVERSAL MUSIC )
GROUP, INC.; UNIVERSITY OF )
ILLINOISURBANA MAIN CAMPUS; )
UNIVERSITY OF IOWA; URBAN RENEWAL )
& COMMUNITY DEVELOPMENT AGENCY; )
US ECOLOGY, INC.; USEC, INC.; VANCHEM, )
INC.; VI-JON, INC.; W.R. GRACE & CO.; )
WABTEC CORP.; WADE BILLADEAU FARMS, )
INC.; WARREN PAINT & COLOR CO.; )
WASTE EXPRESS, INC.; WATTS & DURR )
OIL COMPANY, INC.; WESTWIND )
COMPOSITES INC.; WHEELER LUMBER, LLC; )
WIL-RICH LLC; WILLERT HOME PRODUCTS, )
INC.; WIPAIRE, INC.; WOLVERINE PIPE LINE )
CO.; WOODWARD, INC.; WURTH USA, INC.; )
XPAC, INC.; YENKIN-MAJESTIC PAINT )
CORP.; YUNKER INDUSTRIES, INC.; ZALK )
JOSEPHS FABRICATORS LLC; ZELLER )
TECHNOLOGIES, INC.,

        Defendants.

# ORDER

This matter coming before the Court on Defendants' the Illinois Department of Agriculture, the Illinois Department of Corrections, the Illinois Department of Transportation, and the Board of Trustees of the Illinois State University, Rule 12(b)(1) Motion to Dismiss, the Court having considered the pleadings on file in this matter, the record before the Court and the arguments of the parties' respective counsel, Defendants' motion is hereby **GRANTED** and this cause is **DISMISSED WITH PREJUDICE**

.                                                          **SO ORDERED,**