IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

**FILED**
JAN 22 2013
VANESSA L. ARMSTRONG
BY _____ DEPUTY CLERK

| | | |
|---|---|---|
| **LWD PRP GROUP,** | ) | **CASE NO. 5:12-CV-127R** |
| Plaintiff, | ) | |
| v. | ) | |
| **ACF INDUSTRIES LLC; et al.,** | ) | **DEFENDANTS, STATE OF IOWA, UNIVERSITY OF IOWA, MOTION TO APPEAR *PRO HAC VICE*** |
| Defendants. | ) | |

**COME NOW** Defendants, the State of Iowa and the University of Iowa, represented by George A. Carroll, Assistant Attorney General, and hereby move this Court for admission *pro hac vice* in the above-captioned action. I am an Assistant Attorney General for the State of Iowa, with a business address of Hoover State Office Building, Second Floor, 1305 East Walnut Street Des Moines, Iowa, and telephone number of 515-281-8583. I am a member in good standing of the bar of the State of Iowa (#7898/AT0001493) and for both the United States District Court for Southern Iowa and Northern Iowa. It is my intention to represent the State of Iowa and the University of Iowa which have been named by Plaintiff as Defendants in this action. I have obtained local counsel to assist in representing the State:

> Amy Harwood-Jackson
> P.O. Box 1782
> Paducah, Kentucky 42002
> Her license number is 87569
> E-MAIL: amy@harwood-jackson.com

1

I, George A. Carroll, am a member in good standing in all jurisdictions in which I am admitted and no disciplinary proceedings have ever been instituted against me in any court or jurisdiction.

**WHEREFORE**, the undersigned, George A. Carroll, Assistant Attorney General for the State of Iowa, hereby prays that this Court grant the Motion to Appear *Pro Hac Vice*.

Respectfully submitted,

**THOMAS J. MILLER**
Attorney General of Iowa

*/s/ George A. Carroll*
George A. Carroll
Assistant Attorney General
Hoover Building, Second Floor
1305 East Walnut Street
Des Moines, Iowa 50319
PHONE: (515) 281-8330
FAX: (515) 281-7219
E-MAIL: George.carroll@iowa.gov
ATTORNEYS FOR DEFENDANTS
STATE OF IOWA and THE
UNIVERSITY OF IOWA

*Original mailed.*

| PROOF OF SERVICE |
|---|
| The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on 1/18, 2013 |
| ☒ U.S. Mail     ☐ FAX |
| ☐ Hand Delivery     ☐ Overnight Courier |
| ☐ Federal Express     ☒ Other |
| ☐ ECF System Participant (Electronic Service) |
| Signature: /s/ |

## WRITTEN STATEMENT REGARDING TRAINING ON COURT'S ELECTRONIC FILING SYSTEM

I, George A. Carroll, Assistant Attorney General for the State of Iowa (Bar #7898/AT0001493), hereby state that I have previously received training on the electronic filing system in the United States District Court for the Southern District of Iowa and Northern District of Iowa, where I am a member.

/s/ George A. Carroll
GEORGE A. CARROLL
Assistant Attorney General
Hoover State Office Building, Second Floor
1305 East Walnut Street
Des Moines, Iowa 50319
PHONE: 515-281-8583
FAX: 515-281-7219
E-MAIL: