IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | CASE NO. 5:12-CV-127R |
| Plaintiff, | |
| v. | |
| ACF INDUSTRIES LLC; et al., | AFFIDAVIT OF GEORGE A. CARROLL IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE |
| Defendants. | |

STATE OF IOWA      )
                                ) SS
COUNTY OF POLK  )

I, GEORGE A. CARROLL, being first duly sworn on oath, state and aver the following:

1. I make this affidavit based on my personal knowledge, information, and belief.

2. I was admitted to the bar of the State of Iowa in June 1983, Supreme Court No. 7898. I am also admitted to the United States District Court for Iowa, Northern and Southern Divisions.

3. I am in good standing in all jurisdictions in which I am admitted and no disciplinary proceedings or criminal charges have ever been instituted against me in any court or jurisdiction.

4. I am currently employed as an Assistant Attorney General for the State of Iowa, with offices located at the Hoover State Office Building, 2nd Floor, 1305 East Walnut Street, Des Moines, Iowa 50319.

1

5.  I maintain neither a residence nor a principal place of business in the Western District of Kentucky and I have not previously requested admission *pro hac vice* to the United States District Court for the Western District of Kentucky.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of January, 2013.

*George A. Carroll*
GEORGE A. CARROLL

SUBSCRIBED AND SWORN to before me on January 17th, 2013.

*Betty Jean Christensen*
NOTARY PUBLIC

BETTY JEAN CHRISTENSEN
COMMISSION NO. 168527
MY COMMISSION EXPIRES
2/23/2014

2