```
Court Name: District Court
Division: 5
Receipt Number: P33002764
Cashier ID: katkins
Transaction Date: 01/22/2013
Payer Name: KAREN I CARROLL
------------------------------------
PRO HOC VICE
 For: KAREN I CARROLL
 Case/Party: D-KYW-3-13-LB-000001-001
 Amount:        $65.00
------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 1326
 Amt Tendered:   $65.00
------------------------------------
Total Due:       $65.00
Total Tendered:  $65.00
Change Amt:      $0.00

5:12CV-127 - PHV G. CARROLL


Only when bank clears the check or
verifies credit of funds is the fee
or debt officially paid or
discharged. A $53.00 fee will be
charged for returned checks.
```