N THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | | |
|---|---|---|
| LWD PRP GROUP, | ) | CASE NO. 5:12-CV-127R |
| Plaintiff, | ) | |
| v. | ) | |
| ACF INDUSTRIES LLC; et al., | ) | ORDER FOR ADMISSION TO APPEAR |
| Defendants. | ) | *PRO HAC VICE* |

**IT IS HEREBY ORDERED** by the Court that George A. Carroll, Assistant Attorney General for the State of Iowa may appear before this Court on behalf of the State of Iowa and any of its entities *pro hac vice* in this matter.

**ORDERED** this _____ day of _____, 2013.

_____
JUDGE, UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY