# United States District Court
# Western District of Kentucky
# at Paducah

### *NOTICE OF DEFICIENCY*

| | |
|---|---|
| **TO:** | George A. Carroll |
| **CASE #:** | 5:12CV-127-R |
| **STYLE OF CASE:** | LWD PRP Group |
| **DOCUMENT TITLE:** | Motion to Appear Pro Hac Vice |
| **DATE:** | 1/25/2013 |
| **BY:** | Kelly Atkins<br>*DEPUTY CLERK* |

*Please be advised that the recent filing of the above cited document with the Clerk's Office is deficient as indicated below:*

**A statement identifying the method of training completed before use of the Court's electronic filing system is required pursuant to LR 83.2 (amended by General Order 08-02.)**

**YOU ARE GRANTED 7 DAYS FROM THIS DATE TO REMEDY THE DEFICIENCY OR DEFICIENCIES IDENTIFIED ABOVE.   FAILURE TO COMPLY WITHIN 7 DAYS, WITHOUT GOOD CAUSE SHOWN, WILL RESULT IN THIS MATTER BEING BROUGHT TO THE ATTENTION OF THE COURT**