# AFFIDAVIT OF SERVICE

**State of KENTUCKY**          **County of WESTERN**          **District Court**

Case Number: 5:12CV-127-R

Plaintiff:
**LWD PRP GROUP**

vs.

Defendant:
**RESERVE ENIRONMENTAL SERVICES INC**

For:
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Ste 200
Leawood, KS 66211

Received by HPS PROCESS SERVICE & INVESTIGATIONS, INC on the 3rd day of December, 2012 at 2:16 pm to be served on **RESERVE ENVIRONMENTAL SERVICES INC C/O YOGI CHOKSHI, PRESIDENT, 4633 MIDDLE RD, ASHTABULA, OH 44004**.

I, Mark Berus, being duly sworn, depose and say that on the **4th day of December, 2012** at **4:01 pm**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** to: **YOGI CHOKSHI** as **BUSINESS AGENT** for **RESERVE ENVIRONMENTAL SERVICES INC C/0 YOGI CHOKSHI, PRESIDENT**, at the address of: **4633 MIDDLE RD, ASHTABULA, OH 44004**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 55, Sex: M, Race/Skin Color: WHITE, Height: 6:2, Weight: 220, Hair: BLACK, Glasses: N

I am over the age of 18, and not a party to this action, that within the boundaries of the State of Ohio, I was authorized by law to perform said service. In Ohio, process servers are not licensed and no license number is available.

State of Ohio, County of Cuyahoga

Subscribed and Sworn to before me on
12-6-2012 by the affiant who is personally known to me.

NOTARY PUBLIC

(Seal: IRIS IMAMI, NOTARY PUBLIC, STATE OF OHIO, EXPIRES 9/24/2017)

Mark Berus
Process Server

HPS PROCESS SERVICE & INVESTIGATIONS, INC
1669 Jefferson
Kansas City, MO 64108
(800) 796-9559

Our Job Serial Number: CSA-2012001674
Ref: 2012028443

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on 12/4/2012
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
YOGI CHOKSHI/PRESIDENT _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____
_____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

Date: 1-14-2013

_____
Server's signature

Mark Berus, Process Server
Printed name and title

2012 W. 25th St, Ste 501, Cleveland, OH 44113
Server's address

Reserve Environmental Services, Inc.

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| IWD PRP GROUP<br>Plaintiff<br>v.<br>RESERVE ENVIRONMENTAL SERVICES, INC.<br>Defendant | )<br>)<br>) Civil Action No. 5:12CV-127-R<br>)<br>)<br>) |

## Summons in a Civil Action

To: *(Defendant's name and address)*
Yogi Chokshi
President
Reserve Environmental Services, Inc.
4633 Middle Rd.
Ashtabula, OH 44004-3949

A lawsuit has been filed against you.

Within  21  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Gary D. Justis, Esq.
The Justis Law Firm, LLC
5251 W. 116th Place
Suite 200
Leawood, KS 66211-7820

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____
Name of clerk of court

Date:  11/26/2012

s/ K. Atkins
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*