# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Western District of Kentucky

Case Number: 512CV127R

Plaintiff/Petitioner:
**LWD PRP GROUP**
vs.
Defendant/Respondent:
**WASTE EXPRESS, INC., et al.**

Received by HPS Process Service & Investigations, Inc. to be served on **Joe Coelho, President, Environmental Services of North America, Inc., 10455 Ford Road, Dearborn, MI 48126.** I, RICHARD WADDELL, do hereby affirm that on the 5 day of DECEMBER, 2012 at 10:40 A.m., executed service by delivering a true copy of the Summons in Civil Action and Complaint in accordance with state statutes in the manner marked below:

( ) REGISTERED AGENT SERVICE: By serving _____
as _____ for the above-named entity.

( ) RECORDS CUSTODIAN SERVICE: By serving _____
as _____ for the above-named entity.

(✓) CORPORATE SERVICE: By serving ANGELA GASCOYNE
as ACCOUNTING SPECIALIST for the above-named entity.

( ) OTHER SERVICE: As described in the Comments below.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

_(signature)_

PROCESS SERVER # _____
Appointed in accordance with State Statutes

Richard Waddell
Michigan District
Court Officer

HPS Process Service & Investigations, Inc.
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
(800) 796-9559
Our Job Serial Number: 2012028508
Ref: 12-127 LWD Incinerator Site

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5h

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **5 DEC. 2012**, by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is **ANGELA GASCOYNE (ACCOUNTING SPECIALIST)** ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ **55.00**.

Date: **11/JAN./2013**

Server's signature

Richard Waddell
Michigan District
Court Officer
Printed name and title

**34829 UNIVERSITY, WESTLAND, MI 48185**
Server's address

Environmental Services of N. America

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

LWD PRP GROUP  
Plaintiff  
v.  
ENVIRONMENTAL SERVICES OF NORTH AMERICA, INC.  
Defendant

Civil Action No. 5:12CV-127-R

### Summons in a Civil Action

To: *(Defendant's name and address)*  
Joe Coelho  
President  
Environmental Services of North America, Inc.  
10455 Ford Rd.  
Dearborn, MI 48126

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Gary D. Justis, Esq.  
The Justis Law Firm, LLC  
5251 W. 116th Place  
Suite 200  
Leawood, KS 66211-7820

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date: 11/26/2012

s/ K. Atkins  
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*