**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**

| | |
|---|---|
| LWD PRP GROUP, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 5:12-CV-00127-TBR |
| V. ) | |
| ) | |
| ACF INDUSTRIES, LLC., ) | |
| ) | |
| PENNSYLVANIA DEPARTMENT OF ) | |
| TRANSPORTATION, ET AL. ) | |
| Defendants. ) | |

**MOTION TO DISMISS COMPLAINT**
**PURSUANT TO F.R.Civ.P. 12(b)(1)**

AND NOW comes the Defendant, Pennsylvania Department of Corrections, by its attorneys, Kathleen G. Kane, Attorney General, Sandra A. Kozlowski, Deputy Attorney General, and Susan J. Forney, Chief Deputy Attorney General, Chief, Litigation Section, and moves to dismiss the Complaint (Docket #1).

Pursuant to Federal Rule of Civil Procedure 12(b)(1), Defendant, Pennsylvania Department of Transportation ("PennDOT") hereby move this Court to dismiss the Plaintiff's Complaint with prejudice for lack of subject-matter jurisdiction.

WHEREFORE, Defendant PennDOT respectfully requests that this Court GRANT its' Motion to Dismiss, and enter the attached proposed Order dismissing Plaintiff's Complaint with prejudice.

2

        Respectfully submitted:

        KATHLEEN G. KANE

        Attorney General

By:   /s/ Sandra A. Kozlowski

        SANDRA A. KOZLOWSKI
        Deputy Attorney General
        PA I.D.: 89127

        Susan J. Forney
        Chief Deputy Attorney General
        Litigation Section

Office of Attorney General
6th Fl., Manor Complex
564 Forbes Avenue
Pittsburgh, PA  15219

Date:  January 29, 2013