**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION**

| | | |
|---|---|---|
| LWD PRP GROUP, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 5:12-CV-00127-TBR |
| V. | ) | |
| | ) | |
| ACF INDUSTRIES, LLC., | ) | |
| | ) | |
| PENNSYLVANIA DEPARTMENT OF | ) | |
| TRANSPORTATION, ET AL. | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

AND NOW, this _____ day of _____, 2013, upon consideration of the F.R.Civ.P. 12(b)(1) Motion to Dismiss filed by the Pennsylvania Department of Transportation, pleadings on file in this matter, and all responses thereto, it is hereby **ORDERED** that said Motion is **GRANTED** and this cause is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**,

_____, J.