# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 5:12-CV-00127-TBR |
| | ) |
| **ACF INDUSTRIES LLC, et al.** | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF VOLUNTARY DISMISSAL OF
## DEFENDANT MORTON INTERNATIONAL, LLC WITH PREJUDICE

Plaintiff LWD PRP Group, through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendant Morton International, LLC from this cause with prejudice. Morton International, LLC has not filed an answer or motion for summary judgment in this cause.

Dated: January 29, 2013

Respectfully submitted,

/s/ Gary D. Justis
Gary D. Justis           admitted *pro hac vice*
Ambereen Shaffie         admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, KS  66211-7820
Telephone:  (913) 998-6100
Facsimile:  (913) 998-6101
Email:  gjustis@justislawfirm.com
Email:  ashaffie@justislawfirm.com

        and

        W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
        MCMURRY & LIVINGSTON, PLLC
        333 Broadway, 7th Floor
        P.O. Box 1700
        Paducah, Kentucky  42002-1700
        Telephone:  (270) 443-6511
        Facsimile:  (270) 443-6548
        Email:  fletch@ml-lawfirm.com

        ATTORNEYS FOR PLAINTIFF LWD PRP
        GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2013, a copy of the foregoing Notice of Voluntary Dismissal of Defendant Morton International, LLC with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

        /s/ Gary D. Justis
        Gary D. Justis