**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**
**CASE NO. 5:12-CV-00127**

**LWD PRP GROUP**                                                                                      **PLAINTIFF**

**v.**

**ACF INDUSTRIES, LLC,** *ET AL.*                                                           **DEFENDANTS**

**ORDER**

This matter is before the Court on the Plaintiff's motion for leave to file a First Amended Complaint. (Pl.'s Mot, Docket Number 466). No objections have been filed by the Defendants, and the Court finds that granting the motion is appropriate in accordance with Federal Rule of Civil Procedure 15(a)(2). Accordingly, having considered the matter and being sufficiently advised,

**IT IS HEREBY ORDERED** that the Plaintiff's motion is **GRANTED**. The Clerk shall file the First Amended Complaint attached to the Plaintiff's motion.