# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Western District of Kentucky

Case Number: 512CV127R

Plaintiff/Petitioner:
**LWD PRP GROUP**
vs.
Defendant/Respondent:
**WASTE EXPRESS, INC., et al.**

Received by HPS Process Service & Investigations, Inc. to be served on Exide Technologies, c/o James R. Bolch, CEO, 13000 Deerfield Parkway, Building 200, Milton, GA 30004. I, _William F. Letts_, do hereby affirm that on the _2_ day of _January_, 20_13_ at _9:00 A_.m., executed service by delivering a true copy of the Summons in a Civil Action and Complaint, in accordance with state statutes in the manner marked below:

( ) REGISTERED AGENT SERVICE: By serving _____
as _____ for the above-named entity.

( ) RECORDS CUSTODIAN SERVICE: By serving _____
as _____ for the above-named entity.

(✓) CORPORATE SERVICE: By serving _Linda Norman_
as _Admin. Asst_ for the above-named entity.

( ) OTHER SERVICE: As described in the Comments below.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _Ms. Norman stated she was authorized to accept service by Legal Dept._

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

PROCESS SERVER # _____
Appointed in accordance with State Statutes

**HPS Process Service & Investigations, Inc.**
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
(800) 796-9559
Our Job Serial Number: 2012031183
Ref: 12-127 LWD Incinerator Site


299074

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5h

Case 5:12-cv-00127-TBR   Document 322-1   Filed 11/26/12   Page 56 of 74 PageID #: 1457

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on  01-02-2013
by:

  (1) personally delivering a copy of each to the individual at this place, _____
  _____ ; or

  (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
  who resides there and is of suitable age and discretion; or

  (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
  _____ ; or

  (4) returning the summons unexecuted to the court clerk on _____ ; or

  XXX other (specify):  Served Exide Technologies by serving Linda Norman, Administrative
  Assistant, at 13000 Deerfield Parkway, Building 200, Alpharetta, GA 30004

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

Date:  01-23-2013

Server's signature

William Letts
Printed name and title

MLQ ATTORNEY SERVICES
2000 RIVEREDGE PARKWAY NW
SUITE 885
ATLANTA, GA 30328
1-800-446-8794



299074

Case 5:12-cv-00127-TBR   Document 426   Filed 12/21/12   Page 1 of 2 PageID #: 1834

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
## for the

LWD PRP GROUP
Plaintiff

v.                                  Civil Action No. 5:12CV-127-TBR

EXIDE TECHNOLOGIES
Defendant

## Summons in a Civil Action

To: *(Defendant's name and address)*
James R. Bolch
CEO
Exide Technologies
13000 Deerfield Pkwy.
Bldg. 200
Milton, GA 30004

A lawsuit has been filed against you.

Within  21  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Gary D. Justis, Esq.
The Justis Law Firm, LLC
5251 W. 116th Place
Suite 200
Leawood, KS 66211-7820

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  12/21/2012

Name of clerk of court
s/ K. Atkins
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*