**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION**

| | |
|---|---|
| LWD PRP GROUP, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 5:12-CV-00127-TBR |
| V. ) | |
| ) | |
| ACF INDUSTRIES, LLC., ) | |
| ) | |
| PENNSYLVANIA DEPARTMENT OF ) | |
| TRANSPORTATION, ET AL. ) | |
| Defendants. ) | |

## **ORDER**

AND NOW, this _____ day of _____, 2013, upon consideration of the F.R.Civ.P. 12(b)(1) Motion to Dismiss Amended Complaint filed by the Pennsylvania Department of Transportation, pleadings on file in this matter, and all responses thereto, it is hereby **ORDERED** that said Motion is **GRANTED** and this cause is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**,

_____, J.