UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | | |
|---|---|---|
| LWD PRP GROUP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Act No. 5:12-CV-127-TBR |
| | ) | |
| v. | ) | |
| | ) | |
| ACF INDUSTRIES LLC, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ANSWER</u>**
(Electronically Filed)

Comes the Defendant Louisville/Jefferson County Metro Government ("Louisville Metro"), a consolidated local government pursuant to K.R.S. Chapter 67C and governmental successor in interest to the City of Louisville, Kentucky and Jefferson County, Kentucky, and the Defendant Urban Renewal and Community Development Agency of Louisville ("Urban Renewal"), both by counsel, and for their Answers to the Plaintiff's Complaint state as follows:

1.      To the extent that any entity described in the Complaint was a department or agency of the former City of Louisville, Kentucky or the former Jefferson County, Kentucky, including Defendant Jefferson County Public Works, Defendant Louisville Metro accepts service therefor, but not sui juris.  Defendants Louisville Water Company, Louisville Metropolitan Sewer District and Transit Authority of River City are separate and distinct entities from Defendant Louisville Metro and Defendant Urban Renewal, and therefore, neither Louisville Metro nor Urban Renewal can accept service or file an Answer for them.  Defendant Louisville Metro specifically denies that it is legally responsible for Louisville Water Company.

2.      The Defendants Louisville Metro and Urban Renewal are without sufficient information or knowledge to admit or deny the averments contained in the Complaint, and therefore, deny same.  Defendants Louisville Metro and Urban Renewal do not however, deny

the existence of matters of public record.  Defendants hereby reserve their rights to amend their Answers as further information becomes available to them.

3.      Defendants Louisville Metro and Urban Renewal reserve their rights to counterclaim or cross-claim against other parties to this action or to file a Third Party Complaint as further information becomes available to them.

4.      Any averments in the Complaint not specifically admitted herein are hereby specifically denied.

5.      Defendants Louisville Metro and Urban Renewal assert the following defenses:

## FIRST DEFENSE

The Complaint fails to state a claim for which relief may be granted against these Defendants.

## SECOND DEFENSE

To the degree that an immunity defense is applicable to either or both Defendants, the Defendants assert sovereign, governmental, official and qualified immunity, as defenses to this action.

## THIRD DEFENSE

Plaintiffs are barred from recovery under the Complaint due to their failure to exercise ordinary care and/or their failure to mitigate their damages.

## FOURTH DEFENSE

Plaintiff's damages, if any, were the result of intervening or superseding causes and are not the result of any act or omission of these Defendants.

## FIFTH DEFENSE

Plaintiff's claims for damages may be subject to apportionment and these Defendants are not liable for the fault apportioned to others.

2

## SIXTH DEFENSE

To the degree that Plaintiffs suffered damages as alleged in the Complaint, said damages were caused by the negligence of others.

## SEVENTH DEFENSE

Defendants assert any and all affirmative defenses available to them pursuant to FRCP 8 and FRCP 12, including but not limited to the Statute of Limitations.  Defendants assert the foregoing defenses based upon the information currently available to them in order to avoid waiver.  Defendants reserve their right to amend their pleadings to assert additional defenses as information becomes available to them.

WHEREFORE, Defendants Louisville Metro and Urban Renewal demand as follows:

1.     That the Complaint against each of them be dismissed with prejudice;

2.     For their costs herein expended, including reasonable attorney fees; and

3.     For any and all other relief to which they may be entitled.

MICHAEL J. O'CONNELL
JEFFERSON COUNTY ATTORNEY


By: /s/ William P. O'Brien
    William P. O'Brien
    Jennifer B. Swyers
    Edward S. Carle
    Assistant Jefferson County Attorneys
    531 Court Place, Suite 900
    Louisville, Kentucky 40202
    (502) 574-3349
    Counsel for Defendants,
    Louisville Metro and Urban Renewal

## <u>CERTIFICATE</u>

I hereby certify that on January 31, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will automatically send a notice of electronic filing to all counsel of record.

/s/William P. O'Brien_____
William P. O'Brien
Assistant Jefferson County Attorney

G:\Cases\CARLE, ED\EdCarle\LWD PRP GROUP\Answer_Urban Renewal and Community Development