IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | | |
|---|---|---|
| LWD PRP GROUP, | ) | |
| | ) | |
| Plaintiff, | ) | *Electronically Filed* |
| | ) | |
| v. | ) | No. 5:12-CV-127 |
| | ) | |
| ACF INDUSTRIES LLC; *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS', THE ILLINOIS DEPARTMENT OF AGRICULTURE, THE ILLINOIS DEPARTMENT OF CORRECTIONS, THE ILLINOIS DEPARTMENT OF TRANSPORTATION AND THE BOARD OF TRUSTEES OF THE ILLINOIS STATE UNIVERSITY RULE 12(b)(1) MOTION TO DISMISS TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(1), Defendants, the Illinois Department of Agriculture ("IDOA"), the Illinois Department of Corrections ("IDOC"), the Illinois Department of Transportation ("IDOT"), and the Board of Trustees of the Illinois State University ("ISU") (collectively, "State of Illinois Defendants"), hereby move this Court to dismiss the Plaintiff's First Amended Complaint with prejudice for lack of subject-matter jurisdiction.

WHEREFORE, the State of Illinois Defendants respectfully request that this Court GRANT its Motion to Dismiss, ENTER the attached proposed Order dismissing Plaintiff's Complaint with prejudice, and to GRANT the State of Illinois Defendants such other relief as to which they may be entitled.

Respectfully submitted,

LISA MADIGAN,
Attorney General of the State of Illinois

MATTHEW J. DUNN, Chief
Environmental Enforcement/
Asbestos Litigation Division

ELIZABETH WALLACE, Chief,
Environmental Bureau North

s/Evan J. McGinley
EVAN J. McGINLEY (IARDC # 6237655)
Assistant Attorney General
69 West Washington Street, Suite 1800
Chicago, Illinois 60602
Telephone:     312/814-3153
Facsimile:     312/814-2647
emcginley@atg.state.il.us

*Counsel for Defendants the Illinois Department of Agriculture, the Illinois Department of Corrections, the Illinois Department of Transportation, and the Illinois State University*

## NOTICE OF ELECTRONIC FILING AND CERTIFICATE OF SERVICE

### LWD PRP GROUP V. ACF INDUSTRIES LLC, *ET AL.*
### Case No. 05:12-cv-127
### (Western District of Kentucky-Paducah Division)

I hereby certify that on February 1, 2013, I filed the documents listed below electronically with the Clerk of the Court for the United States District Court for the Western District of Kentucky by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in this action. Parties may access this filing through the Court's Electronic Case Filing System.

- Defendants', the Illinois Department of Agriculture, Illinois Department of Corrections, the Illinois Department of Transportation, and the Board of Trustees of the Illinois State University, Rule 12(b)(1) Motion to Dismiss Plaintiff's First Amended Complaint;

- Defendants', the Illinois Department of Agriculture, Illinois Department of Corrections, the Illinois Department of Transportation, and the Board of Trustees of the Illinois State University, Memorandum of Law in Support of Their Rule 12(b)(1) Motion to Dismiss; and

- Proposed Order

s/Evan J. McGinley
EVAN J. McGINLEY (IARDC # 6237655)
Assistant Attorney General
69 West Washington Street, Suite 1800
Chicago, Illinois 60602
Telephone:    312/814-3153
Facsimile:    312/814-2647
emcginley@atg.state.il.us

*Counsel for Defendants, the Illinois Department of Agriculture, the Illinois Department of Corrections, the Illinois Department of Transportation, and the Illinois State University*