**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**

LWD PRP GROUP,                                  )
                                                )
        Plaintiff,                              )        *Electronically Filed*
                                                )
        v.                                      )        No. 5:12-CV-127
                                                )
ACF INDUSTRIES LLC; *et al.*                    )
                                                )
        Defendants.                             )

**ORDER**

This matter coming before the Court on Defendants' the Illinois Department of

Agriculture, the Illinois Department of Corrections, the Illinois Department of Transportation,

and the Board of Trustees of the Illinois State University, Rule 12(b)(1) Motion to Dismiss

Plaintiff's First Amended Complaint, the Court having considered the pleadings on file in this

matter, the record before the Court and the arguments of the parties' respective counsel,

Defendants' motion is hereby **GRANTED** and this cause is **DISMISSED WITH PREJUDICE.**

        **SO ORDERED,**