FILE
FEB 0 4 2013
VANESSA L. ARMST.
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) CASE NO. 5:12-CV-127R |
| Plaintiff, | ) |
| v. | ) |
| ACF INDUSTRIES LLC; et al., | ) AFFIDAVIT OF GEORGE A. CARROLL |
| | ) RE CM/ECF TRAINING |
| Defendants. | ) |

STATE OF IOWA      )
                   ) SS
COUNTY OF POLK     )

I, GEORGE A. CARROLL, being first duly sworn on oath, state and aver the following:

1. I, George A. Carroll, Assistant Attorney General for the State of Iowa (Bar #7898/AT0001493), hereby state that I have previously received training on the electronic filing system in the United States District Court for the Southern District of Iowa and Northern District of Iowa at the office of the Attorney General in 2004.

2. That I have filed in various cases using CM/ECF in the United States District Court for the Southern District of Iowa and Northern District of Iowa since 2004.

_____
GEORGE A. CARROLL

Subscribed and sworn to before me by George A. Carroll on this 2nd day of February, 2013.

_____
NOTARY PUBLIC

BLESSIE Z. THOMMANDRU
Commission Number 765489
My Commission Expires
November 8, 2013

1