

## Department of Justice

THOMAS J. MILLER
ATTORNEY GENERAL

DIANE M. STAHLE
SPECIAL ASSISTANT ATTORNEY GENERAL

GEORGE A. CARROLL
ASSISTANT ATTORNEY GENERAL

ADDRESS REPLY TO:
REGENTS AND HUMAN SERVICES DIVISION
HOOVER BUILDING
DES MOINES, IOWA 50319-0109
TELEPHONE: (515) 281-8330

TELEFAX: (515) 281-7219

February 1, 2013

Kelly Atkins, Deputy Clerk
United States District Court
Western District of Kentucky
Paducah Division
501 Broadway, Room 127
Paducah, Kentucky 42001-6801

RE:   *LWD PRP Group v. ACF Industries, LLC, et al.*
      Case No. 5:12-CV-127R

Dear Ms. Atkins:

Please find enclosed an Affidavit of CM/ECF Training pursuant to Local Rule 83.2.

If you need anything further from me, please do not hesitate contacting me at (515) 281-4931. Thank you.

Sincerely,

George A. Carroll
GEORGE A. CARROLL
Assistant Attorney General

Enclosures

GAC/bc