UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO 5:12-CV-127-R

LWD PRP GROUP,            )
                          )
    Plaintiff.            )
                          )
v.                        )
                          )
ACF INDUSTRIES, LLC et al. )
                          )
    Defendants.           )

### AGREED ORDER ON JOINT MOTION TO EXTEND TIME FOR EXIDE TECHNOLOGIES TO RESPOND TO PLAINTIFF'S COMPLAINT

Upon agreement of the parties, Plaintiff LWD PRP Group and Defendant Exide Technologies, and the Court now being otherwise sufficiently advised; it is hereby

ORDERED that the Joint Motion to Extend Time for Exide Technologies to Respond to Plaintiff's Complaint is *granted*. It is further

ORDERED that Defendant Exide Technologies shall have through and including February 22, 2013, to respond to Plaintiff's Complaint.