**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **Civil Action No. 5:12-CV-127-TBR** |
| **v.** | ) |
| | ) |
| **ACF INDUSTRIES LLC, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**MOTION TO DISMISS**
**DEFENDANT CNA INTERNATIONAL INC. WITH PREJUDICE**

Plaintiff LWD PRP Group ("Plaintiff"), through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), hereby moves this Court for an Order dismissing CNA International Inc. ("CNA") with prejudice.  Further, conditioned upon the Court dismissing CNA with prejudice and without waiving its arguments as to the lack of the Court's jurisdiction over CNA in this jurisdiction, CNA voluntarily withdraws its Motion to Dismiss for Lack of Jurisdiction against Plaintiff, filed on December 17, 2012 (DN 395).  In support of this motion, Plaintiff states as follows:

1. Plaintiff commenced this cause of action on August 31, 2012, with the filing of its Complaint.

2. On December 17, 2012, CNA filed its Motion to Dismiss for Lack of Jurisdiction ("Motion to Dismiss") (DN 395).

3. On January 30, 2013, Plaintiff filed an Amended Complaint (DN 581).

4. Plaintiff has agreed to dismiss its claims, including those in the Complaint and the Amended Complaint, against CNA.

5.  Although it continues to assert that the Court has no jurisdiction over it, and without waiving that argument, CNA has agreed to withdraw its Motion to Dismiss solely on the basis that Plaintiff has agreed to dismiss its claims against CNA with prejudice.

6.  Therefore, Plaintiff moves the Court for voluntary dismissal of CNA, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2).

7.  Subject to the Court dismissing CNA with prejudice, CNA voluntarily withdraws its Motion to Dismiss.

WHEREFORE, an Order dismissing CNA with prejudice is appropriate; therefore, Plaintiff respectfully requests (with no objection from CNA) that the Court enter such an Order.

Dated:    February 12, 2013          Respectfully submitted,

/s/ Ambereen Shaffie
Ambereen Shaffie          admitted *pro hac vice*
Gary D. Justis            admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, KS  66211-7820
Telephone:  (913) 998-6100
Facsimile:  (913) 998-6101
Email:  ashaffie@justislawfirm.com
Email:  gjustis@justislawfirm.com

and

W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, KY  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP
GROUP

/s/ Belynda B. Reck (*with permission*)
Belynda B. Reck
HUNTON & WILLIAMS LLP
550 S. Hope Street, Suite 2000
Los Angeles, CA  90068
Telephone:  (213) 532-2000
Facsimile:  (213) 532-2020
Email:  breck@hunton.com

ATTORNEY FOR DEFENDANT CNA
INTERNATIONAL INC.

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2013, a copy of the foregoing Motion to Dismiss Defendant CNA International Inc. with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's Electronic Case Filing System.

/s/ Ambereen Shaffie
Ambereen Shaffie