UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 5:12-CV-127-TBR |
| v. | ) |
| | ) |
| CNA INTERNATIONAL INC., et al., | ) |
| | ) |
| Defendants. | ) |

ORDER GRANTING MOTION
TO DISMISS DEFENDANT CNA INTERNATIONAL INC. WITH PREJUDICE

This matter is before the Court on a Motion ("Motion") by the Plaintiff LWD PRP Group for an Order dismissing Defendant CNA with prejudice (with no objection from CNA) and withdrawing CNA's Motion to Dismiss. In consideration of the Motion and the entire record herein,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and that Defendant CNA is **DISMISSED** with prejudice.

ENTERED this _____ day of _____, 2013.