IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | CASE NO. 5:12-CV-127R |
| Plaintiff, | |
| v. | |
| ACF INDUSTRIES LLC; et al., | DEFENDANT'S, THE UNIVERSITY OF IOWA, MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 12(b)(1) and (6) |
| Defendants. | |

**COMES NOW** Defendant, the University of Iowa, and move to dismiss Plaintiff's Complaint pursuant to Fed. Rule Civ. Procedure 12(b)(1) and (6) for lack of subject matter jurisdiction, failure to state a claim, and sovereign immunity and state:

1. This is an action against the University of Iowa under CERCLA.

2. The University of Iowa is an entity of the State of Iowa and entitled to sovereign immunity from suit.

**WHEREFORE,** the Defendant, the University of Iowa, requests the Court to dismiss Plaintiff's Complaint.

Respectfully submitted,
**THOMAS J. MILLER**
Attorney General of Iowa

**/s/ GEORGE A. CARROLL**
George A. Carroll
Assistant Attorney General
Hoover Building, Second Floor
1305 East Walnut Street
Des Moines, Iowa  50319
PHONE:  (515) 281-8330
FAX:  (515) 281-7219
E-MAIL:  George.carroll@iowa.gov
ATTORNEYS FOR DEFENDANT
THE UNIVERSITY OF IOWA

2

*Original electronically filed.*

*Copies electronically served on all parties of record.*

|  |
|---|
| **PROOF OF SERVICE** |
| The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on February 13, 2013 |
| ☐ U.S. Mail ☐ FAX<br>☐ Hand Delivery ☐ Overnight Courier<br>☐ Federal Express ☐ Other<br>☒ ECF System Participant (Electronic Service) |
| Signature: /s/ BETTY CHRISTENSEN |