IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | | |
|---|---|---|
| LWD PRP GROUP, | ) | CASE NO. 5:12-CV-127R |
| Plaintiff, | ) | |
| v. | ) | |
| ACF INDUSTRIES LLC; et al., | ) | DEFENDANT'S, THE UNIVERSITY OF IOWA, MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS |
| Defendants. | ) | |

## INTRODUCTION

Plaintiff sued multiple Defendants, including the University of Iowa, alleging violation of CERCLA, 42 U.S.C. § 9601, et. seq. The University is entitled to sovereign immunity and seeks dismissal of the Complaint.

## ARGUMENT

**The University of Iowa is entitled to sovereign immunity from suit.**

In Seminole Tribe of Florida v. Florida, 517 U.S. 44 (1996), the Court held that states are immune from suit in Federal Court, unless Congress properly waives immunity or the states have waived immunity. The University of Iowa does not consent to be sued in Federal Court. The University of Iowa is a state entity for purposes of the Eleventh Amendment immunity. Brine v. Univ. of Iowa, 90 F.3d 271, 275 (8th Cir. 1996).

In Florida Prepaid Postsecondary Educ. Expense Bd. v. College Sav. Bank, 527 U.S. 627 (1999), the Court noted that "Seminole Tribe makes it clear that Congress may not abrogate state sovereign immunity pursuant to its Article I power." Seminole Tribe makes it clear that Pennsylvania v. Union Gas Co., 491 U.S. 1(1989) (abrogating state immunity under CERCLA)

1

is no longer valid and thus, the doctrine of sovereign immunity prohibits this suit against the University of Iowa.

## CONCLUSION

The University of Iowa, as a state entity, may not be sued under CERCLA and consequently, Plaintiff's Complaint must be dismissed.

Respectfully submitted,

**THOMAS J. MILLER**
Attorney General of Iowa

**/s/ GEORGE A. CARROLL**
George A. Carroll
Assistant Attorney General
Hoover Building, Second Floor
1305 East Walnut Street
Des Moines, Iowa  50319
PHONE:  (515) 281-8330
FAX:  (515) 281-7219
E-MAIL:  George.carroll@iowa.gov
ATTORNEYS FOR DEFENDANT
THE UNIVERSITY OF IOWA

*Original electronically filed.*
*Copies electronically served on parties of record.*

---

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on February 13, 2013

- ☐ U.S. Mail
- ☐ Hand Delivery
- ☐ Federal Express
- ☒ ECF System Participant (Electronic Service)
- ☐ FAX
- ☐ Overnight Courier
- ☐ Other

Signature: /s/ BETTY CHRISTENSEN