# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 5:12-CV-127-TBR |
| v. | ) |
| | ) |
| CNA INTERNATIONAL INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING MOTION
## TO DISMISS DEFENDANT CNA INTERNATIONAL INC. WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Plaintiff, LWD PRP,

Group, moved the Court for an Order dismissing Defendant CNA International

Inc., with prejudice (Pl.'s Mot. Docket Number 6230, CNA has not objected.

Furthermore, CNA has agreed that upon dismissal with prejudice it voluntarily

withdraws its pending motion to dismiss (Def.'s Mot. Docket Number 395).

Having considered the matter and being sufficiently advised,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and that Defendant

CNA International, Inc. is **DISMISSED** with prejudice.