### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF KENTUCKY, PADUCAH DIVISION

| | | |
|---|---|---|
| LWD PRP GROUP, | ) | |
| | ) | |
| Plaintiff, | ) | Case No:  5:12 CV 127 R |
| | ) | |
| v. | ) | Hon. Thomas B. Russell |
| | ) | |
| ACF INDUSTRIES LLC, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

## **MOTION**

Comes the Defendant, Ameren Illinois Company, f/k/a Central Illinois Public Service Company ("Ameren"), through counsel, and hereby moves the Court for an Order that Defendant's pending Motion to Dismiss the complaint [DN 290] and the associated briefs previously filed by the parties shall apply to Plaintiff's Amended Complaint and the motion shall stand submitted.  In support of this motion, the allegations as against Ameren in the Amended Complaint are the same allegations as in the Complaint.  The substantive arguments of the parties in the motion to dismiss would be the same.

Respectfully submitted,

 /s/ *Elmer J. George*
Elmer J. George
Attorney at Law
105 West Main Street
Lebanon, Kentucky
(270) 692-2161
elmer@kylawoffices.com

-and-

Dallas E. George
**Dallas E. George, PLLC**
Attorney at Law
105 West Main Street
Lebanon, Kentucky 40033
(270) 692-2161
dallas@kylawoffices.com

-and-

Joseph F. Madonia (joe.madonia@btlaw.com) (*pro hac vice* motion pending)
Alison C. Conlon (alison.conlon@btlaw.com) (*pro hac vice* motion pending)
**Barnes & Thornburg LLP**
Attorneys at Law
One N. Wacker Drive, Suite 4400
Chicago, Illinois  60606
T: (312) 357-1313
F: (312) 759-5646

ATTORNEYS FOR DEFENDANT, AMEREN ILLINOIS COMPANY

### CERTIFICATE OF SERVICE

    Elmer J. George, counsel for Defendant, states that he caused a copy of the foregoing **MOTION** to be electronically filed via the Court's CM/ECF system on this 13th day of February, 2013, and served via the Court's electronic filing system upon all counsel of record.

                                                         /s/*Elmer J. George*