IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF KENTUCKY, PADUCAH DIVISION

| | | |
|---|---|---|
| LWD PRP GROUP, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 5:12 CV 127 R |
| | ) | |
| v. | ) | Hon. Thomas B. Russell |
| | ) | |
| ACF INDUSTRIES LLC, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the Motion of the Defendant, Ameren Illinois Company, f/k/a Central Illinois Public Service Company ("Ameren") for an Order that Ameren's pending Motion to Dismiss the complaint [DN 290] and the associated briefs previously filed by the parties shall apply to Plaintiff's Amended Complaint. The Court having considered said Motion, the record herein, and being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the Motion is **GRANTED** and Ameren's Motion to Dismiss the Amended Complaint shall stand submitted.

_____
**Judge, U.S. District Court**

Date:_____

Tendered by:
Elmer J. George
105 West Main Street
Lebanon, Kentucky 40033