### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF KENTUCKY, PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| Plaintiff, | ) Case No: 5:12 CV 127 R |
| v. | ) Hon. Thomas B. Russell |
| ACF INDUSTRIES LLC, *et al.*, | ) |
| Defendant. | ) |

## AGREED MOTION

Comes the Plaintiff, LWD PRP Group ("Plaintiff"), and the Defendant, Ameren Illinois Company, f/k/a Central Illinois Public Service Company ("Ameren"), through their respective counsel, and hereby amends Ameren's motion [DN 610] to a joint motion with both Plaintiff and Ameren moving the Court for the relief requested in Ameren's February 13, 2013 motion [DN 610], which is an Order that Ameren's pending Motion to Dismiss the complaint [DN 290] and the associated briefs filed by both parties shall apply to Plaintiff's Amended Complaint and the motion [DN 290] shall stand submitted and fully briefed.

Respectfully submitted,

/s/ *Ambereen Shaffie  (with permission)*
Ambereen Shaffie admitted *pro hac vice*
Gary D. Justis admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, KS 66211-7820
Telephone: (913) 998-6100
Facsimile: (913) 998-6101
Email: ashaffie@justislawfirm.com
Email: gjustis@justislawfirm.com

-and-

W. Fletcher McMurry Schrock
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, KY 42002-1700
Telephone: (270) 443-6511
Facsimile: (270) 443-6548
Email: fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF, LWD PRP GROUP


  /s/ *Elmer J. George*
Elmer J. George
Attorney at Law
105 West Main Street
Lebanon, Kentucky
(270) 692-2161
elmer@kylawoffices.com

-and-

Dallas E. George
**Dallas E. George, PLLC**
Attorney at Law
105 West Main Street
Lebanon, Kentucky 40033
(270) 692-2161
dallas@kylawoffices.com

-and-

Joseph F. Madonia (joe.madonia@btlaw.com) (*pro hac vice* motion pending)
Alison C. Conlon (alison.conlon@btlaw.com) (*pro hac vice* motion pending)
**Barnes & Thornburg LLP**
Attorneys at Law
One N. Wacker Drive, Suite 4400
Chicago, Illinois  60606
T: (312) 357-1313
F: (312) 759-5646

ATTORNEYS FOR DEFENDANT, AMEREN ILLINOIS COMPANY

## **CERTIFICATE OF SERVICE**

  Elmer J. George, counsel for Defendant, states that he caused a copy of the foregoing **JOINT MOTION** to be electronically filed via the Court's CM/ECF system on this 11th day of February, 2013, and served via the Court's electronic filing system upon all counsel of record.

                     */s/Elmer J. George*