### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF KENTUCKY, PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| Plaintiff, | ) Case No: 5:12 CV 127 R |
| v. | ) Hon. Thomas B. Russell |
| ACF INDUSTRIES LLC, *et al.*, | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the Agreed Motion of the Plaintiff, LWD PRP Group ("Plaintiff"), and the Defendant, Ameren Illinois Company, f/k/a Central Illinois Public Service Company ("Defendant") for an Order that Defendant's pending Motion to Dismiss the complaint [DN 290] and the associated briefs filed by both parties shall apply to Plaintiff's Amended Complaint. The Court having considered said Agreed Motion, the record herein, and being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the Agreed Motion is **GRANTED** and Defendant's Motion to Dismiss the Amended Complaint shall stand submitted.

_____
**Judge, U.S. District Court**

Date:_____

Tendered by:
Elmer J. George
105 West Main Street
Lebanon, Kentucky 40033