# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 5:12-CV-00127-TBR |
| | ) |
| **ACF INDUSTRIES LLC, et al.** | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF VOLUNTARY DISMISSAL OF
## DEFENDANT COOPER TIRE & RUBBER CO. WITHOUT PREJUDICE

Plaintiff LWD PRP Group, through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendant Cooper Tire & Rubber Co. from this cause without prejudice.  Cooper Tire & Rubber Co. has not filed an answer or motion for summary judgment in this cause.

Dated:  February 22, 2013

                                                    Respectfully submitted,

                                                    /s/ Gary D. Justis
                                                    Gary D. Justis       admitted *pro hac vice*
                                                    Ambereen Shaffie   admitted *pro hac vice*
                                                    THE JUSTIS LAW FIRM LLC
                                                    5251 W. 116th Place, Suite 200
                                                    Leawood, KS  66211-7820
                                                    Telephone:  (913) 998-6100
                                                    Facsimile:  (913) 998-6101
                                                    Email:  gjustis@justislawfirm.com
                                                    Email:  ashaffie@justislawfirm.com

and

W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:   fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2013, a copy of the foregoing Notice of Voluntary Dismissal of Defendant Cooper Tire & Rubber Co. without Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.


/s/ Gary D. Justis
Gary D. Justis

2