UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO 5:12-CV-127-R

| | |
|---|---|
| LWD PRP GROUP, | ) |
| Plaintiff. | ) ) ) ) |
| v. | ) ) |
| ACF INDUSTRIES, LLC et al., | ) ) |
| Defendants. | ) |

## MOTION TO EXTEND TIME FOR EXIDE TECHNOLOGIES TO RESPOND TO PLAINTIFF'S COMPLAINT

COMES NOW, Defendant Exide Technologies, by counsel, and hereby moves this Honorable Court to enter the accompanying Order on Motion to Extend Time for Exide Technologies to Respond to Plaintiff's Complaint through and including March 1, 2013, to answer and/or otherwise respond to Plaintiff's Complaint in the above-styled action.

Defendant submits that the extension of time requested will not delay any other deadlines in this case. Wherefore, Defendant Exide Technologies respectfully moves this Honorable Court to enter the accompanying Order on Motion to Extend Time for Exide Technologies to Respond to Plaintiff's Complaint through and including March 1, 2013.

Respectfully submitted:

/s/ Whitney M Harmon
Whitney M. Harmon
Baker Donelson Bearman Caldwell
  and Berkowitz
First Tennessee Building
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
wharmon@bakerdonelson.com
*Attorney for Defendant Exide Technologies*

## NOTICE OF ELECTRONIC FILING AND CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of Court by using the CM/ECF system on this 22 day of February, 2013, which will send a notice of electronic filing to all counsel of record in this action.

By: /s/ *Whitney M. Harmon* .
      Whitney M. Harmon
      Baker Donelson Bearman Caldwell
        and Berkowitz
      First Tennessee Building
      165 Madison Avenue, Suite 2000
      Memphis, Tennessee 38103
      wharmon@bakerdonelson.com