UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO 5:12-CV-127-R

LWD PRP GROUP, )
)
    Plaintiff. )
)
v. )
)
ACF INDUSTRIES, LLC et al. )
)
    Defendants. )

### ORDER ON MOTION TO EXTEND TIME FOR EXIDE TECHNOLOGIES TO RESPOND TO PLAINTIFF'S COMPLAINT

The Court now being otherwise sufficiently advised; it is hereby

ORDERED that the Motion to Extend Time for Exide Technologies to Respond to Plaintiff's Complaint is *granted*. It is further

ORDERED that Defendant Exide Technologies shall have through and including March 1, 2013 to respond to Plaintiff's Complaint.

cc: Counsel