## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION

| | | |
|---|---|---|
| LWD PRP GROUP, | ) | *Electronically Filed* |
| | ) | |
| Plaintiff, | ) | No. 5:12-CV-127 |
| | ) | |
| v. | ) | Judge Thomas B. Russell |
| | ) | |
| ACF INDUSTRIES LLC, *et al.* | ) | **NOTICE TO WITHDRAW** |
| | ) | **MOTION TO DISMISS** |
| Defendants. | ) | **WITHOUT PREJUDICE** |

Defendants, the Illinois Department of Agriculture, the Illinois Department of Corrections, the Illinois Department of Transportation, and the Board of Trustees of Illinois State University, through their counsel and pursuant to Plaintiff's Fed. R. Civ. P. 41(a)(1)(A)(i) voluntary dismissal without prejudice, hereby withdraws its Motion to Dismiss Plaintiff's Complaint for lack of subject-matter jurisdiction, pursuant to Federal Rule of Civil Procedure 12(b)(1) without prejudice.

Respectfully submitted,

LISA MADIGAN,
Attorney General of the State of Illinois

MATTHEW J. DUNN, Chief
Environmental Enforcement/
Asbestos Litigation Division

ELIZABETH WALLACE, Chief,
Environmental Bureau North

s/Evan J. McGinley
EVAN J. McGINLEY (IARDC # 6237655)
Assistant Attorney General
69 West Washington Street, Suite 1800
Chicago, Illinois 60602
Telephone:   312/814-3153
Facsimile:   312/814-2647
emcginley@atg.state.il.us

## NOTICE OF ELECTRONIC FILING AND CERTIFICATE OF SERVICE

### LWD PRP GROUP V. ACF INDUSTRIES LLC, *ET AL.*
### Case No. 05:12-cv-127
### (Western District of Kentucky-Paducah Division)

I hereby certify that on February 25, 2013, I filed the documents listed below electronically with the Clerk of the Court for the United States District Court for the Western District of Kentucky by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in this action. Parties may access this filing through the Court's Electronic Case Filing System.

- Notice to Withdraw Motion to Dismiss Without Prejudice

s/Evan J. McGinley
EVAN J. McGINLEY (IARDC # 6237655)
Assistant Attorney General
69 West Washington Street, Suite 1800
Chicago, Illinois 60602
Telephone:     312/814-3153
Facsimile:      312/814-2647
emcginley@atg.state.il.us