# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION

| | | |
|---|---|---|
| LWD PRP GROUP, | ) | *Electronically Filed* |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 5:12-CV-00127-TBR |
| V. | ) | |
| | ) | Judge Thomas B. Russell |
| ACF INDUSTRIES, LLC., | ) | |
| | ) | **NOTICE TO WITHDRAW** |
| PENNSYLVANIA DEPARTMENT OF | ) | **MOTION TO DISMISS** |
| TRANSPORTATION, ET AL. | ) | **WITHOUT PREJUDICE** |
| Defendants. | ) | |

AND NOW comes the Defendant, Pennsylvania Department of Transportation, by its attorneys, Kathleen G. Kane, Attorney General, Sandra A. Kozlowski, Deputy Attorney General, and Susan J. Forney, Chief Deputy Attorney General, Chief, Litigation Section, and pursuant to Plaintiff's Fed.R.Civ.P. 41(a)(1)(A)(i) voluntary dismissal without prejudice, hereby withdraws its Motion to Dismiss Plaintiff's Complaint for lack of subject-matter jurisdiction, pursuant to Federal Rule of Civil Procedure 12(b)(1) without prejudice.

Respectfully submitted:

KATHLEEN G. KANE
Attorney General

Susan J. Forney
Chief Deputy Attorney General
Litigation Section

By:/s/ Sandra A. Kozlowski

SANDRA A. KOZLOWSKI
Deputy Attorney General
PA I.D.: 89127

Office of Attorney General
6th Fl., Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219
Tel: 412.565.2569
Fax: 412.565.3019

**NOTICE OF ELECTRONIC FILING AND CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2013, I filed the Notice to Withdraw Motion to Dismiss Without Prejudice listed below electronically with the Clerk of Court for the United States District court for the Western District of Kentucky by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in this action. Parties may access this filing through the Court's Electronic Case Filing System.

By:/s/ Sandra A. Kozlowski

SANDRA A. KOZLOWSKI
Deputy Attorney General
PA I.D.: 89127


Office of Attorney General
6th Fl., Manor Complex
564 Forbes Avenue
Pittsburgh, PA  15219
Tel:  412.565.2569
Fax: 412.565.3019