# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 5:12-CV-127-TBR |
| | ) |
| **ACF INDUSTRIES LLC, et al.** | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL OF
## DEFENDANT PENNSYLVANIA DEPARTMENT OF TRANSPORTATION WITHOUT PREJUDICE

Plaintiff LWD PRP Group, through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendant Pennsylvania Department of Transportation from this cause without prejudice.  Pennsylvania Department of Transportation filed a Motion to Dismiss on January 31, 2013 (DN 583), and withdrew its Motion to Dismiss (DN 659).

Dated:  February 26, 2013

                Respectfully submitted,

                /s/ Ambereen Shaffie
                Gary D. Justis   admitted *pro hac vice*
                Ambereen Shaffie  admitted *pro hac vice*
                THE JUSTIS LAW FIRM LLC
                5251 W. 116th Place, Suite 200
                Leawood, KS  66211-7820
                Telephone:  (913) 998-6100
                Facsimile:  (913) 998-6101
                Email:  gjustis@justislawfirm.com
                Email:  ashaffie@justislawfirm.com

and

W. Fletcher McMurry Schrock (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky 42002-1700
Telephone: (270) 443-6511
Facsimile: (270) 443-6548
Email: fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on February 26, 2013, a copy of the foregoing Notice of Voluntary Dismissal of Defendant Pennsylvania Department of Transportation without Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

<u>/s/ Ambereen Shaffie</u>
Ambereen Shaffie