**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION**

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Civil Action No. 5:12-CV-127-TBR** |
| | ) |
| **ACF INDUSTRIES LLC, et al.** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT
ILLINOIS STATE UNIVERSITY WITHOUT PREJUDICE**

Plaintiff LWD PRP Group, through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendant Illinois State University from this cause without prejudice.  Illinois State University filed a Motion to Dismiss on February 1, 2013 (DN 586), and on February 25, 2013 filed to withdraw the Motion to Dismiss (DN 643).

Dated:  February 26, 2013

Respectfully submitted,

/s/ Ambereen Shaffie
Gary D. Justis            admitted *pro hac vice*
Ambereen Shaffie          admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, KS  66211-7820
Telephone:  (913) 998-6100
Facsimile:  (913) 998-6101
Email:  gjustis@justislawfirm.com
Email:  ashaffie@justislawfirm.com

and

W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP
GROUP

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2013, a copy of the foregoing Notice of Voluntary
Dismissal of Defendant Illinois State University without Prejudice was filed electronically.
Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.
Parties may access this filing through the Court's Electronic Case Filing System.


/s/ Ambereen Shaffie
Ambereen Shaffie