
# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Western District of Kentucky

Case Number: 512CV127R

Plaintiff/Petitioner:
**LWD PRP GROUP**
vs.
Defendant/Respondent:
**WASTE EXPRESS, INC., et al.**

Received by HPS Process Service & Investigations, Inc. to be served on **Sterling Hardward, LLC, Serve: Office or Managing Agent, 14430 Enterprise Road, Abingdon, VA 24210.** I, Jaso D. Sexta, do hereby affirm that on the 11th day of February, 2013 at 09:49 a.m., executed service by delivering a true copy of the Summons in Civil Action and Complaint in accordance with state statutes in the manner marked below:

( ) REGISTERED AGENT SERVICE: By serving _____
as _____ for the above-named entity.

( ) RECORDS CUSTODIAN SERVICE: By serving _____
as _____ for the above-named entity.

( ) CORPORATE SERVICE: By serving _____
as _____ for the above-named entity.

(X) OTHER SERVICE: As described in the Comments below.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: Served to Mrs Lee Price, receptionist

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.



AMANDA NICOLE FORSTER
Notary Public
Commonwealth of Virginia
Reg. #753219
My Commission Exps. Sept. 30, 2016

PROCESS SERVER # 887 WCSO
Appointed in accordance with State Statutes

HPS Process Service & Investigations, Inc.
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
(800) 796-9559
Our Job Serial Number: 2013002984
Ref: 12-127 LWD Incinerator Site

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **Lee Price**, by:

(1) personally delivering a copy of each to the individual at this place, **14980 Enterprise Rd, Abingdon, VA 24210**; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

Date: **2-11-13**

Server's signature

**Jason D. Sexton / Master Deputy**
Printed name and title

AMANDA NICOLE FORSTER
Notary Public
Commonwealth of Virginia
Reg. #753219
My Commission Exps. Sept. 30, 2016

**20281 Rustic Lane, Abingdon, VA**
Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

|                                    |   |                              |
|------------------------------------|---|------------------------------|
| IWD PRP GROUP                      | ) |                              |
| Plaintiff                          | ) |                              |
| v.                                 | ) | Civil Action No. 5:12CV-127-R |
| STERLING HARDWARE, LLC             | ) |                              |
| Defendant                          | ) |                              |

## Summons in a Civil Action

To: *(Defendant's name and address)*
Thomas Bailey
President
Sterling Hardware, LLC
14430 Enterprise Rd.
Abingdon, VA 24210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Gary D. Justis, Esq.
The Justis Law Firm, LLC
5251 W. 116th Place
Suite 200
Leawood, KS 66211-7820

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

s/ K. Atkins
Deputy clerk's signature

Date: 11/26/2012

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*