IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | CASE NO. 5:12-CV-00127 |
| Plaintiff, | JUDGE THOMAS B. RUSSELL |
| v. | **ANSWER OF DEFENDANT RESERVE ENVRIONMENTAL SERVICES, INC. TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| ACF INDUSTRIES, LLC, *et al.*, | |
| Defendants. | |

Defendant Reserve Environmental Services, Inc. ("Reserve Environmental"), through its attorney Robert B. Casarona of Roetzel & Andress, submits this Answer in response to Plaintiff LWD PRP Group's First Amended Complaint.

1. In response to Paragraphs 1 through 875, Defendant Reserve Environmental lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies those allegations.

2. In response to Paragraph 876, Reserve Environmental admits that annual reports identify Reserve Environmental and further lists waste volumes. Reserve Environmental denies the remaining allegations in Paragraph 876.

3. Reserve Environmental denies the total weight attributable to it as set out in Paragraph 877.

4. In response to Paragraph 878, Defendant Reserve Environmental admits that Reserve Environmental has not paid response costs incurred by LWD PRP Group at the LWD

Incinerator site. Specifically, Defendant Reserve Environmental denies that it has any obligation to pay any response costs incurred by the LWD PRP Group at the LWD Incinerator site.

5. In response to Paragraphs 879 through 1200, Defendant Reserve Environmental lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies those allegations.

## AFFIRMATIVE DEFENSES

1. Any allegation contained in the Plaintiff's First Amended Complaint which are not specifically admitted are denied.

2. This Court lacks personal jurisdiction over Reserve Environmental.

3. Plaintiff's First Amended Complaint fails to state a claim upon which relief can be granted against Reserve Environmental.

4. Reserve Environmental reserves the right to assert additional affirmative defenses as investigation and discovery proceed.

WHEREFORE, having fully answered, Defendant Reserve Environmental respectfully requests that:

(a) Plaintiff LWD PRP Group fails in its First Amended Complaint against Reserve Environmental Services, Inc.;

(b) Any relief sought by Plaintiff LWD PRP Group against Defendant Reserve Environmental Services, Inc. be denied;

(c) The cost of defense be assessed against Plaintiff LWD PRP Group; and

(d) Such further relief as the Court may deem just and equitable be granted to Defendant Reserve Environmental Services, Inc.

Respectfully submitted,

*/s/ Robert B. Casarona*
Robert B. Casarona (OH 0036715)
(*admitted pro hac vice*)
rcasarona@ralaw.com
ROETZEL & ANDRESS, LPA
1375 East Ninth Street
One Cleveland Center, Ninth Floor
Cleveland, OH  44114
Telephone: 216.623.0150
Facsimile: 216.623.0134

Stephen S. Schmidt (KY 95063)
sschmidt@ralaw.com
ROETZEL & ANDRESS, LPA
310 Chiquita Center
250 E. Fifth Street
Cincinnati, Ohio  45202
Telephone:  513.361.8298
Facsimile:  513.361.0335

*Attorneys for Reserve Environmental Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of February, 2013, a copy of the foregoing Answer of Defendant Reserve Environmental Services, Inc.'s Answer to Plaintiff's First Amended Complaint was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

I also certificate that a copy of this document was served by regular U.S. mail on the following parties not enrolled in the electronic filing system:

Relocatable Confinement Facilities
Ken Holloway
1175 Weyand
Dixon, CA  95620

James C. Tidwell
Wolfe Tidwell & McCoy
320 N. Travis Street, Suite 205
Sherman, TX  75090

John J. McAleese, III
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19103

Christopher A. Verducci
Craig L. Weinstock
Locke Lord LLP
2800 JP Morgan Chase Tower, 600 Travis
Houston, TX  77002

/s/ Robert B. Casarona
Robert B. Casarona

7003175 _1 110542.0005

4