## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Civil Action No. 5:12-CV-00127-TBR |
| v. | ) |
| | ) |
| **ACF INDUSTRIES LLC, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### ORDER DENYING MOTION TO DISMISS

This matter is before the Court on Motion to Dismiss filed by Defendant University of Iowa (DN 602) ("Defendant's Motion to Dismiss"). Upon consideration of University of Iowa's Motion, the Plaintiff's Response to Defendant University of Iowa's Motion to Dismiss thereto, and the entire record herein,

**IT IS HEREBY ORDERED** that the Defendant's Motion to Dismiss is **DENIED**.

ENTERED this _____ day of _____, 2013.


_____
Thomas B. Russell, Senior Judge
United States District