**FILED**

VANESSA L. ARMSTRONG, CLERK

MAR 1 1 2013

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

LWD PRP GROUP,                              Case No. 5:12-cv-127-

       Plaintiff,                          Hon. THOMAS B. RUSSELL

-v-                                        fee paid
                                           P3300281 2

ACF INDUSTRIES, INC., et al.,

       Defendants.

_____/

### VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Ronald E. Baylor, pursuant to L.R. 83.2, seeks admission *pro hac vice* for the purpose of

representing Defendants Denso International America, Inc.; Denso Manufacturing Michigan,

Inc.; Drug & Laboratory Disposal, Inc.; and Duncan Aviation, Inc., in the this matter, and states

in support thereof as follows:

    1.    Movant is a member in good standing of the State Bar of Michigan and has been

so since his admission in May of 1980.

    2.    Movant's Michigan State Bar identification number is P31677.

    3.    Movant has never been disciplined, disbarred, or had his bar admission revoked

by any court.

    4.    Movant is a member in good standing of the bars of the following courts:

- United States District Court for the Western District of Michigan
- United States Court of Appeals for the Sixth Circuit
- United States Supreme Court

    5.    Movant consents to be subject to the jurisdiction and rules of the Kentucky

Supreme Court governing professional conduct.

6.      Movant has taken mandatory CM/ECF training in Kalamazoo, Michigan, from the United States District Court for the Western District of Michigan.

7.      Movant's staff is fully competent in the CM/ECF system.

WHEREFORE, Movant seeks admission to this Honorable Court *pro hac vice* for the purpose of representing Defendants Denso International America, Inc.; Denso Manufacturing Michigan, Inc.; Drug & Laboratory Disposal, Inc.; and Duncan Aviation, Inc., in the instant matter.

Dated: March __7__, 2013          _____
                                                        Ronald E. Baylor

BUSINESS ADDRESS:
Miller, Canfield, Paddock & Stone, PLC
277 South Rose Street, Suite 5000
Kalamazoo, MI 49007
Phone (269) 381-7030
baylor@millercanfield.com

Subscribed and sworn to before me
on March __7__, 2013.

_____
Nancy Thomas, Notary Public
Van Buren County, Michigan
Acting in Kalamazoo County, Michigan
My commission expires 01/10/2017

20,884,237.1\151094-00001

2