IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

---

| | |
|---|---|
| LWD PRP GROUP, | Civil Action No. 5:12cv-127-R |
| Plaintiff, | |
| v | |
| ACF INDUSTRIES LLC, EFTEC NORTH AMERICA, LLC, ET AL, | |
| Defendants. | |

---

W. Fletcher McMurry Schrock (K 62283)
Attorneys for Plaintiff LWD PRP GROUP
McMurry & Livingston, PLLC
333 Broadway, 7th Floor
PO Box 1700
Paducah, Kentucky  422002-1700
P:  270.443.6511
F:  270.443.6548
fletch@ml-lawfirm.com
AND
Gary D. Justis          *pro hac vice* pending
Ambereen Shaffie     *pro hac vice* pending
Attorneys for Plaintiff LWD PRP GROUP
The Justis Law Firm LLC
5251 W. 116th Place, Suite 200
Leawood, KS  66211-7820
P:  913.998.6100
F:  913.998.6101
gjustis@justislawfirm.com
ashaffie@justislawfirm.com

Mark A. Hopper (P28493)
Attorneys for Defendant EFTEC North
    America, LLC
DeLoof, Hopper, Dever & Wright, PLLC
301 N. Main Street, Suite 250
Ann Arbor, MI  48104
P:  734.994.1295
F:  734.994.0206
mah@dhdwlaw.com

---

### NOTICE OF TERMINATION OF APPEARANCE OF ATTORNEY

As Defendant EFTEC North America, LLC has now been voluntarily dismissed from this cause with prejudice, the undersigned counsel wishes to receive <u>no further notices</u> relating to this case.

        s/Mark A. Hopper
        Mark A. Hopper (P28493)
        Attorneys for Defendant EFTEC North America, LLC
        DeLoof, Hopper, Dever & Wright, PLLC
        301 N. Main Street, Suite 250
        Ann Arbor, MI  48104
        734.994.1295

Dated: March 14, 2013