IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Fee pd - P33002816 |
| vs. ) | Civil Action No. 5:12CV-127-TBR |
| ) | |
| ACF INDUSTRIES, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

FILED
MAR 13 2013
VANESSA L. ARMSTRONG
BY_____
DEPUTY CLERK

## MOTION FOR *PRO HAC VICE* ADMISSION OF KARL F. WINKLER

Pursuant to Local Rule 83.2, Karl F. Winkler ("Winkler") hereby files this Motion for Admission *Pro Hac Vice*. In support of this Motion, Winkler respectfully shows the Court as follows:

1. Winkler requests admission, *pro hac vice*, to represent Defendant, Quality Metal Finishing Co. ("QMF"), in the above-captioned case.

2. His supporting Affidavit is attached hereto as Exhibit "A" and a Certificate of Good Standing from the Illinois Supreme Court is attached hereto as Exhibit "B".

3. The appropriate fee(s) have been submitted with this Motion for *pro hac vice* admission.

**WHEREFORE, PREMISES CONSIDERED**, the undersigned counsel respectfully requests that this Court enter an Order admitting *pro hac vice* Karl F. Winkler to the Bar of this

Court for the duration of this action.

                                              Respectfully submitted,

                                              OLIVER CLOSE LLC,

                                              BY: _____
                                                      Karl F. Winkler, Esq.

PREPARED BY:

Karl F. Winkler, Esq.
OLIVER CLOSE LLC
124 North Water Street, Suite 300
Rockford, IL 61107
815.963.0009
815.963.0339 fax
kwinkler@oliverclose.com
Attorneys for Quality Metal Finishing Co.

2

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Motion for *Pro Hac Vice* Admission of Karl F. Winkler was deposited in the United States Mail at Rockford, Illinois on March 7, 2013, on or about the hour of 5:00 p.m., enclosed in an envelope, postage fully prepaid, addressed to the following:

W. Fletcher McMurry Schrock, Esq.
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
Post Office Box 1700
Paducah, Kentucky 42002-1700

and

Gary D. Justis, Esq.
Ambereen Shaffie, Esq.
THE JUSTIS LAW FIRM, LLC
5251 West 116th Place, Suite 200
Leawood, Kansas 66211-7820
Attorneys for Plaintiff LWD Prp Group

OLIVER CLOSE LLC,

BY: *Karl W. Winkler* (signature)
Karl F. Winkler, Esq.

PREPARED BY:

Karl F. Winkler, Esq.
OLIVER CLOSE LLC
124 North Water Street, Suite 300
Rockford, IL 61107
815.963.0009
815.963.0339 fax
kwinkler@oliverclose.com
Attorneys for Quality Metal Finishing Co.