# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 5:12CV-127-TBR |
| | ) |
| ACF INDUSTRIES, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT OF KARL F. WINKLER

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS. |
| COUNTY OF WINNEBAGO | ) |

I, Karl F. Winkler, being first duly sworn on oath, deposes and states:

1. I make this Affidavit in support of the "Motion for *Pro Hac Vice* Admission of Karl F. Winkler" in which I seek admission to the bar of this Court for the purposes of participating in this matter.

2. I have been a member in good standing of the Bar of the State of Illinois since 1969. My Illinois State Bar number is 3042499. Attached as Exhibit "B" to my Motion for *Pro Hac Vice* Admission is a Certificate of Good Standing for the State of Illinois.

3. I am a member of the law firm of Oliver Close, LLC, and a resident of the State of Illinois.

4. If admitted *pro hac vice*, I will be associated in representing Quality Metal Finishing Co.

5. I am of good moral character and am fit to practice law and am not subject to suspension or other disciplinary action with respect to the practice of law in any jurisdiction.

6. I understand and agree that I will be bound by all of the rules governing this Court, including any and all disciplinary rules. I further understand and agree that I will subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

7. I have completed the required training through the Northern District of Illinois, Western Division, for use of the Court's electronic filing system.

8. In light of my familiarity with this case and the matter out of which it arises, I respectfully request that I be admitted *pro hac vice* for purposes of appearing as counsel for Defendant, Quality Metal Finishing Co.

UNDER THE PENALTIES OF PERJURY, I DECLARE THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT THIS 7th DAY OF MARCH, 2013.

_____
KARL F. WINKLER

Subscribed and sworn to before me this 7th day of March, 2013.

_____
NOTARY PUBLIC

```
OFFICIAL SEAL
STACY A PARIS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/05/13
```