# EXHIBIT "B"



**ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION**
of the
**SUPREME COURT OF ILLINOIS**
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive, Suite 301
Springfield, IL 62704
(217) 546-3523  (800) 252-8048
Fax (217) 546-3785

Karl F. Winkler
Oliver Close, LLC
124 North Water Street
Suite 300
Rockford, IL 61107

Chicago
Friday, March 01, 2013

Re: Karl Frederick Winkler
    Attorney No. 3042499

To Whom It May Concern:

    We have received a request for written verification of the status of Karl Frederick Winkler for use by officials responsible for the review of the attorney's application for admission to the bar of another jurisdiction, or for a judicial position or for government employment. We have also received a Waiver and Authorization signed by the attorney. Pursuant to Commission policy, the following information is provided.

    The records of the Clerk of the Supreme Court of Illinois and of this office reflect that Karl Frederick Winkler was admitted to practice law in Illinois on 5/29/1969; is currently registered with this Commission and in good standing as an Illinois attorney; has never been disciplined or the subject of a disciplinary proceeding in this state; and is not the subject of any pending disciplinary investigations.

Very truly yours,
Jerome Larkin
Administrator

By: *[signature]*
Andrew Oliva
Deputy Registrar

AO