

# Oliver | Close LLC

**Attorneys at Law**

Karl F. Winkler
John Rearden, Jr.*
Ann T. Dempsey*
Debra A. Delia
Jason D. Augsburger

*of Counsel*
Robert J. Oliver*
Henry J. Close

*Admitted to practice
in Illinois & Wisconsin

Suite 300 Waterside Center
124 North Water Street
Rockford, IL 61107-3974
TEL (815) 963-0009
FAX (815) 963-0339

mailing address:
Post Office Box 4749
Rockford, IL 61110-4749

March 11, 2013

United States District Court
Western District of Kentucky
Clerk's Office
501 Broadway, Suite 127
Paducah, KY 42001-6801



RE:  **LWD PRP Group, v. ACF Industries, et al.**
     **Civil Action No. 5:12CV-127-TAR**

     ***Pro Hac Vice* Admission of Karl F. Winkler**

Dear Clerk:

Enclosed please find the following documents relative to the above-captioned matter:

1. Motion for *Pro Hac Vice* Admission of Karl F. Winkler.
2. Proposed Order Granting Karl F. Winkler's Motion for Admission *Pro Hac Vice*.
3. Oliver Close's check in the amount of $65.00.

I am also enclosing a completed Attorney Registration Form for the Western District of Kentucky Electronic Filing System.

Should you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,

KARL F. WINKLER
Attorney at Law

KFW:sp
Enclosures