**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**
**CASE NO. 5:12-CV-00127**

**LWD PRP GROUP**                                                                                           **PLAINTIFF**

**v.**

**ACF INDUSTRIES, LLC,** *et al.*                                                        **DEFENDANTS**

## ORDER

A telephonic conference of the parties was held before the Court on March 15, 2013. Gary D. Justis and Ambereen Shaffie appeared on behalf of the Plaintiff. Multiple others appeared on behalf of the various Defendants. During the conference the Plaintiff moved for leave to file a second amended complaint. Having considered the Plaintiff's oral motion, and in consideration of Federal Rule of Civil Procedure 15(a)(2),

**IT IS HEREBY ORDERED** that the Plaintiff's motion for leave to file a second amended complaint is **GRANTED**. The second amended complaint shall be filed on or before **March 29, 2013**. The Defendants shall file their answers to the second amended complaint on or before **May 28, 2013**, which is sixty (60) days after March 29, 2013.

P/15