UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

LWD PRP GROUP,

    Plaintiff,

-v-

ACF INDUSTRIES, INC., et al.,

    Defendants.

_____/

Case No. 5:12-cv-127-TBR

Hon. THOMAS B. RUSSELL

## ORDER FOR ADMISSION PRO HAC VICE

This matter having come before the Court, pursuant to L.R. 83.2, on the Verified Motion for Admission *Pro Hac Vice* of Ronald E. Baylor, and with the Court finding good cause for granting the motion,

IT IS HEREBY ORDERED that Ronald E. Baylor is admitted *pro hac vice* in this matter for the purpose of representing Defendants Denso International America, Inc.; Denso Manufacturing Michigan, Inc.; Drug & Laboratory Disposal, Inc.; and Duncan Aviation, Inc.

Dated:

Prepared by:
Ronald E. Baylor (P31677)
Attorney for Defendants:
    Denso International America, Inc.;
    Denso Manufacturing Michigan, Inc.;
    Drug & Laboratory Disposal, Inc.; and
    Duncan Aviation, Inc.
Miller, Canfield, Paddock & Stone, PLC
277 South Rose Street, Suite 5000
Kalamazoo, MI 49007
(269) 381-7030
baylor@millercanfield.com
20,886,742.1\151094-00001