IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Action No. 5:12CV-127-TBR ) |
| ACF INDUSTRIES, LLC, et al., | ) ) |
| Defendants. | ) |

### ORDER GRANTING KARL F. WINKLER'S
### MOTION FOR ADMISSION *PRO HAC VICE*

This cause has come before the Court upon the Motion of Karl F. Winkler, counsel for Defendant, Quality Metal Finishing Co., to practice *pro hac vice* in the above-captioned cause only, provided that the filing fee has been paid. Being fully advised, it is now

**ORDERED** that the Motion be, and hereby is GRANTED. It is further

**ORDERED** that Karl F. Winkler be allowed to appear *pro hac vice* on behalf of Defendant, Quality Metal Finishing Co.

Dated:

PREPARED BY:

Karl F. Winkler, Esq.
OLIVER CLOSE LLC
124 North Water Street, Suite 300
Rockford, IL 61107
815.963.0009
815.963.0339 fax
kwinkler@oliverclose.com
Attorneys for Quality Metal Finishing Co.