**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**

| | |
|---|---|
| **LWD PRP GROUP,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action No. 5:12-CV-00127-TBR** |
| v. ) | |
| ) | |
| **ACF INDUSTRIES LLC, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**AGREED MOTION TO DISMISS**
**DEFENDANT ALSCO INC. WITH PREJUDICE**

Plaintiff LWD PRP Group ("Plaintiff") and Defendant Alsco Inc ("Alsco"), through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), hereby move this Court for an Order dismissing Alsco with prejudice. In support of this motion, Plaintiff and Alsco state as follows:

1. Plaintiff commenced this cause of action on August 31, 2012, with the filing of its Complaint.

2. On November 15, 2012, Alsco filed its Answer and Affirmative Defenses to the Complaint (Doc. 266).

3. On January 30, 2013, Plaintiff filed an Amended Complaint (Doc. 581).

4. On February 11, 2013, Alsco filed its Answer and Affirmative Defenses to the Amended Complaint (Doc. 595).

5. Plaintiff has agreed to dismiss its claims, including those in the Complaint and the Amended Complaint, against Alsco.

6. Therefore, Plaintiff and Alsco jointly move the Court for voluntary dismissal of Alsco, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2).

WHEREFORE, Plaintiff and Alsco agree that an order dismissing Alsco, with prejudice, is appropriate; therefore, the parties respectfully request that the Court enter such an Order.

Dated: March 19, 2013

Respectfully submitted,

/s/ Ambereen Shaffie
Ambereen Shaffie    admitted *pro hac vice*
Gary D. Justis    admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, KS  66211-7820
Telephone:  (913) 998-6100
Facsimile:  (913) 998-6101
Email:  ashaffie@justislawfirm.com
Email:  gjustis@justislawfirm.com

and

W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, KY  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

s/ John David Dyche *(with permission)*
John David Dyche
FULTZ MADDOX HOVIOUS & DICKENS PLC
101 S. Fifth Street
27th Floor
Louisville, KY  40202-3116
Telephone:  (502) 588-2000
Facsimile:  (502) 588-2020
Email:  jddyche@fmhd.com

ATTORNEY FOR DEFENDANT ALSCO INC.

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 19, 2013, a copy of the foregoing Consent Motion to Dismiss Defendant Alsco Inc. with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

                                                                           /s/ Ambereen Shaffie
                                                                           Ambereen Shaffie