## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Civil Action No. 5:12-CV-127-TBR |
| v. | ) |
| | ) |
| **ACF INDUSTRIES LLC, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER GRANTING AGREED MOTION
## TO DISMISS DEFENDANT ALSCO INC. WITH PREJUDICE

This matter is before the Court on an Agreed Motion ("Motion") by the Plaintiff LWD PRP Group and Defendant Alsco Inc. ("Alsco"), for an Order dismissing Defendant Alsco with prejudice (with no objection from Alsco). In consideration of the Motion and the entire record herein,

**IT IS HEREBY ORDERED** that the Agreed Motion is **GRANTED** and that Defendant Alsco is **DISMISSED** with prejudice.

ENTERED this _____ day of _____, 2013.

_____
Thomas B. Russell, Senior Judge
United States District