**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:12-CV-127-R**

LWD PRP GROUP, *et al.*                                                                    PLAINTIFFS

V.                                            **ORDER**

ACCENT STRIP, INC., *et al.*                                                               DEFENDANTS

A telephonic conference was held March 15, 2013.
**IT IS ORDERED:**

1. Counsel who will represent the parties at trial and who have full authority to enter stipulations, to make admissions, and to bind the parties with respect to dates agreed upon or ordered shall be available for a **telephonic scheduling conference** on **June 14, 2013 at 10:00 a.m. CDT.** Counsel wishing to participate in the conference call on **June 14, 2013 at 10:00 a.m. CDT** should call **1-877-336-1831** then give the **Access Code 6879517 and #, then when prompted press # again** to join the call.

2. Pursuant to Rule 26(f) Fed.R.Civ.P. counsel shall discuss and establish a discovery plan which shall be submitted to the Court at the scheduling conference **either orally during the telephonic conference or in writing**. Counsel are directed to make the mandatory disclosures required by Rule 26(a)(l) Fed.R.Civ.P. by said conference date.

3. At the Rule 16 telephonic scheduling conference dates will be fixed for the following, as appropriate to the case:
   a) Joinder of additional parties and amendments to pleadings.
   b) Disclosure of deadlines for experts.
   c) Discovery scope, limits and completion.
   d) Filing of dispositive motions.
   e) Exchange of exhibits and final witness lists.
   f) Conferences before trial, including a final pretrial conference.
   g) Trial.

Dated: March 19, 2013

**ENTERED BY ORDER OF THE COURT:**

**THOMAS B. RUSSELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT
VANESSA L. ARMSTRONG, CLERK**

BY:   /s/ *Kelly P. Harris*
            **Deputy Clerk**

cc:   Counsel