UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

LWD PRP GROUP,

    PLAINTIFF,

v.

ACF INDUSTRIES LLC, ET AL.,

    DEFENDANTS.                      CASE NO. 5:12-CV-000127-TBR

## MEMORANDUM REGARDING TERMINATION FROM CASE

Please note that our client, CNA International Inc., has been dismissed from this case, as of February 13, 2013, and no longer wishes to receive further efile notices for this case.

DATED: March 21, 2013                    Hunton & Williams LLP

                                            By:  /s/ Belynda Reck
                                                   Belynda Reck, admitted *pro hac vice*
                                                   Hunton & Williams LLP
                                                   550 S. Hope Street, Suite 2000
                                                   Los Angeles, CA 90071
                                                   breck@hunton.com
                                                   Counsel for Defendant
                                                   CNA INTERNATIONAL INC.