# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 5:12-CV-00127-TBR |
| | ) |
| **ACF INDUSTRIES LLC, et al.** | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF VOLUNTARY DISMISSAL OF
## DEFENDANT ALLEGHENY COUNTY, PENNSYLVANIA WITH PREJUDICE

Plaintiff LWD PRP Group, through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendant Allegheny County, Pennsylvania from this cause with prejudice. Allegheny County, Pennsylvania has not filed an answer or motion for summary judgment in this cause.

Dated: March 22, 2013

                                                  Respectfully submitted,

                                                  /s/ Gary D. Justis
                                                  Gary D. Justis        admitted *pro hac vice*
                                                  Ambereen Shaffie  admitted *pro hac vice*
                                                  THE JUSTIS LAW FIRM LLC
                                                  5251 W. 116th Place, Suite 200
                                                  Leawood, KS  66211-7820
                                                  Telephone:  (913) 998-6100
                                                  Facsimile:  (913) 998-6101
                                                  Email:  gjustis@justislawfirm.com
                                                  Email:  ashaffie@justislawfirm.com

and

W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2013, a copy of the foregoing Notice of Voluntary Dismissal of Defendant Allegheny County, Pennsylvania with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

/s/ Gary D. Justis
Gary D. Justis