# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
### PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 5:12CV-127-TBR |
| **ACF INDUSTRIES LLC, et al.** | ) |
| Defendants. | ) |

## AMENDED AND/OR CORRECTED NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SPAWN MATE, INC. WITHOUT PREJUDICE

Plaintiff LWD PRP Group, through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby files this amended and/or corrected notice, which seeks to amend or correct the previous notice of dismissal filed on March 22, 2013 (Doc. #748). This Amended Notice of Dismissal amends or corrects any misunderstanding based on the contents of the Notice of Dismissal that it has and has always intended through said filing to voluntarily dismiss Defendant from this cause without prejudice. The previous notice of dismissal (Doc. #748) incorrectly referred to the dismissed defendants as dismissed "with Prejudice"

Dated: March 22, 2013

Respectfully submitted,

/s/ Gary D. Justis
Gary D. Justis          admitted *pro hac vice*
Ambereen Shaffie        admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, KS 66211-7820
Telephone: (913) 998-6100
Facsimile: (913) 998-6101
Email: gjustis@justislawfirm.com
Email: ashaffie@justislawfirm.com

and

W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2013, a copy of the foregoing Amended and/or Corrected Notice of Voluntary Dismissal of Defendant Spawn Mate, Inc. without Prejudice was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's Electronic Case Filing System.

/s/ Gary D. Justis
Gary D. Justis