IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | CASE NO. 5:12-CV-127R |
| Plaintiff, | |
| v. | |
| ACF INDUSTRIES LLC; et al., | DEFENDANT'S, THE UNIVERSITY OF IOWA, REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS |
| Defendants. | |

## ARGUMENT

**The University of Iowa is entitled to Eleventh Amendment immunity from suit.**

Despite Plaintiff's arguments, the University of Iowa, as a matter of law, is a State entity for purposes of Eleventh Amendment immunity. Brine v. Univ. of Iowa, 90 F.3d 271, 275 (8th Cir. 1996). See also, Van Pilsum v. Iowa State University, 863 F.Supp. 935 (Iowa 1994). (Board of Regents and Iowa State University are the State of Iowa). The Board of Regents governs both the University of Iowa and Iowa State University. Section 262.7 Iowa Code 2011. Accordingly, the University of Iowa in this litigation, is the State of Iowa and is entitled to immunity.

Plaintiff's argument that the transportation of waste is a proprietary function misses the mark for several reasons. First, the question of proprietary function goes to the issue of sovereign immunity from suit and not Eleventh Amendment immunity. Sherman v. University of Missouri, 16 F3d 860 (8th Cir. 1994). Second, the University of Iowa owns and operates student housing- clearly a function performed in the private sector. Under Plaintiff's argument the housing of students would not be a governmental function. In fact, the education of students is done in the private sector. The court should reject the arguments of Plaintiff.

## CONCLUSION

For the reasons set forth above the University of Iowa requests the court to dismiss Plaintiff's Complaint.

>Respectfully submitted,
>**THOMAS J. MILLER**
>Attorney General of Iowa
>
>**/s/ GEORGE A. CARROLL**
>George A. Carroll
>Assistant Attorney General
>Hoover Building, Second Floor
>1305 East Walnut Street
>Des Moines, Iowa  50319
>PHONE:  (515) 281-8330
>FAX:  (515) 281-7219
>E-MAIL:  George.carroll@iowa.gov
>ATTORNEYS FOR DEFENDANT
>THE UNIVERSITY OF IOWA

*Original electronically filed.*

*Copies electronically served on all parties of record.*

---

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on March 26, 2013

☐ U.S. Mail                    ☐ FAX
☐ Hand Delivery                ☐ Overnight Courier
☐ Federal Express              ☐ Other
☒ ECF System Participant (Electronic Service)

Signature: /s/ BETTY CHRISTENSEN