### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF KENTUCKY
### PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 5:12-CV-00127-TBR |
| **ACF INDUSTRIES LLC, et al.** | ) ) |
| Defendants. | ) ) ) |

### NOTICE OF VOLUNTARY DISMISSAL OF
### DEFENDANT WS PACKAGING GROUP, INC. WITH PREJUDICE

Plaintiff LWD PRP Group, through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendant WS Packaging Group, Inc. from this cause with prejudice. WS Packaging Group, Inc. has not filed an answer or motion for summary judgment in this cause.

Dated:  March 27, 2013

                                                                         Respectfully submitted,

                                                                        /s/ Gary D. Justis
                                                                        Gary D. Justis          admitted *pro hac vice*
                                                                        Ambereen Shaffie    admitted *pro hac vice*
                                                                        THE JUSTIS LAW FIRM LLC
                                                                        5251 W. 116th Place, Suite 200
                                                                        Leawood, KS  66211-7820
                                                                        Telephone:  (913) 998-6100
                                                                        Facsimile:  (913) 998-6101
                                                                        Email:  gjustis@justislawfirm.com
                                                                        Email:  ashaffie@justislawfirm.com

and

W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2013, a copy of the foregoing Notice of Voluntary Dismissal of Defendant WS Packaging Group, Inc. with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

/s/ Gary D. Justis
Gary D. Justis