UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO.: 5:12-cv-00127-TBR

**LWD PRP GROUP**     **PLAINTIFF**

v.

**ACF INDUSTRIES, LLC,** *et. al.*     **DEFENDANTS**

\*\*\* \*\*\* \*\*\* \*\*\*
**NOTICE OF APPEARANCE**

Comes Amy D. Cubbage and the law firm of McBrayer, McGinnis, Leslie & Kirkland, PLLC, and hereby enters her appearance as counsel of record on behalf of Defendants PSC, LLC and Philip Services Corp.

All future pleadings, orders and filings in this matter should accordingly be served upon the undersigned counsel of record.

Respectfully submitted,

*/s/ Amy D. Cubbage*
_____
ROBERT T. WATSON
AMY D. CUBBAGE
McBrayer, McGinnis, Leslie & Kirkland, PLLC
9300 Shelbyville Road, Suite 210
Louisville, Kentucky 40222
Ph: (502) 327-5400
Fax: (502) 327-5444
rwatson@mmlk.com
acubbage@mmlk.com

*Counsel for Defendants PSC, LLC and Philip Services Corp.*

1

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was filed with the clerk of court on March 28, 2013 using the CM/ECF system, which will generate a notice of filing to all counsel of record registered with that system.

*/s/ Amy D. Cubbage*
_____
***Counsel for Defendants PSC, LLC and Philip Services Corp.***