## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION
## CASE NO.:  5:12-CV-00127-TBR

**LWD PRP GROUP**                                                              **PLAINTIFF**

**V.**

**ACF INDUSTRIES, LLC,** *ET. Al.*                                    **DEFENDANTS**


### DEFENDANTS PSC, LLC AND PHILIP SERVICES CORP.'S
### RULE 7.1 CORPORATE DISCLOSURES


Pursuant to Federal Rule of Civil Procedure 7.1, these Defendants state that PSC, LLC is a wholly-owned subsidiary of PSC Holdings, Inc., a privately-held Delaware corporation.   PSC, LLC is a successor entity to Philip Services Corp. after Philip Services Corp. emerged from bankruptcy in 2003.   No other publicly held corporation owns ten percent or more of the ownership of PSC, LLC.

**Dated:  March 28, 2013**

Respectfully submitted,

*/s/ Amy D. Cubbage*

_____
ROBERT T. WATSON
AMY D. CUBBAGE
McBrayer, McGinnis, Leslie & Kirkland, PLLC
9300 Shelbyville Road, Suite 210
Louisville, Kentucky 40222
Ph.:  (502) 327-5400
Fax:  (502) 327-5444
rwatson@mmlk.com
acubbage@mmlk.com

***Counsel for Defendants PSC, LLC and Philip Services Corp.***

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was filed with the clerk of court on March 28, 2013 using the CM/ECF system, which will generate a notice of filing to all counsel of record registered with that system.

/s/ Amy D. Cubbage

_____

**Counsel for Defendants PSC, LLC and Philip Services Corp.**