**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO.: 5:12-cv-00127-TBR**

**LWD PRP GROUP**                                                             **PLAINTIFF**

**v.**

**ACF INDUSTRIES, LLC,** *et. al.*                                    **DEFENDANTS**

\*\*\* \*\*\* \*\*\* \*\*\*
**NOTICE OF APPEARANCE**

  Comes Robert T. Watson and the law firm of McBrayer, McGinnis, Leslie & Kirkland, PLLC, and hereby enters his appearance as counsel of record on behalf of Defendants PSC, LLC and Philip Services Corp.

  All future pleadings, orders and filings in this matter should accordingly be served upon the undersigned counsel of record.

                Respectfully submitted,

                */s/ Robert T. Watson*

                _____
                ROBERT T. WATSON
                AMY D. CUBBAGE
                McBrayer, McGinnis, Leslie & Kirkland, PLLC
                9300 Shelbyville Road, Suite 210
                Louisville, Kentucky 40222
                Ph:  (502) 327-5400
                Fax:  (502) 327-5444
                rwatson@mmlk.com
                acubbage@mmlk.com

                *Counsel for Defendants PSC, LLC and Philip Services Corp.*

## CERTIFICATE OF SERVICE

  The undersigned certifies that a copy of the foregoing was filed with the clerk of court on March 28, 2013 using the CM/ECF system, which will generate a notice of filing to all counsel of record registered with that system.

            /s/ Robert T. Watson
            _____
            ***Counsel for Defendants PSC, LLC and Philip Service Corp.***