IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | | |
|---|---|---|
| LWD PRP GROUP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 5:12CV-127-TBR |
| | ) | |
| ACF INDUSTRIES, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT, QUALITY METAL FINISHING CO.'S,
RULE 7.1 CORPORATE DISCLOSURES**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, QUALITY METAL FINISHING CO., states that it has no publicly held affiliates.

Dated March 29, 2013.

QUALITY METAL FINISH CO., Defendant

BY: OLIVER CLOSE LLC

BY: _____s/ Karl F. Winkler_____
Karl F. Winkler, Esq.

PREPARED BY:
Karl F. Winkler, Esq.
OLIVER CLOSE LLC
124 North Water Street, Suite 300
Rockford, IL 61107
815.963.0009
815.963.0339 fax
kwinkler@oliverclose.com

CERTIFICATE OF SERVICE

The undersigned certifies that, on March 29, 2013, a copy of the foregoing Corporate Disclosure was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's Electronic Case Filing System.

   s/ Karl F. Winkler
Karl F. Winkler

PREPARED BY:
Karl F. Winkler, Esq.
OLIVER CLOSE LLC
124 North Water Street, Suite 300
Rockford, IL 61107
815.963.0009
815.963.0339 fax
kwinkler@oliverclose.com