**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**

| | |
|---|---|
| **LWD PRP GROUP,** )<br>)<br>   **Plaintiff,** )<br>) Civil Action No. 5:12-CV-00127-TBR<br>   v. )<br>)<br>**ACF INDUSTRIES LLC, et al.,** )<br>)<br>   **Defendants.** ) | |

## AGREED MOTION TO DISMISS
## DEFENDANT SPAWN MATE, INC. WITHOUT PREJUDICE

Plaintiff LWD PRP Group ("Plaintiff") and Defendant Spawn Mate, Inc. ("Spawn Mate"), through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), hereby move this Court for an Order dismissing Spawn Mate without prejudice. In support of this motion, Plaintiff and Spawn Mate state as follows:

1. Plaintiff commenced this cause of action on August 31, 2012, with the filing of its Complaint.

2. On December 16, 2012, Spawn Mate filed its Answer and Affirmative Defenses to the Complaint (Doc. 383).

3. On January 30, 2013, Plaintiff filed an Amended Complaint (Doc. 581).

4. On February 5, 2013, Spawn Mate filed its Answer and Affirmative Defenses to the Amended Complaint (Doc. 590).

5. Plaintiff has agreed to dismiss its claims, including those in the Complaint and the Amended Complaint, against Spawn Mate without prejudice.

6. Therefore, Plaintiff and Spawn Mate jointly move the Court for voluntary dismissal of Spawn Mate, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2).

WHEREFORE, Plaintiff and Spawn Mate agree that an order dismissing Spawn Mate, without prejudice, is appropriate; therefore, the parties respectfully request that the Court enter such an Order.

Dated: April 4, 2013				Respectfully submitted,

/s/ Ambereen Shaffie
Ambereen Shaffie			admitted *pro hac vice*
Gary D. Justis				admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, KS  66211-7820
Telephone:  (913) 998-6100
Facsimile:  (913) 998-6101
Email:  ashaffie@justislawfirm.com
Email:  gjustis@justislawfirm.com

and

W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, KY  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

/s/ Jacquelyn K. Wilson          (*with permission*)
Jacquelyn K. Wilson          admitted *pro hac vice*
SAMUELSON, WILSON & ROE
210 N. Fourth St.
Suite 201
San Jose, CA  95112
Telephone:  (408) 790-5320 Ext. 5325
Email:  jkw@swr-law.com

ATTORNEY FOR DEFENDANT SPAWN MATE, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2013, a copy of the foregoing Consent Motion to Dismiss Defendant Spawn Mate, Inc. without Prejudice was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's Electronic Case Filing System.

/s/ Ambereen Shaffie
Ambereen Shaffie