# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 5:12-CV-127-TBR |
| v. | ) |
| | ) |
| ACF INDUSTRIES LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING MOTION
## TO DISMISS DEFENDANT SPAWN MATE, INC. WITHOUT PREJUDICE

This matter is before the Court on a Motion ("Motion") by the Plaintiff LWD PRP Group for an Order dismissing Defendant Spawn Mate, Inc. ("Spawn Mate") without prejudice (with no objection from Spawn Mate). In consideration of the Motion and the entire record herein,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and that Defendant Spawn Mate is **DISMISSED** without prejudice.

ENTERED this _____ day of _____, 2013.

_____
Thomas B. Russell, Senior Judge
United States District