**EXHIBIT A**

Afton Chemical Corporation
AK Steel Corporation
Alcan Corporation, improperly captioned as Rio Tinto Alcan and Pechiney Plastic Packaging, Inc.
American Woodmark Corporation
Avery-Dennison Corporation
Baker Hughes, Inc.
Banta Corporation
Bayer CropScience, Inc.
Bayer Healthcare, LLC
Borgess Medical Center
Brown's Plating Service, Inc.
Carboline Company
CBS Corporation, improperly captioned as Viacom, Inc.
Central Environmental Systems, Inc.
Champion Laboratories, Inc.
Citgo Petroleum Corporation
Colonial Pipeline Company
Cooper-Standard Automotive, Inc.
Covalence Specialty Adhesives LLC
Covidien LP, improperly captioned as Covidien Ltd., for itself and as successor in interest to The Kendall Company and for its affiliated company Batts LLC as successor in interest to Tyco Adhesives
Cummins Inc.
Cycle Chem, Inc.
DAP Products Inc., also improperly captioned as Tremco Inc.
DENSO International America, Inc.
DENSO Manufacturing Michigan, Inc. f/k/a Nippondenso Manufacturing USA, Inc.
Drug & Laboratory Disposal, Inc.
Duke Energy Ohio, Inc., improperly captioned as Duke Energy Corporation
Duncan Aviation, Inc.
Eagle Industries, LLC, also improperly captioned as Eagle Industries, Inc.
Eagle Ottowa LLC, also improperly captioned as Everett Smith Group, Ltd.
ECOFLO, Inc.
EQ Illinois
EQ Resource Recovery, also improperly captioned as The Environmental Quality Co.
Exxon Mobil Corporation ("ExxonMobil"), also improperly captioned as Exxon Mobil Environmental Services Corporation
Flint Hills Resources Pine Bend, LLC, improperly captioned as Flint Hills Resources, LP
General Electric Company
Georgia Pacific, LLC
Harry Spiros, Inc. f/k/a Superior Equipment Company, Inc., also improperly captioned as Superior Equipment Company, Inc.
H.B. Fuller Company

HCA Realty, Inc.
Indiana-Kentucky Electric Corporation
Ingersoll Rand Company
International Paper Company
Kinder Morgan Liquids Terminals LLC, improperly captioned as Kinder Morgan Energy Partners LP
Koch Industries, Inc.
Momentive Specialty Chemicals Inc.
NewMarket Corporation
Nissan North America Inc.
Olympia Fields Osteopathic Hospital
PDC Laboratories, Inc.
Peoria Disposal Company
The Premcor Refining Group Inc.
Quality Carriers, Inc., improperly captioned as Quality Distribution Inc.
Rail Services, Inc.
Regal Beloit America, Inc.
R.R. Donnelley & Sons Company
Sabreliner Corporation
SI Group, Inc., also improperly captioned as Schenectady Chemicals, Inc.
Simpson Investment Company, also improperly captioned as Pacific Western Resin Company
Southern Star Central Gas Pipeline, Inc., also improperly captioned as Williams Gas Pipeline Co., LLC and The Williams Companies, Inc.
Sumitomo Electric Wintec America, Inc.
Terre Haute Regional Hospital
Trane US, Inc.
Transmontaigne Product Services, Inc., also improperly captioned Independent Terminal and Pipeline Company
Tri-City Tank Wash, Inc., also improperly captioned as North American Tank Cleaning, Inc. and PSC, LLC
Triumph Aerostructures, LLC, also improperly captioned as Textron Inc.
United Industries Corporation d/b/a Chemsico, Inc. also improperly and redundantly captioned as Chemsico, Inc.
Valero Marketing and Supply Company
Valero Retail Holdings, Inc.
Van Dyne-Crotty Co. d/b/a Spirit Services Co. of Ohio, also improperly captioned as Spirit Services Company and Van Dyne & Crotty Co.
Vertellus Specialties, Inc.
Western Rust-Proof Company
Wheeler Lumber, LLC
Wockhardt USA LLC, also improperly captioned as Pharmaceutical Basics, Inc.
York International Corporation
Zeneca, Inc. f/k/a Zeneca Specialties Inc., improperly captioned as Zeneca Specialties and Astrazeneca Pharmaceuticals LP