IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12CV-127-R

LWD PRP GROUP                      PLAINTIFF

v.

ACF INDUSTRIES, LLC, et al.                     DEFENDANTS

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT AK STEEL CORPORATION
### (Electronically Filed)

Comes Defendant, AK Steel Corporation ("Defendant"), a non-governmental corporate entity, by counsel and pursuant to Fed. R. Civ. P. 7.1, makes the following disclosure:

1. Defendant's parent corporation is AK Steel Holding Corporation ("Parent"), which is a publicly held corporation.

2. Other than parent, no publicly-held corporation owns 10% or more of Defendant's stock.

                         Respectfully submitted,

                         WHITLOW, ROBERTS, HOUSTON & STRAUB PLLC
                         *Attorneys for Defendant*

                     By:     */s/ J. Duncan Pitchford*
                               J. Duncan Pitchford
                               Nicholas M. Holland
                               300 Broadway
                               Post Office Box 995
                               Paducah, Kentucky 42002-0995
                               Telephone: (270) 443-4516
                               Facsimile: (270) 443-4571
                               dpitchford@whitlow-law.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 8th day of April 2013, I have filed the foregoing through the CM/ECF system, which will forward an electronic copy to the counsel of record.

      I further certify that I have served non-ECF participants via first class mail.

      */s/ J. Duncan Pitchford*
      J. Duncan Pitchford