IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12CV-127-R

LWD PRP GROUP                                                                                    PLAINTIFF

v.

ACF INDUSTRIES, LLC, et al.                                                                DEFENDANTS

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CENTRAL ENVIRONMENTAL SYSTEMS
### (Electronically Filed)

Comes Defendant, Central Environmental Systems ("Defendant"), a non-governmental corporate entity, by counsel and pursuant to Fed. R. Civ. P. 7.1, makes the following disclosure:

1. Defendant's parent corporation is Johnson Controls, Inc. ("Parent"), which is a publicly-held corporation.

2. Other than Parent, no publicly-held corporation owns 10% or more of Defendant's stock.

        Respectfully submitted,

        WHITLOW, ROBERTS, HOUSTON & STRAUB PLLC
        *Attorneys for Defendant*

    By:    */s/ J. Duncan Pitchford*
        J. Duncan Pitchford
        Nicholas M. Holland
        300 Broadway
        Post Office Box 995
        Paducah, Kentucky 42002-0995
        Telephone: (270) 443-4516
        Facsimile: (270) 443-4571
        dpitchford@whitlow-law.com

2

**<u>CERTIFICATE OF SERVICE</u>**

  I hereby certify that on this 8th day of April 2013, I have filed the foregoing through the CM/ECF system, which will forward an electronic copy to the counsel of record.

  I further certify that I have served non-ECF participants via first class mail.

               */s/ J. Duncan Pitchford*
               J. Duncan Pitchford