IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12CV-127-R

LWD PRP GROUP                                                                            PLAINTIFF

v.

ACF INDUSTRIES, LLC, et al.                                                          DEFENDANTS

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT COLONIAL PIPELINE COMPANY
**(Electronically Filed)**

Comes Defendant, Colonial Pipeline Company, ("Defendant"), a non-governmental corporate entity, by counsel and pursuant to Fed. R. Civ. P. 7.1, makes the following disclosure:

1. Defendant has no parent corporation.

2. KKR-Keats Pipeline Investors LP, a publicly held company, owns 23.44% of Defendant's stock. Shell Pipeline Company, LP, a publicly held company, owns 16.12% of Defendant's stock.

       Respectfully submitted,

       WHITLOW, ROBERTS, HOUSTON & STRAUB PLLC
       *Attorneys for Defendant*


    By: */s/ J. Duncan Pitchford*
      J. Duncan Pitchford
      Nicholas M. Holland
      300 Broadway
      Post Office Box 995
      Paducah, Kentucky 42002-0995
      Telephone: (270) 443-4516
      Facsimile: (270) 443-4571
      dpitchford@whitlow-law.com

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 8th day of April 2013, I have filed the foregoing through the CM/ECF system, which will forward an electronic copy to the counsel of record.

  I further certify that I have served non-ECF participants via first class mail.

              */s/ J. Duncan Pitchford*
              J. Duncan Pitchford