IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12CV-127-R

LWD PRP GROUP                                                               PLAINTIFF

v.

ACF INDUSTRIES, LLC, et al.                                 DEFENDANTS

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CUMMINS INC.
### (Electronically Filed)

Comes Defendant, Cummins Inc. ("Defendant"), a non-governmental corporate entity, by counsel and pursuant to Fed. R. Civ. P. 7.1, makes the following disclosure:

1. Defendant has no parent corporation.

2. No publicly-held corporation owns 10% or more of Defendant's stock.

                                                Respectfully submitted,

                                                WHITLOW, ROBERTS, HOUSTON & STRAUB PLLC
                                                *Attorneys for Defendant*

By:    */s/ J. Duncan Pitchford*
            J. Duncan Pitchford
            Nicholas M. Holland
            300 Broadway
            Post Office Box 995
            Paducah, Kentucky 42002-0995
            Telephone: (270) 443-4516
            Facsimile: (270) 443-4571
            dpitchford@whitlow-law.com

2

## CERTIFICATE OF SERVICE

      I hereby certify that on this 8th day of April 2013, I have filed the foregoing through the CM/ECF system, which will forward an electronic copy to the counsel of record.

      I further certify that I have served non-ECF participants via first class mail.

      */s/ J. Duncan Pitchford*
      J. Duncan Pitchford