IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12CV-127-R

LWD PRP GROUP                                                                                    PLAINTIFF

v.

ACF INDUSTRIES, LLC, et al.                                                                  DEFENDANTS

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
COOPER-STANDARD AUTOMOTIVE INC.
(Electronically Filed)**

Comes Defendant, Cooper-Standard Automotive Inc. ("Defendant"), a non-governmental corporate entity, by counsel and pursuant to Fed. R. Civ. P. 7.1, makes the following disclosure:

1. Defendant's parent corporation is Cooper-Standard Holdings Inc. ("Parent"), which is a publicly-held corporation.

2. Other than Parent, no publicly-held corporation owns 10% or more of Defendant's stock.

>
> Respectfully submitted,
>
> WHITLOW, ROBERTS, HOUSTON & STRAUB PLLC
> *Attorneys for Defendant*
>
> By:     */s/ J. Duncan Pitchford*
>              J. Duncan Pitchford
>              Nicholas M. Holland
>              300 Broadway
>              Post Office Box 995
>              Paducah, Kentucky 42002-0995
>              Telephone: (270) 443-4516
>              Facsimile: (270) 443-4571
>              dpitchford@whitlow-law.com

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 8th day of April 2013, I have filed the foregoing through the CM/ECF system, which will forward an electronic copy to the counsel of record.

    I further certify that I have served non-ECF participants via first class mail.

                                          */s/ J. Duncan Pitchford*
                                          J. Duncan Pitchford