IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12CV-127-R

LWD PRP GROUP                                                                                       PLAINTIFF

v.

ACF INDUSTRIES, LLC, et al.                                                                  DEFENDANTS

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CYCLE CHEM, INC.
### (Electronically Filed)

Comes Defendant, Cycle Chem, Inc. ("Defendant"), a non-governmental corporate entity, by counsel and pursuant to Fed. R. Civ. P. 7.1, makes the following disclosure:

1. Defendant's parent corporation is Witte Chase Environmental Resources, Inc., which is not a publicly-held corporation.

2. No publicly-held corporation owns 10% or more of Defendant's stock.

                Respectfully submitted,

                WHITLOW, ROBERTS, HOUSTON & STRAUB PLLC
                *Attorneys for Defendant*

By:   */s/ J. Duncan Pitchford*
        J. Duncan Pitchford
        Nicholas M. Holland
        300 Broadway
        Post Office Box 995
        Paducah, Kentucky 42002-0995
        Telephone: (270) 443-4516
        Facsimile: (270) 443-4571
        dpitchford@whitlow-law.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 8th day of April 2013, I have filed the foregoing through the CM/ECF system, which will forward an electronic copy to the counsel of record.

      I further certify that I have served non-ECF participants via first class mail.

                                           */s/ J. Duncan Pitchford*
                                           J. Duncan Pitchford