IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12CV-127-R

LWD PRP GROUP                                      PLAINTIFF

v.

ACF INDUSTRIES, LLC, et al.                          DEFENDANTS

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT DAP PRODUCTS INC.
### (Electronically Filed)

Comes Defendant, DAP Products Inc. ("Defendant"), also improperly captioned as Tremco Inc., a non-governmental corporate entity, by counsel and pursuant to Fed. R. Civ. P. 7.1, makes the following disclosure:

1. Defendant is an indirect, wholly-owned corporate subsidiary of RPM International Inc. ("Parent"), which is a publicly held corporation.

2. Other than Parent, no publicly-held corporation owns 10% or more of Defendant's stock.

                                Respectfully submitted,

                                WHITLOW, ROBERTS, HOUSTON & STRAUB PLLC
                                *Attorneys for Defendant*

                         By:     */s/ J. Duncan Pitchford*
                                      J. Duncan Pitchford
                                      Nicholas M. Holland
                                      300 Broadway
                                      Post Office Box 995
                                      Paducah, Kentucky 42002-0995
                                      Telephone: (270) 443-4516
                                      Facsimile: (270) 443-4571
                                      dpitchford@whitlow-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of April 2013, I have filed the foregoing through the CM/ECF system, which will forward an electronic copy to the counsel of record.

I further certify that I have served non-ECF participants via first class mail.

*/s/ J. Duncan Pitchford*
J. Duncan Pitchford