IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12CV-127-R

LWD PRP GROUP                                                                                            PLAINTIFF

v.

ACF INDUSTRIES, LLC, et al.                                                                          DEFENDANTS

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT DENSO MANUFACTURING MICHIGAN, INC.
### (Electronically Filed)

Comes Defendant, DENSO Manufacturing Michigan, Inc. ("Defendant"), a non-governmental corporate entity, by counsel and pursuant to Fed. R. Civ. P. 7.1, makes the following disclosure:

1. Defendant's parent corporation is DENSO International America, Inc., which is a wholly owned subsidiary of DENSO Corporation ("Parent"), which is a publicly-held corporation.

2. Other than Parent, no publicly-held corporation owns 10% or more of Defendant's stock.

        Respectfully submitted,

        WHITLOW, ROBERTS, HOUSTON & STRAUB PLLC
        *Attorneys for Defendant*

        By:    */s/ J. Duncan Pitchford*
                  J. Duncan Pitchford
                  Nicholas M. Holland
                  300 Broadway
                  Post Office Box 995
                  Paducah, Kentucky 42002-0995
                  Telephone: (270) 443-4516
                  Facsimile: (270) 443-4571
                  dpitchford@whitlow-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of April 2013, I have filed the foregoing through the CM/ECF system, which will forward an electronic copy to the counsel of record.

I further certify that I have served non-ECF participants via first class mail.

*/s/ J. Duncan Pitchford*
J. Duncan Pitchford
