IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12CV-127-R

LWD PRP GROUP     PLAINTIFF

v.

ACF INDUSTRIES, LLC, et al.     DEFENDANTS

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT DUKE ENERGY OHIO, INC.
### (Electronically Filed)

Comes Defendant, Duke Energy Ohio, Inc. ("Defendant"), improperly captioned as Duke Energy Corp., a non-governmental corporate entity, by counsel and pursuant to Fed. R. Civ. P. 7.1, makes the following disclosure:

1. Defendant's parent corporation is Duke Energy Corporation ("Parent"), which is a publicly held corporation.

2. Other than Parent, no publicly-held corporation owns 10% or more of Defendant's stock.

    Respectfully submitted,

    WHITLOW, ROBERTS, HOUSTON & STRAUB PLLC
    *Attorneys for Defendant*

    By:    */s/ J. Duncan Pitchford*
            J. Duncan Pitchford
            Nicholas M. Holland
            300 Broadway
            Post Office Box 995
            Paducah, Kentucky 42002-0995
            Telephone: (270) 443-4516
            Facsimile: (270) 443-4571
            dpitchford@whitlow-law.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 8th day of April 2013, I have filed the foregoing through the CM/ECF system, which will forward an electronic copy to the counsel of record.

  I further certify that I have served non-ECF participants via first class mail.

              */s/ J. Duncan Pitchford*
              J. Duncan Pitchford