IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12CV-127-R

LWD PRP GROUP                                                                                   PLAINTIFF

v.

ACF INDUSTRIES, LLC, et al.                                                              DEFENDANTS

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT EQ RESOURCE RECOVERY
### (Electronically Filed)

Comes Defendant, EQ Resource Recovery ("Defendant"), also improperly captioned as The Environmental Quality Co., a non-governmental corporate entity, by counsel and pursuant to Fed. R. Civ. P. 7.1, makes the following disclosure:

1. Defendant's parent corporation is EQ Holdings, Inc. ("Parent"), which is not a publicly held corporation.

2. No publicly-held corporation owns 10% or more of Defendant's stock.

        Respectfully submitted,

        WHITLOW, ROBERTS, HOUSTON & STRAUB PLLC
        *Attorneys for Defendant*

        By:    */s/ J. Duncan Pitchford*
                    J. Duncan Pitchford
                    Nicholas M. Holland
                    300 Broadway
                    Post Office Box 995
                    Paducah, Kentucky 42002-0995
                    Telephone: (270) 443-4516
                    Facsimile: (270) 443-4571
                    dpitchford@whitlow-law.com

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 8th day of April 2013, I have filed the foregoing through the CM/ECF system, which will forward an electronic copy to the counsel of record.

  I further certify that I have served non-ECF participants via first class mail.

              */s/ J. Duncan Pitchford*
              J. Duncan Pitchford