IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12CV-127-R

LWD PRP GROUP                                                                                              PLAINTIFF

v.

ACF INDUSTRIES, LLC, et al.                                                                      DEFENDANTS

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
EXXON MOBILE CORPORATION (Electronically Filed)**

Comes Defendant, Exxon Mobil Corporation ("Defendant"), also improperly captioned as Exxon Mobil Environmental Services, Inc., a non-governmental corporate entity, by counsel and pursuant to Fed. R. Civ. P. 7.1, makes the following disclosure:

1. Defendant is the corporate parent, and there are no publicly held corporation(s) (domestic or foreign) that own 10% or more of Exxon Mobil Corporation's stock.

2. ExxonMobil Environmental Services Company's corporate parent is Exxon Mobil Corporation, and Exxon Mobil Corporation indirectly owns 100% of Exxon Mobil Environmental Services Company Corporation's stock.

          Respectfully submitted,

          WHITLOW, ROBERTS, HOUSTON & STRAUB PLLC
          *Attorneys for Defendant*

          By:    */s/ J. Duncan Pitchford*
                      J. Duncan Pitchford
                      Nicholas M. Holland
                      300 Broadway
                      Post Office Box 995
                      Paducah, Kentucky 42002-0995
                      Telephone: (270) 443-4516
                      Facsimile: (270) 443-4571
                      dpitchford@whitlow-law.com

2

**<u>CERTIFICATE OF SERVICE</u>**

    I hereby certify that on this 8th day of April 2013, I have filed the foregoing through the CM/ECF system, which will forward an electronic copy to the counsel of record.

    I further certify that I served non-ECF participants via first class mail.

                                        */s/ J. Duncan Pitchford*
                                        J. Duncan Pitchford