IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12CV-127-R

LWD PRP GROUP                                    PLAINTIFF

v.

ACF INDUSTRIES, LLC, et al.                         DEFENDANTS

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT GEORGIA-PACIFIC LLC
### (Electronically Filed)

Comes Defendant, Georgia-Pacific LLC ("Defendant"), a non-governmental corporate entity, by counsel and pursuant to Fed. R. Civ. P. 7.1, makes the following disclosure:

1. Defendant is a Delaware limited liability company that is an indirect, wholly-owned subsidiary of Koch Industries, Inc., which is not publicly held.

2. There is no publicly held corporation that owns 10 percent or more of Defendant or its membership interest.

                                    Respectfully submitted,

                                    WHITLOW, ROBERTS, HOUSTON & STRAUB PLLC
                                    *Attorneys for Defendant*

                                    By:    */s/ J. Duncan Pitchford*
                                                          J. Duncan Pitchford
                                                          Nicholas M. Holland
                                                          300 Broadway
                                                          Post Office Box 995
                                                          Paducah, Kentucky 42002-0995
                                                          Telephone: (270) 443-4516
                                                          Facsimile: (270) 443-4571
                                                          dpitchford@whitlow-law.com

2

## CERTIFICATE OF SERVICE

    I hereby certify that on this 8th day of April 2013, I have filed the foregoing through the CM/ECF system, which will forward an electronic copy to the counsel of record.

    I further certify that I have served non-ECF participants via first class mail.

    */s/ J. Duncan Pitchford*
    J. Duncan Pitchford