IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12CV-127-R

LWD PRP GROUP                          PLAINTIFF

v.

ACF INDUSTRIES, LLC, et al.                      DEFENDANTS

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT INGERSOLL RAND COMPANY
### (Electronically Filed)

Comes Defendant, Ingersoll Rand Company ("Defendant"), also improperly captioned as Trane U.S., Inc., a non-governmental corporate entity, by counsel and pursuant to Fed. R. Civ. P. 7.1, makes the following disclosure:

1. Defendant has no parent corporation.

2. No publicly-held corporation owns 10% or more of Defendant's stock.

                         Respectfully submitted,

                         WHITLOW, ROBERTS, HOUSTON & STRAUB PLLC
                         *Attorneys for Defendant*

                         By:     */s/ J. Duncan Pitchford*
                                   J. Duncan Pitchford
                                   Nicholas M. Holland
                                   300 Broadway
                                   Post Office Box 995
                                   Paducah, Kentucky 42002-0995
                                   Telephone: (270) 443-4516
                                   Facsimile: (270) 443-4571
                                   dpitchford@whitlow-law.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 8th day of April 2013, I have filed the foregoing through the CM/ECF system, which will forward an electronic copy to the counsel of record.

      I further certify that I have served non-ECF participants via first class mail:

                                      */s/ J. Duncan Pitchford*
                                      J. Duncan Pitchford