IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12CV-127-R

LWD PRP GROUP                                                                                            PLAINTIFF

v.

ACF INDUSTRIES, LLC, et al.                                                                       DEFENDANTS

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT NEWMARKET CORPORATION
**(Electronically Filed)**

Comes Defendant, NewMarket Corporation ("Defendant"), a non-governmental corporate entity, by counsel and pursuant to Fed. R. Civ. P. 7.1, makes the following disclosure:

1. Defendant has no parent corporation.

2. No publicly-held corporation owns 10% or more of Defendant's stock.

> WHITLOW, ROBERTS, HOUSTON & STRAUB PLLC
> *Attorneys for Defendant*
>
> By:   */s/ J. Duncan Pitchford*
>           J. Duncan Pitchford
>           Nicholas M. Holland
>           300 Broadway
>           Post Office Box 995
>           Paducah, Kentucky 42002-0995
>           Telephone: (270) 443-4516
>           Facsimile: (270) 443-4571
>           dpitchford@whitlow-law.com

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 8th day of April, 2013, I have filed the foregoing through the CM/ECF system, which will forward an electronic copy to the counsel of record.

    I further certify that I have served non-ECF participants via first class mail.

                                                           */s/ J. Duncan Pitchford*
                                                           J. Duncan Pitchford