IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12CV-127-R

LWD PRP GROUP   PLAINTIFF

v.

ACF INDUSTRIES, LLC, et al.   DEFENDANTS

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT NISSAN NORTH AMERICA, INC.
### (Electronically Filed)

Comes Defendant, Nissan North America, Inc. ("Defendant"), a non-governmental corporate entity, by counsel and pursuant to Fed. R. Civ. P. 7.1, makes the following disclosure:

1. Nissan North America, Inc. is 100% owned by Nissan Motor Co., Ltd., a Japanese corporation which is publicly traded in Japanese securities markets and which has American Depository Receipts traded in U.S. Markets.

2. Nissan Motor Co., Ltd. is 43.4% owned by Renault S.A. which is publicly traded on Euronext Paris.

Respectfully submitted,

WHITLOW, ROBERTS, HOUSTON & STRAUB PLLC
*Attorneys for Defendant*

By:   */s/ J. Duncan Pitchford*
      J. Duncan Pitchford
      Nicholas M. Holland
      300 Broadway
      Post Office Box 995
      Paducah, Kentucky 42002-0995
      Telephone: (270) 443-4516
      Facsimile: (270) 443-4571
      dpitchford@whitlow-law.com

1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 8th day of April 2013, I have filed the foregoing through the CM/ECF system, which will forward an electronic copy to the counsel of record.

      I further certify that I have served non-ECF participants via first class mail.

                                            */s/ J. Duncan Pitchford*  
                                            J. Duncan Pitchford