IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12CV-127-R

LWD PRP GROUP                                                                               PLAINTIFF

v.

ACF INDUSTRIES, LLC, et al.                                                           DEFENDANTS

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT R.R. DONNELLEY & SONS COMPANY
### (Electronically Filed)

Comes Defendant, R.R. Donnelley & Sons Company ("Defendant"), a non-governmental corporate entity, by counsel and pursuant to Fed. R. Civ. P. 7.1, makes the following disclosure:

1. Defendant has no parent corporation.

2. No publicly-held corporation owns 10% or more of Defendant's stock.

        Respectfully submitted,

        WHITLOW, ROBERTS, HOUSTON & STRAUB PLLC
        *Attorneys for Defendant*

By:    */s/ J. Duncan Pitchford*
        J. Duncan Pitchford
        Nicholas M. Holland
        300 Broadway
        Post Office Box 995
        Paducah, Kentucky 42002-0995
        Telephone: (270) 443-4516
        Facsimile: (270) 443-4571
        dpitchford@whitlow-law.com

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 8th day of April 2013, I have filed the foregoing through the CM/ECF system, which will forward an electronic copy to the counsel of record.

    I further certify that I have served non-ECF participants via first class mail.

    */s/ J. Duncan Pitchford*
    J. Duncan Pitchford