IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12CV-127-R

LWD PRP GROUP                                                                PLAINTIFF

v.

ACF INDUSTRIES, LLC, et al.                                          DEFENDANTS

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT QUALITY CARRIERS, INC.
### (Electronically Filed)

Comes Defendant, Quality Carriers, Inc. ("Defendant"), a non-governmental corporate entity, by counsel and pursuant to Fed. R. Civ. P. 7.1, makes the following disclosure:

1. Defendant's ultimate parent corporation is Quality Distribution, Inc. ("Parent"), which is a publicly held corporation.

2. Other than Parent, no publicly-held corporation owns 10% or more of Defendant's stock.

Respectfully submitted,

WHITLOW, ROBERTS, HOUSTON & STRAUB PLLC
*Attorneys for Defendant*

By:      */s/ J. Duncan Pitchford*
J. Duncan Pitchford
Nicholas M. Holland
300 Broadway
Post Office Box 995
Paducah, Kentucky 42002-0995
Telephone: (270) 443-4516
Facsimile: (270) 443-4571
dpitchford@whitlow-law.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 8th day of April 2013, I have filed the foregoing through the CM/ECF system, which will forward an electronic copy to the counsel of record.

I further certify that I have served non-ECF participants via first class mail.

*/s/ J. Duncan Pitchford*
J. Duncan Pitchford