IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12CV-127-R

LWD PRP GROUP                                                                                                    PLAINTIFF

v.

ACF INDUSTRIES, LLC, et al.                                                                              DEFENDANTS

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT SOUTHERN STAR GAS PIPELINE, INC.
### (Electronically Filed)

Comes Defendant, Southern Star Gas Pipeline, Inc. ("Defendant"), also improperly captioned Williams Gas Pipeline Co., LLC and The Williams Companies, Inc., a non-governmental corporate entity, by counsel and pursuant to Fed. R. Civ. P. 7.1, makes the following disclosure:

1. Defendant's parent corporation is Southern Star Central Corp., which is not a publicly-held corporation.

2. No publicly-held corporation owns 10% or more of Defendant's stock.

Respectfully submitted,

WHITLOW, ROBERTS, HOUSTON & STRAUB PLLC
*Attorneys for Defendant*

By:   */s/ J. Duncan Pitchford*
       J. Duncan Pitchford
       Nicholas M. Holland
       300 Broadway
       Post Office Box 995
       Paducah, Kentucky 42002-0995
       Telephone: (270) 443-4516
       Facsimile: (270) 443-4571
       dpitchford@whitlow-law.com

1

## CERTIFICATE OF SERVICE

    I hereby certify that on this 8th day of April 2013, I have filed the foregoing through the CM/ECF system, which will forward an electronic copy to the counsel of record.

    I further certify that I have served non-ECF participants via first class mail.

    */s/ J. Duncan Pitchford*
    J. Duncan Pitchford