IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12CV-127-R

LWD PRP GROUP                                                                                    PLAINTIFF

v.

ACF INDUSTRIES, LLC, et al.                                                               DEFENDANTS

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT TERRE HAUTE REGIONAL HOSPITAL, L.P.
### (Electronically Filed)

Comes Defendant, Terre Haute Regional Hospital, L.P. ("Defendant"), a non-governmental corporate entity, by counsel and pursuant to Fed. R. Civ. P. 7.1, makes the following disclosure:

1. Defendant is an indirect, wholly-owned subsidiary of HCA Holdings, Inc., which is a publicly held corporation.

2. Hercules Holding II, LLC currently owns approximately 39% of the common stock of HCA Holdings, Inc.; some members of Hercules Holding II, LLC are affiliated with KKR & Co. LP, a publicly held corporation.

Other than the entities referenced above, no publicly-held corporation owns 10% or more of Defendant's stock.

Respectfully submitted,

WHITLOW, ROBERTS, HOUSTON & STRAUB PLLC
*Attorneys for Defendant*


By:    */s/ J. Duncan Pitchford*
      J. Duncan Pitchford
      Nicholas M. Holland
      300 Broadway
      Post Office Box 995
      Paducah, Kentucky 42002-0995
      Telephone: (270) 443-4516
      Facsimile: (270) 443-4571
      dpitchford@whitlow-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of April 2013, I have filed the foregoing through the CM/ECF system, which will forward an electronic copy to the counsel of record.

I further certify that I have served non-ECF participants via first class mail.

      */s/ J. Duncan Pitchford*
      J. Duncan Pitchford