IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12CV-127-R

LWD PRP GROUP                                        PLAINTIFF

v.

ACF INDUSTRIES, LLC, et al.                        DEFENDANTS

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT TRANE US, INC.
### (Electronically Filed)

Comes Defendant, Trane US, Inc. ("Defendant"), a non-governmental corporate entity, by counsel and pursuant to Fed. R. Civ. P. 7.1, makes the following disclosure:

1. Defendant's parent corporation is Ingersoll Rand Company ("Parent"), which is a publicly held corporation.

2. Other than Parent, no publicly-held corporation owns 10% or more of Defendant's stock.

                                       Respectfully submitted,

                                       WHITLOW, ROBERTS, HOUSTON & STRAUB PLLC
                                       *Attorneys for Defendant*

                     By:     */s/ J. Duncan Pitchford*
                                       J. Duncan Pitchford
                                       Nicholas M. Holland
                                       300 Broadway
                                       Post Office Box 995
                                       Paducah, Kentucky 42002-0995
                                       Telephone: (270) 443-4516
                                       Facsimile: (270) 443-4571
                                       dpitchford@whitlow-law.com

2

## CERTIFICATE OF SERVICE

    I hereby certify that on this 8th day of April 2013, I have filed the foregoing through the CM/ECF system, which will forward an electronic copy to the counsel of record.

    I further certify that I have served non-ECF participants via first class mail.

    */s/ J. Duncan Pitchford*
    J. Duncan Pitchford