IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12CV-127-R

LWD PRP GROUP                                                    PLAINTIFF

v.

ACF INDUSTRIES, LLC, et al.                                    DEFENDANTS

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT TRANSMONTAIGNE PRODUCT SERVICES, INC. (Electronically Filed)

Comes Defendant, TransMontaigne Product Services, Inc. ("Defendant"), also improperly captioned as Independent Terminal and Pipeline Co., a non-governmental corporate entity, by counsel and pursuant to Fed. R. Civ. P. 7.1, makes the following disclosure:

1. Defendant is the successor-by-merger with Independent Terminal and Pipeline Company, Coastal Fuels Marketing, Inc., Louis Dreyfus Energy Corp., ITAPCO-Kentuckiana Terminal, Inc., ITAPCO-Mississippi Terminal, Inc.., and ITAPCO-Paducah Terminal, Inc.

2. No publicly-held corporation owns 10% or more of Defendant's stock.

Respectfully submitted,

WHITLOW, ROBERTS, HOUSTON & STRAUB PLLC
*Attorneys for Defendant*

By:     */s/ J. Duncan Pitchford*
          J. Duncan Pitchford
          Nicholas M. Holland
          300 Broadway
          Post Office Box 995
          Paducah, Kentucky 42002-0995
          Telephone: (270) 443-4516

Facsimile: (270) 443-4571
dpitchford@whitlow-law.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 8th day of April 2013, I have filed the foregoing through the CM/ECF system, which will forward an electronic copy to the counsel of record.

I further certify that I have served non-ECF participants via first class mail.


*/s/ J. Duncan Pitchford*
J. Duncan Pitchford