IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12CV-127-R

LWD PRP GROUP                                                                         PLAINTIFF

v.

ACF INDUSTRIES, LLC, et al.                                                     DEFENDANTS

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT TRIUMPH AEROSTRUCTURES, LLC (Electronically Filed)

Comes Defendant, Triumph Aerostructures, LLC, also improperly identified as Textron, Inc. ("Defendant"), a non-governmental corporate entity, by counsel and pursuant to Fed. R. Civ. P. 7.1, makes the following disclosure:

1. Defendant is directly held by Triumph Aerostructures Holdings, LLC, which is not a publicly-held corporation. Defendant's ultimate parent corporation is Triumph Group, Inc. ("Parent"), which is a publicly-held corporation.

2. Other than Parent, no publicly-held corporation owns 10% or more of Defendant's stock.

        Respectfully submitted,

        WHITLOW, ROBERTS, HOUSTON & STRAUB PLLC
        *Attorneys for Defendant*

    By:   */s/ J. Duncan Pitchford*
            J. Duncan Pitchford
            Nicholas M. Holland
            300 Broadway
            Post Office Box 995
            Paducah, Kentucky 42002-0995
            Telephone: (270) 443-4516
            Facsimile: (270) 443-4571
            dpitchford@whitlow-law.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of April 2013, I have filed the foregoing through the CM/ECF system, which will forward an electronic copy to the counsel of record.

I further certify that I served non-ECF participants via first class mail.

*/s/ J. Duncan Pitchford*
J. Duncan Pitchford