IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12CV-127-R

LWD PRP GROUP                                                                                         PLAINTIFF

v.

ACF INDUSTRIES, LLC, et al.                                                                   DEFENDANTS

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS UNITED INDUSTRIES CORPORATION AND INCORRECTLY-IDENTIFIED CHEMSICO, INC.
### (Electronically Filed)

Comes Defendant, United Industries Corporation (incorrectly and redundantly named as Chemsico, Inc., which is not a separate entity) ("Defendant"), a non-governmental corporate entity, by counsel and pursuant to Fed. R. Civ. P. 7.1, makes the following disclosure:

1. Defendant's parent corporation is Spectrum Brands, Inc. ("Parent"), which is not a publicly-held corporation. Parent is wholly owned by Spectrum Brands Holdings, Inc., a publicly held corporation.

2. No other publicly-held corporation owns 10% or more of Defendant's stock.

          Respectfully submitted,

          WHITLOW, ROBERTS, HOUSTON & STRAUB PLLC
          *Attorneys for Defendant*

    By:    */s/ J. Duncan Pitchford*
          J. Duncan Pitchford
          Nicholas M. Holland
          300 Broadway
          Post Office Box 995
          Paducah, Kentucky 42002-0995
          Telephone: (270) 443-4516
          Facsimile: (270) 443-4571
          dpitchford@whitlow-law.com

## CERTIFICATE OF SERVICE

  I hereby certify that on this 8th day of April 2013, I have filed the foregoing through the CM/ECF system, which will forward an electronic copy to the counsel of record.

  I further certify that I have served non-ECF participants via first class mail.

               */s/ J. Duncan Pitchford*
               J. Duncan Pitchford