IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12CV-127-R

LWD PRP GROUP                                                                                      PLAINTIFF

v.

ACF INDUSTRIES, LLC, et al.                                                                    DEFENDANTS

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT VALERO MARKETING AND SUPPLY COMPANY (Electronically Filed)

Comes Defendant, Valero Marketing and Supply Company ("Defendant"), a non-governmental corporate entity, by counsel and pursuant to Fed. R. Civ. P. 7.1, makes the following disclosure:

1. Defendant's parent corporations are The Premcor Refining Group Inc., Valero Refining and Marketing Company, Valero Refining Company – California, Ultramar, Inc., Neches River Holding Corporation, and Sabine River LLC, none of which are publicly held corporations.

2. No publicly-held corporation owns 10% or more of Defendant's stock.

                Respectfully submitted,

                WHITLOW, ROBERTS, HOUSTON & STRAUB PLLC
                *Attorneys for Defendant*

                By:    */s/ J. Duncan Pitchford*
                          J. Duncan Pitchford
                          Nicholas M. Holland
                          300 Broadway
                          Post Office Box 995
                          Paducah, Kentucky 42002-0995
                          Telephone: (270) 443-4516
                          Facsimile: (270) 443-4571
                          dpitchford@whitlow-law.com

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 8th day of April 2013, I have filed the foregoing through the CM/ECF system, which will forward an electronic copy to the counsel of record.

    I further certify that I have served non-ECF participants via first class mail.

                                     */s/ J. Duncan Pitchford*
                                     J. Duncan Pitchford