IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12CV-127-R

LWD PRP GROUP                                                                               PLAINTIFF

v.

ACF INDUSTRIES, LLC, et al.                                                         DEFENDANTS

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT VERTELLUS SPECIALTIES INC.
**(Electronically Filed)**

Comes Defendant, Vertellus Specialties Inc. ("Defendant"), a non-governmental corporate entity, by counsel and pursuant to Fed. R. Civ. P. 7.1, makes the following disclosure:

1. Defendant's parent corporation is Vertellus Specialties Holding Corp. ("Parent"), which is not a publicly held corporation.

2. No publicly-held corporation owns 10% or more of Defendant's stock.

                                                Respectfully submitted,

                                                WHITLOW, ROBERTS, HOUSTON & STRAUB PLLC
                                                *Attorneys for Defendant*

                                By:    */s/ J. Duncan Pitchford*
                                                 J. Duncan Pitchford
                                                 Nicholas M. Holland
                                                 300 Broadway
                                                 Post Office Box 995
                                                 Paducah, Kentucky 42002-0995
                                                 Telephone: (270) 443-4516
                                                 Facsimile: (270) 443-4571
                                                 dpitchford@whitlow-law.com

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 8th day of April 2013, I have filed the foregoing through the CM/ECF system, which will forward an electronic copy to the counsel of record.

      I further certify that I have served non-ECF participants via first class mail.

                                             */s/ J. Duncan Pitchford*
                                             J. Duncan Pitchford