IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12CV-127-R

LWD PRP GROUP							PLAINTIFF

v.

ACF INDUSTRIES, LLC, et al.					DEFENDANTS

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CBS CORPORATION
### (Electronically Filed)

Comes Defendant, CBS Corporation, improperly identified as Viacom, Inc. ("Defendant"), a non-governmental corporate entity, by counsel and pursuant to Fed. R. Civ. P. 7.1, makes the following disclosure:

1. Defendant is a publicly-held corporation.

2. National Amusements, Inc. and its wholly-owned subsidiary, NAI Entertainment Holdings LLC are privately held companies, which, in the aggregate, own the majority of the voting stock of Defendant.

3. To Defendant's knowledge, without inquiry, GAMCO Investors, Inc. (GAMCO) filed a Schedule 13D/A with the Securities and Exchange Commission on March 15, 2011 indicating that GAMCO and certain persons and entities affiliated herewith (any of which may be publicly held) own, in the aggregate, 10.1% of Defendant's voting stock.

Respectfully submitted,

WHITLOW, ROBERTS, HOUSTON & STRAUB PLLC
*Attorneys for Defendant*


By:     */s/ J. Duncan Pitchford*
        J. Duncan Pitchford
        Nicholas M. Holland
        300 Broadway
        Post Office Box 995
        Paducah, Kentucky 42002-0995
        Telephone: (270) 443-4516
        Facsimile: (270) 443-4571
        dpitchford@whitlow-law.com


## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 8th day of April 2013, I have filed the foregoing through the CM/ECF system, which will forward an electronic copy to the counsel of record.

     I further certify that I have served non-ECF participants via first class mail.


                                           */s/ J. Duncan Pitchford*
                                           J. Duncan Pitchford