IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12CV-127-R

LWD PRP GROUP                                             PLAINTIFF

v.

ACF INDUSTRIES, LLC, et al.                               DEFENDANTS

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT WOCKHARDT USA
### (Electronically Filed)

Comes Defendant, Wockhardt USA ("Defendant"), also improperly captioned as Pharmaceutical Basics, Inc., a non-governmental corporate entity, by counsel and pursuant to Fed. R. Civ. P. 7.1, makes the following disclosure:

1. Defendant's parent corporation is Wockhardt Limited, which is not a publicly held corporation.

2. No publicly-held corporation owns 10% or more of Defendant's stock.

    Respectfully submitted,

    WHITLOW, ROBERTS, HOUSTON & STRAUB PLLC
    *Attorneys for Defendant*

    By:   */s/ J. Duncan Pitchford*
            J. Duncan Pitchford
            Nicholas M. Holland
            300 Broadway
            Post Office Box 995
            Paducah, Kentucky 42002-0995
            Telephone: (270) 443-4516
            Facsimile: (270) 443-4571
            dpitchford@whitlow-law.com

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 8th day of April 2013, I have filed the foregoing through the CM/ECF system, which will forward an electronic copy to the counsel of record.

    I further certify that I have served non-ECF participants via first class mail:

                                                   */s/ J. Duncan Pitchford*  
                                                   J. Duncan Pitchford