IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12CV-127-R

LWD PRP GROUP                                                                                       PLAINTIFF

v.

ACF INDUSTRIES, LLC, et al.                                                                   DEFENDANTS

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT ALCAN CORPORATION
### (Electronically Filed)

Comes Defendant, Alcan Corporation ("Defendant"), improperly captioned as Rio Tinto Alcan and Pechiney Plastic Packaging, Inc., a non-governmental corporate entity, by counsel and pursuant to Fed. R. Civ. P. 7.1, makes the following disclosure:

1. Defendant's ultimate parent corporation is Rio Tinto plc ("Parent"), which is a publicly held corporation.

2. Other than Parent, no publicly-held corporation owns 10% or more of Defendant's stock.

                Respectfully submitted,

                WHITLOW, ROBERTS, HOUSTON & STRAUB PLLC
                *Attorneys for Defendant*

        By:    */s/ J. Duncan Pitchford*
                J. Duncan Pitchford
                Nicholas M. Holland
                300 Broadway
                Post Office Box 995
                Paducah, Kentucky 42002-0995
                Telephone: (270) 443-4516
                Facsimile: (270) 443-4571
                dpitchford@whitlow-law.com

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 8th day of April 2013, I have filed the foregoing through the CM/ECF system, which will forward an electronic copy to the counsel of record.

    I further certify that I have served non-ECF participants via first class mail:

                                        */s/ J. Duncan Pitchford*
                                        J. Duncan Pitchford