IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12CV-127-R

LWD PRP GROUP                                                                 PLAINTIFF

v.

ACF INDUSTRIES, LLC, et al.                                          DEFENDANTS

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT COVALENCE SPECIALTY ADHESIVES LLC
**(Electronically Filed)**

Comes Defendant, Covalence Specialty Adhesives LLC ("Defendant"), a non-governmental corporate entity, by counsel and pursuant to Fed. R. Civ. P. 7.1, makes the following disclosure:

1. Defendant's parent corporation is Berry Plastics Corporation, which is not a publicly held corporation.

2. No publicly-held corporation owns 10% or more of Defendant's stock.

        Respectfully submitted,

        WHITLOW, ROBERTS, HOUSTON & STRAUB PLLC
        *Attorneys for Defendant*

By:   */s/ J. Duncan Pitchford*
       J. Duncan Pitchford
       Nicholas M. Holland
       300 Broadway
       Post Office Box 995
       Paducah, Kentucky 42002-0995
       Telephone: (270) 443-4516
       Facsimile: (270) 443-4571
       dpitchford@whitlow-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of April 2013, I have filed the foregoing through the CM/ECF system, which will forward an electronic copy to the counsel of record.

I further certify that I have served non-ECF participants via first class mail.

*/s/ J. Duncan Pitchford*
J. Duncan Pitchford