IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12CV-127-R

LWD PRP GROUP                                                                PLAINTIFF

v.

ACF INDUSTRIES, LLC, et al.                                            DEFENDANTS

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT COVIDIEN LP
### (Electronically Filed)

Comes Defendant, Covidien LP for itself and as successor in interest to The Kendall Company and for its affiliated company Batts LLC as successor in interest to Tyco Adhesives ("Defendant"), a non-governmental corporate entity, by counsel and pursuant to Fed. R. Civ. P. 7.1, makes the following disclosure:

1. Defendant is a subsidiary of Covidien plc ("Parent"), which is a publicly held corporation.

2. Other than Parent, no publicly-held corporation owns 10% or more of Defendant's stock.

Respectfully submitted,

WHITLOW, ROBERTS, HOUSTON & STRAUB PLLC
*Attorneys for Defendant*

By:      */s/ J. Duncan Pitchford*
         J. Duncan Pitchford
         Nicholas M. Holland
         300 Broadway
         Post Office Box 995
         Paducah, Kentucky 42002-0995
         Telephone: (270) 443-4516
         Facsimile: (270) 443-4571
         dpitchford@whitlow-law.com

### **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of April 2013, I have filed the foregoing through the CM/ECF system, which will forward an electronic copy to the counsel of record.

I further certify that I have served non-ECF participants via first class mail.

_/s/ J. Duncan Pitchford_
J. Duncan Pitchford