UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12CV-127-R

LWD PRP GROUP                                                                                      PLAINTIFF

v.

ACF INDUSTRIES, LLC, et al.                                                                 DEFENDANTS

### ORDER

The Defendants listed on Exhibit A having moved the Court for leave to substitute the exhibit previously tendered with their motion to dismiss and the Court otherwise being sufficiently advised,

**IT IS ORDERED:**

The Motion of the Defendants is **GRANTED**. The Clerk is directed to strike the previous Exhibit and substitute the tendered Revised Exhibit A.

cc: Counsel of record