# THE JUSTIS LAW FIRM LLC

Ambereen Shaffie
Direct Dial (913) 998-6106
ashaffie@justislawfirm.com

April 15, 2013

Clerk of the Court
United States District Court
Western District of Kentucky
Paducah Division
501 Broadway
Paducah, KY 42001

Re: LWD PRP Group v. ACF Industries LLC, et al., No. 5:12CV-127-TBR (W.D. Ky.)

Dear Court Clerk:

Enclosed are Summons for eighteen defendants in the above-referenced cause. Please sign and seal the Summons and return this at your earliest convenience. In order to comply with the 120-day time limit in Fed. R. Civ. P. 4(m), we must serve these parties by July 27, 2013. Please feel free to contact me directly with any questions or concerns. Thank you in advance for your prompt attention to this matter.

Thank you,

THE JUSTIS LAW FIRM LLC

By: *(signature)*
Ambereen Shaffie, Esq.

Enclosure