IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | CASE NO.  5:12-CV-00127 |
| Plaintiff, | JUDGE THOMAS B. RUSSELL |
| vs. | |
| ACF INDUSTRIES, LLC, ET AL., | |
| Defendants. | |

**ANSWER OF DEFENDANT DRESSER-RAND COMPANY TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant Dresser-Rand Company ("Dresser-Rand") sets forth its Answer to Plaintiff's First Amended Complaint as follows:

**FIRST DEFENSE**

1. Defendant Dresser-Rand denies the allegations set forth in paragraphs 1 through 368 and 374 through 1,200 of the First Amended Complaint for the reason that the allegations set forth therein do not address Defendant Dresser-Rand and therefore, Defendant Dresser-Rand is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

2.	Defendant Dresser-Rand denies the allegations set forth in paragraphs 369 through 373 of the First Amended Complaint.

## SECOND DEFENSE

3.	Plaintiff's Complaint fails to state a claim upon which relief may be granted. Plaintiff's damages, if any, and none being admitted, were caused or contributed to by other parties over whom Defendant Dresser-Rand has no possession, control, custody or legal liability.

## THIRD DEFENSE

4.	The legal theories upon which Plaintiff bases its claims cannot lie against Defendant Dresser-Rand.

WHEREFORE, having fully answered, Defendant Dresser-Rand requests that the Complaint against it be dismissed, with prejudice.

Respectfully submitted,

*/s/ Stephen S. Schmidt*
Stephen S. Schmidt (KY 95063)
sschmidt@ralaw.com
Roetzel & Andress, LPA
310 Chiquita Center
250 East Fifth Street
Cincinnati, Ohio  45202
Telephone:  513.361.8298
Facsimile:  513.361.0335

Of Counsel:
Thomas L. Rosenberg (OH 0024898)
trosenberg@ralaw.com
Roetzel & Andress, LPA
PNC Plaza, Twelfth Floor
155 East Broad Street
Columbus, Ohio  43215
Telephone:  614.463.9770
Facsimile:  614.463.9792

*Attorneys for Defendant Dresser-Rand Company*

7168843 _1

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April, 2013, a copy of the foregoing Answer Of Defendant Dresser-Rand Company To Plaintiff's First Amended Complaint was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

    */s/ Stephen S. Schmidt*
    Stephen S. Schmidt
    *Attorney for Defendant Dresser-Rand Company*

7168843_1