UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO.: 5:12-cv-00127-TBR

**LWD PRP GROUP**  PLAINTIFF

v.

**ACF INDUSTRIES, LLC,** *et. al.*  DEFENDANTS

### MOTION TO DISMISS OF
### DEFENDANTS PSC, LLC AND PHILIP SERVICES CORP.

Defendants PSC, LLC and Philip Services Corp. hereby moves this Court pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss all the claims brought by the Plaintiff, LWD PRP Group.

There are no possible claims available to the Plaintiff under the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"). the Plaintiff has no claim under CERCLA § 107(a), and to the extent a claim under CERCLA § 113(f) was otherwise available, that claim is now time-barred pursuant to CERCLA § 113(g), which places a three-year statute of limitations on contribution claims from the date of settlement with U.S. EPA. Plaintiff's related claims under state law and for declaratory relief are subject to dismissal on substantially the same grounds.

In support of this Motion, Defendants join in and incorporate by reference the arguments presented by other Defendants in their Motion to Dismiss and accompanying memorandum and exhibits filed on May 8, 2013. [DE #776.] An order granting this Motion is attached for the Court's convenience.

1

Respectfully submitted,

*s Amy D. Cubbage*
ROBERT T. WATSON
AMY D. CUBBAGE
McBrayer, McGinnis, Leslie & Kirkland, PLLC
9300 Shelbyville Road, Suite 210
Louisville, Kentucky 40222
Ph: (502) 327-5400
Fax: (502) 327-5444
rwatson@mmlk.com
acubbage@mmlk.com

**Counsel for Defendants PSC, LLC and Philip Services Corp.**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was filed with the clerk of court on April 19, 2013 using the CM/ECF system, which will generate a notice of filing to all counsel of record registered with that system.

*s Amy D. Cubbage*
**Counsel for Defendants PSC, LLC and Philip Services Corp.**