UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO.: 5:12-cv-00127-TBR

**LWD PRP GROUP**                      **PLAINTIFF**

**v.**

**ACF INDUSTRIES, LLC,** *et. al.*                   **DEFENDANTS**

**ORDER GRANTING MOTION TO DISMISS OF
DEFENDANTS PSC, LLC AND PHILIP SERVICES CORP.**

Defendants PSC, LLC and Philip Services Corp. have moved this Court pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss all the claims brought by the Plaintiff, LWD PRP Group.

The Court, having considered the arguments of the Parties, and being sufficiently advised, hereby GRANTS the Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) on the following grounds:

(1) There are no possible claims available to the Plaintiff under the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"). the Plaintiff has no claim under CERCLA § 107(a);

(2) To the extent a claim under CERCLA § 113(f) was otherwise available, that claim is now time-barred pursuant to CERCLA § 113(g), which places a three-year statute of limitations on contribution claims from the date of settlement with U.S. EPA; and

(3) Plaintiff's related claims under state law and for declaratory relief are subject to dismissal on the same grounds.

This is a final and appealable order.

Dated:

Tendered by:

*s Amy D. Cubbage*
ROBERT T. WATSON
AMY D. CUBBAGE
McBrayer, McGinnis, Leslie & Kirkland, PLLC
9300 Shelbyville Road, Suite 210
Louisville, Kentucky 40222

***Counsel for Defendants PSC, LLC and Philip Services Corp.***