IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | | |
|---|---|---|
| LWD PRP GROUP, | ) | CASE NO. 5:12-CV-00127 |
| | ) | |
| Plaintiff, | ) | JUDGE THOMAS B. RUSSELL |
| | ) | |
| v. | ) | **MOTION FOR ADMISSION *PRO*** |
| | ) | ***HAC VICE* OF THOMAS L.** |
| ACF INDUSTRIES, LLC, *et al.*, | ) | **ROSENBERG** |
| | ) | |
| Defendants. | ) | |

Pursuant to Local Rule 83.2, Stephen S. Schmidt of the firm Roetzel & Andress, LPA hereby submits this Motion for Admission *Pro Hac Vice* of Thomas L. Rosenberg. In support of this Motion, Mr. Schmidt respectfully shows the Court as follows:

1. Mr. Rosenberg requests admission, *pro hac vice*, to represent Defendant Dresser-Rand Company ("Dresser-Rand") in the above-captioned case.

2. Mr. Rosenberg's supporting Affidavit is attached hereto as Exhibit A and a Certificate of Good Standing from the Ohio Supreme Court is attached hereto as Exhibit B.

3. The appropriate fee(s) have been submitted with this Motion for *pro hac vice* admission.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel respectfully requests that this Court enter an order admitting *pro hac vice* Thomas L. Rosenberg to the bar of this Court for the duration of the above-captioned case.

Respectfully submitted,

*/s/ Stephen S. Schmidt*
Stephen S. Schmidt (KY 95063)
sschmidt@ralaw.com
ROETZEL & ANDRESS, LPA
310 Chiquita Center
250 E. Fifth Street
Cincinnati, Ohio 45202
Telephone: 513.361.8298
Facsimile: 513.361.0335

*Attorney for Defendant Dresser-Rand Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of April, 2013, a copy of the foregoing Motion for *Pro Hac Vice* admission of Thomas L. Rosenberg was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

/s/ *Stephen S. Schmidt*
Stephen S. Schmidt
*Attorney for Defendant Dresser-Rand Company*