IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

LWD PRP GROUP,                  )     CASE NO. 5:12-CV-00127
                             )
                Plaintiff,  )     JUDGE THOMAS B. RUSSELL
                             )
             v.            )
                             )
ACF INDUSTRIES, LLC, *et al.*,    )
                             )
             Defendants.  )

## AFFIDAVIT OF THOMAS L. ROSENBERG

**STATE OF OHIO**      )
                     ) SS
**COUNTY OF FRANKLIN**  )

I, Thomas L. Rosenberg, being first duly sworn on oath, deposes and states:

1.     I make this Affidavit in support of the Motion for *Pro Hac Vice* Admission in which I seek admission to the bar of this Court for the purposes of participating in this matter.

2.     I have been a member in good standing of the Bar of the State of Ohio since 1983. My Ohio State Bar number is 0024898.  Attached as Exhibit B to my Motion for *Pro Hac Vice* Admission is a Certificate of Good Standing from the Ohio Supreme Court.

3.     I am a member of the law firm of Roetzel & Andress and a resident in the State of Ohio.

4.     If admitted *Pro Hac Vice*, I will be representing Dresser-Rand Company.



5.      I am of good moral character and am fit to practice law and am not subject to suspension or other disciplinary action with respect to the practice of law in any jurisdiction.

6.      I understand and agree that I will be bound by all of the rules governing this Court, including any and all disciplinary rules.  I further understand and agree that I will be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

7.      I have completed the required training via admission in the United States District Court for the Southern District of Ohio.

8.      In light of my familiarity with this case and the matter out of which it arises, I respectfully request that I be admitted *Pro Hac Vice* for purposes of appearing as counsel for Defendant Dresser-Rand Company.

UNDER THE PENALTIES OF PERJURY, I declare that the foregoing statements are true and correct this _____ 22 _____ day of April, 2013.

_____
Thomas L. Rosenberg

STATE OF OHIO            )
                         ) SS
COUNTY OF FRANKLIN       )

Sworn to and subscribed before me this 22nd day of April, 2013.

_____
Notary Public

Pamela Ann Hubbard
Notary Public, State of Ohio
My Commission Expires 11-27-2016

2

6808901_1.DOCX