IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | CASE NO. 5:12-CV-00127 |
| Plaintiff, | JUDGE THOMAS B. RUSSELL |
| v. | |
| ACF INDUSTRIES, LLC, *et al.*, | |
| Defendants. | |

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF THOMAS L. ROSENBERG

This cause has come before the Court upon the Motion for Admission *Pro Hac Vice* of Thomas L. Rosenberg, counsel for Defendant Dresser-Rand Company, to practice *Pro Hac Vice* in the above-captioned case only, provided that the required filing fee has been paid. Being fully advised, it is now:

**ORDERED** that the Motion for Admission *Pro Hac Vice* of Thomas L. Rosenberg be, and hereby is **GRANTED**. It is further

**ORDERED** that Thomas L. Rosenberg be allowed to appear *Pro Hac Vice* on behalf of Defendant Dresser-Rand Company in the above-captioned case.