# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION
# CASE NO. 5:12-CV-127

LWD PRP GROUP, *et al.*                            PLAINTIFFS

V.                         **ORDER OF RECUSAL**

ACF INDUSTRIES, LLC, *et al.*                      DEFENDANTS

Upon review of this matter, the Court concludes that recusal is this case is required.

Therefore, the undersigned judge hereby recuses himself from this matter; and this case is reassigned to the docket of Chief Judge Joseph H. McKinley, Jr. for all further proceedings and disposition. Counsel are instructed to change the civil action number to reflect the initial **(M)** in place and instead of the initial (R) on all further pleadings.

The telephonic conference set June 14, 2013 is **canceled.**

**IT IS SO ORDERED**.


cc:     Counsel
          Chief Judge McKinley
          Case Manager