# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP** | |
| **PLAINTIFF** | Civil Action No. 5:12CV-00127-JHM |
| v. | CHIEF JUDGE JOSEPH H. MCKINLEY, JR. |
| **ACF INDUSTRIES LLC, ET AL.** | |
| **DEFENDANTS** | |

## ORDER

This action is hereby **referred** to **United States Magistrate Judge Lanny King**, for **determination of nondispositive matters** pursuant to Title 28, U.S.C. § 636(b)(1)(A).

Said Magistrate is empowered to conduct any hearings necessary for their resolution.

**IT IS SO ORDERED.**

ENTERED BY ORDER OF COURT
CHIEF JUDGE JOSEPH H. MCKINLEY, JR.
UNITED STATES DISTRICT COURT
VANESSA L. ARMSTRONG, CLERK

By:   /s/ *Erica A. Skinner*
Erica A. Skinner, Deputy Clerk

Date: April 24, 2013

Copies to:   Counsel of record
Ryan Polczynski