IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Action No. 5:12CV-127-R ) |
| ACF INDUSTRIES LLC, et al | ) ) |
| Defendants. | ) ) |

## ANSWER OF DEFENDANT MEGA FABRICATION, INC. TO PLAINTIFF'S SECOND AMENDED COMPLAINT

Defendant MEGA FABRICATION, INC., through its lawyer Derek S. Casey of TRIPLETT, WOOLF & GARRETSON, LLC, submits this answer in response to plaintiff LWD PRP GROUP's Second Amended Complaint:

1. In response to Paragraphs 1-455, defendant Mega Fabrication, Inc. lacks knowledge or information sufficient to form a belief about the truth of the allegations and, therefore, denies those allegations.

2. In response to Paragraph 456, defendant Mega Fabrication, Inc., admits that plaintiff LWD PRP GROUP sent "Megafab, Inc." a letter dated July 9, 2012, demanding that Megafab, Inc., pay its equitable share of LWD Incinerator Site Response costs. Defendant Mega Fabrication, Inc., admits that it is casually known as "MEGAFAB" and may be the entity described in plaintiff's Complaint as "Megafab, Inc." Defendant Mega Fabrication, Inc., denies all other allegations contained in plaintiff's Paragraph 456.

3. In response to Paragraph 457, defendant Mega Fabrication, Inc., denies that "MegaFab, Inc.," or Mega Fabrication, Inc., is the parent company of W. A. Whitney.

4.  In response to Paragraphs 458 to 460, defendant Mega Fabrication, Inc., lacks knowledge or information sufficient to form a belief about the truth of those allegations and, therefore, denies the allegations.

5.  In response to Paragraph 461, defendant Mega Fabrication, Inc., admits that neither "MegaFab, Inc.," nor defendant Mega Fabrication, Inc., have paid response costs incurred by the LWD PRP Group at the LWD Incinerator Site. Specifically, defendant Mega Fabrication, Inc., denies that "Megafab, Inc." or Mega Fabrication, Inc., has any legal obligation to pay any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

6.  In response to Paragraphs 462-877, defendant Mega Fabrication, Inc., lacks knowledge or information sufficient to form a belief about the truth of the allegations and, therefore, denies those allegations.

## AFFIRMATIVE DEFENSES

1.  All allegations contained in plaintiff's Complaint which are not specifically admitted are denied.

2.  This Court lacks personal jurisdiction over defendant Mega Fabrication, Inc.

3.  Plaintiff's process relating to defendant Mega Fabrication, Inc., was insufficient.

4.  Plaintiff's service of process on defendant Mega Fabrication, Inc., was insufficient.

5.  Plaintiff's Complaint fails to state a claim for relief which can be granted against defendant Mega Fabrication, Inc.

6.  Plaintiff's claims are barred by the statutes of limitations and statutes of repose applicable to plaintiff's claims.

7.  Plaintiff lacks standing to assert the claims.

8.  W. A. Whitney is a separate and distinct corporate entity from defendant Mega Fabrication, Inc., and defendant Mega Fabrication, Inc., has no legal obligation to assume the debts and other obligations of W. A. Whitney.

9.  Defendant Mega Fabrication, Inc., reserves the right to assert additional affirmative defenses as investigation and discovery proceed.

WHEREFORE, having fully answered, defendant Mega Fabrication, Inc., respectfully requests that (a) plaintiff LWD PRP Group take nothing by its pretended cause of action against defendant Mega Fabrication, Inc.; (b) any relief sought by plaintiff LWD PRP Group against defendant Mega Fabrication, Inc., be denied; (c) the costs of this defense be assessed against the plaintiff LWD PRP Group; and (d) such other and further relief as the Court may deem just and equitable be granted to defendant Mega Fabrication, Inc.

Respectfully submitted,

TRIPLETT, WOOLF & GARRETSON, LLC

s/Derek S. Casey
Derek S. Casey,  #15125
2959 North Rock Road, Suite 300
Wichita, KS  67226
Tel:     316-630-8100
Fax:     316-630-8101
Email:  dscasey@twgfirm.com

*Attorneys for Defendant Mega Fabrication, Inc.*

### CERTIFICATE OF SERVICE

I certify that on April 25, 2013, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send a notice of filing to all counsel of record

*-and-*

I further certify that I mailed the foregoing document and the Notice of Electronic Filing by first-class mail to the following non-CM/ECF participants:

Madelaine R. Berg
9840 N. Flying Butte
Fountain Hills, AZ  85268

Robert B. Casarona
Roetzel & Andress, LPA – Cleveland
One Cleveland Center, 9th Floor
1375 E Ninth St.
Cleveland, OH  44114

Edward W. Dwyer
Hodge Dwyer & Driver
3150 Roland Avenue
P. O. Box 5776
Springfield, IL  62705-5776

John J. McAleese, III
Morgan Lewis & Bockius LLP
1701 Market St.
Philadelphia, PA  19103

Relocatable Confinement Facilities
Ken Holloway
1175 Weyand
Dixon, CA  95620

J. Pargen Robertson, Jr.
Owen Gleaton Ryan Jones & Sweeney, LLP
1180 Peachtree St. N.E., Suite 3000
Atlanta, GA  30309

James C. Tidwell
Wolfe Tidwell & McCoy, LLP
320 JP Morgan Chase Tower
600 Travis
Houston, TX  77002

Christopher A. Verducci
Lock Lord LLP
2800 JP Morgan Chase Tower
600 Travis
Houston, TX  77002

Craig L. Weinstock
Lock Lord LLP
2800 JP Morgan Chase Tower
600 Travis
Houston, TX  77002

Respectfully submitted,

TRIPLETT, WOOLF & GARRETSON, LLC

s/Derek S. Casey
Derek S. Casey,  #15125
2959 North Rock Road, Suite 300
Wichita, KS  67226
Tel:    316-630-8100
Fax:   316-630-8101
Email: dscasey@twgfirm.com

*Attorneys for Defendant Mega Fabrication, Inc.*

#400591

- 4 -