IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | | |
|---|---|---|
| LWD PRP GROUP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 5:12CV-127-R |
| | ) | |
| ACF INDUSTRIES LLC, et al | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

# MOTION TO DISMISS OF DEFENDANT
# MEGA FABRICATION, INC.

Defendant MEGA FABRICATION, INC., through its lawyer Derek S. Casey of TRIPLETT, WOOLF & GARRETSON, LLC, hereby moves this Court pursuant to Fed.R.Civ.P. 12(b)(6) to dismiss all the claims brought by Plaintiff, LWD PRP Group.

There are no possible claims available to Plaintiff under the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"). Plaintiff has no claim under CERCLA §107(a), and to the extent a claim under CERCLA §113(f) was otherwise available, that claim is now time barred pursuant to CERCLA § 113(g), which places a three-year statute of limitations on contribution claims from the date of settlement with U.S. EPA. Plaintiff's related claims under state law and for declaratory relief are subject to dismissal on substantially the same grounds.

In support of this Motion, Defendant joins in and incorporates by reference the arguments presented by other Defendants in their Motion to Dismiss and accompanying memorandum and exhibits filed on May 8, 2013. [DE #776] An order granting this Motion is attached for the Court's convenience.

Respectfully submitted,

TRIPLETT, WOOLF & GARRETSON, LLC

s/ Derek S. Casey

Derek S. Casey, #15125
2959 North Rock Road, Suite 300
Wichita, KS  67226
Tel:    316-630-8100
Fax:    316-630-8101
Email: dscasey@twgfirm.com

*Attorneys for Defendant Mega Fabrication, Inc.*

## CERTIFICATE OF SERVICE

I certify that on April 25, 2013, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send a notice of filing to all counsel of record

*-and-*

I further certify that I mailed the foregoing document and the Notice of Electronic Filing by first-class mail to the following non-CM/ECF participants:

Madelaine R. Berg
9840 N. Flying Butte
Fountain Hills, AZ  85268

Robert B. Casarona
Roetzel & Andress, LPA – Cleveland
One Cleveland Center, 9th Floor
1375 E Ninth St.
Cleveland, OH  44114

Edward W. Dwyer
Hodge Dwyer & Driver
3150 Roland Avenue
P. O. Box 5776
Springfield, IL  62705-5776

John J. McAleese, III
Morgan Lewis & Bockius LLP
1701 Market St.
Philadelphia, PA  19103

Relocatable Confinement Facilities
Ken Holloway
1175 Weyand
Dixon, CA  95620

J. Pargen Robertson, Jr.
Owen Gleaton Ryan Jones & Sweeney, LLP
1180 Peachtree St. N.E., Suite 3000
Atlanta, GA  30309

James C. Tidwell
Wolfe Tidwell & McCoy, LLP
320 JP Morgan Chase Tower
600 Travis
Houston, TX  77002

Christopher A. Verducci
Lock Lord LLP
2800 JP Morgan Chase Tower
600 Travis
Houston, TX  77002

Craig L. Weinstock
Lock Lord LLP
2800 JP Morgan Chase Tower
600 Travis
Houston, TX  77002

Respectfully submitted,

TRIPLETT, WOOLF & GARRETSON, LLC

s/Derek S. Casey
Derek S. Casey,  #15125
2959 North Rock Road, Suite 300
Wichita, KS  67226
Tel:     316-630-8100
Fax:     316-630-8101
Email: dscasey@twgfirm.com

*Attorneys for Defendant Mega Fabrication, Inc.*

#400436