IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | | |
|---|---|---|
| LWD PRP GROUP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 5:12CV-127-R |
| | ) | |
| ACF INDUSTRIES LLC, et al | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER GRANTING MOTION TO DISMISS OF DEFENDANT
MEGA FABRICATION, INC.**

Defendant MEGA FABRICATION, INC., through its lawyer Derek S. Casey of TRIPLETT, WOOLF & GARRETSON, LLC, has moved this Court pursuant to Fed.R.Civ.P. 12(b)(6) to dismiss all the claims brought by Plaintiff, LWD PRP Group.

The Court, having considered the arguments of the Parties, and being sufficiently advised, hereby GRANTS the Motion to Dismiss pursuant to Fed.R.Civ.P. 12(b)(6) on the following grounds:

(1)     There are no possible claims available to Plaintiff under the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA").  Plaintiff has no claim under CERCLA §107(a);

(2)     To the extent a claim under CERCLA §113(f) was otherwise available, that claim is now time barred pursuant to CERCLA § 113(g), which places a three-year statute of limitations on contribution claims from the date of settlement with U.S. EPA; and

(3)     Plaintiff's related claims under state law and for declaratory relief are subject to dismissal on substantially the same grounds.

This is a final and appealable order.

Dated: _____

_____

U.S. District Judge

Submitted by:

TRIPLETT, WOOLF & GARRETSON, LLC

s/  Derek S. Casey
Derek S. Casey,  #15125
2959 North Rock Road, Suite 300
Wichita, KS  67226
Tel:      316-630-8100
Fax:      316-630-8101
Email:    dscasey@twgfirm.com

*Attorneys for Defendant Mega Fabrication, Inc.*

#400440

2