# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Western District of Kentucky

Case Number: 512CV127TBR

Plaintiff/Petitioner:
**LWD PRP GROUP**
vs.
Defendant/Respondent:
**DES MOINES AREA COMMUNITY COLLEGE**

Received by HPS Process Service & Investigations, Inc. to be served on **Des Moines Area Community College, c/o Dr. Robert J. Denson, President, 2006 South Ankeny Boulevard, Ankeny, IA 50023-8995.** I, _Douglas S. Brower_, do hereby affirm that on the _22nd_ day of _April_, 20_13_ at _3:45 p_.m., executed service by delivering a true copy of the Summons in a Civil Action and Second Amended Complaint in accordance with state statutes in the manner marked below:

( ) REGISTERED AGENT SERVICE: By serving _____
as _____ for the above-named entity.

( ) RECORDS CUSTODIAN SERVICE: By serving _____
as _____ for the above-named entity.

(X) CORPORATE SERVICE: By serving _Caroline Furlow_
as _Exec. Assistant #_ for the above-named entity.

( ) OTHER SERVICE: As described in the Comments below.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _authorized to accept for Dr. Robert J. Denson, President_

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

_Douglas J. Brower_

PROCESS SERVER # _____
Appointed in accordance with State Statutes

**HPS Process Service & Investigations, Inc.**
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
(800) 796-9559
Our Job Serial Number: 2013008932
Ref: LWD

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:12CV-1270TBR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Des Moines Area Community College c/o Dr. Robert Denson
was received by me on *(date)* 04/22/2013.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Caroline Furlow, Exec. Assistant to Dr Denson, Pres, who is designated by law to accept service of process on behalf of *(name of organization)* Des Moines Area Community College, 2006 S Ankeny Blvd, Ankeny, IA 50023-8995 on *(date)* 04/22/2013 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 04/23/2013

_____
*Server's signature*

Douglas S. Brower, Process Server
*Printed name and title*

c/o HPS Process Service & Investigations, Inc.
1669 Jefferson
Kansas City, MO 64108
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Western District of Kentucky

| | |
|---|---|
| LWD PRP GROUP <br> Plaintiff <br> v. <br> DES MOINES AREA COMMUNITY COLLEGE <br> Defendant | ) <br> ) <br> ) Civil Action No. 5:12CV-127-TBR <br> ) <br> ) |

## Summons in a Civil Action

To: *(Defendant's name and address)*
Dr. Robert J. Denson
President
Des Moines Area Community College
2006 S. Ankeny Blvd.
Ankeny, IA 50023-8995

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Gary D. Justis, Esq.
The Justis Law Firm, LLC
5251 W. 116th Place
Suite 200
Leawood, KS 66211-7820

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Name of clerk of court*

Date: 4/16/2013

s/ K. Atkins

*Deputy clerk's signature*

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)