# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Western District of Kentucky

Case Number: 512CV127TBR

Plaintiff/Petitioner:
**LWD PRP GROUP**
vs.
Defendant/Respondent:
**OWENS CORNING**

Received by HPS Process Service & Investigations, Inc. to be served on Owens Corning, c/o John Christy, Esq., General **Counsel, 1 Owens Corning Parkway, Toledo, OH 43659.** I, _Michele   Kriner_ , do hereby affirm that on the
_24_ day of _April_ , 20 _13_ at _12_: _pm_., executed service by delivering a true copy of the Summons in a Civil Action and Second Amended Complaint in accordance with state statutes in the manner marked below:

( ) REGISTERED AGENT SERVICE: By serving _____
as _____ for the above-named entity.

( ) RECORDS CUSTODIAN SERVICE: By serving _Yvonne Rado_
as _Paralegal / Owens Corning_ for the above-named entity.

(X) CORPORATE SERVICE: By serving _Yvonne Rado_
as _Paralegal / Owens Corning_ for the above-named entity.

( ) OTHER SERVICE: As described in the Comments below.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _____
_____
_____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.



JENNIFER WING:
Notary Public - State of O:
My Commission Expires March 22, 2017

_Michele Kriner_

PROCESS SERVER # _2003014724_
Appointed in accordance with State Statutes

**HPS Process Service & Investigations, Inc.**
**www.hpsprocess.com**
**1669 Jefferson**
**Kansas City, MO 64108**
**(800) 796-9559**
Our Job Serial Number: 2013009258
Ref: LWD

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __04-24-2013__ ,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    __Yvonne Rado / paralegal Owens Corning__ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other (specify) _____
    _____
    _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: __04-24-2013__

Michele Kriner
Server's signature

Michele Kriner, Process Server
Printed name and title

JENNIFER WINGER
Notary Public - State of Ohio
My Commission Expires March 22, 2017

1905 River Road, Maumee OH 43537
Server's address

AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky

| | | |
|---|---|---|
| IWD PRP GROUP | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 5:12CV-127-TBR |
| OWENS CORNING | ) | |
| Defendant | ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*
 John Christy, Esq.
 General Counsel
 Owens Corning
 1 Owens Corning Pkwy.
 Toledo, OH  43659

A lawsuit has been filed against you.

 Within  21  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Gary D. Justis, Esq.
The Justis Law Firm, LLC
5251 W. 116th Place
Suite 200
Leawood, KS 66211-7820

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

 s/ K. Atkins

Deputy clerk's signature

Date:   4/16/2013

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*