# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Western District of Kentucky

Case Number: 512CV127TBR

Plaintiff/Petitioner:
**LWD PRP GROUP**
vs.
Defendant/Respondent:
**VILLAGE OF SAUGET, ILLINOIS**

Received by HPS Process Service & Investigations, Inc. to be served on **Village of Sauget, Illinois, c/o Ricahrd Sauget, Jr., Village President, 2897 Falling Springs Road, Sauget, IL 62206**. I, _E. Ducksworth_ do hereby affirm that on the _24th_ day of _April_, 20_13_ at _08:46_ .m., executed service by delivering a true copy of the Summons in a Civil Action and Second Amended Complaint in accordance with state statutes in the manner marked below:

( ) REGISTERED AGENT SERVICE: By serving _Bonnie Johnson_
as _Clerk_ for the above-named entity.

( ) RECORDS CUSTODIAN SERVICE: By serving _____
as _____ for the above-named entity.

( ) CORPORATE SERVICE: By serving _____
as _____ for the above-named entity.

( ) OTHER SERVICE: As described in the Comments below.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

PROCESS SERVER # _294_
Appointed in accordance with State Statutes

**HPS Process Service & Investigations, Inc.**
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
(800) 796-9559
Our Job Serial Number: 2013008916
Ref: LWD

St. Clair County Sheriff Department
ST. CLAIR COUNTY, ILLINOIS
JAIL MANANGEMENT INFORMATION SYSTEM
As of Friday April 19, 2013 at 4:11 pm

Richard Watson
Sheriff

# AFFIDAVIT OF SERVICE

**Sheirff's Number:** IC1301800

**Case Number:** 5:12-CV-00127-TBR

**Defendant:** RICHARD SAUGET
**Address:** 2897 FALLING SPRINGS ROAD
VILLAGE OF SAUGET
SAUGET, ILLINOIS 62206

**Filed Date:** Unknown
**Received Date:** 04/19/2013

**Plaintiff:**

## SUMMONS WAS SERVED

(A) I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

___ 1. PERSONAL SERVICE: By leaving a copy of the summons and complaint with the named defendant personally.

___ 2. SUBSTITUTE SERVICE: By leaving a copy of the summons and complaint at the defendant"s usual abode with some person of the family, of the age of 13 years and upwards, and informing that person of the contents thereof. Also, a copy of the summons was mailed on the _____ day of _____, 20___, in a sealed envelope with postage prepaid, addressed to the defendant at his or her usual place of abode.

_____ Said Party Refused Name:

X 3. SERVICE ON: CORPORATION:___ COMPANY: ___ BUSINESS: ___ PARTNERSHIP: ___
By leaving a copy of the summons and complaint (or interrogatories) with the registered agent, authorized person or partner of the defendant.

Writ Served On: Bonnie Johnson   Sex: F   Race: W   Age: 60

Mearl J. Justus, Sheriff, By: E. Duckworth, Deputy.   Date of Service 4-24-13

## THE NAMED DEFENDANT WAS NOT SERVED

**Circle Reason:** Moved, No Contact, Empty Lot, Wrong Address, No Such Address, Employer Refusal, Returned By Attorney, Deceased, Building Demolished, No Registered Agent, Other Listed Below.

**Other Reason Not Served**

**Attempted Service**

| Date | Time | |
|---|---|---|
| 4-24-13 | 8:46 | A.M./P.M |
| _____ | ___:___ | A.M./P.M |
| _____ | ___:___ | A.M./P.M |
| _____ | ___:___ | A.M./P.M |
| _____ | ___:___ | A.M./P.M |
| _____ | ___:___ | A.M./P.M |

___ SERVICE CANNOT BE OBTAINED THIS ____ DAY OF _____ 20___, ___:___ A.M./P.M.

**Richard Watson, Sheriff, By:** _____, Deputy.

405308

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on Village of Sauget
by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is Donnile Johnson ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: 04-24-13

Server's signature: E. Ducksworth

Printed name and title: E. Ducksworth, Deputy Process Server

"OFFICIAL SEAL"
FLORENE ANTHONY
Notary Public, State of Illinois
My Commission Expires 4/28/14

04/24/13

Server's address: 700 N. 5th St., Belleville Il.

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Western District of Kentucky

| | | |
|---|---|---|
| LWD PRP GROUP | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 5:12CV-127-TBR |
| VILLAGE OF SAUGET, ILLINOIS | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*
Richard Sauget, Jr.
Village President
Village of Sauget, IL
2897 Falling Springs Rd.
Sauget, IL 62206

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Gary D. Justis, Esq.
The Justis Law Firm, LLC
5251 W. 116th Place
Suite 200
Leawood, KS 66211-7820

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 4/16/2013

Name of clerk of court

s/ K. Atkins
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*