# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Western District of Kentucky

Case Number: 512CV127TBR

Plaintiff/Petitioner:
**LWD PRP GROUP**
vs.
Defendant/Respondent:
**WILLIAMSON COUNTY HOUSING AUTHORITY**

Received by HPS Process Service & Investigations, Inc. to be served on **Williamson County, c/o Ron Ellis, Williamson County Board Chairman, 200 West Jefferson, Marion, IL 62959**. I, _____, do hereby affirm that on the _24_ day of _April_, 20_13_ at _8:40_ a.m., executed service by delivering a true copy of the Summons in a Civil Action and Second Amended Complaint in accordance with state statutes in the manner marked below:

( ) REGISTERED AGENT SERVICE: By serving _Asst. Jessica Force_
as _____ for the above-named entity.

( ) RECORDS CUSTODIAN SERVICE: By serving _____
as _____ for the above-named entity.

( ) CORPORATE SERVICE: By serving _____
as _____ for the above-named entity.

( ) OTHER SERVICE: As described in the Comments below.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

**BENNIE VICK**
**WMSON CO. SHERIFF**
**404 N. VAN BUREN**
**MARION, IL 62959**

PROCESS SERVER # _____
Appointed in accordance with State Statutes

HPS Process Service & Investigations, Inc.
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
(800) 796-9559
Our Job Serial Number: 2013009259
Ref: LWD



# Williamson County Sheriff's Office
## AFFIDAVIT OF SERVICE

Document: 12CV127TBR*  Received Date: 4/23/2013

Issue Date: 4/16/2013  Expire Date: / /

---

**DEFENDANT/PERSON TO BE SERVED:**
Name:     Ellis, Ron
Address:  County Commissioner
          Marion IL 62959
Process #:  001 - 2013 - 000777
CASE #:
PLAINTIFF: *LWD PRP Group -VS- Ron Ellis*

Alternate Address:

Paper Type:

(A) I CERTIFY THAT I SERVED THE ABOVE PAPERS ON THE DEFENDANT AS FOLLOWS:

____ 1 PERSONAL SERVICE: BY LEAVING A COPY OF THE ABOVE PAPERS WITH THE NAMED PERSON PERSONALLY.

____ 2 SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE ABOVE PAPERS AT THE ABOVE HOME WITH SOME PERSON OF THE FAMILY, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF THE CONTENTS THEREOF. ALSO, A COPY OF THE ABOVE PAPERS WAS MAILED TO THE DEFENDANT AT THE ABOVE ADDRESS.

____ 3 SERVICE ON:  CORPORATION   COMPANY   BUSINESS   PARTNERSHIP
BY LEAVING A COPY OF THE ABOVE PAPERS (OR INTERROGATORIES) WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.

(B) **Sheriff VICK, SHERIFF BENNIE**       BY    **FOSSE, JAMES**          DEPUTY

NAME OF DEFENDANT/PERSON TO BE SERVED:  Ellis, Ron
   SEX _____   RACE  **W**   DOB _____
PERSON TO BE SERVED FOR DEFENDANT/PERSON:  Ellis, Ron
RELATIONSHIP TO DEFENDANT/PERSON: _____
ADDRESS SERVED:   County Commissioner        Marion IL 62959
SERVED ON DATE/TIME:  April 24, 2013        8:40AM
REMARKS: **40.00 FEE/SERVED COMMISSIONER ASST. JESSICA FORCE/WF 4/22/78**

APR 25 2013

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Western District of Kentucky

| | |
|---|---|
| LWD PRP GROUP <br> Plaintiff <br> v. <br> WILLIAMSON COUNTY HOUSING AUTHORITY <br> Defendant | ) <br> ) <br> ) Civil Action No. 5:12CV-127-TBR <br> ) <br> ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
Ron Ellis
Williamson County Board Chairman
Williamson County
200 W. Jefferson
Marion, IL 62959

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Gary D. Justis, Esq.
The Justis Law Firm, LLC
5251 W. 116th Place
Suite 200
Leawood, KS 66211-7820

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date: 4/16/2013    s/ K. Atkins

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*