UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12CV-127-M

LWD PRP GROUP            PLAINTIFF

v.

ACF INDUSTRIES, LLC, et al.            DEFENDANTS

**ORDER**

    The Defendants Columbia County, New York; National Railway Equipment Co.; Perma-Fix Environmental Services, Inc.; Perma-Fix of Dayton, Inc.; Perma-Fix of Orlando, Inc.; and Perma-Fix of South Georgia, Inc. ("Defendants") having moved the Court to dismiss the Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), the Plaintiff having responded thereto, and the Court otherwise being sufficiently advised,

    **IT IS ORDERED:**

    The Motion of the Defendants is **GRANTED**. All claims against said Defendants are hereby dismissed with prejudice. This order shall be binding upon the named Plaintiff as well as its member companies.

    This is a final and appealable order, and there is no just cause for delay.

cc: Counsel of record