UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12CV-127-M

LWD PRP GROUP                          PLAINTIFF

v.

ACF INDUSTRIES, LLC, et al.                      DEFENDANTS

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CHAMPION LABORATORIES, INC.
### (Electronically Filed)

Comes Defendant, Champion Laboratories, Inc. ("Defendant"), a non-governmental corporate entity, by counsel and pursuant to Fed. R. Civ. P. 7.1, makes the following disclosure:

Defendant's parent corporation is United Components, Inc. ("Parent"), which is a publicly-held corporation. Other than Parent, no publicly-held corporation owns 10% or more of Defendant's stock.

                                        WHITLOW, ROBERTS, HOUSTON & STRAUB PLLC
                                        *Attorneys for Defendant*

                       By:     */s/ J. Duncan Pitchford*
                                         J. Duncan Pitchford
                                         Nicholas M. Holland
                                         300 Broadway
                                         Post Office Box 995
                                         Paducah, Kentucky 42002-0995
                                         Telephone: (270) 443-4516
                                         Facsimile: (270) 443-4571
                                         dpitchford@whitlow-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of May, 2013, I have filed the foregoing through the CM/ECF system, which will forward an electronic copy to the counsel of record.

I further certify that I have served non-ECF participants via first class mail.

/s/ J. Duncan Pitchford
J. Duncan Pitchford