UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12CV-127-M

LWD PRP GROUP                                                                          PLAINTIFF

v.

ACF INDUSTRIES, LLC, et al.                                                     DEFENDANTS

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT PERMA-FIX ENVIRONMENTAL SERVICES, INC.
### (Electronically Filed)

Comes Defendant, Perma-Fix Environmental Services, Inc. ("Defendant"), a non-governmental corporate entity, by counsel and pursuant to Fed. R. Civ. P. 7.1, makes the following disclosure:

Defendant has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

WHITLOW, ROBERTS, HOUSTON & STRAUB PLLC
*Attorneys for Defendant*

By:     */s/ J. Duncan Pitchford*
          J. Duncan Pitchford
          Nicholas M. Holland
          300 Broadway
          Post Office Box 995
          Paducah, Kentucky 42002-0995
          Telephone: (270) 443-4516
          Facsimile: (270) 443-4571
          dpitchford@whitlow-law.com

1

## CERTIFICATE OF SERVICE

    I hereby certify that on this 6th day of May, 2013, I have filed the foregoing through the CM/ECF system, which will forward an electronic copy to the counsel of record.

    I further certify that I have served non-ECF participants via first class mail.

                                                        */s/ J. Duncan Pitchford*
                                                         J. Duncan Pitchford