UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12CV-127-M

LWD PRP GROUP                                                                           PLAINTIFF

v.

ACF INDUSTRIES, LLC, et al.                                                      DEFENDANTS

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT PERMA-FIX OF DAYTON, INC.
### (Electronically Filed)

Comes Defendant, Perma-Fix of Dayton, Inc. ("Defendant"), a non-governmental corporate entity, by counsel and pursuant to Fed. R. Civ. P. 7.1, makes the following disclosure:

Defendant's parent corporation is Perma-Fix Environmental Services, Inc. ("Parent"), which is a publicly-held corporation. Other than Parent, no publicly-held corporation owns 10% or more of Defendant's stock.

                WHITLOW, ROBERTS, HOUSTON & STRAUB PLLC
                *Attorneys for Defendant*

By:  */s/ J. Duncan Pitchford*
      J. Duncan Pitchford
      Nicholas M. Holland
      300 Broadway
      Post Office Box 995
      Paducah, Kentucky 42002-0995
      Telephone: (270) 443-4516
      Facsimile: (270) 443-4571
      dpitchford@whitlow-law.com

## CERTIFICATE OF SERVICE

  I hereby certify that on this 6th day of May, 2013, I have filed the foregoing through the CM/ECF system, which will forward an electronic copy to the counsel of record.

  I further certify that I have served non-ECF participants via first class mail.

              */s/ J. Duncan Pitchford*
              J. Duncan Pitchford