UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12CV-127-M

LWD PRP GROUP                                                                PLAINTIFF

v.

ACF INDUSTRIES, LLC, et al.                                          DEFENDANTS

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
### PERMA-FIX OF ORLANDO, INC.
### (Electronically Filed)

Comes Defendant, Perma-Fix of Orlando, Inc. ("Defendant"), a non-governmental

corporate entity, by counsel and pursuant to Fed. R. Civ. P. 7.1, makes the following disclosure:

Defendant's parent corporation is Perma-Fix Environmental Services, Inc. ("Parent"),

which is a publicly-held corporation.  Other than Parent, no publicly-held corporation owns 10%

or more of Defendant's stock.

WHITLOW, ROBERTS, HOUSTON & STRAUB PLLC
*Attorneys for Defendant*

By:      */s/ J. Duncan Pitchford*
              J. Duncan Pitchford
              Nicholas M. Holland
              300 Broadway
              Post Office Box 995
              Paducah, Kentucky 42002-0995
              Telephone: (270) 443-4516
              Facsimile: (270) 443-4571
              dpitchford@whitlow-law.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 6th day of May, 2013, I have filed the foregoing through the CM/ECF system, which will forward an electronic copy to the counsel of record.

I further certify that I have served non-ECF participants via first class mail.


*/s/ J. Duncan Pitchford*
J. Duncan Pitchford