IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 5:12-CV-00127-JHM |
| ACF INDUSTRIES LLC, et al. | ) Affidavit of Joshua L. Bailey |
| Defendants. | ) |

## AFFIDAVIT OF JOSHUA L. BAILEY

STATE OF KANSAS    )
                                  )  ss.
COUNTY OF JOHNSON )

Joshua L. Bailey, being duly sworn, hereby deposes and states as follows:

1. I am an attorney with the law firm of The Justis Law Firm LLC.

2. I submit this affidavit in support of the motion for my admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of Arkansas.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I consent to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

6. I have completed the required training via the web-page tutorial, and the registration form attached here, for use of the Court's electronic filing system.

7. I have enclosed the prescribed $65.00 fee with this Motion.

8. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* for Plaintiff in this one case.

Dated: May 3, 2013

Respectfully submitted,

_____
Joshua L. Bailey
The Justis Law Firm LLC
5251 W. 116th Place
Suite 200
Leawood, KS 66211-7820
Telephone: (913) 998-6107
Telecopier: (913) 998-6101
Email: jbailey@justislawfirm.com

On this 3rd day of May, 2013, before me, the undersigned, a Notary Public within and for said County and State, personally appeared Joshua L. Bailey, to me known to be the person described in and who executed the foregoing instrument, and acknowledged that he executed the same of his free act and deed.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year last above written.

_____
Notary Public

My Commission Expires:

July 21, 2014

LAURA POWELL
MY COMMISSION EXPIRES
July 21, 2014
OFFICIAL SEAL

2