**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|     v. | )    **Civil Action No. 5:12CV-127-JHM** |
| | ) |
| **ACF INDUSTRIES LLC, et al.** | ) |
| | ) |
|     **Defendants.** | ) |
| | ) |

**AGREED ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE / REPLY**

    This Court, having been advised that Plaintiff LWD PRP Group ("LWD PRP Group"), Defendants PSC, LLC and Phillip Services Corp. (collectively "PSC"), Defendant Mega Fabrication, Inc. ("Mega Fab"), and the Defendants identified in Exhibit A hereto (the "Defense Group"), through counsel, are in agreement,

    IT IS HEREBY ORDERED:

    1.    With respect to the Motions to Dismiss filed as Docket Entry Nos. 776, 857 and 865, Plaintiff LWD PRP Group shall provide its responses by May 31, 2013.

    2.    Any reply to the responses of Plaintiff LWD PRP Group shall be provided by July 1, 2013.

c:  counsel

AGREED:

/s/ Gary D. Justis
Gary D. Justis                    admitted *pro hac vice*
Ambereen Shaffie                  admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, KS  66211-7820
Telephone:  (913) 998-6100
Facsimile:  (913) 998-6101
Email:  ashaffie@justislawfirm.com
Email:  gjustis@justislawfirm.com

and

W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, KY  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP


/s/ J. Duncan Pitchford          (*by permission*)
J. Duncan Pitchford
Nicholas M. Holland
WHITLOW, ROBERTS, HOUSTON & STRAUB, PLLC
300 Broadway
Post Office Box 995
Paducah, Kentucky  42002-0995
Telephone:  (270) 443-4516
Facsimile:   (270) 443-4571
Email:  dpitchford@whitlow-law.com
Email:  nholland@whitlow-law.com

ATTORNEY FOR DEFENDANTS
IDENTIFIED IN EXHIBIT A

/s/ Robert T. Watson           (*by permission*)
Amy D. Cubbage
Robert T. Watson
MCBRAYER, MCGINNIS, LESLIE &
KIRKLAND, PLLC
9300 Shelbyville Road
Suite 210
Louisville, Kentucky  40222
Telephone:  (502) 327-5400
Facsimile:     (502) 327-5444
Email:  rwatson@mmlk.com
Email:  acubbage@mmlk.com

ATTORNEY FOR DEFENDANTS PSC, LLC
AND PHILLIP SERVICES CORP.


s/ Derek S. Casey           (*by permission*)
Derek S. Casey, # 15125
2959 North Rock Road
Suite 300
Wichita, KS  67226
Telephone:  (316) 630-8100
Facsimile:   (316) 630-8101
Email:  dcasey@twgfirm.com

ATTORNEY FOR DEFENDANT MEGA
FABRICATION, INC.

# EXHIBIT A

Afton Chemical Corporation
AK Steel Corporation
Alcan Corporation, improperly captioned as Rio Tinto Alcan and Pechiney Plastic Packaging, Inc.
American Woodmark Corporation
Avery-Dennison Corporation
Baker Hughes, Inc.
Banta Corporation
Bayer CropScience, Inc.
Bayer Healthcare, LLC
Borgess Medical Center
Brown's Plating Service, Inc.
Carboline Company
CBS Corporation, improperly captioned as Viacom, Inc.
Central Environmental Systems, Inc.
Champion Laboratories, Inc.
Citgo Petroleum Corporation
Colonial Pipeline Company
Cooper-Standard Automotive, Inc.
Covalence Specialty Adhesives LLC
Covidien LP, improperly captioned as Covidien Ltd., for itself and as successor in interest to The Kendall Company and for its affiliated company Batts LLC as successor in interest to Tyco Adhesives
Cummins Inc.
Cycle Chem, Inc.
DAP Products Inc., also improperly captioned as Tremco Inc.
DENSO International America, Inc.
DENSO Manufacturing Michigan, Inc. f/k/a Nippondenso Manufacturing USA, Inc.
Drug & Laboratory Disposal, Inc.
Duke Energy Ohio, Inc., improperly captioned as Duke Energy Corporation
Duncan Aviation, Inc.
Eagle Industries, LLC, also improperly captioned as Eagle Industries, Inc.
Eagle Ottowa LLC, also improperly captioned as Everett Smith Group, Ltd.
ECOFLO, Inc.
EQ Illinois
EQ Resource Recovery, also improperly captioned as The Environmental Quality Co.
Exxon Mobil Corporation ("ExxonMobil"), also improperly captioned as Exxon Mobil Environmental Services Corporation
Flint Hills Resources Pine Bend, LLC, improperly captioned as Flint Hills Resources, LP
General Electric Company
Georgia Pacific, LLC
Harry Spiros, Inc. f/k/a Superior Equipment Company, Inc., also improperly captioned as Superior Equipment Company, Inc.
H.B. Fuller Company

HCA Realty, Inc.
Indiana-Kentucky Electric Corporation
Ingersoll Rand Company
International Paper Company
Kinder Morgan Liquids Terminals LLC, improperly captioned as Kinder Morgan Energy Partners LP
Koch Industries, Inc.
Momentive Specialty Chemicals Inc.
NewMarket Corporation
Nissan North America Inc.
Olympia Fields Osteopathic Hospital
PDC Laboratories, Inc.
Peoria Disposal Company
The Premcor Refining Group Inc.
Quality Carriers, Inc., improperly captioned as Quality Distribution Inc.
Rail Services, Inc.
Regal Beloit America, Inc.
R.R. Donnelley & Sons Company
Sabreliner Corporation
SI Group, Inc., also improperly captioned as Schenectady Chemicals, Inc.
Simpson Investment Company, also improperly captioned as Pacific Western Resin Company
Southern Star Central Gas Pipeline, Inc., also improperly captioned as Williams Gas Pipeline Co., LLC and The Williams Companies, Inc.
Sumitomo Electric Wintec America, Inc., also improperly captioned as Sumitomo Electric Wiring Systems, Inc.
Terre Haute Regional Hospital
Trane US, Inc.
Transmontaigne Product Services, Inc., also improperly captioned Independent Terminal and Pipeline Company
Tri-City Tank Wash, Inc., also improperly captioned as North American Tank Cleaning, Inc. and PSC, LLC
Triumph Aerostructures, LLC, also improperly captioned as Textron Inc.
United Industries Corporation d/b/a Chemsico, Inc. also improperly and redundantly captioned as Chemsico, Inc.
Valero Marketing and Supply Company
Valero Retail Holdings, Inc.
Van Dyne-Crotty Co. d/b/a Spirit Services Co. of Ohio, also improperly captioned as Spirit Services Company and Van Dyne & Crotty Co.
Vertellus Specialties, Inc.
Western Rust-Proof Company
Wheeler Lumber, LLC
Wockhardt USA LLC, also improperly captioned as Pharmaceutical Basics, Inc.
York International Corporation
Zeneca, Inc. f/k/a Zeneca Specialties Inc, improperly captioned as Zeneca Specialties and Astrazeneca Pharmaceuticals LP