IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF KENTUCKY, PADUCAH DIVISION

| | | |
|---|---|---|
| LWD PRP GROUP, | ) | |
| | ) | |
| Plaintiff, | ) | Case No:  5:12 CV 127 M |
| | ) | |
| v. | ) | Hon. Joseph H. McKinley, Jr. |
| | ) | |
| ACF INDUSTRIES LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION

Comes the Plaintiff, LWD PRP Group ("Plaintiff"), and the Defendant, Ameren Illinois Company, f/k/a Central Illinois Public Service Company ("Defendant"), through their respective counsel, and hereby jointly moves the Court for an Order that Defendant's pending Motion to Dismiss the Complaint [DN 290] and the Amended Complaint and the associated briefs filed by both parties shall apply to Plaintiff's Second Amended Complaint [DN 758] and the motion shall stand submitted.

In support of this joint motion, the Plaintiff and Defendant acknowledge that the factual allegations and theories of recovery asserted by the Plaintiff against the Defendant in the original Complaint and Amended Complaint are the same or substantially the same as the factual allegations and theories of recovery asserted in the Second Amended Complaint.

Respectfully submitted,


/s/ Ambereen Shaffie  (with permission)
Ambereen Shaffie admitted *pro hac vice*
Gary D. Justis admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, KS 66211-7820
Telephone: (913) 998-6100
Facsimile: (913) 998-6101

Email: ashaffie@justislawfirm.com
Email: gjustis@justislawfirm.com

-and-

W. Fletcher McMurry Schrock
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, KY 42002-1700
Telephone: (270) 443-6511
Facsimile: (270) 443-6548
Email: fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF, LWD PRP GROUP

 /s/ Elmer J. George
Elmer J. George
Attorney at Law
105 West Main Street
Lebanon, Kentucky
(270) 692-2161
elmer@kylawoffices.com

-and-

Dallas E. George
**Dallas E. George, PLLC**
Attorney at Law
105 West Main Street
Lebanon, Kentucky 40033
(270) 692-2161
dallas@kylawoffices.com

-and-

Joseph F. Madonia (joe.madonia@btlaw.com) (*pro hac vice* motion pending)
Alison C. Conlon (alison.conlon@btlaw.com) (*pro hac vice* motion pending)
**Barnes & Thornburg LLP**
Attorneys at Law
One N. Wacker Drive, Suite 4400
Chicago, Illinois  60606
T: (312) 357-1313
F: (312) 759-5646

ATTORNEYS FOR DEFENDANT, AMEREN ILLINOIS COMPANY

## <u>CERTIFICATE OF SERVICE</u>

Elmer J. George, counsel for Defendant, states that he caused a copy of the foregoing **JOINT MOTION** to be electronically filed via the Court's CM/ECF system on this 10th day of May, 2013, and served via the Court's electronic filing system upon all counsel of record.

<u>*/s/Elmer J. George* </u>