### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF KENTUCKY, PADUCAH DIVISION

| | | |
|---|---|---|
| LWD PRP GROUP, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 5:12 CV 127 M |
| | ) | |
| v. | ) | Hon. Joseph H. McKinley, Jr. |
| | ) | |
| ACF INDUSTRIES LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

This matter is before the Court on the Joint Motion of the Plaintiff, LWD PRP Group ("Plaintiff"), and the Defendant, Ameren Illinois Company, f/k/a Central Illinois Public Service Company ("Defendant") for an Order that Defendant's pending Motion to Dismiss the Complaint [DN 290] and Amended Complaint and the associated briefs filed by both parties shall apply to Plaintiff's Second Amended Complaint. The Court having considered said Joint Motion, the record herein, and being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the Joint Motion is **GRANTED** and Defendant's Motion to Dismiss the Second Amended Complaint shall stand submitted. There is no need for additional briefing by the Parties on Defendant's Motion to Dismiss.

_____
**Judge, U.S. District Court**

**Date:**_____

Tendered by:
Elmer J. George
105 West Main Street
Lebanon, Kentucky 40033