## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF KENTUCKY, PADUCAH DIVISION

| | | |
|---|---|---|
| LWD PRP GROUP, | ) | |
| | ) | |
| Plaintiff, | ) | Case No:  5:12 CV 127 JHM |
| | ) | |
| v. | ) | Hon. Joseph H. McKinley, Jr |
| | ) | |
| ACF INDUSTRIES LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANT AMEREN ILLINOIS COMPANY, f/k/a CENTRAL ILLINOIS PUBLIC SERVICE COMPANY'S CORPORATE DISCLOSURE STATEMENT

Defendant AMEREN ILLINOIS COMPANY, f/k/a CENTRAL ILLINOIS PUBLIC

SERVICE COMPANY, pursuant to Federal Rule of Civil Procedure 7.1 and all other applicable

rules, states that it is a wholly-owned subsidiary of Ameren Corporation which is a publicly held

company.

Respectfully submitted,


  /s/ *Elmer J. George*
Elmer J. George
Attorney at Law
105 West Main Street
Lebanon, Kentucky
(270) 692-2161
elmer@kylawoffices.com

-and-

Dallas E. George
**Dallas E. George, PLLC**
Attorney at Law
105 West Main Street
Lebanon, Kentucky 40033
(270) 692-2161
dallas@kylawoffices.com

-and-

Joseph F. Madonia (joe.madonia@btlaw.com) (*pro hac vice* motion pending)
Alison C. Conlon (alison.conlon@btlaw.com) (*pro hac vice* motion pending)
**Barnes & Thornburg LLP**
Attorneys at Law
One N. Wacker Drive, Suite 4400
Chicago, Illinois  60606
T: (312) 357-1313
F: (312) 759-5646

ATTORNEYS FOR DEFENDANT, AMEREN ILLINOIS COMPANY

<u>**CERTIFICATE OF SERVICE**</u>

Elmer J. George, counsel for Defendant, states that he caused a copy of the foregoing **CORPORATE DISCLOSURE STATEMENT** to be electronically filed via the Court's CM/ECF system on this 10th day of May, 2013, and served via the Court's electronic filing system upon all counsel of record.

*/s/Elmer J. George*