Case 5:12-cv-00127-GNS-HBB   Document 896   Filed 05/13/13   Page 1 of 3 PageID #: 4082

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Western District of Kentucky

Case Number: 512CV127TBR

Plaintiff/Petitioner:
**LWD PRP GROUP**
vs.
Defendant/Respondent:
**PERMA-FIX OF SOUTH GEORGIA, INC.**

Received by HPS Process Service & Investigations, Inc. to be served on **Perma-Fix Environmental Services, Inc., c/o Lou Centofanti, President & CEO, 8302 Dunwoody Place, Suite 250, Atlanta, GA 30350.** I, Donnie C. Briley, do hereby affirm that on the 23rd day of April, 2013 at 2:15 p.m., executed service by delivering a true copy of the Summons in a Civil Action and Second Amended Complaint in accordance with state statutes in the manner marked below:

( ) REGISTERED AGENT SERVICE: By serving _____
as _____ for the above-named entity.

( ) RECORDS CUSTODIAN SERVICE: By serving _____
as _____ for the above-named entity.

(X) CORPORATE SERVICE: By serving   Lou Centofanti
as   President & CEO   for the above-named entity.

( ) OTHER SERVICE: As described in the Comments below.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.



328267

Donnie C. Briley
PROCESS SERVER # _____
Appointed in accordance with State Statutes

HPS Process Service & Investigations, Inc.
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
(800) 796-9559
Our Job Serial Number: 2013008922
Ref: LWD

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5h

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on ___04-23-2013___, by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) ___Served Perma-Fix Environmental Services, Inc. by serving Lou Centofanti, President & CEO, at 8302 Dunwoody Place, Suite 250, Atlanta, GA 30350___

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date:  04-24-2013

_____
Server's signature

Donnie C. Briley
Printed name and title

MLQ ATTORNEY SERVICES
2000 RIVEREDGE PARKWAY NW
SUITE 885
ATLANTA, GA 30328
1-800-446-8794


328267

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Western District of Kentucky

| | |
|---|---|
| IWD PRP GROUP </br> Plaintiff </br> v. </br> PERMA-FIX OF SOUTH GEORGIA, INC. </br> Defendant | ) </br> ) </br> ) Civil Action No. 5:12CV-127-TBR </br> ) </br> ) |

## Summons in a Civil Action

To: *(Defendant's name and address)*
Lou Centofanti
President & CEO
Perma-Fix Environmental Services, Inc.
8302 Dunwoody Pl.
Suite 250
Atlanta, GA 30350

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Gary D. Justis, Esq.
The Justis Law Firm, LLC
5251 W. 116th Place
Suite 200
Leawood, KS 66211-7820

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 4/16/2013

s/ K. Atkins

Name of clerk of court

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*