# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Western District of Kentucky

Case Number: 512CV127TBR

Plaintiff/Petitioner:
**LWD PRP GROUP**
vs.
Defendant/Respondent:
**RIEKE CORP**

Received by HPS Process Service & Investigations, Inc. to be served on **TriMas Corporation, c/o Joshua A. Sherbin, Esq., General Counsel, 39400 Woodward Avenue, Suite 130, Bloomfield Hills, MI 48304**. I, Scott Witmer, do hereby affirm that on the 25th day of April, 20 13 at 2:30 p.m., executed service by delivering a true copy of the Summons in a Civil Action and Second Amended Complaint in accordance with state statutes in the manner marked below:

( ) REGISTERED AGENT SERVICE: By serving _____
as _____ for the above-named entity.

( ) RECORDS CUSTODIAN SERVICE: By serving _____
as _____ for the above-named entity.

(X) CORPORATE SERVICE: By serving Gail Williams
as Administrative Assistant for the above-named entity. Trimas Corporation

( ) OTHER SERVICE: As described in the Comments below.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** White, female, 50's, 5'7", 160 lbs., long gray hair

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Scott Witmer - Process Server
PROCESS SERVER # _____
Appointed in accordance with State Statutes

**HPS Process Service & Investigations, Inc.**
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
(800) 796-9559
Our Job Serial Number: 2013009119
Ref: LWD

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____
_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: _____

                                                                                        _____
                                                                                                  Server's signature

                                                                                                  Printed name and title

                                                                                                  Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Western District of Kentucky

| | |
|---|---|
| LWD PRP GROUP <br> Plaintiff <br> v. <br> RIEKE CORP. <br> Defendant | ) ) ) ) ) ) Civil Action No. 5:12CV-127-TBR |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
Joshua A. Sherbin, Esq.
General Counsel
TriMas Corporation
39400 Woodward Ave.
Suite 130
Bloomfield Hills, MI 48304

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Gary D. Justis, Esq.
The Justis Law Firm, LLC
5251 W. 116th Place
Suite 200
Leawood, KS 66211-7820

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date: 4/16/2013

s/ K. Atkins

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*