# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Western District of Kentucky

Case Number: 512CV127TBR

Plaintiff/Petitioner:
**LWD PRP GROUP**
vs.
Defendant/Respondent:
**RAPID RACK HOLDINGS, INC.**

Received by HPS Process Service & Investigations, Inc. to be served on **Rapid Rack Holdings, Inc., c/o William Marvin, CFO, 14421 Bonelli Street, City of Industry, CA 91746**. I, _S. GEORGINO_, do hereby affirm that on the _25th_ day of _April_, 20_13_ at _1:06 P_.m., executed service by delivering a true copy of the Summons in a Civil Action and Second Amended Complaint in accordance with state statutes in the manner marked below:

( ) REGISTERED AGENT SERVICE: By serving _____
as _____ for the above-named entity.

( ) RECORDS CUSTODIAN SERVICE: By serving _____
as _____ for the above-named entity.

(X) CORPORATE SERVICE: By serving _JULIE CONTERAS_
as _H.R. MANAGER_ for the above-named entity.

( ) OTHER SERVICE: As described in the Comments below.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

_S. GEORGINO_
PROCESS SERVER # _4930 L.A_
Appointed in accordance with State Statutes

**HPS Process Service & Investigations, Inc.**
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
(800) 796-9559
Our Job Serial Number: 2013008929
Ref: LWD

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5h

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __4/25/13 @ 1:06 PM__
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
        __JULIE CONTERAS - H.R. MANAGER__ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other (specify) _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: _____

_Server's signature_

__S. GEORGINO__
_Printed name and title_

_Server's address_

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Western District of Kentucky

| | |
|---|---|
| IWD PRP GROUP <br> Plaintiff <br> v. <br> RAPID RACK HOLDINGS, INC. <br> Defendant | ) <br> ) <br> ) Civil Action No. 5:12CV-127-TBR <br> ) <br> ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
William Marvin
CFO
Rapid Rack Holdings, Inc.
14421 Bonelli St.
City of Industry, CA 91746

A lawsuit has been filed against you.

Within  21  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Gary D. Justis, Esq.
The Justis Law Firm, LLC
5251 W. 116th Place
Suite 200
Leawood, KS 66211-7820

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 4/16/2013

s/ K. Atkins

Name of clerk of court

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*