IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Civil Action No. 5:12-CV-00127- |
| v. ) | JHM |
| ) | |
| **ACF INDUSTRIES LLC, et al.** ) | |
| ) | |
| Defendants. ) | |
| ) | |

### ORDER GRANTING LEAVE FOR JOSHUA L. BAILEY
### TO PRACTICE *PRO HAC VICE*

This matter came before the Court on a motion of W. Fletcher McMurry Shrock, Esq., local counsel for the Plaintiff, to admit *pro hac vice* Joshua L. Bailey, Esq. to practice law before this Court, and the Court having considered the motion and good cause having been shown;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Joshua L. Bailey, Esq. shall be allowed to appear *pro hac vice* on behalf of the Plaintiff in the above-captioned matter.

IT IS SO ORDERED:

*Joseph H. McKinley*
**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

May 14, 2013

cc:   All parties of record