FILED
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

13 MAY 15 PM 3:20

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | | |
|---|---|---|
| LWD PRP GROUP, | ) | CASE NO. 5:12-CV-00127 |
| | ) | |
| Plaintiff, | ) | JUDGE JOSEPH H. McKINLEY, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| ACF INDUSTRIES, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR ADMISSION *PRO HAC VICE* OF THOMAS R. YSURSA**

Pursuant to Local Rule 83.2, Thomas R. Ysursa of the law firm Becker, Paulson, Hoerner & Thompson, P.C. hereby submits this Motion for Admission *Pro Hac Vice* of Thomas R. Ysursa. In support of this Motion, Mr. Ysursa respectfully shows the Court as follows:

1. Mr. Ysursa requests admission, *pro hac vice*, to represent Defendant, the Village of Sauget, Illinois, in the above-captioned case.

2. Mr. Ysursa's supporting Affidavit is attached hereto as Exhibit A and a Certificate of Good Standing from is attached hereto as Exhibit B.

3. The appropriate fee(s) have been submitted with this Motion for *pro hac vice* admission.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an order admitting *pro hac vice* Thomas R. Ysursa to the bar of this Court for the duration of the above-captioned case.

Respectfully submitted,

_____
Thomas R. Ysursa, admitted *pro hac vice*

BECKER, PAULSON, HOERNER
& THOMPSON, P.C.
5111 West Main Street
Belleville, Illinois 62226
Telephone: 618-235-0020
Facsimile: 618-235-8558
Email: try@bphlaw.com
ATTORNEY FOR DEFENDANT
VILLAGE OF SAUGET, ILLINOIS

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of May 2013, a true and accurate copy of the foregoing was mailed, first class mail postage prepaid, to:

Gary D. Justis
THE JUSTIS LAW FIRM, LLC
5251 W. 116th Place, Suite 200
Leawood, KS 66211-7820

W. Fletcher McMurry Schrock
McMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, KY 42002-1700

Stephen S. Schmidt
ROETZEL & ANDRESS, LPA
310 Chiquita Center
250 E. Fifth Street
Cincinnati, Ohio 45202

*Barbara Brandmeyer*

Case No. 5:12CV-127-TBR
Page 2 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | | |
|---|---|---|
| LWD PRP GROUP, | ) | CASE NO. 5:12-CV-00127 |
| Plaintiff, | ) ) ) | JUDGE JOSEPH H. McKINLEY, JR. |
| v. | ) ) | |
| ACF INDUSTRIES, LLC, et al., | ) ) ) | |
| Defendants. | ) | |

### AFFIDAVIT OF THOMAS R. YSURSA

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | |
| | ) SS | |
| COUNTY OF ST. CLAIR | ) | |

I, Thomas R. Ysursa, being first duly sworn on oath, deposes and states:

1. I make this Affidavit in support of the Motion for *Pro Hac Vice* Admission in which I seek admission to the bar of this Court for the purposes of participating in this matter.

2. I have been a member in good standing of the Bar of the State of Illinois since 1999. My Illinois State Bar number is 6257701. Attached as Exhibit B to my Motion for *Pro Hac Vice* Admission is a Certificate of Good Standing from the Illinois Supreme Court.

3. I am also a member of the following bars: State of Missouri, United States Supreme Court, United States Seventh Circuit Court of Appeals, United States Eighth Circuit Court of Appeals and the United States District Court for the Southern District of Illinois.

4. I am a shareholder of the law firm of Becker, Paulson, Hoerner & Thompson, P.C. and a resident in the State of Illinois.

**EXHIBIT A**

5.  If admitted *Pro Hac Vice*, I will be representing Defendant, the Village of Sauget, Illinois.

6.  I am of good moral character and am fit to practice law and am not subject to suspension or other disciplinary action with respect to the practice of law in any jurisdiction.

7.  I understand and agree that I will be bound by all of the rules governing this Court, including any and all disciplinary rules. I further understand and agree that I will be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

7.  I have completed the required training of the electronic filing system via admission in the United States District Court for the Southern District of Illinois.

8.  In light of my familiarity with this case and the matter out of which it arises, I respectfully request that I be admitted *Pro Hac Vice* for purposes of appearing as counsel for Defendant, the Village of Sauget.

UNDER THE PENALTIES OF PERJURY, I declare that the foregoing statements are true and correct this 13TH day of May, 2013.

_____
Thomas R. Ysursa

STATE OF ILLINOIS      )
                       ) SS
COUNTY OF ST. CLAIR    )

Sworn to and subscribed before me this 13TH day of May, 2013.

OFFICIAL SEAL
BARBARA J BRANDMEYER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/18/13

_____
Notary Public

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Thomas Ramon Ysursa

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on May 6, 1999 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Thursday, May 09, 2013.

*Carolyn Taft Grosboll*

Clerk

EXHIBIT B