IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | | |
|---|---|---|
| LWD PRP GROUP, | ) | CASE NO. 5:12-CV-00127 |
| | ) | |
| Plaintiff, | ) | JUDGE JOSEPH H. McKINLEY, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| ACF INDUSTRIES, LLC, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF THOMAS R. YSURSA**

This cause has come before the Court upon the Motion for Admission *Pro Hac Vice* of Thomas R. Ysursa, counsel for Defendant, Village of Sauget, Illinois, to practice *Pro Hac Vice* in the above-captioned case only, provided that the required filing fee has been paid. Being fully advised, it is now:

**ORDERED** that the Motion for Admission *Pro Hac Vice* of Thomas R. Ysursa be, and hereby is **GRANTED**.

It is further **ORDERED** that Thomas R. Ysursa be allowed to appear *Pro Hac Vice* on behalf of Defendant, Village of Sauget, Illinois in the above-captioned case.

SO ORDERED: _____

_____
Hon. Joseph H. McKinley, Chief Judge
United State District Court