UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action No. 5:12-CV-127-JHM |
| v. ) | |
| ) | |
| **ACF INDUSTRIES LLC, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## AGREED ORDER

Pursuant to LR 7.1(b), and upon the agreement of counsel for the Plaintiff, LWD PRP Group, and Defendant, Village of Sauget, Illinois, it is hereby **ORDERED** that Defendant, Village of Sauget, Illinois, shall have up to and including July 15, 2013 in which to reply to Plaintiff's Second Amended Complaint. It is represented that:

1. No previous extension has been requested or obtained;

2. Service of Process was effected on or after April 24, 2013;

3. Time to Answer, Move or otherwise Reply expires on May 15, 2013.

**SO ORDERED** this _____ day, _____ 2013.

By:_____
SENIOR JUDGE MCKINLEY

**SO AGREED:**

/s/ Ambereen Shaffie
Ambereen Shaffie            admitted *pro hac vice*
Gary D. Justis              admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, KS  66211-7820
Telephone:  (913) 998-6100
Facsimile:  (913) 998-6101
Email:  ashaffie@justislawfirm.com
Email:  gjustis@justislawfirm.com

and

W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, KY  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

*Attorneys for the Plaintiff LWD PRP Group*

/s/ Thomas R. Ysursa
Thomas R. Ysursa
Motion for admission *pro hac vice* pending
BECKER, PAULSON, HOERNER & THOMPSON, P.C.
5111 W. Main Street
Belleville, IL  62226
Telephone:  (618) 235-0020
Facsimile:  (618) 235-8558
Email:  try@bphlaw.com

*Attorneys for Defendant Village of Sauget, Illinois*

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2013, a true and correct copy of the foregoing Agreed Order was served electronically on the counsel of record in this matter by means of the Court's CM/ECF electronic filing system.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's Electronic Case Filing System.

By: /s/ Ambereen Shaffie
    Ambereen Shaffie