## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Civil Action No. 5:12-CV-127-JHM |
| v. | ) |
| | ) |
| **ACF INDUSTRIES LLC, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## AGREED ORDER

Pursuant to LR 7.1(b), and upon the agreement of counsel for the Plaintiff, LWD PRP Group, and Defendant, Village of Sauget, Illinois, it is hereby **ORDERED** that Defendant, Village of Sauget, Illinois, shall have up to and including July 15, 2013 in which to reply to Plaintiff's Second Amended Complaint.  It is represented that:

1. No previous extension has been requested or obtained;

2. Service of Process was effected on or after April 24, 2013;

3. Time to Answer, Move or otherwise Reply expires on May 15, 2013.

          **SO AGREED:**

/s/ Ambereen Shaffie
Ambereen Shaffie    admitted *pro hac vice*
Gary D. Justis    admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, KS  66211-7820
Telephone: (913) 998-6100
Facsimile: (913) 998-6101
Email: ashaffie@justislawfirm.com
Email: gjustis@justislawfirm.com

and

W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, KY  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

*Attorneys for the Plaintiff LWD PRP Group*

/s/ Thomas R. Ysursa
Thomas R. Ysursa
Motion for admission *pro hac vice* pending
BECKER, PAULSON, HOERNER & THOMPSON, P.C.
5111 W. Main Street
Belleville, IL  62226
Telephone:  (618) 235-0020
Facsimile:  (618) 235-8558
Email:  try@bphlaw.com

*Attorneys for Defendant Village of Sauget, Illinois*