# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Western District of Kentucky

Case Number: 512CV127TBR

Plaintiff/Petitioner:
**LWD PRP GROUP**
vs.
Defendant/Respondent:
**BLUEGRASS INCINERATION SERVICES, LLC**

Received by HPS Process Service & Investigations, Inc. to be served on **Bluegrass Incineration Services, LLC, c/o Robert Kattula, President, 4306 Brightwood Drive, Troy, MI 48085.** I, Scott Witmer, do hereby affirm that on the 6th day of May, 20 13 at 8 : 55 p.m., executed service by delivering a true copy of the Summons in a Civil Action and Second Amended Complaint in accordance with state statutes in the manner marked below:

( ) REGISTERED AGENT SERVICE: By serving _____
as _____ for the above-named entity.

( ) RECORDS CUSTODIAN SERVICE: By serving _____
as _____ for the above-named entity.

(X) CORPORATE SERVICE: By serving Robert Kattula
as President for the above-named entity. (Bluegrass Incineration Services, LLC

( ) OTHER SERVICE: As described in the Comments below.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Scott Witmer — Process Server
PROCESS SERVER # _____
Appointed in accordance with State Statutes

**HPS Process Service & Investigations, Inc.**
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
(800) 796-9559
Our Job Serial Number: 2013009130
Ref: LWD

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on BLUEGRASS INCINERATION SERVICES, LLC by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with ROBERT KATTULA-PRESIDENT who resides there and is of suitable age and discretion; or (4306 BRIGHTWOOD DR., TROY, MI 48085)

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: 5-20-13

Server's signature

SCOTT WITMER-PROCESS SERVER
Printed name and title

KEVIN MORRIS
NOTARY PUBLIC - STATE OF MI
COUNTY OF OAKLAND
My Commission Expires May 1, 2017
Acting in the County of Oakland

30555 SOUTHFIELD RD., STE. 530, SOUTHFIELD, MI
Server's address   48076

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Western District of Kentucky

| | | |
|---|---|---|
| LWD PRP GROUP | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 5:12CV-127-TBR |
| BLUEGRASS INCINERATION SERVICES, LLC | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
Robert Kattula
President
Bluegrass Incineration Services, LLC
4306 Brightwood Dr.
Troy, MI 48085

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Gary D. Justis, Esq.
The Justis Law Firm, LLC
5251 W. 116th Place
Suite 200
Leawood, KS 66211-7820

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 4/16/2013

Name of clerk of court
s/ K. Atkins
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*