UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:12CV-00127-JHM

LWD PRP GROUP                                                                                                          PLAINTIFF

v.

ACF INDUSTRIES LLC, ET AL.                                                                                  DEFENDANTS

# ORDER

Judge Joseph H. McKinley has referred this case to Judge Lanny King for determination of non-dispositive matters. (Docket #862).

This matter is before the Court on the Motion for Admission *Pro Hac Vice* of Thomas R. Ysursa, counsel for Defendant, Village of Sauget, Illinois.

IT IS HEREBY ORDERED that the Motion for Admission *Pro Hac Vice* of Thomas R. Ysursa (Docket #903) is GRANTED, and Thomas R. Ysursa may appear on behalf of Defendant Village of Sauget, Illinois.

c:      Counsel