# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 5:12-CV-00127-JHM-LLK |
| **ACF INDUSTRIES LLC, et al.** | ) |
| **Defendants.** | ) |

## ORDER DENYING DEFENDANTS' RULE 12(b)(6) MOTIONS TO DISMISS

This matter is before the Court on the Rule 12(b)(6) Motions to Dismiss filed by Defendants in the instant case, including each of the following: Defendants listed in DN 849 (DN 776); Defendants PSC, LLC and Philip Services Corporation (DN 857); Defendant Megafab, Inc. (DN 865); and Defendants Columbia County, New York, National Railway Equipment Co., Perma-Fix Environmental Services, Inc., Perma-Fix of Dayton, Inc., Perma-Fix of Orlando, Inc. and Perma-Fix of South Georgia, Inc. (DN 881). Upon consideration of each of the above Defendants' Motions to Dismiss, having been fully briefed by the parties, and the entire record herein,

**IT IS HEREBY ORDERED** that all Motions to Dismiss (DN 776, 857, 865, 881) are **DENIED.**

**SO ORDERED** this _____ day, _____ 2013.

_____
SENIOR JUDGE MCKINLEY
United States District Court