Case 5:12-cv-00127-GNS-HBB   Document 914-2   Filed 05/31/13   Page 1 of 1 PageID #: 4165

submitted electronically or in paper, will be made available for public viewing online at *www.regulations.gov* without change, unless the comment contains copyrighted material, CBI, or other information whose disclosure is restricted by statute. Information claimed as CBI and other information whose disclosure is restricted by statute is not included in the official public docket or in the electronic public docket. EPA's policy is that copyrighted material, including copyrighted material contained in a public comment, will not be placed in EPA's electronic public docket but will be available only in printed, paper form in the official public docket. Although not all docket materials may be available electronically, you may still access any of the publicly available docket materials through the EPA Docket Center.

*B. How and to whom do I submit comments?*

You may submit comments as provided in the **ADDRESSES** section. Please ensure that your comments are submitted within the specified comment period. Comments received after the close of the comment period will be marked ''late.'' EPA is not required to consider these late comments.

If you submit an electronic comment, EPA recommends that you include your name, mailing address, and an email address or other contact information in the body of your comment and with any disk or CD ROM you submit. This ensures that you can be identified as the submitter of the comment and allows EPA to contact you in case EPA cannot read your comment due to technical difficulties or needs further information on the substance of your comment. Any identifying or contact information provided in the body of a comment will be included as part of the comment that is placed in the official public docket, and made available in EPA's electronic public docket. If EPA cannot read your comment due to technical difficulties and cannot contact you for clarification, EPA may not be able to consider your comment.

Use of the *www.regulations.gov* Web site to submit comments to EPA electronically is EPA's preferred method for receiving comments. The electronic public docket system is an ''anonymous access'' system, which means EPA will not know your identity, email address, or other contact information unless you provide it in the body of your comment. In contrast to EPA's electronic public docket, EPA's electronic mail (email) system is not an ''anonymous access'' system. If you send an email comment directly to the Docket without going through *www.regulations.gov,* your email address is automatically captured and included as part of the comment that is placed in the official public docket, and made available in EPA's electronic public docket.

Dated: April 8, 2013.

**Lorie J. Schmidt,**

*Associate General Counsel.*

[FR Doc. 2013–09294 Filed 4–18–13; 8:45 am]

**BILLING CODE 6560–50–P**

---

## ENVIRONMENTAL PROTECTION AGENCY

**[FRL–9805–2; CERCLA–04–2013–3751]**

### LWD, Inc. Superfund Site; Calvert City, Marshall County, Kentucky; Notice of Settlement

**AGENCY:** Environmental Protection Agency (EPA).

**ACTION:** Notice of Settlement.

**SUMMARY:** Under 122(h) of the Comprehensive Environmental Response, Compensation and Liability Act (CERCLA), the United States Environmental Protection Agency has entered into a settlement with one hundred twenty-five (125) parties and nineteen (19) Federal Agencies addressing past costs concerning the LWD, Inc., Superfund Site located in Calvert City, Marshall County, Kentucky. The settlement addresses costs from a federally funded Removal Action taken by EPA at the Site and response costs incurred by the settling parties in connection with the Site pursuant to a 2007 work AOC.

**DATES:** The Agency will consider public comments on the settlement until May 20, 2013. The Agency will consider all comments received and may modify or withdraw its consent to the settlement if comments received disclose facts or considerations which indicate that the settlement is inappropriate, improper, or inadequate.

**ADDRESSES:** Copies of the settlement are available from EPA's Environmental Protection Specialist, Ms. Paula V. Painter. Submit your comments by Site name LWD, Inc., Superfund Site by one of the following methods:

• *www.epa.gov/region4/superfund/programs/enforcement/enforcement.html*

• *Email. Painter.Paula@epa.gov*

• U.S. Environmental Protection Agency, Attn: Paula V. Painter, Superfund Division, 61 Forsyth Street SW., Atlanta, Georgia 30303

**FOR FURTHER INFORMATION CONTACT:** Paula V. Painter at 404/562–8887.

Dated: April 11, 2013.

**Anita L. Davis,**

*Chief, Superfund Enforcement & Information Management Branch, Superfund Division.*

[FR Doc. 2013–09306 Filed 4–18–13; 8:45 am]

**BILLING CODE 6560–50–P**

---

## FEDERAL COMMUNICATIONS COMMISSION

**[GN Docket No. 13–86; DA 13–581]**

### FCC Reduces Backlog of Broadcast Indecency Complaints by 70% (More Than One Million Complaints); Seeks Comments on Adopting Egregious Cases Policy

**AGENCY:** Federal Communications Commission.

**ACTION:** Notice.

**SUMMARY:** In this document, the Federal Communications Commission Enforcement Bureau and Office of General Counsel seek comment on whether the full Commission should make changes to its current broadcast indecency policies or maintain them as they are. For example, should the Commission treat isolated expletives in a manner consistent with its decision in *Pacifica Foundation, Inc.* or instead maintain the approach to isolated expletives set forth in its decision in *Complaints Against Various Broadcast Licensees Regarding Their Airing of the ''Golden Globe Awards'' Program?* As another example, should the Commission treat isolated (non-sexual) nudity the same as or differently than isolated expletives? Commenters are invited to address these issues as well as any other aspect of the Commission's substantive indecency policies.

**DATES:** Written comments may be filed on or before May 20, 2013. Reply comments may be filed on or before June 18, 2013.

**ADDRESSES:** Office of the Secretary, Federal Communications Commission, 445 12th Street SW., Washington, DC 20554. *See Supplementary Information.*

**FOR FURTHER INFORMATION CONTACT:** Eloise Gore, Associate Bureau Chief, Enforcement Bureau, at (202) 418–1066 or Jacob Lewis, Associate General Counsel, Office of the General Counsel, at (202) 418–1767. Please direct press inquiries to Mark Wigfield at (202) 418–0253.

**SUPPLEMENTARY INFORMATION:** Each document that is filed in this proceeding must display the docket number of this Notice, GN Docket No. 13–86, on the front page. The Public Notice, DA 13–581, released April 1, 2013, is available for inspection and