TOLLING AGREEMENT FOR CLAIMS UNDER THE
COMPREHENSIVE ENVIRONMENTAL RESPONSE, COMPENSATION AND
LIABILITY ACT ("CERCLA")
RELATING TO THE LWD SUPERFUND SITE

The LWD PRP Group ("Group"), whose members are listed on Exhibit A, contend that they have a cause of action pursuant to CERCLA 42 U.S.C. §§ 9601 et seq. as amended, and under Kentucky law, related to the LWD Superfund Site located in Calvert City, Kentucky (the "Site") against all parties listed in Exhibit B to this Agreement ("Exhibit B Parties") pursuant to § 107 of CERCLA for cost recovery and/or § 113 of CERCLA for contribution. The Group and Exhibit B Parties enter into this Tolling Agreement to facilitate settlement negotiations between the Group and the Exhibit B Parties on the cost recovery and/or contribution claims ("Tolled Claims"). Exhibit B Parties are defined to include the Exhibit B Parties and any entity that is legally authorized to bind a party listed on Exhibit B to this Tolling Agreement (hereinafter, individually and collectively, the "Authorized Entity").

The members of the Group and each Exhibit B Party that signs this Tolling Agreement or on whose behalf this Tolling Agreement is signed, in consideration of the covenants set out herein, agree as follows:

1. In order to permit additional time for negotiations, the parties agree that the statute of limitations, any other time limitations and any other defenses that may be asserted relating to time, shall be tolled and the time period commencing on April 2, 2012, and ending on December 31, 2012, inclusive (the "Tolling Period"), shall not be included in computing the running of any statute of limitations, laches, estoppel, waiver, or other time limitation or bar or defense potentially applicable to any action brought by the Group for cost recovery and/or contribution under CERCLA and Kentucky law for the Tolled Claims.

2. In any action involving the Tolled Claims, no entity who signs this Tolling Agreement, whether on its own behalf or on behalf of any Exhibit B Party or any other entity whatsoever, shall assert, plead, claim or raise against the Group or any member thereof any claim, defense, or avoidance based on the running of any statute of limitations, laches, estoppel, waiver, or other time principle concerning the timeliness of the action based on the passage of time during the Tolling Period.

3. This Tolling Agreement does not constitute any admission or acknowledgement of liability by any party to this Tolling Agreement.

4. Each Authorized Entity who executes the Tolling Agreement for an Exhibit B Party or Parties shall specifically reference on the signature page the Exhibit B Party or Parties on whose behalf it is signing. By signing this Tolling Agreement, such Authorized Entity does hereby certify that it is the proper legal entity to execute the Tolling Agreement for such Exhibit B Party or Parties and that it has the legal authority to bind such Exhibit B Party or Parties to the Tolling Agreement and that the person signing the Tolling Agreement is duly authorized to execute the Tolling Agreement.

5. This Tolling Agreement shall be executed by the entity who is legally authorized to bind each Group member.

6. Each Group member and each Authorized Entity for an Exhibit B Party executing this Tolling Agreement consent to delivery of their duly executed signature page by electronic means. Signature pages for each Group member and each Authorized Entity for an Exhibit B Party shall be sent to Linda Rigby at King & Spalding LLP via email or fax or regular U.S. Mail (LRigby@kslaw.com, phone: 404-572-4696, address: 1180 Peachtree Street NE, Atlanta, GA 30309).

7. This Tolling Agreement shall be effective as to an Exhibit B Party and its Authorized Entity upon King & Spalding's receipt of the signature page from the Exhibit B Party's Authorized Entity and the signature pages from the Group members.

8. <u>If a signature page for an Exhibit B Party's Authorized Entity is not received by May 1, 2012, counsel retained by the Group shall be authorized to commence a lawsuit against such party</u>.

9. This Tolling Agreement shall be construed in accordance with, and be governed by the laws of the State of Kentucky, without regard to its principles of conflicts of laws.

10. This Tolling Agreement shall inure to the benefit of the parties hereto, and their respective successors and assigns.

11. This Tolling Agreement shall not be construed against any party on the ground that the rules for the construction of contracts require resolution of any ambiguity against the party drafting the document.

12. This Tolling Agreement may not be modified except in a writing signed by all the parties. This Tolling Agreement may be extended for such period of time as the parties agree to in writing.

13. This Tolling Agreement and any extension may be executed in counterparts, and when each executing party has signed and delivered the applicable signature page for the counterpart as set forth in Paragraphs 6 and 7 above, each counterpart shall be deemed an original and, when taken together with other signed counterparts, shall constitute one Tolling Agreement, which shall be binding upon and effective as to all executing parties.

