UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:12CV-00127-JHM

LWD PRP GROUP                                                                PLAINTIFF

v.

ACF INDUSTRIES LLC, ET AL.                                          DEFENDANTS

---

## ORDER

Upon review of this matter, the Court concludes that recusal in this case is required.

Having previously been referred the above styled case for determination of nondispositive matters (Docket #862), the undersigned judge hereby recuses himself from this matter; and this case is returned to the docket of Chief Judge Joseph H. McKinley for reassignment.

c:      Counsel