IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP** | |
| **PLAINTIFF** | Civil Action No. 5:12CV-00127-JHM |
| v. | CHIEF JUDGE JOSEPH H. MCKINLEY, JR. |
| **ACF INDUSTRIES LLC, ET AL.** | |
| **DEFENDANTS** | |

## ORDER

United States Magistrate Judge Lanny King having recused from this matter and the Court being sufficiently advised;

**IT IS HEREBY ORDERED** that this action is hereby **referred** to **United States Magistrate Judge H. Brent Brennenstuhl** for **determination of nondispositive matters** pursuant to Title 28, U.S.C. § 636(b)(1)(A).

Said Magistrate is empowered to conduct any hearings necessary for their resolution.

*Joseph H. McKinley* (signature)

Joseph H. McKinley, Jr., Chief Judge
United States District Court

June 5, 2013

Copies to:  Counsel of record
            Kelly Lovell