UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 5:12-CV-127-<br>) JHM-LLK<br>) |
| ACF INDUSTRIES LLC, et al., | ) ) |
| Defendants. | ) |

## AGREED ORDER

Pursuant to LR 7.1(b), and upon the agreement of counsel for the Plaintiff, LWD PRP Group, and Defendant, Owens Corning, it is hereby **ORDERED** that Defendant, Owens Corning, shall have up to and including June 30, 2013 in which to reply to Plaintiff's Second Amended Complaint. It is represented that:

1. No previous extension has been requested or obtained;
2. Service of Process was effected on or after April 24, 2013;
3. Time to Answer, Move or otherwise Reply expires on May 15, 2013.

**SO ORDERED** this _____ day, _____ 2013.

By:_____
SENIOR JUDGE MCKINLEY

**SO AGREED:**

/s/ Ambereen Shaffie
Ambereen Shaffie          admitted *pro hac vice*
Gary D. Justis            admitted *pro hac vice*
Joshua L. Bailey          admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, KS 66211-7820
Telephone: (913) 998-6100
Facsimile: (913) 998-6101
Email: ashaffie@justislawfirm.com
Email: gjustis@justislawfirm.com

Email: jbailey@justislawfirm.com

*Attorneys for the Plaintiff LWD PRP Group*

and

_____
Louis E. Tosi (0019756)
*Admission Pro Hac Vice Pending*
SHUMAKER, LOOP & KENDRICK, LLP
North Courthouse Square
1000 Jackson Street
Toledo, Ohio 43604
Telephone: (419) 241-9000
Fax: (419) 241-6894
E-mail: ltosi@slk-law.com


_____
Michael J. O'Callaghan (0043874)
*Admission Pro Hac Vice Pending*
SHUMAKER, LOOP & KENDRICK, LLP
41 South High Street, Suite 2400
Columbus, Ohio 43215
Telephone: (614) 463-9441
Fax: (614) 463-1108
E-mail: mocallaghan@slk-law.com

*Attorneys for Defendant Owens Corning*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of June 2013, a true and accurate copy of the foregoing was mailed, first class mail postage prepaid, to all counsel of record on the attached list.

_____
An Attorney for Defendant Owens Corning