UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION



FILED
VANESSA L. ARMSTRONG, CLERK
JUN 07 2013
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

| | |
|---|---|
| LWD PRP GROUP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 5:12-CV-127- |
| v. | ) JHM-LLK |
| | ) |
| ACF INDUSTRIES LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.2 of the United State District Court for the Western District of Kentucky, defendant Owens Corning move the court for an order allowing the admission of Michael J. O'Callaghan, an attorney with the law firm Shumaker, Loop & Kendrick, LLP, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel. Mr. O'Callaghan is admitted to practice law in the State of Ohio. There are no pending disciplinary proceedings against Mr. O'Callaghan in any state or federal court. An affidavit in support of this motion and the Certificate of Good Standing from the Supreme Court of Ohio are attached.

Respectfully submitted,

Michael J. O'Callaghan (0043874)
Shumaker, Loop & Kendrick, LLP
41 South High Street, Suite 2400
Columbus, Ohio 43215
Telephone: 614-463-9441
Fax: 614-463-1108
Email: mocallaghan@slk-law.com

*Attorney for Defendant Owens Corning*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6TH day of June 2013, a true and accurate copy of the foregoing was mailed, first class mail postage prepaid, to all counsel of record on the attached list.

_____
An Attorney for Defendant Owens Corning