UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| LWD PRP GROUP, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ACF INDUSTRIES LLC, et al., )<br>)<br>Defendants. ) | Civil Action No. 5:12-CV-127-JHM-LLK |

## AFFIDAVIT OF MICHAEL J. O'CALLAGHAN

STATE OF OHio       )
                    )  ss:
COUNTY OF FRANKLIN  )

I, Michael J. O'Callaghan, being duly sworn, hereby depose and state as follows:

1. I am an attorney with Shumaker, Loop & Kendrick, LLP, 41 South High Street, Suite 2400, Columbus, Ohio 43215.

2. I submit this affidavit in support of the motion for my admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the attached Certificate of Good Standing, I am admitted to practice law in the State of Ohio.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I consent to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

6. I have completed the required training via the web-page tutorial for use of the Court's electronic filing system.

7. I have enclosed the $65.00 fee.

Wherefore your affiant respectfully submits that he is permitted to appear as counsel and advocate *pro hac vice* in this one case.

                                      Michael J. O'Callaghan (0043874)
                                      Shumaker, Loop & Kendrick, LLP
                                      41 South High Street, Suite 2400
                                      Columbus, Ohio 43215
                                      Telephone: 614-463-9441
                                      Fax: 614-463-1108
                                      Email: mocallaghan@slk-law.com

STATE OF OHIO      )
                          )   ss:
COUNTY OF FRANKLIN  )

Sworn to before me and subscribed to in my presence, and in witness whereof I have set my hand and seal this 6th day of June, 2013.

                                      Notary Public

                                      M. Di-Noto
                                      Notary Public, State of Ohio
                                      My Commission Expires 08-25-2017

# The Supreme Court of Ohio

## CERTIFICATE

I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Michael James O'Callaghan

was admitted to the practice of law in Ohio on May 14, 1990; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 5th day of June, 2013.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

*Attorney Services Specialist*