UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| LWD PRP GROUP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 5:12-CV-127- |
| v. ) | JHM-LLK |
| ) | |
| ACF INDUSTRIES LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING LEAVE FOR MICHAEL J. O'CALLAGHAN TO PRACTICE *PRO HAC VICE*

THIS MATTER having come before the Court, pursuant to LR 83.2, on Michael J. O'Callaghan's Motion for Admission *Pro Hac Vice*, to admit Michael J. O'Callaghan to practice law before this court, and the Court having considered the motion and good cause having been shown:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Michael J. O'Callaghan shall be allowed to appear *pro hac vice* on behalf of the Plaintiff in the above-captioned matter.

IT IS SO ORDERED: