UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

FILED
VANESSA L. ARMSTRONG, CLERK
JUN 07 2013
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

| | |
|---|---|
| LWD PRP GROUP, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 5:12-CV-127-JHM-LLK ) ) |
| ACF INDUSTRIES LLC, et al., | ) ) |
| Defendants. | ) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.2 of the United State District Court for the Western District of Kentucky, defendant Owens Corning moves the court for an order allowing the admission of Louis E. Tosi, an attorney with the law firm Shumaker, Loop & Kendrick, LLP, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel. Mr. Tosi is admitted to practice law in the State of Ohio. There are no pending disciplinary proceedings against Mr. Tosi in any state or federal court. An affidavit in support of this motion and the Certificate of Good Standing from the Supreme Court of Ohio are attached.

Respectfully submitted,

_____
Louis E. Tosi, Esquire (0019756)
Shumaker, Loop & Kendrick, LLP
North Courthouse Square
1000 Jackson Street
Toledo, Ohio 43604
Telephone: 419-241-9000
Fax: 419-241-6894
Email: ltosi@slk-law.com

Attorney for Defendant Owens Corning

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of June 2013, a true and accurate copy of the foregoing was mailed, first class mail postage prepaid, to all counsel of record on the attached list.

Louis E. Tosi, Esquire (0019756)
Shumaker, Loop & Kendrick, LLP
Attorney for Defendant Owens Corning

Service List
LWD PRP Group v. ACF Industries, LLC, et al.
Updated: June 5, 2013

**Ambereen K. Shaffie**
**Gary D. Justis**
**Joshua L. Bailey**
The Justis Law Firm LLC
5251 W. 116th Street
Leawood, KS 66211

**W. Fletcher McMurry Schrock**
McMurry & Livingston, PLLC
333 Broadway
P.O. Box 1700
Paducah, KY 42002-1700

**Douglas A. Cohen**
**Scott A. Muska**
Brown Rudnick LLP
185 Asylum Street
Hartford, CT 06103-3402

**Dallas E. George**
**Elmer J. George**
105 W. Main Street
Lebanon, KY 40033

**Alison C. Conlon**
**Joseph F. Madonia**
Barnes & Thornburg, LLP - Chicago
1 North Wacker Drive, Suite 4400
Chicago, IL 60606

**Mohammad H. Sheronick**
City of Cedar Rapids
101 First Street, SE
Cedar Rapids, IA 52401

**Richard L. Walter**
Boehl Stopher & Graves, LLP - Paducah
410 Broadway Street
Paducah, KY 42002-9551

**Stephen S. Schmidt**
Roetzel & Andress, LPA - Cincinnati
250 E. Fifth Street, Suite 310
Cincinnati, OH 45202

**Thomas L. Rosenberg**
Roetzel & Andress, LPA - Columbus
155 E. Broad Street, 12th Floor
Columbus, OH 43215

**John T. Soyars**
Foster, Soyars & Associates
209 E. 14th Street
P.O. Box 24
Hopkinsville, KY 42241-0024

**Thomas J. Keuler**
Denton & Keuler, LLP
555 Jefferson Street, Suite 301
Paducah, KY 42001

**Derek S. Casey**
Triplett Woolf & Garretson, LLC
2959 N. Rock Road, Suite 300
Wichita, KS 67226

**J. Duncan Pitchford**
**Nicholas Maxwell Holland**
Whitlow, Roberts, Houston & Straub, PLLC
300 Broadway Street
P.O. Box 995
Paducah, KY 42002-0995

**Amy D. Cubbage**
**Robert T. Watson**
McBrayer, McGinnis, Leslie & Kirkland, PLLC - Louisville
9300 Shelbyville Road, Suite 210
Louisville, KY 40222

**Karl F. Winkler**
Oliver Close LLC
124 N. Water Street, Suite 300
Rockford, IL 61107

**Thomas R. Ysursa**
Becker, Paulson, Hoerner & Thompson, P.C.
5111 W. Main Street
Belleville, IL 62226

**M. Stephen Pitt**
**H. Carl Horneman**
Wyatt, Tarrant & Combs, LLP - Louisville
500 W. Jefferson Street, Suite 2800
Louisville, KY 40202

**Ken Holloway**
1175 Weyand
Dixon, CA 95620

**Amy Jo Harwood-Jackson**
Harwood-Jackson Law Office, PLLC
500 Broadway
P.O. Box 1782
Paducah, KY 42002-1782

**George A. Carroll**
Iowa Attorney General Office
1305 E. Walnut Street, 2nd Floor
Des Moines, IA 50319

**Edward W. Dwyer**
Hodge Dwyer & Driver
3150 Roland Avenue
P.O. Box 5776
Springfield, IL 62705-5776

**Winter R. Huff**
203 E. Mt. Vernon Street, Suite B
Somerset, KY 42501

**Ronald E. Baylor**
Miller Canfield Paddock & Stone
227 S. Rose Street, Suite 5000
Kalamazoo, MI 49007