UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 5:12-CV-127- |
| v. | ) JHM-LLK |
| | ) |
| ACF INDUSTRIES LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT OF LOUIS E. TOSI

| | |
|---|---|
| STATE OF OHIO | ) |
| | )  ss: |
| COUNTY OF LUCAS | ) |

I, Louis E. Tosi, being duly sworn, hereby depose and state as follows:

1.  I am an attorney with Shumaker, Loop & Kendrick, LLP, 1000 Jackson Street, Toledo, Ohio 43604.

2.  I submit this affidavit in support of the motion for my admission to practice *pro hac vice* in the above-captioned matter.

3.  As shown in the attached Certificate of Good Standing, I am admitted to practice law in the State of Ohio.

4.  There are no pending disciplinary proceedings against me in any state or federal court.

5.  I consent to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

6. I have completed the required training via the web-page tutorial for use of the Court's electronic filing system.

7. I have enclosed the $65.00 fee.

Wherefore your affiant respectfully submits that he is permitted to appear as counsel and advocate *pro hac vice* in this one case.

                    Louis E. Tosi, Esquire (0019756)
                    Shumaker, Loop & Kendrick, LLP
                    North Courthouse Square
                    1000 Jackson Street
                    Toledo, Ohio 43604
                    Telephone: 419-241-9000
                    Fax: 419-241-6894
                    Email: ltosi@slk-law.com

| | |
|---|---|
| STATE OF OHIO | ) |
| | ) ss: |
| COUNTY OF LUCAS | ) |

Sworn to before me and subscribed to in my presence, and in witness whereof I have set my hand and seal this 6th day of June, 2013.

                    _____
                    Notary Public

[Seal]

ABBEY C. MAHLER
Notary Public, State of Ohio
My Commission Expires 9-7-16

# The Supreme Court of Ohio

## CERTIFICATE

I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Louis Ernest Tosi

was admitted to the practice of law in Ohio on November 09, 1974; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 22nd day of May, 2013.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

*Attorney Services Specialist*