UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH
Case No.5:12CV-127-R
ELECTRONICALLY FILED

LWD PRP GROUP                                                                                                    PLAINTIFF

VS.

YENKIN-MAJESTIC PAINT CORP, et al                                                      DEFENDANTS

### **MOTION TO DISMISS DEFENDANT YENKIN-MAJESTIC PAINT CORP**

Defendant Yenkin-Majestic Paint Corp., moves this Court pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss all the claims brought by the plaintiff, LWD PRP Group as against this defendant. In support of this motion, this defendant states there are no possible claims available to the plaintiff under the Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA). The plaintiff has no claim under CERCLA §107(a), and to the extent any claim under CERCLA §113(f) was otherwise available to the plaintiff, that claim is now time barred pursuant to CERCLA §113(g) which places a three year statute of limitations on contribution claims from the date of settlement with the United States Environmental Protection Agency.

In support of this motion, this defendant joins in and incorporates by reference the arguments presented by other defendants in their Motions to Dismiss and accompanying Memorandum of Authorities and Exhibits filed on or about May 8, 2013 [DE No. 776]. An Order granting this motion is attached for this Court's convenience.

        Respectfully submitted,

        BOEHL STOPHER & GRAVES, LLP

        /s/ Richard L. Walter_____
        Richard L. Walter
        410 Broadway
        Paducah, KY  42001
        270-442-4369
        270-442-4689 fax
        rwalter@bsgpad.com

        ATTORNEY FOR DEFENDANT
        YENKIN-MAJESTIC PAINT CORP.

## CERTIFICATE OF SERVICE

    I hereby certify that on the 14th    day of June 2013, I electronically filed with the Clerk of Court, by using the CM/ECF system, the foregoing document which will send a notice of electronic filing to all parties.   Parties may access the filing through the Court's Electronic Case Filing System.

        /s/ Richard L. Walter_____
        Richard L. Walter