UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH
Case No.5:12CV-127-R
ELECTRONICALLY FILED

LWD PRP GROUP                                              PLAINTIFF

VS.

YENKIN-MAJESTIC PAINT CORP, et al                         DEFENDANTS

## **ORDER**

This matter having come before the Court upon the Motion to Dismiss filed by Yenkin-Majestic Paint Corp., and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that the motion of the defendant Yenkin-Majestic is hereby granted.  All claims presented by the plaintiff or all claims which could have been presented therein are hereby dismissed with prejudice.   There being no just reason for delay, this is a final and appealable order.