**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**

| | | |
|---|---|---|
| **LWD PRP GROUP,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Civil Action No. 5:12-CV-00127-JHM** |
| **ACF INDUSTRIES LLC, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT YENKIN-MAJESTIC**
**PAINT CORP.'S RULE 12(b)(6) MOTION TO DISMISS**

Plaintiff LWD PRP Group ("LWD PRP Group"), by and through counsel, respectfully submits the following Response to Defendant Yenkin-Majestic Paint Corp.'s ("Yenkin-Majestic") Rule 12(b)(6) Motion to Dismiss ("Motion to Dismiss") (DN 921).  In its Motion to Dismiss, Yenkin-Majestic incorporates by reference the arguments from a Rule 12(b)(6) Motion to Dismiss (DN 776), filed on April 8, 2013, by a group of defendants, which was amended through a motion to strike and replace, which the Court granted on April 15, 2013 (DN 849 and DN 853).[1]

As such, for its response, LWD PRP Group incorporates by reference the citations and arguments stated in its omnibus Response to Defendants' Rule 12(b)(6) Motion to Dismiss, filed on May 31, 2013 (DN 914).

---

[1] Several other defendants also filed Motions to Dismiss, which Plaintiff also addressed in the same Response.  However, Yenkin-Majestic does not reference these additional Motions to Dismiss.

Dated:  June 14, 2013

Respectfully submitted,

/s/ Gary D. Justis

| Gary D. Justis | admitted *pro hac vice* |
| Joshua Bailey | admitted *pro hac vice* |
| Ambereen Shaffie | admitted *pro hac vice* |

THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, KS  66211-7820
Telephone:  (913) 998-6100
Facsimile:  (913) 998-6101
Email:  gjustis@justislawfirm.com
          jbailey@justislawfirm.com
          ashaffie@justislawfirm.com

and

W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2013, a copy of the foregoing Plaintiff's Response to

Defendant Yenkin-Majestic Paint Corp.'s Rule 12(b)(6) Motion to Dismiss was filed

electronically.  Notice of this filing will be sent to all parties by operation of the Court's

electronic filing system.  Parties may access this filing through the Court's Electronic Case

Filing System.

/s/ Gary D. Justis
Gary D. Justis