# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) Civil Action No. 5:12-CV-00127-JHM-HBB |
| **ACF INDUSTRIES LLC, et al.** | ) ) ) |
| **Defendants.** | ) ) |

## ORDER DENYING MOTION TO DISMISS

This matter is before the Court on a Motion to Dismiss ("Motion") by the Defendant, Yenkin-Majestic Paint Corp. In consideration of the Motion, Plaintiff's Response to Defendant Yenkin-Majestic Paint Corp.'s Motion, and the entire record herein,

**IT IS HEREBY ORDERED** that the Motion is **DENIED**.

ENTERED this _____ day of _____, 2013.