# United States District Court
# Western District of Kentucky
# at Paducah

### *NOTICE OF DEFICIENCY*

| | |
|---|---|
| **TO:** | Attorney Gary Justis |
| **CASE #:** | 5:12-cv-00127-JHM-HBB |
| **STYLE OF CASE:** | LWD PRP Group v. ACF Industries, LLC et al |
| **DOCUMENT TITLE:** | [922] Response to Motion to Dismiss |
| **DATE:** | 6/17/2013 |
| **BY:** | Jason Mayfield<br>*DEPUTY CLERK* |

*Please be advised that the recent filing of the above cited document with the Clerk's Office is deficient as indicated below:*

**NO ORDER. Proposed order not submitted with Motion/Response. *(LR 7.1(e))***

**YOU ARE GRANTED 7 DAYS FROM THIS DATE TO REMEDY THE DEFICIENCY OR DEFICIENCIES IDENTIFIED ABOVE.   FAILURE TO COMPLY WITHIN 7 DAYS, WITHOUT GOOD CAUSE SHOWN, WILL RESULT IN THIS MATTER BEING BROUGHT TO THE ATTENTION OF THE COURT**