UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 5:12-CV-00127-TBR |
| v. | ) |
| | ) |
| ACF INDUSTRIES LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER DENYING MOTION TO DISMISS

This matter is before the Court on Motion to Dismiss filed by Defendant Relocatable Confinement Facilities, Inc., captioned in the above matter as "Relocatable Confinement Facilities" ("RCF") (DN 440). Upon consideration of RCF's Motion, the Plaintiff's Response to Defendant RCF's Motion to Dismiss thereto (DN 541), and the entire record herein,

**IT IS HEREBY ORDERED** that the Defendant's Motion is **DENIED**.

Furthermore, Relocatable Confinement Facilities, Inc., cannot proceed pro se in this action. An attorney must represent it in this action. The CEO of Relocatable Confinement Facilities, Inc., Kenneth Holloway, is warned that his filing of the Motion to Dismiss constitutes the practice of law, and unless he is licensed to do so, it is the unauthorized practice of law which is a violation of the law.

Joseph H. McKinley, Jr., Chief Judge
United States District Court

June 17, 2013