# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) Civil Action No. 5:12-CV-127-JHM-HBB |
| **ACF INDUSTRIES LLC, et al.** | ) ) ) |
| **Defendants.** | ) ) |

## AGREED ORDER

Pursuant to LR 7.1(b), and upon the agreement of counsel for the Plaintiff/Counterclaim Defendant, LWD PRP Group, and Defendant/Counterclaimant, Quality Metal Finishing, Co., it is hereby **ORDERED** that Plaintiff/Counterclaim Defendant, LWD PRP Group, shall have up to and including June 28, 2013 in which to reply to Defendant/Counterclaimant, Quality Metal Finishing, Co.'s Counterclaim. It is represented that:

1. No previous extension has been requested or obtained;

2. Quality Metal Finishing, Co.'s Counterclaim was filed on April 24, 2013;

3. Time to Answer, Move or otherwise Reply expired on May 15, 2013.

**SO ORDERED** this _____ day, _____ 2013.


By: _____

**SO AGREED:**

/s/ Ambereen Shaffie
Ambereen Shaffie             admitted *pro hac vice*
Gary D. Justis               admitted *pro hac vice*
Joshua L. Bailey             admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200

Leawood, KS  66211-7820
Telephone:  (913) 998-6100
Facsimile:  (913) 998-6101
Email:  ashaffie@justislawfirm.com
Email:  gjustis@justislawfirm.com
Email:  jbailey@justislawfirm.com

and

W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, KY  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

*Attorneys for the Plaintiff LWD PRP Group*

/s/ Karl F. Winkler
Karl F. Winkler
OLIVER CLOSE LLC
124 N. Water St., Suite 300
Telephone:  (815) 963-0009
Facsimile:  (815) 963-0339
Email:  kwinkler@oliverclose.com

*Attorney for Defendant Quality Metal Finishing, Co.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2013, a true and correct copy of the foregoing Agreed Order was served electronically on the counsel of record in this matter by means of the Court's CM/ECF electronic filing system.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's Electronic Case Filing System.

By:/s/ Ambereen Shaffie
Ambereen Shaffie

2