UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | | |
|---|---|---|
| **LWD PRP GROUP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 5:12-CV-00127-JHM** |
| | ) | |
| **ACF INDUSTRIES LLC, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**PLAINTIFF'S ANSWER TO DEFENDANT
QUALITY METAL FINISHING CO.'S COUNTERCLAIMS**

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel, for its Answer to Defendant Quality Metal Finishing Co.'s ("QMF's") Answer and Affirmative Defenses to the Second Amended Complaint and Counterclaims (hereinafter "Counterclaims"), states as follows:

1.      Plaintiff admits Paragraph No. 1 of QMF's Counterclaims.

2.      In response to Paragraph No. 2 of QMF's Counterclaims, Plaintiff admits that it seeking to recover response costs it has incurred at the Site from QMF and other defendants.

3.      Paragraph 3 of QMF's Counterclaims contains only a legal conclusion to which no response is required.  To the extent that a response is required, Plaintiff denies all allegations contained in Paragraph No. 3 of QMF's Counterclaims.

4.      Plaintiff admits Paragraph No. 4 of QMF's Counterclaims.

5.      Plaintiff admits Paragraph No. 5 of QMF's Counterclaims.

6.      Plaintiff denies all allegations contained in Paragraph No. 6 of QMF's Counterclaims.

7.      In response to Paragraph No. 7 of QMF's Counterclaims, Plaintiff admits that the United States Environmental Protection Agency has incurred response costs at the Site.  Plaintiff denies all remaining allegations contained in Paragraph No. 7 of QMF's Counterclaims.

8.      Plaintiff admits Paragraph No. 8 of QMF's Counterclaims.

9.      In response to Paragraph No. 9 of QMF's Counterclaims, Plaintiff admits that the entire Second Amended Complaint contains allegations related to the past and ongoing incurrence of response costs at the Site by Plaintiff.  Plaintiff denies all remaining allegations contained in Paragraph No. 9 of QMF's Counterclaims.

10.     Plaintiff admits Paragraph No. 10 of QMF's Counterclaims.

11.     Plaintiff admits Paragraph No. 11 of QMF's Counterclaims.

12.     In response to Paragraph No. 12 of QMF's Counterclaims, Plaintiff incorporates by reference its responses to Paragraph Nos. 1 through 11 of its Answer to QMF's Counterclaims as if fully set forth herein.

13.     In response to Paragraph No. 13 of QMF's Counterclaims, Plaintiff states that the cited statute section speaks for itself.

14.     In response to Paragraph No. 14 of QMF's Counterclaims, Plaintiff states that the cited statute section speaks for itself.

15.     Plaintiff denies all allegations contained in Paragraph No. 15 of QMF's Counterclaims.

16.     In response to Paragraph No. 16 of QMF's Counterclaims, Plaintiff admits that the Second Amended Complaint contains a claim under Section 107(a) of CERCLA, as well as a contribution claim under Section 113(f) of CERCLA, and a declaratory judgment action claim under CERCLA.

2

17.     Plaintiff denies all allegations contained in Paragraph No. 17 of QMF's Counterclaims.

18.     In response to Paragraph No. 18 of QMF's Counterclaims, Plaintiff incorporates by reference its responses to Paragraph Nos. 1 through 17 of its Answer to QMF's Counterclaims as if fully set forth herein.

19.     Plaintiff admits Paragraph No. 19 of QMF's Counterclaims.

20.     Plaintiff admits Paragraph No. 20 of QMF's Counterclaims.

21.     Plaintiff denies all allegations contained in Paragraph No. 21 of QMF's Counterclaims.

22.     In response to Paragraph No. 22 of QMF's Counterclaims, Plaintiff incorporates by reference its responses to Paragraph Nos. 1 through 21 of its Answer to QMF's Counterclaims as if fully set forth herein.

23.     Plaintiff denies all allegations contained in Paragraph No. 23 of QMF's Counterclaims.

24.     Plaintiff denies all allegations contained in Paragraph No. 24 of QMF's Counterclaims.

25.     Plaintiff denies all allegations contained in Paragraph No. 25 of QMF's Counterclaims.

AFFIRMATIVE DEFENSES

FIRST AFFIRMATIVE DEFENSE

Each of QMF's Counterclaims fails to state a cause of action upon which relief can be granted.

SECOND AFFIRMATIVE DEFENSE

Each of QMF's Counterclaims is barred by the contribution protections afforded to Plaintiff's members under Section 113(f)(2) of CERCLA, 42 U.S.C. § 113(f)(2).

THIRD AFFIRMATIVE DEFENSE

Each of QMF's Counterclaims is barred in whole or in part by the equitable doctrines of laches, waiver and/or unclean hands.

FOURTH AFFIRMATIVE DEFENSE

QMF is estopped from recovering against Plaintiff or its members response costs attributable to QMF's own actions.

Plaintiff reserves the right to assert additional defenses in response to QMF's Counterclaims as this cause continues and further information is discovered.

WHEREFORE, having fully answered QMF's Counterclaims, Plaintiff respectfully requests that this Court enter judgment in Plaintiff's favor on each of QMF's Counterclaims, award Plaintiff costs and expenses, including attorney's fees in defending QMF's Counterclaims, and for such other and further relief as the Court deems just and proper under the circumstances.

Dated:  June 27, 2013            Respectfully submitted,

/s/ Gary D. Justis
_____
Gary D. Justis               admitted *pro hac vice*
Ambereen Shaffie          admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, KS  66211-7820
Telephone:  (913) 998-6102
Facsimile:  (913) 998-6101
Email:  gjustis@justislawfirm.com
Email:  ashaffie@justislawfirm.com

and

W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, KY  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

5

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2013, a copy of the foregoing Answer to Defendant

Quality Metal Finishing Co.'s Answer and Affirmative Defenses to the Second Amended

Complaint and Counterclaims was filed electronically.  Notice of this filing will be sent to all

parties by operation of the Court's electronic filing system.  Parties may access this filing

through the Court's Electronic Case Filing System.

/s/ Gary D. Justis
Gary D. Justis