UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12CV-127-M

LWD PRP GROUP　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF

v.

ACF INDUSTRIES, LLC, et al.　　　　　　　　　　　　　　　　　　　DEFENDANTS

**MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**

Comes Defendant Printpack, Inc. ("Printpack"), by counsel and pursuant to Federal Rule of Civil Procedure 12(b)(6), and moves this Court to dismiss all the claims brought by the Plaintiff, LWD PRP Group.

There are no possible claims available to the Plaintiff under the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"). First, the Plaintiff cannot pursue its alleged claim under CERCLA § 107(a). Such a claim is precluded by the CERCLA § 113(f) claim that was otherwise available to the purported members of the Plaintiff following their execution of a settlement agreement with the United States Environmental Protection Agency ("USEPA"). However, that Section 113(f) claim is now time-barred pursuant to CERCLA § 113(g), which places a three-year statute of limitations on contribution claims from the date of settlement. Plaintiff's related claims under state law and for declaratory relief are subject to dismissal on substantially the same grounds. Further, to the extent that the Plaintiff alleges damages pursuant to as-yet-unconsummated negotiations with USEPA or the Kentucky Department of Environmental Protection, those claims are either expressly not yet available to Plaintiff or are otherwise not yet ripe for judicial review. Finally, because as the named Plaintiff has not incurred (within the meaning of the statute) or otherwise paid any recoverable costs under CERCLA, it cannot pursue the claims it asserts in the current litigation.

In support of this Motion, Printpack incorporates by reference as if fully stated herein the arguments presented by other Defendants in their Motion to Dismiss and accompanying memorandum and exhibits filed on April 8, 2013 [DE #776]. An order granting this Motion is attached for the Court's convenience.

        Respectfully submitted,

        WHITLOW, ROBERTS, HOUSTON & STRAUB PLLC
        *Attorneys for Printpack, Inc.*

    By:    */s/ J. Duncan Pitchford*
            J. Duncan Pitchford
            Nicholas M. Holland
            300 Broadway
            Post Office Box 995
            Paducah, Kentucky 42002-0995
            Telephone: (270) 443-4516
            Facsimile: (270) 443-4571
            dpitchford@whitlow-law.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 28th day of June, 2013, I have filed the foregoing through the CM/ECF system, which will forward an electronic copy to the counsel of record.

  I further certify that I have served non-ECF participants via first class mail.

             */s/ J. Duncan Pitchford*
             J. Duncan Pitchford