UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12CV-127-M

LWD PRP GROUP                            PLAINTIFF

v.

ACF INDUSTRIES, LLC, et al.                    DEFENDANTS

### **ORDER**

Defendant Printpack, Inc. having moved the Court to dismiss the Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), the Plaintiff having responded thereto, and the Court otherwise being sufficiently advised,

**IT IS ORDERED:**

The Motion of the Defendant is **GRANTED**. All claims against said Defendant are hereby dismissed with prejudice. This order shall be binding upon the named Plaintiff as well as its member companies.

This is a final and appealable order, and there is no just cause for delay.

cc: Counsel of record