**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**

| | | |
|---|---|---|
| **LWD PRP GROUP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 5:12-CV-00127-JHM** |
| | ) | |
| **ACF INDUSTRIES LLC, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER DENYING MOTIONS TO DISMISS**

This matter is before the Court on a Motion to Dismiss by Defendant Printpack, Inc. ("Motion to Dismiss").  In consideration of the Motion to Dismiss, Plaintiff's Response to the Motion to Dismiss, and the entire record herein,

**IT IS HEREBY ORDERED** that the Motion to Dismiss is **DENIED**.

ENTERED this _____ day of _____, 2013.