**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION**

| | |
|---|---|
| **LWD PRP GROUP,** | **CASE NO. 5:12-CV-127R** |
| Plaintiff, | |
| v. | |
| ACF INDUSTRIES LLC; et al., | **DEFENDANT'S, UNIVERSITY OF IOWA, ANSWER TO SECOND AMENDED COMPLAINT** |
| Defendants. | |

**COMES NOW** Defendant, the University of Iowa, and for its answer to Plaintiff's Second Amended Complaint, states:

1. Paragraphs 1-4 are denied.

2. Paragraphs 5-30 are denied for lack of information.

3. Paragraphs 848-865 are denied.

4. Paragraphs 866-871 are denied.

5. Paragraphs 872 through 877 are denied.

6. Paragraphs 743 and 744 are admitted.

7. Paragraph 745 is denied.

8. Paragraph 746 is denied.

9. Paragraph 747 is denied.

**AFFIRMATIVE DEFENSES**

**COMES NOW** the Defendant, the University of Iowa, and states as affirmative defenses:

1. LWD fails to state a claim upon relief may be granted.

2. LWD failed to mitigate damages.

3. LWD failed to exhaust required administrative remedies.

4. LWD's claims are barred by the doctrines of excuse, estoppel, waiver, and/or justification.

5. Plaintiff's claims are barred by the statute of limitations.

6. Plaintiff's claims are barred by sovereign immunity.

7. Plaintiff's claims are barred by settlement, contribution and release.

**WHEREFORE**, the Defendant University of Iowa requests the Court to dismiss Plaintiff's Complaint and assess the costs of this action to Plaintiff.

> **THOMAS J. MILLER**
> Attorney General of Iowa
>
> **/s/GEORGE A. CARROLL**
> George A. Carroll
> Assistant Attorney General
> Hoover Building, Second Floor
> 1305 East Walnut Street
> Des Moines, Iowa  50319
> PHONE:  (515) 281-8330
> FAX:  (515) 281-7219
> E-MAIL:  George.carroll@iowa.gov
> ATTORNEYS FOR DEFENDANTS

*Original filed electronically.*

*Copy electronically served on all parties of record.*

| PROOF OF SERVICE |
| --- |
| The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on July 9, 2013: |
| ☐ U.S. Mail             ☐ FAX |
| ☐ Hand Delivery         ☐ Overnight Courier |
| ☐ Federal Express       ☐ Other |
| ☒ ECF System Participant (Electronic Service) |
| Signature: /s/Betty Christensen |