**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION**

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 5:12-CV-00127-JHM |
| | ) |
| **ACF INDUSTRIES LLC, et al.** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

<u>**ORDER DENYING MOTIONS TO DISMISS**</u>

This matter is before the Court on a Motion to Dismiss by Defendant Printpack, Inc. ("Motion to Dismiss"). In consideration of the Motion to Dismiss, Plaintiff's Response to the Motion to Dismiss, and the entire record herein,

**IT IS HEREBY ORDERED** that the Motion to Dismiss is **DENIED**.

ENTERED this _____ day of _____, 2013.