UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 5:12-CV-127-JHM |
| | ) |
| **ACF INDUSTRIES LLC, et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**PLAINTIFF'S ANSWER TO**
**DEFENDANT OWENS CORNING'S COUNTERCLAIMS**

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel, for its Answer to Defendant Owens Corning's ("Owens Corning") Counterclaims plead in the Answer of Defendant Owens Corning to Plaintiff's Second Amended Complaint (hereinafter "Counterclaims"), states as follows:

1. Plaintiff admits Paragraph No. 1 of Owens Corning's Counterclaims.

2. In response to Paragraph No. 2 of Owens Corning's Counterclaims, Plaintiff admits that it is seeking to recover response costs it has incurred at the Site from Owens Corning and other defendants.

3. Paragraph 3 of Owens Corning's Counterclaims contains only a legal conclusion to which no response is required. To the extent that a response is required, Plaintiff denies all allegations contained in Paragraph No. 3 of Owens Corning's Counterclaims.

4. Plaintiff admits Paragraph No. 4 of Owens Corning's Counterclaims.

5. Plaintiff admits Paragraph No. 5 of Owens Corning's Counterclaims.

6. Plaintiff denies all allegations contained in Paragraph No. 6 of Owens Corning's Counterclaims.

7. In response to Paragraph No. 7 of Owens Corning's Counterclaims, Plaintiff admits that the United States Environmental Protection Agency has incurred response costs at the Site. Plaintiff denies all remaining allegations contained in Paragraph No. 7 of Owens Corning's Counterclaims.

8. Plaintiff admits Paragraph No. 8 of Owens Corning's Counterclaims.

9. In response to Paragraph No. 9 of Owens Corning's Counterclaims, Plaintiff admits that the entire Second Amended Complaint contains allegations related to the past and ongoing incurrence of response costs at the Site by Plaintiff. Plaintiff denies all remaining allegations contained in Paragraph No. 9 of Owens Corning's Counterclaims.

10. Plaintiff admits Paragraph No. 10 of Owens Corning's Counterclaims.

11. Plaintiff admits Paragraph No. 11 of Owens Corning's Counterclaims.

12. In response to Paragraph No. 12 of Owens Corning's Counterclaims, Plaintiff incorporates by reference its responses to Paragraph Nos. 1 through 11 of its Answer to Owens Corning's Counterclaims as if fully set forth herein.

13. In response to Paragraph No. 13 of Owens Corning's Counterclaims, Plaintiff states that the cited statute section speaks for itself.

14. In response to Paragraph No. 14 of Owens Corning's Counterclaims, Plaintiff states that the cited statute section speaks for itself.

15. Plaintiff denies all allegations contained in Paragraph No. 15 of Owens Corning's Counterclaims.

16. In response to Paragraph No. 16 of Owens Corning's Counterclaims, Plaintiff admits that the Second Amended Complaint contains a claim under Section 107(a) of CERCLA,

as well as a contribution claim under Section 113(f) of CERCLA, and a declaratory judgment action claim under CERCLA.

17. Plaintiff denies all allegations contained in Paragraph No. 17 of Owens Corning's Counterclaims.

18. In response to Paragraph No. 18 of Owens Corning's Counterclaims, Plaintiff incorporates by reference its responses to Paragraph Nos. 1 through 17 of its Answer to Owens Corning's Counterclaims as if fully set forth herein.

19. Plaintiff admits Paragraph No. 19 of Owens Corning's Counterclaims.

20. Plaintiff admits Paragraph No. 20 of Owens Corning's Counterclaims.

21. Plaintiff denies all allegations contained in Paragraph No. 21 of Owens Corning's Counterclaims.

22. In response to Paragraph No. 22 of Owens Corning's Counterclaims, Plaintiff incorporates by reference its responses to Paragraph Nos. 1 through 21 of its Answer to Owens Corning's Counterclaims as if fully set forth herein.

23. Plaintiff denies all allegations contained in Paragraph No. 23 of Owens Corning's Counterclaims.

24. Plaintiff denies all allegations contained in Paragraph No. 24 of Owens Corning's Counterclaims.

25. Plaintiff denies all allegations contained in Paragraph No. 25 of Owens Corning's Counterclaims.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Each of Owens Corning's Counterclaims fails to state a cause of action upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Each of Owens Corning's Counterclaims is barred by the contribution protections afforded to Plaintiff's members under Section 113(f)(2) of CERCLA, 42 U.S.C. § 113(f)(2).

### THIRD AFFIRMATIVE DEFENSE

Each of Owens Corning's Counterclaims is barred in whole or in part by the equitable doctrines of laches, waiver and/or unclean hands.

### FOURTH AFFIRMATIVE DEFENSE

Owens Corning is estopped from recovering against Plaintiff or its members response costs attributable to Owens Corning's own actions.

Plaintiff reserves the right to assert additional defenses in response to Owens Corning's Counterclaims as this cause continues and further information is discovered.

WHEREFORE, having fully answered Owens Corning's Counterclaims, Plaintiff respectfully requests that this Court enter judgment in Plaintiff's favor on each of Owens Corning's Counterclaims, award Plaintiff costs and expenses, including attorney's fees, in defending Owens Corning's Counterclaims, and for such other and further relief as the Court deems just and proper under the circumstances.

Dated:  July 15, 2013  Respectfully submitted,

/s/ Joshua L. Bailey
Gary D. Justis  admitted *pro hac vice*
Joshua L. Bailey  admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, KS  66211-7820
Telephone:  (913) 998-6102
Facsimile:  (913) 998-6101
Email:  gjustis@justislawfirm.com
Email:  jbailey@justislawfirm.com

and

W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, KY  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## CERTIFICATE OF SERVICE

      I hereby certify that on July 15, 2013, a copy of the foregoing Plaintiff's Answer to Defendant Owens Corning's Counterclaims was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

                                    /s/ Joshua L. Bailey
                                    Joshua L. Bailey