# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 5:12-CV-00127-JHM |
| **ACF INDUSTRIES LLC, et al.** | ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL OF
## DEFENDANT JAMES MARINE, INC. WITH PREJUDICE

Plaintiff LWD PRP Group, through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendant James Marine, Inc. from this cause with prejudice. James Marine, Inc. has not filed an answer or motion for summary judgment in this cause.

Dated: July 19, 2013

Respectfully submitted,

/s/ Gary D. Justis
Gary D. Justis          admitted *pro hac vice*
Ambereen Shaffie        admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, KS 66211-7820
Telephone: (913) 998-6100
Facsimile: (913) 998-6101
Email: gjustis@justislawfirm.com
Email: ashaffie@justislawfirm.com

    and

    W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
    MCMURRY & LIVINGSTON, PLLC
    333 Broadway, 7th Floor
    P.O. Box 1700
    Paducah, Kentucky  42002-1700
    Telephone:  (270) 443-6511
    Facsimile:  (270) 443-6548
    Email:  fletch@ml-lawfirm.com

    ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2013, a copy of the foregoing Notice of Voluntary Dismissal of Defendant James Marine, Inc. with Prejudice was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's Electronic Case Filing System.

    /s/ Gary D. Justis
    Gary D. Justis