# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) Civil Action No. 5:12-CV-00127- |
| **ACF INDUSTRIES LLC, et al.** | ) JHM-HBB ) ) |
| **Defendants.** | ) ) |

## JOINT MOTION FOR STAY FOR ALTERNATIVE DISPUTE RESOLUTION

COME NOW, Plaintiff LWD PRP Group (hereinafter "Plaintiff") and a joint defense group of over 100 of the remaining named Defendants (listed on Exhibit A hereto) (hereinafter "JDG"), by and through counsel and pursuant to Local Rules 7.1 and 16.2, jointly move for an appropriate Order staying the pending action for ninety (90) days as to all parties and pending matters to allow Plaintiff and the JDG to engage in alternative dispute resolutioin using a private mediator. In support of this Joint Motion, Plaintiff and the JDG rely on the accompanying Memorandum in Support. A draft Order on this Joint Motion is attached as Exhibit B hereto.

WHEREFORE, for the foregoing reasons and the reasons stated in the accompanying Memorandum in Support, Plaintiff LWD PRP Group and the joint defense group of over 100 Defendants (listed on Exhibit A hereto) respectfully request an appropriate Court Order staying this action as to all parties and all matters in this casue, while Plaintiff and the JDG engage in alternative disputed resolution using a private mediator, and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated:  August 15, 2013

Respectfully submitted,

THE JUSTIS LAW FIRM LLC

/s/ Gary D. Justis
Gary D. Justis            admitted *pro hac vice*
Joshua Bailey             admitted *pro hac vice*
5251 W. 116th Place, Suite 200
Leawood, Kansas  66211-7820
Telephone:  (913) 998-6100
Facsimile:  (913) 998-6101
Email:      gjustis@justislawfirm.com
            jbailey@justislawfirm.com

and

W. Fletcher McMurry Schrock (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

*Attorneys for Plaintiff LWD PRP Group*

WHITLOW, ROBERTS, HOUSTON &
STRAUB PLLC

/s/ J. Duncan Pitchford
J. Duncan Pitchford
Nicholas M. Holland
300 Broadway
P.O. Box 995
Paducah, Kentucky  42002-0995
Telephone:  (270) 443-4516
Facsimile:  (270) 443-4571
Email:      dpitchford@whitlow-lw.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

     I hereby certify that on August 15, 2013, a copy of the foregoing Joint Motion for Stay for Alternative Dispute Resolution was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's Electronic Case Filing System.

                                            /s/ Gary D. Justis
                                            Gary D. Justis