**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**

| | | |
|---|---|---|
| **LWD PRP GROUP,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Action No. 5:12-CV-00127-JHM-HBB** |
| **ACF INDUSTRIES LLC, et al.** | ) | |
| **Defendants.** | ) | |

**MEMORANDUM IN SUPPORT OF JOINT MOTION FOR STAY FOR ALTERNATIVE DISPUTE RESOLUTION**

Plaintiff LWD PRP Group (hereinafter "Plaintiff") filed its original Complaint in this cause on August 31, 2012 against over 300 defendants (DN 1). Plaintiff's Complaint has been amended twice to remove the names of settling defendants, add new defendants, and correct the names of certain defendants (DN 581, 758). As of this filing, there are approximately 140 named defendants remaining in this case. The majority of the remaining defendants (107 named defendants as listed on Exhibit A to this Joint Motion) have formed a joint defense group (hereinafter "JDG"). Nearly all of the JDG members have filed a joint motion to dismiss Plaintiff's Second Amended Complaint, which is fully briefed before the Court (DN 776, 849, 857, 881, 914, 934, 935, 937).

Other than the general motion practice on various motions to dismiss, the parties have not yet had a Rule 16 Scheduling Conference or otherwise started the Rule 26(a) disclosure or discovery processes. To date, much of this cause has been devoted to settlement discussions and settlements with a majority of the remaining defendants.

Plaintiff and the 107 named defendants that comprise the JDG have entered into an Agreement to Mediate using the services of John Barkett of Shook, Hardy & Bacon

LLP in Miami, Florida. Mr. Barkett is a nationally-recognized and very experienced and successful mediator in these types of multi-party CERCLA cases. He was jointly chosen by Plaintiff and the JDG. The mediation before Mr. Barkett is set for September 10-11, 2013 at his offices in Miami.

If the September 10-11 mediation before Mr. Barkett is successful in achieving settlements with all 107 named defendants that comprise the JDG, then this cause will effectively be reduced to just under 35 remaining defendants. Consequently, in order allow Plaintiff and the JDG adequate time to conduct their agreed-upon mediation process and subsequent potential settlements, Plaintiff and the JDG respectfully submit it is appropriate for the Court to enter a ninety (90) day Stay in this cause to and including November 15, 2013.

This Stay is being requested in good faith by Plaintiff and the JDG to allow the parties to adequately and thoroughly explore settlement through alternative dispute resolution. The requested Stay will not create an undue delay or cause any prejudice to other named defendants since there has yet to be a Rule 16 Scheduling Conference, Rule 26(a) disclosures, or any pending discovery in this cause.

For the foregoing reasons, Plaintiff and the JDG respectfully request an appropriate Court Order staying this action while the parties engage in alternative disputed resolution using a private mediator, and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated: August 15, 2013

Respectfully submitted,

THE JUSTIS LAW FIRM LLC

/s/ Gary D. Justis
Gary D. Justis admitted *pro hac vice*
Joshua Bailey admitted *pro hac vice*
5251 W. 116th Place, Suite 200
Leawood, Kansas 66211-7820
Telephone: (913) 998-6100
Facsimile: (913) 998-6101
Email: gjustis@justislawfirm.com
jbailey@justislawfirm.com

and

W. Fletcher McMurry Schrock (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky 42002-1700
Telephone: (270) 443-6511
Facsimile: (270) 443-6548
Email: fletch@ml-lawfirm.com

*Attorneys for Plaintiff LWD PRP Group*

WHITLOW, ROBERTS, HOUSTON & STRAUB PLLC

/s/ J. Duncan Pitchford
J. Duncan Pitchford
Nicholas M. Holland
300 Broadway
P.O. Box 995
Paducah, Kentucky 42002-0995
Telephone: (270) 443-4516
Facsimile: (270) 443-4571
Email: dpitchford@whitlow-lw.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2013, a copy of the foregoing Memorandum in Support of Joint Motion for Stay for Alternative Dispute Resolution was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

/s/ Gary D. Justis
Gary D. Justis