# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 5:12-CV-00127-JHM |
| **ACF INDUSTRIES LLC, et al.** | ) |
| **Defendants.** | ) |

### PLAINTIFF'S RESPONSE TO DEFENDANT
### VILLAGE OF SAUGET, ILLINOIS'S RULE 12(b)(6) MOTION TO DISMISS

Plaintiff LWD PRP Group ("LWD PRP Group"), by and through counsel, respectfully submits the following Response to Defendant Village of Sauget, Illinois's ("Sauget") Rule 12(b)(6) Motion to Dismiss ("Motion to Dismiss") (DN 950). In its Motion to Dismiss, Sauget incorporates by reference the arguments from a Rule 12(b)(6) Motion to Dismiss (DN 776), filed on April 8, 2013, by a group of defendants, which was amended through a motion to strike and replace, which the Court granted on April 15, 2013 (DN 849 and DN 853).[1]

As such, for its response, LWD PRP Group incorporates by reference the citations and arguments stated in its omnibus Response to Defendants' Rule 12(b)(6) Motion to Dismiss, filed on May 31, 2013 (DN 914).

---

[1] Several other defendants also filed motions to dismiss, which Plaintiff also addressed in the same Response. However, Sauget does not reference these additional motions to dismiss.

Dated: August 23, 2013

Respectfully submitted,

/s/ Joshua L. Bailey
| Gary D. Justis | admitted *pro hac vice* |
| Joshua L. Bailey | admitted *pro hac vice* |

THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, Kansas  66211-7820
Telephone:  (913) 998-6100
Facsimile:  (913) 998-6101
Email:  gjustis@justislawfirm.com
          jbailey@justislawfirm.com

and

W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2013, a copy of the foregoing Plaintiff's Response to Defendant Village of Sauget, Illinois's Rule 12(b)(6) Motion to Dismiss was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

/s/ Joshua L. Bailey
Joshua L. Bailey