**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION**

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 5:12-CV-00127-JHM |
| | ) |
| **ACF INDUSTRIES LLC, et al.** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**ORDER DENYING MOTION TO DISMISS**

This matter is before the Court on a Motion to Dismiss by Defendant Village of Sauget, Illinois ("Motion to Dismiss"). In consideration of the Motion to Dismiss, Plaintiff's Response to the Motion to Dismiss, and the entire record herein,

**IT IS HEREBY ORDERED** that the Motion to Dismiss is **DENIED**.

ENTERED this _____ day of _____, 2013.