IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 5:12-CV-00127-JHM-HBB |
| **ACF INDUSTRIES LLC, et al.** | ) ) ) |
| Defendants. | ) ) |

**ORDER GRANTING JOINT MOTION FOR STAY**
**FOR ALTERNATIVE DISPUTE RESOLUTION**

This matter is before the Court on the Joint Motion for Stay for Alternative Disputed Resolution filed by Plaintiff and the joint defense group comprised of 107 of the remaining approximately 140 Defendants (listed in Exhibit A attached to the Joint Motion). Upon consideration of Joint Motion for Stay, having been fully briefed by the parties, and the entire record herein,

**IT IS HEREBY ORDERED** that the Joint Motion is **GRANTED** and all matters in this case are hereby stayed as to all parties through November 15, 2013.

**SO ORDERED** this _____ day, _____ 2013.

_____
SENIOR JUDGE MCKINLEY
United States District Court