IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) Civil Action No. 5:12-CV-00127-JHM-HBB |
| **ACF INDUSTRIES LLC, et al.** | ) ) ) |
| **Defendants.** | ) ) |

**JOINT MOTION TO DISMISS DEFENDANTS AK STEEL CORP.
AND AVERY DENNISON CORP. WITH PREJUDICE**

Plaintiff LWD PRP Group ("Plaintiff") and Defendants AK Steel Corp. ("AK Steel") and Avery Dennison Corp. ("Avery Dennison"), by an through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), hereby move this Court for an appropriate Order which withdraws AK Steel and Avery Dennison from the pending motion to dismiss Plaintiff's Second Amended Complaint (DN 776), and which further dismisses Avery Dennison and AK Steel with prejudice from this cause.  In support of this Joint Motion, Plaintiff, Avery Dennison and AK Steel state as follows:

1.      On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery, contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several defendants, including Avery Dennison (DN 1).  On January 30, 2013, Plaintiff filed a First Amended Complaint, naming AK Steel and Avery Dennison as additional defendants, among others (DN 581).  On March 29, 2013, Plaintiff filed a Second Amended Complaint against all defendants (DN 758).

2. On April 8, 2013, several defendants, including AK Steel and Avery Dennison, filed a motion to dismiss Plaintiff's Second Amended Complaint (DN 776), which is pending.

3. Plaintiff has entered into separate, confidential settlement agreements with AK Steel and Avery Dennison, which settle all claims between Plaintiff and these two settling defendants for sums certain and other valuable consideration exchanged between the parties.

4. Under the terms of the settlement agreements with AK Steel and Avery Dennison, AK Steel and Avery Dennison agreed to withdraw from the pending motion to dismiss Plaintiff's Second Amended Complaint (DN 776), and Plaintiff and both settling defendants agreed to file a joint motion to dismiss Avery Dennison and AK Steel as defendants from this cause with prejudice, each party to bear its own costs.

5. A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff and AK Steel and Avery Dennison respectfully request that the Court enter an appropriate Order withdrawing AK Steel and Avery Dennison and as named movants from the pending motion to dismiss Plaintiff's Second Amended Complaint filed by several defendants (DN 776), and further dismissing AK Steel and Avery Dennison and AK Steel from this cause with prejudice, each party to bear its own costs, and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated:  December 10, 2013			Respectfully submitted,


			/s/ Gary D. Justis
			Gary D. Justis		admitted *pro hac vice*
			Joshua L. Bailey		admitted *pro hac vice*
			THE JUSTIS LAW FIRM LLC
			5251 W. 116th Place, Suite 200
			Leawood, KS  66211-7820
			Telephone:  (913) 998-6100
			Facsimile:  (913) 998-6101
			Email:  gjustis@justislawfirm.com
			Email:  jbailey@justislawfirm.com

				and

			W. Fletcher McMurry Schrock (Ky. Bar# 62283)
			MCMURRY & LIVINGSTON, PLLC
			333 Broadway, 7th Floor
			P.O. Box 1700
			Paducah, Kentucky  42002-1700
			Telephone: (270) 443-6511
			Facsimile: (270) 443-6548
			Email: fletch@ml-lawfirm.com

			ATTORNEYS FOR PLAINTIFF LWD PRP GROUP


			/s/ J. Duncan Pitchford
			J. Duncan Pitchford
			WHITLOW, ROBERTS, HOUSTON & STRAUB PLLC
			300 Broadway
			P.O. Box 995
			Paducah, KY  42002-0995
			Telephone:  (270) 443-4516
			Facsimile:  (270) 443-4571
			Email:  dpitchford@whitlow-law.com

			ATTORNEYS FOR DEFENDANTS AK STEEL CORP. AND AVERY DENNISON CORP.

## CERTIFICATE OF SERVICE

      I hereby certify that on December 10, 2013, a copy of the foregoing Joint Motion to Dismiss AK Steel Corp. and Avery Dennison Corp. with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

                                              */s/* Gary D. Justis
                                              Gary D. Justis