# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 5:12-CV-00127- |
| ) | JHM-HBB |
| **ACF INDUSTRIES LLC, et al.** ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon the Joint Motion to Dismiss Defendants AK Steel Corp. ("AK Steel") and Avery Dennison Corp. ("Avery Dennison") with Prejudice, and for good cause shown, AK Steel and Avery Dennison are hereby withdrawn from the pending motion to dismiss Plaintiff's Second Amended Complaint (DN 776), and Avery Dennison and AK Steel are dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED this _____ day of _____ 2013.

_____
CHIEF JUDGE MCKINLEY
United States District Court