IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 5:12-CV-00127-JHM-HBB |
| ACF INDUSTRIES LLC, et al. | ) ) |
| Defendants. | ) ) |

## ORDER

Upon the Joint Motion to Dismiss Defendants AK Steel Corp. ("AK Steel") and Avery Dennison Corp. ("Avery Dennison") with Prejudice, and for good cause shown, AK Steel and Avery Dennison are hereby withdrawn from the pending motion to dismiss Plaintiff's Second Amended Complaint (DN 776), and Avery Dennison and AK Steel are dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED

Joseph H. McKinley, Jr., Chief Judge
United States District Court

December 16, 2013

Copies to: Counsel of record