UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 5:12-cv-00127-M |
| | ) |
| AK STEEL CORPORATION, et al., | ) |
| | ) |
| Defendant. | ) |

## MOTION TO DISMISS AMERICA FUJIKURA LTD.

Defendant AMERICA FUJIKURA LTD., by counsel, moves for dismissal of Plaintiff's Second Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted. A Memorandum of Law in support of this Motion and a proposed Order granting the requested relief are attached hereto.

Respectfully submitted,

/s/ Dennis J. Conniff
Dennis J. Conniff
Emily C. McKinney
Frost Brown Todd LLC
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202
(502) 589-5400
(502) 581-1087 (fax)

*Counsel for America Fujikura Ltd.*

## CERTIFICATE OF SERVICE

I certify that on December 27, 2013, I electronically filed this Motion to Dismiss, the Memorandum in Support, and the Proposed Order, with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this matter.

/s/ Dennis J. Conniff
Dennis J. Conniff
Emily C. McKinney
Frost Brown Todd LLC
400 West Market Street, 32nd Floor
Louisville, Kentucky  40202
(502) 589-5400
(502) 581-1087 (fax)

*Counsel for America Fujikura Ltd.*