# EXHIBIT A

## Affidavit of Robert Crowder

Comes the affiant, Robert Crowder, and, after being duly sworn, states:

1. My name is Robert Crowder, and I am the Chief Financial Officer and Corporate Secretary of America Fujikura Ltd. (AFL).
2. The following statements are made based upon my personal knowledge, inquiry of other employees of AFL, and review of pertinent AFL corporate records. These statements are true and correct to the best of my knowledge and belief.
3. AFL is a Delaware corporation, and has its principal place of business in Duncan, South Carolina, where its manufacturing operations take place.
4. In 1984, Alcoa, Inc. and Fujikura Ltd. jointly formed Alcoa Fujikura Ltd.
5. Alcoa Fujikura Ltd. was headquartered in Tennessee and conducted its manufacturing operations in Duncan, South Carolina.
6. In 2005, Fujikura Ltd. assumed 100% ownership of Alcoa Fujikura Ltd., changed the name to America Fujikura Ltd., and moved the AFL headquarters to Duncan, South Carolina, where AFL still conducts its manufacturing operations.
7. AFL has never purchased assets of nor had any ownership interest in Texas Magnet Wire Co.

Further affiant sayeth not.

_____
Robert Crowder

STATE OF SOUTH CAROLINA  )
                        )
COUNTY OF SPARTANBURG    )

Subscribed and sworn to before me by Robert Crowder on this 20th day of December, 2013.

My commission expires: _____

JANET A. LINDNER
Notary Public, South Carolina
My Commission Expires
January 26, 2019

_____
Notary Public