# EXHIBIT B

# AFL Timeline

**1984**
Alcoa, Inc., formerly the Aluminum Company of America, joins forces with Fujikura Ltd. of Japan to form Alcoa Fujikura Ltd. Two divisions emerge – AFL and AFL Automotive.

Headquartered in Nashville, Tennessee, AFL initially focused on manufacturing Optical Ground Wire (OPGW) and accessories for the electric utility communication networks.

**1985**
First Optical Ground Wire shipped from Spartanburg, South Carolina.

**1992**
Superior Optics was acquired and AFL now offers ADSS and premise cable product line.

**1996**
AFL provides optical and electrical splicing of the Fujikura Ltd. cable used for TV coverage of the 1996 Olympic Games in Atlanta, Georgia.

**1997**
AFL enters services business with acquisition of SixR.

**1998**
MinTel and Quality Control Systems (QCS) service companies acquired.

**1999**
Tele-Tech service company acquired. Monterrey, Mexico manufacturing plant is established.

**2000**
Noyes Fiber Systems acquired, expanding product base to include test and inspection equipment. Aerial cable systems division manufactures 50,000 km of Optical Ground Wire. Aster division of Thomas & Betts and AtPac service company acquired. FOCAS acquired, expanding cable operations to Alpharetta GA and Swindon, United Kingdom.

www.aflglobal.com/Company/Company-Profile/AFL-Timeline.aspx

▸ Environment, Health & Safety

▸ Careers

**News**

AFL Launches BuyAFL.com eCommerce Site
2/28/2013
Supports 24/7 shop and shipment of fiber optic cleaning products and supplies


GET eConnect Monthly News SIGN UP NOW

## 2000
Noyes Fiber Systems acquired, expanding product base to include test and inspection equipment. Aerial cable systems division manufactures 50,000 km of Optical Ground Wire. Aster division of Thomas & Betts and AtPac service company acquired. FOCAS acquired, expanding cable operations to Alpharetta GA and Swindon, United Kingdom.

## 2001
ISAC service company acquired. Laser Armor Tech acquired to support growth of Optical Ground Wire. AFL enters the wireless market through the acquisition of Pacific 17.

## 2002
AFL acquires Independent Venture Communications, Inc. (IVCI) service companies. Keptel Division of Arris acquired to expand fiber management systems and broadband product offering. AFL also acquires the assets of Telco Service, Inc.

## 2005
Fujikura assumes 100% ownership of AFL, aka America Fujikura Ltd., and moves AFL headquarters to Duncan, SC.

## 2008
AFL Network Services acquires Northstar and expands its outside plant engineering capabilities. ACA Conductor Accessories, an AFL division, acquires Dossert Corporation. AFL acquires The Light Brigade expanding its training division.

## 2009
AFL acquires Draka's OPGW division strengthening its position as the #1 producer of OPGW

## 2010
AFL acquires Verrillon, adding specialty optical fiber to its portfolio and enhancing access to other specialty fiber markets including industrial and sensing. AFL opens new fiber optic assembly facility in Swindon, United Kingdom.

## 2011
AFL opens new R&D facility in Lowell, MA, to attract professional talent and grow test equipment business. AFL acquires TCC Group and expands global reach to the European, Middle Eastern, and African (EMEA) markets.

## 2012
AFL acquires ALTA Group based in Atlanta, GA. Company's 1,000 associates join the AFL family in supporting services business in the US, UK and Canada.

## 2013
AFL acquires Optimal Cable Services, expanding AFL's manufacturing capabilities to the South Pacific