# EXHIBIT  D

PHELPS DODGE ACQUIRES WIRE FABRICATORS IN TEXAS AND NORTH CAROLINA - Free Online Library


THE FREE LIBRARY BY FARLEX
20,923,623 articles and books

⦿ Periodicals  ○ Literature

[                                        ] [Search]

⦿ Keyword ○ Title ○ Author ○ Topic

Member login
TEXT
User name
Password
☐ Remember me
Login
Join us  Forgot password?
4.6k

The Free Library > Business and Industry > Business > PR Newswire > March 1, 1994
The Free Library > Communications > News, opinion and commentary > PR Newswire > March 1, 1994
The Free Library > Date > 1994 > March > 1 > PR Newswire

# PHELPS DODGE ACQUIRES WIRE FABRICATORS IN TEXAS AND NORTH CAROLINA

Ads by Google

**Get Google Fiber KC**
100 Times Faster Internet. Plans starting at $70/month
google.com/fiber

**Wire Rope & Hardware**
**WIRE** Rope & Rigging Hardware Buy Online,Great Pricing & Shipping
www.eriggingsupply.com

**Large Scale Steel Fab.**
B to B supplier of Custom Large Scale Structural Components.
www.lgpglobal.com/Structural_Steel

**Magnet Wire - All Sizes**
Sales & Consultation- Get quotation, Compare our prices
www.magnetwirenetwork.com

**Wire Strippers**
Strip-Tec's Industrial **WIRE** & Cable Strippers from 1/16" up to 6" Dia.
www.StripTec.com

**Welding Cable**
#6 to 4/0 AWG - Very Flexible Free Shipping!
www.cableyard.com

[   ] 0

Link to this page

     PHOENIX, March 1 /PRNewswire/ -- Phelps Dodge Magnet Wire Company (PDMW), has acquired the assets of Texas Magnet Wire Company in El Paso, Texas, from Rea Magnet Wire Company and Fujikura International.  PDMW also purchased the Laurinburg, North Carolina, fine wire business of Rea. Phelps Dodge Magnet Wire Company is a unit of Phelps Dodge Corporation's manufacturing division, Phelps Dodge Industries.
     According to Douglas C. Yearley, Chairman, President and Chief Executive Officer of Phelps Dodge Corporation:  "The acquisition of these two magnet wire plants continues our strategy of selectively expanding our existing industrial businesses to create shareholder value.  The additional production capability resulting from the purchase of these facilities will relieve capacity constraints and allow us to meet the growing needs of our customers.  The resulting sales will reinforce the position of Phelps Dodge Magnet Wire Company as the world's largest magnet wire manufacturer."
     Magnet wire, the insulated conductor found in most electrical systems, is manufactured by PDMW at its plants in Fort Wayne, Indiana, and Hopkinsville, Kentucky, and at its joint venture magnet wire operations in Mureck, Austria, and Edmonton, Kentucky.
     In January, PDMW completed a new technology center that represents part of its five-year, $26 million investment program that will advance technology and support continuous improvement within its Fort Wayne manufacturing operations.
     Phelps Dodge Magnet Wire Company is a unit of Phelps Dodge Industries which is a division of Phelps Dodge Corporation, an international mining and manufacturing concern with operations in 25 countries.
     -0-                     3/1/94
     /CONTACT:  Thomas M. Foster, 602-234-8139/

CO: Phelps Dodge Magnet Wire Co.; Texas Magnet Wire Co. ST: Arizona IN: MNG SU: TNM

JB-LS -- SD004 -- 6280 03/01/94 13:30 EST

COPYRIGHT 1994 PR Newswire Association LLC

## Article Details

Printer friendly   Cite/link   Email   Feedback

Publication: PR Newswire

Date: Mar 1, 1994

Words: 278

Previous Article: NUVEEN EXCHANGE-TRADED FUNDS AND PORTFOLIOS DECLARE TAX-FREE DIVIDENDS

Next Article: CONSOLIDATED PRODUCTS, INC. ANNOUNCES INCREASED EXPANSION PLAN FOR ITS STEAK N SHAKE RESTAURANTS

Topics: Magnet wire
Wire industry
Mergers, acquisitions and divestments

**Rhodium Solutions Mfg.**
www.Cohler.com
Get dazzling results with Cohler's rhodium, gold & palladium solutions

**Sign Up for Google Fiber**
google.com/fiber
100 Times Faster Internet. Wi-Fi, Crystal Clear HD TV, DVR

**THHN Wire - Lowest Price**
WireAndCableToGo.com
1 thru 14 awg, 250 thru 1000 mcm. No cut charges and fast delivery.

**Advanced Wire and Cable**
www.advancedwire.com
All Types- Military, Commercial Wire, Cable, Tubing, Sleeving.


AdChoices ▷


KANSAS - IF YOUR CAR IS OVER 3 YEARS OLD, YOU ARE BEING RIPPED OFF BY NOT USING THIS ONE RIDICULOUSLY EASY TRICK

The Government is forcing drivers to purchase auto insurance. Drivers who use this trick are able to get their insurance for about $455 less per year. Insurance companies hate the trick because if it got out it would cost them millions Don't get ripped off by your auto insurance company, learn the trick.

Click Your Age:

| Under 18 | 19-25 | 26-35 | 36-45 |
| 46-55 | 56-65 | 66-75 | Over 75 |