# EXHIBIT  E



**Dennis J. Conniff**
Member
502.568.0398 (t)
502.581.1087 (f)
dconniff@fbtlaw.com

April 30, 2013

Gary D. Justis
Ambereen Shaffie
Justis Law Firm LLC
5251 West 116 Place
Suite 200
Leawood, Kansas 66211-7820

   Re: **America Fujikura Ltd.**
      **LWD PRP Group v. AK Steel Corporation, et al.**
      **Civil Action #5:12-CV-00127-M**

Dear Mr. Justis:

   I am writing on behalf of my client, America Fujikura Ltd. (AFL).

   In Paragraph 66 of the Second Amended Complaint you have filed on behalf of the LWD PRP Group in the above-referenced action, AFL is erroneously alleged to be the successor to Texas Magnet Wire Company. As your firm has previously been informed by AFL, there is no connection between AFL and Texas Magnet Wire Company. The lack of any such connection is demonstrated by the documents that your firm has provided to AFL to support the allegation made in the Second Amended Complaint. Consequently, I am writing to request that the LWD PRP Group voluntarily agree to dismiss AFL from the above-referenced action and to do so immediately. AFL wants to avoid the time and expense of having to file a motion to dismiss due to having been misjoined in this action.

   AFL should be dismissed from the above-referenced action for these reasons. All of the information to support these reasons is contained in the documents that your firm has provided to AFL, or is easily available to you by an internet search.

   In 1984, AFL was formed by Alcoa, Inc. and Fujikura Ltd. as Alcoa Fujikura Ltd. AFL was then headquartered in Tennessee, but has always conducted its manufacturing operations in Duncan, South Carolina. In 2005, Fijikura Ltd. assumed 100% ownership of AFL, changed the name to America Fujikura Ltd., and moved the AFL headquarters to Duncan, South Carolina.

   In 1988, Fijikura Ltd. and Rea Magnet Wire Company (Rea) formed Texas Magnet Wire Company as a joint venture. The manufacturing operations of Texas Magnet Wire have always been conducted in El Paso, Texas. In 1993, the assets of Texas Magnet Wire were sold by

Justis Law Firm LLC
April 25, 2013
Page 2

Fujikura and Rea to Phelps Dodge Magnet Wire Company.  Texas Magnet Wire continued to exist as a company until at least 1994, more than two years after the LWD reports indicate that Texas Magnet Wire sent waste to the LWD site.

AFL and Texas Magnet Wire have always been separate companies, and have always conducted separate manufacturing operations making different products.  AFL and Texas Magnet Wire had some common ownership by Fujikura Ltd., but were also partially owned by different entities.  As noted in the documents that you provided to AFL, Fujikura Ltd. is a currently existing company.  The fact that AFL is owned by Fujikura Ltd. does not make AFL the legal successor to Texas Magnet Wire.

The sole nexus between AFL and Texas Magnet Wire established by the documents you have provided is that the two separate legal entities shared an address in Brentwood, Tennessee in the early 1990s.  The mere sharing of an address does not make AFL the legal successor to Texas Magnet Wire.

Unless you are able to provide more tangible evidence to establish that AFL is the legal successor to Texas Magnet Wire, you should agree to voluntarily dismiss AFL from the above-referenced action.  If you agree to voluntarily dismiss AFL, I am prepared to enter into a Joint Motion of Dismissal for submittal to the Court.  If you do not agree to voluntarily dismiss AFL, I request a detailed explanation of the reasons why you will not.  That explanation must include something more than the information contained in the documents you have already provided to AFL to demonstrate that AFL is the legal successor to Texas Magnet Wire.

Please contact me if you have any questions.  I will call you to discuss this.

Sincerely,

Dennis J. Conniff

Copies to:     Grant Burns, General Counsel, AFL
               170 Ridgeview Center Drive
               Duncan, South Carolina 29334

               W. Fletcher McMurry Schrock
               McMurry & Livingston, PLLC
               P.O. Box 1700
               Paducah, Kentucky 42002-1700

LOULibrary 0126770.0605483  1457111v1