# EXHIBIT F



# THE JUSTIS LAW FIRM LLC

Ambereen Shaffie
Direct Dial: (913) 998-6106
ashaffie@justislawfirm.com

May 17, 2013

**VIA EMAIL**

Dennis J. Conniff, Esq.
Frost Brown Todd LLC
400 West Market Street
32nd Floor
Louisville, Kentucky 40202
dconniff@fbtlaw.com

Re: LWD Incinerator Site; America Fujikura Ltd.

Dear Mr. Conniff:

In response to your correspondence dated April 30, 2013, please see the information below which connects America Fujikura Ltd. ("AFL") to the waste stream EPA has attributed to "Texas Magnet Wire Co. (TXD987986908) - TX." According to EPA documentation, Texas Magnet Wire Co. ("Texas Magnet") transported 41,968 lbs. of manifested waste containing hazardous substances to the LWD Incinerator Site in 1990 and 196,464 lbs. of manifested waste containing hazardous substances to the LWD Incinerator Site in 1991. Please find the attached documents pertaining to Texas Magnet as follows: LWD Site Database Listings Summary (p.1943) (located on our firm website); year 1990 Hazardous Waste Annual Report (p.13); and year 1991 Hazardous Waste Annual Report (p.12).

Based on the following information, AFL appears to be the successor to Texas Magnet. As you stated in your correspondence, Texas Magnet was originally formed as a joint venture between Rea Magnet Wire Company and Fujikura Ltd., in 1988. Texas Magnet was a magnet wire manufacturer. Environmental Protection Agency records for Texas Magnet show that Kichizo Ito was the President of Texas Magnet. During the applicable time period, Fujikura Ltd. was the majority owner of Texas Magnet. Records indicate that Kichizo Ito was also employed by Fujikura Ltd. Although, Texas Magnet was based in El Paso, Texas, their registered agent was Fujikura, 105 Westpark Drive, Brentwood, Tennessee. As you have also stated, Phelps Dodge Magnet Wire Company purchased Texas Magnet from Rea Magnet Wire Company and Fujikura Ltd., in 1994. In 2006, Rea Magnet Wire Company purchased the assets of Phelps Dodge Magnet Wire Company.

America Fujikura Ltd.
May 17, 2013
Page 2

Fujikura Ltd. is a viable international corporation based in Japan, and America Fujikura Ltd. is a subsidiary. America Fujikura Ltd. is a fiber optic cable, conductors, cooper apparatus, aluminum clad wire, and rail transit system manufacturer, now located in South Carolina.

As you also stated, Alcoa Fujikura Ltd., which held two divisions; AFL Telecommunications and AFL Automotive, was formed in 1984 as a joint venture, between Fujikura Ltd. and Aluminum Company of America. Corporate Annual Reports produced by Fujikura Ltd., show Alcoa Fujikura Ltd.'s business address as 105 Westpark Drive, Brentwood, Tennessee, as of 2000. AFL Telecommunications was a optical ground wire manufacturer, based in Nashville, Tennessee. In 2005, Fujikura Ltd. obtained complete ownership of AFL Telecommunications, and moved their headquarters to Duncan, South Carolina. AFL Telecommunications is now also known as America Fujikura Ltd.

In summary, America Fujikura Ltd. shares the following with Texas Magnet Wire Co.:

- Both entities were manufacturers of copper and/or aluminum apparatus/wire.

- Alcoa Fujikura Ltd., now known as America Fujikura Ltd., shared the same business address of 105 Westpark Dr., Brentwood, Tennessee.

- Alcoa Fujikura Ltd., now known as America Fujikura Ltd., was in operation during the applicable time period.

- Both entities were owned by Fujikura Ltd.

- At least one employee (Texas Magnet's President, Kichizo Ito)

Based on the "continuity of business enterprise" theory of corporate successor liability, the entity we named, America Fujikura Ltd., is responsible for the waste stream in question.

Courts consistently hold successor corporations liable for CERCLA claims. *Anspec Co. v. Johnson Controls, Inc.*, 922 F.2d 1240, 1247 (6th Cir. 1991). The law dictates that an asset purchaser will retain liability of its predecessor if the successor is "merely continuing the corporation's business." *Gould, Inc. v. A & M Battery & Tire Serv.*, 950 F. Supp. 653, 656 (M.D. Pa. 1997). Courts have considered the following factors when determining successor liability: retention of similar managing personnel, employees, physical location, retention of similar assets, production of the same product, etc. *Id.* The purpose of this theory is to "preclude CERCLA-responsible parties from using corporate formalities to escape liability." *Id.* at 657. To our knowledge, almost all of the factors that aid in demonstrating continuity of business enterprise are present here. America Fujikura Ltd. and Texas Magnet at one time shared similar managing personnel or employees, the same physical location, and production of the same product.

Therefore, at this time we will not voluntarily dismiss America Fujikura Ltd. Please note that the previous $25,000 settlement offer was non-negotiable. The offer is set and determined

America Fujikura Ltd.
May 17, 2013
Page 3

based on multiple factors, including the allocation of waste attributed to AFL (per the EPA documentation provided to you), the orphan share of defunct PRPs whose share must be spread across all remaining PRPs (which is ever-growing), the estimated future costs of the cleanup to be incurred by the State of Kentucky / EPA ($21.6 million), and the premium of a cash buyout offer with indemnity against future actions related to the Site. The offer has long since expired; however, we are authorized to re-offer it to AFL if it will settle quickly before the LWD PRP Group incurs significant litigation costs. Accordingly, a Settlement Agreement with a June 14, 2013 deadline is attached. If you accept, we will execute the Settlement Agreement on our end and send it to you. Upon receiving AFL's check and signed Agreement, we will promptly file a notice of dismissal with prejudice with the Court and send you a final file-stamped copy (per Section 4 of the Agreement which includes our obligation to dismiss your entity upon receipt of settlement and payment), which will conclude the matter for AFL.

Very truly yours,

THE JUSTIS LAW FIRM, LLC

By: *[signature]*

Ambereen Shaffie, Esq.

Attachments:

- LWD Database (p.1943)
- 1990 Hazardous Waste Annual Report (p.13)
- 1991 Hazardous Waste Annual Report (p.12)
- Company History of Texas Magnet Wire Company
- 1988 Texas Magnet Wire Company Foreign Investor
- Environmental Protection Agency Envirofacts for Texas Magnet Wire Company
- Kichizo Ito Patent Records for Fujikura Ltd.
- Rea Magnet Wire Company Press Release, dated November 2, 1988
- Texas Comptroller Records for Texas Magnet Wire Company
- Phelps Dodge Magnet Wire Company Press Release, dated March 1, 1994
- Phelps Dodge Corporation Press Release
- Fujikura Ltd. List of American Subsidiaries
- America Fujikura Ltd. Timeline
- Fujikura Ltd. Corporate Annual Report for 2000
- Settlement Agreement