UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

LWD PRP GROUP, )
)
Plaintiff, )
)
v. ) Civil Action No. 5:12-cv-00127-M
)
AK STEEL CORPORATION, et al., )
)
Defendant. )
)

## ORDER

This matter having come before the Court on Defendant America Fujikura Ltd.'s Rule 12(b)(6) Motion to Dismiss the Second Amended Complaint, the Court having considered the briefs and arguments of the parties, and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Defendant America Fujikura Ltd.'s Rule 12(b)(6) Motion to Dismiss the Second Amended Complaint is hereby GRANTED, and the Second Amended Complaint against America Fujikura Ltd. is DISMISSED WITH PREJUDICE.

This is a final and appealable Order.

Dated: _____

_____
U.S. District Judge

Prepared by:

/s/ Dennis J. Conniff
Dennis J. Conniff
Emily C. McKinney
Frost Brown Todd LLC
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202
(502) 589-5400
(502) 581-1087 (fax)

*Counsel for America Fujikura Ltd.*