# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| **Plaintiff,** | ) ) ) ) |
| v. | ) ) Civil Action No. 5:12-CV-00127-JHM-HBB |
| **ACF INDUSTRIES, LLC, ET AL.,** | ) ) |
| **Defendants.** | ) ) |

## MOTION TO DISMISS PURSUANT TO RULE 12(B)(6)

Defendant Dresser-Rand Company ("Dresser-Rand"), by counsel and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby moves this Court to dismiss all the claims brought by the Plaintiff, LWD PRP Group.

There are no possible claims available to the Plaintiff under the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"). First, Plaintiff cannot pursue its alleged claim under CERCLA § 107(a). Such a claim is precluded by the CERCLA § 113(f) claim that was otherwise available to the purported members of the Plaintiff following their execution of a settlement agreement with the United States Environmental Protection Agency ("USEPA"). However, that Section 113(f) claim is now time-barred pursuant to CERCLA § 113(g), which places a three-year statute of limitations on contribution claims from the date of settlement. Plaintiff's related claims under state law and for declaratory relief are subject to dismissal on substantially the same grounds. Further, to the extent that the Plaintiff

alleges damages pursuant to as yet unconsummated negotiations with USEPA, or the Kentucky Department of Environmental Protection, those claims are either expressly not yet available to Plaintiff or are otherwise not yet ripe for judicial review. Finally, because the named Plaintiff has not incurred (within the meaning of the statute) or otherwise paid any recoverable costs under CERCLA, the Plaintiff cannot pursue the claims it asserts in this current litigation.

Additionally, Plaintiff claims that it "filed its claims against the non-*de-minimis* Moving Defendants within the proper limitations period, as extended by such tolling agreements." *Pl.'s Response*, DN 914, at 15 (emphasis added). Even if the Tolling Agreement [DN 914-3] had the effect of extending the statute of limitations for the parties within the Joint Defense Group ("JDG"), Dresser-Rand was not a party to that or any other tolling agreement. On Plaintiff's own admission, absent the Tolling Agreement, Plaintiff had until September 29, 2012, to add Dresser-Rand as a named defendant. *Pl.'s Response*, DN 914, at 22. Dresser-Rand was not named as a defendant until January 30, 2013, the date Plaintiff filed its First Amended Complaint [DN 581]. Therefore, Plaintiff's claims against Dresser-Rand must be dismissed with prejudice because Plaintiff failed to timely add Dresser-Rand as a named defendant.

In support of this Motion, Dresser-Rand incorporates by reference, as if fully stated herein, the arguments presented by other Defendants in their Motion to Dismiss and accompanying Memorandum and exhibits filed on April 8, 2013 [DN 776], as well as the arguments in their Reply to Plaintiff's Response in Opposition to Motion to Dismiss Pursuant to Rule 12(b)(6) filed on June 28, 2013 [DN 935]. An Order granting this Motion is attached hereto for the Court's convenience.

7627143_2 118357.0179

Respectfully submitted,

*/s/ Thomas L. Rosenberg*
Stephen S. Schmidt (KY 95063)
sschmidt@ralaw.com
Roetzel & Andress, LPA
310 Chiquita Center
250 East Fifth Street
Cincinnati, Ohio 45202
Telephone: 513.361.8298
Facsimile: 513.361.0335

Of Counsel:

Thomas L. Rosenberg (OH 0024898)
trosenberg@ralaw.com
Roetzel & Andress, LPA
PNC Plaza, Twelfth Floor
155 East Broad Street
Columbus, Ohio 43215
Telephone: 614.463.9770
Facsimile: 614.463.9792

*Attorneys for Defendant Dresser-Rand Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of January, 2014, a copy of the foregoing **MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)** was filed via this Court's electronic filing system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

*/s/ Thomas L. Rosenberg*
Thomas L. Rosenberg (OH 0024898)
*Attorney for Defendant Dresser-Rand Company*

7627143 _2 118357.0179