**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION**

| | | |
|---|---|---|
| **LWD PRP GROUP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 5:12-CV-00127-** |
| | ) | **JHM-HBB** |
| **ACF INDUSTRIES, LLC, ET AL.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

Defendant Dresser-Rand Company having moved the Court to dismiss the Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), the Plaintiff having responded thereto, and the Court otherwise being sufficiently advised,

**IT IS SO ORDERED.**

The Motion of the Defendant is **GRANTED**. All claims against said Defendant Dresser-Rand Company are hereby dismissed with prejudice. This Order shall be binding upon the named Plaintiff as well as its member companies.

7938083 _1  118357.0168