**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 5:12-CV-00127-JHM |
| **ACF INDUSTRIES LLC, et al.** | ) |
| Defendants. | ) |

**ORDER DENYING MOTION TO DISMISS**

This matter is before the Court on a Motion to Dismiss filed by Defendant America Fujikura Ltd (DN 957). In consideration of the Motion to Dismiss, Plaintiff's Response to the Motion to Dismiss, and the entire record herein,

**IT IS HEREBY ORDERED** that the Motion to Dismiss is **DENIED.**

**SO ORDERED** this _____ day, _____ 2013.

_____
SENIOR JUDGE MCKINLEY
United States District Court