**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION**

| | | |
|---|---|---|
| **LWD PRP GROUP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 5:12-CV-127-** |
| | ) | **JHM-HBB** |
| **ACF INDUSTRIES LLC, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT DRESSER-RAND
COMPANY'S RULE 12(b)(6) MOTION TO DISMISS**

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel, respectfully submits the following Response to the Rule 12(b)(6) Motion to Dismiss ("Motion to Dismiss") filed by Defendant Dresser-Rand Company ("Dresser-Rand") (DN 958).   In its Motion to Dismiss, Dresser-Rand incorporates by reference the arguments from a Rule 12(b)(6) Motion to Dismiss and its accompanying Memorandum (DN 776), filed on April 8, 2013 by a group of defendants, which was amended through a motion to strike and replace, which the Court granted on April 15, 2013 (DN 849 and DN 853).

As such, for its response, LWD PRP Group incorporates by reference the citations and arguments stated in its omnibus Response to Defendants' Rule 12(b)(6) Motion to Dismiss, filed on May 31, 2013 (DN 914).

Dated:    January 29, 2014            Respectfully submitted,

/s/ Gary D. Justis
Gary D. Justis              admitted *pro hac vice*
Joshua L. Bailey            admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, KS  66211-7820
Telephone:  (913) 998-6100
Facsimile:  (913) 998-6101
Email:  gjustis@justislawfirm.com
              jbailey@justislawfirm.com

and

W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, KY  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2014, a copy of the foregoing Plaintiff's Response to

Defendant Dresser-Rand Company's Rule 12(b)(6) Motion To Dismiss was filed electronically.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's Electronic Case Filing System.

/s/ Gary D. Justis
Gary D. Justis