# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 5:12-CV-00127-JHM-HBB |
| **ACF INDUSTRIES LLC, et al.** | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER DENYING MOTION TO DISMISS

This matter is before the Court on a Motion to Dismiss by Defendant Dresser-Rand Company ("Motion to Dismiss") (DN 958). In consideration of the Motion to Dismiss, Plaintiff's Response to the Motion to Dismiss, and the entire record herein,

**IT IS HEREBY ORDERED** that the Motion to Dismiss is **DENIED.**

**SO ORDERED** this _____ day, _____ 2014.

_____
SENIOR JUDGE MCKINLEY
United States District Court