**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION**

| | |
|---|---|
| **LWD PRP GROUP,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **ACF INDUSTRIES LLC, et al.** ) <br> ) <br> **Defendants.** ) <br> ) | **Civil Action No. 5:12-CV-00127-JHM-HBB** |

### MOTION TO DISMISS DEFENDANTS COVIDIEN LTD. AND COVALENCE SPECIALTY ADHESIVES LLC WITH PREJUDICE

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), respectfully moves this Court for an appropriate Order which dismisses Covidien Ltd. ("Covidien") and Covalence Specialty Adhesives LLC ("Covalence Specialty Adhesives") with prejudice from this cause. In support of this Motion, Plaintiff states as follows:

1. On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery, contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several defendants (DN 1). On January 30, 2013, Plaintiff filed a First Amended Complaint, naming Covidien and Covalence Specialty Adhesives as additional defendants, among others (DN 581). On March 29, 2013, Plaintiff filed a Second Amended Complaint against all defendants (DN 758).

2. Plaintiff has entered into a confidential settlement agreement with Covidien and Covalence Specialty Adhesives, which settle all claims between Plaintiff and these two settling defendants for a sum certain and other valuable consideration exchanged between the parties.

3.	Under the terms of the settlement agreement with Covidien, Plaintiffs further agreed to file a motion to dismiss Covidien and Covalence Specialty Adhesives as defendants from this cause with prejudice, each party to bear its own costs.

4.	A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing Covidien and Covalence Specialty Adhesives from this cause with prejudice, each party to bear its own costs, and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated:  February 13, 2014					Respectfully submitted,


*/s/* Gary D. Justis
Gary D. Justis			admitted *pro hac vice*
Joshua L. Bailey		admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, KS  66211-7820
Telephone:  (913) 998-6100
Facsimile:  (913) 998-6101
Email:  gjustis@justislawfirm.com
Email:  jbailey@justislawfirm.com

	and

W. Fletcher McMurry Schrock (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone: (270) 443-6511
Facsimile: (270) 443-6548
Email: fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP


## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2014, a copy of the foregoing Motion to Dismiss Covidien Ltd. and Covalence Specialty Adhesives LLC with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

/s/ Gary D. Justis
Gary D. Justis