IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 5:12-CV-00127-JHM-HBB |
| ACF INDUSTRIES LLC, et al. | ) ) ) |
| Defendants. | ) ) |

**ORDER**

Upon the Motion to Dismiss Defendants Covidien Ltd. ("Covidien") and Covalence Specialty Adhesives LLC ("Covalence Specialty Adhesives") with Prejudice, and for good cause shown, Covidien and Covalence Specialty Adhesives are dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED this _____ day of _____ 2014.

_____
CHIEF JUDGE MCKINLEY
United States District Court