**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION**

| | | |
|---|---|---|
| **LWD PRP GROUP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 5:12-CV-00127-** |
| | ) | **JHM-HBB** |
| **ACF INDUSTRIES LLC, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**MOTION TO DISMISS DEFENDANT
CITGO PETROLEUM CORP. WITH PREJUDICE**

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal

Rule of Civil Procedure 41(a)(2), respectfully moves this Court for an appropriate Order which

dismisses CITGO Petroleum Corp. with prejudice from this cause.  In support of this Motion,

Plaintiff states as follows:

1.      On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery,

contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several

defendants (DN 1).  On January 30, 2013, Plaintiff filed a First Amended Complaint, naming

CITGO as an additional defendant, among others (DN 581).  On March 29, 2013, Plaintiff filed a

Second Amended Complaint against all defendants (DN 758).

2.      Plaintiff has entered into a confidential settlement agreement with CITGO, which

settle all claims between Plaintiff and CITGO for a sum certain and other valuable consideration

exchanged between the parties.

3.      Under the terms of the settlement agreement with CITGO, Plaintiff agreed to file a motion to dismiss CITGO as a defendant from this cause with prejudice, each party to bear its own costs.

4.      A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing CITGO from this cause with prejudice, each party to bear its own costs, and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated:  February 13, 2014                    Respectfully submitted,


*/s/* Gary D. Justis
Gary D. Justis                       admitted *pro hac vice*
Joshua L. Bailey                     admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, KS  66211-7820
Telephone:  (913) 998-6100
Facsimile:  (913) 998-6101
Email:  gjustis@justislawfirm.com
Email:  jbailey@justislawfirm.com

        and

W. Fletcher McMurry Schrock (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone: (270) 443-6511
Facsimile: (270) 443-6548
Email: fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP
GROUP

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 13, 2014, a copy of the foregoing Motion to Dismiss CITGO Petroleum Corp. with Prejudice was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's Electronic Case Filing System.

*/s/* Gary D. Justis
Gary D. Justis