# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 5:12-CV-00127-JHM-HBB |
| ACF INDUSTRIES LLC, et al. | ) |
| Defendants. | ) |

## ORDER

Upon the Motion to Dismiss Defendants Covidien Ltd. ("Covidien") and Covalence Specialty Adhesives LLC ("Covalence Specialty Adhesives") with Prejudice, and for good cause shown, Covidien and Covalence Specialty Adhesives are dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED

*Joseph H. McKinley*

Joseph H. McKinley, Jr., Chief Judge
United States District Court

February 14, 2014