UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12CV-127-M

LWD PRP GROUP                                                                                                  PLAINTIFF

v.

ACF INDUSTRIES, LLC, et al.                                                        DEFENDANTS

**ORDER**

This matter having come before the Court on the Motion of the Defendants set forth in the attached Exhibit A for reconsideration, or alternatively, to certify the matter for interlocutory appeal and/or stay the matter pending completion of an appeal currently pending before the Sixth Circuit, and the Court being otherwise sufficiently advised,

**IT IS ORDERED:**

The Motion of the Defendants is **GRANTED**. The Court hereby sets aside its Memorandum Opinion and Order of February 7, 2014, and for the reasons stated in the Defendants' motion, dismisses the Plaintiff's Section 113 contribution claim arising from the 2007 ASAOC.

cc:      Counsel of record