# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 5:12-CV-00127-JHM-HBB |
| **ACF INDUSTRIES LLC, et al.** | ) |
| **Defendants.** | ) |

## MOTION TO DISMISS DEFENDANT
## MOMENTIVE SPECIALTY CHEMICALS INC. WITH PREJUDICE

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), respectfully moves this Court for an appropriate Order which dismisses Momentive Specialty Chemicals Inc. ("Momentive Specialty") with prejudice from this cause. In support of this Motion, Plaintiff states as follows:

1.  On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery, contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several defendants (DN 1). On January 30, 2013, Plaintiff filed a First Amended Complaint, naming Momentive Specialty as an additional defendant, among others (DN 581). On March 29, 2013, Plaintiff filed a Second Amended Complaint against all defendants (DN 758).

2.  Momentive Specialty was one of the defendants who filed a Rule 12(b)(6) motion to dismiss Plaintiff's Second Amended Complaint (Doc. 776), which the Court denied on February 7, 2014 (Doc. 961).

3. Plaintiff has entered into a confidential settlement agreement with Momentive Specialty, which settle all claims between Plaintiff and Momentive Specialty for a sum certain and other valuable consideration exchanged between the parties.

4. Under the terms of the settlement agreement with Momentive Specialty, Plaintiff agreed to file a motion to dismiss Momentive Specialty as a defendant from this cause with prejudice, each party to bear its own costs.

5. A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing Momentive Specialty from this cause with prejudice, each party to bear its own costs, and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated:  February 21, 2014			Respectfully submitted,


			/s/ Gary D. Justis
			Gary D. Justis		admitted *pro hac vice*
			Joshua L. Bailey		admitted *pro hac vice*
			THE JUSTIS LAW FIRM LLC
			5251 W. 116th Place, Suite 200
			Leawood, KS  66211-7820
			Telephone:  (913) 998-6102
			Facsimile:  (913) 998-6101
			Email:  gjustis@justislawfirm.com
			Email:  jbailey@justislawfirm.com

				and

			W. Fletcher McMurry Schrock (Ky. Bar# 62283)
			MCMURRY & LIVINGSTON, PLLC
			333 Broadway, 7th Floor
			P.O. Box 1700
			Paducah, Kentucky  42002-1700
			Telephone: (270) 443-6511
			Facsimile: (270) 443-6548
			Email: fletch@ml-lawfirm.com

			ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

3

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 21, 2014, a copy of the foregoing Joint Motion to Dismiss Momentive Specialty Chemicals Inc. with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

                                                                                       */s/* Gary D. Justis
                                                                                      Gary D. Justis