**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION**

| | | |
|---|---|---|
| **LWD PRP GROUP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 5:12-CV-00127-** |
| | ) | **JHM-HBB** |
| **ACF INDUSTRIES LLC, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**ORDER**

Upon the Motion to Dismiss Defendant Momentive Specialty Chemicals Inc. with

Prejudice, and for good cause show, Momentive Specialty Chemicals Inc. is dismissed from this

cause with prejudice, each party to bear its own costs.

SO ORDERED this _____ day of _____ 2014.


_____

CHIEF JUDGE MCKINLEY
United States District Court