# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) Civil Action No. 5:12-CV-00127-JHM-HBB |
| **ACF INDUSTRIES LLC, et al.** | ) ) ) |
| **Defendants.** | ) ) |

## MOTION TO DISMISS DEFENDANT
## W.R. GRACE & CO. WITH PREJUDICE

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), respectfully moves this Court for an appropriate Order which dismisses W.R. Grace & Co. ("W.R. Grace") with prejudice from this cause. In support of this Motion, Plaintiff states as follows:

1. On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery, contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several defendants, including W.R. Grace (DN 1). On January 30, 2013, Plaintiff filed a First Amended Complaint, which added new defendants (DN 581). On March 29, 2013, Plaintiff filed a Second Amended Complaint against all defendants (DN 758).

2. W.R. Grace filed a "Suggestion of Bankruptcy Regarding W.R. Grace & Co." on December 27, 2012 (Doc. 459).

3. Plaintiff has entered into a confidential settlement agreement with W.R. Grace, which has been approved in W.R. Grace's bankruptcy proceeding, and which settle all claims

between Plaintiff and W.R. Grace for a sum certain already received by Plaintiff, and for other valuable consideration exchanged between the parties.

4. Under the terms of the settlement agreement with W.R. Grace, Plaintiff agreed to file a motion to dismiss W.R. Grace as a defendant from this cause with prejudice, each party to bear its own costs.

5. A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing W.R. Grace from this cause with prejudice, each party to bear its own costs, and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated:  February 24, 2014      Respectfully submitted,

*/s/* Gary D. Justis
Gary D. Justis      admitted *pro hac vice*
Joshua L. Bailey      admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, KS  66211-7820
Telephone:  (913) 998-6102
Facsimile:  (913) 998-6101
Email:  gjustis@justislawfirm.com
Email:  jbailey@justislawfirm.com

and

W. Fletcher McMurry Schrock (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone: (270) 443-6511
Facsimile: (270) 443-6548
Email: fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

3

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 24, 2014, a copy of the foregoing Motion to Dismiss W.R. Grace & Co. with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

                                                          */s/* Gary D. Justis
                                                          Gary D. Justis