**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**

| | | |
|---|---|---|
| **LWD PRP GROUP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 5:12-CV-00127-** |
| | ) | **JHM-HBB** |
| **ACF INDUSTRIES LLC, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**ORDER**

Upon the Motion to Dismiss Defendant Momentive Specialty Chemicals Inc. with

Prejudice, and for good cause show, Momentive Specialty Chemicals Inc. is dismissed from this

cause with prejudice, each party to bear its own costs.

SO ORDERED t

**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

February 24, 2014