# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 5:12-CV-00127-JHM-HBB |
| ACF INDUSTRIES LLC, et al. | ) |
| Defendants. | ) |

## ORDER

Upon the Motion to Dismiss Defendant W.R. Grace & Co. with Prejudice, and for good cause show, W.R. Grace & Co. is dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED

*[signature]*
**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

February 24, 2014