# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) **Civil Action No. 5:12-CV-00127-** <br> **ACF INDUSTRIES LLC, et al.** ) **JHM-HBB** <br> ) <br> **Defendants.** ) <br> ) | |

## MOTION TO DISMISS DEFENDANTS
## EVERETT SMITH GROUP, LTD. AND EAGLE OTTAWA LLC WITH PREJUDICE

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), respectfully moves this Court for an appropriate Order which dismisses Everett Smith Group, Ltd. ("Everett Smith") and Eagle Ottawa LLC ("Eagle Ottawa") with prejudice from this cause. In support of this Motion, Plaintiff states as follows:

1. On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery, contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several defendants (DN 1). On January 30, 2013, Plaintiff filed a First Amended Complaint, naming Everett Smith and Eagle Ottawa as additional defendants, among others (DN 581). On March 29, 2013, Plaintiff filed a Second Amended Complaint against all defendants (DN 758).

2. Everett Smith and Eagle Ottawa were two of the defendants who filed a Rule 12(b)(6) motion to dismiss Plaintiff's Second Amended Complaint (Doc. 776), which the Court denied on February 7, 2014 (Doc. 961).

3. Plaintiff has entered into a confidential settlement agreement with Everett Smith and Eagle Ottawa, which settle all claims between Plaintiff and Everett Smith and Eagle Ottawa for a sum certain and other valuable consideration exchanged between the parties.

4. Under the terms of the settlement agreement with Everett Smith and Eagle Ottawa, Plaintiff agreed to file a motion to dismiss Everett Smith and Eagle Ottawa as defendants from this cause with prejudice, each party to bear its own costs.

5. A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing Everett Smith and Eagle Ottawa from this cause with prejudice, each party to bear its own costs, and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated: February 27, 2014 Respectfully submitted,

/s/ Gary D. Justis
Gary D. Justis admitted *pro hac vice*
Joshua L. Bailey admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, KS 66211-7820
Telephone: (913) 998-6102
Facsimile: (913) 998-6101
Email: gjustis@justislawfirm.com
Email: jbailey@justislawfirm.com

and

W. Fletcher McMurry Schrock (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky 42002-1700
Telephone: (270) 443-6511
Facsimile: (270) 443-6548
Email: fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 27, 2014, a copy of the foregoing Motion to Dismiss Everett Smith Group, Ltd. and Eagle Ottawa LLC with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

                                            */s/* Gary D. Justis
                                            Gary D. Justis