### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF KENTUCKY
### OWENSBORO DIVISION

| | | |
|---|---|---|
| **LWD PRP GROUP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 5:12-CV-00127-JHM-HBB** |
| | ) | |
| **ACF INDUSTRIES LLC, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

### ORDER

Upon the Motion to Dismiss TriMas Corp. and Rieke Corp. with Prejudice, and for good cause shown, TriMas Corp. and Rieke Corp. are dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED

**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

February 26, 2014