**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION**

| | | |
|---|---|---|
| **LWD PRP GROUP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 5:12-CV-00127-** |
| | ) | **JHM-HBB** |
| **ACF INDUSTRIES LLC, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**ORDER**

Upon the Motion to Dismiss ECOFLO, Inc. with Prejudice, and for good cause shown,

ECOFLO, Inc. is dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED

_Joseph H. McKinley_

**Joseph H. McKinley, Jr., Chief Judge
United States District Court**

February 26, 2014