IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 5:12-CV-00127-JHM-HBB |
| ACF INDUSTRIES LLC, et al. | ) ) ) |
| Defendants. | ) ) |

## ORDER

Upon the Motion to Dismiss Everett Smith Group, Ltd. and Eagle Ottawa LLC with Prejudice, and for good cause shown, Everett Smith Group, Ltd. and Eagle Ottawa LLC are dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED

Joseph H. McKinley, Jr., Chief Judge
United States District Court

February 28, 2014