IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
|        Plaintiff, | ) ) ) |
| v. | )   Case No. 5:12-CV-127-R |
| ACF INDUSTRIES LLC, *et al.*, | ) ) ) |
|        Defendants. | ) ) |

### NOTICE AND REQUEST FOR REMOVAL FROM SERVICE LIST

NOW COMES Defendant, W.R. Grace & Co. ("Grace"), by counsel, and hereby provides notice and a request for removal from the service list in this case. By Order of the Court, W.R. Grace & Co. was dismissed from the above case, so no further service upon W.R. Grace & Co. is required. Please remove the following e-mail addresses from the CM/ECF system: edwyer@hddattorneys.com, abuhl@hddattorneys.com, and myounker@hddattorneys.com.

By: /s/ Edward W. Dwyer

Edward W. Dwyer
Admitted *Pro Hac Vice*
HODGE DWYER & DRIVER
3150 Roland Avenue
Post Office Box 5776
Springfield, Illinois  62705-5776
edwyer@hddattorneys.com
Attorney for Defendant
W.R. GRACE & CO.

Date:  March 3, 2014

Case No. 5:12-CV-127-R

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing NOTICE AND REQUEST FOR REMOVAL FROM SERVIC LIST with the Clerk of the Court by using the CM/ECF system on this 3rd day of March 2014, which will send a notice of electronic filing to all counsel of record in this action;

-and-

I further certify that the foregoing documents will be served upon the following non-CM/ECF participants:

Madelaine R. Berg
9040 N. Flying Butte
Fountain Hills, AZ 85268

Christopher A. Verducci
Locke Lord LLP
2800 JP Morgan Chase Tower, 600 Travis
Houston, TX 77002

Craig L. Wenstock
Locke Lord LLP
2800 JP Morgan Chase Tower, 600 Travis
Houston, TX 77002

Ken Holloway
Relocatable Confinement Facilities
1175 Weyand
Dixon, CA 95620

John J. McAleese, III
Morgan Lewis & Bockius LLP - Philadelphia
1701 Market Street
Philadelphia, PA 19103

Richard S. Kuhl
Michigan Attorney General Office
525 W. Ottawa, 6th Floor
Lansing, MI 48933

by depositing said documents in the United States Mail, postage prepaid, in Springfield, Illinois, on March 3, 2014:

By: /s/ Edward W. Dwyer