**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION**

| | |
|---|---|
| **LWD PRP GROUP,**              )<br>                                               )<br>        **Plaintiff,**                      )<br>                                               )<br> v.                                           )<br>                                               )<br> **ACF INDUSTRIES LLC, et al.**  )<br>                                               )<br>        **Defendants.**                )<br>                                               ) | Civil Action No. 5:12-CV-00127-JHM-HBB |

**MOTION TO DISMISS DEFENDANT
GEORGIA PACIFIC LLC WITH PREJUDICE**

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), respectfully moves this Court for an appropriate Order which dismisses Georgia Pacific LLC ("Georgia Pacific") with prejudice from this cause. In support of this Motion, Plaintiff states as follows:

1.      On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery, contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several defendants (DN 1). On January 30, 2013, Plaintiff filed a First Amended Complaint, naming Georgia Pacific as an additional defendant, among others (DN 581). On March 29, 2013, Plaintiff filed a Second Amended Complaint against all defendants (DN 758). On February 27, 2014, Plaintiff filed a Third Amended Complaint against the remaining defendants, including Georgia Pacific (DN 985).

2.      Georgia Pacific was one of the defendants who filed a Rule 12(b)(6) motion to dismiss Plaintiff's Second Amended Complaint (Doc. 776), which the Court denied on February 7, 2014 (Doc. 961).

3. Plaintiff has entered into a confidential settlement agreement with Georgia Pacific, which settle all claims between Plaintiff and Georgia Pacific for a sum certain and other valuable consideration exchanged between the parties.

4. Under the terms of the settlement agreement with Georgia Pacific, Plaintiff agreed to file a motion to dismiss Georgia Pacific as a defendant from this cause with prejudice, each party to bear its own costs.

5. A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing Georgia Pacific from this cause with prejudice, each party to bear its own costs, and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated: March 4, 2014          Respectfully submitted,

/s/ Gary D. Justis
Gary D. Justis      admitted *pro hac vice*
Joshua L. Bailey      admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, KS 66211-7820
Telephone: (913) 998-6102
Facsimile: (913) 998-6101
Email: gjustis@justislawfirm.com
Email: jbailey@justislawfirm.com

and

W. Fletcher McMurry Schrock (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky 42002-1700
Telephone: (270) 443-6511
Facsimile: (270) 443-6548
Email: fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2014, a copy of the foregoing Motion to Dismiss Georgia Pacific LLC with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

/s/ Gary D. Justis
Gary D. Justis