IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| LWD PRP GROUP, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ACF INDUSTRIES LLC, et al. )<br>)<br>    Defendants. )<br>) | Civil Action No. 5:12-CV-00127-JHM-HBB |

## ORDER

Upon the Motion to Dismiss Georgia Pacific LLC with Prejudice, and for good cause shown, Georgia Pacific LLC is dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED

*Joseph H. McKinley, Jr.*
Joseph H. McKinley, Jr., Chief Judge
United States District Court

March 5, 2014