# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 5:12-CV-00127-JHM-HBB |
| | ) |
| **ACF INDUSTRIES LLC, et al.** | ) |
| | ) |
|     **Defendants.** | ) |
| | ) |

## MOTION TO DISMISS DEFENDANTS TEXTRON INC. AND TRIUMPH AEROSTRUCTURES, LLC WITH PREJUDICE

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), respectfully moves this Court for an appropriate Order which dismisses Textron Inc. ("Textron") and Triumph Aerostructures, LLC ("Triumph Aerostructures") with prejudice from this cause. In support of this Motion, Plaintiff states as follows:

    1.    On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery, contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several defendants (DN 1). On January 30, 2013, Plaintiff filed a First Amended Complaint, naming Textron and Triumph Aerostructures as additional defendants, among others (DN 581). On March 29, 2013, Plaintiff filed a Second Amended Complaint against all defendants (DN 758). On February 27, 2014, Plaintiff filed a Third Amended Complaint against the remaining defendants, including Textron and Triumph Aerostructures (DN 985).

2. Textron and Triumph Aerostructures were two of the defendants who filed a Rule 12(b)(6) motion to dismiss Plaintiff's Second Amended Complaint (Doc. 776), which the Court denied on February 7, 2014 (Doc. 961).

3. Plaintiff has entered into a confidential settlement agreement with Textron and Triumph Aerostructures, which settle all claims between Plaintiff and Textron and Triumph Aerostructures for a sum certain and other valuable consideration exchanged between the parties.

4. Under the terms of the settlement agreement with Textron and Triumph Aerostructures, Plaintiff agreed to file a motion to dismiss Textron and Triumph Aerostructures as defendants from this cause with prejudice, each party to bear its own costs.

5. A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing Textron and Triumph Aerostructures from this cause with prejudice, each party to bear its own costs, and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated:  March 7, 2014            Respectfully submitted,

                                                      */s/* Gary D. Justis
                                                     Gary D. Justis          admitted *pro hac vice*
                                                       Joshua L. Bailey      admitted *pro hac vice*
                                                     THE JUSTIS LAW FIRM LLC
                                                   5251 W. 116th Place, Suite 200
                                                   Leawood, KS  66211-7820
                                                   Telephone:  (913) 998-6102
                                                   Facsimile:  (913) 998-6101
                                                   Email:  gjustis@justislawfirm.com
                                                   Email:  jbailey@justislawfirm.com

                                                            and

                                                   W. Fletcher McMurry Schrock (Ky. Bar# 62283)
                                                   MCMURRY & LIVINGSTON, PLLC
                                                   333 Broadway, 7th Floor
                                                   P.O. Box 1700
                                                   Paducah, Kentucky  42002-1700
                                                   Telephone: (270) 443-6511
                                                   Facsimile: (270) 443-6548
                                                   Email: fletch@ml-lawfirm.com

                                                   ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 7, 2014, a copy of the foregoing Motion to Dismiss Textron Inc. and Triumph Aerostructures, LLC with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

                                        */s/* Gary D. Justis
                                        Gary D. Justis