UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>ACF INDUSTRIES, LLC, et al. )<br>)<br>Defendants. ) | CIVIL ACTION NO. 5:12-cv-00127-TBR |

### NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT DRESSER-RAND COMPANY

Now comes Defendant Dresser-Rand Company ("DRC"), through counsel, and hereby gives notice pursuant to Local Rule 83.6 (c) that Christopher D. Cathey of Roetzel & Andress, LPA is hereby substituted as counsel for Stephen S. Schmidt of Roetzel & Andress, LPA as counsel for DRC. DRC consents to this substitution.

Please serve case filings on Mr. Christopher D. Cathey at the following address:

        Christopher D. Cathey
        ROETZEL & ANDRESS, LPA
        310 Chiquita Center
        250 E. Fifth Street
        Cincinnati, Ohio 45202
        Tel: 513.361.0200
        Fax: 513.361.0335
        ccathey@ralaw.com

| | |
|---|---|
| /s/ *Christopher D. Cathey* | /s/ *Stephen S. Schmidt* |
| Christopher D. Cathey (89787) | Stephen S. Schmidt (95063) |
| ROETZEL & ANDRESS, LPA | ROETZEL & ANDRESS, LPA |
| 310 Chiquita Center | 310 Chiquita Center |
| 250 E. Fifth Street | 250 E. Fifth Street |
| Cincinnati, Ohio 45202 | Cincinnati, Ohio 45202 |
| Tel: 513.361.0200 | Tel: 513.361.0200 |
| Fax: 513.361.0335 | Fax: 513.361.0335 |
| ccathey@ralaw.com | sschmidt@ralaw.com |
| *Attorney for Defendant Dresser-Rand Company* | |