IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 5:12-CV-00127-JHM-HBB |
| ACF INDUSTRIES LLC, et al. | ) ) |
| Defendants. | ) ) |

## ORDER

Upon the Motion to Dismiss Koch Industries, Inc. and Flint Hills Resources, LP with Prejudice, and for good cause shown, Koch Industries, Inc. and Flint Hills Resources, LP are dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED

*Joseph H. McGinley*

**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

March 11, 2014