# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 5:12-CV-00127-JHM-HBB |
| **ACF INDUSTRIES LLC, et al.** | ) |
| Defendants. | ) |

## ORDER DENYING DEFENDANTS' MOTION FOR RECONSIDERATION OR ALTERNATIVELY MOTION FOR INTERLOCUTORY APPEAL OR MOTION TO STAY PENDING OUTCOME OF APPEAL

This matter is before the Court on the Motion for Reconsideration or alternatively, Motion for Interlocutory Appeal or Motion to Stay Pending Outcome of Appeal [DN 971], which was filed by the remaining members of the Defendants' group whose Motion to Dismiss this case was denied by the Court in its February 17, 2014 Memorandum Opinion and Order [DN 961]. Upon consideration of the Motions for Reconsideration, Interlocutory Appeal and Stay Pending Outcome of Appeal, having been fully briefed by the parties, and the entire record herein,

**IT IS HEREBY ORDERED** that the Motion for Reconsideration, Motion for Interlocutory Appeal, and Motion for Stay Pending Outcome of Appeal [DN 971] are **DENIED.**

**SO ORDERED** this _____day, _____ 2014.

_____
SENIOR JUDGE MCKINLEY
United States District Court