Case No. 13-3273/13-3276

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

HOBART CORPORATION; KELSEY-HAYES COMPANY; NCR CORPORATION

    Plaintiffs - Appellants

v.

WASTE MANAGEMENT OF OHIO, INC., as successor to Industrial Waste Disposal Co., Inc.; BRIDGESTONE FIRESTONE INC, fka Dayton Tire and Rubber Company; CARGILL INC.; DAYTON POWER AND LIGHT COMPANY; MONSANTO COMPANY, nka Pharmacia LLC, a Delaware Limited Liability Company; VALLEY ASPHALT CORPORATION; INDUSTRIAL REALTY GROUP, LLC; JOHN DOE CORPORATION(S), one or more unknown entities

    Defendants - Appellees

Upon consideration of the appellee's motion to continue oral argument,

It is ORDERED that the motion be, and it hereby is, GRANTED.

                                                          ENTERED BY ORDER OF THE COURT
                                                          Deborah S. Hunt, Clerk

Issued: February 12, 2014