UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12CV-127-R

LWD PRP GROUP                                                                                           PLAINTIFF

v.

ACF INDUSTRIES, LLC, et al.                                                                        DEFENDANTS

**MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**
**(Electronically Filed)**

Come the Defendants listed on Exhibit A, by counsel and pursuant to Federal Rule of Civil Procedure 12(b)(6), and move this Court to dismiss all or a portion of the claims brought in the Third Amended Complaint by the Plaintiff, LWD PRP Group.

The Third Amended Complaint admits a portion of the Plaintiff's claimed costs under the 2007 ASAOC are Section 122(h) costs – repayment of costs incurred by the United States Environmental Protection Agency ("USEPA") in cleanup of the LWD Site – and therefore the same are, even under the Plaintiff's construction of CERCLA, barred by the applicable three year statute of limitations. Secondly, to the extent the Third Amended Complaint seeks contribution recovery for payments made to USEPA under the so-called EPA Past Costs AOC II, such claims are barred by the requirements of Section 113(b) of CERCLA. The signatories to the EPA Past Costs AOC II had previously resolved all of their Site liability to USEPA and the applicable statute of limitations, as to such parties, had already expired, making the entirety of the payments under the EPA Past Costs AOC II completely voluntary. As third party liability is a prerequisite of any claim of contribution, as a matter of law, the Plaintiff cannot seek recovery of these costs from these Defendants. Finally, as it cannot be determine which, if any, of the members of the Plaintiff have disproportionately paid common liabilities at the Site, again a prerequisite to claim the benefit of contribution under Section 113(b), the Third Amended Complaint should be dismissed.

1

Defendants tender herewith a memorandum in support of their motion, along with a proposed order granting the requested relief.

>Respectfully submitted,
>
>WHITLOW, ROBERTS, HOUSTON & STRAUB PLLC
>*Attorneys for Defendants*
>
>By:  */s/ J. Duncan Pitchford*
>     J. Duncan Pitchford
>     Nicholas M. Holland
>     300 Broadway
>     Post Office Box 995
>     Paducah, Kentucky 42002-0995
>     Telephone: (270) 443-4516
>     Facsimile: (270) 443-4571
>     dpitchford@whitlow-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of March, 2014, I have filed the foregoing through the CM/ECF system, which will forward an electronic copy to the counsel of record.

I further certify that I have served non-ECF participants via first class mail.

>/s/ J. Duncan Pitchford
>   J. Duncan Pitchford