| Company | 2007 Removal AOC | Past Costs AOC I | Past Cost AOC II |
|---|---|---|---|
| Air Products and Related Companies | X | X | X |
| Akebono Brake Corporation | | X | |
| Akzo Nobel Chemicals, LLC et al | | X | |
| Albaugh, Inc. | X | X | X |
| Alcoa, Inc. on behalf of Rea Magnet Wire | | X | |
| Amak Brake LLC | X | X (as Akebono Brake) | X |
| Ambrake Corporation | X | X (as Akebono Brake) | X |
| Arkema, Inc. | X | X | X |
| Ashland Inc. | X | X | X |
| Atlantic Richfield Company & BP Products | X | X | X |
| BAE Systems Land & Armaments LP | | X | |
| BASF Corporation | | X | X |
| Baxter Healthcare Corporation | | X | |
| Beazer East, Inc. | X | X | X |
| BNSF Railway Co. | | X | |
| Braskem Americas, Inc. | | X | |
| Brown Printing Company | | X | |
| Callaway Chemical Company | | X | |
| Cargill, Inc. | | X | |
| Catlettsburg Refining LLLC | X | | |
| CCP Composites US LLC | | X | |
| Chase Brass & Copper, Inc. | X | X | X |
| Chevron USA; Texacon, Inc. and Union Oil | X | X | X |
| CNA Holdings, Inc. | X | X | X |
| Commonwealth Edison Company | | X | |
| ConocoPhillips Company | X | X | |
| Continental Airlines, Inc. | | X | |
| DanChem Technologies | X | X | X |
| Dart Container Corporation | X | X | X |
| Deere & Company | | X | |
| Del Monte Corporation | | X | |
| Dematic Corp. | | X | |
| Devro, Inc. | | X | |

| | | | |
|---|---|---|---|
| Donaldson Company, Inc. | | X | |
| DRS Technologies, Inc. | | X | |
| DSM Chemicals North America, Inc. | X | X | |
| E.I. Dupont de Nemours and Company | | X | |
| Eastman Kodak Company | X | | |
| EnergyNorth, Inc. | | X | |
| Engineered Air Systems | | X | |
| Enterprise TE Products Pipeline Company LLC | | X | |
| Environmental Enterprises, Inc. | X | X | X |
| Equistar Chemicals, LP | X | | |
| FKI Automotice et al | | X | |
| FMC Corporation | X | X | |
| GenCorp Inc. | | X | |
| General Dynamics Land Systems | | X | |
| General Motors Corporation | X | | |
| Genesco Inc. | | X | |
| Georgia Gulf Corporation | | X | |
| Giant Resource Recovery-Sumter et al | X | X | X |
| Givaudan Flavors Corporation | X | X | X |
| Goodrich Corporation | X | X | X |
| Greif, Inc. | | X | |
| GTE Corporation | | X | |
| Gulfstream Aerospace | | X | |
| Hamilton Sundstrand Corporation | X | X | X |
| Hampshire Chemical | | X | |
| Honeywell International, Inc. | | X | |
| Houba, Inc. | | X | |
| Housing Authority of Paducah | | X | |
| Illinois Central Railroad Company | X | X | X |
| Illinois Tool Works Inc. | | X | |
| InChem Corp. | X | X | X |
| Invensys | | X | |
| Iowa Paint Manufacturing Co. Inc. | | X | |
| ISP Chemicals LLC, et al | X | X | X |

| | Col1 | Col2 | Col3 |
|---|---|---|---|
| Jet Aviation | | X | |
| KIK Custom Products | | X | |
| Koppers, Inc. | X | X | X |
| L.E. Carpenter & Co | | X | |
| Logan Aluminum Inc. | | X | |
| Louisville Regional Airport Authority | | X | |
| Mack Trucks, Inc. | | X | |
| Marathon Oil Company | X | X | X |
| Marathon Petroleu Company LLC | X | X | X |
| Marathon Pipe Line LLC | X | | |
| Mason & Hanger Corporation et al | | X | |
| Mead Johnson Nutrition Company et al | | X | |
| Metro Machine Corp. | | X | |
| Millenium Petrochemicals, Inc. | X | | |
| Milliken & Company | X | X | X |
| Modine Manufacturing Company | | X | |
| Morton International, LLC | | X | |
| NCR Corporation | X | X | X |
| Northrop Grumman Corp. | | X | |
| P&H Mining Equipment, Inc. | | X | |
| Pella Corporation | | X | |
| PepsiCo, Inc. | X | X | X |
| Pfizer, Inc. | X | X | X |
| Phelps Dodge Magnet Wire Company | X | X | X |
| Philips Electronics North America Corporation | | X | X |
| Pollution Control Industries, et al | X | X | X |
| PPG Industries, Inc. | | X | X |
| R.T. Vanderbilt Company, Inc. | X | X | |
| Recticel Foam Corporation | X | | |
| Republic Services, Inc. et al | | X | |
| Rexam Inc. et al | | X | |
| Ricerca Biosciences, LLC | | X | |
| Rineco | X | X | X |
| RT Vanderbilt Co., Inc. | | X | X |

| | | | |
|---|---|---|---|
| Safety-Kleen Systems, Inc. | X | X | X |
| Sasol North America, Inc. | X | X | X |
| SET Environmental, Inc./Treatment One | X | X | X |
| Shell | X | X | X |
| Sigma-Aldrich Co. LLC | | X | |
| Steelcase Inc, | X | X | X |
| Stepan Company | | X | |
| Sun Chemical Corporation | | X | |
| Sunoco, Inc. et al | | X | |
| Tecumseh Products Company | | X | |
| Teva Pharmaceuticals USA, Inc. | X | X | X |
| Texas Eastern Products Pipeline Company LLC | X | | X |
| Texas Gas Transmission LLC | X | X | X |
| Texas Instruments Incorporated | | X | |
| Textileather Corporation | X | X | X |
| TH Agriculture & Nutrition, LLC | X | | |
| The Boeing Copmany | | X | |
| The Goodyear Tire & Rubber Company | | X | |
| The Lubrizol Corporation | X | X | X |
| The Sherwin-Williams Company | | X | |
| The Valspar Corporation | | X | |
| Thermo Fisher Scientific, Inc. | | X | |
| Total Petrochemicals & Refining USA, Inc. | | X | |
| Toyota Motor Engineering & Manufacturing NA | X | X | X |
| Trimac Equipment Leasing, Inc. | | X | |
| Unisys Corporation | | X | |
| United States Steel Corporation | X | X | X |
| Univar USA Inc. | | X | |
| Waste Control Specialists LLC | X | X | X |
| Westlake Vinyls Corporation | X | X | X |
| Weyerhauser Company | X | X | X |
| Wilbur-Ellis Company | | X | |