UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12CV-127-M

LWD PRP GROUP                                                                                                    PLAINTIFF

v.

ACF INDUSTRIES, LLC, et al.                                                                              DEFENDANTS

**ORDER**

This matter having come before the Court on the Motion of the Defendants listed in the attached Exhibit A to dismiss the Plaintiff's Third Amended Complaint, and the Court otherwise being sufficiently advised,

**IT IS ORDERED:**

The motion of the Defendants is **GRANTED**.  The Plaintiff's Third Amended Complaint is hereby dismissed with prejudice.

This is a final and appealable order.   There is no just cause for delay.

cc:      Counsel of Record