# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) **Civil Action No. 5:12-CV-00127-** |
| **ACF INDUSTRIES LLC, et al.** | ) **JHM-HBB** ) ) |
| Defendants. | ) ) |

## ORDER

Upon the Motion to Dismiss Zeneca Specialties and Astrazeneca Pharmaceuticals LP with Prejudice, and for good cause shown, Zeneca Specialties and Astrazeneca Pharmaceuticals LP are dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED this _____ day of _____ 2014.

_____
CHIEF JUDGE MCKINLEY
United States District Court