# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 5:12-CV-00127-JHM-HBB |
| **ACF INDUSTRIES LLC, et al.** | ) |
| **Defendants.** | ) |

### MOTION TO DISMISS DEFENDANTS HCA REALTY, INC., OLYMPIA FIELDS OSTEOPATHIC HOSPITAL AND TERRE HAUTE REGIONAL HOSPITAL, LP WITH PREJUDICE

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), respectfully moves this Court for an appropriate Order which dismisses HCA Realty, Inc. ("HCA Realty"), Olympia Fields Osteopathic Hospital ("Olympia Fields Hospital") and Terre Haute Regional Hospital, LP ("Terre Haute Hospital") with prejudice from this cause. In support of this Motion, Plaintiff states as follows:

1. On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery, contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several defendants (DN 1). On January 30, 2013, Plaintiff filed a First Amended Complaint, naming HCA Realty, Olympia Fields Hospital and Terre Haute Hospital as additional defendants, among others (DN 581). On March 29, 2013, Plaintiff filed a Second Amended Complaint against all defendants (DN 758). On February 27, 2014, Plaintiff filed a Third Amended Complaint against the remaining defendants, including HCA Realty, Olympia Fields Hospital and Terre Haute Hospital (DN 985).

2. HCA Realty, Olympia Fields Hospital and Terre Haute Hospital were three of the defendants who filed a Rule 12(b)(6) motion to dismiss Plaintiff's Second Amended Complaint (Doc. 776), which the Court denied on February 7, 2014 (Doc. 961).

3. HCA Realty, Olympia Fields Hospital and Terre Haute Hospital are also three of the defendants who filed the pending Motion for Reconsideration or Alternatively Motion for Interlocutory Appeal or Motion to Stay Pending Outcome of Appeal (Doc. 971) and the pending Rule 12(b) motion to dismiss Plaintiff's Third Amended Complaint (Doc. 1002).

4. Plaintiff has entered into a confidential settlement agreement with HCA Realty, Olympia Fields Hospital and Terre Haute Hospital, which settle all claims between Plaintiff and HCA Realty, Olympia Fields Hospital and Terre Haute Hospital for a sum certain and other valuable consideration exchanged between the parties.

5. Under the terms of the settlement agreement with HCA Realty, Olympia Fields Hospital and Terre Haute Hospital, Plaintiff agreed to file a motion to dismiss HCA Realty, Olympia Fields Hospital and Terre Haute Hospital as defendants from this cause with prejudice, each party to bear its own costs.

6. Plaintiff also respectfully requests that HCA Realty, Olympia Fields Hospital and Terre Haute Hospital be withdrawn as parties to the pending Motion for Reconsideration or Alternatively Motion for Interlocutory Appeal or Motion to Stay Pending Outcome of Appeal (Doc. 971) and the pending Rule 12(b) motion to dismiss Plaintiff's Third Amended Complaint (Doc. 1002).

7. A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing HCA Realty, Olympia Fields Hospital and Terre Haute Hospital from this cause with prejudice, each party to bear its own costs; that the Order further reflect that HCA Realty, Olympia Fields Hospital and Terre Haute Hospital are withdrawn as parties to the pending Motion for Reconsideration or Alternatively Motion for Interlocutory Appeal or Motion to Stay Pending Outcome of Appeal (Doc. 971) and the pending Rule 12(b) motion to dismiss Plaintiff's Third Amended Complaint (Doc. 1002); and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated: April 4, 2014					Respectfully submitted,

*/s/* Gary D. Justis
Gary D. Justis			admitted *pro hac vice*
Joshua L. Bailey			admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, KS  66211-7820
Telephone:  (913) 998-6102
Facsimile:  (913) 998-6101
Email:  gjustis@justislawfirm.com
Email:  jbailey@justislawfirm.com

	and

W. Fletcher McMurry Schrock (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone: (270) 443-6511
Facsimile: (270) 443-6548
Email: fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 4, 2014, a copy of the foregoing Motion to Dismiss HCA Realty, Inc., Olympia Fields Osteopathic Hospital and Terre Haute Regional Hospital, LP with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

                                                        */s/* Gary D. Justis
                                                        Gary D. Justis