**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**

| | |
|---|---|
| **LWD PRP GROUP,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 5:12-CV-00127-** |
| ) | **JHM-HBB** |
| **ACF INDUSTRIES LLC, et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**MOTION TO DISMISS DEFENDANT**
**BORGESS MEDICAL CENTER WITH PREJUDICE**

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal

Rule of Civil Procedure 41(a)(2), respectfully moves this Court for an appropriate Order which

dismisses Borgess Medical Center with prejudice from this cause. In support of this Motion,

Plaintiff states as follows:

1.      On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery,

contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several

defendants (DN 1). On January 30, 2013, Plaintiff filed a First Amended Complaint, naming

Borgess Medical Center as an additional defendant, among others (DN 581). On March 29, 2013,

Plaintiff filed a Second Amended Complaint against all defendants (DN 758). On February 27,

2014, Plaintiff filed a Third Amended Complaint against the remaining defendants, including

Borgess Medical Center (DN 985).

2.      Borgess Medical Center was one of the defendants who filed a Rule 12(b)(6)

motion to dismiss Plaintiff's Second Amended Complaint (Doc. 776), which the Court denied on

February 7, 2014 (Doc. 961).

3.     Borgess Medical Center is also one of the defendants who filed the pending Motion for Reconsideration or Alternatively Motion for Interlocutory Appeal or Motion to Stay Pending Outcome of Appeal (Doc. 971) and the pending Rule 12(b) motion to dismiss Plaintiff's Third Amended Complaint (Doc. 1002).

4.     Plaintiff has entered into a confidential settlement agreement with Borgess Medical Center, which settle all claims between Plaintiff and Borgess Medical Center for a sum certain and other valuable consideration exchanged between the parties.

5.     Under the terms of the settlement agreement with Borgess Medical Center, Plaintiff agreed to file a motion to dismiss Borgess Medical Center as a defendant from this cause with prejudice, each party to bear its own costs.

6.     Plaintiff also respectfully requests that Borgess Medical Center be withdrawn as a party to the pending Motion for Reconsideration or Alternatively Motion for Interlocutory Appeal or Motion to Stay Pending Outcome of Appeal (Doc. 971) and the pending Rule 12(b) motion to dismiss Plaintiff's Third Amended Complaint (Doc. 1002).

7.     A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing Borgess Medical Center from this cause with prejudice, each party to bear its own costs; that the Order further reflect that Borgess Medical Center is withdrawn as a party to the pending Motion for Reconsideration or Alternatively Motion for Interlocutory Appeal or Motion to Stay Pending Outcome of Appeal (Doc. 971) and the pending Rule 12(b) motion to dismiss Plaintiff's Third Amended Complaint (Doc. 1002); and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated:  April 14, 2014                          Respectfully submitted,


                                               */s/* Gary D. Justis
                                               _____
                                               Gary D. Justis          admitted *pro hac vice*
                                               Joshua L. Bailey        admitted *pro hac vice*
                                               THE JUSTIS LAW FIRM LLC
                                               5251 W. 116th Place, Suite 200
                                               Leawood, KS  66211-7820
                                               Telephone:  (913) 998-6102
                                               Facsimile:  (913) 998-6101
                                               Email:  gjustis@justislawfirm.com
                                               Email:  jbailey@justislawfirm.com

                                                       and

                                               W. Fletcher McMurry Schrock (Ky. Bar# 62283)
                                               MCMURRY & LIVINGSTON, PLLC
                                               333 Broadway, 7th Floor
                                               P.O. Box 1700
                                               Paducah, Kentucky  42002-1700
                                               Telephone: (270) 443-6511
                                               Facsimile: (270) 443-6548
                                               Email: fletch@ml-lawfirm.com

                                               ATTORNEYS FOR PLAINTIFF LWD PRP
                                               GROUP

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 14, 2014, a copy of the foregoing Motion to Dismiss Borgess Medical Center with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

*/s/* Gary D. Justis
Gary D. Justis
