# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 5:12-CV-00127-JHM-HBB |
| **ACF INDUSTRIES LLC, et al.** | ) ) |
| Defendants. | ) ) |

## ORDER

Upon the Motion to Dismiss Zeneca Specialties and Astrazeneca Pharmaceuticals LP with Prejudice, and for good cause shown, Zeneca Specialties and Astrazeneca Pharmaceuticals LP are dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED

**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

April 14, 2014