# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 5:12-CV-00127-JHM-HBB |
| **ACF INDUSTRIES LLC, et al.** | ) ) |
| Defendants. | ) ) |

## ORDER

Upon the Motion to Dismiss HCA Realty, Inc., Olympia Fields Osteopathic Hospital and Terre Haute Regional Hospital, LP with Prejudice, and for good cause shown, HCA Realty, Inc., Olympia Fields Osteopathic Hospital and Terre Haute Regional Hospital, LP are hereby withdrawn from the pending Motion for Reconsideration or Alternatively Motion for Interlocutory Appeal or Motion to Stay Pending Outcome of Appeal (Doc. 971) and the pending Rule 12(b) motion to dismiss Plaintiff's Third Amended Complaint (Doc. 1002); and HCA Realty, Inc., Olympia Fields Osteopathic Hospital and Terre Haute Regional Hospital, LP are dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED

*Joseph H. McKinley*

Joseph H. McKinley, Jr., Chief Judge
United States District Court

April 14, 2014