# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 5:12-CV-00127- |
| | ) JHM-HBB |
| **ACF INDUSTRIES LLC, et al.** | ) |
| | ) |
| Defendants. | ) |
| | ) |

## AGREED ORDER FOR EXTENSION OF TIME

Pursuant to LR 7.1(b) and upon the agreement of counsel for the Plaintiff LWD PRP Group and the Defendants identified in Exhibit A hereto ("Defendants"), it is hereby ordered that Plaintiff LWD PRP Group's response to the Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6) (Doc. 1002) is due by May 12, 2014, and Defendants' reply in support of their Motion to Dismiss Pursuant to Rule 12(b)(6) (Doc. 1002) is due by May 30, 2014.

(signatures on following page)

**SO ORDERED** this _____ day of _____ 2014

_____
United States District Court

**SO AGREED:**

/s/ Gary D. Justis
Gary D. Justis           admitted *pro hac vice*
Joshua L. Bailey         admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, KS  66211-7820
Telephone:  (913) 998-6100
Facsimile:  (913) 998-6101
Email:  gjustis@justislawfirm.com
        jbailey@justislawfirm.com

and

W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, KY  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP


/s/ J. Duncan Pitchford           (*by permission*)
J. Duncan Pitchford
Nicholas M. Holland
WHITLOW, ROBERTS, HOUSTON &
STRAUB, PLLC
300 Broadway
Post Office Box 995
Paducah, Kentucky  42002-0995
Telephone:  (270) 443-4516
Facsimile:   (270) 443-4571
Email:  dpitchford@whitlow-law.com
        nholland@whitlow-law.com

ATTORNEYS FOR DEFENDANTS
IDENTIFIED IN EXHIBIT A

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 18, 2014, a copy of the foregoing Agreed Order was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

                                            /s/ Gary D. Justis  
                                            Gary D. Justis

**EXHIBIT A**

Alcan Corporation, improperly captioned as Rio Tinto Alcan and Pechiney Plastic Packaging, Inc.
American Woodmark Corporation
Baker Hughes, Inc.
Banta Corporation
Bayer CropScience, Inc.
Bayer Healthcare, LLC
Brown's Plating Service, Inc.
Carboline Company
CBS Corporation, improperly captioned as Viacom, Inc.
Central Environmental Systems, Inc.
Champion Laboratories, Inc.
Colonial Pipeline Company
Columbia County, New York
Cooper-Standard Automotive, Inc.
Cycle Chem, Inc.
DAP Products Inc., also improperly captioned as Tremco Inc.
DENSO International America, Inc.
DENSO Manufacturing Michigan, Inc. f/k/a Nippondenso Manufacturing USA, Inc. Drug & Laboratory Disposal, Inc.
Duke Energy Ohio, Inc., improperly captioned as Duke Energy Corporation
Duncan Aviation, Inc.
Eagle Industries, LLC, also improperly captioned as Eagle Industries, Inc.
EQ Illinois
EQ Resource Recovery, also improperly captioned as The Environmental Quality Co. Exxon Mobil Corporation ("ExxonMobil"), also improperly captioned as Exxon Mobil Environmental Services Corporation
General Electric Company
Harry Spiros, Inc. f/k/a Superior Equipment Company, Inc., also improperly captioned as Superior Equipment Company, Inc.
H.B. Fuller Company
Housing Authority of Hopkinsville, Kentucky
Indiana-Kentucky Electric Corporation
Ingersoll Rand Company
International Paper Company
Kinder Morgan Liquids Terminals LLC, improperly captioned as Kinder Morgan Energy Partners LP
National Railway Equipment Company, Inc.
Nissan North America Inc.
PDC Laboratories, Inc.
Peoria Disposal Company
Perma-Fix Environmental Services, Inc.
Perma-Fix of Dayton, Inc.
Perma-Fix of Orlando, Inc.
Perma-Fix of South Georgia, Inc.

The Premcor Refining Group Inc. Printpack, Inc.
Rail Services, Inc.
Regal Beloit America, Inc.
R.R. Donnelley & Sons Company
Sabreliner Corporation
SI Group, Inc., also improperly captioned as Schenectady Chemicals, Inc.
Simpson Investment Company, also improperly captioned as Pacific Western Resin Company
Southern Star Central Gas Pipeline, Inc., also improperly captioned as Williams Gas Pipeline Co., LLC and The Williams Companies, Inc.
Sumitomo Electric Wintec America, Inc.
Trane US, Inc.
Transmontaigne Product Services, Inc., also improperly captioned Independent Terminal and Pipeline Company
Tri-City Tank Wash, Inc., also improperly captioned as North American Tank Cleaning, Inc. and PSC, LLC
United Industries Corporation d/b/a Chemsico, Inc. also improperly and redundantly captioned as Chemsico, Inc.
Valero Marketing and Supply Company
Valero Retail Holdings, Inc.
Van Dyne-Crotty Co. d/b/a Spirit Services Co. of Ohio, also improperly captioned as Spirit Services Company and Van Dyne & Crotty Co.
Vertellus Specialties, Inc.
Western Rust-Proof Company
Wheeler Lumber, LLC
Wockhardt USA LLC, also improperly captioned as Pharmaceutical Basics, Inc.
York International Corporation