UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

CIVIL ACTION NO. 5:12-CV-00127-JHM

LWD PRP GROUP                                                                                           PLAINTIFF

V.

ACF INDUSTRIES, LLC, *et al.*                                                                DEFENDANTS

### ORDER

Pursuant to 28 U.S.C. § 1292(b), and consistent with the Court's Memorandum Opinion and Order, **IT IS HEREBY ORDERED** that the Court certifies for interlocutory appeal the statute of limitations issue concerning the Court's application of § 113(g)(2) to the Plaintiff's § 113(f) CERCLA claim.

                                                                    Joseph H. McKinley, Jr., Chief Judge
                                                                          United States District Court

                                                                    April 24, 2014

cc: counsel of record