UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 5:12-cv-00127-M |
| | ) |
| AK STEEL CORPORATION, et al., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ANSWER TO THIRD AMENDED COMPLAINT
OF DEFENDANT AMERICA FUJIKURA LTD.**

Comes now the Defendant, America Fujikura Ltd. ("AFL"), by counsel, and for its Answer to Plaintiff's Third Amended Complaint states:

1. The averments in Paragraphs 1 and 2 are characterizations of the Complaint, to which no responsive pleading is required. To the extent that Paragraphs 1 and 2 may be construed to contain factual averments, AFL denies those averments.

2. The averments in Paragraphs 3 and 4 are conclusions of law, to which no responsive pleading is required.

3. AFL is without knowledge or information sufficient to form a belief as to the truth of the averments in Paragraphs 5, 6, and 7, and therefore denies them.

4. The averments in Paragraph 8 characterize a federal statute, which speaks for itself and is the best evidence of its contents.

5. AFL denies the averments in Paragraph 9 with regard to AFL. AFL is without knowledge or information sufficient to form a belief as to the truth of the averments in paragraph 9 with regard to all other Defendants and therefore denies those averments.

6. AFL is without knowledge or information sufficient to form a belief as to the truth of the averments in Paragraphs 10 through 45, and therefore denies them.

7. The averment in Paragraph 46 is a conclusion of law, to which no responsive pleading is required. To the extent Paragraph 46 is construed to contain a factual averment, AFL denies that averment.

8. AFL is without knowledge or information sufficient to form a belief as to the truth of the averments in Paragraphs 47 and 48, and therefore denies them.

9. AFL denies the averment in Paragraph 49.

10. With respect to the averment in Paragraph 50, AFL admits that, as of the date of the Third Amended Complaint, it has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site. However, AFL denies that it is legally responsible for any such costs.

11. AFL is without knowledge or information sufficient to form a belief as to the truth of the averments in Paragraphs 51 through 670, and therefore denies them.

12. In response to Paragraph 671, AFL incorporates its responses to Paragraphs 1 through 670.

13. The averments in Paragraphs 672 through 679 characterize a federal statute, which speaks for itself and is the best evidence of its contents.

14. The averments in Paragraphs 680 through 688 are conclusions of law, to which no responsive pleading is required. To the extent that Paragraphs 680 through 688 are construed to contain factual averments, AFL denies those averments with respect to AFL.

15. In response to Paragraph 689, AFL incorporates its responses to Paragraphs 1 through 688.

16. The averments in Paragraph 690 characterize a federal statute, which speaks for itself and is the best evidence of its contents.

17. The averments in Paragraphs 691 through 695 are conclusions of law, to which no responsive pleading is required. To the extent that Paragraphs 691 through 695 are construed to contain factual averments, AFL denies those averments with respect to AFL.

18. In response to Paragraph 696, AFL incorporates its responses to Paragraphs 1 through 695.

19. The averment in Paragraph 697 is a conclusion of law, to which no responsive pleading is required.

20. The averments in Paragraph 698 characterize a federal statute, which speaks for itself and is the best evidence of its contents.

21. The averments in Paragraphs 699 through 701 are characterizations of the Plaintiff's Third Amended Complaint and the relief Plaintiff seeks, and are conclusions of law, to which no responsive pleading is required.

22. AFL denies any remaining averments of the Third Amended Complaint that have not been specifically admitted or otherwise answered herein.

## **AFFIRMATIVE DEFENSES**

1. The Third Amended Complaint fails to state a claim upon which relief can be granted with respect to AFL.

2. AFL gives notice that it intends to rely on any defense that may be determined to be applicable as a result of discovery proceedings and reserves the right to amend its Answer and defenses accordingly.

Respectfully submitted,


*/s/ Dennis J. Conniff*
Dennis J. Conniff
Emily C. McKinney
Frost Brown Todd LLC
400 West Market Street, 32nd Floor
Louisville, Kentucky  40202
(502) 589-5400
(502) 581-1087 (fax)

*Counsel for America Fujikura Ltd.*

4

## CERTIFICATE OF SERVICE

I certify that on May 6, 2014, I electronically filed this Reply in Support of Motion to Dismiss with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this matter.

>	*/s/ Dennis J. Conniff*_____
>	Dennis J. Conniff
>	Emily C. McKinney
>	Frost Brown Todd LLC
>	400 West Market Street, 32nd Floor
>	Louisville, Kentucky  40202
>	(502) 589-5400
>	(502) 581-1087 (fax)
>
>	*Counsel for America Fujikura Ltd.*