IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**ACF INDUSTRIES LLC, et al.** )<br>)<br>**Defendants.** )<br>) | Civil Action No. 5:12-CV-00127-JHM-HBB |

**MOTION TO DISMISS DEFENDANTS DAP PRODUCTS INC.
AND TREMCO INC. WITH PREJUDICE**

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), respectfully moves this Court for an appropriate Order which dismisses DAP Products Inc. ("DAP") and Tremco Inc. ("Tremco") with prejudice from this cause. In support of this Motion, Plaintiff states as follows:

1. On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery, contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several defendants (DN 1). On January 30, 2013, Plaintiff filed a First Amended Complaint, naming DAP and Tremco as additional defendants, among others (DN 581). On March 29, 2013, Plaintiff filed a Second Amended Complaint against all defendants (DN 758). On February 27, 2014, Plaintiff filed a Third Amended Complaint against the remaining defendants, including DAP and Tremco (DN 985).

2. DAP and Tremco were two of the defendants who filed a Rule 12(b)(6) motion to dismiss Plaintiff's Second Amended Complaint (Doc. 776), which the Court denied on February 7, 2014 (Doc. 961).

3. DAP and Tremco are also two of the defendants who filed the pending Rule 12(b) motion to dismiss Plaintiff's Third Amended Complaint (Doc. 1002).

4. Plaintiff has entered into a confidential settlement agreement with DAP and Tremco, which settle all claims between Plaintiff and DAP and Tremco for a sum certain and other valuable consideration exchanged between the parties.

5. Under the terms of the settlement agreement with DAP and Tremco, Plaintiff agreed to file a motion to dismiss DAP and Tremco as defendants from this cause with prejudice, each party to bear its own costs.

6. Plaintiff also respectfully requests that DAP and Tremco be withdrawn as parties to the pending Rule 12(b) motion to dismiss Plaintiff's Third Amended Complaint (Doc. 1002).

7. A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing DAP and Tremco from this cause with prejudice, each party to bear its own costs; that the Order further reflect that DAP and Tremco are withdrawn as parties to the pending Rule 12(b) motion to dismiss Plaintiff's Third Amended Complaint (Doc. 1002); and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated: May 9, 2014                                Respectfully submitted,

                                                    /s/ Gary D. Justis
                                                    Gary D. Justis            admitted *pro hac vice*
Joshua L. Bailey         admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, KS 66211-7820
Telephone: (913) 998-6102
Facsimile: (913) 998-6101
Email: gjustis@justislawfirm.com
Email: jbailey@justislawfirm.com

         and

W. Fletcher McMurry Schrock (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky 42002-1700
Telephone: (270) 443-6511
Facsimile: (270) 443-6548
Email: fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## CERTIFICATE OF SERVICE

      I hereby certify that on May 9, 2014, a copy of the foregoing Motion to Dismiss DAP Products Inc. and Tremco Inc. with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

                                                      */s/* Gary D. Justis
                                                      Gary D. Justis