# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** )<br>)<br>    **Plaintiff,** )<br>)<br>v. )<br>)<br>**ACF INDUSTRIES LLC, et al.** )<br>)<br>    **Defendants.** )<br>) | **Civil Action No. 5:12-CV-00127-JHM-HBB** |

## ORDER

Upon the Motion to Dismiss DAP Products Inc. and Tremco Inc. with Prejudice, and for good cause shown, DAP Products Inc. and Tremco Inc. are hereby withdrawn from the pending Rule 12(b) motion to dismiss Plaintiff's Third Amended Complaint (Doc. 1002); and DAP Products Inc. and Tremco Inc. are dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED this _____ day of _____ 2014.

_____
CHIEF JUDGE MCKINLEY
United States District Court