**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION**

| | |
|---|---|
| **LWD PRP GROUP,** )<br>)<br>    **Plaintiff,** )<br>)<br>v. )<br>)<br>**ACF INDUSTRIES LLC, et al.** )<br>)<br>    **Defendants.** )<br>) | **Civil Action No. 5:12-CV-00127-JHM-HBB** |

**ORDER**

Upon the Motion to Dismiss Exxon Mobil Corp. and ExxonMobil Environmental Services Co. with Prejudice, and for good cause shown, Exxon Mobil Corp. and ExxonMobil Environmental Services Co. are hereby withdrawn from the pending Rule 12(b) motion to dismiss Plaintiff's Third Amended Complaint (Doc. 1002); and Exxon Mobil Corp. and ExxonMobil Environmental Services Co. are dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED this _____ day of _____ 2014.

_____
CHIEF JUDGE MCKINLEY
United States District Court