**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION**

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) ) **Civil Action No. 5:12-CV-127-JHM-HBB** |
| **ACF INDUSTRIES LLC, et al.** | ) ) |
| **Defendants.** | ) ) |

**[PROPOSED] ORDER DENYING DEFENDANT
DRESSER-RAND CO. MOTION TO DISMISS**

This matter is before the Court on a Motion to Dismiss by Defendant Dresser-Rand Company ("Motion to Dismiss") [DN 958]. In consideration of the Motion to Dismiss, Plaintiff's original and supplemental responses to the Motion to Dismiss, and the entire record herein,

**IT IS HEREBY ORDERED** that the Motion to Dismiss is **DENIED.**

ENTERED this _____day, _____ 2014.