

**EXHIBIT 2**

Home | Company | History | 1980s, 1990s, and Early 2000s

# 1980s, 1990s, and Early 2000s

**1980s**

In 1980, I-R purchased Knight Industries, Inc. of Broken Arrow, Ok., acquiring their packaging facility and their K-line compressors and additional rental fleet.

In 1981 Turbodyne was made part of the Worthington Group, along with Worthington Pump and Worthington Compressors. In 1981, I-R introduced the model HOS reciprocating compressors, expanding the lineup in 2-4-6 throws to 6,000 hp and 60,000 pound rod load.

In 1983, I-R combined packaging and rental operations into a single entity, all named I-R Compression Services, using the Broken Arrow, Ok., facilities as headquarters and for packaging. Southwest Industries' Houston facilities were phased out.

In the early 1980s in Norway, KV started to look for a partner in order to penetrate the US cogeneration market. Dresser Industries expressed interest and in 1985 purchased 50% of the shares in the KV Gas Turbine Division. The named was changed to Kongsberg Dresser Power.

In 1984, the Le Havre, France plant was equipped with a full load test stand. Two 26 MW tests benches with loop capacities of 1,500 Nm3 and 450 Nm3 of gas were built. The inauguration of the new test stand took place during Marathon train tests with a discharge pressure of 620 bars. In January of 1984, a new Turbodyne Division was formed by McGraw-Edison. Later, in November, the Turbodyne Division was acquired by the Dallas-based Dresser Industries, an engineering-oriented company with long experience in and solid commitment to the broad energy markets.

In 1985, after Dresser Industries decided to buy Turbodyne, the Le Bourget / La Défense locations were closed and single and multistage steam turbine production was transferred to the Le Havre, France plant. In 1985+, rapid expansion of the rental and contract compression markets takes place internationally – particularly in Venezuela and later in Argentina.

1986: Turbodyne received an order for a 55 MW turbine generator. Unit shipped in December of 1987.

On January 1, 1987 Dresser Industries and Ingersoll-Rand combine their common businesses to form Dresser-Rand Company, a company that adds an unmatched dimension of global service and capabilities to the energy industry, headquartered in Corning, NY. Dresser-Rand and its subsidiaries and affiliates, worldwide, have 10 manufacturing and testing facilities, 70 sales offices, 30 service centers and more than 7,300 dedicated people. The partnership starts as a 50-50 relationship, but later Dresser takes a 51% share of

the assets while Ingersoll-Rand has 49%. Since Dresser had nothing comparable to I-R Compression Services, CS continues in much the same manner as before. Further to the partnership, the Worthington Eloyes plant in France was closed and reciprocating activities were moved to the Le Havre facility. In 1987, a Dresser-Rand GT61 gas turbine became the first second-generation gas turbine to exceed 100,000 operating hours. The remaining 50% share in Kongsberg Dresser Power was purchased by Dresser-Rand after the start of the partnership and the named changed to Dresser-Rand Power in 1989 and later to Dresser-Rand AS.

In 1989, Dresser-Rand initiates the Total Quality Management Program company-wide. This program was based on the quality program initiated by Corning Inc.

**1990s**

The Le Havre, France operation receives ISO 9001 certification in October 1990.

In the fall of 1990 Dresser-Rand adopts a World Class Manufacturing (WCM) initiative to improve tools and facilities. In the coming years the company would invest in large machine tools and new computer software at the three Southern Tier locations that would give it an edge over its competitors in technology and capability.

In May 1991, Dresser-Rand helped engineer the first Compressed Air Energy Storage (CAES) facility in McIntosh, Al. Capable of generating 110 MW at full output, this facility includes enough underground air storage to permit 26 hours of generation, enough energy to serve 36,000 homes or 100,000 people. Energy is stored in a solution-mined salt dome with a capacity of 19 million cubic feeet lying between 1500 and 250 feet below the surface. Inexpensive, off-peak electrical power pressurizes the underground cavern.

In 1992, the Dresser-Rand Wellsville operation receives certification from Lloyd's Register for the ISO 9001 quality management system standard. This is applicable to the design, manufacture and in-house repair of steam turbines as well as site technical support of repair, refurbishment, installation and commissioning of Dresser-Rand units.

In June of 1992, renovation of the Olean test facility is completed making it the most comprehensive in the world. The size was doubled to 58,000 sq. ft. to provide enhanced capability to conduct large string tests. For example, full Class I hydrocarbon tests can be conducted up to 108,000 BHP. Four motor drive stands were also added to allow greatly reduced cycle times for smaller units. In 1997 the company completed a test area within the test stand dedicated solely to power turbines.

In July of 1992, D-R successfully tests 65,000 HP gas reinjection train for ARCO Alaska. This is one of the first compressor drives with a GE Frame 6 gas turbine developing 65,000 HP.

In 1992, "turbo contract compression," using gas turbine driven centrifugal compressors, was introduced for large hp applications – particularly internationally. The first turbo contract compression project for the company is Porta, commissioned on jack up rigs in Lake Maracaibo in Venezuela.

In January, 1993, the Dresser-Rand facility located in Painted Post, New York received its ISO9001 certification from Lloyd's Register Quality Assurance. Their Quality Management System is applicable to the design, manufacture and service of commercial and military compression equipment.

In February, 1993, Dresser-Rand Olean receives ISO-9001 certification from Lloyd's Register Quality Assurance.