**EXHIBIT 3**

DATE 12/10/87　　　　　　　　　　　　　L W D, INC.　　　　　　　　　　　　　PAGE    12

HAZARDOUS WASTE FACILITY ANNUAL REPORT
SUMMARY OF GENERATORS SENDING WASTE

| GENERATOR'S EPA ID NUMBER | GENERATOR'S NAME | TOTAL NUMBER OF MANIFESTED SHIPMENTS RECEIVED FROM GENERATOR | TOTAL QUANTITY OF WASTE RECEIVED FROM GENERATOR | UNIT OF VOLUME |
|---|---|---|---|---|
| KYD-006-375-521 | KENTUCKY PAINT MFG. CO. | 4 | 3520.000 | G |
| KYD-006-375-521 | KENTUCKY PAINT MFG. CO. |  | 19188.000 | P |
| KYD-006-376-347 | THE STANDARD PRODUCTS CO. | 7 | 5322.000 | G |
| KYD-006-376-537 | MAYFIELD PRINTING COMPANY | 1 | 470.000 | G |
| KYD-006-377-030 | SOUTHERN GRAVURE SERVICE | 4 | 1180.000 | G |
| KYD-006-377-683 | GENERAL EQUIPMENT & MFG., INC. | 1 | 1485.000 | G |
| KYD-006-377-790 | FETTER PRINTING COMPANY | 1 | 165.000 | G |
| KYD-006-379-226 | THE LENK COMPANY | 2 | 16845.000 | P |
| KYD-006-379-945 | ROCKWELL INTERNATIONAL | 3 | 3465.000 | G |
| KYD-006-382-857 | AMERICAN SYNTHETIC RUBBER CORPORATION | 2 | 550.000 | G |
| KYD-006-383-905 | GRIEB PRINTING COMPANY | 1 | 220.000 | G |
| KYD-006-384-531 | HARSHAW/FILTROL PARTNERSHIP | 2 | 330.000 | G |
| KYD-006-385-439 | CARDINAL LITHO | 1 | 110.000 | G |
| KYD-006-386-254 | LOUISVILLE FORGE & GEAR WORKS | 1 | 330.000 | G |
| KYD-006-386-403 | GENERAL ELECTRIC COMPANY | 1 | 1830.000 | P |
| KYD-006-387-021 | GENERAL ELECTRIC CO | 4 | 15119.000 | G |
| KYD-006-390-132 | ROLL FORMING CORPORATION | 3 | 5715.000 | G |
| KYD-006-390-132 | ROLL FORMING CORPORATION |  | 220.000 | P |
| KYD-006-390-538 | HOPKINSVILLE AUTO PARTS INC. | 2 | 520.000 | G |
| KYD-006-394-225 | W. R. GRACE CO. POLYFIBRON DIVISION | 3 | 3321.000 | P |
| KYD-006-394-423 | GENERAL ELECTRIC CO. | 5 | 44850.000 | P |
| KYD-006-396-071 | REYNOLDS METALS PLANT 1 | 4 | 51128.000 | P |
| KYD-006-396-089 | REYNOLDS METALS PLANT # 3 | 2 | 10000.000 | G |
| KYD-006-397-491 | DOW CORNING CORPORATION | 1 | 3900.000 | G |
| KYD-006-398-416 | KENTUCKY ASSOC. OF ELECTRIC COOPERATIVES | 2 | 330.000 | G |
| KYD-006-398-416 | KENTUCKY ASSOC. OF ELECTRIC COOPERATIVES | 1 | 3250.000 | P |
| KYD-006-399-000 | GTE PRODUCTS CORPORATION | 3 | 1100.000 | G |
| KYD-007-071-150 | GATES RUBBER COMPANY | 4 | 4345.000 | G |
| KYD-007-369-887 | DRESSER INDUSTRIES | 2 | 14547.000 | P |
| KYD-021-135-877 | TESTED ADVERTISING TECHNIQUES, INC. | 7 | 8400.000 | P |
| KYD-024-068-470 | KRAUTH ELECTRIC COMPANY | 1 | 440.000 | G |
| KYD-024-098-360 | MADISONVILLE AUTO PARTS INC. | 1 | 440.000 | G |
| KYD-024-140-196 | ROBERTS MOTOR SALES, INC. | 1 | 110.000 | G |
| KYD-024-140-410 | DON MOORE CHEVROLET-CADILLAC, INC. | 1 | 660.000 | G |
| KYD-024-143-166 | ASHLAND PETROLEUM COMPANY | 1 | 450.000 | P |
| KYD-024-143-711 | BROWN'S PLATING SERVICE, INC. | 4 | 5610.000 | G |
| KYD-038-911-632 | DART POLYMERS | 4 | 150700.000 | P |
| KYD-040-429-839 | OSBORN MFG. CO., A UNIT OF JASON, INC. | 6 | 1265.000 | G |
| KYD-040-437-725 | WIKOFF COLOR CORPORATION | 2 | 4000.000 | P |
| KYD-041-165-960 | THOMAS INDUSTRIES, INC. | 2 | 1925.000 | G |
| KYD-041-166-893 | GOODYEAR TIRE & RUBBER CO. | 6 | 2600.000 | G |
