

**EXHIBIT 4**

Envirofacts
# FRS Facility Detail Report

 FRS

**DRESSER INSTRUMENTS**
200 HARRISON ROAD
BEREA, KY 40403-1773
EPA Registry Id: 110003221870

**Facility Registry Service Links**

- Search
  - FRS Facility Query
  - FRS EZ Search
  - Organization Search
- FRS Physical Data Model
- FRS Geospatial Model
- Contact Us
- Facility Registry Service (FRS) Home





**Legend**
- Selected Facility
- EPA Facility of Interest
- State/Tribe Facility of Interest

The facility locations displayed come from the FRS Spatial Coordinates tables. They are the best representative locations for the displayed facilities based on the accuracy of the collection method and quality assurance checks performed against each location. The North American Datum of 1983 is used to display all coordinates.

**Environmental Interests**

| Information System | Information System ID | Environmental Interest Type | Data Source | Last Updated Date | Supplemental Environmental Interests: |
|---|---|---|---|---|---|
| INTEGRATED COMPLIANCE INFORMATION SYSTEM | 34165 | FORMAL ENFORCEMENT ACTION | ICIS | 07/02/1998 | ICIS-04-1998-0325 FORMAL ENFORCEMENT ACTION |
| INTEGRATED COMPLIANCE INFORMATION SYSTEM | 34165 | ENFORCEMENT/COMPLIANCE ACTIVITY | ICIS | 05/19/2004 | ICIS-04-1998-0325 FORMAL ENFORCEMENT ACTION |
| RESOURCE CONSERVATION AND RECOVERY ACT INFORMATION SYSTEM | KYD007369887 | UNSPECIFIED UNIVERSE (N) | RCRAINFO | 09/27/2004 | |
| TOXIC RELEASE INVENTORY SYSTEM | 40403DRSSR200HA | TRI REPORTER | TRI REPORTING FORM | 06/20/2005 | |

**Additional EPA Reports:** MyEnvironment  Enforcement and Compliance Viewer  Site Demographics  Facility Coordinates Viewer  Environmental Justice Map Viewer  Watershed Report

### Standard Industrial Classification Codes (SIC)

| Data Source | SIC Code | Description | Primary |
|---|---|---|---|
| TRIS | 3823 | INDUSTRIAL INSTRUMENTS FOR MEASUREMENT, DISPLAY, AND CONTROL OF PROCESS VARIABLES; AND RELATED PRODUCTS | |

### Facility Codes and Flags

| | |
|---|---|
| EPA Region: | 04 |
| Duns Number: | |
| Congressional District Number: | 06 |
| Legislative District Number: | 04 |
| HUC Code/Watershed: | 05100205 / LOWER KENTUCKY |
| US Mexico Border Indicator: | |
| Federal Facility: | NO |

### National Industry Classification System Codes (NAICS)

| Data Source | NAICS Code | Description | Primary |
|---|---|---|---|
| TRIS | 334513 | INSTRUMENTS AND RELATED PRODUCTS MANUFACTURING FOR MEASURING, DISPLAYING, AND CONTROLLING INDUSTRIAL PROCESS VARIABLES. | |
| RCRAINFO | 334513 | INSTRUMENTS AND RELATED PRODUCTS MANUFACTURING FOR MEASURING, DISPLAYING, AND CONTROLLING INDUSTRIAL PROCESS VARIABLES. | |

### Facility Mailing Addresses

| Affiliation Type | Delivery Point | City Name | State | Postal Code | Information System |
|---|---|---|---|---|---|
| FACILITY MAILING ADDRESS | 200 HARRISON RD | BEREA | KY | 40403 | RCRAINFO |
| FACILITY MAILING ADDRESS | 250 E MAIN ST | STRATFORD | CT | 06614 | TRIS |

| | Tribal Land: | NO | |
|---|---|---|---|

**Alternative Names**

| Alternative Name | Source of Data |
|---|---|
| DRESSER EQUIPMENT GROUP INC | ICIS |
| DRESSER INC. | RCRAINFO |
| DRESSER INDS. INSTRUMENT DIV. | TRI REPORTING FORM |

**Contacts**

| Affiliation Type | Full Name | Office Phone | Information System | Mailing Address |
|---|---|---|---|---|
| PUBLIC CONTACT | WILLIAM RIDOLFI | 2033850568 | TRIS | |

**Organizations**

| Affiliation Type | Name | DUNS Number | Information System | Mailing Address |
|---|---|---|---|---|
| PARENT COMPANY | DRESSER INDUSTRIES INC | 001962984 | TRIS | |
| OWNER/OPERATOR | | 007348295 | TRIS | |

Query executed on: MAY-06-2014

**Additional information for CERCLIS or TRI sites:**

This information resource is not maintained, managed, or owned by the Environmental Protection Agency (EPA) or the Envirofacts Support Team. Neither the EPA nor the Envirofacts Support Team is responsible for their content or site operation. The Envirofacts Warehouse provides this reference only as a convenience to our Internet users.

- National Library of Medicine (NLM) **EXIT EPA** TOXMAP



**Envirofacts**
# FRS Facility Detail Report

 FRS

**DRESSER INC. WAYNE DIV.**

124 W COLLEGE AVE
SALISBURY, MD 21804
EPA Registry Id: 110000700661

**Facility Registry Service Links**

- Search
  - FRS Facility Query
  - FRS EZ Search
  - Organization Search
- FRS Physical Data Model
- FRS Geospatial Model
- Contact Us
- Facility Registry Service (FRS) Home





The facility locations displayed come from the FRS Spatial Coordinates tables. They are the best representative locations for the displayed facilities based on the accuracy of the collection method and quality assurance checks performed against each location. The North American Datum of 1983 is used to display all coordinates.

