# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) Civil Action No. 5:12-CV-00127-JHM-HBB |
| **ACF INDUSTRIES LLC, et al.** | ) ) ) |
| **Defendants.** | ) ) |

## ORDER

Upon the Motion to Dismiss Exxon Mobil Corp. and ExxonMobil Environmental Services Co. with Prejudice, and for good cause shown, Exxon Mobil Corp. and ExxonMobil Environmental Services Co. are hereby withdrawn from the pending Rule 12(b) motion to dismiss Plaintiff's Third Amended Complaint (Doc. 1002); and Exxon Mobil Corp. and ExxonMobil Environmental Services Co. are dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED

*Joseph H. McKinley*

Joseph H. McKinley, Jr., Chief Judge
United States District Court

May 12, 2014