# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
### OWENSBORO DIVISION

| | | |
|---|---|---|
| **LWD PRP GROUP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 5:12-CV-00127-** |
| | ) | **JHM-HBB** |
| **ACF INDUSTRIES LLC, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## MOTION TO DISMISS DEFENDANTS BANTA CORP.
## AND R.R DONNELLEY & SONS CO. WITH PREJUDICE

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), respectfully moves this Court for an appropriate Order which dismisses Banta Corp. ("Banta") and R.R Donnelley & Co. ("R.R. Donnelley") with prejudice from this cause. In support of this Motion, Plaintiff states as follows:

1.      On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery, contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several defendants [DN 1]. On January 30, 2013, Plaintiff filed a First Amended Complaint, naming Banta and R.R. Donnelley as additional defendants, among others [DN 581]. On March 29, 2013, Plaintiff filed a Second Amended Complaint against all defendants [DN 758]. On February 27, 2014, Plaintiff filed a Third Amended Complaint against the remaining defendants, including Banta and R.R. Donnelley [DN 985].

2.      Banta and R.R. Donnelley were two of the defendants who filed a Rule 12(b)(6) motion to dismiss Plaintiff's Second Amended Complaint [DN 776], which the Court denied on February 7, 2014 [DN 961].

3.    Banta and R.R. Donnelley are also two of the defendants who filed the pending Rule 12(b) motion to dismiss Plaintiff's Third Amended Complaint [DN 1002].

4.    Plaintiff has entered into a confidential settlement agreement with Banta and R.R. Donnelley, which settle all claims between Plaintiff and Banta and R.R. Donnelley for a sum certain and other valuable consideration exchanged between the parties.

5.    Under the terms of the settlement agreement with Banta and R.R. Donnelley, Plaintiff agreed to file a motion to dismiss Banta and R.R. Donnelley as defendants from this cause with prejudice, each party to bear its own costs.

6.    Plaintiff also respectfully requests that Banta and R.R. Donnelley be withdrawn as parties to the pending Rule 12(b) motion to dismiss Plaintiff's Third Amended Complaint [DN 1002].

7.    A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing Banta and R.R. Donnelley from this cause with prejudice, each party to bear its own costs; that the Order further reflect that Banta and R.R. Donnelley are withdrawn as parties to the pending Rule 12(b) motion to dismiss Plaintiff's Third Amended Complaint [DN 1002]; and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated:  May 13, 2014                    Respectfully submitted,


                                        /s/ Gary D. Justis
                                        Gary D. Justis            admitted *pro hac vice*
                                        Joshua L. Bailey          admitted *pro hac vice*
                                        THE JUSTIS LAW FIRM LLC
                                        5251 W. 116th Place, Suite 200
                                        Leawood, KS  66211-7820
                                        Telephone:  (913) 998-6102
                                        Facsimile:  (913) 998-6101
                                        Email:  gjustis@justislawfirm.com
                                        Email:  jbailey@justislawfirm.com

                                              and

                                        W. Fletcher McMurry Schrock (Ky. Bar# 62283)
                                        MCMURRY & LIVINGSTON, PLLC
                                        333 Broadway, 7th Floor
                                        P.O. Box 1700
                                        Paducah, Kentucky  42002-1700
                                        Telephone: (270) 443-6511
                                        Facsimile: (270) 443-6548
                                        Email: fletch@ml-lawfirm.com

                                        ATTORNEYS FOR PLAINTIFF LWD PRP
                                        GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2014, a copy of the foregoing Motion to Dismiss Banta Corp. and R.R. Donnelley & Sons Co. with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

*/s/* Gary D. Justis
Gary D. Justis