# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | )<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>)   Civil Action No. 5:12-CV-00127-<br>)   JHM-HBB |
| **ACF INDUSTRIES LLC, et al.** | )<br>) |
| Defendants. | )<br>) |

## ORDER

Upon the Motion to Dismiss Banta Corp. and R.R. Donnelley & Sons Co. with Prejudice, and for good cause shown, Banta Corp. and R.R. Donnelley & Sons Co. are hereby withdrawn from the pending Rule 12(b) motion to dismiss Plaintiff's Third Amended Complaint [DN 1002]; and Banta Corp. and R.R. Donnelley & Sons Co. are dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED this _____ day of _____ 2014.

_____
CHIEF JUDGE MCKINLEY
United States District Court