## THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF KENTUCKY
### OWENSBORO DIVISION

|  |  |  |
|---|---|---|
| **LWD PRP GROUP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 5:12-CV-00127-** |
| | ) | **JHM-HBB** |
| **ACF INDUSTRIES LLC, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

### MOTION FOR CLERK'S ENTRY OF DEFAULT AS TO
### DEFENDANT BLUEGRASS INCINERATION SERVICES, LLC

TO:   VANESSA L. ARMSTRONG
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff LWD PRP

Group respectfully requests the Clerk of the Court enter the default of Defendant Bluegrass

Incineration Services, LLC (proposed Entry of Default is attached hereto as Ex. A), which

defendant has failed to answer or otherwise defend the Complaint herein, as fully appears from

the Court file herein and from the attached Affidavit of Gary D. Justis (Ex. B hereto) in support

of this request for the Clerk's Entry of Default.

Dated:  May 13, 2014                          Respectfully submitted,


                                      /s/ Gary D. Justis
                                        Gary D. Justis                admitted *pro hac vice*
                                        Joshua Bailey              admitted *pro hac vice*

THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, Kansas  66211-7820
Telephone:  (913) 998-6100
Facsimile:  (913) 998-6101
Email:  gjustis@justislawfirm.com
          jbailey@justislawfirm.com

    and

W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP
GROUP


## CERTIFICATE OF SERVICE

      I hereby certify that on May 13, 2014, a copy of the foregoing Motion for Clerk's Entry

of Default as to Defendant Bluegrass Incineration Services, LLC was filed electronically. Notice

of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties

may access this filing through the Court's Electronic Case Filing System.


                                          /s/ Gary D. Justis
                                        Gary D. Justis