THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 5:12-CV-00127- |
| | ) JHM-HBB |
| **ACF INDUSTRIES LLC, et al.** | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ENTRY OF DEFAULT

I, Vanessa L. Armstrong, Clerk of the Court of the United States District Court for the Western District of Kentucky, do hereby certify that Defendant Bluegrass Incineration Services, LLC has not filed an answer or otherwise defended the Complaint filed herein. The default of Defendant Bluegrass Incineration Services, LLC is hereby noted and entered pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:  May_____, 2014

                                              Vanessa L. Armstrong, Clerk of the Court

                                              By: _____
                                                      Deputy Clerk