THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 5:12-CV-00127- |
| ACF INDUSTRIES LLC, et al. | ) JHM-HBB ) |
| Defendants. | ) ) |

**AFFIDAVIT IN SUPPORT OF MOTION FOR CLERK'S ENTRY OF
DEFAULT AS TO DEFENDANT BLUEGRASS INCINERATION SERVICES, LLC**

STATE OF KANSAS   )
                  ) ss.
COUNTY OF JOHNSON )

Gary D. Justis, lead counsel for Plaintiff LWD PRP Group ("Plaintiff"), being duly sworn, hereby deposes and states as follows:

1. I am lead counsel for Plaintiff in the instant action.

2. This action was commenced pursuant to the provisions of the Comprehensive Environmental Response, Compensation and Liability Act of 1980, as amended, 42 U.S.C. § 9601, *et seq.*

3. Plaintiff named Defendant Bluegrass Incineration Services, LLC ("BIC") in the Second Amended Complaint, which was filed on March 29, 2013 [DN 758], and in the Third Amended Complaint, which was filed on February 27, 2014 [DN 985] (collectively "Complaint").

4. Plaintiff formally served BIC's principal and managing member, Robert Kattula, with the Summons and Complaint on May 6, 2013. *See* Aff. of Service [DN 908].

5. Pursuant to Fed. R. Civ. P. 12(a), BIC was required to respond within 21 days after being served with the Summons and Complaint.

6. As fully appears from the Court file herein, the time for BIC to answer or otherwise move with respect to the Complaint has expired and has not been extended, and BIC has failed to plead or otherwise defend with respect to the Complaint.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief.

Dated: May 13, 2014

_____
Gary D. Justis
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, Kansas 66211-7820
Telephone: (913) 998-6100
Facsimile: (913) 998-6101
Email: gjustis@justislawfirm.com

On this 13TH day of May, 2014, before me, the undersigned, a Notary Public within and for said County and State, personally appeared Gary D. Justis, to me know to be the person described in and who executed the foregoing instrument, and acknowledged that he executed the same of his free act and deed.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year last above written.

_____
Notary Public

My Commission Expires:

July 21, 2014

[Notary seal: LAURA POWELL, MY COMMISSION EXPIRES July 21, 2014]

2