## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: May 14, 2014

Mr. Gary D. Justis

Mr. Jonathan Duncan Pitchford

Mr. W. Fletcher McMurry Schrock

Mr. Kerry Duggan Smith

            Re: Case No. 14-503, *In re: Alcan Corporation, et al*
               Originating Case No. : 5:12-cv-00127

Dear Counsel:

   The Court issued the enclosed Order today in this case.

                         Sincerely yours,

                         s/Patricia J. Elder
                         Senior Case Manager
                         Direct Dial No. 513-564-7034

cc:  Ms. Vanessa L. Armstrong

Enclosure

Case No. 14-503

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

In re: ALCAN CORPORATION, et al.,

      Petitioners

Upon consideration of the motion to dismiss Banta Corporation and R.R. Donnelley & Sons Company as parties,

It is therefore **ORDERED** that the motion be and it hereby is **GRANTED** and the above-named parties are hereby **DISMISSED**.

**ENTERED PURSUANT TO RULE 45(a),**
**RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: May 14, 2014

_____