UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Disclosure of Corporate Affiliations and Financial Interest

Sixth Circuit
Case Number: 14-503          Case Name: In re Alcan Corporation, et al.

Name of counsel: Kerry D. Smith

Pursuant to 6th Cir. R. 26.1, LWD PRP Group
*Name of Party*
makes the following disclosure:

1. Is said party a subsidiary or affiliate of a publicly owned corporation? If Yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party:

> Yes. The members of the LWD PRP Group are identified on the attached Exhibit "A" as well as any of their respective publicly owned corporations.

2. Is there a publicly owned corporation, not a party to the appeal, that has a financial interest in the outcome? If yes, list the identity of such corporation and the nature of the financial interest:

> Yes. The members of the LWD PRP Group are identified on the attached Exhibit "A" as well as any of their respective publicly owned corporations.

## CERTIFICATE OF SERVICE

I certify that on _____14 May 2014_____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Kerry D. Smith
201 Broadway, P.O. Box 1700
Paducah, KY 42002-1700

This statement is filed twice: when the appeal is initially opened and later, in the principal briefs, immediately preceding the table of contents. See 6th Cir. R. 26.1 on page 2 of this form.

## 6th Cir. R. 26.1
## DISCLOSURE OF CORPORATE AFFILIATIONS
## AND FINANCIAL INTEREST

      (a)  **Parties Required to Make Disclosure**.  With the exception of the United States government or agencies thereof or a state government or agencies or political subdivisions thereof, all parties and amici curiae to a civil or bankruptcy case, agency review proceeding, or original proceedings, and all corporate defendants in a criminal case shall file a corporate affiliate/financial interest disclosure statement.  A negative report is required except in the case of individual criminal defendants.

      (b)  **Financial Interest to Be Disclosed**.

          (1)  Whenever a corporation that is a party to an appeal, or which appears as amicus curiae, is a subsidiary or affiliate of any publicly owned corporation not named in the appeal, counsel for the corporation that is a party or amicus shall advise the clerk in the manner provided by subdivision (c) of this rule of the identity of the parent corporation or affiliate and the relationship between it and the corporation that is a party or amicus to the appeal.  A corporation shall be considered an affiliate of a publicly owned corporation for purposes of this rule if it controls, is controlled by, or is under common control with a publicly owned corporation.

          (2) Whenever, by reason of insurance, a franchise agreement, or indemnity agreement, a publicly owned corporation or its affiliate, not a party to the appeal, nor an amicus, has a substantial financial interest in the outcome of litigation, counsel for the party or amicus whose interest is aligned with that of the publicly owned corporation or its affiliate shall advise the clerk in the manner provided by subdivision (c) of this rule of the identity of the publicly owned corporation and the nature of its or its affiliate's substantial financial interest in the outcome of the litigation.

      **(c)**  **Form and Time of Disclosure**.  The disclosure statement shall be made on a form provided by the clerk and filed with the brief of a party or amicus or upon filing a motion, response, petition, or answer in this Court, whichever first occurs.

# EXHBIT "A" TO CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, Respondent-Plaintiff LWD PRP Group ("LWD PRP Group") submits the following corporate disclosure statements with respect to the LWD PRP Group's members:

Air Products and Chemical, Inc. is an LWD PRP Group member. Air Products and Chemical, Inc. has no parent corporation.

Akebono Brake Corporation is an LWD PRP Group member. Akebono Brake Industry Co., Ltd. is the parent corporation to Akebono Brake Corporation and is a publicly-traded corporation in Japan.

Albaugh, Inc. is an LWD PRP Group member. Albaugh, Inc. has no parent corporation.

Arkema Inc. is an LWD PRP Group member. Arkema S.A. is the parent corporation to Arkema Inc. and is a publicly-traded corporation in France.

Ashland Inc. is an LWD PRP Group member. Ashland Inc. has no parent corporation.

Atlantic Richfield Company/ BP Products North America, Inc./The Standard Oil Company is an LWD PRP Group member, whose parent corporation is BP p.l.c., which is a publicly-traded corporation.

BASF Corporation is an LWD PRP Group member. BASF SE is the parent corporation to BASF Corporation and is a publicly-traded corporation.

Cognis Corporation is an LWD PRP Group member. BASF SE is the parent corporation to Cognis Corporation and is a publicly-traded corporation.

Goodrich Corporation, formerly The B.F. Goodrich Company, is an LWD PRP Group member. United Technologies Corp. is the parent corporation to Goodrich Corporation and is a publicly-traded corporation.

Three Rivers Management, Inc., agent for Beazer East, Inc., is an LWD PRP Group member. HeidelbergCement AG is the parent corporation to both Three Rivers Management, Inc. and Beazer East, Inc., and HeidelbergCement AG is a publicly-traded corporation.

Chase Brass & Copper Co. is an LWD PRP Group member. Global Brass and Copper Holdings, Inc. is the parent corporation to Chase Brass & Copper Co. and is a publicly-traded corporation.

Dart Container Corporation of KY, a MI corporation, is an LWD PRP Group member. Dart Container Corp. is the parent corporation to Dart Container Corporation of KY, and is not a publicly-traded corporation.

Environmental Enterprises Inc. is an LWD PRP Group member. Expressway Commerce Company, Inc. is the parent corporation to Environmental Enterprises Inc. and is not a publicly-traded corporation.

DanChem Technologies, Inc. is an LWD PRP Group member. Ensign-Bickford Industries, Inc. is the parent corporation to DanChem Technologies, Inc. and is not a publicly-traded corporation.

