IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 5:12-CV-127- |
| | ) JHM-HBB |
| **ACF INDUSTRIES LLC, et al.** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**PLAINTIFF'S SUPPLEMENTAL RESPONSE TO
DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS**

Plaintiff LWD PRP Group ("Plaintiff" or "LWD PRP Group"), by and through counsel, respectfully submits the following Supplemental Response to the pending Rule 12(b)(6) Motion to Dismiss [DN 1002] filed by a group of Defendants known as the Joint Defense Group (hereinafter "JDG").

In Plaintiff's original Response filed on May 12, 2014 [DN 1020], Plaintiff referred to the March 28, 2014 public comment letter the JDG sent to EPA objecting to EPA Past Costs AOC II, which is attached as Exhibit B to the JDG's Reply on its Motion for Reconsideration [DN 1003]. *See* Pl.'s Response at 6-7. Since Plaintiff filed its Response, the undersigned lead counsel received EPA's Response to the JDG's March 28, 2014 public comment letter, which is attached hereto at Ex. B.[1] In rejecting the JDG's public comments and objections to EPA Past Costs AOC II, EPA confirms what Plaintiff argued in its original Response. The payment the LWD PRP Group made to EPA under EPA Past Costs AOC II was not "wholly voluntary" and provides

---

[1] Plaintiff is designating this as Exhibit B since there is already an Exhibit A to Plaintiff's original Response, which is the Proposed Order denying the JDG's Motion to Dismiss. Even though EPA's response letter is dated May 8, 2014, the undersigned lead counsel did not receive a copy until May 14, 2014.

Plaintiff with broader contribution protection and covenants not to sue from what EPA provided Plaintiff in EPA Past Costs AOC I:

> First, although parties to the proposed Settlement Agreement [EPA Past Costs AOC II] may have also been party to the first CERCLA 122(h) settlement agreement (CERCLA 04-2013-3751, the "First Settlement") [EPA Past Costs AOC I], the covenant not to sue from the EPA under the First Settlement [EPA Past Costs AOC I] was more limited in scope than under the proposed Settlement Agreement [EPA Past Costs AOC II]. . . . The EPA and the U.S. Department of Justice continued to incur site-related costs after October 10, 2012. These costs through that Effective Date are addressed by the proposed Settlement Agreement [EPA Past Costs AOC II], but were not addressed by the First Settlement [EPA Past Costs AOC I]. <u>In addition, the covenant not to sue provided by the EPA under the proposed Settlement Agreement [EPA Past Costs AOC II] encompasses any potential costs that might have been incurred by the EPA or U.S. Department of Justice in connection with the Site through the Effective Date, but might not have been actually paid. This broader covenant embraces any such costs, including those incurred prior to October 10, 2012.</u>

*See* Ex. B at 1 (emphasis added).

Thus, EPA disagrees with the JDG's argument that the LWD PRP Group's payment to EPA under EPA Past Costs AOC II is "voluntary" in nature. EPA's response to the JDG's arguments on this point, as well as the other points raised in Plaintiff's original Response, lead to the inescapable conclusion that Plaintiff's allegations related to its contribution claims for costs paid to EPA under EPA Past Costs AOC II cannot be dismissed when the Court construes all such allegations in a light most favorable to Plaintiff and accepts all such factual allegations as true.

For the foregoing reasons and the reasons set forth in Plaintiff's original Response [DN 1020], Plaintiff LWD PRP Group respectfully requests that this Court enter an appropriate Order denying JDG's Motion to Dismiss all or a portion of Plaintiff's Third Amended Complaint, and for such other and any further relief as the Court deems just and appropriate under the circumstances.

Dated: May 14, 2014

Respectfully submitted,

/s/ Gary D. Justis
Gary D. Justis            admitted *pro hac vice*
Joshua L. Bailey          admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, KS  66211-7820
Telephone:  (913) 998-6100
Facsimile:  (913) 998-6101
Email:  gjustis@justislawfirm.com
            jbailey@justislawfirm.com

and

W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, KY  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2014, a copy of the foregoing Plaintiff's Supplemental Response to Defendants' Rule 12(b)(6) Motion to Dismiss was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's Electronic Case Filing System.

/s/ Gary D. Justis
Gary D. Justis

3