IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| LWD PRP GROUP, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ACF INDUSTRIES LLC, et al. )<br>)<br>Defendants. )<br>) | Civil Action No. 5:12-CV-00127-JHM-HBB |

## ORDER

Upon the Motion to Dismiss Banta Corp. and R.R. Donnelley & Sons Co. with Prejudice, and for good cause shown, Banta Corp. and R.R. Donnelley & Sons Co. are hereby withdrawn from the pending Rule 12(b) motion to dismiss Plaintiff's Third Amended Complaint [DN 1002]; and Banta Corp. and R.R. Donnelley & Sons Co. are dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED

*Joseph H. McKinley*

**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

May 14, 2014