# THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 5:12-CV-00127- |
| **ACF INDUSTRIES LLC, et al.** | ) JHM-HBB ) ) |
| Defendants. | ) ) |

## ENTRY OF DEFAULT

I, Vanessa L. Armstrong, Clerk of the Court of the United States District Court for the Western District of Kentucky, do hereby certify that Defendant Bluegrass Incineration Services, LLC has not filed an answer or otherwise defended the Complaint filed herein. The default of Defendant Bluegrass Incineration Services, LLC is hereby noted and entered pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: May 15, 2014

Vanessa L. Armstrong, Clerk of the Court

By: /s/ Erica A. Skinner
Deputy Clerk

Copies to:  Counsel of record
            Bluegrass Incineration Services LLC