IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, )<br>)<br>　　　　　　Plaintiff, )<br>)<br>vs. )<br>)<br>ACF INDUSTRIES LLC, et al )<br>)<br>　　　　　　Defendants. )<br>_____) | Civil Action No. 5:12CV-127-R |

## MOTION TO DISMISS OF DEFENDANT
## MEGA FABRICATION, INC.

Defendant MEGA FABRICATION, INC., through its lawyer Derek S. Casey of TRIPLETT, WOOLF & GARRETSON, LLC, hereby moves this Court pursuant to Fed.R.Civ.P. 12(b)(6) to dismiss all the claims brought by Plaintiff, LWD PRP Group. In support of this Motion, Defendant joins in and incorporates by reference the arguments presented in the Motion to Dismiss and accompanying memorandum and exhibits filed on March 28, 2014 [DE#1002] and the reply filed on May 30, 2014 [DE#1030]. A proposed order granting this Motion is submitted simultaneously to the Court for the Court's convenience.

Respectfully submitted,

TRIPLETT, WOOLF & GARRETSON, LLC

s/ Derek S. Casey_____
Derek S. Casey, #15125
2959 North Rock Road, Suite 300
Wichita, KS 67226
Tel: 316-630-8100
Fax: 316-630-8101
Email: dscasey@twgfirm.com

*Attorneys for Defendant Mega Fabrication, Inc.*

- 2 -

## CERTIFICATE OF SERVICE

I certify that on June 12, 2014, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send a notice of filing to all counsel of record;

    -and-

I further certify that I mailed the foregoing document and the Notice of Electronic Filing by first-class mail to the following non-CM/ECF participants:

John J. McAleese, III
Morgan Lewis & Bockius LLP
1701 Market St.
Philadelphia, PA  19103

Relocatable Confinement Facilities
Ken Holloway
1175 Weyand
Dixon, CA  95620

        Respectfully submitted,

        TRIPLETT, WOOLF & GARRETSON, LLC

        s/Derek S. Casey
        Derek S. Casey,  #15125
        2959 North Rock Road, Suite 300
        Wichita, KS  67226
        Tel:    316-630-8100
        Fax:   316-630-8101
        Email: dscasey@twgfirm.com
        *Attorneys for Defendant Mega Fabrication, Inc.*

#428816