<div style="text-align:center">

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

</div>

| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |
|---|---|---|

Filed: June 18, 2014

Mr. Gary D. Justis

Mr. Jonathan Duncan Pitchford

Mr. W. Fletcher McMurry Schrock

Mr. Kerry Duggan Smith

      Re: Case No. 14-503, *In re: Alcan Corporation, et al*
           Originating Case No. : 5:12-cv-00127

Dear Counsel:

  The Court issued the enclosed (Order/Opinion) today in this case.

                    Sincerely yours,

                    s/Patricia J. Elder
                    Senior Case Manager
                    Direct Dial No. 513-564-7034

cc:  Ms. Vanessa L. Armstrong

Enclosure

No mandate to issue

No. 14-0503

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

<table>
<tr><td>In re: ALCON CORPORATION, captioned as Rio Tinto Alcan and Pechiney Plastic Packaging, Inc., et al.,<br><br>      Petitioners.</td><td>)<br>)<br>)<br>)<br>)</td><td>O R D E R</td></tr>
</table>

<div style="border: 1px solid; padding: 5px; display: inline-block;">
FILED<br>
Jun 18, 2014<br>
DEBORAH S. HUNT, Clerk
</div>

Before: KEITH, SUHRHEINRICH, and McKEAGUE, Circuit Judges.

The petitioners, numerous defendants in this action under the Comprehensive Environmental Response, Compensation & Liability Act ("CERCLA"), petition under 28 U.S.C. § 1292(b) to appeal the district court's ruling on the statute of limitations applicable to the claim against them for contribution under § 113(f) of CERCLA, 42 U.S.C. § 9613. Plaintiff LWD PRP Group opposes the petition to appeal.

"This court in its discretion may permit an appeal to be taken from an order certified for interlocutory appeal if (1) the order involves a controlling question of law, (2) a substantial ground for difference of opinion exists regarding the correctness of the decision, and (3) an immediate appeal may materially advance the ultimate termination of the litigation." *In re City of Memphis,* 293 F.3d 345, 350 (6th Cir. 2002) (citing 28 U.S.C. § 1292(b)); *see also Negron v. United States*, 553 F.3d 1013, 1015 (6th Cir. 2009); *In re Baker & Getty Fin. Servs., Inc.*, 954 F.2d 1169, 1172 (6th Cir. 1992). The statute-of-limitations raised is a controlling issue of law that may materially advance the termination of the action below. We also conclude that there are grounds for a difference of opinion as to the district court's ruling. *Compare ITT Indus., Inc. v.*

No. 14-0503
-2-

*BorgWarner, Inc.*, 506 F.3d 452, 460–61 (6th Cir. 2007), *with RSR Corp. v. Commercial Metals Co.*, 496 F.3d 552, 557–58 (6th Cir. 2007).

Accordingly, the petition to appeal is **GRANTED**.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk