IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) Civil Action No. 5:12-CV-00127-JHM-HBB |
| **ACF INDUSTRIES LLC, et al.** | ) ) |
| **Defendants.** | ) ) |

### MOTION TO DISMISS DEFENDANT CARBOLINE COMPANY WITH PREJUDICE

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), respectfully moves this Court for an appropriate Order which dismisses Carboline Company ("Carboline") with prejudice from this cause. In support of this Motion, Plaintiff states as follows:

1. On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery, contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several defendants, including Carboline (DN 1). On January 30, 2013, Plaintiff filed a First Amended Complaint naming additional defendants (DN 581). On March 29, 2013, Plaintiff filed a Second Amended Complaint against all defendants (DN 758). On February 27, 2014, Plaintiff filed a Third Amended Complaint against the remaining defendants, including Carboline (DN 985).

2. Carboline was one of the defendants who filed a Rule 12(b)(6) motion to dismiss Plaintiff's Second Amended Complaint (Doc. 776), which the Court denied on February 7, 2014 (Doc. 961).

3. Carboline is also one of the defendants who filed the pending Rule 12(b) motion to dismiss Plaintiff's Third Amended Complaint (Doc. 1002).

4. Plaintiff has entered into a confidential settlement agreement with Carboline, which settle all claims between Plaintiff and Carboline for a sum certain and other valuable consideration exchanged between the parties.

5. Under the terms of the settlement agreement with Carboline, Plaintiff agreed to file a motion to dismiss Carboline as a defendant from this cause with prejudice, each party to bear its own costs.

6. Plaintiff also respectfully requests that Carboline be withdrawn as a party to the pending Rule 12(b) motion to dismiss Plaintiff's Third Amended Complaint (Doc. 1002).

7. A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing Carboline from this cause with prejudice, each party to bear its own costs; that the Order further reflect Carboline is withdrawn as a party to the pending Rule 12(b) motion to dismiss Plaintiff's Third Amended Complaint (Doc. 1002); and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated:  June 24, 2014  Respectfully submitted,

/s/ Gary D. Justis
Gary D. Justis  admitted *pro hac vice*
Joshua L. Bailey  admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, KS  66211-7820
Telephone:  (913) 998-6102
Facsimile:  (913) 998-6101
Email:  gjustis@justislawfirm.com
Email:  jbailey@justislawfirm.com

and

W. Fletcher McMurry Schrock (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone: (270) 443-6511
Facsimile: (270) 443-6548
Email: fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 24, 2014, a copy of the foregoing Motion to Dismiss Carboline Company with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

                                                    */s/* Gary D. Justis
                                                    Gary D. Justis