UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12CV-127-M

LWD PRP GROUP                                                                                          PLAINTIFF

v.

ACF INDUSTRIES, LLC, et al.                                                                    DEFENDANTS

## NOTICE OF INTERLOCUTORY APPEAL

Notice is hereby given that the Defendants, identified on the attached Exhibit A, by counsel and pursuant to 28 U.S.C. §1292, do hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Memorandum Opinion and Order entered in this action on February 7, 2014, and from the Court's Memorandum Opinion and Order denying the Defendants' Motion to Alter or Amend Pursuant to Fed. R. Civ. P. 59(e), entered in this matter on April 24, 2014.   The Court granted the Defendants' Motion for Certification of Interlocutory Appeal by Order dated April 24, 2014 (Dkt # 1014) and the Sixth Circuit subsequently granted Defendants' Petition for Certification of Interlocutory Appeal (Dkt #1033).

Respectfully submitted,

WHITLOW, ROBERTS, HOUSTON & STRAUB PLLC
*Attorneys for Defendants*

By: */s/ J. Duncan Pitchford*
    J. Duncan Pitchford
    Nicholas M. Holland
    300 Broadway
    Post Office Box 995
    Paducah, Kentucky 42002-0995
    Telephone: (270) 443-4516
    Facsimile: (270) 443-4571
    dpitchford@whitlow-law.com

## CERTIFICATE OF SERVICE

  I hereby certify that on this 24th day of June, 2014, I have filed the foregoing through the CM/ECF system, which will forward an electronic copy to the counsel of record.

  I further certify that I have served non-ECF participants via first class mail.

           /s/ J. Duncan Pitchford
           J. Duncan Pitchford
           439077