**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**

| | |
|---|---|
| **LWD PRP GROUP,**               ) | |
|               ) | |
|     **Plaintiff,**       ) | |
|               ) | |
| **v.**                    ) | **Civil Action No. 5:12-CV-00127-JHM-LLK** |
|               ) | |
| **ACF INDUSTRIES LLC, et al.**   ) | |
|               ) | |
|     **Defendants.**     ) | |
|               ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT MEGA FABRICATION, INC.'S**
**RULE 12(b)(6) MOTION TO DISMISS**

Plaintiff LWD PRP Group ("LWD PRP Group"), by and through counsel, respectfully submits the following Response to Defendant Mega Fabrication, Inc.'s Rule 12(b)(6) Motion to Dismiss ("Motion to Dismiss") [DN 1031]. In its Motion to Dismiss, Mega Fabrication incorporates by reference the arguments from a Rule 12(b)(6) Memorandum in Support of a Motion to Dismiss filed on March 28, 2014 [DN 1002], and a Reply Memorandum filed on May 30, 2014 [DN 1030], both filed by a group of other defendants.

As such, for its response, the LWD PRP Group incorporates by reference the citations and arguments stated in it Response to Defendants' Rule 12(b)(6) Motion to Dismiss, filed on May 14, 2014 [DN 1027].

Dated:  June 25, 2014                              Respectfully submitted,

                                                   /s/ Gary D. Justis
                                                   Gary D. Justis          admitted *pro hac vice*
                                                   Joshua Bailey           admitted *pro hac vice*
                                                   THE JUSTIS LAW FIRM LLC
                                                   5251 W. 116th Place, Suite 200
                                                   Leawood, Kansas  66211-7820
                                                   Telephone:  (913) 998-6100
                                                   Facsimile:  (913) 998-6101
                                                   Email:  gjustis@justislawfirm.com
                                                           jbailey@justislawfirm.com

                                                   and

                                                   W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
                                                   MCMURRY & LIVINGSTON, PLLC
                                                   333 Broadway, 7th Floor
                                                   P.O. Box 1700
                                                   Paducah, Kentucky  42002-1700
                                                   Telephone:  (270) 443-6511
                                                   Facsimile:  (270) 443-6548
                                                   Email:  fletch@ml-lawfirm.com

                                                   ATTORNEYS FOR PLAINTIFF LWD PRP
                                                   GROUP


## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2014, a copy of the foregoing Plaintiff's Response to

Defendant Mega Fabrication, Inc.'s Rule 12(b)(6) Motion to Dismiss was filed electronically.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's Electronic Case Filing System.

                                                   /s/ Gary D. Justis
                                                   Gary D. Justis


2