# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 5:12-CV-00127-JHM-LLK |
| | ) |
| **ACF INDUSTRIES LLC, et al.** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## ORDER DENYING DEFENDANTS MEGA FABRICATION, INC.'S RULE 12(b)(6) MOTIONS TO DISMISS

This matter is before the Court on the Rule 12(b)(6) Motion to Dismiss filed by Defendant Mega Fabrication, Inc. in the instant case [DN 1031]. Upon consideration of each of the above Defendant's Motion to Dismiss, having been fully briefed by the parties, and the entire record herein,

**IT IS HEREBY ORDERED** that the Motions to Dismiss [DN 1031] is **DENIED.**

**SO ORDERED** this _____ day, _____ 2014.

_____
SENIOR JUDGE MCKINLEY
United States District Court