# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 5:12-CV-00127-JHM-HBB |
| **ACF INDUSTRIES LLC, et al.** | ) |
| **Defendants.** | ) |

## ORDER

Upon the Motion to Dismiss Carboline Company with Prejudice, and for good cause shown, Carboline Company is hereby withdrawn from the pending Rule 12(b) motion to dismiss Plaintiff's Third Amended Complaint (Doc. 1002); and Carboline Company is dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED

**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

June 30, 2014