Case No. 14-5730

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

LWD PRP GROUP

      Plaintiff - Appellee

v.

 ALCAN CORPORATION, et al.; \

      Defendants – Appellants

  Upon consideration of the appellants' motion to dismiss, Carboline Company as an appellant on appeal,

  It is therefore ORDERED that the motion be and it hereby is GRANTED..

                                                  **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
                                                  Deborah S. Hunt, Clerk

Issued:  July 02, 2014

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 02, 2014

Mr. Gary D. Justis
Justis Law Firm
5251 W. 116th Place
Suite 200
Leawood, KS 66211-7820

Mr. Jonathan Duncan Pitchford
Whitlow, Roberts, Houston & Straub
P.O. Box 995
Paducah, KY 42001

     Re:  Case No. 14-5730, *LWD PRP Group v. Alcan Corp, et al*
          Originating Case No. : 5:12-cv-00127

Dear Counsel:

   The Court issued the enclosed Order today in this case.

                                        Sincerely yours,

                                        s/Patricia J. Elder
                                        Senior Case Manager
                                        Direct Dial No. 513-564-7034

cc:  Ms. Vanessa L. Armstrong

Enclosure