IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ACF INDUSTRIES, LLC, ET AL.,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 5:12-CV-00127-<br>)　JHM-HBB<br>)<br>)<br>)<br>) |

## MOTION FOR LEAVE TO FILE REPLY
## WITH REPLY ATTACHED

Defendant Dresser-Rand Company ("Dresser-Rand"), by counsel, hereby moves this Court for leave to file its reply to Plaintiff LWD PRP Group's ("Plaintiff") Supplemental Response [DN 1019] to Dresser-Rand's Rule 12(b)(6) Motion to Dismiss [DN 958].

The Western District of Kentucky has consistently given effect to the principle that "cases should be determined on their merits and not on technicalities." *See, e.g., McKinney v. Laird*, 5:10-CV-00074-R, 2011 WL 1456117 (W.D. Ky. Apr. 14, 2011), citing *Cooper v. Am. Emp'rs' Ins. Co.*, 296 F.2d 303, 306 (6th Cir.1961); *Taber v. McCracken Cty.*, No. 5:06-CV-144-R, 2008 WL 4500859 (W.D. Ky. Sept. 30, 2008). "In the absence of any apparent or declared reason—such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc.—the leave sought should, as the rules require, be 'freely given.'" *Id.*, quoting *Foman v. Davis*, 371 U.S. 178, 182 (1962) (internal quotation removed).

2

Dresser-Rand immediately took action after becoming aware that the deadline for filing its reply had passed. With numerous pending motions, Plaintiff is not unduly prejudiced by allowing Dresser-Rand time to file a reply. In fact, although Plaintiff's initial response did not address Dresser-Rand's argument with respect to the tolling agreements, Plaintiff itself benefitted by the Court granting, sua sponte, additional time to file a supplemental response.

An Order granting this Motion is attached hereto for the Court's convenience.

Respectfully submitted,

*/s/ Christopher D. Cathey*
Christopher D. Cathey (89787)
ccathey@ralaw.com
Roetzel & Andress, LPA
310 Chiquita Center
250 East Fifth Street
Cincinnati, Ohio 45202
Telephone: 513.361.0200
Facsimile: 513.361.0335

Of Counsel:

Thomas L. Rosenberg (OH 0024898)
trosenberg@ralaw.com
Roetzel & Andress, LPA
PNC Plaza, Twelfth Floor
155 East Broad Street
Columbus, Ohio 43215
Telephone: 614.463.9770
Facsimile: 614.463.9792

*Attorneys for Defendant Dresser-Rand Company*

8464381_1 118357.0179

3

## CERTIFICATE OF SERVICE

I hereby certify that on this ____ day of July, 2014, a copy of the foregoing **MOTION FOR LEAVE TO FILE REPLY WITH REPLY ATTACHED** was filed via this Court's electronic filing system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

*/s/ Christopher D. Cathey*
Christopher D. Cathey (89787)
*Attorney for Defendant Dresser-Rand Company*