# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | )<br>)  Civil Action No. 5:12-CV-00127-<br>)  JHM-HBB |
| **ACF INDUSTRIES, LLC, ET AL.,** | )<br>) |
| **Defendants.** | )<br>) |

## ORDER GRANTING DEFENDANT
## DRESSER-RAND COMPANY'S MOTION TO DISMISS

Defendant Dresser-Rand Company having moved the Court to dismiss the Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), the Plaintiff having responded thereto and supplemented its responses, and the Court otherwise being sufficiently advised,

**IT IS SO ORDERED.**

The Motion of the Defendant Dresser-Rand Company [DN 958] is **GRANTED**. All claims against Defendant Dresser-Rand Company are hereby dismissed with prejudice. This Order shall be binding upon the named Plaintiff as well as its member companies.

ENTERED this _____ day, _____ 2014.