# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| **Plaintiff,** | ) ) ) ) |
| v. | ) ) Civil Action No. 5:12-CV-00127-JHM-HBB |
| **ACF INDUSTRIES, LLC, ET AL.,** | ) ) ) |
| **Defendants.** | ) |

### ORDER GRANTING DEFENDANT DRESSER-RAND COMPANY'S
### MOTION FOR LEAVE TO FILE REPLY WITH REPLY ATTACHED

This matter is before the Court on a Motion for Leave to File a Reply With Reply Attached by Defendant Dresser-Rand Company ("Motion for Leave") [DN ____ ]. In consideration of the Motion for Leave,

**IT IS SO ORDERED** that the Motion for Leave is **GRANTED**.

ENTERED this _____ day, _____ 2014.