Case No. 14-5730

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

LWD PRP GROUP

      Plaintiff - Appellee

v.

 ALCAN CORPORATION, et al.,

      Defendants - Appellants

Upon consideration of the appellants' motion to dismiss, H.B. Fuller Company as an appellant on appeal,

It is therefore **ORDERED** that the motion be and it hereby is **GRANTED**.

**ENTERED PURSUANT TO RULE 45(a),**
**RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: August 12, 2014

## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: August 12, 2014

Mr. Gary D. Justis
Justis Law Firm
5251 W. 116th Place
Suite 200
Leawood, KS 66211-7820

Mr. Jonathan Duncan Pitchford
Whitlow, Roberts, Houston & Straub
P.O. Box 995
Paducah, KY 42001

Re: Case No. 14-5730, *LWD PRP Group v. Alcan Corp, et al*
Originating Case No. : 5:12-cv-00127

Dear Counsel:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Patricia J. Elder
Senior Case Manager

cc: Ms. Vanessa L. Armstrong

Enclosure