### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF KENTUCKY
### OWENSBORO DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 5:12-CV-00127-<br>) JHM-HBB |
| **ACF INDUSTRIES LLC, et al.** | )<br>) |
| Defendants. | )<br>) |

### MOTION TO DISMISS DEFENDANT H.B. FULLER CO. WITH PREJUDICE

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), respectfully moves this Court for an appropriate Order which dismisses H.B. Fuller Co. ("H.B. Fuller") with prejudice from this cause. In support of this Motion, Plaintiff states as follows:

1. On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery, contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several defendants, including H.B. Fuller (DN 1). On January 30, 2013, Plaintiff filed a First Amended Complaint naming additional defendants (DN 581). On March 29, 2013, Plaintiff filed a Second Amended Complaint against all defendants (DN 758). On February 27, 2014, Plaintiff filed a Third Amended Complaint against the remaining defendants, including H.B. Fuller (DN 985).

2. H.B. Fuller was one of the defendants who filed a Rule 12(b)(6) motion to dismiss Plaintiff's Second Amended Complaint (Doc. 776), which the Court denied on February 7, 2014 (Doc. 961).

3. H.B. Fuller is also one of the defendants who filed the pending Rule 12(b) motion to dismiss Plaintiff's Third Amended Complaint (Doc. 1002).

4. Plaintiff has entered into a confidential settlement agreement with H.B. Fuller, which settle all claims between Plaintiff and H.B. Fuller for a sum certain and other valuable consideration exchanged between the parties.

5. Under the terms of the settlement agreement with H.B. Fuller, Plaintiff agreed to file a motion to dismiss H.B. Fuller as a defendant from this cause with prejudice, each party to bear its own costs.

6. Plaintiff also respectfully requests that H.B. Fuller be withdrawn as a party to the pending Rule 12(b) motion to dismiss Plaintiff's Third Amended Complaint (Doc. 1002).

7. A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing H.B. Fuller from this cause with prejudice, each party to bear its own costs; that the Order further reflect H.B. Fuller is withdrawn as a party to the pending Rule 12(b) motion to dismiss Plaintiff's Third Amended Complaint (Doc. 1002); and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated:  September 2, 2014			Respectfully submitted,


			*/s/* Gary D. Justis
			Gary D. Justis			admitted *pro hac vice*
			THE JUSTIS LAW FIRM LLC
			5251 W. 116th Place, Suite 200
			Leawood, KS  66211-7820
			Telephone:  (913) 998-6102
			Facsimile:  (913) 998-6101
			Email:  gjustis@justislawfirm.com

				and

			W. Fletcher McMurry Schrock (Ky. Bar# 62283)
			MCMURRY & LIVINGSTON, PLLC
			333 Broadway, 7th Floor
			P.O. Box 1700
			Paducah, Kentucky  42002-1700
			Telephone: (270) 443-6511
			Facsimile: (270) 443-6548
			Email: fletch@ml-lawfirm.com

			ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 2, 2014, a copy of the foregoing Motion to Dismiss H.B. Fuller Co. with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

                                        */s/* Gary D. Justis
                                        Gary D. Justis