# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 5:12-CV-00127-JHM-HBB |
| ACF INDUSTRIES LLC, et al. | ) |
| Defendants. | ) |

## ORDER

Upon the Motion to Dismiss H.B. Fuller Co. with Prejudice, and for good cause shown, H.B. Fuller Co. is hereby withdrawn from the pending Rule 12(b) motion to dismiss Plaintiff's Third Amended Complaint (Doc. 1002); and H.B. Fuller Co. is dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED

Joseph H. McKinley, Jr., Chief Judge
United States District Court

September 3, 2014