# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**ACF INDUSTRIES LLC, et al.** )<br>)<br>Defendants. )<br>) | Civil Action No. 5:12CV-127-R<br>Motion to Admit Counsel *Pro Hac Vice* |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Plaintiff LWD PRP Group, by and through counsel, upon the annexed affidavit in support of this motion and the Certificate of Good Standing annexed thereto, respectfully move this Court, pursuant to Local Rule 83.2 of the United States District Court for the Western District of Kentucky, for an Order allowing the admission of Rachel D. Guthrie, an attorney with the law firm of The Justis Law Firm LLC, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel. Ms. Guthrie is a member in good standing of the Bars of the States of Missouri and Kansas, and the United States District Courts for the Western District of Missouri, District of Kansas, Southern District of Texas, and the United States Court of Appeals for the Sixth Circuit. There are no pending disciplinary proceedings against Ms. Guthrie in any State or Federal Court.

Dated: October 8, 2014

        Respectfully submitted,

        /s/ W. Fletcher McMurry Schrock
        W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
        MCMURRY & LIVINGSTON, PLLC
        333 Broadway, 7th Floor
        P.O. Box 1700
        Paducah, Kentucky  42002-1700
        Telephone: (270) 443-6511
        Facsimile: (270) 443-6548
        Email: fletch@ml-lawfirm.com

        ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2014, a copy of the foregoing Motion to Admit Counsel *Pro Hac Vice* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

        /s/ W. Fletcher McMurry Schrock
        W. Fletcher McMurry Schrock