IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP,<br><br>  Plaintiff,<br><br>v.<br><br>ACF INDUSTRIES LLC, et al.<br><br>  Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 5:12-CV-00127-<br>) JHM<br>)<br>) Affidavit of Rachel D. Guthrie<br>)<br>) |

### AFFIDAVIT OF RACHEL D. GUTHRIE

STATE OF KANSAS   )
                  ) ss.
COUNTY OF JOHNSON )

Rachel D. Guthrie, being duly sworn, hereby deposes and states as follows:

1. I am an attorney with the law firm of The Justis Law Firm LLC.

2. I submit this affidavit in support of the motion for my admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bars of the States of Missouri and Kansas. I am also a member in good standing of the Bars of the United States District Courts for the Western District of Missouri, District of Kansas, Southern District of Texas, and the United States Court of Appeals for the Sixth Circuit.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I consent to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

6.  I have completed the required training via the web-page tutorial, and the registration form attached here, for use of the Court's electronic filing system.

7.  I have enclosed the prescribed $65.00 fee with this Motion.

8.  Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* for Plaintiff in this one case.

Dated: 8-Oct-2014

Respectfully submitted,

_____
Rachel D. Guthrie
The Justis Law Firm LLC
5251 W. 116th Place
Suite 200
Leawood, KS 66211-7820
Telephone: (913) 998-6107
Facsimile: (913) 998-6101
Email: rguthrie@justislawfirm.com

On this 8 day of October, 2014, before me, the undersigned, a Notary Public within and for said County and State, personally appeared Rachel D. Guthrie, to me known to be the person described in and who executed the foregoing instrument, and acknowledged that he executed the same of his free act and deed.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year last above written.

_____
Notary Public

My Commission Expires:

April 17, 2014

NOTARY PUBLIC - State of Kansas
KATHLEEN M. NOVICKY
My Appt. Expires 4/17/15

2