IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| LWD PRP GROUP, <br><br> Plaintiff, <br><br> v. <br><br> ACF INDUSTRIES LLC, et al. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) Civil Action No. 5:12-CV-127-JHM |

## ORDER GRANTING LEAVE FOR RACHEL D. GUTHRIE TO PRACTICE *PRO HAC VICE*

This matter came before the Court on a motion of W. Fletcher McMurry Shrock, Esq., local counsel for the Plaintiff, to admit *pro hac vice* Rachel D. Guthrie, Esq. to practice law before this Court, and the Court having considered the motion and good cause having been shown;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Rachel D. Guthrie, Esq. shall be allowed to appear *pro hac vice* on behalf of the Plaintiff in the above-captioned matter.

IT IS SO ORDERED:

cc:   All parties of record