# THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) Civil Action No. 5:12-CV-00127- |
| **ACF INDUSTRIES LLC, et al.** | ) JHM-HBB ) |
| **Defendants.** | ) ) ) |

## ENTRY OF DEFAULT

I, Vanessa L. Armstrong, Clerk of the Court of the United States District Court for the Western District of Kentucky, Owensboro Division, do hereby certify that Defendant B-B Paint Corp. has not filed an Answer or otherwise moved with respect to the Third Amended Complaint filed herein. The default of Defendant B-B Paint Corp. is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:  October ____, 2014

VANESSA L. ARMSTRONG, Clerk of the Court

By:_____
      Deputy Clerk