## THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF KENTUCKY
### OWENSBORO DIVISION

| | | |
|---|---|---|
| **LWD PRP GROUP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 5:12-CV-00127-** |
| | ) | **JHM-HBB** |
| **ACF INDUSTRIES LLC, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

### MOTION FOR CLERK'S ENTRY OF DEFAULT
### AS TO DEFENDANT BMO HARRIS BANK, N.A.

TO:    VANESSA L. ARMSTRONG
        CLERK OF THE COURT
        UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF KENTUCKY

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff LWD PRP Group respectfully requests the Clerk of the Court enter the default of Defendant BMO Harris Bank, N.A. (proposed Entry of Default is attached hereto as Ex. A), which defendant has failed to answer or otherwise defend the Complaint herein, as fully appears from the Court file herein and from the attached Affidavit of Gary D. Justis (Ex. B hereto) in support of this request for the Clerk's Entry of Default.

Dated:  October 15, 2014                    Respectfully submitted,

                                            /s/ Gary D. Justis
                                            Gary D. Justis          admitted *pro hac vice*
                                            THE JUSTIS LAW FIRM LLC
                                            5251 W. 116th Place, Suite 200
                                            Leawood, Kansas  66211-7820
                                            Telephone:  (913) 998-6100
                                            Facsimile:  (913) 998-6101
                                            Email: gjustis@justislawfirm.com
                                                 and

                                            W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
                                            MCMURRY & LIVINGSTON, PLLC
                                            333 Broadway, 7th Floor
                                            P.O. Box 1700
                                            Paducah, Kentucky  42002-1700
                                            Telephone:  (270) 443-6511
                                            Facsimile:  (270) 443-6548
                                            Email:  fletch@ml-lawfirm.com

                                            ATTORNEYS FOR PLAINTIFF LWD PRP
                                            GROUP

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 15, 2014, a copy of the foregoing Motion for Clerk's Entry of Default as to Defendant BMO Harris Bank, N.A. was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System. I further certify that on October 15, 2014, the foregoing Motion for Clerk's Entry of Default as to Defendant BMO Harris Bank, N.A. was also placed in the U.S. Mail, postage prepaid, to the following representative for Defendant BMO Harris Bank, N.A.:

> David Meehan, Esq.
> Deputy General Counsel
> BMO Harris Bank, N.A.
> 111 W. Monroe St.
> Chicago, IL  60603

/s/ Gary D. Justis
Gary D. Justis

3