**THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION**

| | | |
|---|---|---|
| **LWD PRP GROUP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 5:12-CV-00127-** |
| | ) | **JHM-HBB** |
| **ACF INDUSTRIES LLC, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**ENTRY OF DEFAULT**

I, Vanessa L. Armstrong, Clerk of the Court of the United States District Court for the

Western District of Kentucky, Owensboro Division, do hereby certify that Defendant BMO

Harris Bank, N.A. has not filed an Answer or otherwise moved with respect to the Third

Amended Complaint filed herein. The default of Defendant BMO Harris Bank, N.A. is hereby

noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.


Dated:  October _____, 2014


                                        VANESSA L. ARMSTRONG, Clerk of the
                                        Court


                                        By:_____
                                               Deputy Clerk