# THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF KENTUCKY
## OWENSBORO DIVISION

| | |
|---|---|
| LWD PRP GROUP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 5:12-CV-00127- |
| ) | JHM-HBB |
| ACF INDUSTRIES LLC, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

### AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT AS TO DEFENDANT CARMAN CLEANERS

STATE OF KANSAS        )
                       )   ss.
COUNTY OF JOHNSON      )

Gary D. Justis, lead counsel for Plaintiff LWD PRP Group ("Plaintiff"), being duly sworn, hereby deposes and states as follows:

1. I am lead counsel for Plaintiff in the instant action.

2. This is a civil action pursuant to the provisions of the Comprehensive Environmental Response, Compensation and Liability Act of 1980, as amended, 42 U.S.C. § 9601, *et seq.* and Kentucky Revised Statutes § 224.01-400, for recovery of past and future costs incurred and to be incurred by Plaintiff at the LWD Incinerator Site in Calvert City, Marshall County, Kentucky.

3. Defendant Carman Cleaners ("Carman Cleaners") was named in Plaintiff's original Complaint filed on August 31, 2012 (Dkt. No. 1), as well as Plaintiff's First Amended Complaint filed on January 30, 2013 (Dkt. No. 581); Second Amended Complaint filed on March 29, 2013 (Dkt. No. 758); and Third Amended Complaint on February 27, 2014 (Dkt. No. 985).

4. Carman Cleaners refused to waive service under Fed. R. Civ. P. 4(d)(2) and was formally served on December 5, 2012 (Dkt. No. 530).

5. Carman Cleaners' time to answer or otherwise move with respect to the Third Amended Complaint has expired.

6. Carman Cleaners has not answered or otherwise moved with respect to the Third Amended Complaint, and the time for Carman Cleaners to answer or otherwise move has not been extended.

7. Carman Cleaners is not an infant, incompetent or presently in the military service of the United States, as to the best of my information and belief and as appears from the facts in this litigation.

8. Carman Cleaners is indebted to Plaintiff by virtue of its generation of waste streams containing hazardous substances that were disposed of at the Site, which is the locus of this litigation.

WHEREFORE, Plaintiff requests that the default of Defendant Carman Cleaners be noted and that a Certificate of Default be issued by the Clerk of the Court.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief.

Dated: October 15, 2014

Gary D. Justis
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place
Suite 200
Leawood, KS  66211-7820
Telephone:  (913) 998-6102
Facsimile:  (913) 998-6101
E-mail:  gjustis@justislawfirm.com

On this 15th day of October, 2014, before me, the undersigned, a Notary Public within and for said County and State, personally appeared Gary D. Justis, to me know to be the person described in and who executed the foregoing instrument, and acknowledged that he executed the same of his free act and deed.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year last above written.

Kathleen Novicky
Notary Public

My Commission Expires:

April 7, 2015

NOTARY PUBLIC - State of Kansas
KATHLEEN M. NOVICKY
My Appt. Expires 4/7/15