**THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**

| | |
|---|---|
| **LWD PRP GROUP,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**ACF INDUSTRIES LLC, et al.** )<br>)<br>**Defendants.** )<br>) | **Civil Action No. 5:12-CV-00127-JHM-HBB** |

**MOTION FOR CLERK'S ENTRY OF DEFAULT**
**AS TO DEFENDANT CFPG LTD.**

TO:   VANESSA L. ARMSTRONG
       CLERK OF THE COURT
       UNITED STATES DISTRICT COURT
       WESTERN DISTRICT OF KENTUCKY

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff LWD PRP

Group respectfully requests the Clerk of the Court enter the default of Defendant CFPG Ltd.

(proposed Entry of Default is attached hereto as Ex. A), which defendant has failed to answer or

otherwise defend the Complaint herein, as fully appears from the Court file herein and from the

attached Affidavit of Gary D. Justis (Ex. B hereto) in support of this request for the Clerk's Entry

of Default.

Dated:  October 15, 2014                 Respectfully submitted,


/s/ Gary D. Justis
Gary D. Justis                 admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, Kansas  66211-7820
Telephone:  (913) 998-6100
Facsimile:  (913) 998-6101
Email: gjustis@justislawfirm.com

      and

W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP
GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2014, a copy of the foregoing Motion for Clerk's

Entry of Default as to Defendant CFPG Ltd. was filed electronically. Notice of this filing will be

sent to all parties by operation of the Court's electronic filing system. Parties may access this

filing through the Court's Electronic Case Filing System. I further certify that on October 15,

2014, the foregoing Motion for Clerk's Entry of Default as to Defendant CFPG Ltd. was also

placed in the U.S. Mail, postage prepaid, to the following representative for Defendant CFPG

Ltd.:

> Frank Feraco
> President
> CFPG Ltd.
> 2500 International Pkwy.
> Woodridge, IL  60517

> /s/ Gary D. Justis
> Gary D. Justis

3