**THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**

| | |
|---|---|
| **LWD PRP GROUP,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No. 5:12-CV-00127-** |
| ) | **JHM-HBB** |
| **ACF INDUSTRIES LLC, et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**MOTION FOR CLERK'S ENTRY OF DEFAULT AS TO**
**DEFENDANT ENVIRONMENTAL SERVICES OF NORTH AMERICA, INC.**

TO:     VANESSA L. ARMSTRONG
        CLERK OF THE COURT
        UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF KENTUCKY

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff LWD PRP

Group respectfully requests the Clerk of the Court enter the default of Defendant Environmental

Services of North America, Inc. (proposed Entry of Default is attached hereto as Ex. A), which

defendant has failed to answer or otherwise defend the Complaint herein, as fully appears from

the Court file herein and from the attached Affidavit of Gary D. Justis (Ex. B hereto) in support

of this request for the Clerk's Entry of Default.

Dated:  October 15, 2014               Respectfully submitted,


/s/ Gary D. Justis
_____
Gary D. Justis              admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, Kansas  66211-7820
Telephone:  (913) 998-6100
Facsimile:  (913) 998-6101
Email: gjustis@justislawfirm.com

    and

W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP
GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2014, a copy of the foregoing Motion for Clerk's

Entry of Default as to Defendant Environmental Services of North America, Inc. was filed

electronically. Notice of this filing will be sent to all parties by operation of the Court's

electronic filing system. Parties may access this filing through the Court's Electronic Case Filing

System. I further certify that on October 15, 2014, the foregoing Motion for Clerk's Entry of

Default as to Defendant Environmental Services of North America, Inc. was also placed in the

U.S. Mail, postage prepaid, to the following representative for Defendant Environmental

Services of North America, Inc.:

> Joe Coelho
> President
> Environmental Services of North America, Inc.
> 10455 Ford Rd.
> Dearborn, MI  48126

/s/ Gary D. Justis
Gary D. Justis