# THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) Civil Action No. 5:12-CV-00127-JHM-HBB |
| **ACF INDUSTRIES LLC, et al.** | ) ) |
| **Defendants.** | ) ) ) |

## ENTRY OF DEFAULT

I, Vanessa L. Armstrong, Clerk of the Court of the United States District Court for the Western District of Kentucky, Owensboro Division, do hereby certify that Defendant Environmental Services of North America, Inc. has not filed an Answer or otherwise moved with respect to the Third Amended Complaint filed herein. The default of Defendant Environmental Services of North America, Inc. is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: October _____, 2014

VANESSA L. ARMSTRONG, Clerk of the Court

By:_____
       Deputy Clerk