**THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION**

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )   **Civil Action No. 5:12-CV-00127-** |
| | )   **JHM-HBB** |
| **ACF INDUSTRIES LLC, et al.** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**ENTRY OF DEFAULT**

I, Vanessa L. Armstrong, Clerk of the Court of the United States District Court for the

Western District of Kentucky, Owensboro Division, do hereby certify that Defendant Greenlee

Diamond Tool Co. has not filed an Answer or otherwise moved with respect to the Third

Amended Complaint filed herein. The default of Defendant Greenlee Diamond Tool Co. is

hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:  October _____, 2014

                                        VANESSA L. ARMSTRONG, Clerk of the
                                        Court

                                        By:_____
                                               Deputy Clerk