# THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 5:12-CV-00127-JHM-HBB |
| ACF INDUSTRIES LLC, et al. | ) ) |
| Defendants. | ) ) |

### MOTION FOR CLERK'S ENTRY OF DEFAULT
### AS TO DEFENDANT HANNAH MARITIME CORP.

TO: VANESSA L. ARMSTRONG
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff LWD PRP Group respectfully requests the Clerk of the Court enter the default of Defendant Hannah Maritime Corp. (proposed Entry of Default is attached hereto as Ex. A), which defendant has failed to answer or otherwise defend the Complaint herein, as fully appears from the Court file herein and from the attached Affidavit of Gary D. Justis (Ex. B hereto) in support of this request for the Clerk's Entry of Default.

Dated:  October 15, 2014　　　　　　　　　Respectfully submitted,

/s/ Gary D. Justis
Gary D. Justis　　　　　admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, Kansas  66211-7820
Telephone:  (913) 998-6100
Facsimile:  (913) 998-6101
Email:  gjustis@justislawfirm.com

　　　and

W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2014, a copy of the foregoing Motion for Clerk's Entry of Default as to Defendant Hannah Maritime Corp. was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System. I further certify that on October 15, 2014, the foregoing Motion for Clerk's Entry of Default as to Defendant Hannah Maritime Corp. was also placed in the U.S. Mail, postage prepaid, to the following representative for Defendant Hannah Maritime Corp.:

> Christopher Saternus, Esq.
> Kozacky & Weitzel, P.C.
> 55 W. Monroe St.
> Suite 2400
> Chicago, IL  60603

/s/ Gary D. Justis
Gary D. Justis