# THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No. 5:12-CV-00127-** |
| ) | **JHM-HBB** |
| **ACF INDUSTRIES LLC, et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ENTRY OF DEFAULT

    I, Vanessa L. Armstrong, Clerk of the Court of the United States District Court for the Western District of Kentucky, Owensboro Division, do hereby certify that Defendant Hannah Maritime Corp. has not filed an Answer or otherwise moved with respect to the Third Amended Complaint filed herein. The default of Defendant Hannah Maritime Corp. is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: October \_\_\_\_, 2014

                                                  VANESSA L. ARMSTRONG, Clerk of the Court

                                                  By:_____
                                                             Deputy Clerk