# THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**ACF INDUSTRIES LLC, et al.** )<br>)<br>**Defendants.** )<br>) | **Civil Action No. 5:12-CV-00127-JHM-HBB** |

## ENTRY OF DEFAULT

I, Vanessa L. Armstrong, Clerk of the Court of the United States District Court for the Western District of Kentucky, Owensboro Division, do hereby certify that Defendant Hearth & Home Technologies, Inc. has not filed an Answer or otherwise moved with respect to the Third Amended Complaint filed herein. The default of Defendant Hearth & Home Technologies, Inc. is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:  October ____, 2014

                                                   VANESSA L. ARMSTRONG, Clerk of the Court

                                                   By:_____
                                                        Deputy Clerk