**THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION**

| | | |
|---|---|---|
| **LWD PRP GROUP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 5:12-CV-00127-** |
| | ) | **JHM-HBB** |
| **ACF INDUSTRIES LLC, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

### ENTRY OF DEFAULT

I, Vanessa L. Armstrong, Clerk of the Court of the United States District Court for the

Western District of Kentucky, Owensboro Division, do hereby certify that Defendant Parker

Plastics Corp. has not filed an Answer or otherwise moved with respect to the Third Amended

Complaint filed herein. The default of Defendant Parker Plastics Corp. is hereby noted pursuant

to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:  October _____, 2014

VANESSA L. ARMSTRONG, Clerk of the
Court

By:_____
      Deputy Clerk
