# THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 5:12-CV-00127-JHM-HBB |
| ACF INDUSTRIES LLC, et al. | ) ) |
| Defendants. | ) ) |

## MOTION FOR CLERK'S ENTRY OF DEFAULT
## AS TO DEFENDANT STERLING HARDWARE, LLC

TO:   VANESSA L. ARMSTRONG
      CLERK OF THE COURT
      UNITED STATES DISTRICT COURT
      WESTERN DISTRICT OF KENTUCKY

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff LWD PRP Group respectfully requests the Clerk of the Court enter the default of Defendant Sterling Hardware, LLC (proposed Entry of Default is attached hereto as Ex. A), which defendant has failed to answer or otherwise defend the Complaint herein, as fully appears from the Court file herein and from the attached Affidavit of Gary D. Justis (Ex. B hereto) in support of this request for the Clerk's Entry of Default.

Dated:  October 15, 2014    Respectfully submitted,

/s/ Gary D. Justis
Gary D. Justis    admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, Kansas  66211-7820
Telephone:  (913) 998-6100
Facsimile:  (913) 998-6101
Email: gjustis@justislawfirm.com

    and

W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 15, 2014, a copy of the foregoing Motion for Clerk's Entry of Default as to Defendant Sterling Hardware, LLC was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System. I further certify that on October 15, 2014, the foregoing Motion for Clerk's Entry of Default as to Defendant Sterling Hardware, LLC was also placed in the U.S. Mail, postage prepaid, to the following representative for Defendant Sterling Hardware, LLC:

      Lee Price
      Receptionist
      Sterling Hardware, LLC
      14430 Enterprise Rd.
      Abingdon, VA  24210

                            /s/ Gary D. Justis
                            Gary D. Justis