# THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 5:12-CV-00127-JHM-HBB |
| **ACF INDUSTRIES LLC, et al.** | ) ) ) |
| Defendants. | ) ) |

## ENTRY OF DEFAULT

I, Vanessa L. Armstrong, Clerk of the Court of the United States District Court for the Western District of Kentucky, Owensboro Division, do hereby certify that Defendant Williamson County Housing Authority has not filed an Answer or otherwise moved with respect to the Third Amended Complaint filed herein. The default of Defendant Williamson County Housing Authority is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:  October ____, 2014

VANESSA L. ARMSTRONG, Clerk of the Court

By:_____
        Deputy Clerk