**THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**

| | | |
|---|---|---|
| **LWD PRP GROUP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 5:12-CV-00127-** |
| | ) | **JHM-HBB** |
| **ACF INDUSTRIES LLC, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**MOTION FOR CLERK'S ENTRY OF DEFAULT**
**AS TO DEFENDANT ZELLER TECHNOLOGIES, INC.**

TO:  VANESSA L. ARMSTRONG
     CLERK OF THE COURT
     UNITED STATES DISTRICT COURT
     WESTERN DISTRICT OF KENTUCKY

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff LWD PRP

Group respectfully requests the Clerk of the Court enter the default of Defendant Zeller

Technologies, Inc. (proposed Entry of Default is attached hereto as Ex. A), which defendant has

failed to answer or otherwise defend the Complaint herein, as fully appears from the Court file

herein and from the attached Affidavit of Gary D. Justis (Ex. B hereto) in support of this request

for the Clerk's Entry of Default.

Dated:  October 15, 2014           Respectfully submitted,


/s/ Gary D. Justis
Gary D. Justis           admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, Kansas  66211-7820
Telephone:  (913) 998-6100
Facsimile:  (913) 998-6101
Email:  gjustis@justislawfirm.com

     and

W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP
GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2014, a copy of the foregoing Motion for Clerk's Entry of Default as to Defendant Zeller Technologies, Inc. was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System. I further certify that on October 15, 2014, the foregoing Motion for Clerk's Entry of Default as to Defendant Zeller Technologies, Inc. was also placed in the U.S. Mail, postage prepaid, to the following representative for Defendant Zeller Technologies, Inc.:

> Mark Kohlberg
> President
> Zeller Technologies, Inc.
> 4250 Hoffmeister Ave.
> St. Louis, MO  63125

/s/ Gary D. Justis
Gary D. Justis