**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**
**CASE NO. 5:12-CV-00127-JHM-HBB**

**LWD PRP GROUP**                                                                                    **PLAINTIFF**

**v.**

**ACF INDUSTRIES LLC,** *et al*.                                                              **DEFENDANTS.**

## MOTION FOR LEAVE TO FILE ANSWER

Comes the Defendant, Osram Sylvania Products, Inc. ("OSPI"), by counsel, and requests this Court to grant this Motion for Leave to File Answer. OSPI states the following in support thereof:

1. OSPI was made aware of this action against it following Plaintiff's filing of its Motion for Default Judgment against OSPI. OSPI is undertaking an internal investigation to determine whether it was properly served, and if so, why an Answer was not previously filed.

3. OSPI is apologizes for this late filing and requests this Court to grant this Motion and allow it the opportunity to defend against the claims made by the Plaintiff.

4. OSI's Answer to the Third Amended Complaint is attached as Exhibit A to this Motion.

Wherefore, OSPI requests this Court to grant this Motion for Leave to File Answer. A proposed Order granting the Motion is also attached.

Respectfully submitted,

*/s/ Dennis J. Conniff*_____
Dennis J. Conniff
Emily C. McKinney
Frost Brown Todd LLC
400 W. Market St., 32nd Floor
Louisville, KY 40202
(502) 589-5400
(502) 581-1087 (fax)

***Counsel for Defendant Osram Sylvania Products, Inc.***

## CERTIFICATE OF SERVICE

I certify that on October 21, 2014, I electronically filed this Motion for Leave to File Answer with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this matter.

*/s/ Dennis J. Conniff*_____
Dennis J. Conniff
Emily C. McKinney
Frost Brown Todd LLC
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202
(502) 589-5400
(502) 581-1087 (fax)

*Counsel for Osram Sylvania Products, Inc.*