**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**
**CASE NO. 5:12-CV-00127-JHM-HBB**

**LWD PRP GROUP**  **PLAINTIFF**

**v.**

**ACF INDUSTRIES LLC,** *et al***.**  **DEFENDANTS.**

## ORDER

This matter having come before the Court upon the Motion of Defendant Osram Sylvania Products, Inc., and being fully and sufficiently advised,

**IT IS HEREBY ORDERED** that Defendant Osram Sylvania Products, Inc.'s Motion for Leave to File Answer is **GRANTED**.

Dated: _____

By: _____
Joseph H. McKinley, Jr., Chief Judge

Prepared by:

*/s/ Dennis J. Conniff*_____
Dennis J. Conniff
Emily C. McKinney
Frost Brown Todd LLC
400 West Market Street, 32nd Floor
Louisville, Kentucky  40202
(502) 589-5400
(502) 581-1087 (fax)

*Counsel for Osram Sylvania Products, Inc.*