**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**
**CASE NO. 5:12-CV-00127-JHM-HBB**

**LWD PRP GROUP**                                                                        **PLAINTIFF**

**v.**

**ACF INDUSTRIES LLC,** *et al*.                                                **DEFENDANTS.**

---

## NOTICE OF APPEARANCE

---

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.5, attorneys Dennis J. Conniff

and Emily C. McKinney of Frost Brown Todd, LLC hereby file their appearance as counsel on

behalf of Defendant JMC Steel Group.

All future pleadings, orders and filings in this matter should accordingly be served upon

the undersigned counsel of record.

Respectfully submitted,

*/s/ Dennis J. Conniff* _____
Dennis J. Conniff
Emily C. McKinney
Frost Brown Todd LLC
400 W. Market St., 32nd Floor
Louisville, KY 40202
(502) 589-5400
(502) 581-1087 (fax)

***Counsel for Defendant Osram Sylvania***
***Products, Inc.***

**Error! Unknown document property name.Error! Unknown document property name.Error! Unknown document property name.**

## CERTIFICATE OF SERVICE

I certify that on October 21, 2014, I electronically filed this Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this matter.

/s/ Dennis J. Conniff_____
Dennis J. Conniff
Emily C. McKinney
Frost Brown Todd LLC
400 West Market Street, 32nd Floor
Louisville, Kentucky  40202
(502) 589-5400
(502) 581-1087 (fax)

Counsel for Osram Sylvania Products, Inc.