# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### PADUCAH DIVISION

**CIVIL ACTION NO: 5:12-CV-00127-JHM**

**LWD PRP GROUP**                                                    **PLAINTIFF**

**V.**

**ACF INDUSTRIES, LLC,** *et al.*                          **DEFENDANT**

### ORDER GRANTING DEFENDANT DRESSER-RAND COMPANY'S
### MOTION FOR LEAVE TO FILE REPLY

This matter is before the Court on a Motion for Leave to File a Reply With Reply Attached by Defendant Dresser-Rand Company ("Motion for Leave") [DN 1039]. In consideration of the Motion for Leave,

**IT IS SO ORDERED** that the Motion for Leave is **GRANTED**.

Joseph H. McKinley, Jr., Chief Judge
United States District Court

October 22, 2014

cc: counsel of record