**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION**

| | |
|---|---|
| **LWD PRP GROUP,**  　　Plaintiff,  v.  **ACF INDUSTRIES LLC, et al.**  　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) 　Civil Action No. 5:12-CV-00127-JHM-HBB |

**ORDER**

Upon the Motion to Dismiss Accent Stripe, Inc. with Prejudice, and for good cause shown, Plaintiff's Motion for Clerk's Entry of Default as to Defendant Accent Stripe, Inc. (DN 1048) is hereby withdrawn; and Accent Stripe, Inc. is dismissed from this cause with prejudice, each party to bear its own costs.

　　SO ORDERED this _____ day of _____ 2014.

_____
CHIEF JUDGE MCKINLEY
United States District Court