# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 5:12-CV-00127-JHM-HBB |
| **ACF INDUSTRIES LLC, et al.** | ) ) |
| Defendants. | ) ) |

## MOTION TO DISMISS DEFENDANT JMC STEEL GROUP WITH PREJUDICE

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), respectfully moves this Court for an appropriate Order which dismisses JMC Steel Group with prejudice from this cause. In support of this Motion, Plaintiff states as follows:

1. On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery, contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several defendants, including JMC Steel Group (DN 1). On February 27, 2014, Plaintiff filed a Third Amended Complaint against the remaining defendants, including JMC Steel Group (DN 985).

2. On October 15, 2014, Plaintiff filed a Motion for Clerk's Entry of Default as to JMC Steel Group (DN 1065), which is pending before the Court.

3. Plaintiff has entered into a confidential settlement agreement with JMC Steel Group, which settle all claims between Plaintiff and JMC Steel Group for a sum certain and other valuable consideration exchanged between the parties.

4.      Under the terms of the settlement agreement with JMC Steel Group, Plaintiff agreed to file a motion to dismiss JMC Steel Group as a defendant from this cause with prejudice, each party to bear its own costs.

5.      Plaintiff also respectfully withdraws its pending Motion for Clerk's Entry of Default as to JMC Steel Group (DN 1065).

6.      A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing JMC Steel Group from this cause with prejudice, each party to bear its own costs; that the Order further reflect that Plaintiff's pending Motion for Clerk's Entry of Default as to JMC Steel Group (DN 1065) is withdrawn; and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated:  October 24, 2014            Respectfully submitted,

/s/ Gary D. Justis
Gary D. Justis            admitted *pro hac vice*
Rachel D. Guthrie         admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, KS  66211-7820
Telephone:  (913) 998-6102
Facsimile:  (913) 998-6101
Email:  gjustis@justislawfirm.com
Email:  rguthrie@justislawfirm.com

and

W. Fletcher McMurry Schrock (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone: (270) 443-6511
Facsimile: (270) 443-6548
Email: fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 24, 2014, a copy of the foregoing Motion to Dismiss JMC Steel Group with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

                                              */s/* Gary D. Justis
                                              Gary D. Justis