**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**

| | | |
|---|---|---|
| **LWD PRP GROUP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 5:12-CV-00127-** |
| | ) | **JHM-HBB** |
| **ACF INDUSTRIES LLC, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**ORDER**

Upon the Motion to Dismiss Accent Stripe, Inc. with Prejudice, and for good cause shown, Plaintiff's Motion for Clerk's Entry of Default as to Defendant Accent Stripe, Inc. (DN 1048) is hereby withdrawn; and Accent Stripe, Inc. is dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED

**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

October 28, 2014