IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 5:12-CV-00127-JHM-HBB |
| **ACF INDUSTRIES LLC, et al.** | ) ) |
| Defendants. | ) ) |

**ORDER**

Upon the Motion to Dismiss Defendant Driv-Lok, Inc. with Prejudice, and for good cause shown, Plaintiff's Motion for Clerk's Entry of Default as to Defendant Driv-Lok, Inc. (DN 1057) is hereby withdrawn; and Driv-Lok, Inc. is dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED this _____ day of _____ 2014.

_____
CHIEF JUDGE MCKINLEY
United States District Court