IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| LWD PRP GROUP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 5:12-CV-00127-JHM-HBB |
| ) | |
| ACF INDUSTRIES LLC, et al. ) | |
| ) | |
| Defendants. ) | |

**MOTION TO WITHDRAW MOTION FOR CLERK'S ENTRY OF DEFAULT JUDGMENT AS TO DEFENDANT WILLIAMSON COUNTY HOUSING AUTHORITY**

Plaintiff LWD PRP Group, by and through counsel, respectfully withdraws its pending Motion for Clerk's Entry of Default as to Defendant Williamson County Housing Authority (DN 1076). Williamson County Housing Authority has agreed to waive service and file a responsive pleading. A proposed Order is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order reflecting that Plaintiff's pending Motion for Clerk's Entry of Default as to Defendant Williamson County Housing Authority (DN 1076) is withdrawn; and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated:  November 3, 2014              Respectfully submitted,

                                                                                   /s/ Gary D. Justis

Gary D. Justis               admitted *pro hac vice*
Rachel D. Guthrie            admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, KS  66211-7820
Telephone:  (913) 998-6102
Facsimile:  (913) 998-6101
Email:  gjustis@justislawfirm.com
Email:  rguthrie@justislawfirm.com

       and

W. Fletcher McMurry Schrock (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone: (270) 443-6511
Facsimile: (270) 443-6548
Email: fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

2

3

## CERTIFICATE OF SERVICE

      I hereby certify that on November 3, 2014, a copy of the foregoing Motion to Withdraw Motion for Clerk's Entry of Default Judgment as to Defendant Williamson County Housing Authority was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

                                            */s/* Gary D. Justis
                                            Gary D. Justis