**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION**

| | |
|---|---|
| **LWD PRP GROUP,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) **Civil Action No. 5:12-CV-00127-** <br> **ACF INDUSTRIES LLC, et al.** ) **JHM-HBB** <br> ) <br> **Defendants.** ) <br> ) | |

**MOTION TO DISMISS DEFENDANT
PEOPLES NATURAL GAS CO. LLC WITH PREJUDICE**

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), respectfully moves this Court for an appropriate Order which dismisses Defendant Peoples Natural Gas Co. LLC ("Peoples Gas") with prejudice from this cause. In support of this Motion, Plaintiff states as follows:

1. On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery, contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several defendants, including Peoples Gas (DN 1). On February 27, 2014, Plaintiff filed a Third Amended Complaint against the remaining defendants, including Peoples Gas (DN 985).

2. On October 15, 2014, Plaintiff filed a Motion for Clerk's Entry of Default as to Peoples Gas (DN 1072), which is pending before the Court.

3. Plaintiff has entered into a confidential settlement agreement with Peoples Gas, which settle all claims between Plaintiff and Peoples Gas for a sum certain and other valuable consideration exchanged between the parties.

4. Under the terms of the settlement agreement with Peoples Gas, Plaintiff agreed to file a motion to dismiss Peoples Gas as a defendant from this cause with prejudice, each party to bear its own costs.

5. Plaintiff also respectfully withdraws its pending Motion for Clerk's Entry of Default as to Peoples Gas (DN 1072).

6. A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing Defendant Peoples Natural Gas Co. LLC from this cause with prejudice, each party to bear its own costs; that the Order further reflect that Plaintiff's pending Motion for Clerk's Entry of Default as to Peoples Natural Gas Co. LLC (DN 1072) is withdrawn; and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated: November 3, 2014          Respectfully submitted,

         */s/* Gary D. Justis
         Gary D. Justis      admitted *pro hac vice*
         Rachel D. Guthrie      admitted *pro hac vice*
         THE JUSTIS LAW FIRM LLC
         5251 W. 116th Place, Suite 200
         Leawood, KS 66211-7820
         Telephone: (913) 998-6102
         Facsimile: (913) 998-6101
         Email: gjustis@justislawfirm.com
         Email: rguthrie@justislawfirm.com

         and

         W. Fletcher McMurry Schrock (Ky. Bar# 62283)
         MCMURRY & LIVINGSTON, PLLC
         333 Broadway, 7th Floor
         P.O. Box 1700
         Paducah, Kentucky 42002-1700
         Telephone: (270) 443-6511
         Facsimile: (270) 443-6548
         Email: fletch@ml-lawfirm.com

         ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 3, 2014, a copy of the foregoing Motion to Dismiss Defendant Peoples Natural Gas Co. LLC with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

                                              */s/* Gary D. Justis
                                              Gary D. Justis