IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** )<br>)<br>    **Plaintiff,** )<br>)<br>v. )<br>)<br>**ACF INDUSTRIES LLC, et al.** )<br>)<br>    **Defendants.** )<br>) | Civil Action No. 5:12-CV-00127-JHM-HBB |

### ORDER

Upon the Motion to Dismiss Defendant Driv-Lok, Inc. with Prejudice, and for good cause shown, Plaintiff's Motion for Clerk's Entry of Default as to Defendant Driv-Lok, Inc. (DN 1057) is hereby withdrawn; and Driv-Lok, Inc. is dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED t

*Joseph H. McKinley*
**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

November 6, 2014