IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| LWD PRP GROUP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 5:12-CV-00127- |
| ) | JHM-HBB |
| ACF INDUSTRIES LLC, et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon the Motion to Dismiss Defendant Peoples Natural Gas Co. LLC with Prejudice, and for good cause shown, Plaintiff's Motion for Clerk's Entry of Default as to Defendant Peoples Natural Gas Co. LLC (DN 1072) is hereby withdrawn; and People Natural Gas Co. LLC is dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED

Joseph H. McKinley, Jr., Chief Judge
United States District Court

November 6, 2014