# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 5:12-CV-00127-JHM-HBB |
| **ACF INDUSTRIES LLC, et al.** | ) |
| **Defendants.** | ) |

## ORDER

Upon Plaintiff's Motion to Withdraw, and for good cause shown, Plaintiff's Motion for Clerk's Entry of Default as to Defendant Williamson County Housing Authority (DN 1076) is hereby withdrawn.

SO ORDERED

*Joseph H. McKinley*
**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

November 6, 2014