IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 5:12-CV-00127-JHM-HBB |
| ACF INDUSTRIES LLC, et al. | ) ) |
| Defendants. | ) ) |

## ORDER

Upon the Motion to Dismiss Defendant Paradigm Aerospace Corp. with Prejudice, and for good cause shown, Plaintiff's Motion for Clerk's Entry of Default as to Defendant Paradigm Aerospace Corp. (DN 1070) is hereby withdrawn; and Paradigm Aerospace Corp. is dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED

Joseph H. McKinley, Jr., Chief Judge
United States District Court

November 11, 2014