# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
### OWENSBORO DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 5:12-CV-00127-JHM-HBB |
| ) | |
| **ACF INDUSTRIES LLC, et al.** ) | |
| ) | |
| Defendants. ) | |

## MOTION TO DISMISS DEFENDANT
## AMERICA FUJIKURA LTD. WITH PREJUDICE

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), respectfully moves this Court for an appropriate Order which dismisses America Fujikura Ltd. ("AFL") with prejudice from this cause. In support of this Motion, Plaintiff states as follows:

1. On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery, contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several defendants, including AFL (DN 1). On January 30, 2013, Plaintiff filed a First Amended Complaint naming additional defendants (DN 581). On March 29, 2013, Plaintiff filed a Second Amended Complaint against all defendants (DN 758). On February 27, 2014, Plaintiff filed a Third Amended Complaint against the remaining defendants, including AFL (DN 985).

2. AFL filed a Rule 12(b)(6) motion to dismiss Plaintiff's Second Amended Complaint (Doc. 957) on December 27, 2013, which the Court denied on April 24, 2014 (Doc. 1013)

3. AFL filed its Answer to Plaintiff's Third Amended Complaint on May 6, 2014 (DN 1015).

4. Plaintiff has entered into a confidential settlement agreement with AFL, which settles all claims between Plaintiff and AFL for a sum certain and other valuable consideration exchanged between the parties.

5. Under the terms of the settlement agreement with AFL, Plaintiff agreed to file a motion to dismiss AFL as a defendant from this cause with prejudice, each party to bear its own costs.

6. A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing Defendant America Fujikura Ltd. from this cause with prejudice, each party to bear its own costs, and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated:  November 24, 2014               Respectfully submitted,


                                        */s/* Gary D. Justis
                                        Gary D. Justis            admitted *pro hac vice*
                                        Rachel D. Guthrie         admitted *pro hac vice*
                                        THE JUSTIS LAW FIRM LLC
                                        5251 W. 116th Place, Suite 200
                                        Leawood, KS  66211-7820
                                        Telephone:  (913) 998-6102
                                        Facsimile:  (913) 998-6101
                                        Email:  gjustis@justislawfirm.com
                                        Email:  rguthrie@justislawfirm.com

                                                and

                                        W. Fletcher McMurry Schrock (Ky. Bar# 62283)
                                        MCMURRY & LIVINGSTON, PLLC
                                        333 Broadway, 7th Floor
                                        P.O. Box 1700
                                        Paducah, Kentucky  42002-1700
                                        Telephone: (270) 443-6511
                                        Facsimile: (270) 443-6548
                                        Email: fletch@ml-lawfirm.com

                                        ATTORNEYS FOR PLAINTIFF LWD PRP
                                        GROUP

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 24, 2014, a copy of the foregoing Motion to Dismiss America Fujikura Ltd. with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

                                      */s/* Gary D. Justis
                                      Gary D. Justis