IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 5:12-CV-00127-JHM-HBB |
| ACF INDUSTRIES LLC, et al. | ) ) |
| Defendants. | ) ) |

**ORDER**

Upon the Motion to Dismiss America Fujikura Ltd. with Prejudice, and for good cause shown, America Fujikura Ltd. is dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED

Joseph H. McKinley, Jr., Chief Judge
United States District Court

December 1, 2014