IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | |
|---|---|
| **LWD PRP GROUP,**         )<br>                                                 )<br>     **Plaintiff,**              )<br>                                                 )<br> v.                                          )<br>                                                 )<br> **ACF INDUSTRIES LLC, et al.**  )<br>                                                 )<br>     **Defendants.**           )<br>                                                 ) | Civil Action No. 5:12-CV-00127-GNS-HBB |

**MOTION TO DISMISS DEFENDANT KINDER MORGAN
ENERGY PARTNERS LP WITH PREJUDICE**

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), respectfully moves this Court for an appropriate Order which dismisses Kinder Morgan Energy Partners LP ("Kinder Morgan") with prejudice from this cause. In support of this Motion, Plaintiff states as follows:

1.    On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery, contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several defendants (DN 1). On January 30, 2013, Plaintiff filed a First Amended Complaint, naming Kinder Morgan as additional defendants, among others (DN 581). On March 29, 2013, Plaintiff filed a Second Amended Complaint against all defendants, including Kinder Morgan (DN 758). On February 27, 2014, Plaintiff filed a Third Amended Complaint against the remaining defendants, including Kinder Morgan (DN 985).

2.    Kinder Morgan was one of the defendants who filed a Rule 12(b)(6) motion to dismiss Plaintiff's Second Amended Complaint (Doc. 776), which the Court denied on February 7, 2014 (Doc. 961).

3. Kinder Morgan is also one of the defendants who filed the pending Rule 12(b) motion to dismiss Plaintiff's Third Amended Complaint (Doc. 1002).

4. Plaintiff has entered into a confidential settlement agreement with Kinder Morgan, which settle all claims between Plaintiff and Kinder Morgan for a sum certain and other valuable consideration exchanged between the parties.

5. Under the terms of the settlement agreement with Kinder Morgan, Plaintiff agreed to file a motion to dismiss Kinder Morgan from this cause with prejudice, each party to bear its own costs.

6. Plaintiff also respectfully requests that Kinder Morgan be withdrawn as a party to the pending Rule 12(b) motion to dismiss Plaintiff's Third Amended Complaint (Doc. 1002).

7. A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing Kinder Morgan from this cause with prejudice, each party to bear its own costs; that the Order further reflect that Kinder Morgan is withdrawn as a party to the pending Rule 12(b) motion to dismiss Plaintiff's Third Amended Complaint (Doc. 1002); and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated:  December 22, 2014 	Respectfully submitted,

             /s/ Gary D. Justis
             Gary D. Justis  admitted *pro hac vice*
             Rachel D. Guthrie admitted *pro hac vice*
             THE JUSTIS LAW FIRM LLC
             5251 W. 116th Place, Suite 200
             Leawood, KS  66211-7820
             Telephone:  (913) 998-6102
             Facsimile:  (913) 998-6101
             Email:  gjustis@justislawfirm.com
             Email:  rguthrie@justislawfirm.com

             and

             W. Fletcher McMurry Schrock (Ky. Bar# 62283)
             MCMURRY & LIVINGSTON, PLLC
             333 Broadway, 7th Floor
             P.O. Box 1700
             Paducah, Kentucky  42002-1700
             Telephone: (270) 443-6511
             Facsimile: (270) 443-6548
             Email: fletch@ml-lawfirm.com

             ATTORNEYS FOR PLAINTIFF LWD PRP
             GROUP

## CERTIFICATE OF SERVICE

  I hereby certify that on December 22, 2014, a copy of the foregoing Motion to Dismiss Kinder Morgan Energy Partners LP with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

             /s/ Gary D. Justis
             Gary D. Justis