IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | |
|---|---|
| LWD PRP GROUP,<br><br>    Plaintiff,<br><br>v.<br><br>ACF INDUSTRIES LLC, et al.<br><br>    Defendants. | Civil Action No. 5:12-CV-00127-GNS-HBB |

### ORDER

Upon the Motion to Dismiss Kinder Morgan Energy Partners LP with Prejudice, and for good cause shown, Kinder Morgan Energy Partners LP is hereby withdrawn from the pending Rule 12(b) motion to dismiss Plaintiff's Third Amended Complaint (Doc. 1002); and Kinder Morgan Energy Partners LP is dismissed from this cause with prejudice, each party to bear its own costs.

    SO ORDERED this _____ day of _____ 2014.

_____
JUDGE GREGORY N. STIVERS
United States District Court