UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO.: 5:12-cv-00127-S
Electronically Filed

| | |
|---|---|
| **LWD PRP GROUP** | **PLAINTIFF** |
| v. | |
| **ACF INDUSTRIES, LLC,** *et. al.* | **DEFENDANTS** |

## MOTION TO DISMISS THIRD AMENDED COMPLAINT OF
## DEFENDANT WILLIAMSON COUNTY HOUSING AUTHORITY

Defendant Williamson County Housing Authority hereby moves this Court pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss all the claims brought by the Plaintiff, LWD PRP Group, in the Third Amended Complaint.

In support of this Motion, Defendant joins in and incorporates by reference the arguments presented by other Defendants in their Motion to Dismiss and accompanying memorandum and exhibits filed on March 28, 2014 [DE #1002.], as well as their Reply filed on May 30, 2014. [DE #1030.] An order granting this Motion is attached for the Court's convenience.

Respectfully submitted,

*s Amy D. Cubbage*
ROBERT T. WATSON
AMY D. CUBBAGE
McBrayer, McGinnis, Leslie & Kirkland, PLLC
9300 Shelbyville Road, Suite 210
Louisville, Kentucky 40222
Ph: (502) 327-5400
Fax: (502) 327-5444
rwatson@mmlk.com
acubbage@mmlk.com

*Counsel for Defendant,*
*Williamson County Housing Authority*

1

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was filed with the clerk of court on January 6, 2015, using the CM/ECF system, which will generate a notice of filing to all counsel of record registered with that system.

*s Amy D. Cubbage*
**Counsel for Defendant,**
***Williamson County Housing Authority***