# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 5:12-CV-00127-GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** | ) ) |
| Defendants. | ) ) |

## MOTION TO DISMISS DEFENDANT TESA TAPE, INC. WITH PREJUDICE

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), respectfully moves this Court for an appropriate Order which dismisses Defendant Tesa Tape, Inc. ("Tesa Tape") with prejudice from this cause. In support of this Motion, Plaintiff states as follows:

1. On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery, contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several defendants (DN 1). On January 30, 2013, Plaintiff filed a First Amended Complaint, naming Tesa Tape as an additional defendant, among others (DN 581). On March 29, 2013, Plaintiff filed a Second Amended Complaint against all remaining defendants, including Tesa Tape (DN 758). On February 27, 2014, Plaintiff filed a Third Amended Complaint against the remaining defendants, including Tesa Tape (DN 985).

2. On October 15, 2014, Plaintiff filed a Motion for Clerk's Entry of Default as to Tesa Tape, Inc. (DN 1074), which is pending before the Court.

3. Plaintiff has entered into a confidential settlement agreement with Tesa Tape, which settles all claims between Plaintiff and Tesa Tape for a sum certain and other valuable consideration exchanged between the parties.

4. Under the terms of the settlement agreement with Tesa Tape, Plaintiff agreed to file a motion to dismiss Tesa Tape as a defendant from this cause with prejudice, each party to bear its own costs.

5. Plaintiff also respectfully withdraws its pending Motion for Entry of Default as to Tesa Tape, Inc. (DN 1074).

6. A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing Defendant Tesa Tape, Inc. from this cause with prejudice, each party to bear its own costs; that the Order further reflect that Plaintiff's pending Motion for Entry of Default as to Tesa Tape, Inc. (DN 1074) is withdrawn; and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated:  January 6, 2015								Respectfully submitted,

                                                         */s/* Gary D. Justis
                                                       Gary D. Justis		admitted *pro hac vice*
                                                       Rachel D. Guthrie		admitted *pro hac vice*
                                                       THE JUSTIS LAW FIRM LLC
                                                       5251 W. 116th Place, Suite 200
                                                       Leawood, KS  66211-7820
                                                       Telephone:  (913) 998-6102
                                                       Facsimile:  (913) 998-6101
                                                       Email:  gjustis@justislawfirm.com
                                                       Email:  rguthrie@justislawfirm.com

                                                       and

W. Fletcher McMurry Schrock (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone: (270) 443-6511
Facsimile: (270) 443-6548
Email: fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

3

## CERTIFICATE OF SERVICE

    I hereby certify that on January 6, 2015, a copy of the foregoing Motion to Dismiss Defendant Tesa Tape, Inc. with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

*/s/* Gary D. Justis
Gary D. Justis
