# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | )<br>) Civil Action No. 5:12-CV-00127-<br>) GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** | )<br>) |
| **Defendants.** | )<br>) |

## ORDER

Upon the Motion to Dismiss Defendant Tesa Tape, Inc. with Prejudice, and for good cause shown, Plaintiff's Motion for Entry of Default as to Defendant Tesa Tape, Inc. (DN 1074) is hereby withdrawn; and Tesa Tape, Inc. is dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED this _____ day of _____ 20\_\_.

_____
JUDGE GREG N. STIVERS
United States District Court