**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION**

| | |
|---|---|
| **LWD PRP GROUP,**            ) | |
|                    ) | |
|      **Plaintiff,**       ) | |
|                    ) | |
| **v.**                    ) | **Civil Action No. 5:12-CV-00127-GNS-HBB** |
|                    ) | |
| **ACF INDUSTRIES LLC, et al.**   ) | |
|                    ) | |
|      **Defendants.**     ) | |
|                    ) | |

**MOTION TO DISMISS DEFENDANT OSRAM
SYLVANIA PRODUCTS, INC. WITH PREJUDICE**

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), respectfully moves this Court for an appropriate Order which dismisses Defendant Osram Sylvania Products, Inc. ("Osram Sylvania") with prejudice from this cause. In support of this Motion, Plaintiff states as follows:

1. On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery, contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several defendants, which included Osram Sylvania, among others (DN 1). On January 30, 2013, Plaintiff filed a First Amended Complaint (DN 581). On March 29, 2013, Plaintiff filed a Second Amended Complaint against all remaining defendants, including Osram Sylvania (DN 758). On February 27, 2014, Plaintiff filed a Third Amended Complaint against the remaining defendants, including Osram Sylvania (DN 985).

2. On October 15, 2014, Plaintiff filed a Motion for Clerk's Entry of Default as to Osram Sylvania Products, Inc. (DN 1069), which is pending before the Court.

3.      Plaintiff has entered into a confidential settlement agreement with Osram Sylvania, which settles all claims between Plaintiff and Osram Sylvania for a sum certain and other valuable consideration exchanged between the parties.

4.      Under the terms of the settlement agreement with Osram Sylvania, Plaintiff agreed to file a motion to dismiss Osram Sylvania as a defendant from this cause with prejudice, each party to bear its own costs.

5.      Plaintiff also respectfully withdraws its pending Motion for Entry of Default as to Osram Sylvania Products, Inc. (DN 1069).

6.      A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing Defendant Osram Sylvania Products, Inc. from this cause with prejudice, each party to bear its own costs; that the Order further reflect that Plaintiff's pending Motion for Entry of Default as to Osram Sylvania Products, Inc. (DN 1069) is withdrawn; and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated:  January 7, 2015                    Respectfully submitted,


                                           /s/ Gary D. Justis
                                           Gary D. Justis            admitted *pro hac vice*
                                           Rachel D. Guthrie         admitted *pro hac vice*
                                           THE JUSTIS LAW FIRM LLC
                                           5251 W. 116th Place, Suite 200
                                           Leawood, KS  66211-7820
                                           Telephone:  (913) 998-6102
                                           Facsimile:  (913) 998-6101
                                           Email:  gjustis@justislawfirm.com
                                           Email:  rguthrie@justislawfirm.com

                                                 and

                                           W. Fletcher McMurry Schrock (Ky. Bar# 62283)
                                           MCMURRY & LIVINGSTON, PLLC
                                           333 Broadway, 7th Floor
                                           P.O. Box 1700
                                           Paducah, Kentucky  42002-1700
                                           Telephone: (270) 443-6511
                                           Facsimile: (270) 443-6548
                                           Email: fletch@ml-lawfirm.com

                                           ATTORNEYS FOR PLAINTIFF LWD PRP
                                           GROUP

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 7, 2015, a copy of the foregoing Motion to Dismiss Defendant Osram Sylvania Products, Inc. with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

<u>/s/ Gary D. Justis</u>
Gary D. Justis