IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 5:12-CV-00127-GNS-HBB |
| ) | |
| **ACF INDUSTRIES LLC, et al.** ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon the Motion to Dismiss Defendant Osram Sylvania Products, Inc. with Prejudice, and for good cause shown, Plaintiff's Motion for Entry of Default as to Defendant Osram Sylvania Products, Inc. (DN 1069) is hereby withdrawn; and Osram Sylvania Products, Inc. is dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED this _____ day of _____ 2015.

_____
JUDGE GREG N. STIVERS
United States District Court