# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 5:12-CV-127-JHM-LLK |
| **ACF INDUSTRIES LLC, et al.** | ) |
| **Defendants.** | ) |

### PLAINTIFF'S RESPONSE TO DEFENDANT WILLIAMSON COUNTY HOUSING AUTHORITY'S MOTION TO DISMISS THIRD AMENDED COMPLAINT

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel, respectfully submits the following Response to Defendant Williamson County Housing Authority's ("Williamson Housing Authority") Rule 12(b)(6) Motion to Dismiss Third Amended Complaint ("Motion to Dismiss") [DN 1100]. In its Motion to Dismiss, Williamson County incorporates by reference the arguments from a Rule 12(b)(6) Memorandum in Support of a Motion to Dismiss filed on March 28, 2014 [DN 1002], and a Reply Memorandum filed on May 30, 2014 [DN 1030], both filed by a group of other defendants.

As such, for its response, LWD PRP Group incorporates by reference the citations and arguments stated in its omnibus Response to Defendants' Rule 12(b)(6) Motion to Dismiss, filed on May 14, 2014 [DN 1027].

Dated: January 8, 2015

Respectfully submitted,

/s/ Gary D. Justis
Gary D. Justis          admitted *pro hac vice*
Rachel D. Guthrie       admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
5251 W. 116th Place, Suite 200
Leawood, KS  66211-7820
Telephone:  (913) 998-6100
Facsimile:  (913) 998-6101
Email:  gjustis@justislawfirm.com
           rguthrie@justislawfirm.com

and

W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, KY  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2015, a copy of the foregoing Plaintiff's Response to Defendant Williamson County Housing Authority's Rule 12(b)(6) Motion To Dismiss Third Amended Complaint was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

/s/ Gary D. Justis
Gary D. Justis