**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION**

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) Civil Action No. 5:12-CV-00127- |
| **ACF INDUSTRIES LLC, et al.** | ) JHM-LLK ) ) |
| **Defendants.** | ) ) |

**ORDER DENYING DEFENDANT WILLIAMSON COUNTY HOUSING AUTHORITY'S MOTION TO DISMISS THIRD AMENDED COMPLAINT**

This matter is before the Court on a Rule 12(b)(6) Motion to Dismiss Third Amended Complaint filed by Defendant Williamson County Housing Authority in the instant case [DN 1100]. Upon consideration of the above Defendant's Motion to Dismiss, having been fully briefed by the parties, and the entire record herein,

**IT IS HEREBY ORDERED** that the Motion to Dismiss [DN 1100] is **DENIED.**

**SO ORDERED** this _____ day, _____ 2015.

_____
SENIOR JUDGE MCKINLEY
United States District Court