UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:12-CV-00127-JHM-HBB

**LWD PRP GROUP**  **PLAINTIFF**

v.

**ACF INDUSTRIES LLC,** *et al.*  **DEFENDANTS.**

## ORDER

This matter having come before the Court upon the Motion of Defendant Osram Sylvania Products, Inc., and being fully and sufficiently advised,

**IT IS HEREBY ORDERED** that Defendant Osram Sylvania Products, Inc.'s Motion for Leave to File Answer is **GRANTED**.

**H. Brent Brennenstuhl**
**United States Magistrate Judge**

January 13, 2015

Prepared by:

*/s/ Dennis J. Conniff*_____
Dennis J. Conniff
Emily C. McKinney
Frost Brown Todd LLC
400 West Market Street, 32nd Floor
Louisville, Kentucky  40202
(502) 589-5400
(502) 581-1087 (fax)

*Counsel for Osram Sylvania Products, Inc.*