# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 5:12-CV-00127-GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** | ) ) |
| Defendants. | ) ) |

## NOTICE OF CHANGE OF ADDRESS, PHONE AND FAX

COMES NOW Gary D. Justis and Rachel D. Guthrie of The Justis Law Firm LLC, *pro hac vic*e counsel for Plaintiff LWD PRP Group, and notifies the Court and all parties, that The Justis Law Firm LLC has moved its offices. The new address and phone/fax numbers are as follows (email address has not changed):

>Gary D. Justis
>Rachel D. Guthrie
>The Justis Law Firm LLC
>10955 Lowell Ave.
>Suite 520
>Overland Park, KS 66210-2336
>(913) 955-3710 Main
>(913) 955-3712 Gary
>(913) 955-3713 Rachel
>(913) 955-3711 Fax
>Email: gjustis@justislawfirm.com
>Email: rguthrie@justislawfirm.com

Dated: January 21, 2015

Respectfully submitted,

THE JUSTIS LAW FIRM LLC

/s/ Gary D. Justis
Gary D. Justis      admitted *pro hac vice*
Rachel D. Guthrie   admitted *pro hac vice*
10955 Lowell Ave.
Suite 520
Overland Park, KS 66210-2336
Telephone: (913) 955-3710
Facsimile: (913) 955-3711
Email: gjustis@justislawfirm.com
       rguthrie@justislawfirm.com

and

W. Fletcher McMurry Schrock (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone: (270) 443-6511
Facsimile: (270) 443-6548
Email: fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2015, a copy of the foregoing Notice of Change of Address, Phone and Fax was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

/s/ Gary D. Justis
Gary D. Justis