IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** )<br>)<br>  **Plaintiff,** )<br>)<br>v. )<br>)<br>**ACF INDUSTRIES LLC, et al.** )<br>)<br>  **Defendants.** )<br>) | Civil Action No. 5:12-CV-00127-GNS-HBB<br><br>NOTICE OF WITHDRAWAL OF APPEARANCE |

TO: The Clerk of the Court and All Parties of Record:

PLEASE TAKE NOTICE that Ambereen Khalid Shaffie should hereby be withdrawn as counsel of record for Plaintiff LWD PRP Group ("Plaintiff") in the above-captioned matter and should be removed from the Court's service list with respect to this action. Ambereen Khalid Shaffie was admitted to practice *pro hac vice* as counsel for Plaintiffs on September 17, 2012 (DN 9). Since that time, Ambereen Khalid Shaffie has left The Justis Law Firm LLC. The Justis Law Firm LLC, Gary D. Justis and Rachel D. Guthrie will continue to serve as counsel to Plaintiffs in this matter.

Dated:  January 21, 2015 Respectfully submitted,


/s/ Gary D. Justis
Gary D. Justis  admitted *pro hac vice*
Rachel D. Guthrie  admitted *pro hac vice*
10955 Lowell Ave.
Suite 520
Overland Park, KS 66210-2336
Telephone: (913) 955-3710
Facsimile: (913) 955-3711
Email: gjustis@justislawfirm.com
        rguthrie@justislawfirm.com

and

W. Fletcher McMurry Schrock (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone: (270) 443-6511
Facsimile: (270) 443-6548
Email: fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP