IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 5:12-CV-00127-GNS-HBB |
| ACF INDUSTRIES LLC, et al. | ) ) |
| Defendants. | ) ) |

## ORDER

Upon Plaintiff's Motion to Dismiss all claims asserted against Kinder Morgan Energy Partners LP with Prejudice, and for good cause shown, Kinder Morgan Energy Partners LP is hereby withdrawn from the pending Rule 12(b) motion to dismiss Plaintiff's Third Amended Complaint (Doc. 1002); and Kinder Morgan Energy Partners LP is dismissed from this cause with prejudice, each party to bear its own costs.

Greg N. Stivers, Judge
United States District Court

January 22, 2015