# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 5:12-CV-00127-GNS-HBB |
| ACF INDUSTRIES LLC, et al. | ) |
| Defendants. | ) |

## ORDER

Upon Plaintiff's Motion to Dismiss all claims asserted against Defendant Osram Sylvania Products, Inc. with Prejudice, and for good cause shown, Plaintiff's Motion for Entry of Default as to Defendant Osram Sylvania Products, Inc. (DN 1069) is hereby withdrawn; and Osram Sylvania Products, Inc. is dismissed from this cause with prejudice, each party to bear its own costs.

Greg N. Stivers, Judge
United States District Court

January 22, 2015