## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: February 20, 2015

Ms. Vanessa L. Armstrong
Western District of Kentucky at Paducah
501 Broadway
Suite 127
Paducah, KY 42001-6866

      Re: Case No. 14-5730, *LWD PRP Group v. Alcan Corp., et al*
            Originating Case No. : 5:12-cv-00127

Dear Ms. Armstrong:

  Enclosed is a copy of the mandate filed in this case.

                           Sincerely yours,

                           s/Patricia J. Elder
                           Senior Case Manager

cc:  Ms. Rachel Dawn Guthrie
     Mr. Gary D. Justis
     Mr. Jonathan Duncan Pitchford

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 14-5730

_____

Filed: February 20, 2015

LWD PRP GROUP

    Plaintiff - Appellee

v.

ALCAN CORPORATION, et al

    Defendants - Appellants

## MANDATE

Pursuant to the court's disposition that was filed 01/14/2015 the mandate for this case hereby issues today.

COSTS:  None