**THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION**

| | | |
|---|---|---|
| **LWD PRP GROUP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 5:12-CV-00127-GNS-HBB** |
| | ) | |
| **ACF INDUSTRIES LLC, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**ENTRY OF DEFAULT**

I, Vanessa L. Armstrong, Clerk of the Court of the United States District Court for the

Western District of Kentucky, Paducah Division, do hereby certify that Defendant Excel

TSD, Inc. has not filed an Answer or otherwise moved with respect to the Third Amended

Complaint filed herein. The default of Defendant Excel TSD, Inc. is hereby noted pursuant to

Rule 55(a) of the Federal Rules of Civil Procedure.

VANESSA L. ARMSTRONG, CLERK
UNITED STATES DISTRICT COURT

By:  /s/ *Traci J. Duff*

Traci J. Duff, Deputy Clerk
Date: February 24, 2015