## THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )   **Civil Action No. 5:12-CV-00127-GNS-HBB** |
| | ) |
| **ACF INDUSTRIES LLC, et al.** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

### ENTRY OF DEFAULT

I, Vanessa L. Armstrong, Clerk of the Court of the United States District Court for the

Western District of Kentucky, Paducah Division, do hereby certify that Defendant Microbac

Laboratories, Inc. has not filed an Answer or otherwise moved with respect to the Third

Amended Complaint filed herein. The default of Defendant Microbac Laboratories, Inc. is

hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

VANESSA L. ARMSTRONG, CLERK
UNITED STATES DISTRICT COURT

By:   /s/ *Traci J. Duff*

Traci J. Duff, Deputy Clerk
Date: February 24, 2015