**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION**

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Civil Action No. 5:12-CV-00127-GNS-** |
| | **HBB** |
| **ALCAN CORPORATION; ALL AMERICAN** | ) |
| **GROUP, INC.; AMERICAN WOODMARK** | ) **FOURTH AMENDED COMPLAINT** |
| **CORP.; ANDOVER COILS, LLC; ARELCO** | ) |
| **PLASTIC FABRICATING CO.; B-B PAINT** | ) |
| **CORP.; BMO HARRIS BANK, N.A.; BAKER** | ) |
| **HUGHES INC.; BAYER CROPSCIENCE,** | ) |
| **INC.; BAYER HEALTHCARE LLC;** | ) |
| **BROWN'S PLATING SERVICE, INC.; CBS** | ) |
| **CORPORATION; CFPG LTD.; CARMAN** | ) |
| **CLEANERS; CENTRAL ILLINOIS PUBLIC** | ) |
| **SERVICE CO.; CHAMPION** | ) |
| **LABORATORIES, INC.; CITY OF CEDAR** | ) |
| **RAPIDS, IOWA; CLONDALKIN GROUP** | ) |
| **INC.; COLONIAL PIPELINE CO.;** | ) |
| **COLUMBIA COUNTY, NEW YORK;** | ) |
| **COOPER-STANDARD AUTOMOTIVE,** | ) |
| **INC.; CYCLE CHEM, INC.; DAHLSTROM** | ) |
| **DISPLAY, INC.; DENSO INTERNATIONAL** | ) |
| **AMERICA, INC.; DENSO** | ) |
| **MANUFACTURING MICHIGAN, INC.;** | ) |
| **DRESSER-RAND CO.; DRUG &** | ) |
| **LABORATORY DISPOSAL, INC.; DUKE** | ) |
| **ENERGY OHIO, INC.; DUNCAN** | ) |
| **AVIATION, INC.; EAGLE INDUSTRIES,** | ) |
| **LLC; EQ ILLINOIS; EQ RESOURCE** | ) |
| **RECOVERY, INC.; ENVIRONMENTAL** | ) |
| **SERVICES OF NORTH AMERICA, INC.;** | ) |
| **EXCEL TSD, INC.; THE FINISHING CO.;** | ) |
| **GENERAL ELECTRIC CO.; GREENLEE** | ) |
| **DIAMOND TOOL CO.; GREENWAY** | ) |
| **ENVIRONMENTAL, INC.; HANNAH** | ) |
| **MARITIME CORP.; HARRY SPIROS, INC.;** | ) |
| **HEARTH & HOME TECHNOLOGIES,** | ) |
| **INC.; HORNING WIRE CORP.; HOUSING** | ) |
| **AUTHORITY OF HOPKINSVILLE,** | ) |
| **KENTUCKY; INDIANA-KENTUCKY** | ) |
| **ELECTRIC CORP.; INGERSOLL-RAND** | |

**CO.; TRANE US INC.; INTERNATIONAL** )
**PAPER CO.; J.C. BAKER & SON, INC.;** )
**LEEDS SEATING CO.; MEGAFAB, INC.;** )
**MICROBAC LABORATORIES, INC.;** )
**NATIONAL DETROIT, INC.; NATIONAL** )
**RAILWAY EQUIPMENT CO.; NISSAN** )
**NORTH AMERICA, INC.; OWENS** )
**CORNING; PMRS, INC.; PSC, LLC; PHILIP** )
**SERVICES CORP.; PARKER PLASTICS** )
**CORP.; PEORIA DISPOSAL CO.; PDC** )
**LARBORATORIES, INC.; PERMA-FIX** )
**ENVIRONMENTAL SERVICES, INC.;** )
**PERMA-FIX OF DAYTON, INC.; PERMA-** )
**FIX OF ORLANDO, INC.; PERMA-FIX OF** )
**SOUTH GEORGIA, INC.; PRINTPACK,** )
**INC.; QUALITY METAL FINISHING CO.;** )
**RAIL SERVICES, INC.; REGAL BELOIT** )
**AMERICA, INC.; RELOCATABLE** )
**CONFINEMENT FACILITIES, INC.;** )
**SABRELINER CORP.; SI GROUP, INC.;** )
**SIMPSON INVESTMENT CO.; SOUTHERN** )
**STAR CENTRAL GAS PIPELINE, INC.;** )
**STERLING HARDWARE, LLC;** )
**SUMITOMO ELECTRIC WINTEC** )
**AMERICA, INC.; TRANSMONTAIGNE** )
**PRODUCT SERVICES INC.; TRI-CITY** )
**TANK WASH, INC.; UNITED INDUSTRIES** )
**CORP.; UNIVERSITY OF ILLINOIS-** )
**URBANA MAIN CAMPUS; UNIVERSITY** )
**OF IOWA; VALERO MARKETING AND** )
**SUPPLY CO.; VALERO RETAIL** )
**HOLDINGS, INC.; THE PREMCOR** )
**REFINING GROUP INC.; VAN DYNE &** )
**CROTTY CO. D/B/A SPIRIT SERVICES** )
**CO. OF OHIO; VERTELLUS SPECIALTIES** )
**INC.; WATTS & DURR OIL CO.;** )
**WESTERN RUST-PROOF CO.; WHEELER** )
**LUMBER, LLC; WILLIAMSON COUNTY** )
**HOUSING AUTHORITY; WOCKHARDT** )
**USA LLC; YENKIN-MAJESTIC PAINT** )
**CORP.; YORK INTERNATIONAL CORP.;** )
**CENTRAL ENVIRONMENTAL SYSTEMS,** )
**INC.; ZELLER TECHNOLOGIES, INC.; and** )
**BLUEGRASS INCINERATION SERVICES,** )
**LLC,** )
)
         **Defendants.** )

## FOURTH AMENDED COMPLAINT

For its Fourth Amended Complaint, Plaintiff LWD PRP Group ("LWD PRP Group"), by and through counsel, states and alleges as follows:

### STATEMENT OF THE CASE

1.       This is a civil action pursuant to the provisions of the Comprehensive Environmental Response, Compensation and Liability Act of 1980, as amended, 42 U.S.C. § 9601 *et seq.* ("CERCLA"), for recovery of past and future response costs incurred and to be incurred by the LWD PRP Group for response activities undertaken and to be undertaken at the LWD Incinerator Site, which consists of that portion of LWD, Inc. Superfund Site at 2745 Industrial Boulevard in Calvert City, Marshall County, Kentucky, where operations at the former LWD waste incinerator occurred, as well as any area where hazardous substances that migrated from the LWD waste incinerator have come to be located (hereinafter "LWD Incinerator Site).

2.       The LWD PRP Group seeks cost recovery and contribution from each Defendant pursuant to Sections 107(a) and 113(f) of CERCLA, 42 U.S.C. §§ 9607(a) and 9613(f), and pursuant to Kentucky Revised Statutes § 224.01-400, for past and future response costs which the LWD PRP Group has paid and may pay in the future at the LWD Incinerator Site, along with a declaration as to each Defendant's liability and an allocation of past and future response costs among all parties. The LWD PRP Group also seeks declaratory relief against the current owner of the LWD, Inc. Superfund Site, Defendant Bluegrass Incineration Services, LLC, regarding reasonable access and the imposition of appropriate environmental covenants and use restrictions on the LWD, Inc. Superfund Site, which will allow the LWD PRP Group to continue to finalize an agreement with the Kentucky Department of Environmental Protection ("KDEP") to provide

certain remediation, monitoring and maintenance activities that KDEP is requiring to be conducted at the LWD Incinerator Site.

## JURISDICTION AND VENUE

3.      This Court has jurisdiction over the subject matter of this action pursuant to Sections 107(a) and 113(b) of CERCLA, 42 U.S.C. §§ 9607(a) and 9613(b), providing jurisdiction over controversies arising under CERCLA; and pursuant to 28 U.S.C. § 1331, providing for jurisdiction over controversies involving federal questions of law.

4.      Venue is proper in this district pursuant to Sections 107(a) and 113(b) of CERCLA, 42 U.S.C. §§ 9607(a) and 9613(b), and 28 U.S.C.§§ 1391(b) and (c), because the release or threatened release of hazardous substances occurred at or from the LWD Incinerator Site located in this judicial district.

## FACTUAL BACKGROUND

5.      The LWD Incinerator Site is the area of the LWD, Inc. Superfund Site where a former hazardous waste incinerator operated from the 1970s until 2004.

6.      The LWD Incinerator Site operated under the Resource Conservation and Recovery Act ("RCRA") from approximately 1980 through mid-2004.

7.      On-Site incineration of waste ceased in January 2004, and Defendants Bluegrass Incineration Services, LLC ("Bluegrass Incineration"), the last known owner and operator of the LWD Incinerator Site, abandoned the LWD Incinerator Site in October 2005, leaving behind hazardous and non-hazardous wastes.

8.      RCRA requires individuals who generate or transport hazardous waste, or who operate a facility for recycling, treating, storing, or disposing (TSD) of hazardous waste, to notify EPA or their authorized State waste management agency of their regulated waste activities and

obtain a U.S. EPA Identification (ID) Number (also known as a RCRA ID Number) (hereinafter "EPA ID No.").

9.      Except for Bluegrass Incineration, each of the Defendants, and/or their predecessors and/or affiliated entities, generated and/or transported waste containing hazardous substances, which waste was disposed of at the LWD Incinerator Site, using RCRA hazardous waste manifests with EPA ID No(s). issued to each such Defendant, and/or predecessor(s) and/or affiliated entity(ies) (hereinafter "manifested waste").

10.     The entities who operated the LWD Incinerator Site over time compiled the RCRA hazardous waste manifests of shipments of manifested waste sent to the LWD Incinerator Site into annual reports the LWD Incinerator Site operators were required to submit to EPA (hereinafter "Annual Reports").

11.     The entities that operated the LWD Incinerator Site over time submitted multiple hazardous waste permit applications, some of which were denied by KDEP.

12.     These operating entities received numerous Notices of Violation from KDEP on various issues (e.g., leaking drums, leaking roll-off containers, containers with holes, waste accumulating in containment areas, wastes that were fuming and had strong solvent odors, and pumps leaking scrubber water).

13.     The LWD Incinerator Site owners and operators, including Bluegrass Incineration, failed to comply with multiple Orders intended to address the ongoing environmental issues at the LWD Incinerator Site.

14.     In February 2006, KDEP requested assistance from U.S. EPA's ("EPA's") Emergency Response and Removal Branch ("ERRB") Superfund Division in an effort to categorize environmental hazards at the LWD Incinerator Site.

15.     The ERRB performed a removal site evaluation in February 2006 and determined that a time-critical removal action was necessary to stabilize the LWD Incinerator Site due to the threats of release of unknown substances posed by a large tank farm and containment area with the potential to cause an off-site release.

16.     EPA signed an initial Action Memorandum regarding the LWD Incinerator Site in March 2006, and two additional Action Memoranda in April and August 2006.

17.     Based on the fact the LWD Incinerator Site was abandoned, EPA commenced a time-critical response action at the LWD Incinerator Site the week of March 6, 2006.

18.     Results from sampling performed by EPA at this time showed elevated concentrations of various hazardous substances were present on the LWD Incinerator Site.

19.     A Final CERCLA Emergency Response Action and Removal Site Evaluation Report prepared for EPA and dated July 28, 2006 recommended that a removal action be conducted at the LWD Incinerator Site in accordance with 40 CFR Part 300, Section 415(b)(1).

20.     This recommendation was based on the following criteria: (1) actual or potential exposure to nearby human populations, animals, or the food chain from hazardous substances or pollutants; (2) hazardous substances or pollutants in drums, barrels, tanks, or other bulk storage containers, that may pose a threat of release of hazardous substances at or from the LWD Incinerator Site; (3) weather conditions that may cause hazardous substances or pollutants to migrate or be released at or from the LWD Incinerator Site; and (4) threat of fire or explosion.

21.     EPA conducted a time-critical removal action between March 2006 and February 2007 to reduce some of the urgent threats posed by several areas of the LWD Incinerator Site.

22.     On March 1, 2007, 58 potentially responsible parties, including members of the LWD PRP Group, entered into an Administrative Settlement Agreement and Order on Consent

for Removal Action (hereinafter "Removal Action AOC") with EPA to perform specified remaining time-critical removal action activities at the LWD Incinerator Site.

23.     The LWD PRP Group and other PRPs who entered into the Removal Action AOC completed the Removal Action AOC activities in September 2009, when EPA issued a September 29, 2009 Notice of Completion of same.

24.     On April 8, 2013, EPA entered into a separate "Settlement Agreement for Recovery of Past Response Costs," CERCLA Docket No. 04-2013-3751, with the LWD PRP Group, including several of its assignors, and other PRPs, pursuant to Section 122(h)(1) of CERCLA, 42 U.S.C. § 9622(h)(1) ("EPA Past Costs AOC I").  Under the terms of EPA Past Costs AOC I, the LWD PRP Group paid an additional $4,144,120 to EPA on August 27, 2013 to reimburse EPA for the majority of EPA's past response costs at the LWD Incinerator Site.

25.     On May 8, 2014, the LWD PRP Group and EPA entered into another separate "Settlement Agreement for Recovery of Past Response Costs," CERCLA Docket No. 04-2013-3763, pursuant to Section 122(h)(1) of CERCLA, 42 U.S.C. § 9622(h)(1) ("EPA Past Costs AOC II").  Under the terms of EPA Past Costs AOC II, the LWD PRP Group paid EPA an additional $667,845 to reimburse EPA for its remaining response costs at the LWD Incinerator Site. EPA Past Costs AOC II provides the LWD PRP Group with broader covenants not to sue and contribution protections than EPA Past Costs AOC I.

26.     To date, the LWD PRP Group has been compelled to pay $4,811,965 in response costs at the LWD Incinerator Site under EPA Past Costs AOC I and EPA Past Costs AOC II.

27.     The LWD PRP Group is also currently negotiating with KDEP regarding certain remediation, monitoring and maintenance activities that KDEP is requiring to be conducted at the LWD Incinerator Site, and regarding KDEP's past and future response costs.

28.    As part of the LWD PRP Group's negotiations with KDEP, KDEP has taken the position that Kentucky state law requires certain environmental covenants and use restrictions to be imposed on the LWD, Inc. Superfund Site, which is still owned by Bluegrass Incineration.

29.    To date, the LWD PRP Group has incurred over $625,000 in voluntary response costs regarding the activities KDEP is requiring to be conducted at the LWD Incinerator Site, including attorneys' fees and expenses that are closely tied to response actions at the LWD Incinerator Site, which the LWD PRP Group is also entitled to recover against parties liable under CERCLA.

30.    The LWD PRP Group will continue to incur LWD Incinerator Site response costs to perform the actions required by the EPA and the State of Kentucky.

## THE PARTIES

31.    The LWD PRP Group consists of the following entities in their own right, and as assignees of all entities who have or will assign their CERCLA cost-recovery and contribution rights to the LWD PRP Group:  Air Products and Chemical, Inc.; Akebono Brake Corporation; Albaugh, Inc.; Arkema Inc.; Ashland Inc.; Atlantic Richfield Company/BP Products North America, Inc./The Standard Oil Company; BASF Corporation; Cognis Corporation; Goodrich Corporation, formerly The B.F. Goodrich Company; Three Rivers Management, Inc., agent for Beazer East, Inc.; Chase Brass & Copper Co.; Dart Container Corporation of KY, a MI corporation; Environmental Enterprises Inc.; DanChem Technologies, Inc.; CNA Holdings LLC; Illinois Central Railroad Company; InChem Corp.; International Specialty Products, Inc.; Koppers Inc.; Marathon Petroleum Company LP as assignee of Marathon Oil Company; Milliken & Company; NCR Corporation; The Lubrizol Corporation; Giant Resource Recovery, Inc.; PPG Industries; PepsiCo, Incorporated; Phelps Dodge Industries, Inc.; Pollution Control Industries, Inc.; Rineco; Safety-Kleen Systems, Inc.; Shell Oil Company and Its Affiliates and

Subsidiaries; Motiva Enterprises LLC; Steelcase Inc.; Hamilton Sundstrand Corporation, formerly Sundstrand Aerospace; Philips Electronics North America Corporation; Givaudan Flavors Corporation; Teva Pharmaceuticals USA, Inc.; Texas Gas Transmission, LLC; Textileather Corporation; SET Environmental, Inc.; United States Steel Corporation; R.T. Vanderbilt Company, Inc.; Waste Control Specialists LLC; Westlake Vinyls, Inc.; and Weyerhaeuser NR Company.

32.     By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant Rio Tinto Alcan pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

33.     Defendant Alcan Corporation ("Alcan") has indicated to the LWD PRP Group that prior versions of the Complaint in this case improperly attributed the waste streams in paragraph no. 36 below to Rio Tinto Alcan and/or Pechiney Plastic Packaging, Inc. instead of Alcan.

34.     Alcan is the parent company and/or successor to American Can Co., American National Can Co., American Packaging, Inc., Guardian Packaging Co. and/or Rio Tinto Alcan.

35.     EPA issued EPA ID Nos. WID006119978 and WID006119986 to American Can Co.; EPA ID No. WID000808204 to American National Can – Graphic Center; EPA ID Nos. LGQ and WID988566238 to American National Can Co.; EPA ID No. IAD001818327 to American Packaging, Inc.; and EPA ID No. ILD009668492 to Guardian Packaging Co.

36.     According to Annual Reports for the LWD Incinerator Site, manifested waste containing hazardous substances totaling 7,164 lbs. was transported from Rio Tinto Alcan with EPA ID No. ILD009668492, to the LWD Incinerator Site in 1985; four shipments of manifested waste containing hazardous substances totaling 98,461 lbs. were transported from Rio Tinto Alcan with EPA ID No. ILD009668492, to the LWD Incinerator Site in 1986; two shipments of

9

manifested waste containing hazardous substances totaling 61,625 lbs. were transported from American Can Co. with EPA ID No. WID006119978, to the LWD Incinerator Site in 1986; one shipment of manifested waste containing hazardous substances totaling 20,159 lbs. was transported from American Can Co. with EPA ID No. WID006119986, to the LWD Incinerator Site in 1986; one shipment of manifested waste containing hazardous substances totaling 767 lbs. was transported from Rio Tinto Alcan with EPA ID No. LGQ, to the LWD Incinerator Site in 1987; seven shipments of manifested waste containing hazardous substances totaling 17,410 lbs. were transported from American National Can – Graphic Center with EPA ID No. WID000808204, to the LWD Incinerator Site in 1987; fifteen shipments of manifested waste containing hazardous substances totaling 341,717 lbs. were transported from American Can Co. with EPA ID No. WID006119978, to the LWD Incinerator Site in 1987; fourteen shipments of manifested waste containing hazardous substances totaling 217,680 lbs. were transported from American Can Co. with EPA ID No. WID006119986, to the LWD Incinerator Site in 1987; one shipment of manifested waste containing hazardous substances totaling 458 lbs. was transported from Rio Tinto Alcan with EPA ID No. LGQ, to the LWD Incinerator Site in 1988; five shipments of manifested waste containing hazardous substances totaling 10,079 lbs. were transported from American National Can – Graphic Center with EPA ID No. WID000808204, to the LWD Incinerator Site in 1988; fourteen shipments of manifested waste containing hazardous substances totaling 318,120 lbs. were transported from American Can Co. with EPA ID No. WID006119978, to the LWD Incinerator Site in 1988; fourteen shipments of manifested waste containing hazardous substances totaling 181,830 lbs. were transported from American Can Co. with EPA ID No. WID006119986, to the LWD Incinerator Site in 1988; five shipments of manifested waste containing hazardous substances totaling 7,952 lbs. were transported from Rio Tinto Alcan with EPA ID No. WID988566238, to the LWD Incinerator Site in 1988; five

shipments of manifested waste containing hazardous substances totaling 15,119 lbs. were transported from American National Can – Graphic Center with EPA ID No. WID000808204, to the LWD Incinerator Site in 1989; thirteen shipments of manifested waste containing hazardous substances totaling 321,640 lbs. were transported from American Can Co. with EPA ID No. WID006119978, to the LWD Incinerator Site in 1989; twelve shipments of manifested waste containing hazardous substances totaling 115,373 lbs. were transported from American Can Co. with EPA ID No. WID006119986, to the LWD Incinerator Site in 1989; thirteen shipments of manifested waste containing hazardous substances totaling 24,500 lbs. were transported from Rio Tinto Alcan with EPA ID No. WID988566238, to the LWD Incinerator Site in 1989; one shipment of manifested waste containing hazardous substances totaling 28,600 lbs. was transported from American Can Co. with EPA ID No. WID006119978, to the LWD Incinerator Site in 1990; one shipment of manifested waste containing hazardous substances totaling 6,820 lbs. was transported from American Can Co. with EPA ID No. WID006119986, to the LWD Incinerator Site in 1990; and one shipment of manifested waste containing hazardous substances totaling 2,500 lbs. was transported from Rio Tinto Alcan with EPA ID No. WID988566238, to the LWD Incinerator Site in 1990.

37. The total weight attributable to Alcan at the LWD Incinerator Site is 1,857,825 lbs.

38. To date, Alcan has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

39. By letter dated June 8, 2012, the LWD PRP Group demanded that Defendant All American Group, Inc. ("All American") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

40.     All American is formerly known as Coachmen Industries Inc. ("Coachmen Industries").

41.     EPA issued EPA ID No. IND190010652 to Coachmen Industries.

42.     According to Annual Reports for the LWD Incinerator Site, four shipments of manifested waste containing hazardous substances totaling 46,470 lbs. were transported from Coachmen Industries, with EPA ID No. IND190010652, to the LWD Incinerator Site in 1991; one shipment of manifested waste containing hazardous substances totaling 350 lbs. was transported from Coachmen Industries, with EPA ID No. IND190010652, to the LWD Incinerator Site in 1992; and one shipment of manifested waste containing hazardous substances totaling 500 lbs. was transported from Coachmen Industries, with EPA ID No. IND190010652, to the LWD Incinerator Site in 1993.

43.     The total weight attributable to All American at the LWD Incinerator Site is 47,320 lbs.

44.     To date, All American has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

45.     By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant American Woodmark Corp. ("AWC") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

46.     EPA issued EPA ID Nos. WVD003084399 and WVD981738909 to AWC.

47.     According to Annual Reports for the LWD Incinerator Site, ten shipments of manifested waste containing hazardous substances totaling 413,026 lbs. were transported from AWC, with EPA ID No. WVD003084399, to the LWD Incinerator Site in 1986; eleven shipments of manifested waste containing hazardous substances totaling 407,152 lbs. were transported from AWC, with EPA ID No. WVD003084399, to the LWD Incinerator Site in

1987; two shipments of manifested waste containing hazardous substances totaling 82,026 lbs. were transported from AWC, with EPA ID No. WVD981738909, to the LWD Incinerator Site in 1987; and fifteen shipments of manifested waste containing hazardous substances totaling 608,468 lbs. were transported from AWC, with EPA ID No. WVD981738909, to the LWD Incinerator Site in 1988.

48.     The total weight attributable to AWC at the LWD Incinerator Site is 1,510,672 lbs.

49.     To date, AWC has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

50.     By letter dated June 8, 2012, the LWD PRP Group demanded that Defendant Andover Coils, LLC ("Andover Coils") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

51.     Andover Coils is the successor to Andover Inc., which is listed in the Annual Reports as Andover, Inc. ("Andover").

52.     EPA issued EPA ID No. IND005082185 to Andover.

53.     According to Annual Reports for the LWD Incinerator Site, two shipments of manifested waste containing hazardous substances totaling 4453 lbs. were transported from Andover, with EPA ID No. IND005082185, to the LWD Incinerator Site in 1989; two shipments of manifested waste containing hazardous substances totaling 3,040 lbs. were transported from Andover, with EPA ID No. IND005082185, to the LWD Incinerator Site in 1990; one shipment of manifested waste containing hazardous substances totaling 4,128 lbs. was transported from Andover, with EPA ID No. IND005082185, to the LWD Incinerator Site in 1991; one shipment of manifested waste containing hazardous substances totaling 2,294 lbs. was transported from Andover, with EPA ID No. IND005082185, to the LWD Incinerator Site in 1992; and two

13

shipments of manifested waste containing hazardous substances totaling 2,829 lbs. were transported from Andover, with EPA ID No. IND005082185, to the LWD Incinerator Site in 1997.

54.     The total weight attributable to Andover Coils at the LWD Incinerator Site is 16,744 lbs.

55.     To date, Andover Coils has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

56.     By letter dated June 8, 2012, the LWD PRP Group demanded that Defendant Arelco Plastic Fabricating Co. ("Arelco") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

57.     EPA issued EPA ID No. KYD018378554 to Arelco.

58.     According to Annual Reports for the LWD Incinerator Site, one shipment of manifested waste containing hazardous substances totaling 11,662 lbs. was transported from Arelco, with EPA ID No. KYD018378554, to the LWD Incinerator Site in 1988.

59.     The total weight attributable to Arelco at the LWD Incinerator Site is 11,662 lbs.

60.     To date, Arelco has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

61.     By letter dated June 8, 2012, the LWD PRP Group demanded that Defendant B-B Paint Corp. ("B-B Paint") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

62.     B-B Paint is listed in the Annual Reports as B&B Paint Corp. ("B&B")

63.     EPA issued EPA ID No. MID005322094 to B&B.

64.     According to Annual Reports for the LWD Incinerator Site, one shipment of manifested waste containing hazardous substances totaling 11,912 lbs. was transported from B&B with EPA ID No. MID005322094, to the LWD Incinerator Site in 1986.

65.     The total weight attributable to B-B Paint at the LWD Incinerator Site is 11,912 lbs.

66.     To date, B-B Paint has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

67.     By letter dated June 8, 2012, the LWD PRP Group demanded that Defendant BMO Harris Bank, N.A. ("BMO Harris Bank") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

68.     BMO Harris Bank is the parent company and/or successor to Marshall & Isley Trust Co. ("Marshall") and/or Harris Bank & Trust ("Harris").

69.     EPA issued EPA ID No. WID982062655 to Marshall; and EPA ID No. ILD981957939 to Harris.

70.     According to Annual Reports for the LWD Incinerator Site, two shipments of manifested waste containing hazardous substances totaling 16,311 lbs. were transported from Marshall, with EPA ID No. WID982062655, to the LWD Incinerator Site in 1987; and one shipment of manifested waste containing hazardous substances totaling 6,248 lbs. was transported from Harris, with EPA ID No. ILD981957939, to the LWD Incinerator Site in 1987.

71.     The total weight attributable to BMO Harris Bank at the LWD Incinerator Site is 22,559 lbs.

72.     To date, BMO Harris Bank has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

15

73.     By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant Baker Hughes Inc. ("Baker Hughes") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

74.     Baker Hughes is the successor to Petrolite Corp., also known as Petrolite Corp. PSPG ("collectively Petrolite"), and/or Baker Petrolite Corp. ("Baker Petrolite").

75.     EPA issued EPA ID No. TXD088361233 to Baker Petrolite; and EPA ID Nos. CAD008324360, CAD096001615, ILD980901789, MOD006324099, OKD000753540, TXD073186389, WYD083697482 and OKD990697724 to Petrolite.

76.     According to Annual Reports for the LWD Incinerator Site, manifested waste containing hazardous substances totaling 1,700,198 lbs. was transported from Petrolite, with EPA ID No. MOD006324099, to the LWD Incinerator Site in 1981; manifested waste containing hazardous substances totaling 874,361 lbs. was transported from Petrolite, with EPA ID No. MOD006324099, to the LWD Incinerator Site in 1982; manifested waste containing hazardous substances totaling 1,457,822 lbs. was transported from Petrolite, with EPA ID No. MOD006324099, to the LWD Incinerator Site in 1983; manifested waste containing hazardous substances totaling 842,700 lbs. was transported from Petrolite, with EPA ID No. MOD006324099, to the LWD Incinerator Site in 1984; manifested waste containing hazardous substances totaling 35,000 lbs. was transported from Petrolite, with EPA ID No. ILD980901789, to the LWD Incinerator Site in 1984; one shipment of manifested waste containing hazardous substances totaling 150,148 lbs. was transported from Petrolite, with EPA ID No. ILD980901789, to the LWD Incinerator Site in 1985; forty-four shipments of manifested waste containing hazardous substances totaling 1,442,016 lbs. were transported from Petrolite, with EPA ID No. MOD006324099, to the LWD Incinerator Site in 1985; thirty-nine shipments of manifested waste containing hazardous substances totaling 1,180,917 lbs. were transported from

16

Petrolite, with EPA ID No. MOD006324099, to the LWD Incinerator Site in 1986; one shipment of manifested waste containing hazardous substances totaling 49,564 lbs. was transported from Petrolite, with EPA ID No. TXD073186389, to the LWD Incinerator Site in 1986; one shipment of manifested waste containing hazardous substances totaling 21,384 lbs. was transported from Petrolite, with EPA ID No. C ILD980901789, to the LWD Incinerator Site in 1986; one shipment of manifested waste containing hazardous substances totaling 63,266 lbs. was transported from Petrolite, with EPA ID No. ILD980901789, to the LWD Incinerator Site in 1987; one shipment of manifested waste containing hazardous substances totaling 30,620 lbs. was transported from Petrolite, with EPA ID No. CAD008324360, to the LWD Incinerator Site in 1987; three shipments of manifested waste containing hazardous substances totaling 123,520 lbs. were transported from Petrolite, with EPA ID No. CAD096001615, to the LWD Incinerator Site in 1987; thirty- three shipments of manifested waste containing hazardous substances totaling 1,364,309 lbs. were transported from Petrolite, with EPA ID No. MOD006324099, to the LWD Incinerator Site in 1987; one shipment of manifested waste containing hazardous substances totaling 45,399 lbs. was transported from Petrolite, with EPA ID No. TXD073186389, to the LWD Incinerator Site in 1987; two shipments of manifested waste containing hazardous substances totaling 64,599 lbs. were transported from Petrolite, with EPA ID No. TXD073186389, to the LWD Incinerator Site in 1988; thirty-two shipments of manifested waste containing hazardous substances totaling 1,113,858 lbs. were transported from Petrolite, with EPA ID No. MOD006324099, to the LWD Incinerator Site in 1988; four shipments of manifested waste containing hazardous substances totaling 118,681 lbs. were transported from Petrolite, with EPA ID No. CAD096001615, to the LWD Incinerator Site in 1988; eleven shipments of manifested waste containing hazardous substances totaling 363,941 lbs. were transported from Petrolite, with EPA ID No. CAD008324360, to the LWD Incinerator

Site in 1988; three shipments of manifested waste containing hazardous substances totaling 83,383 lbs. were transported from Petrolite, with EPA ID No. OKD000753540, to the LWD Incinerator Site in 1988; one shipment of manifested waste containing hazardous substances totaling 39,859 lbs. was transported from Petrolite, with EPA ID No. WYD083697482, to the LWD Incinerator Site in 1988; one shipment of manifested waste containing hazardous substances totaling 677 lbs. was transported from Petrolite, with EPA ID No. OKD990697724, to the LWD Incinerator Site in 1988; three shipments of manifested waste containing hazardous substances totaling 18,185 lbs. were transported from Petrolite, with EPA ID No. ILD980901789, to the LWD Incinerator Site in 1988; two shipments of manifested waste containing hazardous substances totaling 6,425 lbs. were transported from Petrolite, with EPA ID No. ILD980901789, to the LWD Incinerator Site in 1989; manifested waste containing hazardous substances totaling 166,230 lbs. was transported from Petrolite, with EPA ID No. CAD008324360, to the LWD Incinerator Site in 1989; eleven shipments of manifested waste containing hazardous substances totaling 352,177 lbs. were transported from Petrolite, with EPA ID No. MOD006324099, to the LWD Incinerator Site in 1989; and four shipments of manifested waste containing hazardous substances totaling 81,120 lbs. were transported from Baker Petrolite, with EPA ID No. TXD088361233, to the LWD Incinerator Site in 1998.

