**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION**

| | | |
|---|---|---|
| **LWD PRP GROUP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 5:12-CV-00127-** |
| | ) | **GNS-HBB** |
| **ACF INDUSTRIES LLC, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION
AND FOR LEAVE TO FILE AN AMENDED COMPLAINT**

This matter is before the Court on Plaintiff's Motion for Reconsideration and for Leave to File an Amended Complaint, or Alternatively, Interlocutory Appeal, which was filed after the Court dismissed the Third Amended Complaint in its March 13, 2015 Memorandum Opinion and Order (DN 1137) as to 69 of the remaining 100 defendants. Upon consideration of the Motion, having been fully briefed by the parties, and the entire record herein,

**IT IS HEREBY ORDERED** that the Motion for Reconsideration and for Leave to File an Amended Complaint is **GRANTED**. Plaintiff is ordered to file a Fourth Amended Complaint by _____, 2015. The Alternative Motion for Interlocutory Appeal is **DENIED** as moot.

**SO ORDERED** this _____day, _____ 2015.

_____

JUDGE GREG N. STIVERS
United States District Court