UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12-CV-00127-GNS-HBB

LWD PRP GROUP                                                              PLAINTIFF

V.

ACF INDUSTRIES LLC, et al.                                               DEFENDANTS

**MOTION FOR JUDGMENT ON THE PLEADINGS AND
MEMORANDUM IN SUPPORT**

Defendant Owens Corning, pursuant to Federal Rule of Civil Procedure 12(c), moves this

Court for judgment on the pleadings and requests that all the claims brought by the Plaintiff,

LWD PRP Group, in its Third Amended Complaint [DN 985] be dismissed.  In support of this

motion, Owens Corning incorporates by reference, as if fully stated herein, the arguments

presented by other defendants in their Motion to Dismiss and accompanying Memorandum and

exhibits [DN 1002, DN 1002-2].  On March 12, 2015, this Court granted that motion to dismiss

on the grounds that plaintiff's remedy is limited to contribution under Section 113 of CERCLA,

which is barred by the statute of limitations [DN 1137].  A proposed order granting this motion is

attached.

Respectfully submitted,

/s/ Louis E. Tosi
Louis E. Tosi (OH 0019756)
Shumaker, Loop & Kendrick, LLP
1000 Jackson Street
Toledo, Ohio 43604
T:  (419) 241-9000 / F:  (419) 241-6894
E-mail:  ltosi@slk-law.com

/s/ Michael J. O'Callaghan
Michael J. O'Callaghan (OH 0043874)
Shumaker, Loop & Kendrick, LLP
41 South High Street, Suite 2400
Columbus, Ohio 43215
T:  (614) 463-9441 / F:  (614) 463-1108
E-mail:  mocallaghan@slk-law.com

*Attorneys for Defendant Owens Corning*

CERTIFICATE OF SERVICE

I certify that on the 31st day of March, 2015, a copy of the foregoing Motion for

Judgment on the Pleadings and Memorandum in Support was filed via this Court's electronic

filing system.  Notice of this filing will be sent to all parties by operation of the Court's

electronic filing system.  Parties may access this filing through the Courts electronic filing

system.

/s/ Michael J. O'Callaghan
Michael J. O'Callaghan
*Attorney for Defendant Owens Corning*