UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12-CV-00127-GNS-HBB

LWD PRP GROUP                                                                 PLAINTIFF

V.

ACF INDUSTRIES LLC, et al.                                           DEFENDANTS

**ORDER**

This matter having come before the Court on the Defendant Owens Corning's Motion for Judgment on the Pleadings on the Plaintiff's Third Amended Complaint, and the Court otherwise being sufficiently advised,

**IT IS ORDERED:**

The motion of the Defendant Owens Corning is **GRANTED**. The Plaintiff's Third Amended Complaint is dismissed with prejudice.

This is a final and appealable order. There is no just cause for delay.

cc:     Counsel of Record

SLK_TOL:#2558404v1