IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 5:12-CV-00127-GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** | ) |
| **Defendants.** | ) |

## MOTION TO DISMISS DEFENDANTS INDEPENDENT TERMINAL AND PIPELINE CO. AND TRANSMONTAIGNE PRODUCT SERVICES INC. WITH PREJUDICE

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), respectfully moves this Court for an appropriate Order which dismisses Defendants Independent Terminal and Pipeline Co. and TransMontaigne Product Services Inc. ("ITAPCO/TransMontaigne") with prejudice from this cause. In support of this Motion, Plaintiff states as follows:

1. On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery, contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several defendants (Dkt. No. 1). On January 30, 2013, Plaintiff filed a First Amended Complaint, naming ITAPCO/TransMontaigne as additional defendants, among others (Dkt. No. 581). On March 29, 2013, Plaintiff filed a Second Amended Complaint against all defendants, including ITAPCO/TransMontaigne (DN 758). On February 27, 2014, Plaintiff filed a Third Amended Complaint against the remaining defendants, including ITAPCO/TransMontaigne (DN 985).

2. ITAPCO/TransMontaigne were two of the defendants who filed a Rule 12(b)(6) motion to dismiss Plaintiff's Second Amended Complaint (Doc. 776), which the Court denied on February 7, 2014 (Doc. 961).

3. ITAPCO/TransMontaigne were also two of the defendants who filed the Rule 12(b) motion to dismiss Plaintiff's Third Amended Complaint (Doc. 1002), which the Court granted on March 3, 2015 (Dkt. No. 1137) and which is the subject of Plaintiff's pending Motion for Reconsideration and for Leave to File an Amended Complaint, or Alternatively, Interlocutory Appeal (Dkt. No. 1138).

4. After the Court dismissed Plaintiff's Third Amended Complaint against certain defendants, including ITAPCO/TransMontaigne, Plaintiff entered into a confidential settlement agreement with ITAPCO/TransMontaigne, which settle all claims between Plaintiff and ITAPCO/TransMontaigne for a sum certain and other valuable consideration exchanged between the parties.

5. Under the terms of the settlement agreement with ITAPCO/TransMontaigne, Plaintiff agreed to file a motion to dismiss ITAPCO/TransMontaigne from this cause with prejudice, each party to bear its own costs.

6. A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing Defendants Independent Terminal and Pipeline Co. and TransMontaigne Product Services Inc. from this cause with prejudice, each party to bear its own costs, and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated: April 1, 2015                              Respectfully submitted,

                                                        */s/* Gary D. Justis
                                                        Gary D. Justis          admitted *pro hac vice*
                                                        Rachel D. Guthrie       admitted *pro hac vice*
                                                         THE JUSTIS LAW FIRM LLC
                                                         10955 Lowell Ave.
                                                         Suite 520
                                                         Overland Park, KS  66210-2336
                                                         Telephone:  (913) 955-3712
                                                         Facsimile:  (913) 955-3711
                                                         Email:  gjustis@justislawfirm.com
                                                                     rguthrie@justislawfirm.com

                                                         and

                                                         W. Fletcher McMurry Schrock (Ky. Bar# 62283)
                                                         MCMURRY & LIVINGSTON, PLLC
                                                         333 Broadway, 7th Floor
                                                         P.O. Box 1700
                                                         Paducah, Kentucky  42002-1700
                                                         Telephone: (270) 443-6511
                                                         Facsimile: (270) 443-6548
                                                         Email:  fletch@ml-lawfirm.com

                                                         ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## CERTIFICATE OF SERVICE

    I hereby certify that on April 1, 2015, a copy of the foregoing Motion to Dismiss Defendants Independent Terminal and Pipeline Co. and TransMontaigne Product Services Inc. with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

                                                         */s/* Gary D. Justis
                                                         Gary D. Justis