UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12CV-127-S

LWD PRP GROUP                                                                                        PLAINTIFF

v.

ACF INDUSTRIES, LLC, et al.                                                                DEFENDANTS

### DEFENDANTS' NOTICE OF WITHDRAWAL OF APPEARANCE AND ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that J. Duncan Pitchford should hereby be withdrawn as counsel of record for the Defendants named on the attached Exhibit A in the above-captioned matter and should be removed from the Court's service list with respect to this action. J. Duncan Pitchford has left the law firm of Whitlow, Roberts, Houston & Straub, PLLC. The law firm of Whitlow, Roberts, Houston & Straub, PLLC and Nicholas M. Holland will continue to serve as counsel to the Defendants named on the attached Exhibit A.

Nicholas M. Holland hereby enters his appearance as counsel for the Defendants named on the attached Exhibit A.

WHITLOW, ROBERTS, HOUSTON & STRAUB PLLC
*Attorneys for Defendants*

By: */s/ Nicholas M. Holland*
  Nicholas M. Holland
  300 Broadway
  Post Office Box 995
  Paducah, Kentucky 42002-0995
  Telephone: (270) 443-4516
  Facsimile: (270) 443-4571
  nholland@whitlow-law.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 9th day of April, 2015, I have filed the foregoing through the CM/ECF system, which will forward an electronic copy to the counsel of record.

      I further certify that I have served non-ECF participants via first class mail.

                                           /s/  Nicholas M. Holland
                                            Nicholas M. Holland
                                            447839