UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12CV-127-S

LWD PRP GROUP                                                                                           PLAINTIFF

v.

ACF INDUSTRIES, LLC, et al.                                                                       DEFENDANTS

### ORDER

The Plaintiff having moved the Court [DE 1138] to reconsider the Court's Order dismissing the Third Amended Complaint [DE 1137], the Defendants having responded thereto, and the Court otherwise being sufficiently advised,

**IT IS ORDERED:**

The Motion of the Plaintiff is **DENIED**.

This is a final and appealable order, and there is no just cause for delay.

cc:  Counsel of record