# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | )<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 5:12-CV-00127-<br>) GNS-HBB |
| **ACF INDUSTRIES, LLC, ET AL.,** | )<br>) |
| Defendants. | ) |

## ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION AND FOR LEAVE TO FILE AN AMENDED COMPLAINT, OR ALTERNATIVELY, INTERLOCUTORY APPEAL

This matter is before the Court on the Motion for Reconsideration and for Leave to File an Amended Complaint, or Alternatively, Interlocutory Appeal [DN 1138], which was filed by Plaintiff LWD PRP Group after the Court's Order of March 13, 2015, dismissing Plaintiff's Third-Amended Complaint against Defendant Dresser-Rand Company [DN 1137].  Upon consideration of the Motion, having been fully briefed by the parties, and the entire record herein,

**IT IS SO ORDERED** that the Motion for Reconsideration and for Leave to File an Amended Complaint, or Alternatively, Interlocutory Appeal [DN 1138] is **DENIED**.

**SO ORDERED** this _____ day, _____, 2015.

_____
JUDGE GREG N. STIVERS
United States District Court