## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )   **Civil Action No. 5:12-CV-00127-** |
| | )   **GNS-HBB** |
| **ACF INDUSTRIES LLC, et al.** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## ORDER

Upon the Motion to Dismiss Sumitomo Electric Wintec America, Inc. with Prejudice, and for good cause shown, Sumitomo Electric Wintec America, Inc. is dismissed from this cause with prejudice, each party to bear its own costs.

Greg N. Stivers, Judge
United States District Court

April 9, 2015