IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
|     **Plaintiff,** | ) ) ) |
| v. | ) ) Civil Action No. 5:12-CV-00127-GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** | ) ) |
|     **Defendants.** | ) ) |

**MOTION TO DISMISS DEFENDANTS HARRY SPIROS, INC.
AND SUPERIOR EQUIPMENT CO. WITH PREJUDICE**

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), respectfully moves this Court for an appropriate Order which dismisses Defendants Harry Spiros, Inc. and Superior Equipment Co. ("Harry Spiros/Superior Equipment") with prejudice from this cause. In support of this Motion, Plaintiff states as follows:

1.    On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery, contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several defendants (Dkt. No. 1). On January 30, 2013, Plaintiff filed a First Amended Complaint, naming Harry Spiros/Superior Equipment as additional defendants, among others (Dkt. No. 581). On March 29, 2013, Plaintiff filed a Second Amended Complaint against all defendants, including Harry Spiros/Superior Equipment (DN 758). On February 27, 2014, Plaintiff filed a Third Amended Complaint against the remaining defendants, including Harry Spiros/Superior Equipment (DN 985).

2.    Harry Spiros/Superior Equipment are two of the defendants that filed a Rule 12(b)(6) motion to dismiss Plaintiff's Second Amended Complaint (Doc. 776), which the Court denied on February 7, 2014 (Doc. 961).

3. Harry Spiros/Superior Equipment are also two of the defendants that filed the Rule 12(b) motion to dismiss Plaintiff's Third Amended Complaint (Doc. 1002), which the Court granted on March 3, 2015 (Dkt. No. 1137) and which is the subject of Plaintiff's pending Motion for Reconsideration and for Leave to File an Amended Complaint, or Alternatively, Interlocutory Appeal (Dkt. No. 1138).

4. After the Court dismissed Plaintiff's Third Amended Complaint against certain defendants, including Harry Spiros/Superior Equipment, Plaintiff entered into a confidential settlement agreement with Harry Spiros/Superior Equipment, which settles all claims between Plaintiff and Harry Spiros/Superior Equipment for a sum certain and other valuable consideration exchanged between the parties.

5. Under the terms of the settlement agreement with Harry Spiros/Superior Equipment, Plaintiff agreed to file a motion to dismiss Harry Spiros/Superior Equipment from this cause with prejudice, each party to bear its own costs.

6. A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing Defendants Harry Spiros, Inc. and Superior Equipment Co. from this cause with prejudice, each party to bear its own costs, and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated: April 21, 2015                     Respectfully submitted,

        */s/* Gary D. Justis
        Gary D. Justis    admitted *pro hac vice*
        Rachel D. Guthrie    admitted *pro hac vice*
        THE JUSTIS LAW FIRM LLC
        10955 Lowell Ave.
        Suite 520
        Overland Park, KS 66210-2336
        Telephone: (913) 955-3712
        Facsimile: (913) 955-3711
        Email: gjustis@justislawfirm.com
              rguthrie@justislawfirm.com

        and

        W. Fletcher McMurry Schrock (Ky. Bar# 62283)
        MCMURRY & LIVINGSTON, PLLC
        333 Broadway, 7th Floor
        P.O. Box 1700
        Paducah, Kentucky 42002-1700
        Telephone: (270) 443-6511
        Facsimile: (270) 443-6548
        Email: fletch@ml-lawfirm.com

        ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2015, a copy of the foregoing Motion to Dismiss Defendants Harry Spiros, Inc. and Superior Equipment Co. with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

        */s/* Gary D. Justis
        Gary D. Justis
3