**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION**

| | |
|---|---|
| **LWD PRP GROUP,**  Plaintiff,  v.  **ACF INDUSTRIES LLC, et al.**  Defendants. | Civil Action No. 5:12-CV-00127-GNS-HBB |

**ORDER**

Upon the Motion to Dismiss Harry Spiros, Inc. and Superior Equipment Co. with Prejudice, and for good cause shown, Harry Spiros, Inc. and Superior Equipment Co. are dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED this _____ day of _____ 2015.

_____
JUDGE GREGORY N. STIVERS
United States District Court