# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** )<br>)<br>  **Plaintiff,** )<br>)<br>v. )<br>)<br>**ACF INDUSTRIES LLC, et al.** )<br>)<br>  **Defendants.** )<br>) | Civil Action No. 5:12-CV-00127-GNS-HBB |

## MOTION TO DISMISS DEFENDANTS UNITED INDUSTRIES CORP. AND CHEMSICO, INC. WITH PREJUDICE

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), respectfully moves this Court for an appropriate Order which dismisses Defendants United Industries Corp. and Chemsico, Inc. ("United Industries/ Chemsico") with prejudice from this cause. In support of this Motion, Plaintiff states as follows:

1. On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery, contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several defendants (Dkt. No. 1). On January 30, 2013, Plaintiff filed a First Amended Complaint, naming United Industries/Chemsico as additional defendants, among others (Dkt. No. 581). On March 29, 2013, Plaintiff filed a Second Amended Complaint against all defendants, including United Industries/Chemsico (DN 758). On February 27, 2014, Plaintiff filed a Third Amended Complaint against the remaining defendants, including United Industries/Chemsico (DN 985).

2. United Industries/Chemsico are two of the defendants that filed a Rule 12(b)(6) motion to dismiss Plaintiff's Second Amended Complaint (Doc. 776), which the Court denied on February 7, 2014 (Doc. 961).

3. United Industries/Chemsico are also two of the defendants that filed the Rule 12(b) motion to dismiss Plaintiff's Third Amended Complaint (Doc. 1002), which the Court granted on March 3, 2015 (Dkt. No. 1137) and which is the subject of Plaintiff's pending Motion for Reconsideration and for Leave to File an Amended Complaint, or Alternatively, Interlocutory Appeal (Dkt. No. 1138).

4. After the Court dismissed Plaintiff's Third Amended Complaint against certain defendants, including United Industries/Chemsico, Plaintiff entered into a confidential settlement agreement with United Industries/Chemsico, which settles all claims between Plaintiff and United Industries/Chemsico for a sum certain and other valuable consideration exchanged between the parties.

5. Under the terms of the settlement agreement with United Industries/Chemsico, Plaintiff agreed to file a motion to dismiss United Industries/Chemsico from this cause with prejudice, each party to bear its own costs.

6. A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing Defendants United Industries Corp. and Chemsico, Inc. from this cause with prejudice, each party to bear its own costs, and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated: April 21, 2015 Respectfully submitted,

/s/ Gary D. Justis
Gary D. Justis  admitted *pro hac vice*
Rachel D. Guthrie  admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
10955 Lowell Ave.
Suite 520
Overland Park, KS  66210-2336
Telephone:  (913) 955-3712
Facsimile:  (913) 955-3711
Email:  gjustis@justislawfirm.com
   rguthrie@justislawfirm.com

and

W. Fletcher McMurry Schrock (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone: (270) 443-6511
Facsimile: (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2015, a copy of the foregoing Motion to Dismiss Defendants United Industries Corp. and Chemsico, Inc. with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

/s/ Gary D. Justis
Gary D. Justis

3