**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION**

| | | |
|---|---|---|
| **LWD PRP GROUP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 5:12-CV-00127-** |
| | ) | **GNS-HBB** |
| **ACF INDUSTRIES LLC, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**MOTION TO DISMISS DUKE ENERGY CORP. WITH PREJUDICE**

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), respectfully moves this Court for an appropriate Order which dismisses Defendant Duke Energy Corp. ("Duke Energy") with prejudice from this cause. In support of this Motion, Plaintiff states as follows:

1.      On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery, contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several defendants (Dkt. No. 1). On January 30, 2013, Plaintiff filed a First Amended Complaint, naming Duke Energy as an additional defendant, among others (Dkt. No. 581). On March 29, 2013, Plaintiff filed a Second Amended Complaint against all defendants, including Duke Energy (DN 758). On February 27, 2014, Plaintiff filed a Third Amended Complaint against the remaining defendants, including Duke Energy (DN 985).

2.      Duke Energy was one of the defendants who filed a Rule 12(b)(6) motion to dismiss Plaintiff's Second Amended Complaint (Doc. 776), which the Court denied on February 7, 2014 (Doc. 961).

3.      Duke Energy was one of the defendants who filed the Rule 12(b) motion to dismiss Plaintiff's Third Amended Complaint (Doc. 1002), which the Court granted on March 3, 2015 (Dkt. No. 1137) and which is the subject of Plaintiff's pending Motion for Reconsideration and for Leave to File an Amended Complaint, or Alternatively, Interlocutory Appeal (Dkt. No. 1138).

4.      After the Court dismissed Plaintiff's Third Amended Complaint against certain defendants, including Duke Energy, Plaintiff entered into a confidential settlement agreement with Duke Energy, which settle all claims between Plaintiff and Duke Energy for a sum certain and other valuable consideration exchanged between the parties.

5.      Under the terms of the settlement agreement with Duke Energy, Plaintiff agreed to file a motion to dismiss Duke Energy from this cause with prejudice, each party to bear its own costs.

6.      A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing Defendant Duke Energy Corp. from this cause with prejudice, each party to bear its own costs, and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated: April 22, 2015     Respectfully submitted,


/s/ Gary D. Justis
_____
Gary D. Justis     admitted *pro hac vice*
Rachel D. Guthrie    admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
10955 Lowell Ave.
Suite 520
Overland Park, KS  66210-2336
Telephone:  (913) 955-3712
Facsimile:  (913) 955-3711
Email:  gjustis@justislawfirm.com
   rguthrie@justislawfirm.com

   and

W. Fletcher McMurry Schrock (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone: (270) 443-6511
Facsimile: (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP
GROUP

## CERTIFICATE OF SERVICE

  I hereby certify that on April 22, 2015, a copy of the foregoing Motion to Dismiss

Defendant Duke Energy Corp. with Prejudice was filed electronically. Notice of this filing will

be sent to all parties by operation of the Court's electronic filing system. Parties may access this

filing through the Court's Electronic Case Filing System.


/s/ Gary D. Justis
_____
Gary D. Justis