# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | )<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) **Civil Action No. 5:12-CV-00127-** |
| **ACF INDUSTRIES LLC, et al.** | ) **GNS-HBB**<br>) |
| Defendants. | )<br>) |

### MOTION TO DISMISS DEFENDANT OWENS CORNING WITH PREJUDICE

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), respectfully moves this Court for an appropriate Order which dismisses Defendant Owens Corning ("Owens Corning") with prejudice from this cause. In support of this Motion, Plaintiff states as follows:

1. On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery, contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several defendants (Dkt. No. 1). On January 30, 2013, Plaintiff filed a First Amended Complaint, naming Owens Corning as additional defendants, among others (Dkt. No. 581). On March 29, 2013, Plaintiff filed a Second Amended Complaint against all defendants, including Owens Corning (Dkt. No. 758). On February 27, 2014, Plaintiff filed a Third Amended Complaint against the remaining defendants, including Owens Corning (Dkt. No. 985).

2. On March 31, 2015, Owens Corning filed a Motion for Judgment on the Pleadings (Dkt. No. 1139), which is pending before the Court.

3.    Plaintiff has entered into a confidential settlement agreement with Owens Corning, which settles all claims between Plaintiff and Owens Corning for a sum certain and other valuable consideration exchanged between the parties.

4.    Under the terms of the settlement agreement with Owens Corning, Plaintiff agreed to file a motion to dismiss Owens Corning from this cause with prejudice, each party to bear its own costs.

5.    A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing Defendant Owens Corning from this cause with prejudice, each party to bear its own costs, and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated: April 23, 2015

Respectfully submitted,

*/s/* Gary D. Justis
Gary D. Justis          admitted *pro hac vice*
Rachel D. Guthrie      admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
10955 Lowell Ave.
Suite 520
Overland Park, KS 66210-2336
Telephone: (913) 955-3712
Facsimile: (913) 955-3711
Email: gjustis@justislawfirm.com
       rguthrie@justislawfirm.com

and

W. Fletcher McMurry Schrock (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky 42002-1700
Telephone: (270) 443-6511
Facsimile: (270) 443-6548
Email: fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2015, a copy of the foregoing Motion to Dismiss Defendant Owens Corning with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

*/s/* Gary D. Justis
Gary D. Justis