# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 5:12-CV-00127-<br>) GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** | )<br>) |
| Defendants. | )<br>) |

## ORDER

Upon the Motion to Dismiss Harry Spiros, Inc. and Superior Equipment Co. with Prejudice, and for good cause shown, Harry Spiros, Inc. and Superior Equipment Co. are dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED this: April 23, 2015

Greg N. Stivers, Judge
United States District Court