IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 5:12-CV-00127-GNS-HBB |
| ACF INDUSTRIES LLC, et al. | ) |
| Defendants. | ) |

### ORDER

Upon the Motion to Dismiss Defendant Duke Energy Corp. with Prejudice, and for good cause shown, Duke Energy Corp. is dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED this: April 23, 2015

Greg N. Stivers, Judge
United States District Court