# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** )<br>)<br>  **Plaintiff,** )<br>)<br>v. )<br>)<br>**ACF INDUSTRIES LLC, et al.** )<br>)<br>  **Defendants.** )<br>) | Civil Action No. 5:12-CV-00127-GNS-HBB |

### PLAINTIFF'S RESPONSE TO DEFENDANT OWENS CORNING'S MOTION FOR JUDGMENT ON THE PLEADINGS

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel, briefly responds to Defendant Owens Corning's Motion for Judgment on the Pleadings, as follows:

1. Owens Corning filed is Motion for Judgment on the Pleadings and Memorandum in Support on March 31, 2015 (Dkt. No. 1139).

2. Plaintiff and Owens Corning have entered into a confidential settlement agreement with Owens Corning, which settles all claims between Plaintiff and Owens Corning for a sum certain and other valuable consideration exchanged between the parties.

3. Under the terms of the settlement agreement with Owens Corning, Plaintiff agreed to file the pending motion to dismiss Owens Corning from this cause with prejudice, each party to bear its own costs, which Plaintiff filed on April 23, 2015 (Dkt. No. 1150).

4. Consequently, Plaintiff respectfully submits Owens Corning's Motion for Judgment on the Pleadings should be denied as moot since Owens Corning has settled and will be dismissed from this case with prejudice.

5. A proposed Order is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order denying Defendant Owens Corning's Motion for Judgment on the Pleadings as moot as soon as the Court enters an Order dismissing settling defendant Owens Corning with prejudice, and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated: April 24, 2015            Respectfully submitted,

*/s/* Gary D. Justis
Gary D. Justis        admitted *pro hac vice*
Rachel D. Guthrie        admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
10955 Lowell Ave.
Suite 520
Overland Park, KS 66210-2336
Telephone: (913) 955-3712
Facsimile: (913) 955-3711
Email: gjustis@justislawfirm.com
       rguthrie@justislawfirm.com

and

W. Fletcher McMurry Schrock (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky 42002-1700
Telephone: (270) 443-6511
Facsimile: (270) 443-6548
Email: fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

3

## CERTIFICATE OF SERVICE

      I hereby certify that on April 24, 2015, a copy of the foregoing Plaintiff's Response to Defendant Owens Corning's Motion for Judgment on the Pleadings was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

                                                    */s/* Gary D. Justis
                                                    Gary D. Justis