# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 5:12-CV-00127-<br>) GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** | )<br>) |
| Defendants. | )<br>) |

### [PROPOSED] ORDER DENYING DEFENDANT OWENS CORNING'S MOTION FOR JUDGMENT ON THE PLEADINGS

This matter is before the Court on a Motion for Judgment on the Pleadings filed by Defendant Owens Corning [DN 1139]. In consideration of the Motion, Plaintiff's response to the Motion, the dismissal of Defendant Owens Corning with prejudice [DN _____], and the entire record herein,

**IT IS HEREBY ORDERED** that the Motion for Judgment on the Pleadings is **DENIED** as moot.

ENTERED this _____ day of _____ 2015.

_____
JUDGE GREGORY N. STIVERS
United States District Court