## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** )<br>)<br>    **Plaintiff,** )<br>)<br>v. )<br>)<br>**ACF INDUSTRIES LLC, et al.** )<br>)<br>    **Defendants.** )<br>) | Civil Action No. 5:12-CV-00127-GNS-HBB |

### MOTION TO DISMISS DEFENDANT
### QUALITY METAL FINISHING CO. WITH PREJUDICE

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), respectfully moves this Court for an appropriate Order which dismisses Defendant Quality Metal Finishing Co. ("QMF") with prejudice from this cause. In support of this Motion, Plaintiff states as follows:

1. On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery, contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several defendants (Dkt. No. 1). On January 30, 2013, Plaintiff filed a First Amended Complaint, naming QMF as additional defendants, among others (Dkt. No. 581). On March 29, 2013, Plaintiff filed a Second Amended Complaint against all defendants, including QMF (Dkt. No. 758). On February 27, 2014, Plaintiff filed a Third Amended Complaint against the remaining defendants, including QMF (Dkt. No. 985).

2. On April 24, 2013, QMF filed an Answer to Plaintiff's Second Amended Complaint and Counterclaims against Plaintiff (Dkt. No. 861). On June 27, 2013, Plaintiff filed its Answer to QMF's Counterclaims (Dkt. No. 933).

      3.      Plaintiff has entered into a confidential settlement agreement with QMF, which settles all claims between Plaintiff and QMF for a sum certain and other valuable consideration exchanged between the parties.

      4.      Under the terms of the settlement agreement with QMF, Plaintiff agreed to file a motion to dismiss QMF from this cause with prejudice, each party to bear its own costs.

      5.      A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing Defendant QMF from this cause with prejudice, each party to bear its own costs, and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated: April 25, 2015                                     Respectfully submitted,

                                                                         */s/* Gary D. Justis
                                                                         Gary D. Justis         admitted *pro hac vice*
                                                                         Rachel D. Guthrie      admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
10955 Lowell Ave.
Suite 520
Overland Park, KS  66210-2336
Telephone:  (913) 955-3712
Facsimile:  (913) 955-3711
Email:  gjustis@justislawfirm.com
        rguthrie@justislawfirm.com

and

W. Fletcher McMurry Schrock (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone: (270) 443-6511
Facsimile: (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## CERTIFICATE OF SERVICE

    I hereby certify that on April 25, 2015, a copy of the foregoing Motion to Dismiss Defendant Quality Metal Finishing Co. with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

                                                                   */s/* Gary D. Justis
                                                                   Gary D. Justis