# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 5:12-CV-00127-GNS-HBB |
| | ) |
| **ACF INDUSTRIES LLC, et al.** | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon the Motion to Dismiss Defendant Quality Metal Finishing Co. with Prejudice, and for good cause shown, Quality Metal Finishing Co. is dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED this _____ day of _____ 2015.

_____
JUDGE GREGORY N. STIVERS
United States District Court