IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| Plaintiff, | ) ) ) |
| v. | )  Civil Action No. 5:12-CV-00127-GNS-HBB |
| ACF INDUSTRIES LLC, et al. | ) ) |
| Defendants. | ) ) |

**ORDER**

Upon the Motion to Dismiss Defendant Owens Corning with Prejudice, and for good cause shown, Owens Corning is dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED this: April 27, 2015

Greg N. Stivers, Judge
United States District Court