IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 5:12-CV-00127-GNS-HBB |
| ACF INDUSTRIES LLC, et al. | ) |
| Defendants. | ) |

## ORDER

Upon the Motion to Dismiss Defendant Quality Metal Finishing Co. with Prejudice, and for good cause shown, Quality Metal Finishing Co. is dismissed from this cause with prejudice, each party to bear its own costs.

Greg N. Stivers, Judge
United States District Court

April 27, 2015