**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**

| | |
|---|---|
| **LWD PRP GROUP,** )<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**ACF INDUSTRIES LLC, et al.** )<br>)<br>**Defendants.** )<br>) | **Civil Action No. 5:12-CV-00127-**<br>**GNS-HBB** |

**AGREED ORDER FOR EXTENSION OF TIME**

Pursuant to LR 7.1(b) and upon the agreement of counsel for the Plaintiff LWD PRP Group ("Plaintiff") and Defendant Dresser-Rand Company ("Dresser-Rand"), it is hereby ordered that Plaintiff LWD PRP Group's reply to Dresser-Rand's response (Dkt. No. 1144) to Plaintiff's Motion for Reconsideration and for Leave to File an Amended Complaint, or Alternatively, Interlocutory Appeal (Dkt. No. 1138) is due by May 15, 2015.

**SO ORDERED** this:

**SO AGREED:**

/s/ Gary D. Justis
Gary D. Justis                    admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
10955 Lowell Ave., Suite 520
Overland Park, KS  66210-2336
Telephone:  (913) 955-3712
Facsimile:  (913) 955-3711
Email: gjustis@justislawfirm.com
        rguthrie@justislawfirm.com

        and

W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
Paducah, KY  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

/s/ Christopher D. Cathey          (*by permission*)
Christopher D. Cathey
ccathey@ralaw.com
Roetzel & Andress, LPA
310 Chiquita Center
250 East Fifth Street
Cincinnati, Ohio  45202
Telephone:  513.361.0200
Facsimile:  513.361.0335

Of Counsel:

Thomas L. Rosenberg (OH  0024898)
trosenberg@ralaw.com
Roetzel & Andress, LPA
PNC Plaza, Twelfth Floor
155 East Broad Street
Columbus, Ohio  43215
Telephone:  614.463.9770
Facsimile:  614.463.9792

ATTORNEYS FOR DEFENDANT DRESSER-RAND
COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2015, a copy of the foregoing Agreed Order was filed electronically.   Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.   Parties may access this filing through the Court's Electronic Case Filing System.


/s/ Gary D. Justis
Gary D. Justis

**EXHIBIT A**

Alcan Corporation, improperly captioned as Rio Tinto Alcan and Pechiney Plastic Packaging, Inc.
American Woodmark Corporation
Baker Hughes, Inc.
Banta Corporation
Bayer CropScience, Inc.
Bayer Healthcare, LLC
Brown's Plating Service, Inc.
Carboline Company
CBS Corporation, improperly captioned as Viacom, Inc.
Central Environmental Systems, Inc.
Champion Laboratories, Inc.
Colonial Pipeline Company
Columbia County, New York
Cooper-Standard Automotive, Inc.
Cycle Chem, Inc.
DAP Products Inc., also improperly captioned as Tremco Inc.
DENSO International America, Inc.
DENSO Manufacturing Michigan, Inc. f/k/a Nippondenso Manufacturing USA, Inc. Drug & Laboratory Disposal, Inc.
Duke Energy Ohio, Inc., improperly captioned as Duke Energy Corporation
Duncan Aviation, Inc.
Eagle Industries, LLC, also improperly captioned as Eagle Industries, Inc.
EQ Illinois
EQ Resource Recovery, also improperly captioned as The Environmental Quality Co. Exxon Mobil Corporation ("ExxonMobil"), also improperly captioned as Exxon Mobil Environmental Services Corporation
General Electric Company
Harry Spiros, Inc. f/k/a Superior Equipment Company, Inc., also improperly captioned as Superior Equipment Company, Inc.
H.B. Fuller Company
Housing Authority of Hopkinsville, Kentucky
Indiana-Kentucky Electric Corporation
Ingersoll Rand Company
International Paper Company
Kinder Morgan Liquids Terminals LLC, improperly captioned as Kinder Morgan Energy Partners LP
National Railway Equipment Company, Inc.
Nissan North America Inc.
PDC Laboratories, Inc.
Peoria Disposal Company
Perma-Fix Environmental Services, Inc.
Perma-Fix of Dayton, Inc.
Perma-Fix of Orlando, Inc.
Perma-Fix of South Georgia, Inc.

The Premcor Refining Group Inc. Printpack, Inc.

Rail Services, Inc.

Regal Beloit America, Inc.

R.R. Donnelley & Sons Company

Sabreliner Corporation

SI Group, Inc., also improperly captioned as Schenectady Chemicals, Inc.

Simpson Investment Company, also improperly captioned as Pacific Western Resin Company

Southern Star Central Gas Pipeline, Inc., also improperly captioned as Williams Gas Pipeline Co., LLC and The Williams Companies, Inc.

Sumitomo Electric Wintec America, Inc.

Trane US, Inc.

Transmontaigne Product Services, Inc., also improperly captioned Independent Terminal and Pipeline Company

Tri-City Tank Wash, Inc., also improperly captioned as North American Tank Cleaning, Inc. and PSC, LLC

United Industries Corporation d/b/a Chemsico, Inc. also improperly and redundantly captioned as Chemsico, Inc.

Valero Marketing and Supply Company

Valero Retail Holdings, Inc.

Van Dyne-Crotty Co. d/b/a Spirit Services Co. of Ohio, also improperly captioned as Spirit Services Company and Van Dyne & Crotty Co.

Vertellus Specialties, Inc.

Western Rust-Proof Company

Wheeler Lumber, LLC

Wockhardt USA LLC, also improperly captioned as Pharmaceutical Basics, Inc.

York International Corporation