**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**

| | |
|---|---|
| **LWD PRP GROUP,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 5:12-CV-00127-** |
| ) | **GNS-HBB** |
| **ACF INDUSTRIES LLC, et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**MOTION TO DISMISS DEFENDANT DRESSER-RAND CO. WITH PREJUDICE**

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), respectfully moves this Court for an appropriate Order which dismisses Defendant Dresser-Rand Co. ("Dresser-Rand") with prejudice from this cause. In support of this Motion, Plaintiff states as follows:

1.      On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery, contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several defendants (Dkt. No. 1). On January 30, 2013, Plaintiff filed a First Amended Complaint, naming Dresser-Rand as a defendant, among others (Dkt. No. 581). On March 29, 2013, Plaintiff filed a Second Amended Complaint against all defendants, including Dresser-Rand (Dkt. No. 758). On February 27, 2014, Plaintiff filed a Third Amended Complaint against the remaining defendants, including Dresser-Rand (Dkt. No. 985).

2.      On March 16, 2015, Plaintiff filed a Motion for Reconsideration and for Leave To File An Amended Complaint, or Alternatively, Interlocutory Appeal (Dkt. No. 1138).

3.      On April 9, 2015, Dresser-Rand filed a Response to Plaintiff's Motion for Reconsideration (Dkt. No. 1144), which is pending before the Court.

4.      Plaintiff has entered into a confidential settlement agreement with Dresser-Rand, which settles all claims between Plaintiff and Dresser-Rand for a sum certain and other valuable consideration exchanged between the parties.

5.      Under the terms of the settlement agreement with Dresser-Rand, Plaintiff agreed to file a motion to dismiss Dresser-Rand from this cause with prejudice, each party to bear its own costs.

6.      A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing Defendant Dresser-Rand Co. from this cause with prejudice, each party to bear its own costs, and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated: May 15, 2015                     Respectfully submitted,


                                        /s/ Rachel D. Guthrie
                                        Gary D. Justis              admitted *pro hac vice*
                                        Rachel D. Guthrie           admitted *pro hac vice*
                                        THE JUSTIS LAW FIRM LLC
                                        10955 Lowell Ave.
                                        Suite 520
                                        Overland Park, KS  66210-2336
                                        Telephone:  (913) 955-3712
                                        Facsimile:  (913) 955-3711
                                        Email:  gjustis@justislawfirm.com
                                                rguthrie@justislawfirm.com

                                        and

                                        W. Fletcher McMurry Schrock (Ky. Bar# 62283)
                                        MCMURRY & LIVINGSTON, PLLC
                                        333 Broadway, 7th Floor
                                        P.O. Box 1700
                                        Paducah, Kentucky  42002-1700
                                        Telephone: (270) 443-6511
                                        Facsimile: (270) 443-6548
                                        Email:  fletch@ml-lawfirm.com

                                        ATTORNEYS FOR PLAINTIFF LWD PRP
                                        GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2015, a copy of the foregoing Motion to Dismiss

Defendant Dresser-Rand Co. with Prejudice was filed electronically. Notice of this filing will be

sent to all parties by operation of the Court's electronic filing system. Parties may access this

filing through the Court's Electronic Case Filing System.


                                        /s/ Gary D. Justis
                                        Gary D. Justis


3