# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 5:12-CV-00127-<br>) GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** | )<br>) |
| Defendants. | )<br>) |

### PLAINTIFF'S REPLY TO DEFENDANT DRESSER-RAND'S RESPONSE TO PLAINTIFF'S MOTION FOR RECONSIDERATION

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel, briefly responds to Defendant Dresser-Rand's Response to Plaintiff's Motion for Reconsideration, as follows:

1. Plaintiff filed its Motion for Reconsideration and for Leave to File an Amended Complaint, or Alternatively, Interlocutory Appeal on March 16, 2015 (Dkt. No. 1138).

2. Dresser-Rand filed its Response to Plaintiff's Motion for Reconsideration on April 9, 2015 (Dkt. No. 1144).

3. Plaintiff and Dresser-Rand have entered into a confidential settlement agreement with Dresser-Rand, which settles all claims between Plaintiff and Dresser-Rand for a sum certain and other valuable consideration exchanged between the parties.

4. Under the terms of the settlement agreement with Dresser-Rand, Plaintiff agreed to file the pending motion to dismiss Dresser-Rand from this cause with prejudice, each party to bear its own costs, which Plaintiff filed on May 15, 2015 (Dkt. No. 1161).

5. Consequently, Plaintiff respectfully submits Dresser-Rand's Response to Plaintiff's Motion for Reconsideration should be declared moot, and the relief requested there in denied, since Dresser-Rand has settled and will be dismissed from this case with prejudice.

6. A proposed Order is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order declaring Defendant Dresser-Rand's Response to Plaintiff's Motion for Reconsideration as moot and denying the relief requested therein as soon as the Court enters an Order dismissing settling defendant Dresser-Rand with prejudice, and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated: May 15, 2015                              Respectfully submitted,

*/s/* Rachel D. Guthrie
Gary D. Justis                  admitted *pro hac vice*
Rachel D. Guthrie               admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
10955 Lowell Ave.
Suite 520
Overland Park, KS  66210-2336
Telephone:  (913) 955-3712
Facsimile:  (913) 955-3711
Email:  gjustis@justislawfirm.com
        rguthrie@justislawfirm.com

and

W. Fletcher McMurry Schrock (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone: (270) 443-6511
Facsimile: (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## CERTIFICATE OF SERVICE

      I hereby certify that on May 15, 2015, a copy of the foregoing Plaintiff's Reply to Dresser-Rand's Response to Plaintiff's Motion for Reconsideration was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

                                                        */s/* Rachel D. Guthrie
                                                        Rachel D. Guthrie