**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION**

| | |
|---|---|
| **LWD PRP GROUP,** )<br>)<br>    **Plaintiff,** )<br>)<br>v. )<br>)<br>**ACF INDUSTRIES LLC, et al.** )<br>)<br>    **Defendants.** )<br>) | **Civil Action No. 5:12-CV-00127-GNS-HBB** |

**[PROPOSED] ORDER DECLARING MOOT DEFENDANT DRESSER-RAND'S
RESPONSE TO PLAINTIFF'S MOTION FOR RECONSIDERATION**

This matter is before the Court on a Motion for Reconsideration and for Leave to File an Amended Complaint, or Alternatively, Interlocutory Appeal filed by Plaintiff [DN 1139]. In consideration of the Motion, Defendant Dresser-Rand's response to the Motion, the dismissal of Defendant Dresser-Rand with prejudice [DN 1161].

**IT IS HEREBY ORDERED** that the Response to the Motion for Reconsideration is moot, and the relief requested therein is **DENIED**.

ENTERED this _____ day of _____ 2015.

_____
JUDGE GREGORY N. STIVERS
United States District Court