IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 5:12-CV-00127-GNS-HBB |
| ACF INDUSTRIES LLC, et al. | ) ) |
| Defendants. | ) ) |

## ORDER

Upon the Motion to Dismiss Defendant Dresser-Rand Co. with Prejudice, and for good cause shown, Dresser-Rand is dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED this: May 19, 2015

Greg N. Stivers, Judge
United States District Court