# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** ) | **CASE NO. 5:12-CV-127R** |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **ACCENT STRIPE, INC., et al.,** ) | **DEFENDANT'S, UNIVERSITY OF** |
| ) | **IOWA, ANSWER TO** |
| **Defendants.** ) | **FOURTH AMENDED COMPLAINT** |
| ) | |

**COMES NOW** Defendant, the University of Iowa, and for its answer to Plaintiff's Fourth Amended Complaint, states:

1. Paragraphs 1-30 are denied.

2. Paragraphs 31 through 458 and 464 through 565 are denied for lack of information upon which to form a belief.

6. Paragraphs 459 through 463 are denied.

## AFFIRMATIVE DEFENSES

**COMES NOW** the Defendant, the University of Iowa, and states as affirmative defenses:

1. LWD fails to state a claim upon relief may be granted.

2. LWD failed to mitigate damages.

3. LWD failed to exhaust required administrative remedies.

4. LWD's claims are barred by the doctrines of excuse, estoppel, waiver, and/or justification.

5. Plaintiff's claims are barred by the statute of limitations.

6. Plaintiff's claims are barred by sovereign immunity.

7. Plaintiff's claims are barred by settlement, contribution and release.

**WHEREFORE**, the Defendant University of Iowa requests the Court to dismiss Plaintiff's Complaint and assess the costs of this action to Plaintiff.

**THOMAS J. MILLER**
Attorney General of Iowa

**/s/GEORGE A. CARROLL**
George A. Carroll
Assistant Attorney General
Hoover Building, Second Floor
1305 East Walnut Street
Des Moines, Iowa  50319
PHONE:  (515) 281-8330
FAX:  (515) 281-7219
E-MAIL:  George.carroll@iowa.gov
ATTORNEYS FOR DEFENDANTS

*Original filed electronically.*

*Copy electronically served on all parties of record.*

---

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on June 9, 2015:

- ☐ U.S. Mail
- ☐ Hand Delivery
- ☐ Federal Express
- ☒ ECF System Participant (Electronic Service)
- ☐ FAX
- ☐ Overnight Courier
- ☐ Other

Signature: /s/Betty Christensen