UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12CV-127-R

LWD PRP GROUP                                                        PLAINTIFF

v.

ACF INDUSTRIES, LLC, et al.                                         DEFENDANTS

**MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**
**(Electronically Filed)**

Come the Defendants listed on Exhibit A, by counsel and pursuant to Federal Rule of

Civil Procedure 12(b)(6), and move this Court to dismiss all or a portion of the claims brought in

the Fourth Amended Complaint by the Plaintiff, LWD PRP Group.

The Fourth Amended Complaint seeks contribution recovery for payments made to USEPA under

the so-called EPA Past Costs AOC II, but such claims are barred by the requirements of Section 113(b) of

CERCLA.  By the time the EPA Past Costs AOC II had been signed and finalized, USEPA's statute of

limitations to seek cost recovery for those costs had passed, and therefore the Defendants had no liability

to pay those costs.  As a result, there was no common obligation between the Plaintiff and the Defendants,

a prerequisite for a contribution action under CERCLA.

Furthermore, the signatories to the EPA Past Costs AOC II either had previously resolved all of

their Site liability to USEPA, or the applicable statute of limitations as to such parties had already

expired, making the entirety of the payments under the EPA Past Costs AOC II completely voluntary.  As

liability of the party seeking contribution is also a prerequisite of any claim of contribution, the Plaintiff

cannot seek recovery of these costs from these Defendants as a matter of law.

Finally, as it cannot be determined which, if any, of the members of the Plaintiff have

disproportionately paid common liabilities at the Site, the Fourth Amended Complaint should be

dismissed.

Defendants tender herewith a memorandum in support of their motion, along with a proposed order granting the requested relief.

Respectfully submitted,

WHITLOW, ROBERTS, HOUSTON & STRAUB PLLC
*Attorneys for Defendants*

By:    */s/ Nicholas M. Holland*
         Nicholas M. Holland
         300 Broadway
         Post Office Box 995
         Paducah, Kentucky 42002-0995
         Telephone: (270) 443-4516
         Facsimile: (270) 443-4571
         nholland@whitlow-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June, 2015, I have filed the foregoing through the CM/ECF system, which will forward an electronic copy to the counsel of record.

I further certify that I have served non-ECF participants via first class mail.

/s/ Nicholas M. Holland
Nicholas M. Holland

2