## EXHIBIT A

Alcan Corporation, improperly captioned as Rio Tinto Alcan and Pechiney Plastic
     Packaging, Inc.
American Woodmark Corporation
Baker Hughes, Inc.
Bayer CropScience, Inc.
Bayer Healthcare, LLC
CBS Corporation, improperly captioned as Viacom, Inc.
Central Environmental Systems, Inc.
Champion Laboratories, Inc.
Colonial Pipeline Company
Columbia County, New York
Cooper-Standard Automotive, Inc.
Cycle Chem, Inc.
DENSO International America, Inc.
DENSO Manufacturing Michigan, Inc. f/k/a Nippondenso Manufacturing USA, Inc.
Drug & Laboratory Disposal, Inc.
Duncan Aviation, Inc.
Eagle Industries, LLC, also improperly captioned as Eagle Industries, Inc.
EQ Illinois
EQ Resource Recovery, also improperly captioned as The Environmental Quality Co.
General Electric Company
Housing Authority of Hopkinsville, Kentucky
Indiana-Kentucky Electric Corporation
Ingersoll Rand Company
International Paper Company
National Railway Equipment Company, Inc.
Nissan North America Inc.
PDC Laboratories, Inc.
Peoria Disposal Company
Perma-Fix Environmental Services, Inc.
Perma-Fix of Dayton, Inc.
Perma-Fix of Orlando, Inc.
Perma-Fix of South Georgia, Inc.
The Premcor Refining Group Inc.
Printpack, Inc.
Rail Services, Inc.
Regal Beloit America, Inc.
Sabreliner Corporation
SI Group, Inc., also improperly captioned as Schenectady Chemicals, Inc.
Simpson Investment Company, also improperly captioned as Pacific Western Resin Company
Southern Star Central Gas Pipeline, Inc., also improperly captioned as Williams Gas Pipeline
     Co., LLC and The Williams Companies, Inc.
Trane US, Inc.

Tri-City Tank Wash, Inc., also improperly captioned as North American Tank Cleaning, Inc.
     and PSC, LLC

Valero Marketing and Supply Company

Valero Retail Holdings, Inc.

Van Dyne-Crotty Co. d/b/a Spirit Services Co. of Ohio, also improperly captioned as Spirit
     Services Company and Van Dyne & Crotty Co.

Vertellus Specialties, Inc.

Western Rust-Proof Company

Wheeler Lumber, LLC

Wockhardt USA LLC, also improperly captioned as Pharmaceutical Basics, Inc.

York International Corporation