UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12CV-127-R

LWD PRP GROUP                                                                                                PLAINTIFF

v.

ACF INDUSTRIES, LLC, et al.                                                                          DEFENDANTS

**ORDER**

The Defendants listed on Exhibit A having moved the Court to dismiss the Plaintiff's Fourth Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), the Plaintiff having responded thereto, and the Court otherwise being sufficiently advised,

**IT IS ORDERED:**

The Motion of the Defendants is **GRANTED**. All claims against said Defendants are hereby dismissed with prejudice. This order shall be binding upon the named Plaintiff as well as its member companies.

This is a final and appealable order, and there is no just cause for delay.

cc: Counsel of record

## EXHIBIT A

Alcan Corporation, improperly captioned as Rio Tinto Alcan and Pechiney Plastic
    Packaging, Inc.
American Woodmark Corporation
Baker Hughes, Inc.
Bayer CropScience, Inc.
Bayer Healthcare, LLC
CBS Corporation, improperly captioned as Viacom, Inc.
Central Environmental Systems, Inc.
Champion Laboratories, Inc.
Colonial Pipeline Company
Columbia County, New York
Cooper-Standard Automotive, Inc.
Cycle Chem, Inc.
DENSO International America, Inc.
DENSO Manufacturing Michigan, Inc. f/k/a Nippondenso Manufacturing USA, Inc.
Drug & Laboratory Disposal, Inc.
Duncan Aviation, Inc.
Eagle Industries, LLC, also improperly captioned as Eagle Industries, Inc.
EQ Illinois
EQ Resource Recovery, also improperly captioned as The Environmental Quality Co.
General Electric Company
Housing Authority of Hopkinsville, Kentucky
Indiana-Kentucky Electric Corporation
Ingersoll Rand Company
International Paper Company
National Railway Equipment Company, Inc.
Nissan North America Inc.
PDC Laboratories, Inc.
Peoria Disposal Company
Perma-Fix Environmental Services, Inc.
Perma-Fix of Dayton, Inc.
Perma-Fix of Orlando, Inc.
Perma-Fix of South Georgia, Inc.
The Premcor Refining Group Inc.
Printpack, Inc.
Rail Services, Inc.
Regal Beloit America, Inc.
Sabreliner Corporation
SI Group, Inc., also improperly captioned as Schenectady Chemicals, Inc.
Simpson Investment Company, also improperly captioned as Pacific Western Resin Company
Southern Star Central Gas Pipeline, Inc., also improperly captioned as Williams Gas Pipeline
    Co., LLC and The Williams Companies, Inc.
Trane US, Inc.

Tri-City Tank Wash, Inc., also improperly captioned as North American Tank Cleaning, Inc. and PSC, LLC
Valero Marketing and Supply Company
Valero Retail Holdings, Inc.
Van Dyne-Crotty Co. d/b/a Spirit Services Co. of Ohio, also improperly captioned as Spirit Services Company and Van Dyne & Crotty Co.
Vertellus Specialties, Inc.
Western Rust-Proof Company
Wheeler Lumber, LLC
Wockhardt USA LLC, also improperly captioned as Pharmaceutical Basics, Inc.
York International Corporation