UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO.:  5:12-cv-00127-GNS-HBB

*Electronically Filed*

**LWD PRP GROUP**                                                                                    **PLAINTIFF**

**v.**

**ACF INDUSTRIES, LLC,** *et. al.*                                                      **DEFENDANTS**

**MOTION TO DISMISS FOURTH AMENDED COMPLAINT OF
DEFENDANT WILLIAMSON COUNTY HOUSING AUTHORITY**

Defendant Williamson County Housing Authority hereby moves this Court pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss all the claims brought by the Plaintiff, LWD PRP Group, in the Fourth Amended Complaint.

In support of this Motion, Defendant joins in and incorporates by reference the arguments presented by other Defendants in their Motion to Dismiss and accompanying memorandum and exhibits filed on June 18, 2015 [DE #1168.]. An order granting this Motion is attached for the Court's convenience.

Respectfully submitted,

*s/Amy D. Cubbage*
ROBERT T. WATSON
AMY D. CUBBAGE
McBrayer, McGinnis, Leslie & Kirkland, PLLC
9300 Shelbyville Road, Suite 110
Louisville, Kentucky 40222
Ph:  (502) 327-5400
Fax:  (502) 327-5444
rwatson@mmlk.com
acubbage@mmlk.com

*Counsel for Defendant,
Williamson County Housing Authority*

1

## CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of the foregoing was filed with the clerk of court on June 22, 2015, using the CM/ECF system, which will generate a notice of filing to all counsel of record registered with that system.

      *s/Amy D. Cubbage*
      **Counsel for Defendant,**
      **Williamson County Housing Authority**