UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO.:  5:12-cv-00127-GNS-HBB

*Electronically Filed*

**LWD PRP GROUP**  PLAINTIFF

v.

**ACF INDUSTRIES, LLC,** *et. al.*  DEFENDANTS

### ORDER GRANTING MOTION TO DISMISS OF
### DEFENDANT WILLIAMSON COUNTY HOUSING AUTHORITY

Defendant Williamson County Housing Authority moved this Court pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss all the claims brought by the Plaintiff, LWD PRP Group, in the Fourth Amended Complaint.

The Court, having considered the arguments of the Parties, and being sufficiently advised, hereby GRANTS the Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).

This is a final and appealable order.

Dated:

Tendered by:

*s Amy D. Cubbage*
ROBERT T. WATSON
AMY D. CUBBAGE
McBrayer, McGinnis, Leslie & Kirkland, PLLC
9300 Shelbyville Road, Suite 110
Louisville, Kentucky 40222

***Counsel for Defendant,***
***Williamson County Housing Authority***