UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH
Case No.5:12CV-127-R
ELECTRONICALLY FILED

LWD PRP GROUP                                                                                          PLAINTIFF

VS.

YENKIN-MAJESTIC PAINT CORP, et al                                                     DEFENDANTS

### MOTION TO DISMISS OF YENKIN-MAJESTIC PAINT CORP.

      Comes the Defendant, Yenkin-Majestic Paint Corp., by and through counsel, and pursuant to Federal Rule of Civil Procedure 12(b)(6), and moves this Court to dismiss all or a portion of the claims brought against it in the Fourth Amended Complaint filed by the plaintiff, LWD PRP Group.   As grounds for this Motion to Dismiss, this defendant incorporates by reference the Motion to Dismiss filed on behalf of Alcan Corporation, *et al*, at or about June 18, 2015 and the Memorandum of Authorities which accompanied said motion.

      Respectfully submitted,

      BOEHL STOPHER & GRAVES, LLP

      /s/ Richard L. Walter_____
      Richard L. Walter
      410 Broadway
      Paducah, KY  42001
      270-442-4369
      270-442-4689 fax
      rwalter@bsgpad.com

      ATTORNEY FOR DEFENDANT
      YENKIN-MAJESTIC PAINT CORP.

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 23rd   day of June 2015, I electronically filed with the Clerk of Court, on counsel of record by means of the Court's CM/ECF electronic filing system.   Notice of this filing will be sent to all parties by operation of the court's electronic filing system.   The parties may access this filing through the Court's Electronic Case Filing System.

                                                  /s/ Richard L. Walter_____
                                                  Richard L. Walter