UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH
Case No.5:12CV-127-R
ELECTRONICALLY FILED

LWD PRP GROUP                                                                                         PLAINTIFF

VS.

YENKIN-MAJESTIC PAINT CORP, et al                                              DEFENDANTS

## ORDER

This matter having come before the Court upon Yenkin – Majestic Paint Corp's Motion to Dismiss and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that the Motion of Yenkin Majestic be and the same is hereby granted.   The plaintiff's Complaint and all Amended Complaints as against Yenkin - Majestic are hereby dismissed.   There being no just reason for delay, this is a final and appealable Order.

Dated this _____ day of _____ 2015.