UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12-CV-127-R

LWD PRP GROUP,                                                                                          PLAINTIFF

VS.        **MOTION TO DISMISS FOURTH AMENDED COMPLAINT AGAINST
DEFENDANT WATTS & DURR OIL COMPANY, INC.
ELECTRONICALLY FILED**

ACF INDUSTRIES LLC, ET AL.,                                                                  DEFENDANTS

*** *** *** *** *** *** *** *** *** *** *** ***

Comes now the Defendant, Watts & Durr Oil Company, Inc., by counsel, and hereby moves this Court, pursuant to Federal Rules of Civil Procedure 12(b)(6) to dismiss all the claims brought by the Plaintiff, LWD PRP Group, in the Fourth Amended Complaint, on the basis that the claims are barred by applicable law, including limitations and failure to comply with the prerequisites to maintain this action.

In support of this Motion, this Defendant joins in and incorporates by reference the arguments brought by the other Defendants in their Motion to Dismiss and accompanying Memorandum and Exhibits filed on June 18, 2015 (DE 1168 and 1168-2). An Order granting this Motion is attached hereto.

1

s/ Winter R. Huff
WINTER R.HUFF, Counsel for Defendant
Watts & Durr Oil Company, Inc.
ATTORNEYS SERVICES OF KENTUCKY, PLLC
P.O. Box 627
Monticello, KY 42633
Telephone: (606) 343-0055
AND
203 E. Mt. Vernon Street
Somerset, KY 42501
Telephone:  (606) 678-0181
Facsimile:  (888) 513-0853
attorneywhuff@gmail.com

**CERTIFICATE OF SERVICE**

On June 23, 2015, I electronically filed this document through the ECF system. Notice of this filing will be sent to counsel for parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

s/ Winter R. Huff
WINTER R. HUFF, Counsel for Defendant
Watts & Durr Oil Company, Inc.