UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12-CV-127-R

LWD PRP GROUP,                                                          PLAINTIFF

VS.                    **ORDER DISMISSING DEFENDANT**
                       **WATTS & DURR OIL COMPANY, INC.**
                       **ELECTRONICALLY FILED**

ACF INDUSTRIES LLC, ET AL.,                                    DEFENDANTS

*** *** *** *** *** *** *** *** *** *** *** ***

This matter having come before the Court upon the Motion of the Defendant, Watts & Durr Oil Company, Inc., to Dismiss the Fourth Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6), and the Court being otherwise fully advised,

**IT IS HEREBY ORDERED** that said Motion is hereby **GRANTED**. All claims against said Defendant are hereby dismissed with prejudice. This Order shall be binding upon the Plaintiff as well as its member company.

This is a final and appealable Order, and there is no just cause for delay.