IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 5:12-CV-127-GNS- |
| | ) HBB |
| **ACF INDUSTRIES LLC, et al.** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**PLAINTIFF'S RESPONSE TO RULE 12(b)(6) MOTIONS
TO DISMISS FILED BY SEVERAL DEFENDANTS**

**INTRODUCTION**

Plaintiff LWD PRP Group ("Plaintiff" or "LWD PRP Group"), by and through counsel, respectfully submits the following Response in opposition to the pending Rule 12(b)(6) Motion to Dismiss filed by a group of Defendants known as the Joint Defense Group (hereinafter "JDG") (Dkt. No. 1168), which contains arguments that have been incorporated by reference by separate Rule 12(b)(6) Motions to Dismiss filed by Defendants Williamson County Housing Authority (Dkt. No. 1170), Yenkin-Majestic Paint Corp. (Dkt. No. 1171), and Watts & Durr Oil Company, Inc. (Dkt. No. 1172).

**ARGUMENT**

In the latest in a series of Motions to Dismiss filed by the remaining JDG members and other Defendants that do not want to file Answers to Plaintiff's Complaint, these Defendants either did not read or ignored this Court's June 4, 2015 Memorandum Opinion and Order on Plaintiff's Motion for Reconsideration and for Leave to File an Amended Complaint, or Alternatively, Interlocutory Appeal (Dkt. No. 1164). In its June 4, 2015 Memorandum Opinion and Order, this Court specifically told the remaining Defendants that they may raise the

repetitive arguments they continue to raise in their latest motions to dismiss in a timely motion for summary judgment:

> The remaining Defendants who joined in a joint response argue that the Court correctly dismissed the entire Third Amended Complaint on grounds other than those addressed by the Court (citation omitted). *The Court will not entertain those arguments at this time, as they were not relied upon in its March 13, 2015, Memorandum Opinion and Order. Defendants may raise those grounds in support of a timely motion for summary judgment.*

*See* June 4, 2015 Memorandum Opinion and Order (Dkt. No. 1164) at 5 (emphasis added). This is a straightforward instruction from this Court for all Defendants to raise these arguments in a timely motion for summary judgment, and not on yet another Rule 12(b)(6) Motion to Dismiss. Plaintiff respectfully submits the Court should quickly deny all pending Rule 12(b)(6) Motions to Dismiss on this ground alone, and instruct all remaining Defendants to file timely Answers to Plaintiff's Fourth Amended Complaint. Plaintiff also respectfully requests that the Court impose a deadline on all remaining parties, including Plaintiff, to complete a Rule 26(f) report, and schedule a Rule 16(b) conference to allow this case to move along against all remaining non-settling Defendants. A proposed Order to this effect is attached as Exhibit A.

To the extent the pending Rule 12(b)(6) Motions to Dismiss raise the same arguments raised before by the remaining JDG members and other Defendants, Plaintiff further relies on and incorporates its arguments and authorities from its Response to Defendants' Rule 12(b)(6) Motion to Dismiss filed on May 12, 2014 (Dkt. No. 1020) and Supplemental Response to Defendants' Rule 12(b)(6) Motion to Dismiss filed; on May 14, 2014 (Dkt. No. 1027).

## CONCLUSION

For the foregoing reasons and the reasons set forth in Plaintiff's original and supplemental Responses to these same arguments (Dkt. Nos. 1020, 1027), Plaintiff LWD PRP Group respectfully requests that this Court enter an appropriate Order denying all pending Rule 12(b)(6) Motions to Dismiss all or a portion of Plaintiff's Fourth Amended Complaint (Dkts. 1168, 1170, 1171 and 1172), instructing all remaining Defendants to timely file Answers to Plaintiff's Fourth Amended Complaint, ordering all parties to complete a Rule 26(f) report by a date certain, scheduling a Rule 16(b) Conference before the Court, and for such other and any further relief as the Court deems just and appropriate under the circumstances.

Dated: June 24, 2015

Respectfully submitted,

/s/ Gary D. Justis
Gary D. Justis          admitted *pro hac vice*
Rachel D. Guthrie       admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
10955 Lowell Ave.
Suite 520
Overland Park, KS  66210-2336
Telephone:  (913) 955-3712
Facsimile:  (913) 955-3711
Email:  gjustis@justislawfirm.com
        rguthrie@justislawfirm.com

and

W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, KY  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 24, 2015, a copy of the foregoing Plaintiff's Response to Rule 12(b)(6) Motions to Dismiss Filed by Various Defendants was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's Electronic Case Filing System.

                                          /s/ Gary D. Justis
                                          Gary D. Justis