# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 5:12-CV-00127- |
| ) | GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER DENYING DEFENDANTS' RULE 12(b)(6) MOTIONS TO DISMISS

This matter is before the Court on the Rule 12(b)(6) Motions to Dismiss filed by a group of Defendants (Dkt. No. 1168), incorporated by reference by Defendants Williamson County Housing Authority (Dkt. No. 1170), Yenkin-Majestic Paint Corp. (Dkt. No. 1171), and Watts & Durr Oil Company, Inc. (Dkt. No. 1172). Upon consideration of each of the above Defendants' Motions to Dismiss, having been fully briefed by the parties, and the entire record herein,

**IT IS HEREBY ORDERED** that all Motions to Dismiss (Dkt. Nos. 1168, 1170, 1171 and 1172) are **DENIED.**

**IT IS FURTHER ORDERED** that all Defendants file Answers to the Fourth Amended Complaint by _____, 2015; that all parties confer, complete and submit a Rule 26(f) Report to the Court by _____, 2015; and that all parties participate in a Rule 16(b) Conference before the Court on _____, 2015.

**SO ORDERED** this _____day, _____ 2015.

_____
JUDGE GREG N. STIVERS
United States District Court