TRIPLETT, WOOLF & GARRETSON, LLC
2959 NORTH ROCK ROAD, SUITE 300
WICHITA, KS 67226
Telephone:   316.630.8100
Facsimile:    316.630.8101
www.twgfirm.com

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY (PADUCAH)

| | |
|---|---|
| LWD PRP GROUP, | ] |
| Plaintiff, | ] |
| vs. | ]   Case No. 5:12-cv-00127-GNS-HBB |
| ACF INDUSTRIES LLC, *et al* | ] |
| Defendants. | ] |

## MOTION TO DISMISS OF DEFENDANT MEGA FABRICATION, INC.

Defendant MEGA FABRICATION, INC., through its lawyer Derek S. Casey of TRIPLETT, WOOLF & GARRETSON, LLC, moves the Court pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss plaintiff's Fourth Amended Complaint. In support of its Motion, Mega Fabrication joins in and incorporates by reference the Motion to Dismiss and accompanying memorandum and exhibits filed on June 18, 2015 (Doc. 1168).

### CERTIFICATE OF SERVICE

I certify that service of this document was accomplished through the Notice of Electronic Filing for parties and attorneys who are filing users in this case.

DATED:  June 25, 2015.

Respectfully submitted,

TRIPLETT, WOOLF & GARRETSON, LLC

*LWD PRP Group vs. ACF Industries, et al., Case No. 5:12-CV-127*
**Motion to Dismiss of Defendant Mega Fabrication, Inc.**      Page 1 of 2 Pages
TWG11892-015/473553v1

        /s/Derek S. Casey
Derek S. Casey
dscasey@twgfirm.com

*Attorneys for Defendant Mega Fabrication, Inc.*

*LWD PRP Group vs. ACF Industries, et al., Case No. 5:12-CV-127*
**Motion to Dismiss of Defendant Mega Fabrication, Inc.**　　　　Page 2 of 2 Pages
TWG11892-015/473553v1