IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY (PADUCAH)

LWD PRP GROUP,                          ]
                                        ]
                     Plaintiff,         ]
                                        ]
vs.                                     ]      Case No. 5:12-cv-00127-GNS-HBB
                                        ]
ACF INDUSTRIES LLC, *et al*             ]
                                        ]
                     Defendants.        ]
                                        ]

## ORDER GRANTING MOTION TO DISMISS OF DEFENDANT MEGA FABRICATION, INC.

This matter comes before the Court on the motion of defendant MEGA FABRICATION, INC., to dismiss plaintiff's Fourth Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6), and the Court being otherwise fully advised:

IT IS HEREBY ORDERED that said motion is hereby GRANTED. All claims against defendant Mega Fabrication, Inc., are hereby dismissed with prejudice. This order shall be binding upon the plaintiff and all its member entities.

This is a final appealable order and there is no just cause for delay.

Dated: _____, 2015


_____
Greg N. Stivers
United States District Judge