# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Civil Action No. 5:12-CV-00127-GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** | ) ) |
| Defendants. | ) ) |

### MOTION TO DISMISS DEFENDANTS ALCAN CORPORATION, PECHINEY PLASTIC PACKAGING INC. AND RIO TINTO ALCAN WITH PREJUDICE

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), respectfully moves this Court for an appropriate Order which dismisses Defendants Alcan Corporation ("Alcan"), Pechiney Plastic Packaging Inc. ("Pechiney Plastic") and Rio Tinto Alcan with prejudice from this cause. In support of this Motion, Plaintiff states as follows:

1. On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery, contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several defendants (Dkt. No. 1). On January 30, 2013, Plaintiff filed a First Amended Complaint, naming Rio Tinto Alcan and Pechiney Plastic as additional defendants, among others (Dkt. No. 581). On March 29, 2013, Plaintiff filed a Second Amended Complaint against all defendants, including Rio Tinto Alcan and Pechiney Plastic (Dkt. No. 758). On February 27, 2014, Plaintiff filed a Third Amended Complaint against the remaining defendants, including Rio Tinto Alcan and Pechiney Plastic (Dkt. No. 985). On June 4, 2015, Plaintiff filed a Fourth Amended Complaint against the remaining defendants, including Alcan (Dkt. No. 1165).

2. Rio Tinto Alcan and Pechiney Plastic are two of the defendants that filed a Rule 12(b)(6) motion to dismiss Plaintiff's Second Amended Complaint (Doc. 776), which the Court denied on February 7, 2014 (Dkt. No. 961).

3. Rio Tinto Alcan and Pechiney Plastic are also two of the defendants that filed the Rule 12(b)(6) motion to dismiss Plaintiff's Third Amended Complaint (Dkt. No. 1002), which the Court granted on March 3, 2015 (Dkt. No. 1137), but clarified when granting Plaintiff's Motion for Reconsideration and for Leave to File an Amended Complaint, or Alternatively, Interlocutory Appeal (Dkt. No. 1164).

4. Rio Tinto Alcan and Pechiney Plastic are also two of the defendants that filed the Rule 12(b)(6) motion to dismiss Plaintiff's Fourth Amended Complaint (Dkt. No. 1168), which is pending.

5. Plaintiff has entered into a confidential settlement agreement with Alcan and Pechiney Plastic, which settles all claims between Plaintiff and Alcan, Pechiney Plastic and Rio Tinto Alcan for a sum certain and other valuable consideration exchanged between the parties.

6. Under the terms of the settlement agreement with Alcan and Pechiney Plastic, Plaintiff agreed to file a motion to dismiss Alcan, Pechiney Plastic and Rio Tinto Alcan from this cause with prejudice, each party to bear its own costs.

7. Plaintiff also respectfully requests that Pechiney Plastic and Rio Tinto Alcan be withdrawn as parties to the pending Rule 12(b) motion to dismiss Plaintiff's Fourth Amended Complaint (Dkt. No. 1168).

8. A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing Defendants Alcan, Pechiney Plastic and Rio Tinto Alcan from this cause with prejudice, each party to bear its own costs; that the Order further reflect that Pechiney Plastic and Rio Tinto Alcan are withdrawn as parties to the pending Rule 12(b)(6) motion to dismiss Plaintiff's Fourth Amended Complaint (Dkt. No. 1168), and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated: July 13, 2015

Respectfully submitted,

/s/ Gary D. Justis
Gary D. Justis            admitted *pro hac vice*
Rachel D. Guthrie         admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
10955 Lowell Ave.
Suite 520
Overland Park, KS  66210-2336
Telephone:  (913) 955-3712
Facsimile:  (913) 955-3711
Email:  gjustis@justislawfirm.com
        rguthrie@justislawfirm.com

and

W. Fletcher McMurry Schrock (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone: (270) 443-6511
Facsimile: (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2015, a copy of the foregoing Motion to Dismiss Defendants Alcan Corporation, Pechiney Plastic Packaging Inc. and Rio Tinto Alcan with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

*/s/* Gary D. Justis
Gary D. Justis
