# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
### PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **ACF INDUSTRIES LLC, et al.** ) <br> ) <br> **Defendants.** ) <br> ) | **Civil Action No. 5:12-CV-00127-GNS-HBB** |

## ORDER

Upon the Motion to Dismiss Alcan Corporation, Pechiney Plastic Packaging Inc. and Rio Tinto Alcan with Prejudice, and for good cause shown, Pechiney Plastic Packaging Inc. and Rio Tinto Alcan are hereby withdrawn from the pending Rule 12(b) motion to dismiss Plaintiff's Fourth Amended Complaint (Doc. 1168); and Alcan Corporation, Pechiney Plastic Packaging Inc. and Rio Tinto Alcan are dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED this _____ day of _____ 2015.

_____
JUDGE GREGORY N. STIVERS
United States District Court