# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 5:12-CV-127-GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** | ) |
| **Defendants.** | ) |

## PLAINTIFF'S RESPONSE TO RULE 12(b)(6) MOTION TO DISMISS FILED BY DEFENDANT MEGA FABRICATION, INC.

### INTRODUCTION

Plaintiff LWD PRP Group ("Plaintiff" or "LWD PRP Group"), by and through counsel, respectfully submits the following Response in opposition to the pending Rule 12(b)(6) Motion to Dismiss filed Defendant Mega Fabrication, Inc. ("MegaFab") (Dkt. No. 1175).[1] In its Motion to Dismiss, MegaFab joins in and incorporates by reference the Motion to Dismiss filed by a group of Defendants known as the Joint Defense Group (hereinafter "JDG") (Dkt. No. 1168).

### ARGUMENT

MegaFab either did not read or ignored this Court's June 4, 2015 Memorandum Opinion and Order on Plaintiff's Motion for Reconsideration and for Leave to File an Amended Complaint, or Alternatively, Interlocutory Appeal (Dkt. No. 1164). In its June 4, 2015 Memorandum Opinion and Order, this Court specifically told the remaining Defendants that they may raise the repetitive arguments they continue to raise in their latest motions to dismiss in a timely motion for summary judgment:

---

[1] Plaintiff's Fourth Amended Complaint does not name "Mega Fabrication, Inc." as a defendant. Instead, it names "MegaFab, Inc. as a defendant. Mega Fabrication, Inc. filed its latest motion to dismiss in the name of Mega Fabrication, Inc., not MegaFab, Inc.

> The remaining Defendants who joined in a joint response argue that the Court correctly dismissed the entire Third Amended Complaint on grounds other than those addressed by the Court (citation omitted). *The Court will not entertain those arguments at this time, as they were not relied upon in its March 13, 2015, Memorandum Opinion and Order. Defendants may raise those grounds in support of a timely motion for summary judgment.*

*See* June 4, 2015 Memorandum Opinion and Order (Dkt. No. 1164) at 5 (emphasis added). This is a straightforward instruction from this Court for all Defendants to raise these arguments in a timely motion for summary judgment, and not on yet another Rule 12(b)(6) Motion to Dismiss. Plaintiff respectfully submits the Court should quickly deny MegaFab's pending Rule 12(b)(6) Motion to Dismiss on this ground alone, and instruct MegaFab to file timely an Answer to Plaintiff's Fourth Amended Complaint. A proposed Order to this effect is attached as Exhibit A.

To the extent MegaFab's Rule 12(b)(6) Motion to Dismiss raise the same arguments raised before by MegaFab and other Defendants, Plaintiff further relies on and incorporates its arguments and authorities from its Response to Defendants' Rule 12(b)(6) Motion to Dismiss filed on May 12, 2014 (Dkt. No. 1020) and Supplemental Response to Defendants' Rule 12(b)(6) Motion to Dismiss filed; on May 14, 2014 (Dkt. No. 1027).

## CONCLUSION

For the foregoing reasons and the reasons set forth in Plaintiff's original and supplemental Responses to these same arguments (Dkt. Nos. 1020, 1027), Plaintiff LWD PRP Group respectfully requests that this Court enter an appropriate Order denying MegaFab's Rule 12(b)(6) Motion to Dismiss all or a portion of Plaintiff's Fourth Amended Complaint (Dkt No. 1175), instructing MegaFab to timely file an Answer to Plaintiff's Fourth Amended Complaint, and for such other and any further relief as the Court deems just and appropriate under the circumstances.

Dated: July 13, 2015

Respectfully submitted,

/s/ Gary D. Justis
Gary D. Justis          admitted *pro hac vice*
Rachel D. Guthrie     admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
10955 Lowell Ave.
Suite 520
Overland Park, KS  66210-2336
Telephone:  (913) 955-3712
Facsimile:  (913) 955-3711
Email:  gjustis@justislawfirm.com
           rguthrie@justislawfirm.com

and

W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, KY  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2015, a copy of the foregoing Plaintiff's Response to Rule 12(b)(6) Motions to Dismiss Filed by Defendant Mega Fabrication, Inc. was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's Electronic Case Filing System.

/s/ Gary D. Justis
Gary D. Justis

3