# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 5:12-CV-00127-GNS-HBB |
| ) | |
| **ACF INDUSTRIES LLC, et al.** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER DENYING DEFENDANT MEGA FABRICATION, INC.'S
## RULE 12(b)(6) MOTIONS TO DISMISS

This matter is before the Court on the Rule 12(b)(6) Motion to Dismiss filed by Defendant Mega Fabrication, Inc. (Dkt. No. 1175). Upon consideration of the Motion to Dismiss, having been fully briefed by the parties, and the entire record herein,

**IT IS HEREBY ORDERED** that Defendant Mega Fabrication, Inc.'s Motion to Dismiss (Dkt. Nos. 1175) is **DENIED.**

**IT IS FURTHER ORDERED** that Defendant Mega Fabrication, Inc. file an Answer to the Fourth Amended Complaint by _____, 2015.

**SO ORDERED** this _____day, _____ 2015.

_____
JUDGE GREG N. STIVERS
United States District Court