UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12-CV-127-R

LWD PRP GROUP,                                                                                          PLAINTIFF

VS.     **REPLY TO PLAINTIFFS' RESPONSE TO MOTION TO DISMISS
FOURTH AMENDED COMPLAINT AGAINST
DEFENDANT WATTS & DURR OIL COMPANY, INC.
ELECTRONICALLY FILED**

ACF INDUSTRIES LLC, ET AL.,                                                                DEFENDANTS

*** *** *** *** *** *** *** *** *** *** *** ***

Comes now the Defendant, Watts & Durr Oil Company, Inc., by counsel, and for its Reply to the Plaintiff's Response to its Motion to Dismiss does state as follows:

This Defendant was not one of the Defendants involved in the prior proceedings referenced by the Plaintiff, and joined in the present motion to dismiss in order to end its involvement herein at the earliest opportunity under all of the known facts and law. Notwithstanding, this Defendant respects this Court's authority to govern when and how defenses shall be adjudicated, and will abide by the Orders of the Court.

                                                s/ Winter R. Huff
                                WINTER R.HUFF, Counsel for Defendant
                                Watts & Durr Oil Company, Inc.
                                ATTORNEYS SERVICES OF KENTUCKY, PLLC
                                P.O. Box 627
                                Monticello, KY 42633
                                Telephone: (606) 343-0055
                                      AND
                                203 E. Mt. Vernon Street
                                Somerset, KY 42501
                                Telephone:  (606) 678-0181
                                Facsimile:  (888) 513-0853
                                attorneywhuff@gmail.com

**CERTIFICATE OF SERVICE**

      On July 13, 2015, I electronically filed this document through the ECF system. Notice of this filing will be sent to counsel for parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

                                              s/ Winter R. Huff
                                          WINTER R. HUFF, Counsel for Defendant
                                          Watts & Durr Oil Company, Inc.