# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 5:12-CV-00127- |
| ) | GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MOTION TO DISMISS DEFENDANT
## NATIONAL RAILWAY EQUIPMENT CO. WITH PREJUDICE

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), respectfully moves this Court for an appropriate Order which dismisses Defendant National Railway Equipment Co. ("National Railway") with prejudice from this cause. In support of this Motion, Plaintiff states as follows:

1. On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery, contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several defendants, including National Railway (Dkt. No. 1). On January 30, 2013, Plaintiff filed a First Amended Complaint, which also named National Railwy (Dkt. No. 581). On March 29, 2013, Plaintiff filed a Second Amended Complaint against all defendants, including National Railway (Dkt. No. 758). On February 27, 2014, Plaintiff filed a Third Amended Complaint against the remaining defendants, including National Railway (Dkt. No. 985). On June 4, 2015, Plaintiff filed a Fourth Amended Complaint against the remaining defendants, including National Railway (Dkt. No. 1165).

2. National Railway is one of the defendants that filed a Rule 12(b)(6) motion to dismiss Plaintiff's Second Amended Complaint (Doc. 776), which the Court denied on February 7, 2014 (Dkt. No. 961).

3. National Railway is also one of the defendants that filed the Rule 12(b)(6) motion to dismiss Plaintiff's Third Amended Complaint (Dkt. No. 1002), which the Court granted on March 3, 2015 (Dkt. No. 1137), but clarified when granting Plaintiff's Motion for Reconsideration and for Leave to File an Amended Complaint, or Alternatively, Interlocutory Appeal (Dkt. No. 1164).

4. National Railway is also one of the defendants that filed the Rule 12(b)(6) motion to dismiss Plaintiff's Fourth Amended Complaint (Dkt. No. 1168), which is pending.

5. Plaintiff has entered into a confidential settlement agreement with National Railway, which settles all claims between Plaintiff and National Railway for a sum certain and other valuable consideration exchanged between the parties.

6. Under the terms of the settlement agreement with National Railway, Plaintiff agreed to file a motion to dismiss National Railway from this cause with prejudice, each party to bear its own costs.

7. Plaintiff also respectfully requests that National Railway be withdrawn as a party to the pending Rule 12(b) motion to dismiss Plaintiff's Fourth Amended Complaint (Dkt. No. 1168).

8. A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing Defendant National Railway Equipment Co. from this cause with prejudice, each party to bear its own costs; that the Order further reflect that National Railway is withdrawn as a party to the pending Rule 12(b)(6) motion to dismiss Plaintiff's Fourth Amended Complaint (Dkt. No. 1168), and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated: July 14, 2015				Respectfully submitted,

*/s/* Gary D. Justis
Gary D. Justis				admitted *pro hac vice*
Rachel D. Guthrie			admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
10955 Lowell Ave.
Suite 520
Overland Park, KS  66210-2336
Telephone:  (913) 955-3712
Facsimile:  (913) 955-3711
Email:  gjustis@justislawfirm.com
          rguthrie@justislawfirm.com

and

W. Fletcher McMurry Schrock (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone: (270) 443-6511
Facsimile: (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2015, a copy of the foregoing Motion to Dismiss Defendant National Railway Equipment Co. with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

                                                    */s/* Gary D. Justis
                                                    Gary D. Justis