IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 5:12-CV-00127- |
| ACF INDUSTRIES LLC, et al. | ) GNS-HBB ) ) |
| Defendants. | ) ) |

## ORDER

Upon the Motion to Dismiss National Railway Equipment Co. with Prejudice, and for good cause shown, National Railway Equipment Co. is hereby withdrawn from the pending Rule 12(b) motion to dismiss Plaintiff's Fourth Amended Complaint (Doc. 1168); and National Railway Equipment Co. is dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED this< July 14, 2015

Greg N. Stivers, Judge
United States District Court