# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) **Civil Action No. 5:12-CV-00127-GNS-HBB** |
| **ACF INDUSTRIES LLC, et al.** | ) ) |
| **Defendants.** | ) ) |

### MOTION TO DISMISS DEFENDANTS SOUTHERN STAR CENTRAL GAS PIPELINE, INC., WILLIAMS GAS PIPELINE CO., LLC AND THE WILLIAMS COMPANIES, INC. WITH PREJUDICE

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), respectfully moves this Court for an appropriate Order which dismisses Defendants Southern Star Central Gas Pipeline, Inc. ("Southern Star"), Williams Gas Pipeline Co., Inc. ("Williams Gas") and The Williams Companies, Inc. ("Williams Companies") with prejudice from this cause. In support of this Motion, Plaintiff states as follows:

1. On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery, contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several defendants (Dkt. No. 1). On January 30, 2013, Plaintiff filed a First Amended Complaint, naming Southern Star, Williams Gas and Williams Companies as additional defendants, among others (Dkt. No. 581). On March 29, 2013, Plaintiff filed a Second Amended Complaint against all defendants, including Southern Star, Williams Gas and Williams Companies (Dkt. No. 758). On February 27, 2014, Plaintiff filed a Third Amended Complaint against the remaining defendants, including Southern Star, Williams Gas and Williams Companies (Dkt. No. 985). On

June 4, 2015, Plaintiff filed a Fourth Amended Complaint against the remaining defendants, including Southern Star (Dkt. No. 1165).

2. Southern Star, Williams Gas and Williams Companies are three of the defendants that filed a Rule 12(b)(6) motion to dismiss Plaintiff's Second Amended Complaint (Doc. 776), which the Court denied on February 7, 2014 (Dkt. No. 961).

3. Southern Star, Williams Gas and Williams Companies are also three of the defendants that filed the Rule 12(b)(6) motion to dismiss Plaintiff's Third Amended Complaint (Dkt. No. 1002), which the Court granted on March 3, 2015 (Dkt. No. 1137), but clarified when granting Plaintiff's Motion for Reconsideration and for Leave to File an Amended Complaint, or Alternatively, Interlocutory Appeal (Dkt. No. 1164).

4. Southern Star, Williams Gas and Williams Companies are also three of the defendants that filed the Rule 12(b)(6) motion to dismiss Plaintiff's Fourth Amended Complaint (Dkt. No. 1168), which is pending.

5. Plaintiff has entered into a confidential settlement agreement with Southern Star, which settles all claims between Plaintiff and Southern Star, Williams Gas and Williams Companies for a sum certain and other valuable consideration exchanged between the parties.

6. Under the terms of the settlement agreement with Southern Star, Plaintiff agreed to file a motion to dismiss Southern Star, Williams Gas and Williams Companies from this cause with prejudice, each party to bear its own costs.

7. Plaintiff also respectfully requests that Southern Star, Williams Gas and Williams Companies be withdrawn as parties to the pending Rule 12(b) motion to dismiss Plaintiff's Fourth Amended Complaint (Dkt. No. 1168).

8. A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing Defendants Southern Star, Williams Gas and Williams Companies from this cause with prejudice, each party to bear its own costs; that the Order further reflect that Southern Star, Williams Gas and Williams Companies are withdrawn as parties to the pending Rule 12(b)(6) motion to dismiss Plaintiff's Fourth Amended Complaint (Dkt. No. 1168), and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated: July 29, 2015                    Respectfully submitted,

/s/ Gary D. Justis
Gary D. Justis          admitted *pro hac vice*
Rachel D. Guthrie       admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
10955 Lowell Ave.
Suite 520
Overland Park, KS  66210-2336
Telephone:  (913) 955-3712
Facsimile:  (913) 955-3711
Email: gjustis@justislawfirm.com
       rguthrie@justislawfirm.com

and

W. Fletcher McMurry Schrock (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone: (270) 443-6511
Facsimile: (270) 443-6548
Email: fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2015, a copy of the foregoing Motion to Dismiss Defendants Southern Star Central Gas Pipeline, Inc., Williams Gas Pipeline Co., Inc. and The Williams Companies, Inc. with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

>  */s/* Gary D. Justis
>  Gary D. Justis