IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 5:12-CV-00127-GNS-HBB |
| ACF INDUSTRIES LLC, et al. | ) |
| Defendants. | ) |

## ORDER

Upon the Motion to Dismiss International Paper Company with Prejudice, and for good cause shown, International Paper Company is hereby withdrawn from the pending Rule 12(b) motion to dismiss Plaintiff's Fourth Amended Complaint (Doc. 1168); and International Paper Company is dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED this: August 3, 2015

Greg N. Stivers, Judge
United States District Court