IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 5:12-CV-00127-GNS-HBB |
| ACF INDUSTRIES LLC, et al. | ) |
| Defendants. | ) |

# ORDER

Upon the Motion to Dismiss Schenectady Chemicals, Inc. and SI Group, Inc. with Prejudice, and for good cause shown, Schenectady Chemicals, Inc. and SI Group, Inc. are hereby withdrawn from the pending Rule 12(b) motion to dismiss Plaintiff's Fourth Amended Complaint (Doc. 1168); and Schenectady Chemicals, Inc. and SI Group, Inc. are dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED this: August 3, 2015

Greg N. Stivers, Judge
United States District Court