# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 5:12-CV-00127-GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** | ) |
| **Defendants.** | ) |

## ORDER

Upon the Motion to Dismiss Southern Star Central Gas Pipeline, Inc., Williams Gas Pipeline Co., Inc. and The Williams Companies, Inc. with Prejudice, and for good cause shown, Southern Star Central Gas Pipeline, Inc., Williams Gas Pipeline Co., Inc. and The Williams Companies, Inc. are hereby withdrawn from the pending Rule 12(b) motion to dismiss Plaintiff's Fourth Amended Complaint (Doc. 1168); and Southern Star Central Gas Pipeline, Inc., Williams Gas Pipeline Co., Inc. and The Williams Companies, Inc. are dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED this:   August 3, 2015

**Greg N. Stivers, Judge**
**United States District Court**