# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 5:12-CV-00127-GNS-HBB |
| ACF INDUSTRIES LLC, et al. | ) |
| Defendants. | ) |

## ORDER

Upon the Motion to Dismiss Tri-City Tank Wash, Inc. and North American Tank Cleaning, Inc. with Prejudice, and for good cause shown, Tri-City Tank Wash, Inc. and North American Tank Cleaning, Inc. are hereby withdrawn from the pending Rule 12(b) motion to dismiss Plaintiff's Fourth Amended Complaint (Doc. 1168); and Tri-City Tank Wash, Inc. and North American Tank Cleaning, Inc. are dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED this:   September 28, 2015

**Greg N. Stivers, Judge**
**United States District Court**