UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12-CV-127-R

LWD PRP GROUP,                                                                     PLAINTIFF

VS.                              **NOTICE OF SERVICE**
                                 **ELECTRONICALLY FILED**

ACF INDUSTRIES LLC, ET AL.,                                                        DEFENDANTS

*** *** *** *** *** *** *** *** *** *** *** ***

Comes now the Defendant, Watts & Durr Oil Company, Inc., by counsel, and hereby provides Notice that its First Set of Interrogatories has been served on all parties.

                                  s/ Winter R. Huff
                                  WINTER R.HUFF, Counsel for Defendant
                                  Watts & Durr Oil Company, Inc.
                                  ATTORNEYS SERVICES OF KENTUCKY, PLLC
                                  P.O. Box 627
                                  Monticello, KY 42633
                                  Telephone: (606) 343-0055
                                            AND
                                  203 E. Mt. Vernon Street
                                  Somerset, KY 42501
                                  Telephone:  (606) 678-0181
                                  Facsimile:  (888) 513-0853
                                  attorneywhuff@gmail.com

**CERTIFICATE OF SERVICE**

On November 10, 2015, I electronically filed this document through the ECF system. Notice of this filing will be sent to counsel for parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

                                  s/ Winter R. Huff
                                  WINTER R. HUFF, Counsel for Defendant
                                  Watts & Durr Oil Company, Inc.