**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION**

| | |
|---|---|
| **LWD PRP GROUP,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 5:12-CV-00127-** |
| ) | **GNS-HBB** |
| **ACF INDUSTRIES LLC, et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**MOTION TO DISMISS DEFENDANT WESTERN RUST-PROOF CO.
WITH PREJUDICE**

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal

Rule of Civil Procedure 41(a)(2), respectfully moves this Court for an appropriate Order which

dismisses Defendant Western Rust-Proof Co. ("Western Rust-Proof") with prejudice from this

cause. In support of this Motion, Plaintiff states as follows:

1.      On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery,

contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several

defendants (Dkt. No. 1). On January 30, 2013, Plaintiff filed a First Amended Complaint,

naming Western Rust-Proof as an additional defendant, among others (Dkt. No. 581). On March

29, 2013, Plaintiff filed a Second Amended Complaint against all defendants, including Western

Rust-Proof (Dkt. No. 758). On February 27, 2014, Plaintiff filed a Third Amended Complaint

against the remaining defendants, including Western Rust-Proof (Dkt. No. 985). On June 4,

2015, Plaintiff filed a Fourth Amended Complaint against the remaining defendants, including

Western Rust-Proof (Dkt. No. 1165).

2.      Western Rust-Proof is one of the defendants that filed a Rule 12(b)(6) motion to dismiss Plaintiff's Second Amended Complaint (Doc. 776), which the Court denied on February 7, 2014 (Dkt. No. 961).

3.      Western Rust-Proof is also one of the defendants that filed the Rule 12(b)(6) motion to dismiss Plaintiff's Third Amended Complaint (Dkt. No. 1002), which the Court granted on March 3, 2015 (Dkt. No. 1137), but clarified when granting Plaintiff's Motion for Reconsideration and for Leave to File an Amended Complaint, or Alternatively, Interlocutory Appeal (Dkt. No. 1164).

4.      Western Rust-Proof is also one of the defendants that filed the Rule 12(b)(6) motion to dismiss Plaintiff's Fourth Amended Complaint (Dkt. No. 1168), which the Court denied on November 4, 2015 (Dkt. No. 1191).

5.      Plaintiff has entered into a confidential settlement agreement with Western Rust-Proof, which settles all claims between Plaintiff and Western Rust-Proof for a sum certain and other valuable consideration exchanged between the parties.

6.      Under the terms of the settlement agreement with Western Rust-Proof, Plaintiff agreed to file a motion to dismiss Western Rust-Proof from this cause with prejudice, each party to bear its own costs.

7.      A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing Defendants Western Rust-Proof Co. from this cause with prejudice, each party to bear its own costs, and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated: November 17, 2015                    Respectfully submitted,


                                            /s/ Gary D. Justis
                                            Gary D. Justis                    admitted *pro hac vice*
                                            Rachel D. Guthrie                 admitted *pro hac vice*
                                            THE JUSTIS LAW FIRM LLC
                                            10955 Lowell Ave.
                                            Suite 520
                                            Overland Park, KS  66210-2336
                                            Telephone:  (913) 955-3712
                                            Facsimile:  (913) 955-3711
                                            Email:  gjustis@justislawfirm.com
                                                    rguthrie@justislawfirm.com

                                                    and

                                            W. Fletcher McMurry Schrock (Ky. Bar# 62283)
                                            MCMURRY & LIVINGSTON, PLLC
                                            333 Broadway, 7th Floor
                                            P.O. Box 1700
                                            Paducah, Kentucky  42002-1700
                                            Telephone: (270) 443-6511
                                            Facsimile: (270) 443-6548
                                            Email: fletch@ml-lawfirm.com

                                            ATTORNEYS FOR PLAINTIFF LWD PRP
                                            GROUP

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 17, 2015, a copy of the foregoing Motion to Dismiss Defendant Western Rust-Proof Co. with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

/s/ Gary D. Justis
Gary D. Justis