IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 5:12-CV-00127- |
| ) | GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** ) | |
| ) | |
| **Defendants.** ) | |

**MOTION TO DISMISS DEFENDANT CENTRAL
ILLIINOIS PUBLIC SERVICE CO. WITH PREJUDICE**

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), respectfully moves this Court for an appropriate Order which dismisses Defendant Central Illinois Public Service Co. ("CIPS") with prejudice from this cause. In support of this Motion, Plaintiff states as follows:

1.  On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery, contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several defendants (Dkt. No. 1). On January 30, 2013, Plaintiff filed a First Amended Complaint, naming CIPS as an additional defendant, among others (Dkt. No. 581). On March 29, 2013, Plaintiff filed a Second Amended Complaint against all defendants, including CIPS (Dkt. No. 758). On February 27, 2014, Plaintiff filed a Third Amended Complaint against the remaining defendants, including CIPS (Dkt. No. 985). On June 4, 2015, Plaintiff filed a Fourth Amended Complaint against the remaining defendants, including CIPS (Dkt. No. 1165).

2.  On November 19, 2012, Ameren Illinois Company, f/k/a CIPS, filed a motion to dismiss Plaintiff's original Complaint (Dkt. No. 290), which was renewed as a motion to dismiss Plaintiffs First Amended Complaint on February 19, 2013 (Dkt. No. 610), and again renewed as

a motion to dismiss Plaintiff's Second Amended Complaint on May 10, 2013 (Dkt. No. 890). The Court denied all three motions to dismiss on June 19, 2013 (Dkt. No. 928).

3. Ameren Illinois Company, f/k/a CIPS, filed its Answer, Affirmatives Defenses and Counterclaims to Plaintiff's Second Amended Complaint on July 3, 2013 (Dkt. No. 936). Plaintiff filed its Answer to these Counterclaims on July 22, 2013 (Dkt. No. 946).

4. Ameren Illinois Company, f/k/a CIPS, filed its Answer, Affirmatives Defenses and Counterclaims to Plaintiff's Third Amended Complaint on March 11, 2014 (Dkt. No. 994). Plaintiff filed its Answer to these Counterclaims on March 18, 2014 (Dkt. No. 999).

5. Ameren Illinois Company, f/k/a CIPS, filed its Answer, Affirmatives Defenses and Counterclaims to Plaintiff's Fourth Amended Complaint on June 18, 2015 (Dkt. No. 1167). Plaintiff filed its Answer to these Counterclaims on June 23, 2015 (Dkt. No. 1173).

6. Plaintiff has entered into a confidential settlement agreement with Ameren Illinois Company, f/k/a CIPS, which settles all claims between Plaintiff and Ameren Illinois Company, f/k/a CIPS, for a sum certain and other valuable consideration exchanged between the parties.

7. Under the terms of the settlement agreement with Ameren Illinois Company, f/k/a CIPS, Plaintiff agreed to file a motion to dismiss CIPS from this cause with prejudice, each party to bear its own costs.

8. A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing Defendant Central Illinois Public Service Co. from this cause with prejudice, each party to bear its own costs, and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated: November 24, 2015	Respectfully submitted,

*/s/* Gary D. Justis
Gary D. Justis	admitted *pro hac vice*
Rachel D. Guthrie	admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
10955 Lowell Ave.
Suite 520
Overland Park, KS  66210-2336
Telephone:  (913) 955-3712
Facsimile:  (913) 955-3711
Email:  gjustis@justislawfirm.com
        rguthrie@justislawfirm.com

and

W. Fletcher McMurry Schrock (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone: (270) 443-6511
Facsimile: (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 24, 2015, a copy of the foregoing Motion to Dismiss Defendant Central Illinois Public Service Co. with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

                                                      */s/* Gary D. Justis
                                                      Gary D. Justis