# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION
# CASE NO.: 5:12-cv-00127-TBR

**LWD PRP GROUP**      **PLAINTIFF**

v.

**ACF INDUSTRIES, LLC,** *et. al.*      **DEFENDANTS**

## MOTION TO WITHDRAW OF ROBERT T. WATSON

Comes Robert T. Watson at McBrayer, McGinnis, Leslie & Kirkland, PLLC, and hereby moves this Court for an Order withdrawing his appearance as additional counsel of record on behalf of the Defendants, PSC, LLC, Philip Services Corp, and Williamson County Housing Authority. Amy D. Cubbage will remain as counsel of record for these Defendants through her new affiliation with Ackerson & Yann, PLLC.

All future pleadings, orders and filings in this matter should continue to be served upon Amy D. Cubbage at Ackerson & Yann, PLLC, for these Defendants.

Respectfully submitted,

**/s/ Robert T. Watson**
Robert T. Watson
McBrayer, McGinnis, Leslie & Kirkland, PLLC
9300 Shelbyville Road, Suite 110
Louisville, KY 40222
(502) 327-5400
Fax: (502) 327-5444
rwatson@mmlk.com

2

## CERTIFICATE OF SERVICE

      I hereby certify that on the 24th day of November, 2015, the foregoing was electronically filed with the Clerk of the Court using CM/ECF which will send notice of electronic filing to the registered counsel.

**/s/ Robert T. Watson**