**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**
**CASE NO.: 5:12-cv-00127-TBR**

**LWD PRP GROUP**                                                                           **PLAINTIFF**

v.

**ACF INDUSTRIES, LLC,** *et. al.*                                           **DEFENDANTS**

**ORDER ON MOTION TO WITHDRAW OF ROBERT T. WATSON**

Robert T. Watson has moved this Court for an Order withdrawing his appearance as additional counsel of record on behalf of the Defendants, PSC, LLC, Philip Services Corp, and Williamson County Housing Authority.

The Court, being duly advised, GRANTS the Motion. The Clerk's office is directed to remove Mr. Watson from the ECF service list as of this date.