IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 5:12-CV-00127-GNS-HBB |
| ACF INDUSTRIES LLC, et al. | ) |
| Defendants. | ) |

## ORDER

Upon the Motion to Dismiss Central Illinois Public Service Co. with Prejudice, and for good cause shown, Central Illinois Public Service Co. is dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED this: November 24, 2015

Greg N. Stivers, Judge
United States District Court