**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION**

| | |
|---|---|
| **LWD PRP GROUP,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **ACF INDUSTRIES LLC, et al.** ) <br> ) <br> **Defendants.** ) <br> ) | **Civil Action No. 5:12-CV-00127-GNS-HBB** |

**MOTION TO DISMISS DEFENDANT WATTS & DURR
OIL COMPANY, INC. WITH PREJUDICE**

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), respectfully moves this Court for an appropriate Order which dismisses Defendant Watt & Durr Oil Company, Inc. ("Watts & Durr") with prejudice from this cause. In support of this Motion, Plaintiff states as follows:

1. On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery, contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several defendants, including Watts & Durr (Dkt. No. 1). On January 30, 2013, Plaintiff filed a First Amended Complaint against the original defendants, including Watts & Durr, along with additional defendants (Dkt. No. 581). On March 29, 2013, Plaintiff filed a Second Amended Complaint against all defendants, including Watts & Durr (Dkt. No. 758). On February 27, 2014, Plaintiff filed a Third Amended Complaint against the remaining defendants, including Watts & Durr (Dkt. No. 985). On June 4, 2015, Plaintiff filed a Fourth Amended Complaint against the remaining defendants, including Watts & Durr (Dkt. No. 1165).

2. Watts & Durr filed its Answer to Plaintiff's original Complaint on November 19, 2012 (Dkt. No. 286); its Answer to Plaintiff's First Amended Complaint on February 12, 2013

(Dkt. No. 598); and its Answer to Plaintiff's Third Amended Complaint on March 7, 2014 (Dkt. No. 992).

3. Watts & Durr is also one of the defendants that filed the Rule 12(b)(6) motion to dismiss Plaintiff's Fourth Amended Complaint (Dkt. No. 1172), which the Court denied on November 4, 2015 (Dkt. No. 1191).

4. Watts & Durr filed its Answer to Plaintiff's Fourth Amended Complaint on November 10, 2015 (Dkt. No. 1192).

5. Plaintiff has entered into a confidential settlement agreement with Watts & Durr, which settles all claims between Plaintiff and Watts & Durr for a sum certain and other valuable consideration exchanged between the parties.

6. Under the terms of the settlement agreement with Watts & Durr, Plaintiff agreed to file a motion to dismiss Watts & Durr from this cause with prejudice, each party to bear its own costs.

7. A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing Defendants Watts & Durr Oil Company, Inc. from this cause with prejudice, each party to bear its own costs, and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated: December 4, 2015 Respectfully submitted,

*/s/* Gary D. Justis
Gary D. Justis admitted *pro hac vice*
Rachel D. Guthrie admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
10955 Lowell Ave.
Suite 520
Overland Park, KS  66210-2336
Telephone:  (913) 955-3712
Facsimile:  (913) 955-3711
Email:  gjustis@justislawfirm.com
           rguthrie@justislawfirm.com

and

W. Fletcher McMurry Schrock (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone: (270) 443-6511
Facsimile: (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 4, 2015, a copy of the foregoing Motion to Dismiss Defendant Watts & Durr Oil Company, Inc. with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

                */s/* Gary D. Justis
                Gary D. Justis