# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

_____

|  |  |  |
|---|---|---|
| **LWD PRP GROUP** | ) | |
|  | ) | |
|  | ) | |
| PLAINTIFF | ) | Civil Action No. 5:12cv-00127-GNS |
| v. | ) | JUDGE GREG N. STIVERS |
|  | ) | |
| **ACF INDUSTRIES, LLC, et al.** | ) | |
|  | ) | |
| DEFENDANTS | ) | |

_____

## ORDER

A telephonic status conference was conducted in this action on December 1, 2015, with the undersigned presiding. Participating in the conference were counsel listed as follows:

LWD PRP GROUP:                          Gary D. Justis

CITY OF CEDAR RAPIDS, IOWA              Mohammad H. Sheronick

AMERICAN WOODMARK CORP;                 Nicholas M. Holland
BAKER HUGHES, INC.;
BAYER CROPSCIENCE, INC.;
BAYER HEALTHCARE, LLC;
CBS CORPORATION (VIACOM);
CENTRAL ENVIRONMENTAL SYSTEMS, INC.;
CHAMPION LABORATORIS, INC.;
COLONIAL PIPELINE COMPANY;
COLUMBIA COUNTY, NEW YORK;
COOPER-STANDARD AUTOMOTIVE, INC.;
CYCLE CHEM, INC.;
EAGLE INDUSTRIES, LLC (INC);
EQ ILLINOIS; EQ RESOURCE
RECOVERY (THE ENVIRONMENTAL QUALITY CO.);

GENERAL ELECTRIC COMPANY;
INDIANA-KENTUCKY ELECTRIC CORPORATION;
INGERSOLL RAND COMPANY;
NISSAN NORTH AMERICA, INC.;
PDC LABORATORIES, INC.;
PEORIA DISPOSAL CO.;
PERMA-FIX ENVIRONMENTAL SERVICES, INC.;
PERMA-FIX OF DAYTON, INC.;
PERMA-FIX OF ORLANDO, INC.;
PERMA-FIX OF SOUTH GEORGIA, INC.;
THE PREMCOR REFINING GROUP, INC.;
PRINTPACK, INC.;
RAIL SERVICES, INC.;
REGAL BELOIT AMERICA, INC.;
SABRELINER CORPORATION;
SIMPSON INVESTMENT COMPANY (PACIFIC WESTERN RESIN CO.);
TRANE US, INC.;
VALERO MARKETING AND SUPPLY COMPANY;
VALERO RETAIL HOLDINGS, INC.;
VAN DYNE-CROTTY CO., d/b/a Spirit Services Co. of Ohio
(SPIRIT SERVICES COMPANY and VAN DYNE & CROTTY CO.)
VERTELLUS SPECIALTIES INC.;
WESTERN RUST-PROOF CO.;
WHEELER LUMBER, LLC;
WOCKHARDT USA, LLC,
(PHARMACEUTICAL BASICS, INC.);
YORK INTERNATIONAL CORPORATION
DENSO INTERNATIONAL AMERICA, INC.;
DENSO MANUFACTURING MICHIGAN, INC.;
DRUG & LABORATORY DISPOSAL, INC.;
DUNCAN AVIATION, INC.; and
HOUSING AUTHORITY OF HOPKINSVILLE, KENTUCKY

| | |
|---|---|
| WILLIAMSON CO. HOUSING AUTHORITY; PSC, LLC and PHILIP SERVICES CORP. | Amy D. Cubbage |
| UNIVERSITY OF IOWA | George A. Carroll |
| YENKIN-MAJESTIC PAINT CORP | Richard L. Walter |

Following discussions between counsel and the Court;

**IT IS ORDERED no later than December 31, 2015**, Defendants shall file responsive pleadings to the Fourth Amended Complaint.

**IT IS FURTHER ORDERED no later than December 31, 2015**, counsel for the parties shall tender an agreed amended scheduling order for the Court's consideration.

ENTERED this



Copies to:     Counsel of Record

0/12