# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) )  Civil Action No. 5:12-CV-00127-GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** | ) ) |
| **Defendants.** | ) ) |

## MOTION TO DISMISS DEFENDANT DENSO INTERNATIONAL AMERICA INC. AND DENSO MANUFACTURING MICHIGAN INC. WITH PREJUDICE

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), respectfully moves this Court for an appropriate Order which dismisses Defendants DENSO International America Inc. and DENSO Manufacturing Michigan Inc. (collectively "DENSO Defendants") with prejudice from this cause. In support of this Motion, Plaintiff states as follows:

1. On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery, contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several defendants (Dkt. No. 1). On January 30, 2013, Plaintiff filed a First Amended Complaint, naming the DENSO Defendants as additional defendants, among others (Dkt. No. 581). On March 29, 2013, Plaintiff filed a Second Amended Complaint against all defendants, including the DENSO Defendants (Dkt. No. 758). On February 27, 2014, Plaintiff filed a Third Amended Complaint against the remaining defendants, including the DENSO Defendants (Dkt. No. 985). On June 4, 2015, Plaintiff filed a Fourth Amended Complaint against the remaining defendants, including the DENSO Defendants (Dkt. No. 1165).

2. The DENSO Defendants are two of the defendants that filed a Rule 12(b)(6) motion to dismiss Plaintiff's Second Amended Complaint (Doc. 776), which the Court denied on February 7, 2014 (Dkt. No. 961).

3. The DENSO Defendants are also two of the defendants that filed the Rule 12(b)(6) motion to dismiss Plaintiff's Third Amended Complaint (Dkt. No. 1002), which the Court granted on March 3, 2015 (Dkt. No. 1137), but clarified when granting Plaintiff's Motion for Reconsideration and for Leave to File an Amended Complaint, or Alternatively, Interlocutory Appeal (Dkt. No. 1164).

4. The DENSO Defendants are also two of the defendants that filed the Rule 12(b)(6) motion to dismiss Plaintiff's Fourth Amended Complaint (Dkt. No. 1168), which the Court denied on November 4, 2015 (Dkt. No. 1191).

5. Plaintiff has entered into a confidential settlement agreement with the DENSO Defendants, which settles all claims between Plaintiff and the DENSO Defendants for a sum certain and other valuable consideration exchanged between the parties.

6. Under the terms of the settlement agreement with the DENSO Defendants, Plaintiff agreed to file a motion to dismiss the DENSO Defendants from this cause with prejudice, each party to bear its own costs.

7. A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing Defendants DENSO International America Inc. and DENSO Manufacturing Michigan Inc. from this cause with prejudice, each party to bear its own costs, and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated: December 4, 2015						Respectfully submitted,

						*/s/* Gary D. Justis
						Gary D. Justis			admitted *pro hac vice*
						Rachel D. Guthrie		admitted *pro hac vice*
						THE JUSTIS LAW FIRM LLC
						10955 Lowell Ave.
						Suite 520
						Overland Park, KS  66210-2336
						Telephone:  (913) 955-3712
						Facsimile:  (913) 955-3711
						Email:  gjustis@justislawfirm.com
							rguthrie@justislawfirm.com

						and

						W. Fletcher McMurry Schrock (Ky. Bar# 62283)
						MCMURRY & LIVINGSTON, PLLC
						333 Broadway, 7th Floor
						P.O. Box 1700
						Paducah, Kentucky  42002-1700
						Telephone: (270) 443-6511
						Facsimile: (270) 443-6548
						Email: fletch@ml-lawfirm.com

						ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 4, 2015, a copy of the foregoing Motion to Dismiss Defendant DENSO International America Inc. and DENSO Manufacturing Michigan Inc. with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

                                                                   */s/* Gary D. Justis
                                                                   Gary D. Justis