UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:12-CV-000127-R

FILED
VANESSA L. ARMSTRONG, CLERK
DEC 08 2015
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

LWD PRP GROUP, )
)
Plaintiff, )
)
vs. )
)
ACF INDUSTRIES LLC, et al., )
)
Defendants. )

## MOTION TO APPEAR PRO HAC VICE

COMES NOW James H. Flitz, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Kentucky as counsel, *pro hac vice* appearing for Defendant, City of Cedar Rapids, Iowa in the above-captioned cause and in support thereof states as follows:

1. Applicant's affidavit, identifying applicant's membership in good standing before all Iowa State Courts and United States Court for the Northern District of Iowa and written consent to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct and training in the Court's electronic filing system, is filed herewith as Exhibit A.

2. The $65.00 pro *pro hac vice* admission fee is tendered herewith.

3. Applicant understands that admission pro hac vice is for this case only and does not constitute admission to the bar of this Court.

WHEREFORE, applicant prays this Court enter an Order permitting James H. Flitz admission *pro hac vice* to the Western District of Kentucky to appear for this case only.

Respectfully submitted,

*[signature]*

JAMES H. FLITZ
AT0002603
101 First Street S.E.
Cedar Rapids, IA 52401
(319) 286-5025
FAX (319) 286-5135
j.flitz@cedar-rapids.org