UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:12-CV-000127-R

| | |
|---|---|
| LWD PRP GROUP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ACF INDUSTRIES LLC, et al., | ) |
| | ) |
| Defendants. | ) |

AFFIDAVIT IN SUPPORT OF PRO HAC VICE PETITION

I, James H. Flitz, declare that:

1. I am an attorney duly licensed and authorized to practice before all Iowa State Courts since 1982, as well as the United States Court for the Northern District of Iowa since 1991. I am in good standing in all the courts to which I have been admitted and have never been disciplined or suspended. I have personal knowledge of the facts set forth below and could testify competently thereto if called as a witness.

2. I hereby consent to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

3. I have received training in the PACER Electronic Case Filing System from the District Court of the Northern District of Iowa, and have appeared in multiple cases utilizing the electronic filing system in that district.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.



EXHIBIT

A

Executed this 3rd day of December, 2015 at the City of Cedar Rapids, County of Linn,

State of Iowa.

Respectfully submitted,

JAMES H. FLITZ
AT0002603
101 First Street S.E.
Cedar Rapids, IA  52401
(319) 286-5025
FAX (319) 286-5135
j.flitz@cedar-rapids.org

Subscribed and sworn to this 3rd day of December, 2015, before the undersigned Notary

Public in and for the State of Iowa.

NOTARY PUBLIC, STATE OF IOWA

8-22-17