```
Court Name: District Court
Division: 5
Receipt Number: P33003406
Cashier ID: mmorris
Transaction Date: 12/09/2015
Payer Name: CITY OF CEDAR RAPIDS
------------------------------------
PRO HOC VICE
 For: JAMES H. FLITZ
 Case/Party: D-KYW-3-15-LB-000001-001
 Amount:         $65.00
------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 10239385
 Amt Tendered:  $65.00
------------------------------------
Total Due:      $65.00
Total Tendered: $65.00
Change Amt:     $0.00

5:12-CV-127-TBR


Only when bank clears the check or
verifies credit of funds is the fee
or debt officially paid or
discharged.  A $53.00 fee will be
charged for returned checks.
```