USDC KYWD - Notice Of Deficiency (Rev. 1/09)

# United States District Court
# Western District of Kentucky
# at Paducah

### *NOTICE OF DEFICIENCY*

| | |
|---|---|
| **TO:** | James H. Flitz |
| **CASE #:** | 5:12-cv-127-GNS |
| **STYLE OF CASE:** | LWD PRP Group v. ACF Industries, LLC et al |
| **DOCUMENT TITLE:** | Motion To Appear Pro Hac Vice |
| **DATE:** | 12/9/2015 |
| **BY:** | Kelly Atkins<br>*DEPUTY CLERK* |

*Please be advised that the recent filing of the above cited document with the Clerk's Office is deficient as indicated below:*

**Certificate of Good Standing**

**YOU ARE GRANTED <u>7 DAYS</u> FROM THIS DATE TO REMEDY THE DEFICIENCY OR DEFICIENCIES IDENTIFIED ABOVE.   FAILURE TO COMPLY WITHIN 7 DAYS, WITHOUT GOOD CAUSE SHOWN, WILL RESULT IN THIS MATTER BEING BROUGHT TO THE ATTENTION OF THE COURT**