IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 5:12-CV-00127-GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** | ) |
| **Defendants.** | ) |

## ORDER

Upon the Motion to Dismiss Watts & Durr Oil Company, Inc. with Prejudice, and for good cause shown, Watts & Durr Oil Company, Inc. is dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED this: December 8, 2015

**Greg N. Stivers, Judge**
**United States District Court**