# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP,<br><br>      Plaintiff,<br><br>v.<br><br>ACF INDUSTRIES LLC, et al.<br><br>      Defendants. | Civil Action No. 5:12-CV-00127-GNS-HBB |

## ORDER

Upon the Motion to Dismiss DENSO International America, Inc. and DENSO Manufacturing Michigan, Inc. with Prejudice, and for good cause shown, DENSO International America, Inc. and DENSO Manufacturing Michigan, Inc. are dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED this: December 8, 2015

**Greg N. Stivers, Judge**
**United States District Court**