# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**ACF INDUSTRIES LLC, et al.** )<br>)<br>Defendants. )<br>) | Civil Action No. 5:12-CV-00127-GNS-HBB |

## MOTION TO DISMISS DEFENDANTS PACIFIC WESTERN RESIN CO. AND SIMPSON INVESTMENT CO. WITH PREJUDICE

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), respectfully moves this Court for an appropriate Order which dismisses Defendants Pacific Western Resin Co. ("Pacific Western") and Simpson Investment Co. ("Simpson") with prejudice from this cause. In support of this Motion, Plaintiff states as follows:

1. On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery, contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several defendants (Dkt. No. 1). On January 30, 2013, Plaintiff filed a First Amended Complaint, naming Pacific Western and Simpson as additional defendants, among others (Dkt. No. 581). On March 29, 2013, Plaintiff filed a Second Amended Complaint against all defendants, including Pacific Western and Simpson (Dkt. No. 758). On February 27, 2014, Plaintiff filed a Third Amended Complaint against the remaining defendants, including Pacific Western and Simpson (Dkt. No. 985). On June 4, 2015, Plaintiff filed a Fourth Amended Complaint against the remaining defendants, including Simpson (Dkt. No. 1165).

2. Pacific Western and Simpson are two of the defendants that filed a Rule 12(b)(6) motion to dismiss Plaintiff's Second Amended Complaint (Doc. 776), which the Court denied on February 7, 2014 (Dkt. No. 961).

3. Pacific Western and Simpson are also two of the defendants that filed the Rule 12(b)(6) motion to dismiss Plaintiff's Third Amended Complaint (Dkt. No. 1002), which the Court granted on March 3, 2015 (Dkt. No. 1137), but clarified when granting Plaintiff's Motion for Reconsideration and for Leave to File an Amended Complaint, or Alternatively, Interlocutory Appeal (Dkt. No. 1164).

4. Pacific Western and Simpson are also of the defendants that filed the Rule 12(b)(6) motion to dismiss Plaintiff's Fourth Amended Complaint (Dkt. No. 1168), which the Court denied on November 4, 2015 (Dkt. No. 1191).

5. Plaintiff has entered into a confidential settlement agreement with Simpson, which settles all claims between Plaintiff and Pacific Western and Simpson for a sum certain and other valuable consideration exchanged between the parties.

6. Under the terms of the settlement agreement with Simpson, Plaintiff agreed to file a motion to dismiss Pacific Western and Simpson from this cause with prejudice, each party to bear its own costs.

7. A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing Defendants Pacific Western Resin Co. and Simpson Investment Co. from this cause with prejudice, each party to bear its own costs, and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated: December 15, 2015

Respectfully submitted,

/s/ Gary D. Justis
Gary D. Justis            admitted *pro hac vice*
Rachel D. Guthrie         admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
10955 Lowell Ave.
Suite 520
Overland Park, KS  66210-2336
Telephone:  (913) 955-3712
Facsimile:  (913) 955-3711
Email:  gjustis@justislawfirm.com
        rguthrie@justislawfirm.com

and

W. Fletcher McMurry Schrock (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone: (270) 443-6511
Facsimile: (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 15, 2015, a copy of the foregoing Motion to Dismiss Defendants Pacific Western Resin Co. and Simpson Investment Co. with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

                                                  */s/* Gary D. Justis
                                                  Gary D. Justis