# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 5:12-CV-00127-GNS-HBB |
| ) | |
| **ACF INDUSTRIES LLC, et al.** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Upon the Motion to Dismiss Pacific Western Resin Co. and Simpson Investment Co. with Prejudice, and for good cause shown, Pacific Western Resin Co. and Simpson Investment Co. are dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED this: December 16, 2015

**Greg N. Stivers, Judge**
**United States District Court**