UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH
Case No.5:12CV-127-R
ELECTRONICALLY FILED

LWD PRP GROUP                                                              PLAINTIFF

VS.

YENKIN-MAJESTIC PAINT CORP, et al                     DEFENDANTS

### NOTICE OF FILING OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF

Notice is given that the defendant, Yenkin – Majestic Paint Corp.,, by and through counsel serves its Interrogatories and Requests to Admit to Plaintiff upon all counsel in the above-captioned matter.

Respectfully submitted,

BOEHL STOPHER & GRAVES, LLP

/s/ Richard L. Walter_____
Richard L. Walter
410 Broadway
Paducah, KY  42001
270-442-4369
270-442-4689 fax
rwalter@bsgpad.com
ATTORNEY FOR DEFENDANT
YENKIN-MAJESTIC PAINT CORP.

### CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of December 2015, I electronically filed with the Clerk of Court, on counsel of record by means of the Court's CM/ECF electronic filing system.   Notice of this filing will be sent to all parties by operation of the court's electronic filing system.   The parties may access this filing through the Court's Electronic Case Filing System.

/s/ Richard L. Walter_____
Richard L. Walter