

**CEDAR RAPIDS**
City of Five Seasons®

FILED
VANESSA L. ARMSTRONG, CLERK
DEC 18 2015
WEST'N. DIST. KENTUCKY

December 9, 2015

FILED
DEC 09 2015
CLERK SUPREME COURT

<u>Sent to Fax No. (515) 242-6164</u>

Clerk, Iowa Supreme Court

Re:   Western District of Kentucky Case No. 5:12-CV-000127-R
      LWD PRP Group v. ACF Industries, et al.

James H. Flitz has filed a Motion to Appear Pro Hac Vice in the Western District of Kentucky and has been informed that a Certificate of Good Standing also needs to be filed with the Motion. He was admitted to practice on August 18, 1982.

I have talked to the Kentucky Court and they said that after you have prepared the Certificate of Good Standing, you can mail it directly to them at the following address:

> United States District Court
> Western District of Kentucky
> Paducah Division
> 501 Broadway
> Paducah, KY  42001

They suggested that you reference the case name and number when mailing it to their office.

Thank you for your help in preparing this.  If there is anything further needed, please contact me at (319) 286-5025.

Sincerely,

*Evalina Sieck*

EVALINA SIECK

OFFICE OF THE CITY ATTORNEY
101 First Street S.E.  ● Cedar Rapids, IA 52401
Phone (319) 286-5025 ● FAX (319) 286-5135

AFTER FIVE DAYS RETURN TO
**CLERK OF SUPREME COURT**
JUDICIAL BRANCH BUILDING
1111 EAST COURT AVENUE
DES MOINES, IOWA 50319



U.S. POSTAGE >> PITNEY BOWES
PRESORTED FIRST CLASS
ZIP 50319 $ 000.41⁶
02 1W
0001398809 DEC 14 2015

FILED
VANESSA L. ARMSTRONG, CLERK
DEC 18 2015
WEST'N. DIST. KENTUCKY

US District Court
Western District of Kentucky
Paducah Division
501 Broadway
Paducah KY 42001

KAW2S3B 42001