The Supreme Court of Iowa
# THE STATE OF IOWA

### *Certification*

**STATE OF IOWA, ss.**

I, *Donna M. Humpal,* Clerk of the Supreme Court of the State of Iowa, which court is the highest Court of said State, do hereby certify that *James H. Flitz* was admitted to practice as an Attorney and Counselor at Law in the Courts of said State by the Supreme Court of Iowa on August 18, 1982, and at the present time he is in good standing at the bar in this Court. *

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused to be affixed the Seal of said Court, in the City of Des Moines, this 11th day of December, 2015.

Donna M. Humpal, Clerk
The Supreme Court of Iowa

*Any requests for disciplinary history should be submitted to:
Iowa Supreme Court Attorney Disciplinary Board
1111 East Court Avenue
Des Moines  IA  50319
