IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 5:12CV-127-R |
| ) | |
| vs. ) | |
| ) | MOTION TO WITHDRAW |
| ACF INDUSTRIES LLC, et al., ) | OF MOHAMMAD H. |
| ) | SHERONICK |
| Defendants. ) | |

Mohammad H. Sheronick hereby moves this Court for an Order withdrawing his appearance as council of record on behalf of Defendant City of Cedar Rapids, Iowa. James H. Flitz will remain as counsel of record for this Defendant through his affiliation with the City Attorney's Office.

All future pleadings, orders and filings in this matter should continue to be served upon James H. Flitz at the City Attorney's Office for Defendant City of Cedar Rapids, Iowa.

Respectfully submitted,

/s/MOHAMMAD H. SHERONICK
CEDAR RAPIDS CITY ATTORNEY
AT0007169
101 First Street S.E.
Cedar Rapids, IA  52401
(319) 286-5025
FAX (319) 286-5135
m.sheronick@cedar-rapids.org