UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12-CV-127-R

LWD PRP GROUP,                                                                   PLAINTIFF

VS.            **MOTION TO WITHDRAW OF WINTER R. HUFF**
                              **ELECTRONICALLY FILED**

ACF INDUSTRIES LLC, ET AL.,                                          DEFENDANTS

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

Winter R. Huff hereby moves this Court for an Order withdrawing her appearance as counsel of record on behalf of Defendant, Watts & Durr Oil Company, Inc., as this Defendant was dismissed from this action on or about the 10th day of December, 2015 (Doc. #1206).

This Defendant and counsel further request removal from the service list on all future filings.

Respectfully submitted,

s/ Winter R. Huff
WINTER R.HUFF, Counsel for Defendant
Watts & Durr Oil Company, Inc.
ATTORNEYS SERVICES OF KENTUCKY, PLLC
P.O. Box 627
Monticello, KY 42633
Telephone: (606) 343-0055
                    AND
203 E. Mt. Vernon Street
Somerset, KY 42501
Telephone:  (606) 678-0181
Facsimile:  (888) 513-0853
attorneywhuff@gmail.com

1

**CERTIFICATE OF SERVICE**

On December 29, 2015, I electronically filed this document through the ECF system. Notice of this filing will be sent to counsel for parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

s/ Winter R. Huff
WINTER R. HUFF, Counsel for Defendant
Watts & Durr Oil Company, Inc.