TRIPLETT, WOOLF & GARRETSON, LLC
2959 NORTH ROCK ROAD, SUITE 300
WICHITA, KS 67226
Telephone:     316.630.8100
Facsimile:     316.630.8101
www.twgfirm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ] |
| Plaintiff, | ] |
| -vs- | ] Case No.  5:12CV-127-GNS-HBB |
| ALCAN COPRORATION, *et al.*, | ] |
| Defendant. | ] |

# ANSWER OF DEFENDANT MEGA FABRICATION, INC. TO PLAINTIFF'S FOURTH AMENDED COMPLAINT

1  Defendant MEGA FABRICATION, INC., through its lawyer Derek S. Casey of

2  TRIPLETT, WOOLF & GARRETSON, LLC, submits this answer in response to plaintiff LWD

3  PRP GROUP's fourth amended complaint:

4  1. In response to Paragraphs 1-297, defendant Mega Fabrication, Inc. lacks

5  knowledge or information sufficient to form a belief about the truth of the allegations and,

6  therefore, denies those allegations.

7  2. In response to Paragraph 298, defendant Mega Fabrication, Inc., admits that

8  plaintiff LWD PRP GROUP sent "Megafab, Inc." a letter dated July 9, 2012, demanding that

9  Megafab, Inc., pay its equitable share of LWD Incinerator Site Response costs.  Defendant Mega

10  Fabrication, Inc., admits that it is casually known as "MEGAFAB" and may be the entity

*LWD PRP Group v. Alcan Corp., et al., Case No. 5:12-CV-127*
**Answer of Defendant Mega Fabrication, Inc.**
**To Plaintiff's Fourth Amended Complaint**                              Page 1 of 4 Pages
TWG11892-015/498736v1

described in plaintiff's amended complaint as "Megafab, Inc." Defendant Mega Fabrication, Inc., denies all other allegations contained in plaintiff's Paragraph 298.

3. In response to Paragraph 299, defendant Mega Fabrication, Inc., denies that "MegaFab, Inc.," or Mega Fabrication, Inc., is the successor to W. A. Whitney.

4. In response to Paragraphs 300 to 302, defendant Mega Fabrication, Inc., lacks knowledge or information sufficient to form a belief about the truth of those allegations and, therefore, denies the allegations.

5. In response to Paragraph 303, defendant Mega Fabrication, Inc., admits that neither "MegaFab, Inc.," nor defendant Mega Fabrication, Inc., have paid response costs incurred by the LWD PRP Group at the LWD Incinerator Site. Specifically, defendant Mega Fabrication, Inc., denies that "Megafab, Inc." or Mega Fabrication, Inc., has any legal obligation to pay any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

6. In response to Paragraphs 304 to 565, defendant Mega Fabrication, Inc., lacks knowledge or information sufficient to form a belief about the truth of the allegations and, therefore, denies those allegations.

**AFFIRMATIVE DEFENSES**

1. All allegations contained in plaintiff's complaint which are not specifically admitted are denied.

2. This Court lacks personal jurisdiction over defendant Mega Fabrication, Inc.

3. Plaintiff's process relating to defendant Mega Fabrication, Inc., was insufficient.

4. Plaintiff's service of process on defendant Mega Fabrication, Inc., was insufficient.

*LWD PRP Group v. Alcan Corp., et al., Case No. 5:12-CV-127*
**Answer of Defendant Mega Fabrication, Inc.**
**To Plaintiff's Fourth Amended Complaint**                Page 2 of 4 Pages
TWG11892-015/498736v1

1  5. Plaintiff's complaint fails to state a claim for relief which can be granted against defendant Mega Fabrication, Inc.

6. Plaintiff's claims are barred by the statutes of limitations and statutes of repose applicable to plaintiff's claims.

7. Plaintiff lacks standing to assert the claims stated.

8. W. A. Whitney is a separate and distinct corporate entity from defendant Mega Fabrication, Inc., and defendant Mega Fabrication, Inc., has no legal obligation to assume the debts and other obligations of W. A. Whitney.

9. Defendant Mega Fabrication, Inc., reserves the right to assert additional affirmative defenses as investigation and discovery proceed.

WHEREFORE, having fully answered, defendant Mega Fabrication, Inc., respectfully requests that (a) plaintiff LWD PRP Group take nothing by its pretended cause of action against defendant Mega Fabrication, Inc.; (b) any relief sought by plaintiff LWD PRP Group against defendant Mega Fabrication, Inc., be denied; (c) the costs of this defense be assessed against the plaintiff LWD PRP Group; and (d) such other and further relief as the Court may deem just and equitable be granted to defendant Mega Fabrication, Inc.

## CERTIFICATE OF SERVICE

I certify that on March 25, 2014, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send a notice of filing to all counsel of record.

Respectfully submitted,

TRIPLETT, WOOLF & GARRETSON, LLC

/s/Derek S. Casey
Derek S. Casey, #15125
2959 North Rock Road, Suite 300

*LWD PRP Group v. Alcan Corp., et al., Case No. 5:12-CV-127*
**Answer of Defendant Mega Fabrication, Inc.**
**To Plaintiff's Fourth Amended Complaint**          Page 3 of 4 Pages
TWG11892-015/498736v1

        Wichita, KS  67226
        Tel:      316-630-8100
        Fax:     316-630-8101
        Email:   dscasey@twgfirm.com

*Attorneys for Defendant Mega Fabrication, Inc.*

*LWD PRP Group v. Alcan Corp., et al., Case No. 5:12-CV-127*
**Answer of Defendant Mega Fabrication, Inc.**
**To Plaintiff's Fourth Amended Complaint**      Page 4 of 4 Pages
TWG11892-015/498736v1