IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:12-CV-127-GNS-HBB

LWD PRP GROUP                                                                           PLAINTIFF

vs.

ACF INDUSTRIES, LLC, et al.                                           DEFENDANTS

### MOTION TO WITHDRAW AS COUNSEL FOR EAGLE INDUSTRIES, LLC
**(Electronically Filed)**

Comes Nicholas M. Holland, individually and on behalf of the law firm of Whitlow, Roberts, Houston & Straub, PLLC, and requests that this Honorable Court grant him and his firm leave to withdraw as counsel for Defendant, Eagle Industries, LLC, also improperly captioned Eagle Industries, Inc., and for his reasons states as follows:

In March of 2013, Eagle Industries, LLC, retained our firm for representation in this case. Despite such retention, Eagle Industries, LLC, has failed to pay for or participate in representation despite multiple requests from our firm. After many attempts to make contact, we are unable to locate any representatives of Eagle Industries, LLC, in order to continue our representation.

WHEREFORE, the undersigned respectfully requests entry of the enclosed order allowing him and his firm to withdraw as attorney of record in this matter for Eagle Industries, LLC, and that Eagle Industries, LLC be granted thirty days to secure separate counsel in this matter. Additionally, J. Duncan Pitchford is no longer with Whitlow, Roberts, Houston & Straub, PLLC, and should also be removed as counsel of record.

Respectfully submitted,

WHITLOW, ROBERTS, HOUSTON & STRAUB, PLLC
*Attorneys for Eagle Industries, LLC*

By: /s/ Nicholas M. Holland
    Nicholas M. Holland
    300 Broadway
    P.O. Box 995
    Paducah, Kentucky 42002-0995
    Telephone: (270) 443-4516
    Facsimile: (270) 442-1712
    nholland@whitlow-law.com

## CERTIFICATE OF SERVICE

I hereby certify that this 31st day of December, 2015, I electronically filed the foregoing with the Clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Fletcher Schrock, Esq., fletch@ml-lawfirm.com,
Gary Justis, Esq., gjustis@justislawfirm.com; and
Rachel D. Guthrie, Esq., rguthrie@justislawfirm.com,
Attorneys for Plaintiff.

Alison C. Conlon, Esq.; and Joseph F. Madonia, Esq.,
jmadonia@btlaw.com, bbrozyna@btlaw.com,
Attorneys for Central Illinois Public Service Company.

Mohammad H. Sheronick, Esq., m.sheronick@cedar-rapids.org,
Attorney for the City of Cedar Rapids, Iowa,

Derek S. Casey, Esq., dscasey@twgfirm.com,
Attorney for Mega Fabrication, Inc.

Amy Jo Harwood-Jackson, Esq., amy@harwood-jacksonlaw.com,
Attorney for the University of Iowa.

Amy D. Cubbage, Esq., acubbage@ackersonlegal.com,
cbarnett@ackersonlegal.com,
Attorney for Williamson County Housing Authority.

Richard L. Walter, Esq., rwalter@bsgpad.com, mclark@bsgpad.com,
Attorney for Yenkin-Majestic Paint Corp.

    */s/ Nicholas M. Holland*
    Nicholas M. Holland