IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:12-CV-127-GNS-HBB

LWD PRP GROUP                                                                                   PLAINTIFF

vs.

ACF INDUSTRIES, LLC, et al.                                                               DEFENDANTS


## ORDER GRANTING NICHOLAS M. HOLLAND'S
## MOTION TO WITHDRAW AS COUNSEL FOR
## EAGLE INDUSTRIES, LLC

Upon motion of Nicholas M. Holland, Esq., individually and on behalf of Whitlow, Roberts, Houston & Straub, PLLC, to withdraw as counsel for Eagle Industries, LLC, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the Motion to Withdraw is GRANTED.

Entered _____