IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:12-CV-127-GNS-HBB

LWD PRP GROUP                                                              PLAINTIFF

vs.

ACF INDUSTRIES, LLC, et al.                                                DEFENDANTS

## MOTION TO WITHDRAW AS CO-COUNSEL FOR PSC, LLC CORPORATION
**(Electronically Filed)**

Comes Nicholas M. Holland, individually and on behalf of the law firm of Whitlow, Roberts, Houston & Straub, PLLC, and requests that this Honorable Court grant him and his firm leave to withdraw as co-counsel for Defendant, PSC, LLC, and for his reasons states as follows:

Defendant, PSC, LLC, is and continues to be represented primarily by Amy Cubbage, Esq., of Ackerson & Yann, PLLC, located at 401 West Main Street, Suite 1200, Louisville, Kentucky. Ms. Cubbage has been primary contact for PSC, LLC, has been fully involved during the course of this litigation and has approved this firm's withdrawal as co-counsel. PSC, LLC, will suffer no impairment from the withdrawal of undersigned co-counsel.

WHEREFORE, the undersigned respectfully requests entry of the enclosed order allowing him and his firm to withdraw as attorney of record in this matter for PSC, LLC. Additionally, J. Duncan Pitchford is no longer with Whitlow, Roberts, Houston & Straub, PLLC, and should also be removed as counsel of record.

Respectfully submitted,

WHITLOW, ROBERTS, HOUSTON & STRAUB, PLLC
*Attorneys for PSC, LLC*

By: */s/ Nicholas M. Holland*
    Nicholas M. Holland
    300 Broadway
    P.O. Box 995
    Paducah, Kentucky 42002-0995
    Telephone:  (270) 443-4516
    Facsimile:   (270) 442-1712
    nholland@whitlow-law.com

### **CERTIFICATE OF SERVICE**

I hereby certify that this 31st day of December, 2015, I electronically filed the foregoing with the Clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Fletcher Schrock, Esq., fletch@ml-lawfirm.com,
Gary Justis, Esq., gjustis@justislawfirm.com; and
Rachel D. Guthrie, Esq., rguthrie@justislawfirm.com,
Attorneys for Plaintiff.

Alison C. Conlon, Esq.; and Joseph F. Madonia, Esq.,
jmadonia@btlaw.com, bbrozyna@btlaw.com,
Attorneys for Central Illinois Public Service Company.

Mohammad H. Sheronick, Esq., m.sheronick@cedar-rapids.org,
Attorney for the City of Cedar Rapids, Iowa,

Derek S. Casey, Esq., dscasey@twgfirm.com,
Attorney for Mega Fabrication, Inc.

Amy Jo Harwood-Jackson, Esq., amy@harwood-jacksonlaw.com,
Attorney for the University of Iowa.

Amy D. Cubbage, Esq., acubbage@ackersonlegal.com,
cbarnett@ackersonlegal.com,
Attorney for Williamson County Housing Authority.

Richard L. Walter, Esq., rwalter@bsgpad.com, mclark@bsgpad.com,
Attorney for Yenkin-Majestic Paint Corp.

    */s/ Nicholas M. Holland*
    Nicholas M. Holland