# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION
# CASE NO.: 5:12-cv-00127-GNS-HBB

*Electronically Filed*

**LWD PRP GROUP**                                                    **PLAINTIFF**

**v.**

**ACF INDUSTRIES, LLC,** *et. al.*                          **DEFENDANTS**

## ANSWER TO FOURTH AMENDED COMPLAINT OF
## DEFENDANT WILLIAMSON COUNTY HOUSING AUTHORITY

Defendant Williamson County Housing Authority, for its Answer to the Fourth Amended Complaint, states:

1. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments in ¶¶ 1-2 of the Amended Complaint, and therefore denies them.

2. With regard to ¶ 3-4 of the Amended Complaint, Defendant admits jurisdiction and venue are property in this Court with respect to Plaintiff's federal claims, but denies that Plaintiff has capacity to sue with regard to its state law claims. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining averments in ¶¶ 3-4, and therefore denies them.

3. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments in ¶¶ 5-30 of the Amended Complaint, and therefore denies them.

4. With regard to ¶ 31 of the Amended Complaint, Defendant states that the LWD PRP Group is an unincorporated association and lacks capacity to bring claims under state law. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining averments in ¶ 31, and therefore denies them.

5. With regard to ¶¶ 32-500 of the Amended Complaint, no averments are made regarding Defendant and no response is required. To the extent those paragraphs are construed to make averments applicable to Defendant, Defendant is without knowledge or information sufficient to form a belief as to the truth of those averments, and therefore denies them.

6. Defendant admits the averments in ¶ 501 of the Amended Complaint.

7. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments in ¶¶ 502-504, and therefore denies them.

8. Defendant admits the averments in ¶ 505 of the Amended Complaint.

9. With regard to ¶¶ 506-534 of the Amended Complaint, no averments are made regarding Defendant and no response is required. To the extent those paragraphs are construed to make averments applicable to Defendant, Defendant is without knowledge or information sufficient to form a belief as to the truth of those averments, and therefore denies them.

10. With regard to ¶ 535 of the Amended Complaint, Defendant incorporates its responses above as if fully set forth herein.

11. With regard to ¶¶ 536-543 of the Amended Complaint, those averments are merely statements of law to which no response is required.

12. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments in ¶¶ 544-545, and therefore denies them.

13. Defendant admits the averments in ¶ 546 of the Amended Complaint as applied to this Defendant.

14. Defendant denies the averments in ¶ 547 of the Amended Complaint as applied to this Defendant.

15. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments in ¶¶ 548-550, and therefore denies them.

16. Defendant denies the averments in ¶ 551-552 of the Amended Complaint, and further states that Plaintiff lacks capacity to bring claims under state law.

17. With regard to ¶ 553 of the Amended Complaint, Defendant incorporates its responses above as if fully set forth herein.

18. With regard to ¶ 554 of the Amended Complaint, those averments are merely statements of law to which no response is required.

19. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments in ¶ 555, and therefore denies them.

20. Defendant denies the averments in ¶¶ 556-559 of the Amended Complaint as applied to this Defendant.

21. With regard to ¶ 560 of the Amended Complaint, Defendant incorporates its responses above as if fully set forth herein.

22. Defendant admits the averments in ¶ 561 of the Amended Complaint.

23. With regard to ¶¶ 562-563 of the Amended Complaint, those averments are merely statements of law to which no response is required.

24. Defendant denies the averments in ¶¶ 565-565 of the Amended Complaint as applied to this Defendant.

25. Any averments not specifically admitted herein are denied.

## AFFIRMATIVE DEFENSES

1. Plaintiff's claims are barred by the applicable statutes of limitations.

2. Plaintiff's claims are barred by the equitable doctrines of waiver and laches.

3. Plaintiff lacks capacity to bring its state law claims under applicable state law.

**WHEREFORE**, Defendant Williamson County Housing Authority respectfully requests:

1. Dismissal of the Fourth Amended Complaint, with prejudice;

2. An award of its attorney's fees, expenses and costs, where allowed by law; and

3. Any and all other relief to which it is entitled.

Dated: December 31, 2015

Respectfully submitted,

*s/Amy D. Cubbage*
AMY D. CUBBAGE
Ackerson & Yann, PLLC
One Riverfront Plaza, Suite 1200
401 West Main Street
Louisville, Kentucky 40202
Ph:   (502) 583-7400
Fax:  (502) 589-4168
acubbage@ackersonlegal.com

*Counsel for Defendant,*
*Williamson County Housing Authority*

4

## CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of the foregoing was filed with the clerk of court on December 31, 2015, using the CM/ECF system, which will generate a notice of filing to all counsel of record registered with that system.

*s/Amy D. Cubbage*
***Counsel for Defendant,***
***Williamson County Housing Authority***
