UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO.:  5:12-cv-00127-GNS-HBB

*Electronically Filed*

LWD PRP GROUP                                                                        PLAINTIFF

v.

ACF INDUSTRIES, LLC, *et. al.*                                                DEFENDANTS

ANSWER TO FOURTH AMENDED COMPLAINT OF
DEFENDANTS PSC, LLC and PHILIP SERVICES CORPORATION

Defendants PSC, LLC and Philip Services Corporation, for their Answer to the Fourth Amended Complaint, states:

1.      Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in ¶¶ 1-2 of the Amended Complaint, and therefore deny them.

2.      With regard to ¶ 3-4 of the Amended Complaint, Defendants admit jurisdiction and venue are property in this Court with respect to Plaintiff's federal claims, but deny that Plaintiff has capacity to sue with regard to its state law claims.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining averments in ¶¶ 3-4, and therefore deny them.

3.      Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in ¶¶ 5-30 of the Amended Complaint, and therefore deny them.

4.      With regard to ¶ 31 of the Amended Complaint, Defendants state that the LWD PRP Group is an unincorporated association and lacks capacity to bring claims under state law. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining averments in ¶ 31, and therefore deny them.

5.     With regard to ¶¶ 32-336 of the Amended Complaint, no averments are made regarding Defendants and no response is required.  To the extent those paragraphs are construed to make averments applicable to Defendants, Defendants are without knowledge or information sufficient to form a belief as to the truth of those averments, and therefore deny them.

6.     Defendants admit the averments in ¶ 337 of the Amended Complaint.

7.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in ¶¶ 338-341, and therefore deny them.

8.     Defendants admit the averments in ¶¶ 342 and 344 of the Amended Complaint.

9.     Defendants deny the averments in ¶ 343 of the Amended Complaint.

10.    With regard to ¶¶ 345-534 of the Amended Complaint, no averments are made regarding Defendant and no response is required.  To the extent those paragraphs are construed to make averments applicable to Defendant, Defendants are without knowledge or information sufficient to form a belief as to the truth of those averments, and therefore deny them.

11.    With regard to ¶ 535 of the Amended Complaint, Defendants incorporate their responses above as if fully set forth herein.

12.    With regard to ¶¶ 536-543 of the Amended Complaint, those averments are merely statements of law to which no response is required.

13.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in ¶¶ 544-545, and therefore deny them.

14.    Defendants admit the averments in ¶ 546 of the Amended Complaint as applied to these Defendants.

15.    Defendants deny the averments in ¶ 547 of the Amended Complaint as applied to these Defendants.

16.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in ¶¶ 548-550, and therefore deny them.

17.     Defendant deny the averments in ¶ 551-552 of the Amended Complaint, and further states that Plaintiff lacks capacity to bring claims under state law.

18.     With regard to ¶ 553 of the Amended Complaint, Defendants incorporate their responses above as if fully set forth herein.

19.     With regard to ¶ 554 of the Amended Complaint, those averments are merely statements of law to which no response is required.

20.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in ¶ 555, and therefore deny them.

21.     Defendant deny the averments in ¶¶ 556-559 of the Amended Complaint as applied to these Defendants.

22.     With regard to ¶ 560 of the Amended Complaint, Defendants incorporate their responses above as if fully set forth herein.

23.     Defendants admit the averments in ¶ 561 of the Amended Complaint.

24.     With regard to ¶¶ 562-563 of the Amended Complaint, those averments are merely statements of law to which no response is required.

25.     Defendant deny the averments in ¶¶ 565-565 of the Amended Complaint as applied to these Defendants.

26.     Any averments not specifically admitted herein are denied.

## AFFIRMATIVE DEFENSES

1.      Plaintiff's claims are barred by the applicable statutes of limitations.

2.      Plaintiff's claims are barred by the equitable doctrines of waiver and laches.

3.      Plaintiff lacks capacity to bring its state law claims under applicable state law.


**WHEREFORE**, Defendants PSC, LLC and Philip Services Corporation respectfully request:

1.      Dismissal of the Fourth Amended Complaint, with prejudice;

2.      An award of its attorney's fees, expenses and costs, where allowed by law; and

3.      Any and all other relief to which it is entitled.


Dated: December 31, 2015


Respectfully submitted,

*s/Amy D. Cubbage*
AMY D. CUBBAGE
Ackerson & Yann, PLLC
One Riverfront Plaza, Suite 1200
401 West Main Street
Louisville, Kentucky 40202
Ph:      (502) 583-7400
Fax:     (502) 589-4168
acubbage@ackersonlegal.com

***Counsel for Defendants***
***PSC, LLC and Philip Services Corporation***

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was filed with the clerk of court on December 31, 2015, using the CM/ECF system, which will generate a notice of filing to all counsel of record registered with that system.

*s/Amy D. Cubbage*
**Counsel for Defendants**
**PSC, LLC and Philip Services Corporation**