# THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 5:12-CV-00127-GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** | ) |
| Defendants. | ) |

## JOINT PROPOSED SCHEDULING ORDER AND DISCOVERY PLAN

Come the parties, pursuant to Fed. R. Civ. P. 26(f), and hereby submit this Joint Proposed Scheduling Order and Discovery Plan for the above-captioned case.

### JOINT PROPOSED SCHEDULING ORDER

1. The parties will exchange by March 1, 2016 the initial disclosures required by Rule 26(a)(1).

2. The parties shall file all motions to amend pleadings no later than April 15, 2016.

3. Identify all experts. With respect to all experts, the parties will provide a statement of all opinions to be expressed and the basis for the opinions as follows:

    By Plaintiff:     August 15, 2016

    By Defendants:    November 1, 2016

4. All pre-trial discovery authorized by the Federal Rules of Civil Procedure will be completed no later than December 30, 2016.

5. All dispositive motions will be filed no later than January 31, 2017.

6. This is a trial before the bench. The parties estimate that the trial will take approximately 3 weeks. In arriving at this estimate of the length of the trial, the parties have

considered the following: the complexities of the issues raised by the pleadings and the number of potential fact and expert witnesses for each party.

       7.      For the Court's consideration, the parties believe that this matter will be ready for trial by March 2017.

## DISCOVERY PLAN

       1.      The parties incorporate into their discovery plan by reference the foregoing Joint Proposed Scheduling Order.

       2.      The parties have agreed that no changes should be made to the formal requirements for disclosures under Rule 26(a).

       3.      The parties have agreed that additional limitations on discovery should not be imposed at this time, nor should any changes be made to the limitations on discovery imposed under the Federal Rules of Civil Procedure or local rules. The parties have also agreed that there is no need to conduct discovery in phases, or that discovery should be limited to or focused upon particular issues.

      DATED this 31st day of December 2015.

**AGREED TO:**


s/ Gary D. Justis
Gary D. Justis        *Admitted Pro Hac Vice*
Rachel D. Guthrie     *Admitted Pro Hac Vice*
THE JUSTIS LAW FIRM LLC
10955 Lowell Ave.
Suite 520
Overland Park, Kansas  66210-2336
Telephone: (913) 955-3712
Facsimile: (913) 955-3711
Email:  gjustis@justislawfirm.com
        rguthrie@justislawfirm.com

        and

W. Fletcher McMurry Schrock (Ky. Bar #62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone: (270) 443-6511
Facsimile: (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP


s/ Nicholas M. Holland (with permission)
Nicholas M. Holland
WHITLOW, ROBERTS, HOUSTON & STRAUB, PLLC
300 Broadway
P.O. Box 995
Paducah, Kentucky  42002-0995
Telephone: (270) 443-4516
Facsimile: (270) 443-4571
Email:  nholland@whitlow-law.com

ATTORNEYS FOR DEFENDANTS AMERICAN WOODMARK CORPORATION, BAKER HUGHES INCORPORATED, BAYER CROPSCIENCE INC., BAYER HEALTHCARE LLC, CBS CORPORATION, CENTRAL ENVIRONMENTAL SYSTEMS, INC., CHAMPION LABORATORIES, INC., COLONIAL PIPELINE COMPANY, COLUMBIA COUNTY, NEW YORK, COOPER-STANDARD AUTOMOTIVE, INC.,

3

CYCLE CHEM, INC., DRUG & LABORATORY DISPOSAL, INC., ENVIRITE, EQ RESOURCE RECOVERY, GENERAL ELECTRIC COMPANY, HOUSING AUTHORITY OF HOPKINSVILLE, KENTUCKY, INDIANA-KENTUCKY ELECTRIC CORPORATION, INGERSOLL RAND COMPANY, NISSAN NORTH AMERICA, INC., PDC LABORATORIES, INC., PEORIA DISPOSAL COMPANY, PERMA-FIX ENVIRONMENTAL SERVICES, INC., PERMA-FIX OF DAYTON, INC., PERMA-FIX OF ORLANDO, INC., PERMA-FIX OF SOUTH GEORGIA, INC., THE PREMCOR REFINING GROUP, PRINTPACK, INC., RAIL SERVICES, INC., REGAL BELOIT AMERICA, INC., TRANE US, INC., VALERO MARKETING AND SUPPLY COMPANY, CST SERVICES, LLC, VAN DYNE-CROTTY CO., VERTELLUS SPECIALTIES, INC., WHEELER LUMBER, LLC, AND YORK INTERNATIONAL CORPORATION

s/ Derek S. Casey (with permission)
Derek S. Casey, #15125
TRIPLETT, WOOLF & GARRETSON, LLC
2959 North Rock Road, Suite 300
Wichita, KS  67226
Tel: (316) 630-8100
Fax: (316) 630-8101
Email:  dscasey@twgfirm.com

ATTORNEYS FOR DEFENDANT MEGA FABRICATION, INC.

s/ George A. Carroll (with permission)
George A. Carroll
Assistant Attorney General
Hoover State Office Building, Second Floor
1305 East Walnut Street
Des Moines, Iowa  50319
Telephone: (515) 281-8583
Facsimile: (515) 281-7219
Email:  george.carroll@iowa.gov

ATTORNEYS FOR DEFENDANT UNIVERSITY OF IOWA