# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 5:12-CV-127-GNS-<br>) HBB |
| **ACF INDUSTRIES LLC, et al.** | )<br>) |
| Defendants. | )<br>) |

## [PROPOSED] ORDER

This matter is before the Court on Plaintiff's Rule 12(f) Partial Motion to Strike Answer and Counterclaim of Defendant American Woodmark Corporation (Dkt. No. ____). Upon consideration of the Motion to Strike, having been fully briefed by the parties, and the entire record herein,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Strike is **GRANTED**.

**SO ORDERED** this _____ day, _____ 2016.

_____
JUDGE GREG N. STIVERS
United States District Court