**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION**

| | |
|---|---|
| **LWD PRP GROUP,**  )<br>  )<br>    **Plaintiff,**  )<br>  )<br> v.  )<br>  )<br> **ACF INDUSTRIES LLC, et al.**  )<br>  )<br>    **Defendants.**  )<br>  ) | **Civil Action No. 5:12-CV-127-GNS-HBB** |

**[PROPOSED] ORDER**

This matter is before the Court on Plaintiff's Rule 12(f) Partial Motion to Strike Answer and Counterclaim of Defendant Drug & Laboratory Disposal, Inc. (Dkt. No. ____). Upon consideration of the Motion to Strike, having been fully briefed by the parties, and the entire record herein,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Strike is **GRANTED**.

**SO ORDERED** this _____ day, _____ 2016.

_____
JUDGE GREG N. STIVERS
United States District Court