**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION**

| | | |
|---|---|---|
| **LWD PRP GROUP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 5:12-CV-127-GNS-** |
| | ) | **HBB** |
| **ACF INDUSTRIES LLC, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**[PROPOSED] ORDER**

This matter is before the Court on Plaintiff's Rule 12(f) Partial Motion to Strike Answer and Counterclaim of Defendant Indiana-Kentucky Electric Corporation (Dkt. No. _____). Upon consideration of the Motion to Strike, having been fully briefed by the parties, and the entire record herein,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Strike is **GRANTED**.

**SO ORDERED** this _____day, _____ 2016.

_____
JUDGE GREG N. STIVERS
United States District Court