**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION**

| | | |
|---|---|---|
| **LWD PRP GROUP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 5:12-CV-127-GNS-** |
| | ) | **HBB** |
| **ACF INDUSTRIES LLC, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**PLAINTIFF'S ANSWER TO DEFENDANTS PEORIA DISPOSAL
COMPANY'S AND PDC LABORATORIES, INC.'S COUNTERCLAIMS**

Plaintiff LWD PRP Group ("Plaintiff" or "LWD PRP Group"), by and through counsel,

for its Answer to Counterclaims raised by Defendants Peoria Disposal Company and PDC

Laboratories, Inc. (jointly, "Defendants") in their Answer to Fourth Amended Complaint,

Affirmative Defenses, and Counterclaim (Dkt. No. 1238), states as follows:

**COUNTERCLAIM FOR CONTRIBUTION AND
ALLOCATION AND DECLARATORY JUDGMENT[1]**

1.      Plaintiff admits Paragraph No. 1 of Defendants Federal Counterclaims.

2.      Plaintiff admits Paragraph No. 2 of Defendants Federal Counterclaims.

3.      Plaintiff admits Paragraph No. 3 of Defendants Federal Counterclaims.

4.      In response to Paragraph No. 4 of American Woodwork's Federal Counterclaims,

Plaintiff states that CERCLA Sections 113(f)(1) and 107(a), 42 U.S.C. §§ 9613(f)(1) and

9607(a), speak for themselves.

5.      In response to Paragraph No. 5 of Defendants Federal Counterclaims, Plaintiff

realleges and incorporates by reference the allegations contained in Paragraph Nos. 1 and 2 of its

---

[1]      Plaintiff shall refer to these Counterclaims as the "Federal Counterclaims."

Fourth Amended Complaint. Plaintiff denies all remaining allegations contained in Paragraph No. 5 of Defendants Federal Counterclaims.

6.      Plaintiff denies all allegations contained in Paragraph No. 6 of Defendants Federal Counterclaims.

7.      In response to Paragraph No. 7 of Defendants Federal Counterclaims, Plaintiff realleges and incorporates by reference the allegations contained in Paragraph Nos. 1 through 31 of its Fourth Amended Complaint, and admits that the LWD, Inc. Superfund Site portion of the LWD Incinerator Site is located at 2745 Industrial Boulevard in Calvert City, Marshall County, Kentucky. Plaintiff denies all remaining allegations contained in Paragraph No. 7 of Defendants Federal Counterclaims.

8.      Plaintiff denies all allegations contained in Paragraph No. 8 of Defendants Federal Counterclaims.

9.      Plaintiff denies all allegations contained in Paragraph No. 9 of Defendants Federal Counterclaims.

## COUNTERCLAIM FOR CONTRIBUTION AND/OR EQUITABLE INDEMNITY AGAINST PLAINTIFF AND ITS MEMBER COMPANIES PURSUANT TO STATE LAW[2]

1.      Plaintiff incorporates herein Paragraph Nos. 1 through 9 of its Responses to Defendants Federal Counterclaims.

2.      In response to Paragraph No. 2 of Defendants State Law Counterclaims Plaintiff states that KRS 224.1-400 and KRS 224.1-400(25) speak for themselves. Plaintiff denies all remaining allegations contained within Paragraph No. 2 of Defendants State Law Counterclaims.

3.      Plaintiff denies all allegations contained in Paragraph No. 3 of Defendants State Law Counterclaims.

---

[2]      Plaintiff shall refer to these Counterclaims as the "State Law Counterclaims."

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Each of Defendants Counterclaims fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Defendants State Law Counterclaims are barred by the contribution protections afforded to Plaintiff and its members under Section 113(f)(2) of CERCLA, 42 U.S.C. § 9613(f)(2).

### THIRD AFFIRMATIVE DEFENSE

Each of Defendants Counterclaims is barred in whole or in part by the equitable doctrines of laches, waiver and/or unclean hands.

### FOURTH AFFIRMATIVE DEFENSE

Defendants are estopped from recovering against the LWD PRP Group or its members any response costs attributable to Defendants own actions.

### FIFTH AFFIRMATIVE DEFENSE

Defendants are barred from raising the LWD PRP Group's capacity to sue or status as a "real party in interest" under the law of the case doctrine.

The LWD PRP Group reserves the right to assert additional defenses in response to Defendants Counterclaims as this cause continues and further information is discovered.

WHEREFORE, having fully answered Defendants Counterclaims, Plaintiff respectfully requests that this Court enter Judgment in Plaintiff's favor on Defendants Counterclaims, award Plaintiff costs and expenses, including attorneys' fees in defending Defendants Counterclaims, and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated: January 20, 2016     Respectfully submitted,

        /s/ Gary D. Justis
        Gary D. Justis  admitted *pro hac vice*
        Rachel D. Guthrie admitted *pro hac vice*
        THE JUSTIS LAW FIRM LLC
        10955 Lowell Ave.
        Suite 520
        Overland Park, KS  66210-2336
        Telephone:  (913) 955-3712
        Facsimile:  (913) 955-3711
        Email:  gjustis@justislawfirm.com
           rguthrie@justislawfirm.com

        and

        W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
        MCMURRY & LIVINGSTON, PLLC
        333 Broadway, 7th Floor
        P.O. Box 1700
        Paducah, KY  42002-1700
        Telephone:  (270) 443-6511
        Facsimile:  (270) 443-6548
        Email:  fletch@ml-lawfirm.com

        ATTORNEYS FOR PLAINTIFF LWD PRP
        GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2016 a copy of the foregoing Answer to Defendants Peoria Disposal Company's and PDC Laboratories, Inc.'s Counterclaims was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

/s/ Gary D. Justis
Gary D. Justis