**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION**

| | |
|---|---|
| **LWD PRP GROUP,** </br></br> **Plaintiff,** </br></br> v. </br></br> **ACF INDUSTRIES LLC, et al.** </br></br> **Defendants.** | ) </br> ) </br> ) </br> ) </br> ) **Civil Action No. 5:12-CV-127-GNS-** </br> ) **HBB** </br> ) </br> ) </br> ) |

**[PROPOSED] ORDER**

This matter is before the Court on Plaintiff's Rule 12(f) Partial Motion to Strike Answer and Counterclaim of Defendant The Premcor Refining Group Inc. (Dkt. No. ____). Upon consideration of the Motion to Strike, having been fully briefed by the parties, and the entire record herein,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Strike is **GRANTED**.

**SO ORDERED** this _____ day, _____ 2016.

_____
JUDGE GREG N. STIVERS
United States District Court