IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) )  Civil Action No. 5:12-CV-00127-GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** | ) ) |
| **Defendants.** | ) ) |

## ORDER

Upon the Motion to Dismiss MegaFab, Inc. with Prejudice, and for good cause shown, MegaFab, Inc. is dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED this:   February 4, 2016

**Greg N. Stivers, Judge**
**United States District Court**