UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO.: 5:12-cv-00127-GNS

**LWD PRP GROUP**                                                                 PLAINTIFF

v.

**ACF INDUSTRIES, LLC,** *et. al.*                                               DEFENDANTS

**ORDER ON MOTION TO WITHDRAW OF MOHAMMAD H. SHERONICK**

Mohammad H. Sheronick has moved this Court for an Order withdrawing his appearance as counsel of record on behalf of the Defendant City of Cedar Rapids, Iowa.

The Court, being duly advised, GRANTS the Motion (DN 1215) and counsel, Mohammad N. Sheronick is hereby removed from the service list on all future filings.