UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12-CV-127-GNS

LWD PRP GROUP,                                                                                  PLAINTIFF

VS.                                      **ORDER**
**ELECTRONICALLY FILED**

ACF INDUSTRIES LLC, ET AL.,                                        DEFENDANTS

*** *** *** *** *** *** *** *** *** *** *** ***

This matter having come before the Court upon the Motion of Winter R. Huff to allow her to withdraw as counsel from this case, and the Court being otherwise fully advised,

**IT IS HEREBY ORDERED** that said Motion is hereby **GRANTED**. The Defendant, Watts & Durr Oil Company, Inc., and counsel, Winter R. Huff are hereby removed from the service list on all future filings.