IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:12-CV-127-GNS-HBB

LWD PRP GROUP                                                              PLAINTIFF

vs.

ACF INDUSTRIES, LLC, et al.                                          DEFENDANTS


### ORDER GRANTING NICHOLAS M. HOLLAND'S MOTION TO WITHDRAW AS COUNSEL FOR EAGLE INDUSTRIES, LLC

Upon motion of Nicholas M. Holland, Esq., individually and on behalf of Whitlow, Roberts, Houston & Straub, PLLC, to withdraw as counsel for Eagle Industries, LLC, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the Motion to Withdraw is GRANTED.  Attorney Holland is ordered to serve a copy of this Order on Eagle Industries, LLC and to certify service with the Court. Eagle Industries, LLC is given 30 days from the date of receipt of this Order to obtain new counsel.