IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:12-CV-127-GNS-HBB

LWD PRP GROUP     PLAINTIFF

vs.

ACF INDUSTRIES, LLC, et al.     DEFENDANTS

### ORDER GRANTING NICHOLAS M. HOLLAND'S MOTION TO WITHDRAW AS COUNSEL FOR BROWN'S PLATING SERVICE, INC.

Upon motion of Nicholas M. Holland, Esq., individually and on behalf of Whitlow, Roberts, Houston & Straub, PLLC, to withdraw as counsel for Brown's Plating Service, Inc., and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the Motion to Withdraw is GRANTED. Attorney Holland is ordered to serve a copy of this Order on Brown's Plating Service, Inc. and to certify service with the Court. Brown's Plating Service, Inc. is given 30 days from the date of receipt of this Order to obtain new counsel.