IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:12-CV-127-GNS-HBB

LWD PRP GROUP                                                                PLAINTIFF

vs.

ACF INDUSTRIES, LLC, et al.                                               DEFENDANTS


**ORDER GRANTING NICHOLAS M. HOLLAND'S
MOTION TO WITHDRAW AS COUNSEL FOR
PSC, LLC**


Upon motion of Nicholas M. Holland, Esq., individually and on behalf of Whitlow, Roberts, Houston & Straub, PLLC, to withdraw as counsel for PSC, LLC, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the Motion to Withdraw is GRANTED.