# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
### PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Civil Action No. 5:12-CV-00127-GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** | ) ) |
| Defendants. | ) ) |

## MOTION TO DISMISS DEFENDANT
## YENKIN-MAJESTIC PAINT CORP. WITH PREJUDICE

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), respectfully moves this Court for an appropriate Order which dismisses Defendant Yenkin-Majestic Paint Corp. ("Yenkin-Majestic") with prejudice from this cause. In support of this Motion, Plaintiff states as follows:

1. On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery, contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several defendants, including Yenkin-Majestic (Dkt. No. 1). On January 30, 2013, Plaintiff filed a First Amended Complaint against the original defendants, including Yenkin-Majestic, along with additional defendants (Dkt. No. 581). On March 29, 2013, Plaintiff filed a Second Amended Complaint against all defendants, including Yenkin-Majestic (Dkt. No. 758). On February 27, 2014, Plaintiff filed a Third Amended Complaint against the remaining defendants, including Yenkin-Majestic (Dkt. No. 985). On June 4, 2015, Plaintiff filed a Fourth Amended Complaint against the remaining defendants, including Yenkin-Majestic (Dkt. No. 1165).

2. Yenkin-Majestic filed its Answer to Plaintiff's original Complaint on December 21, 2012 (Dkt. No. 436); its Answer to Plaintiff's First Amended Complaint on February 5, 2013

(Dkt. No. 589); its Answer to Plaintiff's Second Amended Complaint on April 30, 2013 (Dkt. No. 868) and its Answer to Plaintiff's Fourth Amended Complaint on June 18, 2015 (Dkt. No. 1169).

3. Yenkin-Majestic is also one of the defendants that filed the Rule 12(b)(6) motion to dismiss Plaintiff's Fourth Amended Complaint (Dkt. No. 1171), which the Court denied on November 4, 2015 (Dkt. No. 1191).

4. Plaintiff has entered into a confidential settlement agreement with Yenkin-Majestic, which settles all claims between Plaintiff and Yenkin-Majestic for a sum certain and other valuable consideration exchanged between the parties.

5. Under the terms of the settlement agreement with Yenkin-Majestic, Plaintiff agreed to file a motion to dismiss Yenkin-Majestic from this cause with prejudice, each party to bear its own costs.

6. A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing Defendants Yenkin-Majestic Paint Corp. from this cause with prejudice, each party to bear its own costs, and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated: February 15, 2016                    Respectfully submitted,

/s/ Gary D. Justis
Gary D. Justis               admitted *pro hac vice*
Rachel D. Guthrie            admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
10955 Lowell Ave.
Suite 520
Overland Park, KS  66210-2336
Telephone:  (913) 955-3712
Facsimile:  (913) 955-3711
Email: gjustis@justislawfirm.com
       rguthrie@justislawfirm.com

and

W. Fletcher McMurry Schrock (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone: (270) 443-6511
Facsimile: (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2016, a copy of the foregoing Motion to Dismiss Defendant Yenkin-Majestic Paint Corp. with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

/s/ Gary D. Justis
Gary D. Justis