IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 5:12-CV-00127-GNS-HBB |
| ) | |
| **ACF INDUSTRIES LLC, et al.** ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon the Motion to Dismiss Yenkin-Majestic Paint Corp. with Prejudice, and for good cause shown, Yenkin-Majestic Paint Corp. is dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED this: February 16, 2016

Greg N. Stivers, Judge
United States District Court