UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12CV-127-GNS-HBB

LWD PRP GROUP                                                                                      PLAINTIFF

v.

ACF INDUSTRIES, LLC, et al.                                                                DEFENDANTS

### ORDER

The Plaintiff having filed its Partial Motion to Strike and the Defendant, American Woodmark Corporation, having filed its response, and the Court otherwise being sufficiently advised,

**IT IS ORDERED:**

The Partial Motion to Strike of the Plaintiff is **DENIED**.

This is a final and appealable order, and there is no just cause for delay.

cc:  Counsel of record