UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12CV-127-GNS-HBB

LWD PRP GROUP                                                                                                  PLAINTIFF

v.

ACF INDUSTRIES, LLC, et al.                                                                          DEFENDANTS

### ORDER

The Plaintiff having filed its Partial Motion to Strike and the Defendant, Baker Hughes Incorporated (improperly named as "Baker Hughes, Inc."), having filed its response, and the Court otherwise being sufficiently advised,

**IT IS ORDERED:**

The Partial Motion to Strike of the Plaintiff is **DENIED**.

This is a final and appealable order, and there is no just cause for delay.

cc: Counsel of record