**EXHIBIT A**

American Woodmark Corporation
Baker Hughes, Inc.
Bayer CropScience, Inc.
Bayer Healthcare, LLC
CBS Corporation, improperly captioned as Viacom, Inc.
Central Environmental Systems, Inc.
Champion Laboratories, Inc.
Colonial Pipeline Company
Columbia County, New York
Cooper-Standard Automotive, Inc.
Cycle Chem, Inc.
Drug & Laboratory Disposal, Inc.
Envirite of Illinois, Inc., d/b/a EQ Illinois
EQ Resource Recovery, also improperly captioned as The Environmental Quality Co.
General Electric Company
Housing Authority of Hopkinsville, Kentucky
Indiana-Kentucky Electric Corporation
Ingersoll Rand Company
Nissan North America Inc.
PDC Laboratories, Inc.
Peoria Disposal Company
Perma-Fix Environmental Services, Inc.
Perma-Fix of Dayton, Inc.
Perma-Fix of Orlando, Inc.
Perma-Fix of South Georgia, Inc.
The Premcor Refining Group Inc.
Printpack, Inc.
Rail Services, Inc.
Regal Beloit America, Inc.
Trane US, Inc.
Valero Marketing and Supply Company
CST Services, LLC, formerly Valero Retail Holdings, Inc.
Van Dyne-Crotty Co.
Vertellus Specialties, Inc.
Wheeler Lumber, LLC
York International Corporation