UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12CV-127-GNS-HBB

LWD PRP GROUP  PLAINTIFF

v.

ACF INDUSTRIES, LLC, et al.  DEFENDANTS

**ORDER**

The Defendants listed on Exhibit A having moved the Court to dismiss the state law claims in Plaintiff's Fourth Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), the Plaintiff having responded thereto, and the Court otherwise being sufficiently advised,

**IT IS ORDERED:**

The Motion of the Defendants is **GRANTED**.  All state law claims against said Defendants are hereby dismissed.

This is a final and appealable order, and there is no just cause for delay.

cc:  Counsel of record