IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:12-CV-127-GNS-HBB

LWD PRP GROUP                                              PLAINTIFF

vs.

ACF INDUSTRIES, LLC, et al.                                DEFENDANTS

## CERTIFICATE OF SERVICE OF ORDER
## WITHDRAWING AS COUNSEL FOR SABRELINER CORPORATION

Please take notice that undersigned counsel has served a true and exact copy of the Order Granting Nicholas M. Holland's Motion to Withdraw as Counsel for Sabreliner Corporation, entered on February 9, 2016, by certified mail, return receipt requested, to the following addresses:

| | |
|---|---|
| Mr. Howard Samuels | Mr. John McHale |
| Rally Capital Services, LLC | Sabreliner Aviation |
| Receiver for Sabreliner Corporation | 1390 State Hwy H |
| 7733 Forsyth, Suite 1100 | Perryville, MO 63775 |
| St. Louis, MO 63105 | |

This 19th day of February, 2016.

WHITLOW, ROBERTS, HOUSTON & STRAUB, PLLC

BY  /s/ Nicholas M. Holland
Nicholas M. Holland
nholland@whitlow-law.com
P.O. Box 995
Paducah, KY 42002-0995
270-443-4516 (Telephone)
270-443-4571 (Facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that this 19th day of February, 2016, I electronically filed the foregoing with the Clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Fletcher Schrock, Esq., fletch@ml-lawfirm.com,
Gary Justis, Esq., gjustis@justislawfirm.com; and
Rachel D. Guthrie, Esq., rguthrie@justislawfirm.com,
Attorneys for Plaintiff.

Alison C. Conlon, Esq.; and Joseph F. Madonia, Esq.,
jmadonia@btlaw.com, bbrozyna@btlaw.com,
Attorneys for Central Illinois Public Service Company.

Derek S. Casey, Esq., dscasey@twgfirm.com,
Attorney for Mega Fabrication, Inc.

Amy Jo Harwood-Jackson, Esq., amy@harwood-jacksonlaw.com,
Attorney for the University of Iowa.

Amy D. Cubbage, Esq., acubbage@ackersonlegal.com, cbarnett@ackersonlegal.com,
Attorney for Williamson County Housing Authority.

Richard L. Walter, Esq., rwalter@bsgpad.com, mclark@bsgpad.com,
Attorney for Yenkin-Majestic Paint Corp.

*/s/ Nicholas M. Holland*
Nicholas M. Holland