IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:12-CV-127-GNS-HBB

LWD PRP GROUP                                                                                    PLAINTIFF

vs.

ACF INDUSTRIES, LLC, et al.                                                                DEFENDANTS

**CERTIFICATE OF SERVICE OF ORDER
WITHDRAWING AS COUNSEL FOR BROWN'S PLATING SERVICE, INC.**

Please take notice that undersigned counsel has served a true and exact copy of the Order Granting Nicholas M. Holland's Motion to Withdraw as Counsel for Brown's Plating Service, Inc., entered on February 9, 2016, by certified mail, return receipt requested, to the following address:

    Mr. Donald L. Brown
    Brown's Plating Service, Inc.
    1010 Krebs Station Road
    Paducah, KY 42003

This 19th day of February, 2016.

                WHITLOW, ROBERTS, HOUSTON & STRAUB, PLLC

                BY  /s/ Nicholas M. Holland
                    Nicholas M. Holland
                    nholland@whitlow-law.com
                    P.O. Box 995
                    Paducah, KY 42002-0995
                    270-443-4516 (Telephone)
                    270-443-4571 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that this 19th day of February, 2016, I electronically filed the foregoing with the Clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Fletcher Schrock, Esq., fletch@ml-lawfirm.com,
Gary Justis, Esq., gjustis@justislawfirm.com; and
Rachel D. Guthrie, Esq., rguthrie@justislawfirm.com,
Attorneys for Plaintiff.

Alison C. Conlon, Esq.; and Joseph F. Madonia, Esq.,
 jmadonia@btlaw.com, bbrozyna@btlaw.com,
Attorneys for Central Illinois Public Service Company.

Derek S. Casey, Esq., dscasey@twgfirm.com,
Attorney for Mega Fabrication, Inc.

Amy Jo Harwood-Jackson, Esq., amy@harwood-jacksonlaw.com,
Attorney for the University of Iowa.

Amy D. Cubbage, Esq., acubbage@ackersonlegal.com, cbarnett@ackersonlegal.com,
Attorney for Williamson County Housing Authority.

Richard L. Walter, Esq., rwalter@bsgpad.com, mclark@bsgpad.com,
Attorney for Yenkin-Majestic Paint Corp.

*/s/ Nicholas M. Holland*
Nicholas M. Holland