IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:12-CV-127-GNS-HBB

LWD PRP GROUP                                                                                          PLAINTIFF

vs.

ACF INDUSTRIES, LLC, et al.                                                                     DEFENDANTS

**CERTIFICATE OF SERVICE OF ORDER
WITHDRAWING AS COUNSEL FOR EAGLE INDUSTRIES, LLC**

Please take notice that undersigned counsel has served a true and exact copy of the Order Granting Nicholas M. Holland's Motion to Withdraw as Counsel for Eagle Industries, LLC, entered on February 9, 2016, by certified mail, return receipt requested, to the following address:

Mr. Amado Rivas
Eagle Industries, LLC
625 Raven Street
Bowling Green, KY 42101

This 19th day of February, 2016.

WHITLOW, ROBERTS, HOUSTON & STRAUB, PLLC

BY  /s/ Nicholas M. Holland
Nicholas M. Holland
nholland@whitlow-law.com
P.O. Box 995
Paducah, KY 42002-0995
270-443-4516 (Telephone)
270-443-4571 (Facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that this 19th day of February, 2016, I electronically filed the foregoing with the Clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Fletcher Schrock, Esq., fletch@ml-lawfirm.com,
Gary Justis, Esq., gjustis@justislawfirm.com; and
Rachel D. Guthrie, Esq., rguthrie@justislawfirm.com,
Attorneys for Plaintiff.

Alison C. Conlon, Esq.; and Joseph F. Madonia, Esq.,
 jmadonia@btlaw.com, bbrozyna@btlaw.com,
Attorneys for Central Illinois Public Service Company.

Derek S. Casey, Esq., dscasey@twgfirm.com,
Attorney for Mega Fabrication, Inc.

Amy Jo Harwood-Jackson, Esq., amy@harwood-jacksonlaw.com,
Attorney for the University of Iowa.

Amy D. Cubbage, Esq., acubbage@ackersonlegal.com, cbarnett@ackersonlegal.com,
Attorney for Williamson County Housing Authority.

Richard L. Walter, Esq., rwalter@bsgpad.com, mclark@bsgpad.com,
Attorney for Yenkin-Majestic Paint Corp.

                                                  */s/ Nicholas M. Holland*
                                                  Nicholas M. Holland