# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 5:12-CV-00127-GNS-HBB |
| ) | |
| **ACF INDUSTRIES LLC, et al.** ) | |
| ) | |
| Defendants. ) | |

## MOTION TO DISMISS DEFENDANT
## CITY OF CEDAR RAPIDS, IOWA WITH PREJUDICE

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), respectfully moves this Court for an appropriate Order which dismisses Defendant City of Cedar Rapids, Iowa ("Cedar Rapids") with prejudice from this cause. In support of this Motion, Plaintiff states as follows:

1. On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery, contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several defendants, including Cedar Rapids (Dkt. No. 1). On January 30, 2013, Plaintiff filed a First Amended Complaint against the original defendants, including Cedar Rapids, along with additional defendants (Dkt. No. 581). On March 29, 2013, Plaintiff filed a Second Amended Complaint against all defendants, including Cedar Rapids (Dkt. No. 758). On February 27, 2014, Plaintiff filed a Third Amended Complaint against the remaining defendants, including Cedar Rapids (Dkt. No. 985). On June 4, 2015, Plaintiff filed a Fourth Amended Complaint against the remaining defendants, including Cedar Rapids (Dkt. No. 1165).

2. Cedar Rapids filed its Answer to Plaintiff's original Complaint on December 18, 2012 (Dkt. No. 400).

3. Plaintiff has entered into a confidential settlement agreement with Cedar Rapids, which settles all claims between Plaintiff and Cedar Rapids for a sum certain and other valuable consideration exchanged between the parties.

4. Under the terms of the settlement agreement with Cedar Rapids, Plaintiff agreed to file a motion to dismiss Cedar Rapids from this cause with prejudice, each party to bear its own costs.

5. A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing Defendant City of Cedar Rapids, Iowa from this cause with prejudice, each party to bear its own costs, and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated: February 23, 2016	Respectfully submitted,

	/s/ Gary D. Justis
	Gary D. Justis	admitted *pro hac vice*
	Rachel D. Guthrie	admitted *pro hac vice*
	THE JUSTIS LAW FIRM LLC
	10955 Lowell Ave.
	Suite 520
	Overland Park, KS  66210-2336
	Telephone:  (913) 955-3712
	Facsimile:  (913) 955-3711
	Email:  gjustis@justislawfirm.com
	          rguthrie@justislawfirm.com

	and

	W. Fletcher McMurry Schrock (Ky. Bar# 62283)
	MCMURRY & LIVINGSTON, PLLC
	333 Broadway, 7th Floor
	P.O. Box 1700
	Paducah, Kentucky  42002-1700
	Telephone: (270) 443-6511
	Facsimile: (270) 443-6548
	Email:  fletch@ml-lawfirm.com

	ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2016, a copy of the foregoing Motion to Dismiss Defendant City of Cedar Rapids, Iowa with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

	/s/ Gary D. Justis
	Gary D. Justis