IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 5:12-CV-00127-GNS-HBB |
| ACF INDUSTRIES LLC, et al. | ) ) |
| Defendants. | ) ) |

## ORDER

Upon the Motion to Dismiss City of Cedar Rapids, Iowa with Prejudice, and for good cause shown, the City of Cedar Rapids, Iowa is dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED this: February 24, 2016

Greg N. Stivers, Judge
United States District Court