IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:12-CV-127-GNS-HBB

LWD PRP GROUP          PLAINTIFF

vs.

ACF INDUSTRIES, LLC, et al.          DEFENDANTS

**BAYER CROPSCIENCE INC.'S**
**INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)**

Defendant, Bayer CropScience, Inc., by counsel and pursuant to Fed. R. Civ. P. 26(a)(1), tender the following initial disclosures:

**A.**    **Individuals likely to have discoverable information.**

1. Gary Toczylowski, Bayer HealthCare LLC, 800 Dwight Way, Berkeley, CA 94710; (510) 705-5000.

2. Mark Bowers, Bayer CropScience LP, 2 TW Alexander Drive, PO Box 12014, Research Triangle Park, NC 27709; (919) 549-2000.

3. Robert Lockemer, Bayer CropScience LP, 2 TW Alexander Drive, PO Box 12014, Research Triangle Park, NC 27709; (919) 549-2000.

4. Scott Krall, Bayer Corporation, 100 Bayer Road, Pittsburgh, PA 15241; (412) 777-2005.

5. All witnesses listed by any other party.

**B.**    **Documents, electronically stored information and tangible items.**

Waste-in Summaries and Hazardous Waste Annual Reports from the LWD Site received from the Plaintiffs. Copy attached.

**C.**    **Computation of each category of damages claimed by disclosing party.**

No damages are claimed at this time. Defendant reserves the right to supplement damages under counterclaims in this case, should damages be incurred.

**D. Insurance Agreement**

Not applicable.

Defendant reserves the right to amend these disclosures through supplementation or by separate response to written discovery to reflect items revealed during the discovery process in this matter.

       WHITLOW, ROBERTS, HOUSTON & STRAUB, PLLC
       *Attorneys for Defendant, Bayer CropScience Inc.*

       BY /s/ Nicholas M. Holland
        Nicholas M. Holland
        nholland@whitlow-law.com
        300 Broadway
        Post Office Box 995
        Paducah, Kentucky 42002-0995
        Telephone: (270) 443-4516
        Facsimile: (270) 442-1712

## CERTIFICATE OF SERVICE

I hereby certify that this 29th day of February, 2016, I electronically filed the foregoing with the Clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Fletcher Schrock, Esq., fletch@ml-lawfirm.com,
Gary Justis, Esq., gjustis@justislawfirm.com; and
Rachel D. Guthrie, Esq., rguthrie@justislawfirm.com,
Attorneys for Plaintiff.

Alison C. Conlon, Esq.; and Joseph F. Madonia, Esq.,
jmadonia@btlaw.com, bbrozyna@btlaw.com,
Attorneys for Central Illinois Public Service Company.

Derek S. Casey, Esq., dscasey@twgfirm.com,
Attorney for Mega Fabrication, Inc.

Amy Jo Harwood-Jackson, Esq., amy@harwood-jacksonlaw.com,
Attorney for the University of Iowa.

Amy D. Cubbage, Esq., acubbage@ackersonlegal.com, cbarnett@ackersonlegal.com,
Attorney for Williamson County Housing Authority.

Richard L. Walter, Esq., rwalter@bsgpad.com, mclark@bsgpad.com,
Attorney for Yenkin-Majestic Paint Corp.

*/s/ Nicholas M. Holland*
Nicholas M. Holland