IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:12-CV-127-GNS-HBB

LWD PRP GROUP                                                                                           PLAINTIFF

vs.

ACF INDUSTRIES, LLC, et al.                                                                  DEFENDANTS

### BAYER HEALTHCARE LLC.'S
### INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)

Defendant, Bayer HealthCare LLC, by counsel and pursuant to Fed. R. Civ. P. 26(a)(1), tender the following initial disclosures:

**A.  Individuals likely to have discoverable information.**

1. Gary Toczylowski, Bayer HealthCare LLC, 800 Dwight Way, Berkeley, CA 94710; (510) 705-5000.

2. Mark Bowers, Bayer CropScience LP, 2 TW Alexander Drive, PO Box 12014, Research Triangle Park, NC 27709; (919) 549-2000.

3. Robert Lockemer, Bayer CropScience LP, 2 TW Alexander Drive, PO Box 12014, Research Triangle Park, NC 27709; (919) 549-2000.

4. Scott Krall, Bayer Corporation, 100 Bayer Road, Pittsburgh, PA 15241; (412) 777-2005.

5. All witnesses listed by any other party.

**B.  Documents, electronically stored information and tangible items.**

Waste-in Summaries and Hazardous Waste Annual Reports from the LWD Site received from the Plaintiffs. Copy attached.

**C.  Computation of each category of damages claimed by disclosing party.**

No damages are claimed at this time.  Defendant reserves the right to supplement damages under counterclaims in this case, should damages be incurred.

**D.     Insurance Agreement**

Not applicable.

Defendant reserves the right to amend these disclosures through supplementation or by separate response to written discovery to reflect items revealed during the discovery process in this matter.

> WHITLOW, ROBERTS, HOUSTON & STRAUB, PLLC
> *Attorneys for Defendant, Bayer HealthCare LLC*
>
> BY  /s/ Nicholas M. Holland
>     Nicholas M. Holland
>     nholland@whitlow-law.com
>     300 Broadway
>     Post Office Box 995
>     Paducah, Kentucky 42002-0995
>     Telephone:  (270) 443-4516
>     Facsimile:  (270) 442-1712

**CERTIFICATE OF SERVICE**

I hereby certify that this 29th day of February, 2016, I electronically filed the foregoing with the Clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Fletcher Schrock, Esq., fletch@ml-lawfirm.com,
Gary Justis, Esq., gjustis@justislawfirm.com; and
Rachel D. Guthrie, Esq., rguthrie@justislawfirm.com,
Attorneys for Plaintiff.

Alison C. Conlon, Esq.; and Joseph F. Madonia, Esq.,
 jmadonia@btlaw.com, bbrozyna@btlaw.com,
Attorneys for Central Illinois Public Service Company.

Derek S. Casey, Esq., dscasey@twgfirm.com,
Attorney for Mega Fabrication, Inc.

Amy Jo Harwood-Jackson, Esq., amy@harwood-jacksonlaw.com,
Attorney for the University of Iowa.

Amy D. Cubbage, Esq., acubbage@ackersonlegal.com, cbarnett@ackersonlegal.com,
Attorney for Williamson County Housing Authority.

Richard L. Walter, Esq., rwalter@bsgpad.com, mclark@bsgpad.com,
Attorney for Yenkin-Majestic Paint Corp.

            */s/ Nicholas M. Holland*
            Nicholas M. Holland