IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:12-CV-127-GNS-HBB

LWD PRP GROUP                                                      PLAINTIFF

vs.

ACF INDUSTRIES, LLC, et al.                            DEFENDANTS

## CBS CORPORATION'S INITIAL
## DISCLOSURES PURSUANT TO RULE 26(a)(1)

Defendant, CBS Corporation (improperly captioned as "Viacom, Inc."), by counsel and pursuant to Fed. R. Civ. P. 26(a)(1), tender the following initial disclosures:

**A.**     **Individuals likely to have discoverable information.**

    1. William D. Wall, 20 Stanwix Street, Pittsburgh, Pennsylvania 15222; 412-642-3580.

    2. Mary Bishop, 20 Stanwix Street, Pittsburgh, Pennsylvania 15222; 412-642-4644.

    3. All witnesses listed by any other party.

**B.**     **Documents, electronically stored information and tangible items.**

    1. All such documents including nexus documents (manifests, etc.) to CBS' knowledge are in the possession of or otherwise available to plaintiffs. However, attached is a package of documents purportedly received from the United States EPA in response to a FOIA request relative to the LWD site. CBS believes these documents are in plaintiffs' possession as well. Further, to the extent plaintiffs are seeking to impute wastes to CBS that are attributable to companies unrelated to CBS, CBS will provide internal and publically available documents to refute such assertions.

    2. All other documents listed by any other party.

**C.**     **Computation of each category of damages claimed by disclosing party.**

No damages are claimed at this time. Defendant reserves the right to supplement damages under counterclaims in this case, should damages be incurred.

**D.     Insurance Agreement**

Not applicable.

Defendant reserves the right to amend these disclosures through supplementation or by separate response to written discovery to reflect items revealed during the discovery process in this matter.

                    WHITLOW, ROBERTS, HOUSTON & STRAUB, PLLC
*Attorneys for Defendant, CBS Corporation*

BY  /s/ Nicholas M. Holland
Nicholas M. Holland
nholland@whitlow-law.com
300 Broadway
Post Office Box 995
Paducah, Kentucky 42002-0995
Telephone:  (270) 443-4516
Facsimile:  (270) 442-1712

## CERTIFICATE OF SERVICE

I hereby certify that this 29th day of February, 2016, I electronically filed the foregoing with the Clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Fletcher Schrock, Esq., fletch@ml-lawfirm.com,
Gary Justis, Esq., gjustis@justislawfirm.com; and
Rachel D. Guthrie, Esq., rguthrie@justislawfirm.com,
Attorneys for Plaintiff.

Alison C. Conlon, Esq.; and Joseph F. Madonia, Esq.,
 jmadonia@btlaw.com, bbrozyna@btlaw.com,
Attorneys for Central Illinois Public Service Company.

Derek S. Casey, Esq., dscasey@twgfirm.com,
Attorney for Mega Fabrication, Inc.

Amy Jo Harwood-Jackson, Esq., amy@harwood-jacksonlaw.com,
Attorney for the University of Iowa.

Amy D. Cubbage, Esq., acubbage@ackersonlegal.com, cbarnett@ackersonlegal.com,
Attorney for Williamson County Housing Authority.

Richard L. Walter, Esq., rwalter@bsgpad.com, mclark@bsgpad.com,
Attorney for Yenkin-Majestic Paint Corp.

                                                 */s/ Nicholas M. Holland*
                                                 Nicholas M. Holland