[Signatures on following page.]

## LWD Tolling Agreement
## Exhibit A
## PRP Group Members

Air Products and Chemicals, Inc.
Albaugh, Inc.
Ambrake Corp./Amak Brake, LLC
Arkema Inc., f/k/a Atofina Chemicals/Elf Atochem North America//Pennwalt Corp./Cook
  Composites & Polymers Co. (former Lemont, IL facility and North Kansas City, MO
  facility)
Ashland Inc.
Atlantic Richfield Company/BP Products North America, Inc./Amoco/The Standard Oil
  Company/BP Oil Co./BP Exploration
B. F. Goodrich/Goodrich Corporation
Beazer East, Inc./Three Rivers Management, Inc.
Chase Brass & Copper Co./Olin Corporation
Chevron U.S.A. Inc. (successor to Gulf Oil Corporation)/Texaco Inc./Union Oil Company of
  California/Chevron Environmental Management Company
Condea Vista Company/Sasol North America Inc./Vista Chemical Company
Dart Polymers/Dart Container Corporation of KY
DSM Chemicals North America, Inc./Wyckoff Chemicals
Environmental Enterprises, Inc.
FMC Corporation
Hickson Danchem Corp./DanChem Technologies, Inc.
Hoechst Celanese/CNA Holdings, LLC
Illinois Central Railroad Company (f/k/a Illinois Central Gulf Railroad)
In-Chem Corp.
International Specialty Products, Inc. (ISP)
Koppers Inc., f/k/a Koppers Industries, Inc.
Marathon Oil Corporation/Marathon Petroleum Company LP by MPC Investment LLC, its
  General Partner
Milliken & Company
NCR Corporation
Noveon Inc./The Lubrizol Corporation
Omni-Southeastern Chemical & Solvent Co., n/k/a Giant Resource Recovery-Sumter, Inc./Giant
  Resource Recovery-Attalla, Inc., f/k/a M&M Chemical/Giant Resource Recovery, Inc.
PepsiCo, Incorporated/Frito-Lay/Quaker Oats Company
Pfizer, Inc./G. D. Searle LLC/Warner-Lambert Company LLC
Phelps Dodge Magnet Wire/Phelps Dodge Industries
Phillips Petroleum/ConocoPhillips Company/Tosco Wood River Refinery/Phillips 66
  Pipeline LLC formerly known as ConocoPhillips Pipe Line Company
Pollution Control Systems, Inc./Pollution Control Industries of IN/Pollution Control Industries of
  TN
Rineco
Safety-Kleen Systems, Inc.
Shell Oil Company/Quaker State/Pennzoil/Equilon/Wood River/Equilon Enterprises
  LLC/Equilon Pipeline Co. LLC/Pennzoil Products Co./Quaker State Corp./Shell

## LWD Tolling Agreement
## Exhibit A
## PRP Group Members

    Chemical Co./Shell Oil Co./Shell Oil Products US/Shell Oil S & S/Shell Oil Station/Shell Oil Transportation-Eastern Region/Shell Pipe Line Corp./Shell Service Station/Wood River Refining Co./Motiva Enterprises LLC/Citgo - Star Enterprises, Inc./Star Enterprise/Texaco - Star Enterprise

Steelcase, Inc./Attwood Corp.

Sundstrand Aerospace/Hamilton Sundstrand Corporation, a wholly-owned subsidiary of United Technologies Corporation

T.H. Agriculture & Nutrition Co./Philips Electronics North America Corp.

Tastemaker/Givaudan Roure Flavors/Fries & Fries/Givaudan Flavors Corporation

Teva Pharmaceuticals USA, Inc. (formerly Biocraft Laboratories, Inc.)

Texas Eastern Products Pipeline/TEPPCO/TE Products Pipeline Company, LLC

Texas Gas Transmission Corp.

Textileather Corporation

Toyota Motor Manufacturing/Toyota Motor Engineering & Manufacturing North America, Inc./Toyota Motor Sales, Inc./Toyota Manufacturing, Indiana, Inc./Toyota Motor Manufacturing, U.S.A., Inc./Toyota Motor Manufacturing, West Virginia, Inc..

Treatment One/SET Environmental, Inc.

US Steel/USX Corp/United States Steel Corporation

Vanderbilt Chemical Co./R.T. Vanderbilt Company, Inc.