| KYD-041-167-107 | P.B. & S. CHEMICAL COMPANY | 1 | 605.000 | G |
| KYD-041-170-390 | IRVING B. MOORE CORPORATION | 1 | 165.000 | G |
| KYD-041-376-138 | ASHLAND PETROLEUM COMPANY | 1 | 715.000 | G |
| KYD-042-595-074 | PHELPS DODGE MAGNET WIRE COMPANY | 5 | 15500.000 | G |
| KYD-042-595-074 | PHELPS DODGE MAGNET WIRE COMPANY | 2 | 52000.000 | P |

```
DATE  7/23/86                              L W D, INC.                                    PAGE    12

                                  HAZARDOUS WASTE FACILITY ANNUAL REPORT
                                    SUMMARY OF GENERATORS SENDING WASTE

                                                  TOTAL NUMBER
                                                  OF MANIFESTED
                                                    SHIPMENTS       TOTAL QUANTITY OF       UNIT
   GENERATOR'S                                    RECEIVED FROM     WASTE RECEIVED FROM      OF
   EPA ID NUMBER      GENERATOR'S NAME              GENERATOR          GENERATOR           VOLUME

   KYD-006-370-175    GAF CORPORATION                   1                2400.000             G
   KYD-006-370-175    GAF CORPORATION                  18              356598.000             P
   KYD-006-371-314    B. F. GOODRICH CHEMICAL GROUP     4                5010.000             G
   KYD-006-371-314    B. F. GOODRICH CHEMICAL GROUP     2               54688.000             P
   KYD-006-372-205    EMERSON CONTRACT DIVISION, INC.   1                2310.000             G
   KYD-006-373-484    TEXAS INSTRUMENTS, INC.           5                1815.000             G
   KYD-006-374-532    AMERICAN PRINTING HOUSE           1                 660.000             G
   KYD-006-375-521    KENTUCKY PAINT MANUFACTURING COMPANY  3            2145.000             G
   KYD-006-375-521    KENTUCKY PAINT MANUFACTURING COMPANY               2665.000             P
   KYD-006-376-347    STANDARD PRODUCTS COMPANY         5                9020.000             G
   KYD-006-376-370    H.J. SCHEIRICH COMPANY            2                 385.000             G
   KYD-006-377-030    SOUTHERN GRAVURE SERVICES, INC.   3                 605.000             G
   KYD-006-377-790    FETTER PRINTING COMPANY           2                 200.000             G
   KYD-006-378-632    KENTUCKY MANUFACTURING, INC.      1                1925.000             G
   KYD-006-379-226    THE LENK COMPANY                  1                1018.000             P
   KYD-006-379-945    ROCKWELL INTERNATIONAL            2                1320.000             G
   KYD-006-379-945    ROCKWELL INTERNATIONAL            1               15050.000             P
   KYD-006-382-857    AMERICAN SYNTHETIC RUBBER CORPORATION  4            990.000             G
   KYD-006-383-905    GRIEB PRINTING COMPANY            3                 605.000             G
   KYD-006-384-531    HARSHAW/FILTROL PARTNERSHIP       4                 440.000             G
   KYD-006-385-439    CARDINAL LITHO                    2                 220.000             G
   KYD-006-386-163    FRITO-LAY, INC.                   1                 250.000             G