**Environmental Interests**

| Information System | Information System ID | Environmental Interest Type | Data Source | Last Updated Date | Supplemental Environmental Interests: |
|---|---|---|---|---|---|
| MARYLAND - ENVIRONMENTAL PERMIT SERVICE CENTER | 4093 | STATE MASTER | MD-EPSC | | -OIL CONTROL |
| AIR FACILITY SYSTEM | 2404500069 | AIR MINOR (OPERATING) | AIRS/AFS | 03/31/2008 | |
| RESOURCE CONSERVATION AND RECOVERY ACT INFORMATION SYSTEM | MDD044147098 | OTHER HAZARDOUS WASTE ACTIVITIES (Y) | RCRAINFO | 08/19/2011 | |
| TOXIC RELEASE INVENTORY SYSTEM | 21801DRSSR124WC | TRI REPORTER | TRI REPORTING FORM | 04/10/2002 | |
| MARYLAND-RESOURCE CONVERSATION AND RECOVERY ACT DATABASE | 2913 | STATE MASTER | MD-RCRA | | -MDD044147098 HAZARDOUS WASTE PROGRAM |

| Additional EPA Reports: | MyEnvironment Viewer | Enforcement and Compliance | Site Demographics | Facility Coordinates Viewer | Environmental Justice Map |
|---|---|---|---|---|---|
| | Watershed Report | | | | |

**Standard Industrial Classification Codes (SIC)**

| Data Source | SIC Code | Description | Primary |
|---|---|---|---|
| AIRS/AFS | PRIV | | |
| MD-EPSC | 3561 | PUMPS AND PUMPING EQUIPMENT | |
| TRIS | 3586 | MEASURING AND DISPENSING PUMPS | |
| AIRS/AFS | 3586 | MEASURING AND DISPENSING PUMPS | |

**National Industry Classification System Codes (NAICS)**

| Data Source | NAICS Code | Description | Primary |
|---|---|---|---|
| AIRS/AFS | 333913 | MEASURING AND DISPENSING PUMP MANUFACTURING. | |
| AIRS/AFS | ATELY | | |
| TRIS | 333913 | MEASURING AND DISPENSING PUMP MANUFACTURING. | |

**Facility Mailing Addresses**

| Affiliation Type | Delivery Point | City Name | State | Postal Code | Information System |
|---|---|---|---|---|---|
| OWNER | 2601 BELTLINE ROAD | CARROLLTON | | 75201 | MD-EPS |
| FACILITY MAILING ADDRESS | 124 COLLEGE AVENUE, WEST | SALISBURY | MD | 21801 | AIRS/AF |
| FACILITY MAILING ADDRESS | PO BOX 1859 | SALISBURY | MD | 218011859 | RCRAINF |

**Facility Codes and Flags**

| | |
|---|---|
| EPA Region: | 03 |
| Duns Number: | |
| Congressional District Number: | 01 |
| Legislative District Number: | |
| HUC Code/Watershed: | 02060007 / BLACKWATER-WICOMICO |

http://oaspub.epa.gov/enviro/fii_query_dtl.disp_program_facility?pgm_sys_id_in=MDD044147098&pgm_sys_acrnm_in=RCRAINFO 1/2

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **US Mexico Border Indicator:** | | | FACILITY MAILING ADDRESS | P.O. BOX 1859 | SALISBURY | MD | 21802-1859 | TRIS |
| **Federal Facility:** NO | | | OWNER | 2601 BELTLINE RD | CARROLLTON | TX | 75201 | RCRAINF |
| **Tribal Land:** NO | | | REGULATORY CONTACT | 124 W COLLEGE AVE | SALISBURY | MD | 21804 | RCRAINF |
| **Alternative Names** | | | OWNER | 2601 BELTLINE RD | CARROLLTON | | 75201 | MD-RCR |

### Contacts

| Alternative Name | Source of Data |
|---|---|
| DRESSER INDUSTRIES | AIRS/AFS |
| DRESSER INDUSTRIES, INC.-WAYNE DIVISION | MD-EPSC |
| DRESSER INC. WAYNE DIV. | TRI REPORTING FORM |
| WAYNE DIVISION DRESSER EQUIP GROUP | PART A (RCRA) |
| DRESSER INC. WAYNE DIV. | TRI REPORTING FORM |
| DRESSER INC. WAYNE DIV. | TRI REPORTING FORM |

| Affiliation Type | Full Name | Office Phone | Information System | Mailing Address |
|---|---|---|---|---|
| OWNER | DRESSER EQUIPMENT GROUP INC | (972)740-6000 | MD-RCRA | View |
| OWNER | DRESSER EQUIPMENT GROUP, INC. | 410-546-6726 | MD-EPSC | View |
| REGULATORY CONTACT | DAVID STODDARD | 4105466702 | RCRAINFO | View |

### Organizations

| Affiliation Type | Name | DUNS Number | Information System | Mailing Address |
|---|---|---|---|---|
| OWNER/OPERATOR | | 044147098 | TRIS | |
| OWNER | DRESSER EQUIPMENT GROUP INC | | RCRAINFO | View |
| PARENT COMPANY | DRESSER INC | | TRIS | |

Query executed on: MAY-06-2014

---

**Additional information for CERCLIS or TRI sites:**

This information resource is not maintained, managed, or owned by the Environmental Protection Agency (EPA) or the Envirofacts Support Team. Neither the EPA nor the Envirofacts Support Team is responsible for their content or site operation. The Envirofacts Warehouse provides this reference only as a convenience to our Internet users.

- National Library of Medicine (NLM) EXIT EPA  TOXMAP