CNA Holdings LLC is an LWD PRP Group member. Celanese Corp. is the parent corporation to CNA Holdings LLC and is a publicly-traded corporation.

Illinois Central Railroad Company is an LWD PRP Group member. Canadian National Railway Co. is the parent corporation to Illinois Central Railroad Company and is a publicly-traded corporation.

InChem Corp. is an LWD PRP Group member. InChem Holdings USA, Inc. is the parent corporation to InChem Corp. and is not a publicly-traded corporation.

International Specialty Products, Inc. is an LWD PRP Group member. Ashland Inc. is the parent corporation to International Specialty Products, Inc. and is a publicly-traded corporation.

Koppers Inc. is an LWD PRP Group member. Koppers Holdings Inc. is the parent corporation to Koppers Inc. and is a publicly-traded corporation.

Marathon Petroleum Company LP, as assignee of Marathon Oil Company, is an LWD PRP Group member. Marathon Petroleum Corp. is the parent corporation to Marathon Petroleum Company LP and is a publicly-traded corporation.

Milliken & Company is an LWD PRP Group member. Milliken & Company has no parent corporation.

NCR Corporation is an LWD PRP Group member. NCR Corporation has no parent corporation.

The Lubrizol Corporation is an LWD PRP Group member. Berkshire Hathaway Inc. is the parent corporation to The Lubrizol Corporation and is a publicly-traded corporation.

Giant Resource Recovery, Inc. is an LWD PRP Group member. Giant Cement Holding, Inc. is the parent corporation to Giant Resource Recovery, Inc. and is not a publicly-traded corporation. Cementos Portland Valderrivas, S.A. is the parent corporation to Giant Cement Holding, Inc. and is a publicly-traded corporation in Spain.

PPG Industries is an LWD PRP Group member. PPG Industries has no parent corporation.

PepsiCo, Incorporated is an LWD PRP Group member. PepsiCo, Incorporated has no parent corporation.

Phelps Dodge Industries, Inc. is an LWD PRP Group member. Freeport-McMoRan Corp. is the parent corporation of Phelps Dodge Industries, Inc. and is not a publicly-traded corporation. Freeport-McMoRan Copper & Gold Inc. is the parent corporation of Freeport-McMoRan Corp. and is a publicly-traded corporation.

Rineco is an LWD PRP Group member. Rineco has no parent corporation.

4

Pollution Control Industries, Inc. is an LWD PRP Group member. Grupo Tradebe Medioambiente, S.L. is the parent corporation to Pollution Control Industries, Inc. and is not a publicly-traded corporation.

Safety-Kleen Systems, Inc. is an LWD PRP Group member. Clean Harbors, Inc. is the parent corporation of Safety-Kleen Systems, Inc. and is a publicly-traded corporation.

Shell Oil Company is an LWD PRP Group member. Royal Dutch Shell plc is the parent corporation of Shell Oil Company and is a publicly-traded corporation.

Motiva Enterprises LLC is an LWD PRP Group member. Shell Oil Company and Saudi Arabian Oil Co. each own 50% of Motiva Enterprises LLC. Saudi Arabian Oil Co is not a publicly-traded corporation. Royal Dutch Shell plc is the parent corporation of Shell Oil Company and is a publicly-traded corporation.

Steelcase Inc. is an LWD PRP Group member. Steelcase Inc. has no parent corporation.

Hamilton Sundstrand Corporation, formerly Sundstrand Aerospace, is an LWD PRP Group member. United Technologies Corp. is the parent corporation of Hamilton Sundstrand Corporation and is a publicly-traded corporation.

Philips Electronics North America Corporation is an LWD PRP Group member. Koninklijke Philips N.V., also known as Royal Philips, is the parent

5

corporation of Philips Electronics North America Corporation and is a publicly-traded corporation.

Givaudan Flavors Corporation is an LWD PRP Group member. Givaudan SA is the parent corporation of Givaudan Flavors Corporation and is a publicly-traded corporation in Switzerland.

Teva Pharmaceuticals USA, Inc. is an LWD PRP Group member. Teva Pharmaceutical Industries Ltd. is the parent corporation of Teva Pharmaceuticals USA, Inc. and is a publicly-traded corporation.

Texas Gas Transmission, LLC is an LWD PRP Group member. Boardwalk Pipeline Partners, LP is the parent corporation of Texas Gas Transmission, LLC and is a publicly-traded corporation.

Textileather Corporation is an LWD PRP Group member. Canadian General-Tower Ltd. is the parent corporation of Textileather Corporation and is not a publicly-traded corporation.

SET Environmental, Inc. is an LWD PRP Group member. SET Environmental, Inc. has no parent corporation.

United States Steel Corporation is an LWD PRP Group member. United States Steel Corporation has no parent corporation.

R.T. Vanderbilt Company, Inc. is an LWD PRP Group member. R.T. Vanderbilt Company, Inc. has no parent corporation.

Waste Control Specialists LLC is an LWD PRP Group member. Valhi, Inc. is the parent corporation of Waste Control Specialists LLC and is a publicly-traded corporation.

Westlake Vinyls, Inc. is an LWD PRP Group member. Westlake Chemical Corp. is the parent corporation to Westlake Vinyls, Inc. and is a publicly-traded corporation.

Weyerhaeuser NR Company is an LWD PRP Group member. Weyerhaeuser Company is the parent corporation to Weyerhaeuser NR Company and is a publicly-traded corporation.