77.     The total weight attributable to Baker Hughes at the LWD Incinerator Site is 11,790,358 lbs.

78.     To date, Baker Hughes has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

79.     By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant Bayer CropScience, Inc. ("Bayer") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

80.     Bayer is the parent company and/or successor to Interez, Inc.; Hi-Tek, Polymers; Stauffer Chemical Co. (NPL) (Stauffer Mgmt. Co.); Berlex Laboratories; Miles Laboratories; and Miles Laboratories, Inc. - Ames Division.

81.     EPA issued EPA ID Nos. KYD000605568 to Interez, Inc.; EPA ID No. KYD046657896 to Interez, Inc. and Hi-Tek, Polymers; EPA ID No. KYD000605568 to Hi-Tek, Polymers; EPA ID Nos. TXD008077505 and TXD008077507 to Stauffer Chemical Co. (NPL) (Stauffer Mgmt. Co.); EPA ID No. NJD098262173 to Berlex Laboratories; EPA ID No. IND005068705 to Miles Laboratories; and EPA ID No. IND000807016 to Miles Laboratories, Inc. - Ames Division.

82.     According to Annual Reports for the LWD Incinerator Site, manifested waste containing hazardous substances totaling 228,550 lbs. was transported from Interez, Inc., with EPA ID No. KYD046657896, to the LWD Incinerator Site in 1981; manifested waste containing hazardous substances totaling 2,510,992 lbs. was transported from Interez, Inc., with EPA ID No. NYD000605568, to the LWD Incinerator Site in 1982; manifested waste containing hazardous substances totaling 132,750 lbs. was transported from Interez, Inc., with EPA ID No. KYD046657896, to the LWD Incinerator Site in 1982; manifested waste containing hazardous substances totaling 2,760,754 lbs. was transported from Interez, Inc., with EPA ID No. KYD000605568, to the LWD Incinerator Site in 1983; manifested waste containing hazardous substances totaling 128,600 lbs. was transported from Interez, Inc., with EPA ID No. KYD046657896, to the LWD Incinerator Site in 1983; manifested waste containing hazardous substances totaling 3,261,641 lbs. was transported from Interez, Inc., with EPA ID No. KYD000605568, to the LWD Incinerator Site in 1984; manifested waste containing hazardous substances totaling 103,363 lbs. was transported from Interez, Inc., with EPA ID No. KYD046657896, to the LWD Incinerator Site in 1984; one shipment of manifested waste

containing hazardous substances totaling 16,660 lbs. was transported from Miles Laboratories, with EPA ID No. IND005068705, to the LWD Incinerator Site in 1985; two shipments of manifested waste containing hazardous substances totaling 5,498 lbs. were transported from Miles Laboratories, with EPA ID No. IND005068705, to the LWD Incinerator Site in 1986; one shipment of manifested waste containing hazardous substances totaling 916 lbs. was transported from Miles Laboratories, Inc. - Ames Division, with EPA ID No. IND000807016, to the LWD Incinerator Site in 1986; sixty-three shipments of manifested waste containing hazardous substances totaling 1,958,651 lbs. were transported from Interez, Inc., with EPA ID No. KYD000605568, to the LWD Incinerator Site in 1987; four shipments of manifested waste containing hazardous substances totaling 65,515 lbs. were transported from Interez, Inc., with EPA ID No. KYD046657896, to the LWD Incinerator Site in 1987; three shipments of manifested waste containing hazardous substances totaling 59,684 lbs. were transported from Miles Laboratories, with EPA ID No. IND005068705, to the LWD Incinerator Site in 1987; thirty-four shipments of manifested waste containing hazardous substances totaling 937,144 lbs. were transported from Interez, Inc., with EPA ID No. KYD000605568, to the LWD Incinerator Site in 1988; four shipments of manifested waste containing hazardous substances totaling 77,427 lbs. were transported from Interez, Inc., with EPA ID No. KYD046657896, to the LWD Incinerator Site in 1988; two shipments of manifested waste containing hazardous substances totaling 34,153 lbs. were transported from Miles Laboratories, with EPA ID No. IND005068705, to the LWD Incinerator Site in 1988; five shipments of manifested waste containing hazardous substances totaling 64,158 lbs. were transported from Miles Laboratories, Inc. - Ames Division, with EPA ID No. IND000807016, to the LWD Incinerator Site in 1988; five shipments of manifested waste containing hazardous substances totaling 75,595 lbs. were transported from Hi-Tek, Polymers, with EPA ID No. KYD046657896, to the LWD Incinerator Site in 1989; twenty-

seven shipments of manifested waste containing hazardous substances totaling 860,866 lbs. were transported from Hi-Tek, Polymers, with EPA ID No. KYD000605568, to the LWD Incinerator Site in 1989; two shipments of manifested waste containing hazardous substances totaling 31,737 lbs. were transported from Miles Laboratories, Inc. - Ames Division, with EPA ID No. IND000807016, to the LWD Incinerator Site in 1989; four shipments of manifested waste containing hazardous substances totaling 50,930 lbs. were transported from Hi-Tek, Polymers, with EPA ID No. KYD046657896, to the LWD Incinerator Site in 1990; sixteen shipments of manifested waste containing hazardous substances totaling 553,456 lbs. were transported from Hi-Tek, Polymers, with EPA ID No. KYD000605568, to the LWD Incinerator Site in 1990; two shipments of manifested waste containing hazardous substances totaling 83,660 lbs. were transported from Berlex Laboratories, with EPA ID No. NJD098262173, to the LWD Incinerator Site in 1996; five shipments of manifested waste containing hazardous substances totaling 52,187 lbs. were transported from Stauffer Chemical Co. (NPL) (Stauffer Mgmt. Co.), with EPA ID No. TXD008077505, to the LWD Incinerator Site in 2001; two shipments of manifested waste containing hazardous substances totaling 1,957 lbs. were transported from Stauffer Chemical Co. (NPL) (Stauffer Mgmt. Co.), with EPA ID No. TXD008077505, to the LWD Incinerator Site in 2002; one shipment of manifested waste containing hazardous substances totaling 1,225 lbs. was transported from Stauffer Chemical Co. (NPL) (Stauffer Mgmt. Co.), with EPA ID No. TXD008077507, to the LWD Incinerator Site in 2002; and two shipments of manifested waste containing hazardous substances totaling 3,418 lbs. were transported from Stauffer Chemical Co. (NPL) (Stauffer Mgmt. Co.), with EPA ID No. TXD008077505, to the LWD Incinerator Site in 2003.

83.     The total weight attributable to Bayer at the LWD Incinerator Site is 14,061,487 lbs.

84.     To date, Bayer has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

85.     Alternatively, Defendant Bayer Healthcare LLC ("Bayer Healthcare") is the parent company and/or successor to Interez, Inc.; Hi-Tek, Polymers; Stauffer Chemical Co. (NPL) (Stauffer Mgmt. Co.); Berlex Laboratories; Miles Laboratories; and/or Miles Laboratories, Inc. - Ames Division and is responsible for all or part of the 14,061,487 lbs. attributable to these entities, as alleged in paragraph no. 82 above.

86.     To date, Bayer Healthcare has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

87.     By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant Brown's Plating Service, Inc. ("Brown's Plating") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

88.     EPA issued EPA ID No. KYD024143711 to Brown's Plating.

89.     According to Annual Reports for the LWD Incinerator Site, one shipment of manifested waste containing hazardous substances totaling 2,291 lbs. was transported from Brown's Plating, with EPA ID No. KYD024143711, to the LWD Incinerator Site in 1985; four shipments of manifested waste containing hazardous substances totaling 46,731 lbs. were transported from Brown's Plating, with EPA ID No. KYD024143711, to the LWD Incinerator Site in 1986; eleven shipments of manifested waste containing hazardous substances totaling 249,534 lbs. were transported from Brown's Plating, with EPA ID No. KYD024143711, to the LWD Incinerator Site in 1987; fifteen shipments of manifested waste containing hazardous substances totaling 613,921 lbs. were transported from Brown's Plating, with EPA ID No. KYD024143711, to the LWD Incinerator Site in 1988; fourteen shipments of manifested waste containing hazardous substances totaling 566,515 lbs. were transported from Brown's Plating,

22

with EPA ID No. KYD024143711, to the LWD Incinerator Site in 1989; four shipments of manifested waste containing hazardous substances totaling 101,468 lbs. were transported from Brown's Plating, with EPA ID No. KYD024143711, to the LWD Incinerator Site in 1990; four shipments of manifested waste containing hazardous substances totaling 84,751 lbs. were transported from Brown's Plating, with EPA ID No. KYD024143711, to the LWD Incinerator Site in 1991; five shipments of manifested waste containing hazardous substances totaling 102,824 lbs. were transported from Brown's Plating, with EPA ID No. KYD024143711, to the LWD Incinerator Site in 1992; five shipments of manifested waste containing hazardous substances totaling 114,467 lbs. were transported from Brown's Plating, with EPA ID No. KYD024143711, to the LWD Incinerator Site in 1993; and four shipments of manifested waste containing hazardous substances totaling 91,962 lbs. were transported from Brown's Plating, with EPA ID No. KYD024143711, to the LWD Incinerator Site in 1994.

90.     The total weight attributable to Brown's Plating at the LWD Incinerator Site is 1,974,464 lbs.

91.     To date, Brown's Plating has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

92.     By letter dated October 19, 2012, the LWD PRP Group demanded that Viacom Inc. pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

93.     Defendant CBS Corporation ("CBS") has indicated to the LWD PRP Group that prior versions of the Complaint in this case improperly attributed the waste streams in paragraph no. 96 below to Viacom Inc. instead of CBS.

94.     CBS is the parent company and/or successor to CBS, Inc., Westinghouse Electric Co., Westinghouse W.F.S., Westinghouse Electric Corp., and/or Westinghouse Air Brake Co.

95.     EPA issued EPA ID No. CTP000017092 to CBS, Inc.; EPA ID Nos. IND006062582, PAD990754913, SCD003351814 and MOD079777157 to Westinghouse Electric Co.; EPA ID No. ILD060371408 to Westinghouse Electric Corp.; EPA ID No. MID083690537 to Westinghouse W.F.S.; and EPA ID No. PAD004341269 to Westinghouse Air Brake Co.

96.     According to Annual Reports for the LWD Incinerator Site, manifested waste containing hazardous substances totaling 85,673 lbs. was transported from Westinghouse Electric Co., with EPA ID No. MOD079777157, to the LWD Incinerator Site in 1982; manifested waste containing hazardous substances totaling 76,970 lbs. was transported from Westinghouse Electric Co., with EPA ID No. MOD079777157, to the LWD Incinerator Site in 1983; manifested waste containing hazardous substances totaling 33,738 lbs. was transported from Westinghouse Electric Co., with EPA ID No. MOD079777157, to the LWD Incinerator Site in 1984; two shipments of manifested waste containing hazardous substances totaling 6,581 lbs. were transported from Westinghouse Electric Co., with EPA ID No. IND006062582, to the LWD Incinerator Site in 1985; one shipment of manifested waste containing hazardous substances totaling 916 lbs. was transported from Westinghouse Electric Corp., with EPA ID No. ILD060371408, to the LWD Incinerator Site in 1985; two shipments of manifested waste containing hazardous substances totaling 833 lbs. were transported from Westinghouse Electric Co., with EPA ID No. MOD079777157, to the LWD Incinerator Site in 1985; five shipments of manifested waste containing hazardous substances totaling 14,619 lbs. were transported from Westinghouse Electric Co., with EPA ID No. IND006062582, to the LWD Incinerator Site in 1986; one shipment of manifested waste containing hazardous substances totaling 5,040 lbs. was transported from Westinghouse W.F.S., with EPA ID No. MID083690537, to the LWD Incinerator Site in 1986; three shipments of manifested waste containing hazardous substances

totaling 7,497 lbs. were transported from Westinghouse Electric Co., with EPA ID No. MOD079777157, to the LWD Incinerator Site in 1986; six shipments of manifested waste containing hazardous substances totaling 17,077 lbs. were transported from Westinghouse Electric Co., with EPA ID No. IND006062582, to the LWD Incinerator Site in 1987; one shipment of manifested waste containing hazardous substances totaling 1,833 lbs. was transported from Westinghouse W.F.S., with EPA ID No. MID083690537, to the LWD Incinerator Site in 1987; four shipments of manifested waste containing hazardous substances totaling 9,580 lbs. were transported from Westinghouse Electric Co., with EPA ID No. MOD079777157, to the LWD Incinerator Site in 1987; three shipments of manifested waste containing hazardous substances totaling 90,505 lbs. were transported from Westinghouse Electric Co., with EPA ID No. PAD990754913, to the LWD Incinerator Site in 1987; six shipments of manifested waste containing hazardous substances totaling 35,295 lbs. were transported from Westinghouse Electric Co., with EPA ID No. IND006062582, to the LWD Incinerator Site in 1988; two shipments of manifested waste containing hazardous substances totaling 5,415 lbs. were transported from Westinghouse Electric Co., with EPA ID No. MOD079777157, to the LWD Incinerator Site in 1988; seven shipments of manifested waste containing hazardous substances totaling 45,590 lbs. were transported from Westinghouse Electric Co., with EPA ID No. IND006062582, to the LWD Incinerator Site in 1989; one shipment of manifested waste containing hazardous substances totaling 458 lbs. was transported from Westinghouse W.F.S., with EPA ID No. MID083690537, to the LWD Incinerator Site in 1989; one shipment of manifested waste containing hazardous substances totaling 5,000 lbs. was transported from Westinghouse Air Brake Co., with EPA ID No. PAD004341269, to the LWD Incinerator Site in 1992; one shipment of manifested waste containing hazardous substances totaling 5,600 lbs. was transported from CBS, Inc., with EPA ID No. CTP000017092, to the

25

LWD Incinerator Site in 1994; and one shipment of manifested waste containing hazardous substances totaling 17,249 lbs. was transported from Westinghouse Electric Co., with EPA ID No. SCD003351814, to the LWD Incinerator Site in 1994.

97.     The total weight attributable to CBS at the LWD Incinerator Site is 460,469 lbs.

98.     To date, CBS has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

99.     By letter dated July 9, 2012, the LWD PRP Group demanded that Defendant CFPG Ltd. ("CFPG") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

100.    CFPG is the successor to Globe Valve Corp. ("Globe Valve").

101.    EPA issued EPA ID No. IND005081955 to Globe Valve.

102.    According to Annual Reports for the LWD Incinerator Site, two shipments of manifested waste containing hazardous substances totaling 6,414 lbs. were transported from Globe Valve, with EPA ID No. IND005081955, to the LWD Incinerator Site in 1987.

103.    The total weight attributable to CFPG at the LWD Incinerator Site is 6,414 lbs.

104.    To date, CFPG has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

105.    By letter dated July 9, 2012, the LWD PRP Group demanded that Defendant Carman Cleaners pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

106.    EPA issued EPA ID No. NYD980772479 to Carman Cleaners.

107.    According to Annual Reports for the LWD Incinerator Site, one shipment of manifested waste containing hazardous substances totaling 7,000 lbs. was transported from Carman Cleaners, with EPA ID No. NYD980772479, to the LWD Incinerator Site in 1997.

108.     The total weight attributable to Carman Cleaners at the LWD Incinerator Site is 7,000 lbs.

109.     To date, Carman Cleaners has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

110.     EPA issued EPA ID Nos. ILD000667212 and ILD065236226 to Defendant Central Illinois Public Service Co. ("C.I.P.S.").

111.     According to Annual Reports for the LWD Incinerator Site, manifested waste containing hazardous substances totaling 895,150 lbs. was transported from C.I.P.S., with EPA ID No. ILD000667212, to the LWD Incinerator Site in 1984; manifested waste containing hazardous substances totaling 433,160 lbs. was transported from C.I.P.S., with EPA ID No. ILD000667212, to the LWD Incinerator Site in 1985; and manifested waste containing hazardous substances totaling 104,966 lbs. was transported from C.I.P.S., with EPA ID No. ILD065236226, to the LWD Incinerator Site in 1985.

112.     The total weight attributable to C.I.P.S. at the LWD Incinerator Site is 1,433,276 lbs.

113.     To date, C.I.P.S. has settled with the LWD PRP Group for Ameren Services Co., with EPA ID No. MOG000001359, but has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site for the manifested waste containing hazardous substances attributable to EPA ID Nos. ILD000667212 or ILD065236226.

114.     By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant Champion Laboratories, Inc. ("Champion Labs") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

115.     EPA issued EPA ID Nos. ILD006147342 and ILD990785552 to Champion Labs.

27

116.    According to Annual Reports for the LWD Incinerator Site, two shipments of manifested waste containing hazardous substances totaling 19,700 lbs. were transported from Champion Labs, with EPA ID No. ILD990785552, to the LWD Incinerator Site in 1986; twenty-three shipments of manifested waste containing hazardous substances totaling 1,053,745 lbs. were transported from Champion Labs, with EPA ID No. ILD990785552, to the LWD Incinerator Site in 1987; eight shipments of manifested waste containing hazardous substances totaling 23,824 lbs. were transported from Champion Labs, with EPA ID No. ILD006147342, to the LWD Incinerator Site in 1988; thirty-eight shipments of manifested waste containing hazardous substances totaling 1,306,411 lbs. were transported from Champion Labs, with EPA ID No. ILD990785552, to the LWD Incinerator Site in 1988; five shipments of manifested waste containing hazardous substances totaling 28,405 lbs. were transported from Champion Labs, with EPA ID No. ILD006147342, to the LWD Incinerator Site in 1989; sixteen shipments of manifested waste containing hazardous substances totaling 490,570 lbs. were transported from Champion Labs, with EPA ID No. ILD990785552, to the LWD Incinerator Site in 1989; five shipments of manifested waste containing hazardous substances totaling 53,145 lbs. were transported from Champion Labs, with EPA ID No. ILD006147342, to the LWD Incinerator Site in 1990; and five shipments of manifested waste containing hazardous substances totaling 28,405 lbs. were transported from Champion Labs, with EPA ID No. ILD990785552, to the LWD Incinerator Site in 1990.

117.    The total weight attributable to Champion Labs at the LWD Incinerator Site is 3,004,205 lbs.

118.    To date, Champion Labs has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

119.    By letter dated July 23, 2012, the LWD PRP Group demanded that Defendant City of Cedar Rapids, Iowa ("Cedar Rapids") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

120.    Cedar Rapids is listed in the Annual Reports as Iowa: Cedar Rapids, City of, Hall Engineering Department ("CRI").

121.    EPA issued EPA ID No. IAD000677831 to CRI.

122.    According to Annual Reports for the LWD Incinerator Site, one shipment of manifested waste containing hazardous substances totaling 17,868 lbs. was transported from CRI, with EPA ID No. IAD000677831, to the LWD Incinerator Site in 1986.

123.    The total weight attributable to Cedar Rapids at the LWD Incinerator Site is 17,868 lbs.

124.    To date, Cedar Rapids has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

125.    By letter dated June 8, 2012, the LWD PRP Group demanded that Defendant Clondalkin Group Inc. ("Clondalkin") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

126.    Clondalkin is the parent company to Clondalkin Pharma & Healthcare (EVV), Inc., which is formerly known as Keller-Crescent Co., Inc. ("Keller").

127.    EPA issued EPA ID No. IND006370019 to Keller.

128.    According to Annual Reports for the LWD Incinerator Site, one shipment of manifested waste containing hazardous substances totaling 34,828 lbs. was transported from Keller, with EPA ID No. IND006370019, to the LWD Incinerator Site in 1995.

129.    The total weight attributable to Clondalkin at the LWD Incinerator Site is 34,828 lbs.

130.    To date, Clondalkin has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

131.    By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant Colonial Pipeline Co. ("Colonial Pipeline") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

132.    EPA issued EPA ID Nos. ALD083741249, NCD057038168, NCTMP0001833, NCTMP0001834, VAD000731125 and VAD000731133 to Colonial Pipeline; and EPA ID No. MDD010094621 to Colonial Pipeline Co.-Dorsey Junction ("Colonial-Dorsey").

133.    According to Annual Reports for the LWD Incinerator Site, one shipment of manifested waste containing hazardous substances totaling 41,650 lbs. was transported from Colonial Pipeline, with EPA ID No. ALD083741249, to the LWD Incinerator Site in 1990; two shipments of manifested waste containing hazardous substances totaling 69,472 lbs. were transported from Colonial-Dorsey, with EPA ID No. MDD010094621, to the LWD Incinerator Site in 1990; five shipments of manifested waste containing hazardous substances totaling 117,745 lbs. were transported from Colonial Pipeline, with EPA ID No. NCD057038168, to the LWD Incinerator Site in 1990; one shipment of manifested waste containing hazardous substances totaling 4,540 lbs. was transported from Colonial Pipeline, with EPA ID No. NCTMP0001833, to the LWD Incinerator Site in 1990; one shipment of manifested waste containing hazardous substances totaling 27,760 lbs. was transported from Colonial Pipeline, with EPA ID No. NCTMP0001834, to the LWD Incinerator Site in 1990; one shipment of manifested waste containing hazardous substances totaling 916 lbs. was transported from Colonial Pipeline, with EPA ID No. VAD000731125, to the LWD Incinerator Site in 1990; nine shipments of manifested waste containing hazardous substances totaling 242,628 lbs. were transported from Colonial Pipeline, with EPA ID No. VAD000731133, to the LWD Incinerator

Site in 1990; three shipments of manifested waste containing hazardous substances totaling 130,688 lbs. were transported from Colonial Pipeline, with EPA ID No. ALD083741249, to the LWD Incinerator Site in 1991; and one shipment of manifested waste containing hazardous substances totaling 9,182 lbs. was transported from Colonial Pipeline, with EPA ID No. ALD083741249, to the LWD Incinerator Site in 1992.

134.    The total weight attributable to Colonial Pipeline at the LWD Incinerator Site is 644,581 lbs.

135.    To date, Colonial Pipeline has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

136.    By letter dated July 23, 2012, the LWD PRP Group demanded that Defendant Columbia County, New York ("Columbia County") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

137.    EPA issued EPA ID No. NYP000955005 to New York: Columbia County DPW.

138.    According to Annual Reports for the LWD Incinerator Site, three shipments of manifested waste containing hazardous substances totaling 77,380 lbs. were transported from New York: Columbia County DPW, with EPA ID No. NYP000955005, to the LWD Incinerator Site in 2003.

139.    The total weight attributable to Columbia County at the LWD Incinerator Site is 77,380 lbs.

140.    To date, Columbia County has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

141.    By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant Cooper-Standard Automotive, Inc. ("Cooper-Standard") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

31

142.    Cooper-Standard is the successor to Standard Products Co.

143.    EPA issued EPA ID No. KYD006376347 to Standard Products Co.

144.    According to Annual Reports for the LWD Incinerator Site, manifested waste containing hazardous substances totaling 3,905 lbs. was transported from Standard Products Co., with EPA ID No. KYD006376347, to the LWD Incinerator Site in 1981; manifested waste containing hazardous substances totaling 3,207 lbs. was transported from Standard Products Co., with EPA ID No. KYD006376347, to the LWD Incinerator Site in 1982; manifested waste containing hazardous substances totaling 8,705 lbs. was transported from Standard Products Co., with EPA ID No. KYD006376347, to the LWD Incinerator Site in 1983; manifested waste containing hazardous substances totaling 39,401 lbs. was transported from Standard Products Co., with EPA ID No. KYD006376347, to the LWD Incinerator Site in 1984; five shipments of manifested waste containing hazardous substances totaling 23,032 lbs. were transported from Standard Products Co., with EPA ID No. KYD006376347, to the LWD Incinerator Site in 1985; seven shipments of manifested waste containing hazardous substances totaling 44,332 lbs. were transported from Standard Products Co., with EPA ID No. KYD006376347, to the LWD Incinerator Site in 1986; five shipments of manifested waste containing hazardous substances totaling 75,137 lbs. were transported from Standard Products Co., with EPA ID No. KYD006376347, to the LWD Incinerator Site in 1987; four shipments of manifested waste containing hazardous substances totaling 76,511 lbs. were transported from Standard Products Co., with EPA ID No. KYD006376347, to the LWD Incinerator Site in 1988; five shipments of manifested waste containing hazardous substances totaling 95,295 lbs. were transported from Standard Products Co., with EPA ID No. KYD006376347, to the LWD Incinerator Site in 1989; five shipments of manifested waste containing hazardous substances totaling 125,533 lbs. were transported from Standard Products Co., with EPA ID No. KYD006376347, to the LWD

Incinerator Site in 1990; four shipments of manifested waste containing hazardous substances totaling 36,821 lbs. were transported from Standard Products Co., with EPA ID No. KYD006376347, to the LWD Incinerator Site in 1991; two shipments of manifested waste containing hazardous substances totaling 18,500 lbs. were transported from Standard Products Co., with EPA ID No. KYD006376347, to the LWD Incinerator Site in 1992; two shipments of manifested waste containing hazardous substances totaling 4,137 lbs. were transported from Standard Products Co., with EPA ID No. KYD006376347, to the LWD Incinerator Site in 1993; two shipments of manifested waste containing hazardous substances totaling 7,930 lbs. were transported from Standard Products Co., with EPA ID No. KYD006376347, to the LWD Incinerator Site in 1994; two shipments of manifested waste containing hazardous substances totaling 2,765 lbs. were transported from Standard Products Co., with EPA ID No. KYD006376347, to the LWD Incinerator Site in 1995; two shipments of manifested waste containing hazardous substances totaling 2,210 lbs. were transported from Standard Products Co., with EPA ID No. KYD006376347, to the LWD Incinerator Site in 1996; and two shipments of manifested waste containing hazardous substances totaling 6,700 lbs. were transported from Standard Products Co., with EPA ID No. KYD006376347, to the LWD Incinerator Site in 1997.

145.    The total weight attributable to Cooper-Standard at the LWD Incinerator Site is 574,121 lbs.

146.    To date, Cooper-Standard has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

147.    By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant Cycle Chem, Inc. ("Cycle Chem") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

148.    EPA issued EPA ID No. NJD002200046 to Cycle Chem.

149.     According to Annual Reports for the LWD Incinerator Site, twenty-four shipments of manifested waste containing hazardous substances totaling 139,698 lbs. were transported from Cycle Chem, with EPA ID No. NJD002200046, to the LWD Incinerator Site in 1995; sixteen shipments of manifested waste containing hazardous substances totaling 167,374 lbs. were transported from Cycle Chem, with EPA ID No. NJD002200046, to the LWD Incinerator Site in 1996; thirty shipments of manifested waste containing hazardous substances totaling 245,369 lbs. were transported from Cycle Chem, with EPA ID No. NJD002200046, to the LWD Incinerator Site in 1997; eleven shipments of manifested waste containing hazardous substances totaling 63,343 lbs. were transported from Cycle Chem, with EPA ID No. NJD002200046, to the LWD Incinerator Site in 1998; eleven shipments of manifested waste containing hazardous substances totaling 93,701 lbs. were transported from Cycle Chem, with EPA ID No. NJD002200046, to the LWD Incinerator Site in 1999; manifested waste containing hazardous substances totaling 60,664 lbs. was transported from Cycle Chem, with EPA ID No. NJD002200046, to the LWD Incinerator Site in 2000; three shipments of manifested waste containing hazardous substances totaling 74,046 lbs. were transported from Cycle Chem, with EPA ID No. NJD002200046, to the LWD Incinerator Site in 2001; one shipment of manifested waste containing hazardous substances totaling 32,040 lbs. was transported from Cycle Chem, with EPA ID No. NJD002200046, to the LWD Incinerator Site in 2002; and five shipments of manifested waste containing hazardous substances totaling 118,361 lbs. were transported from Cycle Chem, with EPA ID No. NJD002200046, to the LWD Incinerator Site in 2003.

150.     The total weight attributable to Cycle Chem at the LWD Incinerator Site is 994,596 lbs.

151.     To date, Cycle Chem has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

152.     By letter dated June 8, 2012, the LWD PRP Group demanded that Defendant Dahlstrom Display, Inc. ("Dahlstrom") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

153.     Dahlstrom is the successor to Advertising Posters, Inc. ("Advertising Posters").

154.     EPA issued EPA ID No. ILD094294857 to Advertising Posters; and EPA ID Nos. CESQG, ILD094294857 and LQG to Dahlstrom.

155.     According to Annual Reports for the LWD Incinerator Site, one shipment of manifested waste containing hazardous substances totaling 16,493 lbs. was transported from Advertising Posters, with EPA ID No. WID066892498, to the LWD Incinerator Site in 1986; manifested waste containing hazardous substances totaling 2,291 lbs. was transported from Dahlstrom, to the LWD Incinerator Site in 1986; one shipment of manifested waste containing hazardous substances totaling 3,665 lbs. was transported from Dahlstrom, with EPA ID No. WID066892498, to the LWD Incinerator Site in 1987; and manifested waste containing hazardous substances totaling 4,582 lbs. was transported from Dahlstrom, to the LWD Incinerator Site in 1987.

156.     The total weight attributable to Dahlstrom at the LWD Incinerator Site is 27,030 lbs.

157.     To date, Dahlstrom has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

158.     By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant DENSO International America, Inc. ("DENSO International") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

159.    DENSO International is the parent company and/or successor to Denso Manufacturing USA, Inc. ("Denso Mfg.") and/or Nippondenso Manufacturing USA, Inc. ("Nippondenso").

160.    EPA issued EPA ID No. MID038624508 to Denso Mfg.; and EPA ID No. MID038624508 to Nippondenso.

161.    According to Annual Reports for the LWD Incinerator Site, twelve shipments of manifested waste containing hazardous substances totaling 413,918 lbs. were transported from Nippondenso, with EPA ID No. MID038624508, to the LWD Incinerator Site in 1992; nineteen shipments of manifested waste containing hazardous substances totaling 577,064 lbs. were transported from Nippondenso with EPA ID No. MID038624508, to the LWD Incinerator Site in 1993; fifteen shipments of manifested waste containing hazardous substances totaling 290,070 lbs. were transported from Nippondenso, with EPA ID No. MID038624508, to the LWD Incinerator Site in 1994; seventeen shipments of manifested waste containing hazardous substances totaling 192,829 lbs. were transported from Nippondenso, with EPA ID No. MID038624508, to the LWD Incinerator Site in 1995; eleven shipments of manifested waste containing hazardous substances totaling 79,166 lbs. were transported from Nippondenso, with EPA ID No. MID038624508, to the LWD Incinerator Site in 1996; six shipments of manifested waste containing hazardous substances totaling 10,586 lbs. were transported from Nippondenso, with EPA ID No. MID038624508, to the LWD Incinerator Site in 1997; one shipment of manifested waste containing hazardous substances totaling 683 lbs. was transported from Denso Mfg., with EPA ID No. MID038624508, to the LWD Incinerator Site in 1998; five shipments of manifested waste containing hazardous substances totaling 3,142 lbs. were transported from Nippondenso, with EPA ID No. MID038624508, to the LWD Incinerator Site in 1999; and

manifested waste containing hazardous substances totaling 853 lbs. was transported from Nippondenso, with EPA ID No. MID038624508, to the LWD Incinerator Site in 2000.

162.    The total weight attributable to DENSO International at the LWD Incinerator Site is 1,568,311 lbs.

163.    To date, DENSO International has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

164.    Alternatively, Defendant DENSO Manufacturing Michigan, Inc. ("DENSO Manufacturing") is the successor to DENSO Mfg. and/or Nippondenso, and is responsible for all or part of the 1,568,311 lbs. attributable to DENSO Mfg. and/or Nippondenso, as alleged in paragraph no. 161 above.