Waste Control Specialists, LLC

Westlake CAO/Westlake Monomers

Weyerhaeuser Company/Weyerhaeuser NR Company

## LWD Tolling Agreement
## Exhibit B

Akzo Nobel Chemicals Inc./Akzo Nobel Functional Chemicals LLC/Akzo Nobel Coatings, Inc./Reliance Universal/Akzo Nobel Resins/Akzo Befor Nobel Inc.
American Can Co. - Pechiny/Pechiney Plastic Packaging, Inc.
American Can Co./Rexam Beverage Can Company f/k/a American National Can Company/Rexam Beverage Can Company, the business of which includes certain assets of American Can Company, which assets a predecessor purchased in 1986
American Can Co./Silgan Corporation
American Woodmark Corporation
Armco, Inc./AK Steel Corporation, successor-by-merger to Armco, Inc.
BASF Corporation/Inmont Corporation/BASF Catalysts LLC (f/k/a Engelhard Corporation)/Glasurit
Boeing/McDonnell Douglas/The Boeing Company
Borden Chemical/Momentive Specialty Chemicals Inc.
Borgess Medical Center
Brown Printing Company
Browning Ferris Ind./BFI Waste Systems of North America, LLC as successor to Browning-Ferris Industries of Pennsylvania, Inc./Cecos International, Inc./Allied Waste Systems of Pennsylvania, LLC
Brown's Plating Service, Inc.
Burlington Northern Railroad/BNSF Railway Co.
Cargill, Incorporated/IL Cereal Mill
CCL Custom Manufacturing
Champion Laboratories
Chemsico, Inc./United Industries Corporation d/b/a Chemisco
Chicago Magnet Wire Corp.
Cincinnati Gas & Electric/Duke Energy Ohio
Citgo Petroleum Corporation
Clark Oil & Refining Corporation, n/k/a The Premcor Refining Group, Inc.
Cognis Corporation/BASF Corporation
Colonial Pipeline Company
Columbia/HCA Healthcare Corporation; HCA Realty, Inc.;C/HCA Development, Inc.;Olympia Fields Osteopathic Hospital; Terre Haute Regional Hospital, LP by Terre Haute Hospital, GP, its General Partner
Commonwealth Edison Company
Community Towel & Uniform/Van Dyke Crotty Co.
Continental Airlines, Inc.
Cook Composites & Polymers Co./CCP Composites US
Crown Zellerbach/Georgia-Pacific LLC/James River Corp.
Cycle Chem, Inc.
Daniels Packaging Co./Printpack Inc.
DAP Products Inc./Tremco Incorporated
Deere & Company
Del Monte Corp./Del Monte Foods/Del Monte USA
Diversitech General/GenCorp Inc.

## LWD Tolling Agreement
## Exhibit B

Donaldson Company Inc.
Drug & Laboratory Disposal, Inc.
Duncan Aviation, Inc.
Eagle Industries, Inc.
Eagle Ottawa Leather Company/Eagle Ottawa, LLC
Ecoflo, Inc.
E.I. DuPont De Nemours & Company/Quality Chemicals, Inc./Griffin LLC/Protein Technologies/First Chemical
Energy North, Inc./EnergyNorth Natural Gas, Inc.
Engineered Air Systems/DRS Sustainment Systems, Inc.
Ethyl Petroleum Additives/Afton Chemical
ExxonMobil Corporation
Fina Oil and Chemicals Company/Total Petrochemicals & Refining USA, Inc.
FKI Automotive/Keeler Brass Co.
General Electric Company
Genesco, Inc.
Georgia Gulf Corporation/Georgia Gulf Chemicals & Vinyls, LLC
Goodyear Tire & Rubber Company, The
GTE Operations Support Incorporated/GTE Automatic Electric, Inc./GTE Products Corp./GTE KY Carbide/GTE Communications Systems Corp.
Gulfstream Aerospace Technologies/General Dynamics Land Systems
H.B. Fuller Company
Hampshire Chemical Corp./Essex Specialty Products LLC
Harnischfeger Corporation/P&H Mining Equipment Inc.
Honeywell International Inc./Allied/Prestolite/UOP/Bendix/Blakeslee
Houba, Inc.
Independent Terminal and Pipeline Co (ITAPCO)/TransMontaigne Product Services, Inc. as Successor-by-Merger with Independent Terminal and Pipeline Company (ITAPCO)
Indiana - Kentucky Electric Corporation/Ohio Valley Electric Corporation
Ingersoll-Rand Company/Clark Equipment Company
Interez/Hi-Tek, Polymers/Bayer CropScience Inc.
International Paper Co.
Invensys
Iowa Paint Manufacturing Company, Incorporated
Kendall Company, The/Polyken/Tyco Adhesives/Covalence Adhesives/Tyco Healthcare Group, LP d/b/a Covidien/Covalence Specialty Adhesives, LLC
Kinder Morgan LiquideTerminals, LLC/GATX
Koch Petroleum Group/Koch Refining Co./Flint Hills Resources Pine Bend, LLC
L.E. Carpenter & Co.
Liquid Transporters, Inc./Trimac Transportation, Inc./Trimac Transporation East, Inc.
Logan Aluminum, Inc.
Lomac, Inc./Sun Chemical Corporation
Louisville Regional Airport Authority
Mack Truck/Mack Trucks, Inc.