   KYD-006-386-254    LOUISVILLE FORGE & GEAR WORKS     2                 495.000             G
   KYD-006-386-403    GENERAL ELECTRIC COMPANY          2                9450.000             P
   KYD-006-387-021    GENERAL ELECTRIC COMPANY          2                3355.000             G
   KYD-006-388-441    VALSPAR CORPORATION               2                2100.000             P
   KYD-006-388-438    FINAIRE LITHOGRAPHING CORP.       2                1540.000             G
   KYD-006-390-132    ROLL FORMING CORPORATION          2                 580.000             G
   KYD-006-394-225    W. R. GRACE CO., POLYFIBRON DIVISION  1            1717.000             P
   KYD-006-394-423    GENERAL ELECTRIC COMPANY          3               31950.000             P
   KYD-006-396-071    REYNOLDS METALS CO., PLANT 1      2                5719.000             P
   KYD-006-398-002    WABCO AMERICAN STANDARDS          1                 550.000             G
   KYD-006-399-416    KENTUCKY ASSOC. OF ELECTRIC COOPERATIVES  7        3025.000             G
   KYD-006-399-416    KENTUCKY ASSOC. OF ELECTRIC COOPERATIVES  1         450.000             P
   KYD-006-399-000    GTE PRODUCTS CORPORATION          4                2030.000             G
   KYD-006-761-074    GENERAL TYRE & RUBBER             2                5089.000             P
   KYD-006-945-125    BRANDEIS MACHINERY & SUPPLY CORPORATION  1          220.000             G
   KYD-006-943-802    WHAYNE SUPPLY COMPANY             3                 715.000             G
   KYD-007-071-130    GATES RUBBER COMPANY              4               12141.000             G
   KYD-007-369-867    DRESSER INDUSTRIES                3               17187.000             P
   KYD-007-749-773    JAGGERS EQUIPMENT COMPANY         2                  67.000             G
   KYD-012-607-925    WAITSBORO MANUFACTURING COMPANY   4                2970.000             G
   KYD-020-438-982    SPECIAL METALS CORPORATION        1                  20.000             G
   KYD-021-733-899    TESTED ADVERTISING TECHNIQUES, INC.  1              550.000             G
   KYD-021-735-899    TESTED ADVERTISING TECHNIQUES, INC.  1             4400.000             P
   KYD-024-015-677    ASHLAND PETROLEUM COMPANY         5               15045.000             G
```

DATE  2/24/89                                L W D, INC.                                    PAGE   10

## HAZARDOUS WASTE FACILITY ANNUAL REPORT
## SUMMARY OF GENERATORS SENDING WASTE

| GENERATOR'S EPA ID NUMBER | GENERATOR'S NAME | TOTAL NUMBER OF MANIFESTED SHIPMENTS RECEIVED FROM GENERATOR | TOTAL QUANTITY OF WASTE RECEIVED FROM GENERATOR | UNIT OF VOLUME |
|---|---|---|---|---|
| KYD-006-370-167 | B.F. GOODRICH CHEMICAL DIVISION | 2 | 990.000 | G |
| KYD-006-370-167 | B.F. GOODRICH CHEMICAL DIVISION | 37 | 643116.700 | P |
| KYD-006-370-175 | GAF CORPORATION | 37 | 770905.000 | P |
| KYD-006-371-314 | B. F. GOODRICH CHEMICAL GROUP | 4 | 2950.000 | G |
| KYD-006-371-314 | B. F. GOODRICH CHEMICAL GROUP | 1 | 22336.000 | P |
| KYD-006-372-254 | BASF - INMONT CORPORATION | 1 | 825.000 | G |