165.    To date, DENSO Manufacturing has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

166.    Defendant Dresser-Rand Co. ("Dresser-Rand") is the parent company and/or successor to Dresser Industries.

167.    EPA issued EPA ID Nos. KYD007369887 and MDD044147098 to Dresser Industries.

168.    According to Annual Reports for the LWD Incinerator Site, two shipments of manifested waste containing hazardous substances totaling 14,547 lbs. were transported from Dresser Industries, with EPA ID No. KYD007369887, to the LWD Incinerator Site in 1986; three shipments of manifested waste containing hazardous substances totaling 17,187 lbs. were transported from Dresser Industries, with EPA ID No. KYD007369887, to the LWD Incinerator Site in 1987; three shipments of manifested waste containing hazardous substances totaling 24,445 lbs. were transported from Dresser Industries, with EPA ID No. KYD007369887, to the LWD Incinerator Site in 1988; four shipments of manifested waste containing hazardous

37

substances totaling 32,412 lbs. were transported from Dresser Industries, with EPA ID No. KYD007369887, to the LWD Incinerator Site in 1989; and one shipment of manifested waste containing hazardous substances totaling 29,190 lbs. was transported from Dresser Industries, with EPA ID No. MDD044147098, to the LWD Incinerator Site in 1993.

169.    The total weight attributable to Dresser-Rand at the LWD Incinerator Site is 117,781 lbs.

170.    To date, Dresser-Rand has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

171.    By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant Drug & Laboratory Disposal, Inc. ("DLD") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

172.    EPA issued EPA ID No. MID092947928 to DLD.

173.    According to Annual Reports for the LWD Incinerator Site, one shipment of manifested waste containing hazardous substances totaling 39,984 lbs. was transported from DLD, with EPA ID No. MID092947928, to the LWD Incinerator Site in 1985; three shipments of manifested waste containing hazardous substances totaling 120,785 lbs. were transported from DLD, with EPA ID No. MID092947928, to the LWD Incinerator Site in 1986; three shipments of manifested waste containing hazardous substances totaling 109,956 lbs. were transported from DLD, with EPA ID No. MID092947928, to the LWD Incinerator Site in 1987; three shipments of manifested waste containing hazardous substances totaling 113,288 lbs. were transported from DLD, with EPA ID No. MID092947928, to the LWD Incinerator Site in 1988; six shipments of manifested waste containing hazardous substances totaling 237,405 lbs. were transported from DLD, with EPA ID No. MID092947928, to the LWD Incinerator Site in 1989; and four

shipments of manifested waste containing hazardous substances totaling 150,915 lbs. were transported from DLD, with EPA ID No. MID092947928, to the LWD Incinerator Site in 1990.

174.    The total weight attributable to DLD at the LWD Incinerator Site is 772,333 lbs.

175.    To date, DLD has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

176.    By letter dated October 19, 2012, the LWD PRP Group demanded that Duke Energy Corp. pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

177.    Defendant Duke Energy Ohio, Inc. ("Duke Energy Ohio") has indicated to the LWD PRP Group that prior versions of the Complaint in this case improperly attributed the waste streams in paragraph no. 180 below to Duke Energy Corp. instead of Duke Energy Ohio.

178.    Duke Energy Ohio is the successor to Cincinnati Gas & Electric Co. and Public Service Indiana/Cinergy.

179.    EPA issued EPA ID Nos. KYD000770230, KYD981030521, KYD985066133, KYD985114743, KYLQG, LQG, OHD000724237, OHD000724245, OHD000816595, OHD006999189, OHD008816595, OHD095202651, OHD095208633, OHD980791768, OHD981092356, OHD981142057, OHD981189582, OHD981189590, OHD981192057, OHD981194509, OHD981533011, OHD981536261, OHD981776974, OHD981776982, OHD981777006, OHD981777139, OHD981785181, OHD981952005, OHD981952013, OHD982420085 and OHD987024262 to Cincinnati Gas & Electric; EPA ID No. OHD095208633 to Cincinnati Gas & Electric - 2010 Dana; EPA ID No. LQG to Cincinnati Gas & Electric – Dana Gas; EPA ID No. OHD981777006 to Cincinnati Gas & Electric - Dana TSC; EPA ID No. OHD981776990 to Cincinnati Gas & Electric - Hamlet TSC; EPA ID Nos. LQG, OHD981777147 and OHLQG to Cincinnati Gas & Electric – Hartwell Transportation S.C.; EPA

ID No. OHD095208633 to Cincinnati Gas & Electric - M & R; EPA ID No. OHD981952013 to Cincinnati Gas & Electric - Monfort; EPA ID No. OHD981189582 and EPA ID No. OHD981785181 to Cincinnati Gas & Electric - Queensgate; EPA ID No. OHLQG to Cincinnati Gas & Electric - Substation; EPA ID No. OHD000816595 to Cincinnati Gas & Electric - Zimmer Station; and EPA ID No. IND000816009 to Public Service Indiana/Cinergy.

180.    According to Annual Reports for the LWD Incinerator Site, one shipment of manifested waste containing hazardous substances totaling 458 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. KYD981030521, to the LWD Incinerator Site in 1986; one shipment of manifested waste containing hazardous substances totaling 458 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. OHD000724237, to the LWD Incinerator Site in 1986; one shipment of manifested waste containing hazardous substances totaling 458 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. OHD000724245, to the LWD Incinerator Site in 1986; three shipments of manifested waste containing hazardous substances totaling 17,801 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD000816595, to the LWD Incinerator Site in 1986; one shipment of manifested waste containing hazardous substances totaling 5,956 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. OHD006999189, to the LWD Incinerator Site in 1986; three shipments of manifested waste containing hazardous substances totaling 7,330 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD095208633, to the LWD Incinerator Site in 1986; one shipment of manifested waste containing hazardous substances totaling 916 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. OHD981142057, to the LWD Incinerator Site in 1986; one shipment of manifested waste containing hazardous substances totaling 1,374 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. OHD981189582, to the LWD Incinerator Site in 1986; one shipment

of manifested waste containing hazardous substances totaling 458 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. OHD981194509, to the LWD Incinerator Site in 1986; one shipment of manifested waste containing hazardous substances totaling 333 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. KYD000770230, to the LWD Incinerator Site in 1987; five shipments of manifested waste containing hazardous substances totaling 24,798 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD000724245, to the LWD Incinerator Site in 1987; one shipment of manifested waste containing hazardous substances totaling 5,415 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. OHD000816595, to the LWD Incinerator Site in 1987; one shipment of manifested waste containing hazardous substances totaling 1,250 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. OHD981092356, to the LWD Incinerator Site in 1987; one shipment of manifested waste containing hazardous substances totaling 2,916 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. OHD981189590, to the LWD Incinerator Site in 1987; four shipments of manifested waste containing hazardous substances totaling 3,040 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. KYD000770230, to the LWD Incinerator Site in 1988; one shipment of manifested waste containing hazardous substances totaling 833 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. KYD981030521, to the LWD Incinerator Site in 1988; four shipments of manifested waste containing hazardous substances totaling 10,063 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD000724237, to the LWD Incinerator Site in 1988; three shipments of manifested waste containing hazardous substances totaling 23,741 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD000724245, to the LWD Incinerator Site in 1988; four shipments of manifested waste containing hazardous substances totaling 3,207 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No.

41

OHD006999189, to the LWD Incinerator Site in 1988; one shipment of manifested waste containing hazardous substances totaling 417 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. OHD095208633, to the LWD Incinerator Site in 1988; six shipments of manifested waste containing hazardous substances totaling 5,415 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD981092356, to the LWD Incinerator Site in 1988; five shipments of manifested waste containing hazardous substances totaling 3,374 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD981189582, to the LWD Incinerator Site in 1988; one shipment of manifested waste containing hazardous substances totaling 458 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. OHD981192057, to the LWD Incinerator Site in 1988; three shipments of manifested waste containing hazardous substances totaling 1,666 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD981194509, to the LWD Incinerator Site in 1988; six shipments of manifested waste containing hazardous substances totaling 5,873 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD981536261, to the LWD Incinerator Site in 1988; two shipments of manifested waste containing hazardous substances totaling 1,333 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD981776982, to the LWD Incinerator Site in 1988; one shipment of manifested waste containing hazardous substances totaling 1,833 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. OHD981777006, to the LWD Incinerator Site in 1988; one shipment of manifested waste containing hazardous substances totaling 417 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. OHD981785181, to the LWD Incinerator Site in 1988; three shipments of manifested waste containing hazardous substances totaling 2,799 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD981952005, to the LWD Incinerator Site in 1988; one shipment of manifested waste containing hazardous substances

42

totaling 1,374 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. OHD982420085, to the LWD Incinerator Site in 1988; six shipments of manifested waste containing hazardous substances totaling 2,502 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. LQG, to the LWD Incinerator Site in 1988; two shipments of manifested waste containing hazardous substances totaling 1,291 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. KYD000770230, to the LWD Incinerator Site in 1989; one shipment of manifested waste containing hazardous substances totaling 458 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. KYD981030521, to the LWD Incinerator Site in 1989; one shipment of manifested waste containing hazardous substances totaling 2,083 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. KYD985066133, to the LWD Incinerator Site in 1989; five shipments of manifested waste containing hazardous substances totaling 17,118 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD000724237, to the LWD Incinerator Site in 1989; three shipments of manifested waste containing hazardous substances totaling 10,038 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD000724245, to the LWD Incinerator Site in 1989; one shipment of manifested waste containing hazardous substances totaling 333 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. OHD000816595, to the LWD Incinerator Site in 1989; three shipments of manifested waste containing hazardous substances totaling 1,374 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD006999189, to the LWD Incinerator Site in 1989; four shipments of manifested waste containing hazardous substances totaling 16,368 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD095208633, to the LWD Incinerator Site in 1989; three shipments of manifested waste containing hazardous substances totaling 8,247 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD980791768, to the

43

LWD Incinerator Site in 1989; six shipments of manifested waste containing hazardous substances totaling 6,789 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD981092356, to the LWD Incinerator Site in 1989; one shipment of manifested waste containing hazardous substances totaling 833 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. OHD981194509, to the LWD Incinerator Site in 1989; two shipments of manifested waste containing hazardous substances totaling 1,708 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD981533011, to the LWD Incinerator Site in 1989; five shipments of manifested waste containing hazardous substances totaling 14,286 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD981536261, to the LWD Incinerator Site in 1989; two shipments of manifested waste containing hazardous substances totaling 833 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD981777006, to the LWD Incinerator Site in 1989; one shipment of manifested waste containing hazardous substances totaling 458 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. OHD981777139, to the LWD Incinerator Site in 1989; two shipments of manifested waste containing hazardous substances totaling 1,708 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD981785181, to the LWD Incinerator Site in 1989; one shipment of manifested waste containing hazardous substances totaling 458 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. OHD981952013, to the LWD Incinerator Site in 1989; one shipment of manifested waste containing hazardous substances totaling 167 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. KYD000770230, to the LWD Incinerator Site in 1990; one shipment of manifested waste containing hazardous substances totaling 417 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. KYD981030521, to the LWD Incinerator Site in 1990; two shipments of manifested waste containing hazardous substances totaling 875 lbs. were transported from

Cincinnati Gas & Electric, with EPA ID No. KYD985066133, to the LWD Incinerator Site in 1990; one shipment of manifested waste containing hazardous substances totaling 458 lbs. was transported from Cincinnati Gas & Electric - Hartwell Transportation S.C., with EPA ID No. LQG, to the LWD Incinerator Site in 1990; three shipments of manifested waste containing hazardous substances totaling 6,706 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD000724237, to the LWD Incinerator Site in 1990; two shipments of manifested waste containing hazardous substances totaling 3,457 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD000724245, to the LWD Incinerator Site in 1990; four shipments of manifested waste containing hazardous substances totaling 1,924 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD006999189, to the LWD Incinerator Site in 1990; three shipments of manifested waste containing hazardous substances totaling 1,333 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD095208633, to the LWD Incinerator Site in 1990; one shipment of manifested waste containing hazardous substances totaling 833 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. OHD980791768, to the LWD Incinerator Site in 1990; four shipments of manifested waste containing hazardous substances totaling 5,373 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD981092356, to the LWD Incinerator Site in 1990; three shipments of manifested waste containing hazardous substances totaling 2,916 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD981189582, to the LWD Incinerator Site in 1990; two shipments of manifested waste containing hazardous substances totaling 916 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD981194509, to the LWD Incinerator Site in 1990; four shipments of manifested waste containing hazardous substances totaling 7,289 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD981536261, to the LWD Incinerator Site in 1990; five shipments

of manifested waste containing hazardous substances totaling 11,037 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD981777006, to the LWD Incinerator Site in 1990; two shipments of manifested waste containing hazardous substances totaling 708 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD981777139, to the LWD Incinerator Site in 1990; one shipment of manifested waste containing hazardous substances totaling 417 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. OHD981785181, to the LWD Incinerator Site in 1990; one shipment of manifested waste containing hazardous substances totaling 417 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. OHD981952005, to the LWD Incinerator Site in 1990; one shipment of manifested waste containing hazardous substances totaling 916 lbs. was transported from Cincinnati Gas & Electric – Dana Gas, with EPA ID No. LQG, to the LWD Incinerator Site in 1990; one shipment of manifested waste containing hazardous substances totaling 1,751 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. KYD000770230, to the LWD Incinerator Site in 1991; two shipments of manifested waste containing hazardous substances totaling 917 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. KYD985066133, to the LWD Incinerator Site in 1991; two shipments of manifested waste containing hazardous substances totaling 1,418 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. LQG, to the LWD Incinerator Site in 1991; three shipments of manifested waste containing hazardous substances totaling 10,550 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD000724237, to the LWD Incinerator Site in 1991; two shipments of manifested waste containing hazardous substances totaling 2,487 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD000724245, to the LWD Incinerator Site in 1991; two shipments of manifested waste containing hazardous substances totaling 1,376 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No.

46

OHD006999189, to the LWD Incinerator Site in 1991; two shipments of manifested waste containing hazardous substances totaling 2,539 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD095208633, to the LWD Incinerator Site in 1991; five shipments of manifested waste containing hazardous substances totaling 7,209 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD981092356, to the LWD Incinerator Site in 1991; five shipments of manifested waste containing hazardous substances totaling 6,936 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD981189582, to the LWD Incinerator Site in 1991; one shipment of manifested waste containing hazardous substances totaling 709 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. OHD981189590, to the LWD Incinerator Site in 1991; five shipments of manifested waste containing hazardous substances totaling 7,923 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD981536261, to the LWD Incinerator Site in 1991; two shipments of manifested waste containing hazardous substances totaling 917 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD981777139, to the LWD Incinerator Site in 1991; one shipment of manifested waste containing hazardous substances totaling 1,069 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. OHD981785181, to the LWD Incinerator Site in 1991; two shipments of manifested waste containing hazardous substances totaling 125 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. KYD000770230, to the LWD Incinerator Site in 1992; one shipment of manifested waste containing hazardous substances totaling 459 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. KYD981030521, to the LWD Incinerator Site in 1992; three shipments of manifested waste containing hazardous substances totaling 8,715 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD000724237, to the LWD Incinerator Site in 1992; one shipment of manifested waste containing hazardous substances

totaling 917 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. OHD000724245, to the LWD Incinerator Site in 1992; one shipment of manifested waste containing hazardous substances totaling 1,013 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. OHD000816595, to the LWD Incinerator Site in 1992; three shipments of manifested waste containing hazardous substances totaling 16,305 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD006999189, to the LWD Incinerator Site in 1992; two shipments of manifested waste containing hazardous substances totaling 2,293 lbs. were transported from Cincinnati Gas & Electric – 2010 Dana, with EPA ID No. OHD095208633, to the LWD Incinerator Site in 1992; three shipments of manifested waste containing hazardous substances totaling 4,738 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD981092356, to the LWD Incinerator Site in 1992; two shipments of manifested waste containing hazardous substances totaling 1,432 lbs. were transported from Cincinnati Gas & Electric - Queensgate, with EPA ID No. OHD981189582, to the LWD Incinerator Site in 1992; three shipments of manifested waste containing hazardous substances totaling 3,795 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD981536261, to the LWD Incinerator Site in 1992; one shipment of manifested waste containing hazardous substances totaling 459 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. OHD981776982, to the LWD Incinerator Site in 1992; one shipment of manifested waste containing hazardous substances totaling 459 lbs. was transported from Cincinnati Gas & Electric – Dana TSC, with EPA ID No. OHD981777006, to the LWD Incinerator Site in 1992; one shipment of manifested waste containing hazardous substances totaling 459 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. OHD981777139, to the LWD Incinerator Site in 1992; one shipment of manifested waste containing hazardous substances totaling 459 lbs. was transported from Cincinnati Gas &

48

Electric - Queensgate, with EPA ID No. OHD981785181, to the LWD Incinerator Site in 1992;

one shipment of manifested waste containing hazardous substances totaling 459 lbs. was

transported from Cincinnati Gas & Electric, with EPA ID No. OHD981952005, to the LWD

Incinerator Site in 1992; one shipment of manifested waste containing hazardous substances

totaling 459 lbs. was transported from Cincinnati Gas & Electric - Monfort, with EPA ID No.

OHD981952013, to the LWD Incinerator Site in 1992; one shipment of manifested waste

containing hazardous substances totaling 1,668 lbs. was transported from Cincinnati Gas &

Electric, with EPA ID No. OHD987024262, to the LWD Incinerator Site in 1992; three

shipments of manifested waste containing hazardous substances totaling 1,554 lbs. were

transported from Cincinnati Gas & Electric, with EPA ID No. KYD000770230, to the LWD

Incinerator Site in 1993; two shipments of manifested waste containing hazardous substances

totaling 1,001 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No.

KYD985066133, to the LWD Incinerator Site in 1993; one shipment of manifested waste

containing hazardous substances totaling 459 lbs. was transported from Cincinnati Gas &

Electric, with EPA ID No. KYD985114743, to the LWD Incinerator Site in 1993; two shipments

of manifested waste containing hazardous substances totaling 2,167 lbs. were transported from

Cincinnati Gas & Electric, with EPA ID No. KYLQG, to the LWD Incinerator Site in 1993;

three shipments of manifested waste containing hazardous substances totaling 2,961 lbs. were

transported from Cincinnati Gas & Electric, with EPA ID No. OHD000724237, to the LWD

Incinerator Site in 1993; one shipment of manifested waste containing hazardous substances

totaling 1,668 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No.

OHD000724245, to the LWD Incinerator Site in 1993; one shipment of manifested waste

containing hazardous substances totaling 459 lbs. was transported from Cincinnati Gas &

Electric, with EPA ID No. OHD000816595, to the LWD Incinerator Site in 1993; two shipments

of manifested waste containing hazardous substances totaling 3,169 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD006999189, to the LWD Incinerator Site in 1993; one shipment of manifested waste containing hazardous substances totaling 459 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. OHD095208633, to the LWD Incinerator Site in 1993; three shipments of manifested waste containing hazardous substances totaling 4,572 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD981092356, to the LWD Incinerator Site in 1993; four shipments of manifested waste containing hazardous substances totaling 2,474 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD981189582, to the LWD Incinerator Site in 1993; one shipment of manifested waste containing hazardous substances totaling 459 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. OHD981189590, to the LWD Incinerator Site in 1993; one shipment of manifested waste containing hazardous substances totaling 459 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. OHD981194509, to the LWD Incinerator Site in 1993; three shipments of manifested waste containing hazardous substances totaling 2,294 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD981536261, to the LWD Incinerator Site in 1993; one shipment of manifested waste containing hazardous substances totaling 459 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. OHD981776974, to the LWD Incinerator Site in 1993; one shipment of manifested waste containing hazardous substances totaling 459 lbs. was transported from Cincinnati Gas & Electric – Hamlet TSC, with EPA ID No. OHD981776990, to the LWD Incinerator Site in 1993; two shipments of manifested waste containing hazardous substances totaling 1,527 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD981777006, to the LWD Incinerator Site in 1993; one shipment of manifested waste containing hazardous substances totaling 459 lbs. was transported from Cincinnati Gas &

Electric, with EPA ID No. OHD981777139, to the LWD Incinerator Site in 1993; one shipment of manifested waste containing hazardous substances totaling 917 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. OHD981785181, to the LWD Incinerator Site in 1993; one shipment of manifested waste containing hazardous substances totaling 459 lbs. was transported from Cincinnati Gas & Electric - Hartwell Transportation S.C., with EPA ID No. OHLQG, to the LWD Incinerator Site in 1993; one shipment of manifested waste containing hazardous substances totaling 17 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. KYD000770230, to the LWD Incinerator Site in 1994; one shipment of manifested waste containing hazardous substances totaling 375 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. KYD981030521, to the LWD Incinerator Site in 1994; one shipment of manifested waste containing hazardous substances totaling 292 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. KYD985114743, to the LWD Incinerator Site in 1994; one shipment of manifested waste containing hazardous substances totaling 417 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. OHD000724237, to the LWD Incinerator Site in 1994; two shipments of manifested waste containing hazardous substances totaling 584 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD000724245, to the LWD Incinerator Site in 1994; two shipments of manifested waste containing hazardous substances totaling 1,069 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD000816595, to the LWD Incinerator Site in 1994; one shipment of manifested waste containing hazardous substances totaling 1,835 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. OHD006999189, to the LWD Incinerator Site in 1994; two shipments of manifested waste containing hazardous substances totaling 9,538 lbs. were transported from Cincinnati Gas & Electric – 2010 Dana, with EPA ID No. OHD095208633, to the LWD Incinerator Site in 1994; two shipments of manifested waste

containing hazardous substances totaling 5,499 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD981092356, to the LWD Incinerator Site in 1994; four shipments of manifested waste containing hazardous substances totaling 3,932 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD981189582, to the LWD Incinerator Site in 1994; two shipments of manifested waste containing hazardous substances totaling 2,319 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD981536261, to the LWD Incinerator Site in 1994; one shipment of manifested waste containing hazardous substances totaling 459 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. OHD981776974, to the LWD Incinerator Site in 1994; one shipment of manifested waste containing hazardous substances totaling 459 lbs. was transported from Cincinnati Gas & Electric – Hamlet TSC, with EPA ID No. OHD981776990, to the LWD Incinerator Site in 1994; one shipment of manifested waste containing hazardous substances totaling 375 lbs. was transported from Cincinnati Gas & Electric – Dana TSC, with EPA ID No. OHD981777006, to the LWD Incinerator Site in 1994; one shipment of manifested waste containing hazardous substances totaling 333 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. OHD981777139, to the LWD Incinerator Site in 1994; one shipment of manifested waste containing hazardous substances totaling 1,043 lbs. was transported from Cincinnati Gas & Electric - Hartwell Transportation S.C., with EPA ID No. OHD981777147, to the LWD Incinerator Site in 1994; one shipment of manifested waste containing hazardous substances totaling 417 lbs. was transported from Cincinnati Gas & Electric - Substation, with EPA ID No. OHLQG, to the LWD Incinerator Site in 1994; one shipment of manifested waste containing hazardous substances totaling 75 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. KYD000770230, to the LWD Incinerator Site in 1995; two shipments of manifested waste containing hazardous substances totaling 1,293 lbs. were transported from Cincinnati Gas

& Electric, with EPA ID No. OHD000724237, to the LWD Incinerator Site in 1995; one shipment of manifested waste containing hazardous substances totaling 667 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. OHD000724245, to the LWD Incinerator Site in 1995; one shipment of manifested waste containing hazardous substances totaling 12 lbs. was transported from Cincinnati Gas & Electric - Zimmer Station, with EPA ID No. OHD000816595, to the LWD Incinerator Site in 1995; two shipments of manifested waste containing hazardous substances totaling 1,585 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD006999189, to the LWD Incinerator Site in 1995; one shipment of manifested waste containing hazardous substances totaling 459 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. OHD008816595, to the LWD Incinerator Site in 1995; two shipments of manifested waste containing hazardous substances totaling 876 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD095202651, to the LWD Incinerator Site in 1995; one shipment of manifested waste containing hazardous substances totaling 610 lbs. was transported from Cincinnati Gas & Electric - M & R, with EPA ID No. OHD095208633, to the LWD Incinerator Site in 1995; two shipments of manifested waste containing hazardous substances totaling 4,939 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD980791768, to the LWD Incinerator Site in 1995; one shipment of manifested waste containing hazardous substances totaling 2,294 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. OHD981092356, to the LWD Incinerator Site in 1995; one shipment of manifested waste containing hazardous substances totaling 1,376 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. OHD981189582, to the LWD Incinerator Site in 1995; three shipments of manifested waste containing hazardous substances totaling 2,294 lbs. were transported from Cincinnati Gas & Electric, with EPA ID No. OHD981536261, to the LWD Incinerator Site in 1995; one shipment of manifested waste

containing hazardous substances totaling 334 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. OHD981776982, to the LWD Incinerator Site in 1995; two shipments of manifested waste containing hazardous substances totaling 459 lbs. were transported from Cincinnati Gas & Electric – Dana TSC, with EPA ID No. OHD981777006, to the LWD Incinerator Site in 1995; one shipment of manifested waste containing hazardous substances totaling 667 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. OHD981777139, to the LWD Incinerator Site in 1995; one shipment of manifested waste containing hazardous substances totaling 83 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. OHD987024262, to the LWD Incinerator Site in 1995; one shipment of manifested waste containing hazardous substances totaling 459 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. KYD985114743, to the LWD Incinerator Site in 1996; one shipment of manifested waste containing hazardous substances totaling 459 lbs. was transported from Cincinnati Gas & Electric – 2010 Dana, with EPA ID No. OHD095208633, to the LWD Incinerator Site in 1996; one shipment of manifested waste containing hazardous substances totaling 1,835 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. OHD981092356, to the LWD Incinerator Site in 1996; one shipment of manifested waste containing hazardous substances totaling 459 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. OHD981536261, to the LWD Incinerator Site in 1996; one shipment of manifested waste containing hazardous substances totaling 459 lbs. was transported from Cincinnati Gas & Electric, with EPA ID No. OHD981776974, to the LWD Incinerator Site in 1996; one shipment of manifested waste containing hazardous substances totaling 459 lbs. was transported from Cincinnati Gas & Electric – Hamlet TSC, with EPA ID No. OHD981776990, to the LWD Incinerator Site in 1996; one shipment of manifested waste containing hazardous substances totaling 1,900 lbs. was transported from Public Service Indiana/Cinergy, with EPA

ID No. IND000816009, to the LWD Incinerator Site in 1998; and one shipment of manifested waste containing hazardous substances totaling 322 lbs. was transported from Public Service Indiana/Cinergy, with EPA ID No. IND000816009, to the LWD Incinerator Site in 2001.

181.    The total weight attributable to Duke Energy Ohio at the LWD Incinerator Site is 440,596 lbs.

182.    To date, Duke Energy Ohio has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

183.    By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant Duncan Aviation, Inc. ("Duncan Aviation") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

184.    EPA issued EPA ID No. NED980971733 to Duncan Aviation.

185.    According to Annual Reports for the LWD Incinerator Site, two shipments of manifested waste containing hazardous substances totaling 17,410 lbs. were transported from Duncan Aviation, with EPA ID No. NED980971733, to the LWD Incinerator Site in 1986; five shipments of manifested waste containing hazardous substances totaling 23,907 lbs. were transported from Duncan Aviation, with EPA ID No. NED980971733, to the LWD Incinerator Site in 1987; six shipments of manifested waste containing hazardous substances totaling 60,018 lbs. were transported from Duncan Aviation, with EPA ID No. NED980971733, to the LWD Incinerator Site in 1988; seven shipments of manifested waste containing hazardous substances totaling 115,995 lbs. were transported from Duncan Aviation, with EPA ID No. NED980971733, to the LWD Incinerator Site in 1989; eight shipments of manifested waste containing hazardous substances totaling 195,638 lbs. were transported from Duncan Aviation, with EPA ID No. NED980971733, to the LWD Incinerator Site in 1990; seven shipments of manifested waste containing hazardous substances totaling 266,515 lbs. were transported from Duncan Aviation,

with EPA ID No. NED980971733, to the LWD Incinerator Site in 1991; four shipments of manifested waste containing hazardous substances totaling 65,113 lbs. were transported from Duncan Aviation, with EPA ID No. NED980971733, to the LWD Incinerator Site in 1992; five shipments of manifested waste containing hazardous substances totaling 84,173 lbs. were transported from Duncan Aviation, with EPA ID No. NED980971733, to the LWD Incinerator Site in 1993; four shipments of manifested waste containing hazardous substances totaling 57,945 lbs. were transported from Duncan Aviation, with EPA ID No. NED980971733, to the LWD Incinerator Site in 1994; four shipments of manifested waste containing hazardous substances totaling 64,045 lbs. were transported from Duncan Aviation, with EPA ID No. NED980971733, to the LWD Incinerator Site in 1995; four shipments of manifested waste containing hazardous substances totaling 66,096 lbs. were transported from Duncan Aviation, with EPA ID No. NED980971733, to the LWD Incinerator Site in 1996; and one shipment of manifested waste containing hazardous substances totaling 10,200 lbs. was transported from Duncan Aviation, with EPA ID No. NED980971733, to the LWD Incinerator Site in 1997.

186.    The total weight attributable to Duncan Aviation at the LWD Incinerator Site is 1,027,055 lbs.

187.    To date, Duncan Aviation has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

188.    By letter dated October 19, 2012, the LWD PRP Group demanded that Eagle Industries, Inc. pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

189.    Defendant Eagle Industries, LLC ("Eagle Industries, LLC") has indicated to he LWD PRP Group that prior versions of the Complaint in this case improperly attributed the

56

waste streams in paragraph no. 191 below to Eagle Industries, Inc. instead of Eagle Industries, LLC.

190.    EPA issued EPA ID Nos. KYR000013342 and KYD985116755 to Eagle Industries.

191.    According to Annual Reports for the LWD Incinerator Site, two shipments of manifested waste containing hazardous substances totaling 17,650 lbs. were transported from Eagle Industries, with EPA ID No. KYD985116755, to the LWD Incinerator Site in 1994; four shipments of manifested waste containing hazardous substances totaling 13,143 lbs. were transported from Eagle Industries, with EPA ID No. KYD985116755, to the LWD Incinerator Site in 1995; four shipments of manifested waste containing hazardous substances totaling 15,720 lbs. were transported from Eagle Industries, with EPA ID No. KYD985116755, to the LWD Incinerator Site in 1996; three shipments of manifested waste containing hazardous substances totaling 23,255 lbs. were transported from Eagle Industries, with EPA ID No. KYD985116755, to the LWD Incinerator Site in 1997; three shipments of manifested waste containing hazardous substances totaling 33,974 lbs. were transported from Eagle Industries, with EPA ID No. KYD985116755, to the LWD Incinerator Site in 1998; three shipments of manifested waste containing hazardous substances totaling 16,034 lbs. were transported from Eagle Industries, with EPA ID No. KYR000013342, to the LWD Incinerator Site in 1998; six shipments of manifested waste containing hazardous substances totaling 92,064 lbs. were transported from Eagle Industries, with EPA ID No. KYD985116755, to the LWD Incinerator Site in 1999; four shipments of manifested waste containing hazardous substances totaling 34,535 lbs. were transported from Eagle Industries, with EPA ID No. KYR000013342, to the LWD Incinerator Site in 1999; manifested waste containing hazardous substances totaling 124,761 lbs. was transported from Eagle Industries, with EPA ID No. KYD985116755, to the

LWD Incinerator Site in 2000; manifested waste containing hazardous substances totaling 17,512 lbs. was transported from Eagle Industries, with EPA ID No. KYR000013342, to the LWD Incinerator Site in 2000; three shipments of manifested waste containing hazardous substances totaling 57,641 lbs. were transported from Eagle Industries, with EPA ID No. KYD985116755, to the LWD Incinerator Site in 2001; three shipments of manifested waste containing hazardous substances totaling 8,526 lbs. were transported from Eagle Industries, with EPA ID No. KYR000013342, to the LWD Incinerator Site in 2001; five shipments of manifested waste containing hazardous substances totaling 46,493 lbs. were transported from Eagle Industries, with EPA ID No. KYD985116755, to the LWD Incinerator Site in 2002; three shipments of manifested waste containing hazardous substances totaling 4,528 lbs. were transported from Eagle Industries, with EPA ID No. KYR000013342, to the LWD Incinerator Site in 2002; and six shipments of manifested waste containing hazardous substances totaling 79,709 lbs. were transported from Eagle Industries, with EPA ID No. KYD985116755, to the LWD Incinerator Site in 2003.