**LWD Tolling Agreement**
**Exhibit B**

Marathon Electric Manufacturing Corporation/Durst, a division of Regal Beloit Corporation/
    RBC Manufacturing Corporation
Mason Chamberlain, Inc./Mason & Hanger Corp.
Mead Johnson/Bristol Myers Company USPNG
Metro Machine Corp.
Michigan Recovery Systems, Inc./EQ Resource Recovery, Inc., a Michigan Corporation
Modine Manufacturing Company
Montgomery Tank Lines, Inc./Quality Carriers, Inc./Chemical Leaman Tank Lines, Inc.
Morton Thiokol, Inc./Morton International, LLC/Rohm and Haas Company
Mozel, Inc./Univar USA Inc.
Nippondenso Manufacturing USA, Inc. a/k/a Denso Manufacturing Michigan, Inc.
Nissan Corp./Nissan North America, Inc. f/k/a Nissan Motor Manufacturing Corporation
Onan Corp.
Owens Corning Fiberglass Corp.
Pacific Western Resin/Simpson Investment Company
Peoria Disposal Company/PDC Laboratories, Inc.
Perma Fix Environmental Services, Inc./Perma-Fix of Dayton, Inc./Perma-Fix of Orlando, Inc.,
    f/k/a Chemical Conservation Corp./Perma-Fix of South Georgia, Inc.
Petrolite Corp./Baker Petrolite Corporation
Pharmaceutical Basics, Inc./Morton Grove Pharmaceuticals, Inc.
Pierce Chemical Co./Pierce Biotechnology, Inc.
PPG Industries, Inc.
Quality Metal Finishing
R.R. Donnelley & Sons Co./Banta Corporation
Rail Services, Inc.
Rapistan Corp./Dematic Corp., successor-in-interest to Rapistan Corp.
Rea Magnet Wire Co., Inc.
Reilly Industries, Inc./Reilly Tank & Chemical Corporation/Vertellus Specialties Inc.
Ricerca, LLC/Ricerca Biosciences, LLC
Rieke Corporation/Trimas Corporation
Rigo Co./Wilbur-Ellis Company
Rolscreen/Pella Corporation
Sabreliner Corp.
Schenectady Chemicals, Inc../SI Group, Inc.
Sherwin Williams Company, The
Sigma Chemical/Sigma-Aldrich Corporation
Signode Corp., now a division of Illinois Tool Works Inc.
SPD Magnet Wire Co./Sumitomo Electric Wintec America, Inc.
Standard Products Co., n/k/a Cooper-Standard Automotive Inc./Cooper Tire & Rubber Company
Stepan Company
Sun Refining & Marketing Company, n/k/a Sunoco Inc. (R&M)/Sun Company, Inc. (R&M),
    n/k/a Sunoco, Inc. (R&M)
Superior Equipment Company, Inc.
Tecumseh Products Company

## LWD Tolling Agreement
## Exhibit B

Teepak, Inc./Devro Inc.
tesa tape, inc./B.D.F. Tesa Corp./Tesa Tuck, Inc.
Texas Instruments, Inc.
Textron, Inc./AVCO Aerostructures/AVCO Corporation/Greenlee Textron Inc./Greenlee Tool
    Co./Sems Products, Div. of Camcor/Textron/Triumph Aerostructures, LLC
Thermark/Avery Dennison
Travenol Laboratories, Inc./Baxter Healthcare Corporation
Tri-City Tank Wash, Inc./Bulkmatic Transport Company, Inc.
TRW, Inc./TRW Hartzell Propeller Division, Inc./Northrop Grumman Systems Corporation
United Defense/BAE Systems Land & Armaments L.P. formerly known as United Defense, L.P.
Valspar Corporation, The/Lilly Industries, Inc.
Van Leer Containers, Inc./Grief Brothers Corp./Grief, Inc.
Vickers, Inc./Unisys Corporation
Vulcan Materials Company/Callaway Chemicals
Western Rust Proof Co.
Westinghouse Electric Corporation/CBS Corporation
Williams Gas Pipeline/Southern Star Central Gas Pipeline, Inc.
York International/Central Environmental Systems/Johnson Controls, Inc.
Zeneca Specialties