| KYD-006-374-532 | AMERICAN PRINTING HOUSE | 3 | 550.000 | G |
| KYD-006-375-521 | KENTUCKY PAINT MANUFACTURING COMPANY | 2 | 1320.000 | G |
| KYD-006-376-347 | STANDARD PRODUCTS COMPANY | 4 | 9185.000 | G |
| KYD-006-376-370 | H.J. SCHEIRICH COMPANY | 2 | 4015.000 | G |
| KYD-006-377-030 | SOUTHERN GRAVURE SERVICES, INC. | 1 | 220.000 | G |
| KYD-006-377-790 | FETTER PRINTING COMPANY | 4 | 855.000 | G |
| KYD-006-379-226 | THE LENK COMPANY | 1 | 248.000 | P |
| KYD-006-379-945 | ROCKWELL INTERNATIONAL | 2 | 1265.000 | G |
| KYD-006-379-945 | ROCKWELL INTERNATIONAL | 1 | 5950.000 | P |
| KYD-006-382-857 | AMERICAN SYNTHETIC RUBBER CORPORATION | 4 | 3080.000 | G |
| KYD-006-383-905 | GRIEB PRINTING COMPANY | 2 | 275.000 | G |
| KYD-006-384-531 | HARSHAW/FILTROL PARTNERSHIP | 4 | 760.000 | G |
| KYD-006-385-439 | CARDINAL LITHO | 1 | 110.000 | G |
| KYD-006-386-254 | LOUISVILLE FORGE & GEAR WORKS | 1 | 220.000 | G |
| KYD-006-386-403 | GENERAL ELECTRIC COMPANY | 2 | 13950.000 | P |
| KYD-006-387-021 | GENERAL ELECTRIC COMPANY | 1 | 495.000 | G |
| KYD-006-388-441 | VALSPAR CORPORATION | 1 | 1200.000 | P |
| KYD-006-390-132 | ROLL FORMING CORPORATION | 2 | 880.000 | G |
| KYD-006-390-132 | ROLL FORMING CORPORATION | 1 | 9415.000 | P |
| KYD-006-394-225 | W. R. GRACE CO. POLYFIBRON DIVISION | 3 | 3275.000 | G |
| KYD-006-394-423 | GENERAL ELECTRIC COMPANY | 4 | 35400.000 | P |
| KYD-006-396-071 | REYNOLDS METALS CO., PLANT 1 | 2 | 20237.000 | P |
| KYD-006-398-416 | KENTUCKY ASSOC. OF ELECTRIC COOPERATIVES | 2 | 660.000 | G |
| KYD-006-398-416 | KENTUCKY ASSOC. OF ELECTRIC COOPERATIVES | 3 | 655.000 | P |
| KYD-006-399-000 | GTE PRODUCTS CORPORATION | 5 | 1760.000 | G |
| KYD-006-761-074 | GENERAL TIRE & RUBBER | | 265.000 | G |
| KYD-006-761-074 | GENERAL TIRE & RUBBER | 3 | 4450.000 | P |
| KYD-006-945-687 | SPALDING LAUNDRY | 1 | 475.000 | G |
| KYD-007-369-887 | DRESSER INDUSTRIES | 3 | 24445.000 | P |
| KYD-007-915-929 | KENTUCKY W.VA GAS COMPANY | 1 | 770.000 | G |
| KYD-012-607-925 | WAITSBORO MANUFACTURING COMPANY, INC. | 3 | 2860.000 | G |
| KYD-018-378-554 | ARELCO PLASTICS FABRICATING CO | 1 | 1400.000 | G |
| KYD-021-735-899 | TESTED ADVERTISING TECHNIQUES, INC. | 1 | 550.000 | G |
| KYD-024-015-877 | ASHLAND PETROLEUM COMPANY | 2 | 6500.000 | G |
| KYD-024-041-386 | AUTO RADIATOR COMPANY | 1 | 2000.000 | P |
| KYD-024-048-530 | CLARK GM DIESEL, INC | 1 | 165.000 | G |
| KYD-024-140-196 | ROBERTS MOTOR SALES, INC. | 1 | 55.000 | G |
| KYD-024-143-166 | ASHLAND PETROLUEM COMPANY | 2 | 4900.000 | G |
| KYD-024-143-711 | BROWN'S PLATING SERVICE | 15 | 73700.000 | G |
| KYD-038-911-632 | DART POLYMERS | 8 | 281520.000 | P |

DATE 2/27/90                                L W D, INC.                                          PAGE

## HAZARDOUS WASTE FACILITY ANNUAL REPORT
## SUMMARY OF GENERATORS SENDING WASTE

**CONFIDENTIF**

| GENERATOR'S EPA ID NUMBER | GENERATOR'S NAME | TOTAL NUMBER OF MANIFESTED SHIPMENTS RECEIVED FROM GENERATOR | TOTAL QUANTITY OF WASTE RECEIVED FROM GENERATOR | UNIT OF VOLUME |
|---|---|---|---|---|
| KYD-006-379-226 | DRACKETT INC. | 1 | 140.000 | G |