192.    The total weight attributable to Eagle Industries, LLC at the LWD Incinerator Site is 585,545 lbs.

193.    To date, Eagle Industries, LLC has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

194.    By letter dated October 19, 2012, the LWD PRP Group demanded that The Environmental Quality Co. pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

195.    Defendant EQ Resource Recovery, Inc. ("EQ Resource Recovery") has indicated to the LWD PRP Group that prior versions of the Complaint in this case improperly attributed

the waste streams in paragraph no. 199 below to The Environmental Quality Co. instead of EQ Resource Recovery.

196.     EQ Resource Recovery is the successor to Michigan Recovery Systems, Inc. and/or Envirite.

197.     Alternatively, Defendant EQ Illinois ("EQ Illinois") is the successor to Envirite.

198.      EPA issued EPA ID No. MID060975844 to Michigan Recovery Systems, Inc.; and EPA ID No. ILD000666206 to Envirite.

199.     According to Annual Reports for the LWD Incinerator Site, one shipment of manifested waste containing hazardous substances totaling 8,466 lbs. was transported from Envirite, with EPA ID No. ILD000666206, to the LWD Incinerator Site in 2001; two shipments of manifested waste containing hazardous substances totaling 9,018 lbs. were transported from Envirite, with EPA ID No. ILD000666206, to the LWD Incinerator Site in 2002; twenty-nine shipments of manifested waste containing hazardous substances totaling 744,320 lbs. were transported from Michigan Recovery Systems, Inc., with EPA ID No. MID060975844, to the LWD Incinerator Site in 2002; and fifteen shipments of manifested waste containing hazardous substances totaling 386,860 lbs. were transported from Michigan Recovery Systems, Inc., with EPA ID No. MID060975844, to the LWD Incinerator Site in 2003.

200.     The total weight attributable to EQ Resource Recovery at the LWD Incinerator Site is 1,148,664 lbs.

201.     To date, EQ Resource Recovery has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

202.     Alternatively, EQ Illinois is responsible for the 17,484 lbs. attributable to Envirite, as alleged in paragraph no. 199 above.

203.   To date, EQ Illinois has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

204.   By letter dated June 8, 2012, the LWD PRP Group demanded that Defendant Environmental Services of North America, Inc. ("Environmental Services") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

205.   Environmental Services is the successor and/or parent company to Environmental Services of America – MO ("ESA-MO"); and parent company and/or successor to Environmental Services of America – IN, Inc., which is listed in the Annual Reports as Environmental Services of America – IN ("ESA-IN").

206.   EPA issued EPA ID Nos. MOD980632954 to ("ESA-MO"); and IND980590947 to ("ESA-IN").

207.   According to Annual Reports for the LWD Incinerator Site, three shipments of manifested waste containing hazardous substances totaling 52,976 lbs. were transported from ESA-IN, with EPA ID No. IND980590947, to the LWD Incinerator Site in 1995; two shipments of manifested waste containing hazardous substances totaling 69,123 lbs. were transported from ESA-IN, with EPA ID No. IND980590947, to the LWD Incinerator Site in 1996; three shipments of manifested waste containing hazardous substances totaling 24,779 lbs. were transported from ESA-MO, with EPA ID No. MOD980632954, to the LWD Incinerator Site in 1996; one shipment of manifested waste containing hazardous substances totaling 45,933 lbs. was transported from ESA-MO, with EPA ID No. MOD980632954, to the LWD Incinerator Site in 1997; and one shipment of manifested waste containing hazardous substances totaling 5,129 lbs. was transported from ESA-MO, with EPA ID No. MOD980632954, to the LWD Incinerator Site in 1999.

208.    The total weight attributable to Environmental Services at the LWD Incinerator Site is 197,940 lbs.

209.    To date, Environmental Services has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

210.    By letter dated June 8, 2012, the LWD PRP Group demanded that Defendant Excel TSD, Inc. ("Excel TSD") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

211.    EPA issued EPA ID No. TND980847024 to Excel TSD.

212.    According to Annual Reports for the LWD Incinerator Site, two shipments of manifested waste containing hazardous substances totaling 16,755 lbs. were transported from Excel TSD, with EPA ID No. TND980847024, to the LWD Incinerator Site in 1993; one shipment of manifested waste containing hazardous substances totaling 684 lbs. was transported from Excel TSD, with EPA ID No. TND980847024, to the LWD Incinerator Site in 1994; three shipments of manifested waste containing hazardous substances totaling 103,640 lbs. were transported from Excel TSD, with EPA ID No. TND980847024, to the LWD Incinerator Site in 1999; and eight shipments of manifested waste containing hazardous substances totaling 4,990 lbs. were transported from Excel TSD, with EPA ID No. TND980847024, to the LWD Incinerator Site in 2001.

213.    The total weight attributable to Excel TSD at the LWD Incinerator Site is 126,069 lbs.

214.    To date, Excel TSD has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

215.    By letter dated June 8, 2012, the LWD PRP Group demanded that Defendant The Finishing Co. ("Finishing Co.") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

216.    EPA issued EPA ID No. ILD045690724 to Finishing Co.

217.    According to Annual Reports for the LWD Incinerator Site, five shipments of manifested waste containing hazardous substances totaling 130,401 lbs. were transported from Finishing Co., with EPA ID No. ILD045690724, to the LWD Incinerator Site in 1994; three shipments of manifested waste containing hazardous substances totaling 33,499 lbs. were transported from Finishing Co., with EPA ID No. ILD045690724, to the LWD Incinerator Site in 1995; one shipment of manifested waste containing hazardous substances totaling 7,674 lbs. was transported from Finishing Co., with EPA ID No. ILD045690724, to the LWD Incinerator Site in 1996; and one shipment of manifested waste containing hazardous substances totaling 10,360 lbs. was transported from Finishing Co., with EPA ID No. ILD045690724, to the LWD Incinerator Site in 1997.

218.    The total weight attributable to Finishing Co. at the LWD Incinerator Site is 181,934 lbs.

219.    To date, Finishing Co. has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

220.    By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant General Electric Co. ("GE") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

221.    GE is the parent company and/or successor to GE Specialty Chemical; General Electric – Apparatus Service; General Electric Medical Systems; and Smiths Industries, Aerospace & Defense.

222.    EPA issued EPA ID Nos. WVD061776977 and WVD980552384 to GE Specialty Chemical; EPA ID No. WID058743790 to General Electric - Apparatus Service; EPA ID Nos. ALD000645416, ALD981026677, IAD000678037, IAD005272703, ILD005272992, ILD005453691, ILD005453758, ILD070015714, ILD980503023, IND000803726, IND004557815, IND005422084, IND005448683, IND005448741, IND006376362, IND006392773, KYD006386403, KYD006387021, KYD006394423, KYD074047556, KYD080957459, KYD991276932, NYD002080034, NYD066832023, OHD074713561, TND004049979, TND053433694 and WID000808717 to GE; EPA ID Nos. WID000308709, WID000808720, WID000808725, WID086686003, WID980683569 and WID981090426 to General Electric Medical Systems; and EPA ID No. MID006016596 to Smiths Industries, Aerospace & Defense.

223.    According to Annual Reports for the LWD Incinerator Site, manifested waste containing hazardous substances totaling 32,026 lbs. was transported from GE, with EPA ID No. KYD006386403, to the LWD Incinerator Site in 1981; manifested waste containing hazardous substances totaling 5,956 lbs. was transported from GE, with EPA ID No. KYD991276932, to the LWD Incinerator Site in 1981; manifested waste containing hazardous substances totaling 384,212 lbs. was transported from GE, with EPA ID No. IND006376362, to the LWD Incinerator Site in 1981; manifested waste containing hazardous substances totaling 93,171 lbs. was transported from GE, with EPA ID No. IND006392773, to the LWD Incinerator Site in 1981; manifested waste containing hazardous substances totaling 8,694 lbs. was transported from GE, with EPA ID No. KYD006386403, to the LWD Incinerator Site in 1982; manifested waste containing hazardous substances totaling 88,800 lbs. was transported from GE, with EPA ID No. KYD006387021, to the LWD Incinerator Site in 1982; manifested waste

containing hazardous substances totaling 18,527 lbs. was transported from GE, with EPA ID No. KYD080957459, to the LWD Incinerator Site in 1982; manifested waste containing hazardous substances totaling 46,273 lbs. was transported from GE, with EPA ID No. KYD991276932, to the LWD Incinerator Site in 1982; manifested waste containing hazardous substances totaling 651,733 lbs. was transported from GE, with EPA ID No. IND006376362, to the LWD Incinerator Site in 1982; manifested waste containing hazardous substances totaling 31,612 lbs. was transported from GE, with EPA ID No. IND006392773, to the LWD Incinerator Site in 1982; manifested waste containing hazardous substances totaling 5,490 lbs. was transported from GE, with EPA ID No. KYD006386403, to the LWD Incinerator Site in 1983; manifested waste containing hazardous substances totaling 65,960 lbs. was transported from GE, with EPA ID No. KYD006387021, to the LWD Incinerator Site in 1983; manifested waste containing hazardous substances totaling 18,112 lbs. was transported from GE, with EPA ID No. KYD080957459, to the LWD Incinerator Site in 1983; manifested waste containing hazardous substances totaling 18,326 lbs. was transported from GE, with EPA ID No. KYD991276932, to the LWD Incinerator Site in 1983; manifested waste containing hazardous substances totaling 26,269 lbs. was transported from GE, with EPA ID No. ALD000645416, to the LWD Incinerator Site in 1983; manifested waste containing hazardous substances totaling 18,784 lbs. was transported from GE, with EPA ID No. ILD005453758, to the LWD Incinerator Site in 1983; manifested waste containing hazardous substances totaling 2,183,096 lbs. was transported from GE, with EPA ID No. IND006376362, to the LWD Incinerator Site in 1983; manifested waste containing hazardous substances totaling 34,361 lbs. was transported from GE, with EPA ID No. IND006392773, to the LWD Incinerator Site in 1983; manifested waste

containing hazardous substances totaling 29,430 lbs. was transported from GE, with EPA ID No. KYD006386403, to the LWD Incinerator Site in 1984; manifested waste containing hazardous substances totaling 45,814 lbs. was transported from GE, with EPA ID No. KYD006387021, to the LWD Incinerator Site in 1984; manifested waste containing hazardous substances totaling 28,980 lbs. was transported from GE, with EPA ID No. KYD080957459, to the LWD Incinerator Site in 1984; manifested waste containing hazardous substances totaling 31,612 lbs. was transported from GE, with EPA ID No. KYD991276932, to the LWD Incinerator Site in 1984; manifested waste containing hazardous substances totaling 309,920 lbs. was transported from GE, with EPA ID No. NYD066832023, to the LWD Incinerator Site in 1984; manifested waste containing hazardous substances totaling 15,681 lbs. was transported from GE, with EPA ID No. ALD000645416, to the LWD Incinerator Site in 1984; manifested waste containing hazardous substances totaling 11,454 lbs. was transported from GE, with EPA ID No. IAD005272703, to the LWD Incinerator Site in 1984; manifested waste containing hazardous substances totaling 6,414 lbs. was transported from GE, with EPA ID No. ILD005272992, to the LWD Incinerator Site in 1984; manifested waste containing hazardous substances totaling 46,731 lbs. was transported from GE, with EPA ID No. ILD005453691, to the LWD Incinerator Site in 1984; manifested waste containing hazardous substances totaling 95,510 lbs. was transported from GE, with EPA ID No. ILD005453758, to the LWD Incinerator Site in 1984; manifested waste containing hazardous substances totaling 71,555 lbs. was transported from GE, with EPA ID No. ILD980503023, to the LWD Incinerator Site in 1984; manifested waste containing hazardous substances totaling 61,226 lbs. was transported from GE, with EPA ID No. IND000803726, to the LWD Incinerator Site in 1984; manifested waste

containing hazardous substances totaling 1,748,477 lbs. was transported from GE, with EPA ID No. IND006376362, to the LWD Incinerator Site in 1984; manifested waste containing hazardous substances totaling 35,736 lbs. was transported from GE, with EPA ID No. IND006392773, to the LWD Incinerator Site in 1984; four shipments of manifested waste containing hazardous substances totaling 7,402 lbs. were transported from GE, with EPA ID No. KYD006386403, to the LWD Incinerator Site in 1985; one shipment of manifested waste containing hazardous substances totaling 19,242 lbs. was transported from GE, with EPA ID No. KYD006387021, to the LWD Incinerator Site in 1985; manifested waste containing hazardous substances totaling 158,897 lbs. was transported from GE, with EPA ID No. KYD006394423, to the LWD Incinerator Site in 1985; four shipments of manifested waste containing hazardous substances totaling 19,242 lbs. were transported from GE, with EPA ID No. KYD080957459, to the LWD Incinerator Site in 1985; manifested waste containing hazardous substances totaling 9,621 lbs. was transported from GE, with EPA ID No. KYD991276932, to the LWD Incinerator Site in 1985; manifested waste containing hazardous substances totaling 1,374 lbs. was transported from GE, with EPA ID No. OHD074713561, to the LWD Incinerator Site in 1985; six shipments of manifested waste containing hazardous substances totaling 13,323 lbs. were transported from GE, with EPA ID No. ALD000645416, to the LWD Incinerator Site in 1985; four shipments of manifested waste containing hazardous substances totaling 42,150 lbs. were transported from GE, with EPA ID No. IAD005272703, to the LWD Incinerator Site in 1985; three shipments of manifested waste containing hazardous substances totaling 3,499 lbs. were transported from GE, with EPA ID No. ILD005272992, to the LWD Incinerator Site in 1985; three shipments of manifested waste containing hazardous substances totaling 15,910 lbs. were

transported from GE, with EPA ID No. ILD005453691, to the LWD Incinerator Site in 1985; five shipments of manifested waste containing hazardous substances totaling 122,659 lbs. were transported from GE, with EPA ID No. ILD005453758, to the LWD Incinerator Site in 1985; four shipments of manifested waste containing hazardous substances totaling 118,370 lbs. were transported from GE, with EPA ID No. ILD980503023, to the LWD Incinerator Site in 1985; four shipments of manifested waste containing hazardous substances totaling 132,447 lbs. were transported from GE, with EPA ID No. IND000803726, to the LWD Incinerator Site in 1985; one shipment of manifested waste containing hazardous substances totaling 37,785 lbs. was transported from GE, with EPA ID No. IND005448683, to the LWD Incinerator Site in 1985; forty-nine shipments of manifested waste containing hazardous substances totaling 1,568,069 lbs. were transported from GE, with EPA ID No. IND006376362, to the LWD Incinerator Site in 1985; one shipment of manifested waste containing hazardous substances totaling 30,696 lbs. was transported from GE, with EPA ID No. IND006392773, to the LWD Incinerator Site in 1985; one shipment of manifested waste containing hazardous substances totaling 2,166 lbs. was transported from General Electric -Apparatus Service, with EPA ID No. WID058743790, to the LWD Incinerator Site in 1985; one shipment of manifested waste containing hazardous substances totaling 1,830 lbs. was transported from GE, with EPA ID No. KYD006386403, to the LWD Incinerator Site in 1986; four shipments of manifested waste containing hazardous substances totaling 125,941 lbs. were transported from GE, with EPA ID No. KYD006387021, to the LWD Incinerator Site in 1986; five shipments of manifested waste containing hazardous substances totaling 44,850 lbs. were transported from GE, with EPA ID No. KYD006394423, to the LWD Incinerator Site in 1986; four shipments

67

of manifested waste containing hazardous substances totaling 23,824 lbs. were transported from GE, with EPA ID No. KYD080957459, to the LWD Incinerator Site in 1986; three shipments of manifested waste containing hazardous substances totaling 14,661 lbs. were transported from GE, with EPA ID No. KYD991276932, to the LWD Incinerator Site in 1986; one shipment of manifested waste containing hazardous substances totaling 1,833 lbs. was transported from GE, with EPA ID No. OHD074713561, to the LWD Incinerator Site in 1986; three shipments of manifested waste containing hazardous substances totaling 14,661 lbs. were transported from GE, with EPA ID No. TND053433694, to the LWD Incinerator Site in 1986; three shipments of manifested waste containing hazardous substances totaling 29,785 lbs. were transported from GE, with EPA ID No. ALD000645416, to the LWD Incinerator Site in 1986; two shipments of manifested waste containing hazardous substances totaling 13,286 lbs. were transported from GE, with EPA ID No. IAD000678037, to the LWD Incinerator Site in 1986; seven shipments of manifested waste containing hazardous substances totaling 31,130 lbs. were transported from GE, with EPA ID No. IAD005272703, to the LWD Incinerator Site in 1986; five shipments of manifested waste containing hazardous substances totaling 10,704 lbs. were transported from GE, with EPA ID No. ILD005272992, to the LWD Incinerator Site in 1986; one shipment of manifested waste containing hazardous substances totaling 2,749 lbs. was transported from GE, with EPA ID No. ILD005453691, to the LWD Incinerator Site in 1986; four shipments of manifested waste containing hazardous substances totaling 77,886 lbs. were transported from GE, with EPA ID No. ILD005453758, to the LWD Incinerator Site in 1986; eight shipments of manifested waste containing hazardous substances totaling 182,469 lbs. were transported from GE, with EPA ID No. ILD980503023, to the LWD

Incinerator Site in 1986; four shipments of manifested waste containing hazardous

substances totaling 96,545 lbs. were transported from GE, with EPA ID No.

IND000803726, to the LWD Incinerator Site in 1986; twenty-nine shipments of

manifested waste containing hazardous substances totaling 733,692 lbs. were transported

from GE, with EPA ID No. IND006376362, to the LWD Incinerator Site in 1986; five

shipments of manifested waste containing hazardous substances totaling 69,639 lbs. were

transported from GE, with EPA ID No. IND006392773, to the LWD Incinerator Site in

1986; two shipments of manifested waste containing hazardous substances totaling 9,450

lbs. were transported from GE, with EPA ID No. KYD006386403, to the LWD

Incinerator Site in 1987; two shipments of manifested waste containing hazardous

substances totaling 27,947 lbs. were transported from GE, with EPA ID No.

KYD006387021, to the LWD Incinerator Site in 1987; three shipments of manifested

waste containing hazardous substances totaling 31,950 lbs. were transported from GE,

with EPA ID No. KYD006394423, to the LWD Incinerator Site in 1987; one shipment of

manifested waste containing hazardous substances totaling 2,749 lbs. was transported

from GE, with EPA ID No. KYD074047556, to the LWD Incinerator Site in 1987; four

shipments of manifested waste containing hazardous substances totaling 9,330 lbs. were

transported from GE, with EPA ID No. KYD080957459, to the LWD Incinerator Site in

1987; four shipments of manifested waste containing hazardous substances totaling

45,357 lbs. were transported from GE, with EPA ID No. KYD991276932, to the LWD

Incinerator Site in 1987; four shipments of manifested waste containing hazardous

substances totaling 66,432 lbs. were transported from GE, with EPA ID No.

TND053433694, to the LWD Incinerator Site in 1987; one shipment of manifested waste

containing hazardous substances totaling 1,374 lbs. was transported from GE, with EPA

ID No. WID000808717, to the LWD Incinerator Site in 1987; two shipments of manifested waste containing hazardous substances totaling 791 lbs. were transported from General Electric Medical Systems, with EPA ID No. WID000308709, to the LWD Incinerator Site in 1987; one shipment of manifested waste containing hazardous substances totaling 1,833 lbs. was transported from General Electric Medical Systems, with EPA ID No. WID000808720, to the LWD Incinerator Site in 1987; two shipments of manifested waste containing hazardous substances totaling 7,046 lbs. were transported from General Electric Medical Systems, with EPA ID No. WID980683569, to the LWD Incinerator Site in 1987; three shipments of manifested waste containing hazardous substances totaling 3,780 lbs. were transported from GE, with EPA ID No. ALD000645416, to the LWD Incinerator Site in 1987; one shipment of manifested waste containing hazardous substances totaling 27,906 lbs. was transported from GE, with EPA ID No. ALD981026677, to the LWD Incinerator Site in 1987; four shipments of manifested waste containing hazardous substances totaling 27,465 lbs. were transported from GE, with EPA ID No. IAD005272703, to the LWD Incinerator Site in 1987; four shipments of manifested waste containing hazardous substances totaling 10,537 lbs. were transported from GE, with EPA ID No. ILD005272992, to the LWD Incinerator Site in 1987; three shipments of manifested waste containing hazardous substances totaling 5,956 lbs. were transported from GE, with EPA ID No. ILD005453691, to the LWD Incinerator Site in 1987; four shipments of manifested waste containing hazardous substances totaling 46,981 lbs. were transported from GE, with EPA ID No. ILD005453758, to the LWD Incinerator Site in 1987; nine shipments of manifested waste containing hazardous substances totaling 278,555 lbs. were transported from GE, with EPA ID No. ILD980503023, to the LWD Incinerator Site in 1987; three shipments of

70

manifested waste containing hazardous substances totaling 113,038 lbs. were transported from GE, with EPA ID No. IND000803726, to the LWD Incinerator Site in 1987; three shipments of manifested waste containing hazardous substances totaling 26,115 lbs. were transported from GE, with EPA ID No. IND005448683, to the LWD Incinerator Site in 1987; three shipments of manifested waste containing hazardous substances totaling 15,577 lbs. were transported from GE, with EPA ID No. IND005448741, to the LWD Incinerator Site in 1987; thirty shipments of manifested waste containing hazardous substances totaling 874,451 lbs. were transported from GE, with EPA ID No. IND006376362, to the LWD Incinerator Site in 1987; four shipments of manifested waste containing hazardous substances totaling 54,520 lbs. were transported from GE, with EPA ID No. IND006392773, to the LWD Incinerator Site in 1987; two shipments of manifested waste containing hazardous substances totaling 13,950 lbs. were transported from GE, with EPA ID No. KYD006386403, to the LWD Incinerator Site in 1988; one shipment of manifested waste containing hazardous substances totaling 4,123 lbs. was transported from GE, with EPA ID No. KYD006387021, to the LWD Incinerator Site in 1988; four shipments of manifested waste containing hazardous substances totaling 35,400 lbs. were transported from GE, with EPA ID No. KYD006394423, to the LWD Incinerator Site in 1988; one shipment of manifested waste containing hazardous substances totaling 3,665 lbs. was transported from GE, with EPA ID No. KYD074047556, to the LWD Incinerator Site in 1988; three shipments of manifested waste containing hazardous substances totaling 9,621 lbs. were transported from GE, with EPA ID No. KYD080957459, to the LWD Incinerator Site in 1988; five shipments of manifested waste containing hazardous substances totaling 89,339 lbs. were transported from GE, with EPA ID No. KYD991276932, to the LWD Incinerator Site in

71

1988; manifested waste containing hazardous substances totaling 160,036 lbs. was transported from GE, with EPA ID No. TND004049979, to the LWD Incinerator Site in 1988; four shipments of manifested waste containing hazardous substances totaling 56,811 lbs. were transported from GE, with EPA ID No. TND053433694, to the LWD Incinerator Site in 1988; one shipment of manifested waste containing hazardous substances totaling 916 lbs. was transported from General Electric Medical Systems, with EPA ID No. WID000308709, to the LWD Incinerator Site in 1988; one shipment of manifested waste containing hazardous substances totaling 916 lbs. was transported from General Electric Medical Systems, with EPA ID No. WID000808725, to the LWD Incinerator Site in 1988; two shipments of manifested waste containing hazardous substances totaling 86,632 lbs. were transported from General Electric Medical Systems, with EPA ID No. WID086686003, to the LWD Incinerator Site in 1988; one shipment of manifested waste containing hazardous substances totaling 458 lbs. was transported from General Electric Medical Systems, with EPA ID No. WID981090426, to the LWD Incinerator Site in 1988; one shipment of manifested waste containing hazardous substances totaling 4,365 lbs. was transported from Smiths Industries, Aerospace & Defense, with EPA ID No. MID006016596, to the LWD Incinerator Site in 1988; three shipments of manifested waste containing hazardous substances totaling 3,979 lbs. were transported from GE, with EPA ID No. ALD000645416, to the LWD Incinerator Site in 1988; six shipments of manifested waste containing hazardous substances totaling 129,565 lbs. were transported from GE, with EPA ID No. ALD981026677, to the LWD Incinerator Site in 1988; five shipments of manifested waste containing hazardous substances totaling 36,556 lbs. were transported from GE, with EPA ID No. IAD005272703, to the LWD Incinerator Site in 1988; one shipment of manifested waste

containing hazardous substances totaling 916 lbs. was transported from GE, with EPA ID No. ILD005272992, to the LWD Incinerator Site in 1988; one shipment of manifested waste containing hazardous substances totaling 4,582 lbs. was transported from GE, with EPA ID No. ILD005453691, to the LWD Incinerator Site in 1988; three shipments of manifested waste containing hazardous substances totaling 30,030 lbs. were transported from GE, with EPA ID No. ILD005453758, to the LWD Incinerator Site in 1988; one shipment of manifested waste containing hazardous substances totaling 458 lbs. was transported from GE, with EPA ID No. ILD070015714, to the LWD Incinerator Site in 1988; four shipments of manifested waste containing hazardous substances totaling 110,622 lbs. were transported from GE, with EPA ID No. IND000803726, to the LWD Incinerator Site in 1988; two shipments of manifested waste containing hazardous substances totaling 15,494 lbs. were transported from GE, with EPA ID No. IND004557815, to the LWD Incinerator Site in 1988; one shipment of manifested waste containing hazardous substances totaling 6,400 lbs. was transported from GE, with EPA ID No. IND005422084, to the LWD Incinerator Site in 1988; three shipments of manifested waste containing hazardous substances totaling 133,280 lbs. were transported from GE, with EPA ID No. IND005448683, to the LWD Incinerator Site in 1988; thirty-nine shipments of manifested waste containing hazardous substances totaling 1,437,342 lbs. were transported from GE, with EPA ID No. IND006376362, to the LWD Incinerator Site in 1988; five shipments of manifested waste containing hazardous substances totaling 91,172 lbs. were transported from GE, with EPA ID No. IND006392773, to the LWD Incinerator Site in 1988; two shipments of manifested waste containing hazardous substances totaling 16,200 lbs. were transported from GE, with EPA ID No. KYD006386403, to the LWD Incinerator Site in 1989; three shipments of

manifested waste containing hazardous substances totaling 17,826 lbs. were transported from GE, with EPA ID No. KYD006387021, to the LWD Incinerator Site in 1989; four shipments of manifested waste containing hazardous substances totaling 27,750 lbs. were transported from GE, with EPA ID No. KYD006394423, to the LWD Incinerator Site in 1989; three shipments of manifested waste containing hazardous substances totaling 81,551 lbs. were transported from GE, with EPA ID No. KYD074047556, to the LWD Incinerator Site in 1989; five shipments of manifested waste containing hazardous substances totaling 10,954 lbs. were transported from GE, with EPA ID No. KYD080957459, to the LWD Incinerator Site in 1989; two shipments of manifested waste containing hazardous substances totaling 29,322 lbs. were transported from GE, with EPA ID No. KYD991276932, to the LWD Incinerator Site in 1989; one shipment of manifested waste containing hazardous substances totaling 23,824 lbs. was transported from GE, with EPA ID No. TND004049979, to the LWD Incinerator Site in 1989; three shipments of manifested waste containing hazardous substances totaling 51,313 lbs. were transported from GE, with EPA ID No. TND053433694, to the LWD Incinerator Site in 1989; one shipment of manifested waste containing hazardous substances totaling 454 lbs. was transported from GE, with EPA ID No. ALD000645416, to the LWD Incinerator Site in 1989; three shipments of manifested waste containing hazardous substances totaling 68,310 lbs. were transported from GE, with EPA ID No. ALD981026677, to the LWD Incinerator Site in 1989; two shipments of manifested waste containing hazardous substances totaling 10,123 lbs. were transported from GE, with EPA ID No. IAD005272703, to the LWD Incinerator Site in 1989; one shipment of manifested waste containing hazardous substances totaling 4,582 lbs. was transported from GE, with EPA ID No. ILD070015714, to the LWD Incinerator Site in 1989; two shipments of

manifested waste containing hazardous substances totaling 73,471 lbs. were transported from GE, with EPA ID No. IND000803726, to the LWD Incinerator Site in 1989; two shipments of manifested waste containing hazardous substances totaling 8,727 lbs. were transported from GE, with EPA ID No. IND004557815, to the LWD Incinerator Site in 1989; one shipment of manifested waste containing hazardous substances totaling 13,950 lbs. was transported from GE, with EPA ID No. IND005422084, to the LWD Incinerator Site in 1989; two shipments of manifested waste containing hazardous substances totaling 1,833 lbs. were transported from GE, with EPA ID No. IND005448741, to the LWD Incinerator Site in 1989; twenty-seven shipments of manifested waste containing hazardous substances totaling 842,494 lbs. were transported from GE, with EPA ID No. IND006376362, to the LWD Incinerator Site in 1989; three shipments of manifested waste containing hazardous substances totaling 11,454 lbs. were transported from GE, with EPA ID No. IND006392773, to the LWD Incinerator Site in 1989; five shipments of manifested waste containing hazardous substances totaling 100,968 lbs. were transported from Smiths Industries, Aerospace & Defense, with EPA ID No. MID006016596, to the LWD Incinerator Site in 1990; four shipments of manifested waste containing hazardous substances totaling 29,750 lbs. were transported from GE, with EPA ID No. KYD006394423, to the LWD Incinerator Site in 1990; one shipment of manifested waste containing hazardous substances totaling 18,081 lbs. was transported from GE, with EPA ID No. NYD002080034, to the LWD Incinerator Site in 2001; seventeen shipments of manifested waste containing hazardous substances totaling 94,807 lbs. were transported from GE, with EPA ID No. NYD066832023, to the LWD Incinerator Site in 2001; one shipment of manifested waste containing hazardous substances totaling 6,519 lbs. was transported from GE Specialty Chemical, with EPA ID No. WVD061776977, to the

LWD Incinerator Site in 2001; five shipments of manifested waste containing hazardous substances totaling 73,147 lbs. were transported from GE Specialty Chemical, with EPA ID No. WVD980552384, to the LWD Incinerator Site in 2001; one shipment of manifested waste containing hazardous substances totaling 515 lbs. was transported from GE, with EPA ID No. NYD002080034, to the LWD Incinerator Site in 2002; twenty-one shipments of manifested waste containing hazardous substances totaling 126,064 lbs. were transported from GE, with EPA ID No. NYD066832023, to the LWD Incinerator Site in 2002; eight shipments of manifested waste containing hazardous substances totaling 30,902 lbs. were transported from GE Specialty Chemical, with EPA ID No. WVD061776977, to the LWD Incinerator Site in 2002; ten shipments of manifested waste containing hazardous substances totaling 69,677 lbs. were transported from GE Specialty Chemical, with EPA ID No. WVD980552384, to the LWD Incinerator Site in 2002; six shipments of manifested waste containing hazardous substances totaling 48,406 lbs. were transported from GE, with EPA ID No. NYD066832023, to the LWD Incinerator Site in 2003; five shipments of manifested waste containing hazardous substances totaling 30,589 lbs. were transported from GE Specialty Chemical, with EPA ID No. WVD061776977, to the LWD Incinerator Site in 2003; and five shipments of manifested waste containing hazardous substances totaling 45,893 lbs. were transported from GE Specialty Chemical, with EPA ID No. WVD980552384, to the LWD Incinerator Site in 2003.