| KYD-006-379-945 | ROCKWELL INTERNATIONAL | 3 | 2750.000 | G |
| KYD-006-379-986 | TRANE CO | 2 | 3080.000 | G |
| KYD-006-382-857 | AMERICAN SYNTHETIC RUBBER CORPORATION | 1 | 605.000 | G |
| KYD-006-383-905 | GRIEB PRINTING COMPANY | 1 | 110.000 | G |
| KYD-006-384-531 | ENGELHARD CORPORATION | 4 | 725.000 | G |
| KYD-006-386-403 | GENERAL ELECTRIC COMPANY | 2 | 16200.000 | P |
| KYD-006-387-021 | GENERAL ELECTRIC COMPANY | 3 | 2140.000 | G |
| KYD-006-390-132 | ROLL FORMING CORPORATION | 3 | 1100.000 | G |
| KYD-006-394-225 | W. R. GRACE CO. POLYFIBRON DIVISION | 1 | 1045.000 | G |
| KYD-006-394-423 | GENERAL ELECTRIC COMPANY | 4 | 27750.000 | P |
| KYD-006-396-089 | REYNOLDS METALS PLANT # 3 | 1 | 3190.000 | G |
| KYD-006-398-416 | KENTUCKY ASSOC. OF ELECTRIC COOPERATIVES | 1 | 750.000 | G |
| KYD-006-399-000 | GTE PRODUCTS CORPORATION | 11 | 2860.000 | G |
| KYD-006-399-000 | GTE PRODUCTS CORPORATION |  | 1800.000 | P |
| KYD-007-009-053 | BRANDEIS REBUILD CENTER | 1 | 275.000 | G |
| KYD-007-369-887 | DRESSER INDUSTRIES | 4 | 32412.000 | P |
| KYD-012-607-925 | WARREN BAKER | 4 | 1155.000 | G |
| KYD-021-735-899 | TESTED ADVERTISING TECHNIQUES, INC. | 3 | 1235.000 | G |
| KYD-024-015-877 | ASHLAND PETROLEUM COMPANY | 1 | 2800.000 | G |
| KYD-024-097-164 | CATES OILS-CADILLAC DEALERSHIP | 2 | 385.000 | G |
| KYD-024-140-196 | ROBERTS MOTOR SALES, INC. | 1 | 110.000 | G |
| KYD-024-143-711 | BROWN'S PLATING SERVICE | 14 | 68009.000 | G |
| KYD-024-180-390 | SOUTHERN STATES | 1 | 800.000 | G |
| KYD-038-911-632 | DART POLYMERS | 10 | 377680.000 | P |
| KYD-040-429-839 | OSBORN MANUFACTURING CORPORATION | 2 | 715.000 | G |
| KYD-040-438-459 | PRESSURE PAK, INC. | 2 | 220.000 | G |
| KYD-041-165-960 | THOMAS INDUSTRIES | 4 | 1690.000 | G |
| KYD-041-166-893 | GOODYEAR TIRE & RUBBER | 6 | 2090.000 | G |
| KYD-041-167-115 | P B & S CHEMICAL | 1 | 1265.000 | G |
| KYD-041-170-390 | IRVING B. MOORE CORPORATION | 2 | 220.000 | G |
| KYD-041-376-138 | ASHLAND PETROLEUM COMPANY | 3 | 275.000 | G |
| KYD-042-595-074 | PHELPS DODGE MAGNET WIRE COMPANY | 9 | 34800.000 | G |
| KYD-045-734-753 | SOUTHERN STATES | 2 | 4160.000 | G |
| KYD-045-736-402 | WESTVACO | 1 | 447.000 | P |
| KYD-046-656-732 | SOUTHERN STANDARD CARTON, INC. | 2 | 495.000 | G |
| KYD-046-656-971 | NESTAWAY CORPORATION | 1 | 4455.000 | G |
| KYD-046-657-896 | HI TEK POLYMERS | 5 | 9075.000 | G |
| KYD-047-546-932 | CHERRY - BURRELL | 1 | 100.000 | G |
| KYD-048-735-717 | WALKER BROS CONST CO INC | 1 | 3100.000 | G |
| KYD-049-275-514 | AEROBRAZE CORPORATION | 2 | 1320.000 | G |
| KYD-053-349-593 | OLYMPIC HOME CARE PRODUCTS | 3 | 20250.000 | P |
| KYD-053-350-229 | VANDERBILT CHEMICAL COMPANY | 14 | 27295.000 | G |
| KYD-054-272-554 | TECUMSEH PRODUCTS COMPANY | 4 | 2145.000 | G |
| KYD-054-272-554 | TECUMSEH PRODUCTS COMPANY | 1 | 4.000 | Y |
| KYD-055-003-206 | INGERSOLL-RAND COMPANY | 20 | 2115.000 | G |

```
                    FORM # 6 - HAZARDOUS WASTE ANNUAL REPORT
5/24/94              SUMMARY OF WASTE RECEIVED FROM OFF-SITE          Page  11

                         ALL GENERATORS THAT SENT WASTE

SITE/COMPANY NAME:  LWD, Inc.