224.     The total weight attributable to GE at the LWD Incinerator Site is 16,173,503 lbs.

225.     To date, GE has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

226.     By letter dated June 8, 2012, the LWD PRP Group demanded that Defendant Greenlee Diamond Tool Co. ("Greenlee") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

227.     EPA issued EPA ID No. ILD005087903 to Greenlee and EPA ID No. ILD005162912 to Greenlee Tool Co.-Textron.

228.     According to Annual Reports for the LWD Incinerator Site, one shipment of manifested waste containing hazardous substances totaling 12,495 lbs. was transported from Greenlee, with EPA ID No. ILD005087903, to the LWD Incinerator Site in 1986; two shipments of manifested waste containing hazardous substances totaling 9,163 lbs. were transported from Greenlee, with EPA ID No. ILD005162912, to the LWD Incinerator Site in 1987; and one shipment of manifested waste containing hazardous substances totaling 458 lbs. was transported from Greenlee, with EPA ID No. ILD005162912, to the LWD Incinerator Site in 1989.

229.     The total weight attributable to Greenlee at the LWD Incinerator Site is 22,116 lbs.

230.     To date, Greenlee has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

231.     By letter dated June 8, 2012, the LWD PRP Group demanded that Defendant Greenway Environmental, Inc. ("Greenway") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

232.     EPA issued EPA ID No. OKD089761290 to Greenway.

233.     According to Annual Reports for the LWD Incinerator Site, five shipments of manifested waste containing hazardous substances totaling 212,120 lbs. were transported from Greenway, with EPA ID No. OKD089761290, to the LWD Incinerator Site in 1998.

234.    The total weight attributable to Greenway at the LWD Incinerator Site is 212,120 lbs.

235.    To date, Greenway has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

236.    By letter dated June 8, 2012, the LWD PRP Group demanded that Defendant Hannah Maritime Corp. ("Hannah Maritime") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

237.    EPA issued EPA ID No. ILD069496248 to Hannah Marine.

238.    According to Annual Reports for the LWD Incinerator Site, one shipment of manifested waste containing hazardous substances totaling 14,386 lbs. was transported from Hannah Marine, with EPA ID No. ILD069496248, to the LWD Incinerator Site in 1987.

239.    The total weight attributable to Hannah Maritime at the LWD Incinerator Site is 14,386 lbs.

240.    To date, Hannah Maritime has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

241.    By letter dated October 19, 2012, the LWD PRP Group demanded that Superior Equipment Co. ("Superior Equipment") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

242.    Superior Equipment is now known as Defendant Harry Spiros, Inc. ("Harry Spiros, Inc.").

243.    Harry Spiros, Inc. has indicated to the LWD PRP Group that prior versions of the Complaint in this case improperly attributed the waste streams in paragraph no. 245 below to Superior Equipment instead of Harry Spiros, Inc.

244.    EPA issued EPA ID No. MOD031102023 to Superior Equipment.

245.     According to Annual Reports for the LWD Incinerator Site, four shipments of manifested waste containing hazardous substances totaling 30,588 lbs. were transported from Superior Equipment, with EPA ID No. MOD031102023, to the LWD Incinerator Site in 1985; eight shipments of manifested waste containing hazardous substances totaling 22,199 lbs. were transported from Superior Equipment, with EPA ID No. MOD031102023, to the LWD Incinerator Site in 1986; three shipments of manifested waste containing hazardous substances totaling 4,956 lbs. were transported from Superior Equipment, with EPA ID No. MOD031102023, to the LWD Incinerator Site in 1987; five shipments of manifested waste containing hazardous substances totaling 7,272 lbs. were transported from Superior Equipment, with EPA ID No. MOD031102023, to the LWD Incinerator Site in 1988; eight shipments of manifested waste containing hazardous substances totaling 85,074 lbs. were transported from Superior Equipment, with EPA ID No. MOD031102023, to the LWD Incinerator Site in 1989; eight shipments of manifested waste containing hazardous substances totaling 40,317 lbs. were transported from Superior Equipment, with EPA ID No. MOD031102023, to the LWD Incinerator Site in 1990; ten shipments of manifested waste containing hazardous substances totaling 69,020 lbs. were transported from Superior Equipment, with EPA ID No. MOD031102023, to the LWD Incinerator Site in 1991; eleven shipments of manifested waste containing hazardous substances totaling 70,029 lbs. were transported from Superior Equipment, with EPA ID No. MOD031102023, to the LWD Incinerator Site in 1992; nine shipments of manifested waste containing hazardous substances totaling 32,568 lbs. were transported from Superior Equipment, with EPA ID No. MOD031102023, to the LWD Incinerator Site in 1993; four shipments of manifested waste containing hazardous substances totaling 33,026 lbs. were transported from Superior Equipment, with EPA ID No. MOD031102023, to the LWD Incinerator Site in 1994; two shipments of manifested waste containing hazardous substances

totaling 14,366 lbs. were transported from Superior Equipment, with EPA ID No.

MOD031102023, to the LWD Incinerator Site in 1995; and five shipments of manifested waste

containing hazardous substances totaling 26,287 lbs. were transported from Superior Equipment,

with EPA ID No. MOD031102023, to the LWD Incinerator Site in 1996.

246.    The total weight attributable to Harry Spiros, Inc. at the LWD Incinerator Site is

435,702 lbs.

247.    To date, Harry Spiros, Inc. has not paid toward any response costs incurred by the

LWD PRP Group at the LWD Incinerator Site.

248.    By letter dated June 8, 2012, the LWD PRP Group demanded that Defendant

Hearth & Home Technologies, Inc. ("Hearth & Home") pay its equitable share of LWD

Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

249.    Hearth & Home is the parent company to Heatilator.

250.    EPA issued EPA ID No. IAD041340803 to Heatilator.

251.    According to Annual Reports for the LWD Incinerator Site, two shipments of

manifested waste containing hazardous substances totaling 23,824 lbs. were transported from

Heatilator, with EPA ID No. IAD041340803, to the LWD Incinerator Site in 1986.

252.    The total weight attributable to Hearth & Home at the LWD Incinerator Site is

23,824 lbs.

253.    To date, Hearth & Home has not paid toward any response costs incurred by the

LWD PRP Group at the LWD Incinerator Site.

254.    By letter dated July 23, 2012, the LWD PRP Group demanded that Defendant

Horning Wire Corp. ("Horning Wire") pay its equitable share of LWD Incinerator Site response

costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

255.    EPA issued EPA ID No. ILD045305125 to Horning Wire.

256.    According to Annual Reports for the LWD Incinerator Site, one shipment of manifested waste containing hazardous substances totaling 14,661 lbs. was transported from Horning Wire, with EPA ID No. ILD045305125, to the LWD Incinerator Site in 1986; and one shipment of manifested waste containing hazardous substances totaling 4,582 lbs. was transported from Horning Wire, with EPA ID No. ILD045305125, to the LWD Incinerator Site in 1988.

257.    The total weight attributable to Horning Wire at the LWD Incinerator Site is 19,242 lbs.

258.    To date, Horning Wire has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

259.    EPA issued EPA ID No. KY0000707836 to Defendant Housing Authority of Hopkinsville, Kentucky ("Hopkinsville Housing Authority").

260.    According to Annual Reports for the LWD Incinerator Site, two shipments of manifested waste containing hazardous substances totaling 6,500 lbs. were transported from Hopkinsville Housing Authority, with EPA ID No. KY0000707836, to the LWD Incinerator Site in 1994; and two shipments of manifested waste containing hazardous substances totaling 7,760 lbs. were transported from Hopkinsville Housing Authority, with EPA ID No. KY0000707836, to the LWD Incinerator Site in 1995.

261.    The total weight attributable to Hopkinsville Housing Authority at the LWD Incinerator Site is 14,260 lbs.

262.    To date, Hopkinsville Housing Authority has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

263.    By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant Indiana-Kentucky Electric Corp. ("Indiana-Kentucky Electric") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

264.    EPA issued EPA ID No. IND085048700 to Indiana-Kentucky Electric.

265.    According to Annual Reports for the LWD Incinerator Site, manifested waste containing hazardous substances totaling 470,640 lbs. was transported from Indiana-Kentucky Electric, with EPA ID No. IND085048700, to the LWD Incinerator Site in 1984; two shipments of manifested waste containing hazardous substances totaling 45,815 lbs. were transported from Indiana-Kentucky Electric, with EPA ID No. IND085048700, to the LWD Incinerator Site in 1989; one shipment of manifested waste containing hazardous substances totaling 15,510 lbs. was transported from Indiana-Kentucky Electric, with EPA ID No. IND085048700, to the LWD Incinerator Site in 1990; and three shipments of manifested waste containing hazardous substances totaling 26,146 lbs. were transported from Indiana-Kentucky Electric, with EPA ID No. IND085048700, to the LWD Incinerator Site in 1991.

266.    The total weight attributable to Indiana-Kentucky Electric at the LWD Incinerator Site is 558,111 lbs.

267.    To date, Indiana-Kentucky Electric has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

268.    By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant Ingersoll-Rand Co. ("Ingersoll-Rand") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

269.    Ingersoll-Rand is the parent company Trane Inc., also known as The Trane Co. and Trane Co. ("Trane").

270.     EPA issued EPA ID Nos. KYD055003206 and TND982102451 to Ingersoll-Rand; and EPA ID No. KYD006379986 to Trane Co.

271.     According to Annual Reports for the LWD Incinerator Site, manifested waste containing hazardous substances totaling 760 lbs. was transported from Ingersoll-Rand, with EPA ID No. KYD055003206, to the LWD Incinerator Site in 1981; manifested waste containing hazardous substances totaling 4,960 lbs. was transported from Ingersoll-Rand, with EPA ID No. KYD055003206, to the LWD Incinerator Site in 1982; manifested waste containing hazardous substances totaling 19,493 lbs. was transported from Ingersoll-Rand, with EPA ID No. KYD055003206, to the LWD Incinerator Site in 1983; manifested waste containing hazardous substances totaling 1,374 lbs. was transported from Ingersoll-Rand, with EPA ID No. KYD055003206, to the LWD Incinerator Site in 1984; four shipments of manifested waste containing hazardous substances totaling 6,175 lbs. were transported from Ingersoll-Rand, with EPA ID No. KYD055003206, to the LWD Incinerator Site in 1985; three shipments of manifested waste containing hazardous substances totaling 3,840 lbs. were transported from Ingersoll-Rand, with EPA ID No. KYD055003206, to the LWD Incinerator Site in 1986; four shipments of manifested waste containing hazardous substances totaling 19,510 lbs. were transported from Ingersoll-Rand, with EPA ID No. KYD055003206, to the LWD Incinerator Site in 1987; sixteen shipments of manifested waste containing hazardous substances totaling 58,327 lbs. were transported from Ingersoll-Rand, with EPA ID No. KYD055003206, to the LWD Incinerator Site in 1988; one shipment of manifested waste containing hazardous substances totaling 1,374 lbs. was transported from Ingersoll-Rand, with EPA ID No. TND982102451, to the LWD Incinerator Site in 1988; two shipments of manifested waste containing hazardous substances totaling 25,656 lbs. were transported from Trane Co., with EPA ID No. KYD006379986, to the LWD Incinerator Site in 1989; twenty-one shipments of

manifested waste containing hazardous substances totaling 22,833 lbs. were transported from Ingersoll-Rand, with EPA ID No. KYD055003206, to the LWD Incinerator Site in 1989; three shipments of manifested waste containing hazardous substances totaling 23,366 lbs. were transported from Trane Co., with EPA ID No. KYD006379986, to the LWD Incinerator Site in 1990; seventeen shipments of manifested waste containing hazardous substances totaling 17,474 lbs. were transported from Ingersoll-Rand, with EPA ID No. KYD055003206, to the LWD Incinerator Site in 1990; twenty-one shipments of manifested waste containing hazardous substances totaling 44,063 lbs. were transported from Ingersoll-Rand, with EPA ID No. KYD055003206, to the LWD Incinerator Site in 1991; twenty-two shipments of manifested waste containing hazardous substances totaling 52,066 lbs. were transported from Ingersoll-Rand, with EPA ID No. KYD055003206, to the LWD Incinerator Site in 1992; sixteen shipments of manifested waste containing hazardous substances totaling 36,567 lbs. were transported from Ingersoll-Rand, with EPA ID No. KYD055003206, to the LWD Incinerator Site in 1993; twenty-one shipments of manifested waste containing hazardous substances totaling 71,840 lbs. were transported from Ingersoll-Rand, with EPA ID No. KYD055003206, to the LWD Incinerator Site in 1994; eighteen shipments of manifested waste containing hazardous substances totaling 20,196 lbs. were transported from Ingersoll-Rand, with EPA ID No. KYD055003206, to the LWD Incinerator Site in 1995; one shipment of manifested waste containing hazardous substances totaling 580 lbs. was transported from Ingersoll-Rand, with EPA ID No. KYD055003206, to the LWD Incinerator Site in 1999; manifested waste containing hazardous substances totaling 8,517 lbs. was transported from Ingersoll-Rand, with EPA ID No. KYD055003206, to the LWD Incinerator Site in 2000; and four shipments of manifested waste containing hazardous substances totaling 12,340 lbs. were transported from Ingersoll-Rand, with EPA ID No. KYD055003206, to the LWD Incinerator Site in 2001.

272.     The total weight attributable to Ingersoll-Rand at the LWD Incinerator Site is 451,311 lbs.

273.     To date, Ingersoll-Rand has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

274.     Alternatively, Defendant Trane US Inc. ("Trane US") is responsible for all or part of the 49,022 lbs. attributable to Trane Co., as alleged in paragraph no. 271 above.

275.     To date, Trane US has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

276.     By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant International Paper Co. ("IP") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

277.     EPA issued EPA ID Nos. IAD005268115, ILD005236468, IND004244976, INR000023184, KYD985081850, KYD985113810, KYLQG, MID005345921, MOD007129935, MSD980600084 and PAD005031901 to IP.

278.     According to Annual Reports for the LWD Incinerator Site, one shipment of manifested waste containing hazardous substances totaling 41,650 lbs. was transported from IP, with EPA ID No. ILD005236468, to the LWD Incinerator Site in 1985; one shipment of manifested waste containing hazardous substances totaling 33,320 lbs. was transported from IP, with EPA ID No. IAD005268115, to the LWD Incinerator Site in 1986; three shipments of manifested waste containing hazardous substances totaling 79,718 lbs. were transported from IP, with EPA ID No. ILD005236468, to the LWD Incinerator Site in 1986; one shipment of manifested waste containing hazardous substances totaling 5,956 lbs. was transported from IP, with EPA ID No. MID005345921, to the LWD Incinerator Site in 1986; one shipment of manifested waste containing hazardous substances totaling 9,163 lbs. was transported from IP,

with EPA ID No. IAD005268115, to the LWD Incinerator Site in 1987; four shipments of manifested waste containing hazardous substances totaling 111,830 lbs. were transported from IP, with EPA ID No. ILD005236468, to the LWD Incinerator Site in 1987; four shipments of manifested waste containing hazardous substances totaling 23,824 lbs. were transported from IP, with EPA ID No. MID005345921, to the LWD Incinerator Site in 1987; six shipments of manifested waste containing hazardous substances totaling 36,194 lbs. were transported from IP, with EPA ID No. MID005345921, to the LWD Incinerator Site in 1988; two shipments of manifested waste containing hazardous substances totaling 57,020 lbs. were transported from IP, with EPA ID No. MOD007129935, to the LWD Incinerator Site in 1988; five shipments of manifested waste containing hazardous substances totaling 30,238 lbs. were transported from IP, with EPA ID No. MID005345921, to the LWD Incinerator Site in 1989; nineteen shipments of manifested waste containing hazardous substances totaling 509,000 lbs. were transported from IP, with EPA ID No. MOD007129935, to the LWD Incinerator Site in 1989; four shipments of manifested waste containing hazardous substances totaling 150,200 lbs. were transported from IP, with EPA ID No. MSD980600084, to the LWD Incinerator Site in 1989; seven shipments of manifested waste containing hazardous substances totaling 40,359 lbs. were transported from IP, with EPA ID No. MID005345921, to the LWD Incinerator Site in 1990; one shipment of manifested waste containing hazardous substances totaling 459 lbs. was transported from IP, with EPA ID No. KYD985081850, to the LWD Incinerator Site in 1991; five shipments of manifested waste containing hazardous substances totaling 23,894 lbs. were transported from IP, with EPA ID No. MID005345921, to the LWD Incinerator Site in 1991; eight shipments of manifested waste containing hazardous substances totaling 14,371 lbs. were transported from IP, with EPA ID No. MID005345921, to the LWD Incinerator Site in 1992; one shipment of manifested waste containing hazardous substances totaling 250 lbs. was transported from IP,

with EPA ID No. PAD005031901, to the LWD Incinerator Site in 1992; five shipments of

manifested waste containing hazardous substances totaling 64,218 lbs. were transported from IP,

with EPA ID No. KYD985113810, to the LWD Incinerator Site in 1993; nine shipments of

manifested waste containing hazardous substances totaling 12,839 lbs. were transported from IP,

with EPA ID No. MID005345921, to the LWD Incinerator Site in 1993; eight shipments of

manifested waste containing hazardous substances totaling 137,610 lbs. were transported from

IP, with EPA ID No. KYD985113810, to the LWD Incinerator Site in 1994; one shipment of

manifested waste containing hazardous substances totaling 209 lbs. was transported from IP,

with EPA ID No. KYLQG, to the LWD Incinerator Site in 1994; seven shipments of manifested

waste containing hazardous substances totaling 12,531 lbs. were transported from IP, with EPA

ID No. MID005345921, to the LWD Incinerator Site in 1994; seven shipments of manifested

waste containing hazardous substances totaling 49,691 lbs. were transported from IP, with EPA

ID No. KYD985113810, to the LWD Incinerator Site in 1995; two shipments of manifested

waste containing hazardous substances totaling 2,828 lbs. were transported from IP, with EPA

ID No. MID005345921, to the LWD Incinerator Site in 1995; one shipment of manifested waste

containing hazardous substances totaling 11,009 lbs. was transported from IP, with EPA ID No.

KYD985113810, to the LWD Incinerator Site in 1996; two shipments of manifested waste

containing hazardous substances totaling 2,294 lbs. were transported from IP, with EPA ID No.

MID005345921, to the LWD Incinerator Site in 1996; one shipment of manifested waste

containing hazardous substances totaling 1,607 lbs. was transported from IP, with EPA ID No.

MID005345921, to the LWD Incinerator Site in 1997; one shipment of manifested waste

containing hazardous substances totaling 142 lbs. was transported from IP, with EPA ID No.

KYD985081850, to the LWD Incinerator Site in 1998; eight shipments of manifested waste

containing hazardous substances totaling 218,294 lbs. were transported from IP, with EPA ID

No. MOD007129935, to the LWD Incinerator Site in 1999; manifested waste containing hazardous substances totaling 1,837 lbs. was transported from IP, with EPA ID No. INR000023184, to the LWD Incinerator Site in 2000; manifested waste containing hazardous substances totaling 1,354 lbs. was transported from IP, with EPA ID No. MID005345921, to the LWD Incinerator Site in 2000; manifested waste containing hazardous substances totaling 151,782 lbs. was transported from IP, with EPA ID No. MOD007129935, to the LWD Incinerator Site in 2000; five shipments of manifested waste containing hazardous substances totaling 96,933 lbs. were transported from IP, with EPA ID No. MOD007129935, to the LWD Incinerator Site in 2001; one shipment of manifested waste containing hazardous substances totaling 192 lbs. was transported from IP, with EPA ID No. MID005345921, to the LWD Incinerator Site in 2002; one shipment of manifested waste containing hazardous substances totaling 31,638 lbs. was transported from IP, with EPA ID No. MOD007129935, to the LWD Incinerator Site in 2002; and one shipment of manifested waste containing hazardous substances totaling 1,392 lbs. was transported from IP, with EPA ID No. IND004244976, to the LWD Incinerator Site in 2003.

279.    The total weight attributable to IP at the LWD Incinerator Site is 1,965,846 lbs.

280.    To date, IP has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

281.    By letter dated June 8, 2012, the LWD PRP Group demanded that Defendant J.C. Baker & Son, Inc. ("J.C. Baker") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

282.    J.C. Baker is a subsidiary of Baker Oil Co. ("Baker").

283.    EPA issued EPA ID No. WVD980692925 to Baker Oil Co.

284.    According to Annual Reports for the LWD Incinerator Site, six shipments of manifested waste containing hazardous substances totaling 120,302 lbs. were transported from Baker Oil Co., with EPA ID No. WVD980692925, to the LWD Incinerator Site in 2002.

285.    The total weight attributable to J.C. Baker at the LWD Incinerator Site is 120,302 lbs.

286.    To date, J.C. Baker has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

287.    By letter dated June 8, 2012, the LWD PRP Group demanded that Defendant JMC Steel Group ("JMC") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

288.    JMC is the successor to Sharon Tube Co. ("Sharon Tube").

289.    EPA issued EPA ID Nos. PAD004322863 and OHR000022293 to Sharon Tube.

290.    According to Annual Reports for the LWD Incinerator Site, one shipment of manifested waste containing hazardous substances totaling 800 lbs. was transported from Sharon Tube, with EPA ID No. PAD004322863, to the LWD Incinerator Site in 1995; two shipments of manifested waste containing hazardous substances totaling 4,716 lbs. were transported from Sharon Tube, with EPA ID No. PAD004322863, to the LWD Incinerator Site in 1996; four shipments of manifested waste containing hazardous substances totaling 10,217 lbs. were transported from Sharon Tube, with EPA ID No. PAD004322863, to the LWD Incinerator Site in 1997; four shipments of manifested waste containing hazardous substances totaling 330 lbs. were transported from Sharon Tube, with EPA ID No. OHR000022293, to the LWD Incinerator Site in 1997; and two shipments of manifested waste containing hazardous substances totaling 504 lbs. were transported from Sharon Tube, with EPA ID No. PAD004322863, to the LWD Incinerator Site in 1999.

291.     The total weight attributable to JMC at the LWD Incinerator Site is 18,226 lbs.

292.     To date, JMC has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

293.     By letter dated June 8, 2012, the LWD PRP Group demanded that Defendant Leeds Seating Co. ("Leeds Seating") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

294.     EPA issued EPA ID No. AL0000107748 to Leeds Seating.

295.     According to Annual Reports for the LWD Incinerator Site, three shipments of manifested waste containing hazardous substances totaling 78,700 lbs. were transported from Leeds Seating, with EPA ID No. AL0000107748, to the LWD Incinerator Site in 1995.

296.     The total weight attributable to Leeds Seating at the LWD Incinerator Site is 78,700 lbs.

297.     To date, Leeds Seating has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

298.     By letter dated July 9, 2012, the LWD PRP Group demanded that Defendant Megafab, Inc. ("Megafab") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

299.     Megafab is the successor to W.A. Whitney.

300.     EPA issued EPA ID No. ILD005469501 to W.A. Whitney.

301.     According to Annual Reports for the LWD Incinerator Site, one shipment of manifested waste containing hazardous substances totaling 2,749 lbs. was transported from W.A. Whitney, with EPA ID No. ILD005469501, to the LWD Incinerator Site in 1986; and one shipment of manifested waste containing hazardous substances totaling 4,582 lbs. was

transported from W.A. Whitney, with EPA ID No. ILD005469501, to the LWD Incinerator Site in 1987.

302.    The total weight attributable to Megafab at the LWD Incinerator Site is 7,330 lbs.

303.    To date, Megafab has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

304.    By letter dated July 9, 2012, the LWD PRP Group demanded that Defendant Microbac Laboratories, Inc. ("Microbac") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

305.    EPA issued EPA ID No. KYD985080613 to Microbac.

306.    According to Annual Reports for the LWD Incinerator Site, one shipment of manifested waste containing hazardous substances totaling 917 lbs. was transported from Microbac, with EPA ID No. KYD985080613, to the LWD Incinerator Site in 1994; two shipments of manifested waste containing hazardous substances totaling 3,263 lbs. were transported from Microbac, with EPA ID No. KYD985080613, to the LWD Incinerator Site in 1997; two shipments of manifested waste containing hazardous substances totaling 420 lbs. were transported from Microbac, with EPA ID No. KYD985080613, to the LWD Incinerator Site in 1998; manifested waste containing hazardous substances totaling 695 lbs. was transported from Microbac, with EPA ID No. KYD985080613, to the LWD Incinerator Site in 2000; one shipment of manifested waste containing hazardous substances totaling 234 lbs. was transported from Microbac, with EPA ID No. KYD985080613, to the LWD Incinerator Site in 2001; one shipment of manifested waste containing hazardous substances totaling 241 lbs. was transported from Microbac, with EPA ID No. KYD985080613, to the LWD Incinerator Site in 2002; and two shipments of manifested waste containing hazardous substances totaling 783 lbs. were

transported from Microbac, with EPA ID No. KYD985080613, to the LWD Incinerator Site in 2003.

307.    The total weight attributable to Microbac at the LWD Incinerator Site is 6,554 lbs.

308.    To date, Microbac has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

309.    By letter dated June 8, 2012, the LWD PRP Group demanded that Defendant National Detroit, Inc. ("National Detroit") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

310.    EPA issued EPA ID No. ILT180013807 to National Detroit.

311.    According to Annual Reports for the LWD Incinerator Site, three shipments of manifested waste containing hazardous substances totaling 17,993 lbs. were transported from National Detroit, with EPA ID No. ILT180013807, to the LWD Incinerator Site in 1985; one shipment of manifested waste containing hazardous substances totaling 12,079 lbs. was transported from National Detroit, with EPA ID No. ILT180013807, to the LWD Incinerator Site in 1986; three shipments of manifested waste containing hazardous substances totaling 20,575 lbs. were transported from National Detroit, with EPA ID No. ILT180013807, to the LWD Incinerator Site in 1987; and two shipments of manifested waste containing hazardous substances totaling 8,247 lbs. were transported from National Detroit, with EPA ID No. ILT180013807, to the LWD Incinerator Site in 1988.

312.    The total weight attributable to National Detroit at the LWD Incinerator Site is 58,893 lbs.

313.    To date, National Detroit has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

314.     By letter dated June 8, 2012, the LWD PRP Group demanded that Defendant National Railway Equipment Co. ("National Railway") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

315.     National Railway is doing business as VMV Paducahbilt and is the parent company and/or successor to VMV Enterprises, Inc.

316.     EPA issued EPA ID No. KYD981753155 to VMV Enterprises, Inc. and VMV Paducahbilt.

317.     According to Annual Reports for the LWD Incinerator Site, three shipments of manifested waste containing hazardous substances totaling 28,780 lbs. were transported from VMV Enterprises, Inc., with EPA ID No. KYD981753155, to the LWD Incinerator Site in 1987; two shipments of manifested waste containing hazardous substances totaling 31,154 lbs. were transported from VMV Enterprises, Inc., with EPA ID No. KYD981753155, to the LWD Incinerator Site in 1988; two shipments of manifested waste containing hazardous substances totaling 48,106 lbs. were transported from VMV Enterprises, Inc., with EPA ID No. KYD981753155, to the LWD Incinerator Site in 1989; one shipment of manifested waste containing hazardous substances totaling 2,291 lbs. was transported from VMV Enterprises, Inc., with EPA ID No. KYD981753155, to the LWD Incinerator Site in 1990; two shipments of manifested waste containing hazardous substances totaling 28,800 lbs. were transported from VMV Enterprises, Inc., with EPA ID No. KYD981753155, to the LWD Incinerator Site in 1993; three shipments of manifested waste containing hazardous substances totaling 90,590 lbs. were transported from VMV Enterprises, Inc., with EPA ID No. KYD981753155, to the LWD Incinerator Site in 1996; two shipments of manifested waste containing hazardous substances totaling 23,699 lbs. were transported from VMV Paducahbilt, with EPA ID No. KYD981753155, to the LWD Incinerator Site in 2002; and one shipment of manifested waste

containing hazardous substances totaling 27,600 lbs. was transported from VMV Paducahbilt, with EPA ID No. KYD981753155, to the LWD Incinerator Site in 2003.

318.    The total weight attributable to National Railway at the LWD Incinerator Site is 281,020 lbs.

319.    To date, National Railway has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

320.    By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant Nissan North America, Inc. ("Nissan") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

321.    Nissan is the parent company and/or successor to Nissan Motor Mfg. Corp. USA ("Nissan Motor").

322.    EPA issued EPA ID No. TND054481205 to Nissan Motor.

323.    According to Annual Reports for the LWD Incinerator Site, one shipment of manifested waste containing hazardous substances totaling 2,752 lbs. was transported from Nissan Motor, with EPA ID No. TND054481205, to the LWD Incinerator Site in 1994; one shipment of manifested waste containing hazardous substances totaling 4,640 lbs. was transported from Nissan Motor, with EPA ID No. TND054481205, to the LWD Incinerator Site in 1996; seven shipments of manifested waste containing hazardous substances totaling 160,638 lbs. were transported from Nissan Motor, with EPA ID No. TND054481205, to the LWD Incinerator Site in 1997; six shipments of manifested waste containing hazardous substances totaling 113,324 lbs. were transported from Nissan Motor, with EPA ID No. TND054481205, to the LWD Incinerator Site in 1998; eight shipments of manifested waste containing hazardous substances totaling 200,210 lbs. were transported from Nissan Motor, with EPA ID No. TND054481205, to the LWD Incinerator Site in 1999; and manifested waste containing

hazardous substances totaling 6,814 lbs. was transported from Nissan Motor, with EPA ID No. TND054481205, to the LWD Incinerator Site in 2000.

324.    The total weight attributable to Nissan at the LWD Incinerator Site is 488,378 lbs.

325.    To date, Nissan has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

326.    By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant Owens Corning pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

327.    Owens Corning is the parent company and/or successor to Alpha/Owens Corning.

328.    EPA issued EPA ID No. MSTMP0001848 to Alpha/Owens Corning; and EPA ID Nos. IND052873015, IND980502074 and PAD000765495 to Owens Corning.

329.    According to Annual Reports for the LWD Incinerator Site, manifested waste containing hazardous substances totaling 506,099 lbs. was transported from Owens Corning, with EPA ID No. IND980502074, to the LWD Incinerator Site in 1984; eight shipments of manifested waste containing hazardous substances totaling 207,575 lbs. were transported from Owens Corning, with EPA ID No. IND980502074, to the LWD Incinerator Site in 1985; eight shipments of manifested waste containing hazardous substances totaling 174,517 lbs. were transported from Owens Corning, with EPA ID No. IND980502074, to the LWD Incinerator Site in 1986; five shipments of manifested waste containing hazardous substances totaling 72,746 lbs. were transported from Owens Corning, with EPA ID No. IND980502074, to the LWD Incinerator Site in 1987; two shipments of manifested waste containing hazardous substances totaling 30,821 lbs. were transported from Owens Corning, with EPA ID No. IND052873015, to the LWD Incinerator Site in 1988; two shipments of manifested waste containing hazardous substances totaling 48,500 lbs. were transported from Owens Corning, with EPA ID No.