EPA ID NUMBER:  KYD088438817      REPORT YEAR:  1993

  GENERATOR                                  TOTAL NUMBER OF        TOTAL NUMBER OF
  EPA ID NUMBER   FACILITY NAME              MANIFESTED SHIPMENTS   POUNDS OF WASTE SHIPPED
  KYLQG           RON'S BODY SHOP                   1                        41.70
  KYLQG           ROY L. ADAMS, SR.                 1                       609.95
  KYLQG           SHAWNEE PLASTIC                   1                     5,546.10
  KYLQG           SHELL OIL COMPANY                 1                       166.35
  KYLQG           SHELL OIL COMPANY                 1                       166.35
  KYLQG           SHELL OIL COMPANY                 1                       166.35
  KYLQG           SHIRLEY STINNETT                  1                       458.70
  KYLQG           SUE STRANEY                       1                       110.90
  KYLQG           SUMITOMO ELECTRIC WIRING SYSTEMS  1                       987.00
  KYLQG           TEXAS GAS TRANSMISSION CORP       1                       500.40
  KYLQG           TEXAS GAS TRANSMISSION CORP (POOL GARAGE) 1               458.70
  KYLQG           TEXAS GAS TRANSMISSION CORPORATION 1                      458.70
  KYLQG           THE PINKERTON TOBACCO COMPANY     1                       108.42
  KYLQG           TOM & AL'S                        1                       110.90
  KYLQG           TRIGG CO. D.O.T.                  1                       150.12
  KYLQG           U.S. ARMY CORP. OF ENGINEERS      1                       300.00
  KYLQG           UZZLE'S SERVICE STATION           1                       199.62
  KYLQG           VAN SLYKE                         1                       333.60
  KYLQG           W.K. SNYDER                       1                        55.45
  KYLQG           WAYNE CO. D.O.T.                  1                       208.50
  KYLQG           ZEALCO INDUSTRIES, INC            1                       477.00
  KYTMP0001135    E M BAILEY                        1                       125.10
  LA9571924050    BARKSDALE AFB                    12                    19,196.00
  LAD041222365    AIR PRODUCTS AND CHEMICALS, INC.  1                    34,194.00
  LAD062628300    SHELL OIL COMPANY                 1                     7,114.02
  LAD081413973    TEXAS GAS TRANSMISSION            1                     1,000.80
  LAD085134971    TEXAS GAS TRANSMISSION CORPORATION 3                   26,579.58
  LAD085157618    TEXAS GAS TRANSMISSION CORPORATION 3                    4,045.00
  LAD214022725    FORT POLK AF2X-EE-DE              2                     1,546.00
  LAD980333371    TEXAS GAS TRANSMISSION CORPORATION 2                    3,820.85
  LAD980699300    TEXAS GAS TRANSMISSION CORP       2                       583.80
  LAD980864037    TEXAS GAS TRANSMISSION CORPORATION 4                   66,750.35
  LAD981146186    TEXAS GAS TRANSMISSION CORP       1                       458.70
  LAD985170968    TEXAS GAS TRANSMISSION CORPORATION 2                    1,834.80
  LAD985197441    TEXAS GAS TRANSMISSION CORPORATION 1                   12,510.00
  MOD985797091    MOBIL OIL - 05J7V                 1                       917.40
  MAD000769638    SHELL OIL COMPANY                 5                   101,940.22
  MAD001027879    US EPA REGION I/ROFOR PLATING     1                    15,159.70
  MAD981887268    NOVACOR CHEMICALS                 4                    23,800.00
  MD8211620267    FT. DETRICK                       2                       500.30
  MDD003067832    AIR PRODUCTS AND CHEMICALS, INC.  2                    86,400.00
  MDD022402994    BARRE NATIONAL                    1                     4,860.00
  MDD044147098    DRESSER INDUSTRIES                1                    29,190.00
  MDD985416254    CPI                               1                     1,684.00
  MDD985418680    HARRIS STRUCTURAL STEEL           4                   168,000.00
  MDP000008026    U.S. EPA REGION III               1                    24,620.00
  MED040228983    PIONEER PLASTICS CORP.            5                   142,056.70
  MEP000009186    WOODARD & CURRAN                  6                   150,740.00
  MEP000009198    WOODARD & CURRAN                  1                    22,000.00
```