PAD000765495, to the LWD Incinerator Site in 1988; two shipments of manifested waste containing hazardous substances totaling 12,495 lbs. were transported from Owens Corning, with EPA ID No. IND052873015, to the LWD Incinerator Site in 1989; four shipments of manifested waste containing hazardous substances totaling 40,200 lbs. were transported from Owens Corning, with EPA ID No. IND980502074, to the LWD Incinerator Site in 1989; one shipment of manifested waste containing hazardous substances totaling 4,500 lbs. was transported from Owens Corning, with EPA ID No. PAD000765495, to the LWD Incinerator Site in 1989; and one shipment of manifested waste containing hazardous substances totaling 459 lbs. was transported from Alpha/Owens Corning, with EPA ID No. MSTMP0001848, to the LWD Incinerator Site in 1996.

330.    The total weight attributable to Owens Corning at the LWD Incinerator Site is 1,097,912 lbs.

331.    To date, Owens Corning has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

332.    By letter dated June 8, 2012, the LWD PRP Group demanded that Defendant PMRS, Inc. ("PMRS") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

333.    EPA issued EPA ID Nos. PAD987279205 and PADEP0003504 to PMRS.

334.    According to Annual Reports for the LWD Incinerator Site, two shipments of manifested waste containing hazardous substances totaling 3,787 lbs. were transported from PMRS, with EPA ID No. PADEP0003504, to the LWD Incinerator Site in 1997; two shipments of manifested waste containing hazardous substances totaling 3,400 lbs. were transported from PMRS, with EPA ID No. PAD987279205, to the LWD Incinerator Site in 1998; and three shipments of manifested waste containing hazardous substances totaling 5,148 lbs. were

transported from PMRS, with EPA ID No. PAD987279205, to the LWD Incinerator Site in 1999.

335.    The total weight attributable to PMRS at the LWD Incinerator Site is 12,335 lbs.

336.    To date, PMRS has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

337.    By letter dated June 8, 2012, the LWD PRP Group demanded that Defendant PSC, LLC ("PSC") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

338.    PSC is the parent company and/or successor to Northland Environmental, Inc. ("Northland"), Jesco Industrial Services, Inc. ("Jesco"), Petro-Chem, SC/PSC ("Petro-Chem"), Allwaste Container Services ("Allwaste Container"), Allwaste Tank Cleaning, Inc. ("Allwaste Tank") and Republic Environmental Services ("Republic").

339.    EPA issued EPA ID No. RID040098352 to Northland; EPA ID No. ILD984817270 to Allwaste Container; EPA ID No. ILD980607105 to Allwaste Tank; EPA ID No. OHD055522429 to Republic; EPA ID Nos. KYCEG, KYCEG0000000, KYCESQG and KYCESQG00000 to Jesco; and EPA ID No. SCD044442333 to Petro-Chem.

340.    According to Annual Reports for the LWD Incinerator Site, one shipment of manifested waste containing hazardous substances totaling 16,035 lbs. was transported from Allwaste Tank, with EPA ID No. ILD980607105, to the LWD Incinerator Site in 1989; one shipment of manifested waste containing hazardous substances totaling 610 lbs. was transported from Jesco, with EPA ID No. KYCEG, to the LWD Incinerator Site in 1992; two shipments of manifested waste containing hazardous substances totaling 3,161 lbs. were transported from Allwaste Container, with EPA ID No. ILD984817270, to the LWD Incinerator Site in 1993; one shipment of manifested waste containing hazardous substances totaling 3,050 lbs. was

transported from Allwaste Container, with EPA ID No. ILD984817270, to the LWD Incinerator Site in 1994; one shipment of manifested waste containing hazardous substances totaling 4,587 lbs. was transported from Allwaste Container, with EPA ID No. ILD984817270, to the LWD Incinerator Site in 1995; one shipment of manifested waste containing hazardous substances totaling 11,055 lbs. was transported from Northland, with EPA ID No. RID040098352, to the LWD Incinerator Site in 1995; two shipments of manifested waste containing hazardous substances totaling 27,014 lbs. were transported from Republic, with EPA ID No. OHD055522429, to the LWD Incinerator Site in 1996; one shipment of manifested waste containing hazardous substances totaling 5,120 lbs. was transported from Republic, with EPA ID No. OHD055522429, to the LWD Incinerator Site in 1997; one shipment of manifested waste containing hazardous substances totaling 2,000 lbs. was transported from Jesco, with EPA ID No. KYCESQG, to the LWD Incinerator Site in 1997; ten shipments of manifested waste containing hazardous substances totaling 201,195 lbs. were transported from Allwaste Container, with EPA ID No. ILD984817270, to the LWD Incinerator Site in 1997; two shipments of manifested waste containing hazardous substances totaling 10,462 lbs. were transported from Republic, with EPA ID No. OHD055522429, to the LWD Incinerator Site in 1998; two shipments of manifested waste containing hazardous substances totaling 42,260 lbs. were transported from Allwaste Container, with EPA ID No. ILD984817270, to the LWD Incinerator Site in 1998; one shipment of manifested waste containing hazardous substances totaling 1,040 lbs. was transported from Jesco, with EPA ID No. KYCEG0000000, to the LWD Incinerator Site in 1998; one shipment of manifested waste containing hazardous substances totaling 1,318 lbs. was transported from Republic, with EPA ID No. OHD055522429, to the LWD Incinerator Site in 1999; one shipment of manifested waste containing hazardous substances totaling 31,760 lbs. was transported from Petro-Chem, with EPA ID No. SCD044442333, to the LWD Incinerator

98

Site in 1999; two shipments of manifested waste containing hazardous substances totaling 1,278 lbs. were transported from Jesco, with EPA ID No. KYCEG0000000, to the LWD Incinerator Site in 1999; one shipment of manifested waste containing hazardous substances totaling 1,013 lbs. was transported from Jesco, with EPA ID No. KYCESQG00000, to the LWD Incinerator Site in 2000; and one shipment of manifested waste containing hazardous substances totaling 1,363 lbs. was transported from Jesco, with EPA ID No. KYCESQG00000, to the LWD Incinerator Site in 2002.

341.    The total weight attributable to PSC at the LWD Incinerator Site is 364,321 lbs.

342.    To date, PSC has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

343.    Alternatively, Defendant Philip Services Corp. ("Philip Services") is the parent company and/or successor to Northland, Jesco, and Petro-Chem, Allwaste Container, Allwaste Tank and Republic, and is responsible for the 364,321 lbs. attributable to these entities, as alleged in paragraph no. 340 above.

344.    To date, Philip Services has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

345.    By letter dated July 9, 2012, the LWD PRP Group demanded that Defendant Parker Plastics Corp. ("Parker Plastics") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

346.    EPA issued EPA ID No. PAD987357332 to Parker Plastics.

347.    According to Annual Reports for the LWD Incinerator Site, one shipment of manifested waste containing hazardous substances totaling 6,709 lbs. was transported from Parker Plastics, with EPA ID No. PAD987357332, to the LWD Incinerator Site in 1992.

348. The total weight attributable to Parker Plastics at the LWD Incinerator Site is 6,709 lbs.

349. To date, Parker Plastics has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

350. By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant Peoria Disposal Co. ("Peoria Disposal") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

351. Defendant PDC Laboratories, Inc. ("PDC Laboratories") is an affiliate of Peoria Disposal.

352. EPA issued EPA ID Nos. ILD200000610 and ILD000805812 to Peoria Disposal; and EPA ID Nos. ILD084318922 and IL0000190074 to PDC Laboratories.

353. According to Annual Reports for the LWD Incinerator Site, one shipment of manifested waste containing hazardous substances totaling 1,374 lbs. was transported from Peoria Disposal, with EPA ID No. ILD000805812, to the LWD Incinerator Site in 1986; twelve shipments of manifested waste containing hazardous substances totaling 499,800 lbs. were transported from Peoria Disposal, with EPA ID No. ILD000805812, to the LWD Incinerator Site in 1988; ten shipments of manifested waste containing hazardous substances totaling 430,539 lbs. were transported from Peoria Disposal, with EPA ID No. ILD000805812, to the LWD Incinerator Site in 1992; twenty shipments of manifested waste containing hazardous substances totaling 674,298 lbs. were transported from Peoria Disposal, with EPA ID No. ILD000805812, to the LWD Incinerator Site in 1993; seven shipments of manifested waste containing hazardous substances totaling 151,298 lbs. were transported from Peoria Disposal, with EPA ID No. ILD000805812, to the LWD Incinerator Site in 1995; one shipment of manifested waste containing hazardous substances totaling 958 lbs. was transported from PDC Laboratories, with

EPA ID No. IL0000190074, to the LWD Incinerator Site in 1995; one shipment of manifested waste containing hazardous substances totaling 6,640 lbs. was transported from Peoria Disposal, with EPA ID No. ILD200000610, to the LWD Incinerator Site in 1996; four shipments of manifested waste containing hazardous substances totaling 94,200 lbs. were transported from Peoria Disposal, with EPA ID No. ILD000805812, to the LWD Incinerator Site in 1996; four shipments of manifested waste containing hazardous substances totaling 8,852 lbs. were transported from PDC Laboratories, with EPA ID No. IL0000190074, to the LWD Incinerator Site in 1996; six shipments of manifested waste containing hazardous substances totaling 92,845 lbs. were transported from Peoria Disposal, with EPA ID No. ILD000805812, to the LWD Incinerator Site in 1997; four shipments of manifested waste containing hazardous substances totaling 6,919 lbs. were transported from PDC Laboratories, with EPA ID No. IL0000190074, to the LWD Incinerator Site in 1997; six shipments of manifested waste containing hazardous substances totaling 94,140 lbs. were transported from Peoria Disposal, with EPA ID No. ILD000805812, to the LWD Incinerator Site in 1998; two shipments of manifested waste containing hazardous substances totaling 5,472 lbs. were transported from PDC Laboratories, with EPA ID No. IL0000190074, to the LWD Incinerator Site in 1998; three shipments of manifested waste containing hazardous substances totaling 48,880 lbs. were transported from Peoria Disposal, with EPA ID No. ILD000805812, to the LWD Incinerator Site in 1999; one shipment of manifested waste containing hazardous substances totaling 2,546 lbs. was transported from PDC Laboratories, with EPA ID No. ILD084318922, to the LWD Incinerator Site in 1999; three shipments of manifested waste containing hazardous substances totaling 7,683 lbs. were transported from PDC Laboratories, with EPA ID No. IL0000190074, to the LWD Incinerator Site in 1999; manifested waste containing hazardous substances totaling 24,420 lbs. was transported from Peoria Disposal, with EPA ID No. ILD000805812, to the LWD

Incinerator Site in 2000; manifested waste containing hazardous substances totaling 11,786 lbs. was transported from PDC Laboratories, with EPA ID No. IL0000190074, to the LWD Incinerator Site in 2000; four shipments of manifested waste containing hazardous substances totaling 62,240 lbs. were transported from Peoria Disposal, with EPA ID No. ILD000805812, to the LWD Incinerator Site in 2001; six shipments of manifested waste containing hazardous substances totaling 24,042 lbs. were transported from PDC Laboratories, with EPA ID No. IL0000190074, to the LWD Incinerator Site in 2001; three shipments of manifested waste containing hazardous substances totaling 31,260 lbs. were transported from Peoria Disposal, with EPA ID No. ILD000805812, to the LWD Incinerator Site in 2002; four shipments of manifested waste containing hazardous substances totaling 21,231 lbs. were transported from PDC Laboratories, with EPA ID No. IL0000190074, to the LWD Incinerator Site in 2002; and two shipments of manifested waste containing hazardous substances totaling 8,318 lbs. were transported from PDC Laboratories, with EPA ID No. IL0000190074, to the LWD Incinerator Site in 2003.

354.    The total weight attributable to Peoria Disposal at the LWD Incinerator Site is 2,309,741 lbs.

355.    To date, Peoria Disposal has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

356.    Alternatively, PDC Laboratories is responsible for the 97,807 lbs. attributable to EPA ID Nos. ILD084318922 and IL0000190074, as alleged in paragraph no. 353 above.

357.    To date, PDC Laboratories has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

358.    By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant Perma-Fix Environmental Services, Inc. ("Perma-Fix Environmental") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

359.    Perma-Fix Environmental is the parent company and/or successor to Defendant Perma-Fix of Dayton, Inc. ("Perma- Fix of Dayton"); Defendant Perma-Fix of Orlando, Inc. ("Perma-Fix of Orlando"); and/or Defendant Perma-Fix of South Georgia, Inc. ("Perma-Fix of South Georgia").

360.    EPA issued EPA ID No. OHD004274031 to Perma Fix Environmental; EPA ID No. GAD093380814 to Perma-Fix of South Georgia; and EPA ID No. FLD980559728 to Perma-Fix of Orlando.

361.    According to Annual Reports for the LWD Incinerator Site, manifested waste containing hazardous substances totaling 44,292 lbs. was transported from Perma Fix Environmental, with EPA ID No. OHD004274031, to the LWD Incinerator Site in 2000; one shipment of manifested waste containing hazardous substances totaling 19,540 lbs. was transported from Perma-Fix of South Georgia, with EPA ID No. GAD093380814, to the LWD Incinerator Site in 2003; and fourteen shipments of manifested waste containing hazardous substances totaling 426,260 lbs. were transported from Perma-Fix of Orlando, with EPA ID No. FLD980559728, to the LWD Incinerator Site in 2003.

362.    The total weight attributable to Perma-Fix Environmental at the LWD Incinerator Site is 490,092 lbs.

363.    To date, Perma-Fix Environmental has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

364.    Alternatively, Perma-Fix of Dayton is responsible for the 44,292 lbs. attributable to EPA ID No. OHD004274031, as alleged in paragraph no. 361 above.

365.    To date, Perma-Fix of Dayton has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

366.    Alternatively, Perma-Fix of Orlando is responsible for the 426,260 lbs. attributable to EPA ID No. FLD980559728, as alleged in paragraph no. 361 above.

367.    To date, Perma-Fix of Orlando has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

368.    Alternatively, Perma-Fix of South Georgia is responsible for the 19,540 lbs. attributable to EPA ID No. GAD093380814, as alleged in paragraph no. 361 above.

369.    To date, Perma-Fix of South Georgia has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

370.    By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant Printpack, Inc. ("Printpack") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

371.    Printpack is the parent company and/or successor to Daniels Pkg. Co., Inc. and/or Printpack Enterprises Inc.

372.    EPA issued EPA ID Nos. WID051894244 and NCD030504062 to Daniels Pkg. Co., Inc.; EPA ID No. ILD089825780 to Printpack; and EPA ID No. WID005894244 to Daniels Packaging Inc.

373.    According to Annual Reports for the LWD Incinerator Site, manifested waste containing hazardous substances totaling 33,000 lbs. was transported from Daniels Pkg. Co., Inc., with EPA ID No. WID051894244, to the LWD Incinerator Site in 1983; manifested waste containing hazardous substances totaling 121,877 lbs. was transported from Daniels Pkg. Co., Inc., with EPA ID No. WID051894244, to the LWD Incinerator Site in 1984; manifested waste containing hazardous substances totaling 59,060 lbs. was transported from Printpack, with EPA

ID No. ILD089825780, to the LWD Incinerator Site in 1985; manifested waste containing hazardous substances totaling 90,072 lbs. was transported from Daniels Packaging, Inc., with EPA ID No. WID005894244, to the LWD Incinerator Site in 1985; three shipments of manifested waste containing hazardous substances totaling 86,007 lbs. were transported from Printpack, with EPA ID No. ILD089825780, to the LWD Incinerator Site in 1986; two shipments of manifested waste containing hazardous substances totaling 55,894 lbs. were transported from Daniels Pkg. Co., Inc., with EPA ID No. NCD030504062, to the LWD Incinerator Site in 1986; six shipments of manifested waste containing hazardous substances totaling 159,020 lbs. were transported from Daniels Pkg. Co., Inc., with EPA ID No. WID051894244, to the LWD Incinerator Site in 1986; three shipments of manifested waste containing hazardous substances totaling 45,357 lbs. were transported from Daniels Pkg. Co., Inc., with EPA ID No. NCD030504062, to the LWD Incinerator Site in 1987; five shipments of manifested waste containing hazardous substances totaling 136,312 lbs. were transported from Daniels Pkg. Co., Inc., with EPA ID No. WID051894244, to the LWD Incinerator Site in 1987; four shipments of manifested waste containing hazardous substances totaling 95,820 lbs. were transported from Daniels Pkg. Co., Inc., with EPA ID No. WID051894244, to the LWD Incinerator Site in 1988; and two shipments of manifested waste containing hazardous substances totaling 56,069 lbs. were transported from Daniels Pkg. Co., Inc., with EPA ID No. WID051894244, to the LWD Incinerator Site in 1989.

374.     The total weight attributable to Printpack at the LWD Incinerator Site is 938,488 lbs.

375.     To date, Printpack has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

376.    By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant Quality Metal Finishing Co. ("Quality Metal Finishing") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

377.    EPA issued EPA ID No. ILD005215421 to Quality Metal Finishing.

378.    According to Annual Reports for the LWD Incinerator Site, one shipment of manifested waste containing hazardous substances totaling 800 lbs. was transported from Quality Metal Finishing, with EPA ID No. ILD005215421, to the LWD Incinerator Site in 1988; one shipment of manifested waste containing hazardous substances totaling 13,828 lbs. was transported from Quality Metal Finishing, with EPA ID No. ILD005215421, to the LWD Incinerator Site in 1990; two shipments of manifested waste containing hazardous substances totaling 14,916 lbs. were transported from Quality Metal Finishing, with EPA ID No. ILD005215421, to the LWD Incinerator Site in 1992; one shipment of manifested waste containing hazardous substances totaling 3,050 lbs. was transported from Quality Metal Finishing, with EPA ID No. ILD005215421, to the LWD Incinerator Site in 1993; one shipment of manifested waste containing hazardous substances totaling 610 lbs. was transported from Quality Metal Finishing, with EPA ID No. ILD005215421, to the LWD Incinerator Site in 1994; five shipments of manifested waste containing hazardous substances totaling 12,809 lbs. were transported from Quality Metal Finishing, with EPA ID No. ILD005215421, to the LWD Incinerator Site in 1995; five shipments of manifested waste containing hazardous substances totaling 4,880 lbs. were transported from Quality Metal Finishing, with EPA ID No. ILD005215421, to the LWD Incinerator Site in 1996; one shipment of manifested waste containing hazardous substances totaling 221 lbs. was transported from Quality Metal Finishing, with EPA ID No. ILD005215421, to the LWD Incinerator Site in 1997; three shipments of manifested waste containing hazardous substances totaling 17,452 lbs. were transported from

Quality Metal Finishing, with EPA ID No. ILD005215421, to the LWD Incinerator Site in 1999; manifested waste containing hazardous substances totaling 154,591 lbs. was transported from Quality Metal Finishing, with EPA ID No. ILD005215421, to the LWD Incinerator Site in 2000; fourteen shipments of manifested waste containing hazardous substances totaling 84,713 lbs. were transported from Quality Metal Finishing, with EPA ID No. ILD005215421, to the LWD Incinerator Site in 2001; thirteen shipments of manifested waste containing hazardous substances totaling 92,031 lbs. were transported from Quality Metal Finishing, with EPA ID No. ILD005215421, to the LWD Incinerator Site in 2002; and thirteen shipments of manifested waste containing hazardous substances totaling 54,894 lbs. were transported from Quality Metal Finishing, with EPA ID No. ILD005215421, to the LWD Incinerator Site in 2003.

379.    The total weight attributable to Quality Metal Finishing at the LWD Incinerator Site is 454,795 lbs.

380.    To date, Quality Metal Finishing has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

381.    By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant Rail Services, Inc. ("Rail Services") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

382.    EPA issued EPA ID No. KYD991276833 to Rail Services.

383.    According to Annual Reports for the LWD Incinerator Site, manifested waste containing hazardous substances totaling 48,040 lbs. was transported from Rail Services, with EPA ID No. KYD991276833, to the LWD Incinerator Site in 1983; manifested waste containing hazardous substances totaling 18,326 lbs. was transported from Rail Services, with EPA ID No. KYD991276833, to the LWD Incinerator Site in 1984; three shipments of manifested waste containing hazardous substances totaling 13,603 lbs. were transported from Rail Services, with

EPA ID No. KYD991276833, to the LWD Incinerator Site in 1985; six shipments of manifested waste containing hazardous substances totaling 18,668 lbs. were transported from Rail Services, with EPA ID No. KYD991276833, to the LWD Incinerator Site in 1986; five shipments of manifested waste containing hazardous substances totaling 22,332 lbs. were transported from Rail Services, with EPA ID No. KYD991276833, to the LWD Incinerator Site in 1987; five shipments of manifested waste containing hazardous substances totaling 11,856 lbs. were transported from Rail Services, with EPA ID No. KYD991276833, to the LWD Incinerator Site in 1988; eleven shipments of manifested waste containing hazardous substances totaling 109,540 lbs. were transported from Rail Services, with EPA ID No. KYD991276833, to the LWD Incinerator Site in 1989; twelve shipments of manifested waste containing hazardous substances totaling 119,771 lbs. were transported from Rail Services, with EPA ID No. KYD991276833, to the LWD Incinerator Site in 1990; eighteen shipments of manifested waste containing hazardous substances totaling 71,404 lbs. were transported from Rail Services, with EPA ID No. KYD991276833, to the LWD Incinerator Site in 1991; nine shipments of manifested waste containing hazardous substances totaling 14,701 lbs. were transported from Rail Services, with EPA ID No. KYD991276833, to the LWD Incinerator Site in 1992; one shipment of manifested waste containing hazardous substances totaling 417 lbs. was transported from Rail Services, with EPA ID No. KYD991276833, to the LWD Incinerator Site in 1993; one shipment of manifested waste containing hazardous substances totaling 3,753 lbs. was transported from Rail Services, with EPA ID No. KYD991276833, to the LWD Incinerator Site in 1996; eight shipments of manifested waste containing hazardous substances totaling 58,604 lbs. were transported from Rail Services, with EPA ID No. KYD991276833, to the LWD Incinerator Site in 1997; seven shipments of manifested waste containing hazardous substances totaling 98,614 lbs. were transported from Rail Services, with EPA ID No. KYD991276833, to the LWD Incinerator Site

in 1998; thirteen shipments of manifested waste containing hazardous substances totaling 222,794 lbs. were transported from Rail Services, with EPA ID No. KYD991276833, to the LWD Incinerator Site in 1999; manifested waste containing hazardous substances totaling 29,706 lbs. was transported from Rail Services, with EPA ID No. KYD991276833, to the LWD Incinerator Site in 2000; three shipments of manifested waste containing hazardous substances totaling 22,430 lbs. were transported from Rail Services, with EPA ID No. KYD991276833, to the LWD Incinerator Site in 2001; seven shipments of manifested waste containing hazardous substances totaling 56,916 lbs. were transported from Rail Services, with EPA ID No. KYD991276833, to the LWD Incinerator Site in 2002; and ten shipments of manifested waste containing hazardous substances totaling 142,960 lbs. were transported from Rail Services, with EPA ID No. KYD991276833, to the LWD Incinerator Site in 2003.

384.    The total weight attributable to Rail Services at the LWD Incinerator Site is 1,084,435 lbs.

385.    To date, Rail Services has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

386.    By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant Regal Beloit America, Inc. ("Regal Beloit") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

387.    Regal Beloit is the parent company and/or successor to Grove Gear Corp., also known as Regal Beloit/Gear Grove Div. ("Grove Gear"); Durst Co., also known as Durst ("Durst"); and/or Marathon Electric Manufacturing Co., also known as Marathon Motors, Marathon Electric Manufacturing Corp. and Marathon Electric Mfg. Corp. ("Marathon").

388.    EPA issued EPA ID No. WIT560010399 to Durst; EPA ID Nos. MOD000668970 and WID006126213 to Marathon; and EPA ID No. WID006095186 to Grove Gear.

389.    According to Annual Reports for the LWD Incinerator Site, manifested waste containing hazardous substances totaling 22,908 lbs. was transported from Marathon with EPA ID No. MOD000668970, to the LWD Incinerator Site in 1983; manifested waste containing hazardous substances totaling 6,664 lbs. was transported from Durst with EPA ID No. WIT560010399, to the LWD Incinerator Site in 1984; manifested waste containing hazardous substances totaling 10,078 lbs. was transported from Marathon with EPA ID No. MOD000668970, to the LWD Incinerator Site in 1984; manifested waste containing hazardous substances totaling 47,395 lbs. was transported from Marathon with EPA ID No. WID006126213, to the LWD Incinerator Site in 1984; manifested waste containing hazardous substances totaling 10,537 lbs. was transported from Durst with EPA ID No. WIT560010399, to the LWD Incinerator Site in 1985; manifested waste containing hazardous substances totaling 29,780 lbs. was transported from Marathon with EPA ID No. MOD000668970, to the LWD Incinerator Site in 1985; manifested waste containing hazardous substances totaling 50,255 lbs. was transported from Marathon with EPA ID No. WID006126213, to the LWD Incinerator Site in 1985; six shipments of manifested waste containing hazardous substances totaling 43,522 lbs. were transported from Marathon with EPA ID No. WID006126213, to the LWD Incinerator Site in 1986; three shipments of manifested waste containing hazardous substances totaling 21,533 lbs. were transported from Durst with EPA ID No. WIT560010399, to the LWD Incinerator Site in 1986; two shipments of manifested waste containing hazardous substances totaling 28,280 lbs. were transported from Marathon with EPA ID No. MOD000668970, to the LWD Incinerator Site in 1986; two shipments of manifested waste containing hazardous substances totaling 5,950 lbs. were transported from Grove Gear with EPA ID No. WID006095186, to the LWD Incinerator Site in 1986; three shipments of manifested waste containing hazardous substances totaling 24,740 lbs. were transported from Durst with EPA ID No. WIT560010399, to the LWD

Incinerator Site in 1987; four shipments of manifested waste containing hazardous substances

totaling 39,275 lbs. were transported from Marathon with EPA ID No. WID006126213, to the

LWD Incinerator Site in 1987; three shipments of manifested waste containing hazardous

substances totaling 33,570 lbs. were transported from Marathon with EPA ID No.

MOD000668970, to the LWD Incinerator Site in 1987; two shipments of manifested waste

containing hazardous substances totaling 9,000 lbs. were transported from Grove Gear with EPA

ID No. WID006095186, to the LWD Incinerator Site in 1987; four shipments of manifested

waste containing hazardous substances totaling 27,031 lbs. were transported from Durst with

EPA ID No. WIT560010399, to the LWD Incinerator Site in 1988; five shipments of manifested

waste containing hazardous substances totaling 50,550 lbs. were transported from Marathon with

EPA ID No. MOD000668970, to the LWD Incinerator Site in 1988; six shipments of manifested

waste containing hazardous substances totaling 53,330 lbs. were transported from Marathon with

EPA ID No. WID006126213, to the LWD Incinerator Site in 1988; two shipments of manifested

waste containing hazardous substances totaling 6,500 lbs. were transported from Grove Gear

with EPA ID No. WID006095186, to the LWD Incinerator Site in 1988; two shipments of

manifested waste containing hazardous substances totaling 4,580 lbs. were transported from

Grove Gear with EPA ID No. WID006095186, to the LWD Incinerator Site in 1989; five

shipments of manifested waste containing hazardous substances totaling 35,736 lbs. were

transported from Durst with EPA ID No. WIT560010399, to the LWD Incinerator Site in 1989;

three shipments of manifested waste containing hazardous substances totaling 22,625 lbs. were

transported from Marathon with EPA ID No. MOD000668970, to the LWD Incinerator Site in

1989; six shipments of manifested waste containing hazardous substances totaling 57,692 lbs.

were transported from Marathon with EPA ID No. WID006126213, to the LWD Incinerator Site

in 1989; and two shipments of manifested waste containing hazardous substances totaling 5,193

lbs. were transported from Marathon with EPA ID No. MOD000668970, to the LWD Incinerator

Site in 1990.

390.   The total weight attributable to Regal Beloit at the LWD Incinerator Site is

646,724 lbs.

391.   To date, Regal Beloit has not paid toward any response costs incurred by the

LWD PRP Group at the LWD Incinerator Site.

392.   By letter dated June 8, 2012, the LWD PRP Group demanded that Defendant

Relocatable Confinement Facilities, Inc. ("RCF") pay its equitable share of LWD Incinerator

Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

393.   RCF is the successor to Johnson Fire Doors.

394.   EPA issued EPA ID No. ILD010224355 to Johnson Fire Doors.

395.   According to Annual Reports for the LWD Incinerator Site, two shipments of

manifested waste containing hazardous substances totaling 28,765 lbs. were transported from

Johnson Fire Doors, with EPA ID No. ILD010224355, to the LWD Incinerator Site in 1995.

396.   The total weight attributable to RCF at the LWD Incinerator Site is 28,765 lbs.

397.   To date, RCF has not paid toward any response costs incurred by the LWD PRP

Group at the LWD Incinerator Site.

398.   By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant

Sabreliner Corp. ("Sabreliner") pay its equitable share of LWD Incinerator Site response costs

pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

399.   Sabreliner is the successor to Sabreliner Neosho.

400.   EPA issued EPA ID Nos. MOD071982037, MOD071987416, MOD985799139,

MOO000192849 and MOO000192856 to Sabreliner; and EPA ID No. MOD050715655 to

Sabreliner Neosho.

401.    According to Annual Reports for the LWD Incinerator Site, four shipments of manifested waste containing hazardous substances totaling 27,489 lbs. were transported from Sabreliner, with EPA ID No. MOD071987416, to the LWD Incinerator Site in 1985; six shipments of manifested waste containing hazardous substances totaling 52,687 lbs. were transported from Sabreliner, with EPA ID No. MOD071987416, to the LWD Incinerator Site in 1986; five shipments of manifested waste containing hazardous substances totaling 46,273 lbs. were transported from Sabreliner, with EPA ID No. MOD071987416, to the LWD Incinerator Site in 1987; four shipments of manifested waste containing hazardous substances totaling 53,154 lbs. were transported from Sabreliner, with EPA ID No. MOD071987416, to the LWD Incinerator Site in 1988; four shipments of manifested waste containing hazardous substances totaling 93,254 lbs. were transported from Sabreliner, with EPA ID No. MOD071987416, to the LWD Incinerator Site in 1989; three shipments of manifested waste containing hazardous substances totaling 42,608 lbs. were transported from Sabreliner, with EPA ID No. MOD071987416, to the LWD Incinerator Site in 1990; four shipments of manifested waste containing hazardous substances totaling 75,849 lbs. were transported from Sabreliner, with EPA ID No. MOD071987416, to the LWD Incinerator Site in 1991; one shipment of manifested waste containing hazardous substances totaling 11,100 lbs. was transported from Sabreliner, with EPA ID No. MOD071982037, to the LWD Incinerator Site in 1992; five shipments of manifested waste containing hazardous substances totaling 64,780 lbs. were transported from Sabreliner, with EPA ID No. MOD071987416, to the LWD Incinerator Site in 1992; two shipments of manifested waste containing hazardous substances totaling 41,650 lbs. were transported from Sabreliner Neosho, with EPA ID No. MOD050715655, to the LWD Incinerator Site in 1993; three shipments of manifested waste containing hazardous substances totaling 42,044 lbs. were transported from Sabreliner, with EPA ID No. MOD071987416, to the LWD Incinerator Site in

1993; one shipment of manifested waste containing hazardous substances totaling 1,376 lbs. was transported from Sabreliner, with EPA ID No. MOO000192849, to the LWD Incinerator Site in 1994; one shipment of manifested waste containing hazardous substances totaling 459 lbs. was transported from Sabreliner, with EPA ID No. MOO000192856, to the LWD Incinerator Site in 1994; nine shipments of manifested waste containing hazardous substances totaling 113,555 lbs. were transported from Sabreliner Neosho, with EPA ID No. MOD050715655, to the LWD Incinerator Site in 1994; one shipment of manifested waste containing hazardous substances totaling 4,262 lbs. was transported from Sabreliner, with EPA ID No. MOD071982037, to the LWD Incinerator Site in 1994; seventeen shipments of manifested waste containing hazardous substances totaling 501,461 lbs. were transported from Sabreliner, with EPA ID No. MOD071987416, to the LWD Incinerator Site in 1994; one shipment of manifested waste containing hazardous substances totaling 1,835 lbs. was transported from Sabreliner, with EPA ID No. MOD985799139, to the LWD Incinerator Site in 1994; and nine shipments of manifested waste containing hazardous substances totaling 285,970 lbs. were transported from Sabreliner, with EPA ID No. MOD071987416, to the LWD Incinerator Site in 1995.

402.    The total weight attributable to Sabreliner at the LWD Incinerator Site is 1,459,806 lbs.

403.    To date, Sabreliner has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

404.    By letter dated October 19, 2012, the LWD PRP Group demanded that Schenectady Chemicals, Inc. ("Schenectady Chemicals") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

405.     Defendants SI Group, Inc. ("SI Group") has indicated to the LWD PRP Group that prior versions of the Complaint in this case improperly attributed the waste streams in paragraph no. 407 below to Schenectady Chemicals instead of SI Group.

406.     EPA issued EPA ID Nos. NYD000818799, NYD000818807, NYD002070100 and NYD002070118 to Schenectady Chemicals.

407.     According to Annual Reports for the LWD Incinerator Site, manifested waste containing hazardous substances totaling 73,304 lbs. was transported from Schenectady Chemicals, with EPA ID No. NYD002070118, to the LWD Incinerator Site in 1983; three shipments of manifested waste containing hazardous substances totaling 4,012 lbs. were transported from Schenectady Chemicals, with EPA ID No. NYD000818799, to the LWD Incinerator Site in 1985; three shipments of manifested waste containing hazardous substances totaling 23,600 lbs. were transported from Schenectady Chemicals, with EPA ID No. NYD000818807, to the LWD Incinerator Site in 1985; seven shipments of manifested waste containing hazardous substances totaling 183,599 lbs. were transported from Schenectady Chemicals, with EPA ID No. NYD002070100, to the LWD Incinerator Site in 1985; four shipments of manifested waste containing hazardous substances totaling 63,060 lbs. were transported from Schenectady Chemicals, with EPA ID No. NYD002070118, to the LWD Incinerator Site in 1985; two shipments of manifested waste containing hazardous substances totaling 2,227 lbs. were transported from Schenectady Chemicals, with EPA ID No. NYD000818799, to the LWD Incinerator Site in 1986; four shipments of manifested waste containing hazardous substances totaling 53,205 lbs. were transported from Schenectady Chemicals, with EPA ID No. NYD000818807, to the LWD Incinerator Site in 1986; six shipments of manifested waste containing hazardous substances totaling 181,809 lbs. were transported from Schenectady Chemicals, with EPA ID No. NYD002070100, to the LWD

Incinerator Site in 1986; one shipment of manifested waste containing hazardous substances totaling 31,483 lbs. was transported from Schenectady Chemicals, with EPA ID No. NYD002070118, to the LWD Incinerator Site in 1986; one shipment of manifested waste containing hazardous substances totaling 9,605 lbs. was transported from Schenectady Chemicals, with EPA ID No. NYD000818799, to the LWD Incinerator Site in 1987; two shipments of manifested waste containing hazardous substances totaling 17,953 lbs. were transported from Schenectady Chemicals, with EPA ID No. NYD000818807, to the LWD Incinerator Site in 1987; three shipments of manifested waste containing hazardous substances totaling 370,770 lbs. were transported from Schenectady Chemicals, with EPA ID No. NYD002070100, to the LWD Incinerator Site in 1987; ten shipments of manifested waste containing hazardous substances totaling 25,911 lbs. were transported from Schenectady Chemicals, with EPA ID No. NYD002070118, to the LWD Incinerator Site in 1987; twelve shipments of manifested waste containing hazardous substances totaling 459,851 lbs. were transported from Schenectady Chemicals, with EPA ID No. NYD002070100, to the LWD Incinerator Site in 1988; six shipments of manifested waste containing hazardous substances totaling 142,810 lbs. were transported from Schenectady Chemicals, with EPA ID No. NYD002070118, to the LWD Incinerator Site in 1988; one shipment of manifested waste containing hazardous substances totaling 39,894 lbs. was transported from Schenectady Chemicals, with EPA ID No. NYD002070100, to the LWD Incinerator Site in 1989; and two shipments of manifested waste containing hazardous substances totaling 22,810 lbs. were transported from Schenectady Chemicals, with EPA ID No. NYD002070118, to the LWD Incinerator Site in 1989.

408.    The total weight attributable to SI Group at the LWD Incinerator Site is 1,705,903 lbs.

409.    To date, SI Group has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

410.    By letter dated October 19, 2012, the LWD PRP Group demanded that Pacific Western Resin Co. ("Pacific Western") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

411.    Defendant Simpson Investment Co. ("Simpson Investment") has indicated to the LWD PRP Group that prior versions of the Complaint in this case improperly attributed the waste streams in paragraph no. 413 below to Pacific Western instead of Simpson Investment.

412.    EPA issued EPA ID No. KYD985072982 to Pacific Western.

413.    According to Annual Reports for the LWD Incinerator Site, two shipments of manifested waste containing hazardous substances totaling 55,342 lbs. were transported from Pacific Western, with EPA ID No. KYD985072982, to the LWD Incinerator Site in 1990; and twenty-two shipments of manifested waste containing hazardous substances totaling 432,040 lbs. were transported from Pacific Western, with EPA ID No. KYD985072982, to the LWD Incinerator Site in 1991.

414.    The total weight attributable to Pacific Western at the LWD Incinerator Site is 487,382 lbs.

415.    To date, Pacific Western has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

416.    By letter dated October 19, 2012, the LWD PRP Group demanded that The Williams Companies, Inc. ("Williams Companies") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

417.    Defendant Southern Star Central Gas Pipeline, Inc. ("Southern Star") has indicated to the LWD PRP Group that prior versions of the Complaint in this case improperly

117

attributed the waste streams in paragraph no. 420 below to Williams Companies instead of Southern Star.

418.    Southern Star is the parent company and/or successor to Williams Gas Pipeline, Williams Gas Pipeline-Central, and/or Williams Gas Pipeline-South Central.

419.    EPA issued EPA ID Nos. IAT200010007, INR000022350 and OK0000963389 to Williams Gas Pipeline; EPA ID Nos. KSD984971408, KSD984989236, KSD984990606, KSD984990697 and KSD985013044 to Williams Gas Pipeline-Central; and EPA ID Nos. KSD984968628, KSD984972885, KSD984989012, KSR000004085, KSR000015594, KSR000016576, MOD985798271, MOD985819507, MOR000040246, MOR000500140, OKD987085438, OKO000963355 and OKO000963363 to Williams Gas Pipeline-South Central.

420.    According to Annual Reports for the LWD Incinerator Site, manifested waste containing hazardous substances totaling 114,954 lbs. was transported from Williams Gas Pipeline, with EPA ID No. IAT200010007, to the LWD Incinerator Site in 1984; one shipment of manifested waste containing hazardous substances totaling 41,650 lbs. was transported from Williams Gas Pipeline, with EPA ID No. IAT200010007, to the LWD Incinerator Site in 1985; one shipment of manifested waste containing hazardous substances totaling 9,240 lbs. was transported from Williams Gas Pipeline, with EPA ID No. INR000022350, to the LWD Incinerator Site in 1999; one shipment of manifested waste containing hazardous substances totaling 97,120 lbs. was transported from Williams Gas Pipeline, with EPA ID No. INR000022350, to the LWD Incinerator Site in 2000; seven shipments of manifested waste containing hazardous substances totaling 223,228 lbs. were transported from Williams Gas Pipeline-Central, with EPA ID No. KSD984971408, to the LWD Incinerator Site in 2000; two shipments of manifested waste containing hazardous substances totaling 249 lbs. were transported from Williams Gas Pipeline-Central, with EPA ID No. KSD984989236, to the LWD

Incinerator Site in 2000; one shipment of manifested waste containing hazardous substances totaling 476 lbs. was transported from Williams Gas Pipeline-Central, with EPA ID No. KSD984990606, to the LWD Incinerator Site in 2000; five shipments of manifested waste containing hazardous substances totaling 1,897 lbs. were transported from Williams Gas Pipeline-Central, with EPA ID No. KSD984990697, to the LWD Incinerator Site in 2000; six shipments of manifested waste containing hazardous substances totaling 3,363 lbs. were transported from Williams Gas Pipeline-Central, with EPA ID No. KSD985013044, to the LWD Incinerator Site in 2000; three shipments of manifested waste containing hazardous substances totaling 623 lbs. were transported from Williams Gas Pipeline-South Central, with EPA ID No. KSR000015594, to the LWD Incinerator Site in 2000; one shipment of manifested waste containing hazardous substances totaling 1,156 lbs. was transported from Williams Gas Pipeline-South Central, with EPA ID No. MOD985819507, to the LWD Incinerator Site in 2000; three shipments of manifested waste containing hazardous substances totaling 163,676 lbs. were transported from Williams Gas Pipeline-South Central, with EPA ID No. OKD987085438, to the LWD Incinerator Site in 2000; two shipments of manifested waste containing hazardous substances totaling 1,237 lbs. were transported from Williams Gas Pipeline-South Central, with EPA ID No. OKO000963355, to the LWD Incinerator Site in 2000; one shipment of manifested waste containing hazardous substances totaling 1,216 lbs. was transported from Williams Gas Pipeline-South Central, with EPA ID No. KSD984968628, to the LWD Incinerator Site in 2001; two shipments of manifested waste containing hazardous substances totaling 22,856 lbs. were transported from Williams Gas Pipeline-Central, with EPA ID No. KSD984971408, to the LWD Incinerator Site in 2001; one shipment of manifested waste containing hazardous substances totaling 790 lbs. was transported from Williams Gas Pipeline-Central, with EPA ID No. KSD984989236, to the LWD Incinerator Site in 2001; one shipment of manifested waste

containing hazardous substances totaling 193 lbs. was transported from Williams Gas Pipeline-Central, with EPA ID No. KSD984990606, to the LWD Incinerator Site in 2001; three shipments of manifested waste containing hazardous substances totaling 4,328 lbs. were transported from Williams Gas Pipeline-Central, with EPA ID No. KSD984990697, to the LWD Incinerator Site in 2001; one shipment of manifested waste containing hazardous substances totaling 38 lbs. was transported from Williams Gas Pipeline-South Central, with EPA ID No. KSR000004085, to the LWD Incinerator Site in 2001; one shipment of manifested waste containing hazardous substances totaling 3,130 lbs. was transported from Williams Gas Pipeline-South Central, with EPA ID No. KSR000016576, to the LWD Incinerator Site in 2001; one shipment of manifested waste containing hazardous substances totaling 2,279 lbs. was transported from Williams Gas Pipeline-South Central, with EPA ID No. MOD985819507, to the LWD Incinerator Site in 2001; one shipment of manifested waste containing hazardous substances totaling 184 lbs. was transported from Williams Gas Pipeline-South Central, with EPA ID No. MOR000500140, to the LWD Incinerator Site in 2001; one shipment of manifested waste containing hazardous substances totaling 735 lbs. was transported from Williams Gas Pipeline-South Central, with EPA ID No. KSD984968628, to the LWD Incinerator Site in 2002; one shipment of manifested waste containing hazardous substances totaling 3,482 lbs. was transported from Williams Gas Pipeline-South Central, with EPA ID No. KSD984972885, to the LWD Incinerator Site in 2002; one shipment of manifested waste containing hazardous substances totaling 52 lbs. was transported from Williams Gas Pipeline-South Central, with EPA ID No. KSD984989012, to the LWD Incinerator Site in 2002; one shipment of manifested waste containing hazardous substances totaling 752 lbs. was transported from Williams Gas Pipeline-Central, with EPA ID No. KSD984989236, to the LWD Incinerator Site in 2002; two shipments of manifested waste containing hazardous substances totaling 3,328 lbs. were transported from Williams Gas

Pipeline-Central, with EPA ID No. KSD984990697, to the LWD Incinerator Site in 2002; one shipment of manifested waste containing hazardous substances totaling 331 lbs. was transported from Williams Gas Pipeline-South Central, with EPA ID No. MOD985798271, to the LWD Incinerator Site in 2002; three shipments of manifested waste containing hazardous substances totaling 3,716 lbs. were transported from Williams Gas Pipeline-South Central, with EPA ID No. MOD985819507, to the LWD Incinerator Site in 2002; one shipment of manifested waste containing hazardous substances totaling 103 lbs. was transported from Williams Gas Pipeline-South Central, with EPA ID No. MOR000040246, to the LWD Incinerator Site in 2002; one shipment of manifested waste containing hazardous substances totaling 1,589 lbs. was transported from Williams Gas Pipeline-South Central, with EPA ID No. OKD987085438, to the LWD Incinerator Site in 2002; one shipment of manifested waste containing hazardous substances totaling 186 lbs. was transported from Williams Gas Pipeline, with EPA ID No. OK0000963389, to the LWD Incinerator Site in 2002; one shipment of manifested waste containing hazardous substances totaling 3,904 lbs. was transported from Williams Gas Pipeline-Central, with EPA ID No. KSD984971408, to the LWD Incinerator Site in 2003; one shipment of manifested waste containing hazardous substances totaling 1,949 lbs. was transported from Williams Gas Pipeline-South Central, with EPA ID No. KSD984972885, to the LWD Incinerator Site in 2003; one shipment of manifested waste containing hazardous substances totaling 911 lbs. was transported from Williams Gas Pipeline-Central, with EPA ID No. KSD984989236, to the LWD Incinerator Site in 2003; and one shipment of manifested waste containing hazardous substances totaling 1,465 lbs. was transported from Williams Gas Pipeline-South Central, with EPA ID No. OKO000963363, to the LWD Incinerator Site in 2003.

421.    The total weight attributable to Southern Star at the LWD Incinerator Site is 716,386 lbs.

422.    To date, Southern Star has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

423.    By letter dated June 8, 2012, the LWD PRP Group demanded that Defendant Sterling Hardware, LLC ("Sterling Hardware") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

424.    Sterling Hardware is the parent company and/or successor to Sterling Casket Hardware Co., Inc. ("Sterling Casket").

425.    EPA issued EPA ID No. VAD000020115 to Sterling Casket.

426.    According to Annual Reports for the LWD Incinerator Site, one shipment of manifested waste containing hazardous substances totaling 1,648 lbs. was transported from Sterling Casket, with EPA ID No. VAD000020115, to the LWD Incinerator Site in 1998; and three shipments of manifested waste containing hazardous substances totaling 13,222 lbs. were transported from Sterling Casket, with EPA ID No. VAD000020115, to the LWD Incinerator Site in 1999.

427.    The total weight attributable to Sterling Hardware at the LWD Incinerator Site is 14,870 lbs.

428.    To date, Sterling Hardware has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

429.    By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant Sumitomo Electric Wintec America, Inc. ("Sumitomo Electric Wintec") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

430.    Sumitomo Electric Wintec is the parent company and/or successor to SPD Magnet Wire Co., Sumitomo Electric Insulated Wire, Inc., and/or Sumitomo Machinery Corp. of America.

431.    EPA issued EPA ID No. KYD981806367 to SPD Magnet Wire Co.; EPA ID No. ILD121290381 to Sumitomo Machinery Corp. of America; and EPA ID No. KYD981806367 to Sumitomo Electric Insulated Wire, Inc.

432.    According to Annual Reports for the LWD Incinerator Site, one shipment of manifested waste containing hazardous substances totaling 916 lbs. was transported from Sumitomo Machinery Corp. of America, with EPA ID No. ILD121290381, to the LWD Incinerator Site in 1987; one shipment of manifested waste containing hazardous substances totaling 12,034 lbs. was transported from Sumitomo Electric Insulated Wire, Inc., with EPA ID No. KYD981806367, to the LWD Incinerator Site in 1990; one shipment of manifested waste containing hazardous substances totaling 6,408 lbs. was transported from Sumitomo Electric Insulated Wire, Inc., with EPA ID No. KYD981806367, to the LWD Incinerator Site in 1991; six shipments of manifested waste containing hazardous substances totaling 35,700 lbs. were transported from SPD Magnet Wire Co., with EPA ID No. KYD981806367, to the LWD Incinerator Site in 1991; six shipments of manifested waste containing hazardous substances totaling 34,826 lbs. were transported from SPD Magnet Wire Co., with EPA ID No. KYD981806367, to the LWD Incinerator Site in 1992; six shipments of manifested waste containing hazardous substances totaling 52,360 lbs. were transported from SPD Magnet Wire Co., with EPA ID No. KYD981806367, to the LWD Incinerator Site in 1993; seven shipments of manifested waste containing hazardous substances totaling 58,666 lbs. were transported from SPD Magnet Wire Co., with EPA ID No. KYD981806367, to the LWD Incinerator Site in 1994; eight shipments of manifested waste containing hazardous substances totaling 82,148 lbs. were transported from SPD Magnet Wire Co., with EPA ID No. KYD981806367, to the LWD Incinerator Site in 1995; nine shipments of manifested waste containing hazardous substances totaling 109,504 lbs. were transported from SPD Magnet Wire Co., with EPA ID No.

KYD981806367, to the LWD Incinerator Site in 1996; ten shipments of manifested waste containing hazardous substances totaling 109,589 lbs. were transported from SPD Magnet Wire Co., with EPA ID No. KYD981806367, to the LWD Incinerator Site in 1997; twelve shipments of manifested waste containing hazardous substances totaling 105,310 lbs. were transported from Sumitomo Electric Insulated Wire, Inc., with EPA ID No. KYD981806367, to the LWD Incinerator Site in 1998; fifteen shipments of manifested waste containing hazardous substances totaling 96,414 lbs. were transported from SPD Magnet Wire Co., with EPA ID No. KYD981806367, to the LWD Incinerator Site in 1999; three shipments of manifested waste containing hazardous substances totaling 99,720 lbs. were transported from SPD Magnet Wire Co., with EPA ID No. KYD981806367, to the LWD Incinerator Site in 2000; and nine shipments of manifested waste containing hazardous substances totaling 79,444 lbs. were transported from Sumitomo Electric Insulated Wire, Inc., with EPA ID No. KYD981806367, to the LWD Incinerator Site in 2001.

433.    The total weight attributable to Sumitomo Electric Wintec at the LWD Incinerator Site is 883,039 lbs.

434.    To date, Sumitomo Electric Wintec has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

435.    By letter dated October 19, 2012, the LWD PRP Group demanded that Independent Terminal and Pipeline Co. ("ITAPCO") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

436.    Defendant TransMontaigne Product Services, Inc. ("TransMontaigne") has indicated to the LWD PRP Group that prior versions of the Complaint in this case improperly attributed the waste streams in paragraph no. 439 below to ITAPCO instead of TransMontaigne.

437.    TransMontaigne is the parent company and/or successor to Coastal Fuels Marketing, Inc., ITAPCO and/or Louis Dreyfus Energy Corp.

438.    EPA issued EPA ID Nos. FLD051336535 and FLD981019656 to Coastal Fuels Marketing, Inc.; EPA ID Nos. IND077866614 and KYD000604298 to ITAPCO - Kentuckiana Terminal, Inc.; EPA ID No. MSD000792630 to ITAPCO - Mississippi Terminal, Inc. (ITAPCO-Greenville Terminal, Inc.); EPA ID No. KYD000604298 to ITAPCO - Paducah Terminal, Inc.; EPA ID No. KYD985080043 to ITAPCO (EST); and EPA ID No. FLD063601207 to Louis Dreyfus Energy Corp.

439.    According to Annual Reports for the LWD Incinerator Site, manifested waste containing hazardous substances totaling 108,290 lbs. was transported from ITAPCO - Kentuckiana Terminal, Inc., with EPA ID No. KYD000604298, to the LWD Incinerator Site in 1981; manifested waste containing hazardous substances totaling 177,930 lbs. was transported from ITAPCO - Kentuckiana Terminal, Inc., with EPA ID No. KYD000604298, to the LWD Incinerator Site in 1982; three shipments of manifested waste containing hazardous substances totaling 64,724 lbs. were transported from ITAPCO - Kentuckiana Terminal, Inc., with EPA ID No. IND077866614, to the LWD Incinerator Site in 1988; two shipments of manifested waste containing hazardous substances totaling 69,680 lbs. were transported from ITAPCO - Kentuckiana Terminal, Inc., with EPA ID No. IND077866614, to the LWD Incinerator Site in 1989; two shipments of manifested waste containing hazardous substances totaling 62,475 lbs. were transported from ITAPCO - Mississippi Terminal, Inc., with EPA ID No. MSD000792630, to the LWD Incinerator Site in 1989; two shipments of manifested waste containing hazardous substances totaling 13,328 lbs. were transported from ITAPCO - Kentuckiana Terminal, Inc., with EPA ID No. IND077866614, to the LWD Incinerator Site in 1990; four shipments of manifested waste containing hazardous substances totaling 41,358 lbs. were transported from

ITAPCO - Paducah Terminal, Inc., with EPA ID No. KYD000604298, to the LWD Incinerator Site in 1991; two shipments of manifested waste containing hazardous substances totaling 38,406 lbs. were transported from Coastal Fuels Marketing, Inc., with EPA ID No. FLD051336535, to the LWD Incinerator Site in 1994; one shipment of manifested waste containing hazardous substances totaling 5,490 lbs. was transported from Louis Dreyfus Energy Corp., with EPA ID No. FLD063601207, to the LWD Incinerator Site in 1995; three shipments of manifested waste containing hazardous substances totaling 63,360 lbs. were transported from Coastal Fuels Marketing, Inc., with EPA ID No. FLD981019656, to the LWD Incinerator Site in 1996; one shipment of manifested waste containing hazardous substances totaling 2,752 lbs. was transported from ITAPCO (EST), with EPA ID No. KYD985080043, to the LWD Incinerator Site in 1996; three shipments of manifested waste containing hazardous substances totaling 38,151 lbs. were transported from ITAPCO - Kentuckiana Terminal, Inc., with EPA ID No. KYD000604298, to the LWD Incinerator Site in 1997; and one shipment of manifested waste containing hazardous substances totaling 2,640 lbs. was transported from ITAPCO (EST), with EPA ID No. KYD985080043, to the LWD Incinerator Site in 1997.

440.    The total weight attributable to TransMontaigne at the LWD Incinerator Site is 688,584 lbs.

441.    To date, TransMontaigne has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

442.    By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant Tri-City Tank Wash, Inc. ("Tri-City Tank") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

443.     EPA issued EPA ID No. ILD980607105 to Defendant North American Tank Cleaning, Inc. ("North American Tank"); and EPA ID Nos. ILD074086075, ILD980607105, OHD980701387, IND074086075 and OHD980896831 to Tri-City Tank.

444.     Tri-City Tank has indicated to the LWD PRP Group that prior versions of the Complaint in this case improperly attributed the waste streams in paragraph no. 445 below to North American Tank instead of Tri-City Tank.

445.     According to Annual Reports for the LWD Incinerator Site, manifested waste containing hazardous substances totaling 93,296 lbs. was transported from Tri-City Tank, with EPA ID No. IND074086075, to the LWD Incinerator Site in 1983; one shipment of manifested waste containing hazardous substances totaling 20,159 lbs. was transported from Tri-City Tank, with EPA ID No. OHD980701387, to the LWD Incinerator Site in 1985; two shipments of manifested waste containing hazardous substances totaling 49,397 lbs. were transported from Tri-City Tank, with EPA ID No. IND074086075, to the LWD Incinerator Site in 1985; one shipment of manifested waste containing hazardous substances totaling 26,573 lbs. was transported from Tri-City Tank, with EPA ID No. ILD074086075, to the LWD Incinerator Site in 1985; three shipments of manifested waste containing hazardous substances totaling 102,126 lbs. were transported from Tri-City Tank, with EPA ID No. ILD980607105, to the LWD Incinerator Site in 1985; one shipment of manifested waste containing hazardous substances totaling 11,912 lbs. was transported from Tri-City Tank, with EPA ID No. OHD980896831, to the LWD Incinerator Site in 1985; one shipment of manifested waste containing hazardous substances totaling 13,745 lbs. was transported from Tri-City Tank, with EPA ID No. OHD980701387, to the LWD Incinerator Site in 1986; one shipment of manifested waste containing hazardous substances totaling 8,247 lbs. was transported from Tri-City Tank, with EPA ID No. OHD980896831, to the LWD Incinerator Site in 1986; one shipment of manifested

waste containing hazardous substances totaling 10,996 lbs. was transported from Tri-City Tank,

with EPA ID No. IND074086075, to the LWD Incinerator Site in 1986; five shipments of

manifested waste containing hazardous substances totaling 171,806 lbs. were transported from

Tri-City Tank, with EPA ID No. ILD980607105, to the LWD Incinerator Site in 1986; three

shipments of manifested waste containing hazardous substances totaling 9,163 lbs. were

transported from Tri-City Tank, with EPA ID No. IND074086075, to the LWD Incinerator Site

in 1987; two shipments of manifested waste containing hazardous substances totaling 20,159 lbs.

were transported from Tri-City Tank, with EPA ID No. OHD980701387, to the LWD Incinerator

Site in 1987; two shipments of manifested waste containing hazardous substances totaling

12,370 lbs. were transported from Tri-City Tank, with EPA ID No. OHD980896831, to the

LWD Incinerator Site in 1987; eight shipments of manifested waste containing hazardous

substances totaling 379,808 lbs. were transported from North American Tank, with EPA ID No.

ILD980607105, to the LWD Incinerator Site in 1987; one shipment of manifested waste

containing hazardous substances totaling 2,083 lbs. was transported from Tri-City Tank, with

EPA ID No. IND074086075, to the LWD Incinerator Site in 1988; three shipments of manifested

waste containing hazardous substances totaling 15,577 lbs. were transported from Tri-City Tank,

with EPA ID No. OHD980701387, to the LWD Incinerator Site in 1988; five shipments of

manifested waste containing hazardous substances totaling 16,493 lbs. were transported from

Tri-City Tank, with EPA ID No. OHD980896831, to the LWD Incinerator Site in 1988; three

shipments of manifested waste containing hazardous substances totaling 27,947 lbs. were

transported from Tri-City Tank, with EPA ID No. OHD980701387, to the LWD Incinerator Site

in 1989; and three shipments of manifested waste containing hazardous substances totaling

25,198 lbs. were transported from Tri-City Tank, with EPA ID No. OHD980896831, to the

LWD Incinerator Site in 1989.

446.    The total weight attributable to Tri-City Tank at the LWD Incinerator Site is 1,017,053 lbs.

447.    To date, Tri-City Tank has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

448.    By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant United Industries Corp. ("United Industries") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

449.    United Industries has indicated to the LWD PRP Group that prior versions of the Complaint in this case improperly attributed the waste streams in paragraph no. 451 below to Chemsico instead of United Industries.

450.    EPA issued EPA ID No. MOD068527704 to Chemsico.

451.    According to Annual Reports for the LWD Incinerator Site, three shipments of manifested waste containing hazardous substances totaling 103,709 lbs. were transported from Chemsico, with EPA ID No. MOD068527704, to the LWD Incinerator Site in 1988; four shipments of manifested waste containing hazardous substances totaling 161,688 lbs. were transported from Chemsico, with EPA ID No. MOD068527704, to the LWD Incinerator Site in 1991; eighteen shipments of manifested waste containing hazardous substances totaling 733,420 lbs. were transported from Chemsico, with EPA ID No. MOD068527704, to the LWD Incinerator Site in 1992; and six shipments of manifested waste containing hazardous substances totaling 244,362 lbs. were transported from Chemsico, with EPA ID No. MOD068527704, to the LWD Incinerator Site in 1993.

452.    The total weight attributable to United Industries at the LWD Incinerator Site is 1,243,179 lbs.

453.    To date, United Industries has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

454.    By letter dated July 23, 2012, the LWD PRP Group demanded that Defendant University of Illinois-Urbana Main Campus ("Univ. of Illinois") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

455.    EPA issued EPA ID No. ILD041544081 to Univ. of Illinois.

456.    According to Annual Reports for the LWD Incinerator Site, two shipments of manifested waste containing hazardous substances totaling 33,154 lbs. were transported from Univ. of Illinois, with EPA ID No. ILD041544081, to the LWD Incinerator Site in 1985; four shipments of manifested waste containing hazardous substances totaling 52,979 lbs. were transported from Univ. of Illinois, with EPA ID No. ILD041544081, to the LWD Incinerator Site in 1986; six shipments of manifested waste containing hazardous substances totaling 32,445 lbs. were transported from Univ. of Illinois, with EPA ID No. ILD041544081, to the LWD Incinerator Site in 1987; ten shipments of manifested waste containing hazardous substances totaling 83,467 lbs. were transported from Univ. of Illinois, with EPA ID No. ILD041544081, to the LWD Incinerator Site in 1988; and three shipments of manifested waste containing hazardous substances totaling 41,692 lbs. were transported from Univ. of Illinois, with EPA ID No. ILD041544081, to the LWD Incinerator Site in 1989.

457.    The total weight attributable to Univ. of Illinois at the LWD Incinerator Site is 243,736 lbs.

458.    To date, Univ. of Illinois has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

459.    By letter dated July 23, 2012, the LWD PRP Group demanded that Defendant University of Iowa ("Univ. of Iowa") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

460.    EPA issued EPA ID No. IAD062761671 to Univ. of Iowa.

461.    According to Annual Reports for the LWD Incinerator Site, one shipment of manifested waste containing hazardous substances totaling 26,656 lbs. was transported from Univ. of Iowa, with EPA ID No. IAD062761671, to the LWD Incinerator Site in 1983; one shipment of manifested waste containing hazardous substances totaling 41,650 lbs. was transported from Univ. of Iowa, with EPA ID No. IAD062761671, to the LWD Incinerator Site in 1986; and two shipments of manifested waste containing hazardous substances totaling 83,300 lbs. were transported from Univ. of Iowa, with EPA ID No. IAD062761671, to the LWD Incinerator Site in 1987.

462.    The total weight attributable to Univ. of Iowa at the LWD Incinerator Site is 151,606 lbs.

463.    To date, Univ. of Iowa has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

464.    By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant Valero Marketing and Supply Co. ("Valero Marketing") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

465.    Valero Marketing is the parent company and/or successor to Clark Refining & Marketing, Inc., Clark Refining Corp., Clark Oil & Refining Corp., Clark Oil & Refining Co., and/or Diamond Shamrock Refining & Marketing Co.

466.    EPA issued EPA ID No. ILD005109822 to Clark Oil & Refining Co.; EPA ID No. ILD041889023 to Clark Oil & Refining Corp.; EPA ID No. MOD042659714 to Clark

Refining & Marketing, Inc.; EPA ID No. MIT270012164 to Clark Refining Corp.; and EPA ID No. TXD059685339 to Diamond Shamrock Refining & Marketing Co.

467.    According to Annual Reports for the LWD Incinerator Site, two shipments of manifested waste containing hazardous substances totaling 60,967 lbs. were transported from Clark Oil & Refining Corp., with EPA ID No. ILD041889023, to the LWD Incinerator Site in 1985; two shipments of manifested waste containing hazardous substances totaling 5,048 lbs. were transported from Clark Oil & Refining Corp., with EPA ID No. ILD041889023, to the LWD Incinerator Site in 1988; four shipments of manifested waste containing hazardous substances totaling 45,436 lbs. were transported from Clark Oil & Refining Corp., with EPA ID No. ILD041889023, to the LWD Incinerator Site in 1989; two shipments of manifested waste containing hazardous substances totaling 69,440 lbs. were transported from Clark Oil & Refining Corp., with EPA ID No. ILD041889023, to the LWD Incinerator Site in 1991; five shipments of manifested waste containing hazardous substances totaling 201,740 lbs. were transported from Diamond Shamrock Refining & Marketing Co., with EPA ID No. TXD059685339, to the LWD Incinerator Site in 1991; two shipments of manifested waste containing hazardous substances totaling 58,240 lbs. were transported from Clark Oil & Refining Co., with EPA ID No. ILD005109822, to the LWD Incinerator Site in 1992; nine shipments of manifested waste containing hazardous substances totaling 286,720 lbs. were transported from Clark Oil & Refining Co., with EPA ID No. ILD005109822, to the LWD Incinerator Site in 1993; one shipment of manifested waste containing hazardous substances totaling 4,400 lbs. was transported from Clark Oil & Refining Corp., with EPA ID No. OHD000608901, to the LWD Incinerator Site in 1993; two shipments of manifested waste containing hazardous substances totaling 85,393 lbs. were transported from Clark Refining & Marketing, Inc., with EPA ID No. MOD042659714, to the LWD Incinerator Site in 1993; two shipments of manifested waste

containing hazardous substances totaling 89,600 lbs. were transported from Clark Refining & Marketing, Inc., with EPA ID No. MOD042659714, to the LWD Incinerator Site in 1994; twenty-two shipments of manifested waste containing hazardous substances totaling 720,880 lbs. were transported from Clark Oil & Refining Co., with EPA ID No. ILD005109822, to the LWD Incinerator Site in 1995; one shipment of manifested waste containing hazardous substances totaling 6,747 lbs. was transported from Clark Refining Corp., with EPA ID No. MIT270012164, to the LWD Incinerator Site in 1995; one shipment of manifested waste containing hazardous substances totaling 220 lbs. was transported from Diamond Shamrock Refining & Marketing Co., with EPA ID No. TXD059685339, to the LWD Incinerator Site in 1996; and one shipment of manifested waste containing hazardous substances totaling 1,280 lbs. was transported from Diamond Shamrock Refining & Marketing Co., with EPA ID No. TXD059685339, to the LWD Incinerator Site in 1997.

468.    The total weight attributable to Valero Marketing at the LWD Incinerator Site is 1,636,111 lbs.

469.    To date, Valero Marketing has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

470.    Alternatively, Defendant Valero Retail Holdings, Inc. ("Valero Retail") is the parent company and/or successor to Clark Refining & Marketing, Inc., Clark Refining Corp., Clark Oil & Refining Corp., Clark Oil & Refining Co., and/or Diamond Shamrock Refining & Marketing Co., and is responsible for all or part of the 1,636,111 lbs. attributable to these entities, as alleged in paragraph 467 above.

471.    To date, Valero Retail has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

472.    Alternatively, Defendant The Premcor Refining Group Inc. ("Premcor") is the parent company and/or successor to Clark Oil & Refining Co., Clark Oil & Refining Corp., Clark Refining & Marketing, Inc., and/or Clark Refining Corp., and is responsible for the 1,428,471 lbs. attributable to EPA ID No. ILD005109822, EPA ID No. ILD041889023, EPA ID No. MOD042659714 and EPA ID No. MIT270012164, as alleged in paragraph 467 above.

473.    To date, Premcor has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

474.    By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant Van Dyne & Cotty Co. d/b/a Spirit Services Co. ("Van Dyne & Crotty") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

475.    Van Dyne & Crotty is the parent company and/or successor to Community Towel & Uniform Co.

476.    EPA issued EPA ID No. KYD981753833 to Community Towel & Uniform; EPA ID No. KYD024049660 to Community Towel & Uniform Co.; and EPA ID No. OHD017923335 to Van Dyne & Crotty.

477.    According to Annual Reports for the LWD Incinerator Site, manifested waste containing hazardous substances totaling 21,600 lbs. was transported from Community Towel & Uniform Co., with EPA ID No. KYD024049660, to the LWD Incinerator Site in 1984; four shipments of manifested waste containing hazardous substances totaling 94,863 lbs. were transported from Community Towel & Uniform Co., with EPA ID No. KYD024049660, to the LWD Incinerator Site in 1985; two shipments of manifested waste containing hazardous substances totaling 66,640 lbs. were transported from Van Dyne & Crotty, with EPA ID No. OHD017923335, to the LWD Incinerator Site in 1986; two shipments of manifested waste containing hazardous substances totaling 47,606 lbs. were transported from Van Dyne & Crotty,

with EPA ID No. OHD017923335, to the LWD Incinerator Site in 1987; seven shipments of manifested waste containing hazardous substances totaling 227,628 lbs. were transported from Community Towel & Uniform, with EPA ID No. KYD981753833, to the LWD Incinerator Site in 1997; seven shipments of manifested waste containing hazardous substances totaling 198,500 lbs. were transported from Community Towel & Uniform, with EPA ID No. KYD981753833, to the LWD Incinerator Site in 1998; eight shipments of manifested waste containing hazardous substances totaling 212,000 lbs. were transported from Community Towel & Uniform, with EPA ID No. KYD981753833, to the LWD Incinerator Site in 1999; and one shipment of manifested waste containing hazardous substances totaling 94,240 lbs. was transported from Community Towel & Uniform, with EPA ID No. KYD981753833, to the LWD Incinerator Site in 2000.

478.    The total weight attributable to Van Dyne & Crotty at the LWD Incinerator Site is 963,077 lbs.

479.    To date, Van Dyne & Crotty has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

480.    By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant Vertellus Specialties Inc. ("Vertellus") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

481.    Vertellus is the successor to Reilly Industries, Inc. ("Reilly Industries").

482.    EPA issued EPA ID No. ILD006278360 to Reilly Industries.

483.    According to Annual Reports for the LWD Incinerator Site, two shipments of manifested waste containing hazardous substances totaling 13,440 lbs. were transported from Reilly Industries, with EPA ID No. ILD006278360, to the LWD Incinerator Site in 1995; one shipment of manifested waste containing hazardous substances totaling 15,660 lbs. was transported from Reilly Industries, with EPA ID No. ILD006278360, to the LWD Incinerator

Site in 1996; one shipment of manifested waste containing hazardous substances totaling 11,060

lbs. was transported from Reilly Industries, with EPA ID No. ILD006278360, to the LWD

Incinerator Site in 1997; five shipments of manifested waste containing hazardous substances

totaling 88,960 lbs. were transported from Reilly Industries, with EPA ID No. ILD006278360, to

the LWD Incinerator Site in 1999; two shipments of manifested waste containing hazardous

substances totaling 178,240 lbs. were transported from Reilly Industries, with EPA ID No.

ILD006278360, to the LWD Incinerator Site in 2000; seventeen shipments of manifested waste

containing hazardous substances totaling 371,620 lbs. were transported from Reilly Industries,

with EPA ID No. ILD006278360, to the LWD Incinerator Site in 2001; two shipments of

manifested waste containing hazardous substances totaling 16,480 lbs. were transported from

Reilly Industries, with EPA ID No. ILD006278360, to the LWD Incinerator Site in 2002; and

three shipments of manifested waste containing hazardous substances totaling 36,800 lbs. were

transported from Reilly Industries, with EPA ID No. ILD006278360, to the LWD Incinerator

Site in 2003.

484.    The total weight attributable to Vertellus at the LWD Incinerator Site is 732,260

lbs.

485.    To date, Vertellus has not paid toward any response costs incurred by the LWD

PRP Group at the LWD Incinerator Site.

486.    By letter dated July 9, 2012, the LWD PRP Group demanded that Defendant

Watts & Durr Oil Co. ("Watts & Durr") pay its equitable share of LWD Incinerator Site response

costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

487.    EPA issued EPA ID No. KYD985072453 to Watts & Durr.

488.    According to Annual Reports for the LWD Incinerator Site, one shipment of manifested waste containing hazardous substances totaling 8,538 lbs. was transported from Watts & Durr, with EPA ID No. KYD985072453, to the LWD Incinerator Site in 1990.

489.    The total weight attributable to Watts & Durr at the LWD Incinerator Site is 8,538 lbs.

490.    To date, Watts & Durr has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

491.    By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant Western Rust-Proof Co. ("Western Rust-Proof") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

492.    EPA issued EPA ID No. ILD005212253 to Western Rust-Proof.

493.    According to Annual Reports for the LWD Incinerator Site, five shipments of manifested waste containing hazardous substances totaling 211,002 lbs. were transported from Western Rust-Proof, with EPA ID No. ILD005212253, to the LWD Incinerator Site in 1993; seven shipments of manifested waste containing hazardous substances totaling 279,597 lbs. were transported from Western Rust-Proof, with EPA ID No. ILD005212253, to the LWD Incinerator Site in 1994; five shipments of manifested waste containing hazardous substances totaling 208,500 lbs. were transported from Western Rust-Proof, with EPA ID No. ILD005212253, to the LWD Incinerator Site in 1995; and two shipments of manifested waste containing hazardous substances totaling 83,400 lbs. were transported from Western Rust-Proof, with EPA ID No. ILD005212253, to the LWD Incinerator Site in 1996.

494.    The total weight attributable to Western Rust-Proof at the LWD Incinerator Site is 782,499 lbs.

495.     To date, Western Rust-Proof has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

496.     By letter dated June 8, 2012, the LWD PRP Group demanded that Defendant Wheeler Lumber, LLC ("Wheeler Lumber") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

497.     EPA issued EPA ID No. SDD061536843 to Wheeler Lumber.

498.     According to Annual Reports for the LWD Incinerator Site, eight shipments of manifested waste containing hazardous substances totaling 203,005 lbs. were transported from Wheeler Lumber, with EPA ID No. SDD061536843, to the LWD Incinerator Site in 1999.

499.     The total weight attributable to Wheeler Lumber at the LWD Incinerator Site is 203,005 lbs.

500.     To date, Wheeler Lumber has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

501.     By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant Williamson County Housing Authority ("Williamson Housing Authority") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

502.     EPA issued EPA ID Nos. ILD984919282, IL0000045757, IL0000338020, IL0000338038, IL0000338046, IL0000338053, IL0000340364, IL0000340398, IL0000340422, IL0000340448 and IL0000337998 to Williamson Housing Authority.

503.     According to Annual Reports for the LWD Incinerator Site, one shipment of manifested waste containing hazardous substances totaling 53,760 lbs. was transported from Williamson Housing Authority, with EPA ID No. ILD984919282, to the LWD Incinerator Site in 1993; three shipments of manifested waste containing hazardous substances totaling 168,000

138

lbs. were transported from Williamson Housing Authority, with EPA ID No. ILD984919282, to

the LWD Incinerator Site in 1994; two shipments of manifested waste containing hazardous

substances totaling 94,080 lbs. were transported from Williamson Housing Authority, with EPA

ID No. IL0000045757, to the LWD Incinerator Site in 1995; two shipments of manifested waste

containing hazardous substances totaling 71,680 lbs. were transported from Williamson Housing

Authority, with EPA ID No. IL0000337998, to the LWD Incinerator Site in 1995; one shipment

of manifested waste containing hazardous substances totaling 11,200 lbs. was transported from

Williamson Housing Authority, with EPA ID No. IL0000338020, to the LWD Incinerator Site in

1995; one shipment of manifested waste containing hazardous substances totaling 11,200 lbs.

was transported from Williamson Housing Authority, with EPA ID No. IL0000338038, to the

LWD Incinerator Site in 1995; one shipment of manifested waste containing hazardous

substances totaling 22,400 lbs. was transported from Williamson Housing Authority, with EPA

ID No. IL0000338046, to the LWD Incinerator Site in 1995; one shipment of manifested waste

containing hazardous substances totaling 11,200 lbs. was transported from Williamson Housing

Authority, with EPA ID No. IL0000338053, to the LWD Incinerator Site in 1995; three

shipments of manifested waste containing hazardous substances totaling 129,920 lbs. were

transported from Williamson Housing Authority, with EPA ID No. IL0000340364, to the LWD

Incinerator Site in 1995; one shipment of manifested waste containing hazardous substances

totaling 6,720 lbs. was transported from Williamson Housing Authority, with EPA ID No.

IL0000340398, to the LWD Incinerator Site in 1995; one shipment of manifested waste

containing hazardous substances totaling 11,200 lbs. was transported from Williamson Housing

Authority, with EPA ID No. IL0000340422, to the LWD Incinerator Site in 1995; and one

shipment of manifested waste containing hazardous substances totaling 22,400 lbs. was

transported from Williamson Housing Authority, with EPA ID No. IL0000340448, to the LWD Incinerator Site in 1995.

504.    The total weight attributable to Williamson Housing Authority at the LWD Incinerator Site is 613,760 lbs.

505.    To date, Williamson Housing Authority has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

506.    By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant Wockhardt USA LLC ("Wockhardt") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

507.    Wockhardt is the successor to Defendant Pharmaceutical Basics, Inc. ("Pharmaceutical Basics").

508.    Wockhardt has indicated to the LWD PRP Group that prior versions of the Complaint in this case improperly attributed the waste streams in paragraph no. 510 below to Pharmaceutical Basics instead of Wockhardt.

509.    EPA issued EPA ID No. ILD984774877 to Pharmaceutical Basics.

510.    According to Annual Reports for the LWD Incinerator Site, nine shipments of manifested waste containing hazardous substances totaling 63,823 lbs. were transported from Pharmaceutical Basics, with EPA ID No. ILD984774877, to the LWD Incinerator Site in 1989; eleven shipments of manifested waste containing hazardous substances totaling 117,090 lbs. were transported from Pharmaceutical Basics, with EPA ID No. ILD984774877, to the LWD Incinerator Site in 1990; eight shipments of manifested waste containing hazardous substances totaling 84,365 lbs. were transported from Pharmaceutical Basics, with EPA ID No. ILD984774877, to the LWD Incinerator Site in 1991; twelve shipments of manifested waste containing hazardous substances totaling 422,435 lbs. were transported from Pharmaceutical

Basics, with EPA ID No. ILD984774877, to the LWD Incinerator Site in 1992; fourteen

shipments of manifested waste containing hazardous substances totaling 342,566 lbs. were

transported from Pharmaceutical Basics, with EPA ID No. ILD984774877, to the LWD

Incinerator Site in 1993; and seventeen shipments of manifested waste containing hazardous

substances totaling 234,303 lbs. were transported from Pharmaceutical Basics, with EPA ID No.

ILD984774877, to the LWD Incinerator Site in 1994.

511.     The total weight attributable to Wockhardt at the LWD Incinerator Site is

1,264,582 lbs.

512.     To date, Wockhardt has not paid toward any response costs incurred by the LWD

PRP Group at the LWD Incinerator Site.

513.     By letter dated June 8, 2012, the LWD PRP Group demanded that Defendant The

Yenkin-Majestic Paint Corp. ("Yenkin-Majestic") pay its equitable share of LWD Incinerator

Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

514.     EPA issued EPA ID No. OHD004282976 to Yenkin-Majestic.

515.     According to Annual Reports for the LWD Incinerator Site, two shipments of

manifested waste containing hazardous substances totaling 40,320 lbs. were transported from

Yenkin-Majestic, with EPA ID No. OHD004282976, to the LWD Incinerator Site in 1991.

516.     The total weight attributable to Yenkin-Majestic at the LWD Incinerator Site is

40,320 lbs.

517.     To date, Yenkin-Majestic has not paid toward any response costs incurred by the

LWD PRP Group at the LWD Incinerator Site.

518.     By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant

York International Corp. ("York") pay its equitable share of LWD Incinerator Site response costs

pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

519.    York is the parent company and/or successor to Defendant Central Environmental Systems, Inc. ("Central Environmental").

520.    EPA issued EPA ID No. KYD062987748 to York; and EPA ID No. KYD062987748 to Central Environmental.

521.    According to Annual Reports for the LWD Incinerator Site, manifested waste containing hazardous substances totaling 1,500 lbs. was transported from York, with EPA ID No. KYD062987748, to the LWD Incinerator Site in 1982; manifested waste containing hazardous substances totaling 150,080 lbs. was transported from York, with EPA ID No. KYD062987748, to the LWD Incinerator Site in 1983; manifested waste containing hazardous substances totaling 124,050 lbs. was transported from York, with EPA ID No. KYD062987748, to the LWD Incinerator Site in 1984; fifteen shipments of manifested waste containing hazardous substances totaling 270,416 lbs. were transported from Central Environmental, with EPA ID No. KYD062987748, to the LWD Incinerator Site in 1987; nine shipments of manifested waste containing hazardous substances totaling 142,209 lbs. were transported from Central Environmental, with EPA ID No. KYD062987748, to the LWD Incinerator Site in 1988; ten shipments of manifested waste containing hazardous substances totaling 159,263 lbs. were transported from York, with EPA ID No. KYD062987748, to the LWD Incinerator Site in 1989; one shipment of manifested waste containing hazardous substances totaling 7,060 lbs. was transported from York, with EPA ID No. KYD062987748, to the LWD Incinerator Site in 1990; five shipments of manifested waste containing hazardous substances totaling 78,904 lbs. were transported from York, with EPA ID No. KYD062987748, to the LWD Incinerator Site in 1991; and three shipments of manifested waste containing hazardous substances totaling 19,181 lbs. were transported from York, with EPA ID No. KYD062987748, to the LWD Incinerator Site in 1992.

522.     The total weight attributable to York at the LWD Incinerator Site is 952,663 lbs.

523.     To date, York has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

524.     Alternatively, Central Environmental is responsible for the 412,625 lbs. attributable to EPA ID No. KYD062987748, as alleged in paragraph 521 above.

525.     To date, Central Environmental has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

526.     By letter dated June 8, 2012, the LWD PRP Group demanded that Defendant Zeller Technologies, Inc. ("Zeller") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

527.     EPA issued EPA ID No. MOD006503593 to Zeller.

528.     According to Annual Reports for the LWD Incinerator Site, one shipment of manifested waste containing hazardous substances totaling 33,380 lbs. was transported from Zeller, with EPA ID No. MOD006503593, to the LWD Incinerator Site in 2003.

529.     The total weight attributable to Zeller at the LWD Incinerator Site is 33,380 lbs.

530.     To date, Zeller has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

531.     Bluegrass Incineration, LLC ("Bluegrass Incineration") is a past operator of the LWD Incinerator Site and the current owner of the LWD, Inc. Superfund Site, which includes the LWD Incinerator Site portion of the LWD, Inc. Superfund Site.

532.     In September 2006, the Kentucky Secretary of State issued a Certificate of Dissolution for Bluegrass Incineration as a result of the resignation of Bluegrass Incineration's registered agent in April 2006 and Bluegrass Incineration's failure to maintain a registered agent since that time.

143

533.     Under Kentucky state law, Bluegrass Incineration could seek reinstatement with the Kentucky Secretary of State to cure any defects, but until such time, Bluegrass Incineration exists solely to conduct business necessary to wind up and liquidate its business and affairs.

534.     Upon information and belief, Bluegrass Incineration is no longer a viable entity and may only wind up its business and affairs, such as reasonable access and the imposition of appropriate environmental covenants and use restrictions on the LWD, Inc. Superfund Site, which will allow the LWD PRP Group to continue to finalize an agreement with KDEP to provide certain remediation, monitoring and maintenance activities that KDEP is requiring to be conducted at the LWD Incinerator Site.

### COUNT I – COST-RECOVERY

535.     The LWD PRP Group alleges and incorporates by reference Paragraph Nos. 1 through 534 of this Complaint as if fully restated herein.

536.     Section 107(a)(4) of CERCLA, 42 U.S.C. §§ 9607(a)(4), provides, in relevant part, that:

> Notwithstanding any other provision or rule of law, and subject only to the defenses set forth in subsection (b) of this section --
>
> (1) the owner and operator of a vessel or facility, (2) any person who at the time of disposal of any hazardous substance owned or operated any facility at which such hazardous substances were disposed of, ... from which there is a release, or threatened release which causes the incurrence of response costs, of a hazardous substance, shall be liable for -- (A) all costs of removal or remedial action incurred by ... a State ... not inconsistent with the national contingency plan; (B) any other necessary costs of response incurred by any other person consistent with the national contingency plan; ....

537.     "Disposal" is defined in CERCLA Section 101(29) by reference to the Solid Waste Disposal Act (SWDA).  42 U.S.C. § 9601(29).  The SWDA defines "disposal" as "the discharge, deposit, injection, dumping, spilling, leaking, or placing of any solid waste or hazardous waste into or on any land or water so that such solid waste or hazardous waste or any

144

constituent thereof may enter the environment or be emitted into the air or discharged into any waters, including ground waters." 42 U.S.C. § 6903(3).

538.    "Facility" is defined in CERCLA Section 101(9) as "any building, structure, installation, equipment, pipe or pipeline" or "any site or area where a hazardous substance has been deposited, stored, disposed of, or placed...." 42 U.S.C. § 9601(9).

539.    "Hazardous Substance" is defined in CERCLA Section 101(14) by reference to other federal statutes and by reference to a list of substances published by EPA at 40 C.F.R. § 302.4. 42 U.S.C. § 9601(14).

540.    "Owner" or "Operator" is defined in CERCLA Section 101(20) as " ... in the case of an onshore facility or an offshore facility, any person owning or operating such facility...." 42 U.S.C. § 9601(20).

541.    "Person" is defined in CERCLA Section 101(21) as "an individual, firm, corporation, association, partnership, consortium, joint venture, commercial entity, United States Government, State, municipality, commission, political subdivision of a State, or any interstate body." 42 U.S.C. § 9601(20).

542.    "Release" is defined in CERCLA Section 101(22) as "any spilling, leaking, pumping, pouring, emitting, emptying, discharging, injecting, escaping, leaching, dumping or disposing into the environment (including the abandonment or discarding of barrels, containers, and other closed receptacles containing any hazardous substance or pollutant or contaminant)...." 42 U.S.C. § 9601(22).

543.    "Response" is defined in CERCLA Section 101(25), and includes "removal" actions, "remedial" actions, and enforcement activities related thereto.  42 U.S.C. § 9601(25).

544.    The LWD Incinerator Site is a "facility" within the meaning of Section 101(9) of CERCLA, 42 U.S.C. § 9601(9).

545.     There has been a "release" and/or a "threatened release" of "hazardous substances" at the LWD Incinerator Site which has caused the incurrence of "response costs" by the LWD PRP Group and its assignors, within the meanings of Sections 101(22), 101(14) and 107 of CERCLA, 42 U.S.C. §§ 9601(22), 9601(14) and 9607.

546.     Each of the Defendants is a "person" within the meaning of Section 101(21) of CERCLA, 42 U.S.C. § 9601(21).

547.     Pursuant to CERCLA, 42 U.S.C. §§ 9607(a)(3) and or 9607(a)(4), each Defendant, except Bluegrass Incineration, is liable as an arranger or generator of materials containing hazardous substances, which materials were disposed at the LWD Incinerator Site; and/or a transporter of hazardous substances who selected the LWD Incinerator Site for the disposal of such hazardous substances, and who did dispose of such hazardous substances at the Site.

548.     Pursuant to CERCLA, 42 U.S.C. § 9607(a)(1) and (2), Bluegrass Incineration is liable as a current owner of the LWD Incinerator Site and past owner and operator of the LWD Incinerator Site at a time when hazardous substances were disposed of at the LWD Incinerator Site.

549.     As a result of the release and threatened release of hazardous substances at or from the LWD Incinerator Site, the LWD PRP Group has incurred at least $625,000 in voluntary response costs and will continue to incur costs of "response," as that term is defined by Section 101(25) of CERCLA, 42 U.S.C. § 9601(25).

550.     The response costs incurred by the LWD PRP Group in connection with the LWD Incinerator Site are consistent with the National Contingency Plan, 40 C.F.R. Part 300.

551.     Pursuant to CERCLA, 42 U.S.C. §§ 9607 and 9613, each Defendant is strictly, jointly and severally liable for the voluntary past and future response costs incurred and to be

incurred by the LWD PRP Group in response to the release or threatened release of hazardous substances at and from the LWD Incinerator Site.

552.    The LWD PRP Group is also entitled to cost recovery from all Defendants pursuant to Kentucky Revised Statutes 224.01-400(25), which provides, with regard to hazardous substances releases, that defenses to liability, limitations to liability, and rights to contribution shall be determined in accordance with Sections 101(35), 101(40), 107(a) to (d), 107(q) and (r) and 113(f) of CERCLA.

WHEREFORE, the LWD PRP Group respectfully prays that this Court enter judgment in its favor and against all Defendants holding that each Defendant is strictly, jointly and severally liable for the voluntary response costs incurred or to be incurred by the LWD PRP Group, including appropriate pre-judgment interest, in connection with the release and/or threatened release of hazardous substances at the LWD Incinerator Site. The LWD PRP Group further requests that this Court award interest and costs of suit, including reasonable attorneys' fees and consultant fees as permitted by law; and order any such other relief as the Court may deem just and proper under the circumstances.

### COUNT II – CONTRIBUTION

553.    The LWD PRP Group alleges and incorporates by reference Paragraph Nos. 1 through 552 of this Complaint as if fully restated herein.

554.    Sections 113(f)(1) and (3)(B) of CERCLA, 42 U.S.C. §§ 9613(f)(1) and (3)(B), provide, in relevant part, that:

Any person may seek contribution from any other person who is liable or potentially liable under section 9607(a) . . . .

A person who has resolved its liability to the United States or a State for some or all of a response action or for some or all of the costs of such action in an administrative or judicially approved settlement may seek contribution from any person who is not party to a settlement . . . .

147

555.    The LWD PRP Group and their assignors have resolved their liability to EPA for matters covered in EPA Past Costs AOC I and EPA Past Costs AOC II and have paid all of EPA response costs at the LWD Incinerator Site.

556.    All Defendants are liable parties under CERCLA, but have not resolved their liability to the LWD PRP Group, EPA or the State of Kentucky and have paid none of the response costs incurred at the LWD Incinerator Site by the LWD PRP Group (or its assignors), EPA or the State of Kentucky.

557.    To date, the LWD PRP Group (and its assignors) have been compelled to incur and pay at least $4,811,965 in response costs at the LWD Incinerator Site under EPA Past Costs AOC I and EPA Past Costs AOC II.

558.    The LWD PRP Group is entitled to contribution from all Defendants under Section 113(f)(1) of CERCLA, 42 U.S.C. § 9613(f)(1), for Defendants' respective equitable shares of all costs and damages incurred by LWD PRP Group, including applicable interest as provided for in Section 107(a) of CERCLA, 42 U.S.C. § 9607(a).

559.    The LWD PRP Group is also entitled to contribution from all Defendants pursuant to Kentucky Revised Statutes 224.01-400(25), which provides, with regard to hazardous substances releases, that defenses to liability, limitations to liability, and rights to contribution shall be determined in accordance with Sections 101(35), 101(40), 107(a) to (d), 107(q) and (r) and 113(f) of CERCLA.

WHEREFORE, the LWD PRP Group respectfully prays that this Court enter judgment in their favor and against all Defendants for their respective equitable shares of response costs the LWD PRP Group has been compelled to incur and pay under EPA Past Costs AOC I and EPA Past Costs AOC II. The LWD PRP Group further requests that this Court award interest and

148

costs of suit, including reasonable attorneys' fees and consultant fees as permitted by law; and order any such other relief as the Court may deem just and proper under the circumstances.

## COUNT III – DECLARATORY RELIEF

560.    The LWD PRP Group alleges and incorporates by reference Paragraph Nos. 1 through 559 of this Complaint as if fully restated herein.

561.    There is a present and actual controversy between the LWD PRP Group and all Defendants concerning their respective rights and obligations with respect to the response costs associated with the LWD Incinerator Site which are not related to the Removal Action AOC.

562.    Section 113(g)(2) of CERCLA, 42 U.S.C. § 9613(g)(2), provides, in relevant part, that:

> In any such action described in this subsection, the court shall enter a declaratory judgment on liability for response costs or damages that will be binding on any subsequent action or actions to recover further response costs or damages.  A subsequent action or actions under section 9607 of this title for further response costs at the vessel or facility may be maintained at any time during the response action, but must be commenced no later than 3 years after the date of completion of all response action.  Except as otherwise provided in this paragraph, an action may be commenced under section 9607 of this title for recovery of costs at any time after such costs have been incurred.

563.    The LWD PRP Group seek a declaratory judgment under Section 113(g)(2) of CERCLA, 42 U.S.C. § 9613(g)(2), against all Defendants holding them liable for their respective equitable shares of response costs which are not related to the Removal Action AOC and which will be binding in any subsequent action to recover further response costs.

564.    The LWD PRP Group is further entitled to a declaratory judgment pursuant to 28 U.S.C. §§ 2201 and 2202, declaring the LWD PRP Group's rights against all Defendants, including, but not limited to, the LWD PRP Group's rights against Bluegrass Incineration with respect to reasonable access and the imposition of appropriate environmental covenants and use restrictions on the LWD, Inc. Superfund Site will allow the LWD PRP Group to continue to

finalize an agreement with KDEP to provide certain remediation, monitoring and maintenance activities that KDEP is requiring to be conducted at the LWD Incinerator Site.

565.    The LWD PRP Group is entitled to judgment against all Defendants for past and future response costs incurred in connection with the LWD Incinerator Site which are not related to the Removal Action AOC.

WHEREFORE, the LWD PRP Group respectfully prays that this Court enter a declaratory judgment against all Defendants finding that they are each liable under CERCLA and are obligated to pay for their equitable shares of all past and future response costs associated with the LWD Incinerator Site which are not related to the Removal Action AOC. The LWD PRP Group further requests a declaratory judgment against Defendant Bluegrass Incineration Services, LLC with respect to reasonable access and the imposition of appropriate environmental covenants and use restrictions on the LWD, Inc. Superfund Site will allow the LWD PRP Group to continue to finalize an agreement with KDEP to provide certain remediation, monitoring and maintenance activities that KDEP is requiring to be conducted at the LWD Incinerator Site. The LWD PRP Group further requests that this Court award interest and costs of suit, including reasonable attorneys' fees and consultant fees as permitted by law; and order any such relief as the Court may deem just and proper under the circumstances.

Dated:  March __, 2015                          Respectfully Submitted,

                                                THE JUSTIS LAW FIRM LLC

                                                /s/Gary D. Justis
                                                Gary D. Justis            admitted *pro hac vice*
                                                Rachel D. Guthrie         admitted *pro hac vice*
                                                10955 Lowell Ave.
                                                Suite 520
                                                Overland Park, Kansas  66210-2336
                                                Telephone: (913) 955-3712
                                                Facsimile: (913) 955-3711
                                                Email: gjustis@justislawfirm.com
                                                        rguthrie@justislawfirm.com

                                                        and

                                                W. Fletcher McMurry Schrock (Ky. Bar# 62283)
                                                MCMURRY & LIVINGSTON, PLLC
                                                333 Broadway, 7th Floor
                                                P.O. Box 1700
                                                Paducah, Kentucky  42002-1700
                                                Telephone: (270) 443-6511
                                                Facsimile: (270) 443-6548
                                                Email: fletch@ml-lawfirm.com

                                                ATTORNEYS FOR PLAINTIFF LWD PRP
                                                GROUP

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March __, 2015, a true and correct copy of the foregoing Plaintiff's Fourth Amended Complaint was served electronically on the counsel of record in this matter by means of the Court's CM/ECF electronic filing system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

                                                /s/ Gary D. Justis
                                                Gary D. Justis