*FOIA REQUEST TO USEPA REGION 4 FOR LWD, INC SITE AND "WESTINGHOUSE"*

## INDEX OF ENCLOSURES 04-RIN-00660-08

1. Hazardous Waste Facility Annual Report, Summary of Generators Sending Waste, re: Westinghouse – approx – 22 pages

2. Uniform Hazardous Waste Manifest, re: Westinghouse – approx – 81 pages

3. Letter dated July 8, 1991, to Westinghouse Electric Corporation, attn: The President from the Environmental Protection Agency, re: Request for Information Pursuant to Section 104 of CERCLA for Lexington Landfill Site, Cayce, South Carolina – 1 page

3



UNITED STATES ENVIRONMENTAL PROTECTION AGENCY

REGION IV

345 COURTLAND STREET. N.E.
ATLANTA, GEORGIA 30365


Site: Lexington, SC
L.. .: 11.9
Other:

4WD-NSRB

JUL 0 8 1991

INFORMATION REQUEST
URGENT LEGAL MATTER - PROMPT REPLY NECESSARY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED

Westinghouse Electric Corporation
The President
Drawer R
Columbia, SC   29205


10511057

Re:  Request for Information Pursuant to Section 104 of CERCLA for
     Lexington County Landfill Site, Cayce, South Carolina

Dear Sir/Madam:

The United States Environmental Protection Agency (EPA) is currently
investigating the source, extent and nature of the release and
threatened release of hazardous substances, pollutants and
contaminants on or about the Lexington County Landfill Site which
includes Bray Park Dump, old Cayce Dump, and Lexington County
Landfill and is situated on approximately 75 acres of an old sandpit
in Cayce, South Carolina.  The Lexington County Landfill Site is
located 2 miles south of Cayce on the east side of U.S. Highway 321
(hereinafter "the Site") (See Figure 1).  EPA is also investigating
the ability of the parties connected with the Site to pay for or
perform a cleanup of the Site.

The Agency's authority to seek such information is set forth under
Section 104 of the Comprehensive Environmental Response, Compensation
and Liability Act (CERCLA), 42 U.S.C. §9604, as amended by the
Superfund Amendments and Reauthorization Act (SARA), P.L. 99-499, and
under Section 3007 of the Resource Conservation and Recovery Act
(RCRA), 42 U.S.C. §6927, as amended.  Specifically, these provisions
provide the Agency with the authority to require any person who
generates, stores, treats, transports, disposes of, or otherwise
handles or has handled hazardous wastes and substances to furnish
information related to such wastes and substances.  Pursuant to these
statutory provisions, you are hereby directed to respond to the
Information Request set forth in the enclosures of this letter.

Compliance with the Information Request set forth in the Enclosure C
is mandatory.  Failure to respond fully and truthfully to each and
every information request, or to adequately justify such failure to
respond, may result in an enforcement action by EPA pursuant to
Section 104(e) of CERCLA, 42 U.S.C. §9604(e), and Section 3008 of

*Printed on Recycled Paper*

DATE  2/24/89                          L W D, INC.                        PAGE      8

### HAZARDOUS WASTE FACILITY ANNUAL REPORT
### SUMMARY OF GENERATORS SENDING WASTE

| GENERATOR'S EPA ID NUMBER | GENERATOR'S NAME | TOTAL NUMBER OF MANIFESTED SHIPMENTS RECEIVED FROM GENERATOR | TOTAL QUANTITY OF WASTE RECEIVED FROM GENERATOR | UNIT OF VOLUME |
|---|---|---|---|---|
| IND-005-106-984 | DIVERSITECH GENERAL | 2 | 1320.000 | G |
| IND-005-159-603 | DIVERSITECH GENERAL | 1 | 3685.000 | G |
| IND-005-161-377 | RIEKE CORPORATION | 5 | 2915.000 | G |
| IND-005-178-355 | VALSPAR CORPORATION | 3 | 4675.000 | G |
| IND-005-421-623 | MCCORD HEAT TRANSFER CORPORATION | 2 | 29000.000 | P |
| IND-005-422-084 | GENERAL ELECTRIC CO | 1 | 6400.000 | P |
| IND-005-448-683 | GENERAL ELECTRIC COMPANY | 3 | 16000.000 | G |
| IND-005-449-525 | AMERICAN CAN COMPANY | 1 | 5295.000 | G |
| IND-006-062-582 | WESTINGHOUSE ELECTRIC COMPANY | 1 | 495.000 | G |
| IND-006-062-582 | WESTINGHOUSE ELECTRIC COMPANY | 5 | 31172.000 | P |
| IND-006-373-518 | HAAS CABINET CO., INC. | 1 | 3651.000 | G |
| IND-006-373-963 | CARMAN INDUSTRIES, INC | 1 | 490.000 | G |
| IND-006-376-362 | GENERAL ELECTRIC COMPANY | 22 | 103825.000 | G |
| IND-006-376-362 | GENERAL ELECTRIC COMPANY | 17 | 572480.000 | P |
| IND-006-377-006 | PILLSBURY COMPANY | 2 | 110.000 | G |
| IND-006-386-866 | AMERICAN CAN COMPANY | 3 | 18400.000 | P |
| IND-006-392-773 | GENERAL ELECTRIC COMPANY | 5 | 10945.000 | G |
| IND-006-414-817 | OVERHEAD DOOR CORPORATION | 1 | 9302.000 | P |
| IND-006-418-008 | CARPENTER BODY WORKS | 3 | 2565.000 | G |
| IND-006-418-008 | CARPENTER BODY WORKS | 2 | 11468.000 | P |
| IND-006-418-271 | DIVERSITECH GENERAL | 4 | 3445.000 | G |
| IND-016-285-694 | CONWAY ENTERPRISES | 1 | 110.000 | G |
| IND-016-364-507 | COMMONWEALTH EDISON-STATELINE | 2 | 445.000 | G |
| IND-041-855-776 | INDIANA STEEL & WIRE | 1 | 55.000 | G |
| IND-044-192-953 | ESSEX GROUP, INC. | 7 | 29998.000 | G |
| IND-052-667-595 | FERRO CORPORATION | 2 | 5060.000 | G |
| IND-052-873-015 | OWENS CORNING FIBERGLASS | 2 | 3700.000 | G |
| IND-055-148-217 | MATLACK/BRITE SOL | 1 | 1100.000 | G |
| IND-057-389-405 | COCA-COLA FOODS DIVISION | 4 | 8360.000 | G |
| IND-058-958-125 | POTLATCH CORPORATION | 3 | 6300.000 | P |
| IND-059-562-694 | ASHLAND PETROLEUM COMPANY | 1 | 3200.000 | G |
| IND-064-400-054 | THERMARK | 3 | 10670.000 | G |
| IND-064-709-702 | POLLUTION CONTROL SYSTEMS, INC. | | 28.000 | G |
| IND-064-709-702 | POLLUTION CONTROL SYSTEMS, INC. | 1 | 440.000 | P |
| IND-069-763-605 | ESSEX GROUP, INC. | 3 | 2750.000 | G |
| IND-070-814-025 | HAMILTON GLASS PRODUCTS, INC. | 1 | 1045.000 | G |
| IND-070-814-025 | HAMILTON GLASS PRODUCTS, INC. | 1 | 940.000 | P |
| IND-072-075-294 | AMOCO OIL COMPANY | 1 | 605.000 | G |
| IND-074-086-075 | TRI-CITY TANK WASH | 1 | 250.000 | G |
| IND-075-960-864 | CTS METAL PRODUCTS | 2 | 605.000 | G |
| IND-077-866-614 | ITAPCO | 3 | 7770.000 | G |
| IND-078-904-117 | MODINE MANUFACTURING COMPANY | 1 | 330.000 | G |
| IND-078-904-729 | PHELPS DODGE MAGNET WIRE COMPANY | 10 | 39600.000 | G |
| IND-082-864-794 | NOLL PRINTING COMPANY | 3 | 8692.000 | P |
| IND-084-271-220 | HANSEN MANUFACTURING COMPANY | 4 | 10275.000 | P |
| IND-085-616-928 | IVY HILL CORPORATION | 2 | 40.000 | Y |

DATE  2/27/90

L W D, INC.

PAGE 6

CONFIDENTIAL

HAZARDOUS WASTE FACILITY ANNUAL REPORT
SUMMARY OF GENERATORS SENDING WASTE

| GENERATOR'S EPA ID NUMBER | GENERATOR'S NAME | TOTAL NUMBER OF MANIFESTED SHIPMENTS RECEIVED FROM GENERATOR | TOTAL QUANTITY OF WASTE RECEIVED FROM GENERATOR | UNIT OF VOLUME |
|---|---|---|---|---|
| IND-005-161-377 | RIEKE CORPORATION | 6 | 3575,000 | G |
| IND-005-178-355 | VALSPAR CORPORATION | 4 | 4675,000 | G |
| IND-005-213-715 | STEWART WARNER CORPORATION | 2 | 5700,000 | G |
| IND-005-213-715 | STEWART WARNER CORPORATION | 2 | 5400,000 | P |
| IND-005-382-569 | JOHNSON CONTROLS, INC | 1 | 1800,000 | P |
| IND-005-422-084 | GENERAL ELECTRIC CO | 1 | 13950,000 | G |
| IND-005-448-741 | GENERAL ELECTRIC COMPANY | 2 | 220,000 | P |
| IND-005-477-658 | WHEEL HORSE PRODUCTS,INC. | 1 | 2000,000 | G |
| IND-005-478-094 | ALUMINUM COMPANY OF AMERICA | 2 | 69100,000 | G |
| IND-006-039-010 | GARDNER BOX COMPANY, INC | 1 | 550,000 | G |
| IND-006-061-477 | RAYBESTOS PRODUCTS COMPANY | 6 | 4315,000 | G |
| IND-006-061-477 | RAYBESTOS PRODUCTS COMPANY | 1 | 2800,000 | P |
| IND-006-062-582 | WESTINGHOUSE ELECTRIC COMPANY | 7 | 45590,000 | P |
| IND-006-373-518 | HAAS CABINET CO., INC. | 1 | 6101,000 | P |
| IND-006-376-362 | GENERAL ELECTRIC COMPANY | 13 | 46758,000 | G |
| IND-006-376-362 | GENERAL ELECTRIC COMPANY | 14 | 453000,000 | P |
| IND-006-377-006 | PILLSBURY COMPANY | 1 | 100,000 | G |
| IND-006-392-773 | GENERAL ELECTRIC COMPANY | 3 | 1375,000 | G |
| IND-006-414-017 | AMERICAN DOOR CORPORATION | 1 | 14687,000 | P |

DATE 2/24/89

L W D, INC.

PAGE 8

HAZARDOUS WASTE FACILITY ANNUAL REPORT
SUMMARY OF GENERATORS SENDING WASTE

| GENERATOR'S EPA ID NUMBER | GENERATOR'S NAME | TOTAL NUMBER OF MANIFESTED SHIPMENTS RECEIVED FROM GENERATOR | TOTAL QUANTITY OF WASTE RECEIVED FROM GENERATOR | UNIT OF VOLUME |
|---|---|---|---|---|
| IND-005-106-984 | DIVERSITECH GENERAL | 2 | 1320.000 | G |
| IND-005-159-603 | DIVERSITECH GENERAL | 1 | 3685.000 | G |
| IND-005-161-377 | RIEKE CORPORATION | 5 | 2915.000 | G |
| IND-005-178-355 | VALSPAR CORPORATION | 3 | 4675.000 | P |
| IND-005-421-623 | MCCORD HEAT TRANSFER CORPORATION | 2 | 29000.000 | P |
| IND-005-422-084 | GENERAL ELECTRIC CO | 1 | 6400.000 | G |
| IND-005-448-683 | GENERAL ELECTRIC COMPANY | 3 | 16000.000 | G |
| IND-005-449-525 | AMERICAN CAN COMPANY | 1 | 5295.000 | G |
| IND-006-062-582 | WESTINGHOUSE ELECTRIC COMPANY | 1 | 495.000 | G |
| IND-006-062-582 | WESTINGHOUSE ELECTRIC COMPANY | 5 | 31172.000 | P |
| IND-006-373-518 | HAAS CABINET CO., INC. | 1 | 3651.000 | P |
| IND-006-373-963 | CARMAN INDUSTRIES, INC | 1 | 490.000 | G |
| IND-006-376-362 | GENERAL ELECTRIC COMPANY | 22 | 103825.000 | G |
| IND-006-376-362 | GENERAL ELECTRIC COMPANY | 17 | 572480.000 | P |
| IND-006-377-006 | PILLSBURY COMPANY | 2 | 110.000 | G |
| IND-006-386-866 | AMERICAN CAN COMPANY | 3 | 18400.000 | P |
| IND-006-392-773 | GENERAL ELECTRIC COMPANY | 5 | 10945.000 | G |
| IND-006-414-817 | OVERHEAD DOOR CORPORATION | 1 | 9302.000 | P |
| IND-006-418-008 | CARPENTER BODY WORKS | 3 | 2565.000 | G |

DATE 12/10/87                          L W D, INC.                          PAGE    9

HAZARDOUS WASTE FACILITY ANNUAL REPORT
SUMMARY OF GENERATORS SENDING WASTE

| GENERATOR'S EPA ID NUMBER | GENERATOR'S NAME | TOTAL NUMBER OF MANIFESTED SHIPMENTS RECEIVED FROM GENERATOR | TOTAL QUANTITY OF WASTE RECEIVED FROM GENERATOR | UNIT OF VOLUME |
|---|---|---|---|---|
| ILT-180-013-807 | NATIONAL DETROIT | 1 | 1450.000 | G |
| ILT-180-013-831 | PERFECT PLASTIC PRINTING | 2 | 770.000 | G |
| ILT-180-013-880 | DEL MONTE CORPORATION | 6 | 23785.000 | G |
| ILT-180-013-948 | ADM | 1 | 400.000 | G |
| ILT-180-014-870 | BEMA FILM SYSTEMS | 1 | 330.000 | G |
| IL3-210-090-004 | U.S. ARMY CONSTRUCTION ENG. | 1 | 230.000 | G |
| IL4-360-010-371 | VETERANS ADMINISTRATION MEDICAL CENTER | 3 | 1015.000 | G |
| IL7-680-090-001 | U.S.E.P.A. | 3 | 550.000 | G |
| IND-000-608-513 | ANAMAG | 6 | 6985.000 | G |
| IND-000-685-537 | AMES INSTRUMENT MANUFACTURING | 1 | 110.000 | G |
| IND-000-715-326 | MOBIL OIL CORPORATION | 1 | 2500.000 | G |
| IND-000-803-726 | GENERAL ELECTRIC COMPANY | 4 | 11590.000 | G |
| IND-000-803-908 | UNITED TECHNOLOGIES, ESSEX GROUP, INC. | 3 | 126000.000 | P |
| IND-000-806-851 | DELCO ELECTRONICS CORPORATION | 1 | 3776.000 | G |
| IND-000-806-851 | DELCO ELECTRONICS CORPORATION | 1 | 6559.000 | P |
| IND-000-807-016 | MILES LABORATORIES, INC. - AMES DIVISION | 1 | 110.000 | G |
| IND-000-807-099 | NORTHERN INDIANA PUBLIC SERVICE CO | 1 | 220.000 | G |
| IND-000-816-157 | WHITE FARM EQUIPMENT | 7 | 30550.000 | G |
| IND-002-971-307 | LAPORTE HERALD-ARGUS | 2 | 385.000 | G |
| IND-004-320-032 | REA MAGNET WIRE CO., INC. | 4 | 20365.000 | G |
| IND-004-320-032 | REA MAGNET WIRE CO., INC. | 7 | 228069.000 | P |
| IND-005-068-705 | MILES LABORATORIES | 2 | 660.000 | G |
| IND-005-159-603 | DIVERSITECH GENERAL, INC. | 4 | 9120.000 | G |
| IND-005-161-377 | RIEKE CORPORATION | 2 | 1430.000 | G |
| IND-005-178-355 | VALSPAR CORPORATION | 2 | 5060.000 | G |
| IND-005-421-623 | MCCORD HEAT TRANSFER CORPORATION | 1 | 24000.000 | P |
| IND-005-449-525 | AMERICAN CAN CO. | 14 | 57211.000 | G |
| IND-005-449-830 | UNIROYAL PLASTIC COMPANY, INC. | 2 | 7000.000 | G |
| IND-005-461-553 | RICHMOND LOX EQUIPMENT CO. | 1 | 500.000 | G |
| IND-005-478-219 | REA MAGNET WIRE CO., INC. | 2 | 16300.000 | P |
| IND-006-040-117 | LILLY INDUSTRIAL COATINGS INC. | 2 | 48040.000 | P |
| IND-006-059-075 | PFIZER, INC. | 3 | 220.000 | G |
| IND-006-062-592 | WESTINGHOUSE ELECTRIC CORPORATION | 5 | 1755.000 | G |
| IND-006-366-819 | ALCOA WARRICK OPERATIONS | 2 | 6700.000 | G |
| IND-006-371-330 | JEFFBOAT, INC. | 3 | 2560.000 | G |
| IND-006-371-330 | JEFFBOAT, INC. | 1 | 7650.000 | P |
| IND-006-371-355 | CLOROX COMPANY/PLUTO CORPORATION | 1 | 5040.000 | P |
| IND-006-373-518 | HAAS CABINET CO., INC. | 1 | 3389.000 | P |
| IND-006-375-885 | CRADDOCK FINISHING CORPORATION | 6 | 151600.000 | P |
| IND-006-376-362 | GENERAL ELECTRIC CO. | 19 | 61951.000 | G |
| IND-006-376-362 | GENERAL ELECTRIC CO. | 10 | 217640.000 | P |
| IND-006-386-866 | AMERICAN CAN COMPANY | 1 | 18000.000 | P |
| IND-006-392-773 | GENERAL ELECTRIC CO. | 5 | 8360.000 | G |
| IND-006-418-008 | CARPENTER BODY WORKS | 2 | 2585.000 | G |
| IND-006-418-008 | CARPENTER BODY WORKS | 2 | 18540.000 | P |
| IND-006-418-271 | DIVERSITECH GENERAL | 2 | 5360.000 | G |



L W D, INC.

HAZARDOUS WASTES RECEIVED SUMMARY

PAGE 146

DATE 2/03/86

| EPA ID NUMBER | NAME | TOTAL NUMBER OF MANIFESTS | VOLUME QUANTITY | TYPE | CONTAINER NUMBER | UNIT |
|---|---|---|---|---|---|---|
| KYD098438817 | LWD, INC. | 2 | 790.000 | G | 15 | DM |
| | WISCONSIN INC | | | | | 6556 |
| | NORTH AVENUE | | | | | |
| | MILWAUKEE, WI 33212 | | | | | |
| | GENERATOR EPA ID: WID781000896 | | | | | |
| WID779572286 | CBG AQUASEARCH | 1 | 110.000 | G | 2 | DM |
| | GENERATOR EPA ID: ILD00111890? | | | | | |
| | WYMAN GORDON | | | | | 6556 |
| | 14600 SOUTH ASHLAND AVENUE | | | | | |
| | HARVEY, IL 60426 | | | | | |
| | GENERATOR EPA ID: ILD00111890? | | | | | |
| ILD069505160 | MR. FRANK, INC. | 1 | 275.000 | G | 5 | DM |
| | XONICS | | | | | 6751 |
| | 215 E. TOUHY | | | | | |
| | DES PLAINES, IL 60016 | | | | | |
| | GENERATOR EPA ID: ILD098002425 | | | | | |
| ILD000910549? | SET LIQUID WASTE SYSTEMS, | 1 | 180.000 | G | 4 | DM |
| | XERXES CORPORATION | | | | | 6752 |
| | ACCOUNTS PAYABLE | | | | | |
| | 351 NORTH VIRGINIA AVENUE | | | | | |
| | PENNS GROVE, NJ 08069 | | | | | |
| | GENERATOR EPA ID: NJD011037496 | | | | | |
| NJD000692006? | ENVIRONMENTAL TRANSPORT B | 1 | 12000.000 | P | 24 | BM |

TRADE SECRET
PROPRIETARY

**HAZARDOUS WASTE INFORMATION SUMMARY (CONTINUED)**

PAGE 80 81

KYD08438817
KYD08438874

EPA ID NUMBER:

INSTALLATION NAME: L. W. D., Inc.

[CONFIDENTIAL]

| LINE NUMBER | DESCRIPTION OF WASTE | EPA WASTE NUMBER | DOT HAZARD CLASS | PHYSICAL STATE | AMOUNT OF WASTE | UNIT OF MEASURE | DISPOSITION CODE | TRANSFER CODE | HANDLING METHOD |
|---|---|---|---|---|---|---|---|---|---|
| 594 | Calcium Chloride-Waste Solvent, NOS, Flammable Liquid, NA1993 | D001 | FL | L | 3,300 | G | ILXT | ILD005132188 | T06 T07 |
| 595 | Hazardous Waste Liquid, NOS, ORM-E, NA9189; Hazardous Waste Liquid, NOS, ORM-E, NA1991; Methylene Chloride, ORMA, UN1593 | U228 D007 U228 U080 | FL | L | 1,980 | G | ILXT | ILD006114169 | T06 T07 |
| 596 | Waste Oils, NOS, NA1270 | N/A | FL | L | 39,330 | P | INXT | IND006062467 | T06 T07 |
| 597 | Hazardous Waste, Solid, NOS, ORM-E, NA9189; Waste Flammable Liquid, NOS, Flammable Liquid, NA1993 | D008 D001 | FS FL | S L | 2,255 | G | MOXT | MOD079777157 | T06 T07 |
| 598 | Waste Flammable Liquid, NOS, UN1993 | D001 | FL | L | 2,475 | G | MIXT | MIT270012925 | T06 T07 |
| 599 | Waste Flammable Liquid, NOS, UN1993 | D001 | FL | L | 220 | G | MIXT | MID980425988 | T06 T07 |
| 600 | Waste Flammable Liquid, NOS, UN1993 | D001 | FL | L | 165 | G | MIXT | MID006029805 | T06 T07 |
| 601 | Waste Flammable Liquid, NOS, UN1993 | D001 | FL | L | 55 | G | MIXT | MID006015069 | T06 T07 |
| 602 | Flammable Liquid, NOS, UN1993 | D001 | FL | L | 330 | G | MIXT | MID042491746 | T06 T07 |

DWM-2   2/81



DATE 2/03/86

L W D, INC.

HAZARDOUS WASTES RECEIVED SUMMARY

FROM 1/01/85 TO 12/31/85                PAGE 140

| EPA ID NUMBER | TRANSPORTER NAME | TOTAL NUMBER OF MANIFESTS | QUANTITY | VOLUME UNIT | CONTAINER TYPE | NUMBER |
|---|---|---|---|---|---|---|
| ILD000810547 | SET LIQUID WASTE | | 1848.710 | G | 221 | DM | 6510 |
| | 1717 HEIL QUAKER BOULEVARD | | | | | | |
| | LAVERGNE, TN | 37086 | | | | | |
| GENERATOR EPA ID: MID051572507 | | | | | | | |
| IND0802539719 | ENVIRONMENTAL RESPONSE, | 1 | 6000.000 | G | 12 | DM | 6512 |
| | TRIBUNE PUBLISHING COMPANY | | | | | | |
| | 1220 MOUND AVENUE | | | | | | |
| | RACINE, WI | 53404 | | | | | |
| GENERATOR EPA ID: WID006094619 | | | | | | | |
| ILD059506150 | MR. FRANK, INC. | 1 | 19320.000 | P | 1 | TT | 6514 |
| | WESTINGHOUSE ELECTRIC COMPANY | | | | | | |
| | 1945 CRAIG ROAD | | | | | | |
| | ST. LOUIS, MO | 631.46 | | | | | |
| GENERATOR EPA ID: MOD092777157 | | | | | | | |
| ILD088133861 | LWD, INC. | 1 | 100.000 | G | 2 | DM | 6515 |
| | WESTERN CORPORATION | | | | | | |
| | MR. DENNIS DEUKSER | | | | | | |
| | 1148 WEST WESTERN AVENUE | | | | | | |
| | MUSKEGON, MI | 49443 | | | | | |
| GENERATOR EPA ID: MID056015804 | | | | | | | |
| MID059695452 | A-1 | 1 | 2500.000 | G | 1 | TT | 6516 |
| | WHITE GRAPHICS SYSTEMS | | | | | | |
| | 23326 SHELBY ROAD | | | | | | |
| | SHELBY, IN | 46377 | | | | | |
| GENERATOR EPA ID: IND057585353 | | | | | | | |
| ILD064750.5160 | MR. FRANK, INC. | 1 | 550.000 | G | 10 | DM | 6517 |
| | IFDO - WHITEMAN AFB | | | | | | |

DATE  2/24/89                          L W D, INC.                          PAGE    16

HAZARDOUS WASTE FACILITY ANNUAL REPORT
SUMMARY OF GENERATORS SENDING WASTE

| GENERATOR'S EPA ID NUMBER | GENERATOR'S NAME | TOTAL NUMBER OF MANIFESTED SHIPMENTS RECEIVED FROM GENERATOR | TOTAL QUANTITY OF WASTE RECEIVED FROM GENERATOR | UNIT OF VOLUME |
|---|---|---|---|---|
| MND-006-192-554 | HART PRESS INC. | 4 | 1210.000 | G |
| MND-006-193-643 | ONAN POWER ELECTRONICS | 1 | 4172.000 | P |
| MND-006-963-508 | NORTHWEST AIRLINES | 2 | 2585.000 | G |
| MND-049-527-575 | UNOCAL - ST. PAUL TERMINAL | 2 | 2750.000 | G |
| MND-050-736-453 | VALSPAR CORPORATION | 1 | 1970.000 | G |
| MND-053-417-515 | ONAN CORPORATION | 12 | 300010.000 | P |
| MND-059-679-506 | AMERICAN CAN PACKAGING, INC. | 3 | 2640.000 | G |
| MND-061-457-149 | STREATER, INDUSTRIES | 3 | 45350.000 | P |
| MND-085-361-541 | E M CORPORATION | 1 | 495.000 | G |
| MND-096-488-986 | FAIRMONT RAILWAY MOTORS | 2 | 6905.000 | P |
| MND-118-755-693 | WASECA INK CO | 1 | 220.000 | G |
| MOD-000-302-281 | RALSTON PURINA COMPANY | 5 | 1925.000 | G |
| MOD-000-668-970 | MARATHON ELECTRIC MFG. CORPORATION | 2 | 3080.000 | G |
| MOD-000-668-970 | MARATHON ELECTRIC MFG. CORPORATION | 3 | 24894.000 | P |
| MOD-000-687-475 | GARDNER DENVER COMPRESSORS | 1 | 330.000 | G |
| MOD-000-818-906 | MCDONNELL DOUGLAS CORPORATION | 7 | 119449.000 | P |
| MOD-000-818-914 | MCDONNELL DOUGLAS ISG | 3 | 2667.000 | P |
| MOD-000-818-963 | MCDONNELL DOUGLAS CORPORATION | | 7497.000 | G |
| MOD-000-818-963 | MCDONNELL DOUGLAS CORPORATION | 35 | 607530.000 | P |
| MOD-000-922-619 | BARRY WEHMILLER | 1 | 483.000 | G |
| MOD-003-939-907 | CONTAINER PRODUCTS INC. | 1 | 10400.000 | P |
| MOD-006-264-881 | KISCO CO., INC. | 3 | 12540.000 | G |
| MOD-006-287-775 | CAMIE CAMPBELL, INC | 1 | 100.000 | G |
| MOD-006-288-799 | ANHEUSER BUSCH, INC. | 10 | 935.000 | G |
| MOD-006-295-646 | QUAKER STATE CORPORATION | 5 | 22020.000 | G |
| MOD-006-300-172 | AMERICAN CAN COMPANY | | 5665.000 | G |
| MOD-006-300-172 | AMERICAN CAN COMPANY | 3 | 38115.000 | P |
| MOD-006-324-099 | PETROLITE CORPORATION | 32 | 1113858.000 | P |
| MOD-006-502-769 | INTERNATIONAL HAT COMPANY | 4 | 1100.000 | G |
| MOD-007-119-712 | CLARK PRINTING CO | 2 | 330.000 | G |
| MOD-007-129-935 | INTERNATIONAL PAPER | 2 | 57020.000 | P |
| MOD-007-139-363 | SILGAN CONTAINERS | | 8200.000 | G |
| MOD-007-139-363 | SILGAN CONTAINERS | 1 | 17440.000 | P |
| MOD-031-102-023 | SUPERIOR EQUIPMENT CO., INC. | 5 | 825.000 | G |
| MOD-031-102-023 | SUPERIOR EQUIPMENT CO., INC. | | 400.000 | P |
| MOD-031-106-677 | UNITED PETROLEUM SERVICE, INC. | 11 | 1675.000 | G |
| MOD-039-137-542 | VITEK SYSTEMS, INC. | 1 | 70.000 | G |
| MOD-043-942-291 | MODINE MANUFACTURING COMPANY | 1 | 3110.000 | P |
| MOD-045-073-418 | CHRYSLER MOTORS | 7 | 11990.000 | G |
| MOD-066-919-275 | POTLATCH CORPORATION | 3 | 880.000 | G |
| MOD-068-527-704 | CHEMSICO, INC | 3 | 12450.000 | G |
| MOD-068-559-525 | SHELL OIL COMPANY | 2 | 6000.000 | G |
| MOD-071-965-628 | WATERLAC CORPORATION | 1 | 165.000 | G |
| MOD-071-987-416 | SABRELINER CORPORATION | 4 | 6381.000 | G |
| MOD-073-750-143 | VENTURE STORES INC. | 2 | 1710.000 | G |
| MOD-079-777-157 | WESTINGHOUSE ELECTRIC COMPANY | 2 | 650.000 | G |

# CONFIDENTIAL

**TRADE SECRET PROPRIETARY**

TRADE SECRET PROPRIETARY

CONFIDENTIAL

INSTALLATION NAME: L. W. D., Inc.

HAZARDOUS WASTE INFORMATION SUMMARY (CONTINUED)

EPA ID NUMBER: KYD-088438817  KYD-088438874

PAGE 3 of 15

| LINE NUMBER | DESCRIPTION OF WASTE | EPA WASTE NUMBER | DOT HAZARD CLASS | PHYSICAL STATE | AMOUNT OF WASTE | UNIT OF MEASURE | DISPOSITION CODE | TRANSFER CODE | HANDLING METHOD |
|---|---|---|---|---|---|---|---|---|---|
| 014 | Waste Ethylene Dichloride; Flammable liquid UN1184; Waste Flammable Liquid NOS Fl. UN1993; Waste Combustible Liquid NOS FL NA1993; Waste Flammable Liquid NOS FL UN1993; Hazardous Waste Liquid NOS UN-E NA9189 | D001 / D001 / D001 / D005 / D001 / U007 | CL / Fl | L | 14,862 | P | KYXT | KYD-006371314 | T06 / T07 |
| 015 | NOT Electrogenerated Solvent | F003 | FL | L | 710 | G | KYXT | Sm. Generator | T06 / T07 |
| 016 | Waste Solvent NOS Flammable ORM-E | D001 | FL | L | 1,045 | G | MOXT | MOD-006282347 | T06 / T07 |
| 017 | Waste Resins Flammable UN1866 | D001 | Fl | L | 30,161 | G | LLXT | LLD-005083316 | T06 / T07 |
| 018 | Waste Resin Solution; Resin Solution Flammable Liquid; PO Xylene & Toluene | D001 / F003 / F005 | Fl | L | 737,527 | P | KYXT | KYD-000605568 | T06 / T07 |
| 019 | Waste Polyacrylamide Liquid; Waste Sodium Laurel Sulfate; Waste Guar Gel Water and Tergitol; Waste Corrosive Liquid NOS UN1760; Waste Combustible Liquid NOS NA1993; Waste Flammable Liquid NOS UN1993; Waste Corrosive Liquid UN2924 | U008 / D001 / D001 / D001 / D002 | CM / Fl | L | 27,450 | P | KYXT | KYD-046657896 | T06 / T07 |
| 020 | Flammable Liquid NOS Ethyl | D001 | | | | | | | T06 / T07 |

TI E SECRET
PROPRIETARY

PRI RIETARY
TRADE SECRET

CONFIDENTIAL

HAZARDOUS WASTE INFORMATION SUMMARY (CONTINUED)

INSTALLATION NAME:   L. W. D  Inc.

EPA ID NUMBER: KYD-088438817 / KYD-088438874

PAGE  15     24

| LINE NUMBER | DESCRIPTION OF WASTE | EPA WASTE NUMBER | DOT HAZARD CLASS | STATE PHYSICAL | AMOUNT OF WASTE | UNIT OF MEASURE | DISPOSITION CODE | TRANSFER CODE | HANDLING METHOD |
|---|---|---|---|---|---|---|---|---|---|
| 109 | Waste Varnish Remover UN 1993 | F002 F004 F005 D001 | FL | L | 8,800 | P | ILXT | ILD005215769 | T06 T07 |
| 110 | Waste Compound, Paint Thinners, Flammable Liquid | F003 D008 | FL | L | 275 | G | MOXT | MOD068851550 | T06 T07 |
| 111 | Combustible Liquid Cutting Oil/Coolant (Oil NOS) NA 1270 | D008 | CL | L | 19,170 | P | ILXT | ILD051078750 | T06 T07 |
| 112 | Agitene (Mineral Spirits) | | FL | L | 1,405 | P | ILXT | ILD051078750 | T06 T07 |
| 113 | Resin Flux UN 1866, Liquid | | FL | L | 4,675 | P | ILXT | ILD051078750 | T06 T07 |
| 114 | Alcohol, NOS, Flammable LIquid UN 1967 | | FL | L | 255 | P | ILXT | ILD051028750 | T06 T07 |
| 115 | Waste, Flammable Liquid UN 1993 (HYpalon) Waste, FL, UN 1993 (Adhesive) | D007 | FL | L | 7,492 | P | MNXT | MND062838874 | T06 T07 |
| 116 | Hazardous Waste, Liquid NOS Not Classified NA 9189 | D001 | FL | L | 165 | G | KYXT | KYD074708462 | T06 T07 |
| 117 | Flammable Liquid NOS UN 1993 | | FL | L | 46,740 | P | INXT | IND006058556 | T06 T07 |

DWM-2   2/81

TRADE SECRET
PROPRIETARY

CONFIDENTIAL

HAZARDOUS WASTE INFORMATION SUMMARY (CONTINUED)

INSTALLATION NAME: L. W. D., Inc.

PAGE 24 OF 24

KYD-088438817
KYD-088438874

EPA ID NUMBER:

| LINE NUMBER | DESCRIPTION OF WASTE | EPA WASTE NUMBER | DOT HAZARD CLASS | PHYSICAL STATE | AMOUNT OF WASTE | UNIT OF MEASURE | DISPOSITION CODE | TRANSFER CODE | HANDLING METHOD |
|---|---|---|---|---|---|---|---|---|---|
| 187 | Flammable Liquid, NOS, UN 1993 | D001 | FL | L | 1,200 | P | KYYT | KYD000225656 | T06 T07 |
| | Hazardous Waste, Solid, NOS, ORM-E NA 9189 | F018 F017 F003 | | S | | | | | |
| | Waste Solvent, NOS, FL, NA 1993 | U152 | FL | L | 1,980 | G | MOXT | MOD079777157 | T06 T07 |
| | Methacrylonitrile, Flammable Liquid UN 1093, RQ 100 (45.4) | | FL | L | 1,523 | P | MAXT | MAD079217196 | T06 T07 |
| | Mixture 30% Methylene Chloride, NOS ORM-A, UN 1593 | F002 | | | | | | | |
| | Mixture-Paint & Water NOS (Non-Hazardous) | | FL | L | 1,500 | P | KYXT | KYD062987748 | T06 T07 |

CONFIDENTIAL

DWM-2   2/81

CONFIDENTIAL

TRADE SECRET PROPRIETARY

**HAZARDOUS WASTE INFORMATION SUMMARY (CONTINUED)**

LOCATION NAME: L. W. D., Inc.

EPA ID NUMBER: KYD-088438817  KYD-088438874

PAGE 22 OF ____

| NUMBER | DESCRIPTION OF WASTE | EPA WASTE NUMBER | DOT HAZARD CLASS | PHYSICAL STATE | AMOUNT OF WASTE | UNIT OF MEASURE | DISPOSITION CODE | TRANSFER CODE | HANDLING METHOD |
|---|---|---|---|---|---|---|---|---|---|
| 70 | Hazardous Waste, Liquid, NOS (Methyl Alcohol Mixture) | F003 | FL | L | 47,990 | P | INXT | IND079586095 | T06 T07 |
|  | Hazardous Waste, Liquid, NOS (Methyl Alcohol Mixture) NA 9189 0 - 10% Methyl Alcohol ORM-E | F003 | FL | L | 2,500 | G | INXT | IND000781682 | T06 T07 |
|  | Hazardous Waste, Liquid, NOS ORM-E, NA 9189 | D004 | FL | L | 4,000 | G | INXT | IND000781682 | T06 T07 |
| 173 | Waste, Arsenical Mixture, Liquid, NOS (Water-Ethylene Glycol Mixture Containing 250 PPM Arsenic) Poison B, UN 1556 |  | PB | L | 311,740 | P | TNXT | TND980727804 | T06 T07 |
|  | Waste, Arsenical Mixture, Liquid, NOS (Water-Ethylene Glycol Mixture Containing 250 PPM Arsenic) Poison B, UN 1556 | D004 | PB | L | 10,400 | G | TNXT | TND980727804 | T06 T07 |
| 125 | Solvent, NOS, NA 1993 | D001 | FL | L | 32,020 | P | KYXT | KYD006373484 | T06 T07 |
| 176 | Solvent, NOS, NA 1993 | D001 | FL | L | 550 | G | KYXT | KYD006373484 | T06 T07 |
| 177 | Flammable Liquid, NOS UN 1993 Waste Coating Solution, FL, UN 1139 Waste Ethyl Acrylate, FL, UN 1917 Waste Combustible Liquid, NOS CM NA1993 | D001 D001 D001 D001 | FL CM | L | 3,410 | G | KYXT | KYD068328848 | T06 T07 |
| 178 | Mo. Waste ID # 002 Waste Flammable Liquid, NOS | D001 | FL | L | 6,600 | G | MOXT | MOD006324099 | T06 T07 |

DWM-2  2/81

TRADE SECRET
PROPRIETARY

HAZARDOUS WASTE INFORMATION SUMMARY (CONTINUED)

PAGE 21 of 81

EPA ID NUMBER: KYD088438817
KYD088438874

INSTALLATION NAME: L. W. D., Inc.

| LINE NUMBER | DESCRIPTION OF WASTE | EPA WASTE NUMBER | DOT HAZARD CLASS | PHYSICAL STATE | AMOUNT OF WASTE | UNIT OF MEASURE | DISPOSITION CODE | TRANSFER CODE | HANDLING METHOD |
|---|---|---|---|---|---|---|---|---|---|
| 158 | Waste Isopropyl Alcohol Solution, NOS NA 1120, Flammable Liquid; Waste Acetone Solution, Flammable Liquid, DOT ID # UN 1090; Hazardous Waste Liquid, NOS Waste Chloroform Solution | D001 F003 D002 U044 | FL | L | 16,300 | P | KYXT | KYD053350229 | T06 T07 |
| 159 | Hazardous Waste, Solid, NOS, ORM-E NA 9189 Waste Solvent, NOS, Flammable Liquid NA 1993 | D008 F003 | FS FL | S L | 4,785 | G | MOXT | MOD079777157 | T06 T07 |

DATE 12/10/87                          L W B, INC.                          PAGE    18

HAZARDOUS WASTE FACILITY ANNUAL REPORT
SUMMARY OF GENERATORS SENDING WASTE

| GENERATOR'S EPA ID NUMBER | GENERATOR'S NAME | TOTAL NUMBER OF MANIFESTED SHIPMENTS RECEIVED FROM GENERATOR | TOTAL QUANTITY OF WASTE RECEIVED FROM GENERATOR | UNIT OF VOLUME |
|---|---|---|---|---|
| MOD-007-139-363 | CARNATION COMPANY - CAN DIVISION | 3 | 5480.000 | P |
| MOD-027-241-363 | EAGLE SNACK, INC. | 1 | 30.000 | G |
| MOD-031-102-023 | SUPERIOR EQUIPMENT CO., INC. | 8 | 2665.000 | S |
| MOD-031-106-677 | UNITED PETROLEUM SERVICE | 5 | 1320.000 | G |
| MOD-031-106-677 | UNITED PETROLEUM SERVICE | 1 | 1460.000 | P |
| MOD-037-358-636 | NATIONAL VENDORS | 7 | 23890.000 | G |
| MOD-043-935-048 | TRANS WORLD AIRLINES, INC. | 5 | 15090.000 | G |
| MOD-050-232-990 | MERAMAC INDUSTRIES | 1 | 220.000 | G |
| MOD-066-919-275 | POTLATCH CORPORATION | 4 | 1320.000 | G |
| MOD-070-343-538 | GIDEON-ANDERSON CORPORATION | 1 | 2530.000 | G |
| MOD-071-965-628 | WATERLAC CORPORATION | 3 | 495.000 | G |
| MOD-071-987-416 | SABRELINER CORPORATION | 6 | 6325.000 | G |
| MOD-079-777-157 | WESTINGHOUSE ELECTRIC CORP. | 3 | 900.000 | G |
| MOD-079-888-749 | MIDCO PRODUCTS CO., INC. | 1 | 1815.000 | G |
| MOD-086-827-359 | GREAT LAKES CONTAINER CORPORATION | 1 | 4500.000 | C |
| MOD-088-713-383 | MOBIL OIL CORPORATION | 1 | 50.000 | G |
| MOD-096-728-688 | AMERICAN CAN COMPANY | 1 | 3520.000 | G |
| MOD-107-000-366 | ST. LOUIS UNIVERSITY MEDICAL CENTER | 1 | 110.000 | G |
| MOD-131-575-057 | BIG IRONS, INC. | 1 | 1650.000 | G |
| MOD-222-189-380 | NORCLIFF-THAYER | 1 | 55.000 | G |
| MOD-980-964-753 | ENGINEERED AIR SYSTEMS, INC | 3 | 1815.000 | G |
| MOD-980-967-244 | RAWLINGS CONSTRUCTION COMPANY | 1 | 275.000 | G |
| MOD-981-506-272 | GRIMCO SIGNS INC. | 1 | 1980.000 | G |
| MOP-000-000-082 | GRIMCO SIGNS INC. | 1 | 1000.000 | G |
| MOP-000-000-153 | NORTH KANSAS CITY DEVELOPMENT | 1 | 2860.000 | G |
| MOP-000-000-160 | JOHNSON CONTROLS | 1 | 385.000 | G |
| MOT-300-010-022 | ACF INDUSTRIES - SHIPPERS CAR LINE | 1 | 19500.000 | P |
| MSD-043-133-875 | TEXAS GAS TRANSMISSION CORPORATION | 2 | 1100.000 | G |
| MSD-920-730-105 | TEXAS GAS TRANSMISSION CORPORATION | 1 | 1700.000 | G |
| MSD-980-728-067 | TEXAS GAS TRANSMISSION CORPORATION | 1 | 3000.000 | G |
| MSD-980-729-206 | THERMOS | 1 | 1870.000 | G |
| MS6-210-020-560 | MASON CHAMBERLAIN, INC. | 2 | 51720.000 | P |
| MTT-310-010-087 | BURLINGTON NORTHERN | 2 | 3360.000 | G |
| NCD-030-504-062 | DANIELS PACKAGING CO., INC. | 2 | 6710.000 | G |
| NCD-083-673-590 | BENDIX HVSD | 1 | 55.000 | G |
| NCD-086-871-282 | CALDWELL SYSTEMS, INC. | 14 | 63160.000 | G |
| NCD-086-871-282 | CALDWELL SYSTEMS, INC. | 2 | 62620.000 | P |
| NCD-480-846-703 | OMC RUTHERFORDTON | 7 | 27340.000 | G |
| NCD-991-277-724 | MITCHELL SYSTEMS, INC. | 1 | 5500.000 | G |
| NED-000-822-767 | BURLINGTON NORTHERN RAILROAD | 2 | 275.000 | G |
| NED-000-822-775 | BURLINGTON NORTHERN RAILROAD | 5 | 12205.000 | G |
| NED-007-263-353 | CONTINENTAL CAN COMPANY | 2 | 3795.000 | G |
| NED-034-782-029 | HASTINGS INDUSTRIES, INC. | 3 | 2970.000 | G |
| NED-035-036-201 | SPERRY NEW HOLLAND | 4 | 10175.000 | G |
| NED-044-101-442 | LOCKWOOD CORPORATION | 1 | 1320.000 | G |
| NED-082-724-071 | HILL AERO, INC. | 2 | 3575.000 | G |

CONFIDENTIAL

TRADE SECRET
PROPRIETARY

**HAZARDOUS WASTE INFORMATION SUMMARY (CONTINUED)**

INSTALLATION NAME: L. W. D., Inc.

EPA ID NUMBER:

PAGE 60

KYD088438817
KYD088438874

81

| LINE NUMBER | DESCRIPTION OF WASTE | EPA WASTE NUMBER | DOT HAZARD CLASS | PHYSICAL STATE | AMOUNT OF WASTE | UNIT OR MEASURE | DISPOSITION CODE | TRANSFER CODE | HANDLING METHOD |
|---|---|---|---|---|---|---|---|---|---|
| | Flammable Liquid Waste, N-propanol Solution, Still Bottoms, NA1120 | N/A | | | | | | | |
| 449 | Oxidizer, NOS, UN1479 | DOO3 | FL | L | 55 | G | MOXT | MOXT Sm. Generator | TO6 TO7 |
| 450 | Hazardous Waste Liquid, NOS, ORM-E, NA9189; Hazardous Waste Solid, NOS, ORM-E, NA9189 | U076 U228 DOO7 | FL FS | L S | 27,925 | G | ILXT | ILD006114151 | TO6 TO7 |
| 451 | Hazardous Waste Solid, NOS, ORM-E, NA9189; Hazardous Waste Liquid, NOS, ORM-E, NA9189; Epoxy Resin; Methylene Chloride, ORM-A, UN1593; Waste Solvent, Flammable Liquid, NA1993 | DOO7 DOO2 UO80 UO76 U220 U226 | FS FL | S L | 48,490 | G | ILXT | ILD006114169 | TO6 TO7 |
| 452 | Waste Flammable Liquid, NOS, Flammable Liquid, UN1993 | DOO1 | FL | L | 550 | G | MOXT | MOD079771157 | TO6 TO7 |
| 453 | Waste Resin Solution, Flammable Liquid, UN1866 | DOO1 | FL | L | 31,600 | P | NJXT | NJDO11037496 | TO6 TO7 |
| 454 | Flammable Liquid, NOS, Flammable Liquid UN1993 | DOO1 | FL | L | 4,620 | G | ILXT | ILD005130190 | TO6 TO7 |
| 455 | Waste Flammable Liquid, NOS, UN1993, RQ; Waste Combustible Liquid, NOI, NA1993 | DOO1 | FL CL | L | 38,880 | P | KYXT | KYD055831838 | TO6 TO7 |

DWM-2  2/81

DATE  7/25/88                                    L W D, INC.                                    PAGE      9

HAZARDOUS WASTE FACILITY ANNUAL REPORT
SUMMARY OF GENERATORS SENDING WASTE

| GENERATOR'S EPA ID NUMBER | GENERATOR'S NAME | TOTAL NUMBER OF MANIFESTED SHIPMENTS RECEIVED FROM GENERATOR | TOTAL QUANTITY OF WASTE RECEIVED FROM GENERATOR | UNIT OF VOLUME |
|---|---|---|---|---|
| ILT-180-010-733 | R. R. DONNELLEY & SONS COMPANY | 4 | 660,000 | G |
| ILT-180-010-324 | B. F. GOODRICH CHEMICAL GROUP | 6 | 2310,000 | G |
| ILT-180-010-365 | MID-AMERICA ENVIRONMENT SERVICES, INC. | 1 | 110,000 | G |
| ILT-180-010-704 | UNOCAL CHEMICALS DIVISION | 1 | 1320,000 | G |
| ILT-180-011-553 | NORTHWESTERN UNIVERSITY | 12 | 2152,000 | G |
| ILT-180-011-561 | E.O. ETNYRE & COMPANY | 2 | 660,000 | G |
| ILT-180-012-585 | H.B. CATTY | 2 | 2635,000 | G |
| ILT-180-012-684 | ROCKWELL-WESCOM, INC. | 1 | 275,000 | G |
| ILT-180-013-607 | NATIONAL DETROIT | 3 | 2470,000 | G |
| ILT-180-013-831 | PERFECT PLASTIC | 2 | 1210,000 | G |
| ILT-180-013-849 | DUROTECH INC. | 1 | 1320,000 | G |
| ILT-180-013-880 | DEL MONTE CORPORATION | 6 | 21120,000 | G |
| ILT-180-014-896 | ILLINOIS DEPT. OF TRANSPORTATION | 1 | 640,000 | G |
| ILT-680-090-001 | U.S.E.P.A. | 3 | 535,000 | G |
| INC-098-138-736 | DELTA FAUCET COMPANY | 1 | 155,000 | G |
| IND-000-608-513 | ANAMAG WIRE OPERATION | 2 | 2365,000 | G |
| IND-000-609-065 | SHELL OIL COMPANY | 3 | 13000,000 | G |
| IND-000-803-726 | GENERAL ELECTRIC COMPANY | 3 | 13570,000 | G |
| IND-000-803-890 | I.D.O.H - FORT WAYNE DISTRICT | 1 | 55,000 | G |
| IND-000-803-908 | ESSEX GROUP, INC. | 5 | 83000,000 | P |
| IND-000-806-851 | DELCO ELECTRONICS CORPORATION | 2 | 3350,000 | G |
| IND-000-806-851 | DELCO ELECTRONICS CORPORATION | 2 | 7455,000 | P |
| IND-000-816-157 | WHITE FARM EQUIPMENT | 2 | 1430,000 | G |
| IND-002-971-307 | LAPORTE HERALD-ARGUS | 2 | 495,000 | G |
| IND-004-320-032 | REA MAGNET WIRE CO., INC. | 6 | 30680,000 | G |
| IND-004-320-032 | REA MAGNET WIRE CO., INC. | 4 | 102875,000 | P |
| IND-005-068-705 | MILES LABORATORIES | 3 | 7165,000 | G |
| IND-005-068-952 | ESSEX GROUP, INC. | 5 | 89417,000 | P |
| IND-005-070-370 | TRIANGLE PACIFIC CORPORATION | 4 | 550,000 | G |
| IND-005-080-411 | INDIANA STAMP & SEAL COMPANY, INC. | 1 | 76,000 | G |
| IND-005-081-955 | GLOBE VALVE CORPORATION | 2 | 770,000 | G |
| IND-005-106-984 | DIVERSITECH GENERAL | 2 | 2035,000 | G |
| IND-005-146-972 | FRUEHAUF | 2 | 5995,000 | G |
| IND-005-159-603 | DIVERSITECH GENERAL | 4 | 6130,000 | G |
| IND-005-161-377 | RIEKE CORPORATION | 5 | 3410,000 | G |
| IND-005-178-355 | VALSPAR CORPORATION | 4 | 6160,000 | G |
| IND-005-225-610 | THE PAR-TEE CO., INC. | 3 | 3900,000 | G |
| IND-005-421-623 | MCCORD HEAT TRANSFER CORPORATION | 2 | 84000,000 | P |
| IND-005-445-143 | MODINE MANUFACTURING COMPANY | 1 | 2382,000 | P |
| IND-005-447-537 | SLATER STEELS CORPORATION | 1 | 50,000 | G |
| IND-005-448-683 | GENERAL ELECTRIC COMPANY | 3 | 3135,000 | G |
| IND-005-448-741 | GENERAL ELECTRIC COMPANY | 3 | 1870,000 | G |
| IND-005-449-523 | AMERICAN CAN COMPANY | 21 | 74439,000 | G |
| IND-006-059-075 | PFIZER, INC. | 1 | 110,000 | G |
| IND-006-062-582 | WESTINGHOUSE ELECTRIC COMPANY | 5 | 2050,000 | G |
| IND-006-371-173 | OCCIDENTAL CHEMICAL CORPORATION | 1 | 110,000 | G |

DATE  7/25/86                           L W D , INC.                            PAGE    19

HAZARDOUS WASTE FACILITY ANNUAL REPORT
SUMMARY OF GENERATORS SENDING WASTE

| GENERATOR'S EPA ID NUMBER | GENERATOR'S NAME | TOTAL NUMBER OF MANIFESTED SHIPMENTS RECEIVED FROM GENERATOR | TOTAL QUANTITY OF WASTE RECEIVED FROM GENERATOR | UNIT OF VOLUME |
|---|---|---|---|---|
| MOD-064-630-320 | BURLINGTON NORTHERN RAILROAD COMPANY | 1 | 600,000 | P |
| MOD-066-919-275 | POTLATCH CORPORATION | 4 | 1210,000 | G |
| MOD-071-965-628 | WATERLOO CORPORATION | 1 | 165,000 | G |
| MOD-071-987-416 | SABRELINER CORPORATION | 5 | 5585,000 | G |
| MOD-073-756-143 | VENTURE STORES INC. | 2 | 735,000 | G |
| MOD-079-777-157 | WESTINGHOUSE ELECTRIC COMPANY | 4 | 1150,000 | G |
| MOD-079-888-749 | MIDCO PRODUCTS CO., INC. | 1 | 495,000 | G |
| MOD-085-002-319 | CHRYSLER MOTORS | 23 | 30360,000 | G |
| MOD-088-713-383 | MOBIL OIL CORPORATION | 1 | 522,000 | G |
| MOD-093-755-966 | NORANDA ALUMINUM, INC. | 1 | 488,000 | G |
| MOD-096-728-688 | AMERICAN CAN COMPANY | 5 | 13024,000 | G |
| MOD-096-733-605 | UNION ELECTRIC COMPANY | 1 | 55,000 | G |
| MOD-300-010-220 | ETHYL PETROLEUM ADDITIVES DIV. | 1 | 360,000 | G |
| MOD-980-966-493 | D.B. INDUSTRIES | 1 | 30,000 | G |
| MOD-981-506-272 | GRIMCO SIGNS INC. | 2 | 1375,000 | G |
| MOD-981-707-565 | UNION ELECTRIC COMPANY | 3 | 715,000 | G |
| MOD-981-709-512 | RAWLINGS SPORTING GOODS COMPANY | 3 | 915,000 | G |
| MOP-000-000-082 | GRIMCO SIGNS INC. | 2 | 375,000 | G |
| MOF-000-000-237 | TEXAS EASTERN PRODUCTS PIPELINE | 1 | 3500,000 | G |
| MOT-300-010-022 | ACF INDUSTRIES - SHIPPERS CAR LINE | 1 | 385,000 | G |
| MOT-300-010-022 | ACF INDUSTRIES - SHIPPERS CAR LINE | 1 | 2885,000 | P |
| MSD-043-133-875 | TEXAS GAS TRANSMISSION CORPORATION | 2 | 3558,000 | G |
| MSD-920-730-105 | TEXAS GAS TRANSMISSION CORPORATION | 1 | 110,000 | G |
| MSD-980-729-206 | THERMOS | 1 | 21750,000 | P |
| NCD-030-504-062 | DANIELS PACKAGING CO., INC. | 3 | 5445,000 | G |
| NCD-071-561-864 | SHERWIN-WILLIAMS COMPANY | 1 | 1375,000 | G |
| NCD-086-871-282 | CALDWELL SYSTEMS, INC. | 5 | 23400,000 | G |
| NCD-095-459-392 | CHEMTRONICS, INC. | 1 | 35828,000 | P |
| NCD-480-846-703 | OMC RUTHERFORDTON | 4 | 22885,000 | G |
| NCD-981-025-950 | SCHWITZER | 1 | 3685,000 | G |
| NCD-981-025-950 | SCHWITZER | | 500,000 | P |
| NED-000-822-767 | BURLINGTON NORTHERN RAILROAD | 1 | 220,000 | G |
| NED-000-822-775 | BURLINGTON NORTHERN RAILROAD | 4 | 5885,000 | G |
| NED-007-263-353 | CONTINENTAL CAN COMPANY | 2 | 2315,000 | G |
| NED-007-263-619 | MONROE AUTO EQUIPMENT | 2 | 825,000 | G |
| NED-034-782-029 | HASTINGS INDUSTRIES, INC. | 4 | 2365,000 | G |
| NED-035-036-201 | SPERRY NEW HOLLAND | 4 | 1925,000 | G |
| NED-044-101-442 | LOCKWOOD CORPORATION | 1 | 220,000 | G |
| NED-066-645-675 | LINDSAY MFG. COMPANY | 1 | 790,000 | G |
| NED-091-992-628 | TRIANGLE PACIFIC CORP. | 4 | 4620,000 | G |
| NED-980-971-733 | DUNCAN AVIATION, INC. | 5 | 2870,000 | G |
| NJD-000-764-894 | AMERICAN CAN COMPANY | 4 | 4233,000 | G |
| NJD-002-011-274 | STEPAN COMPANY | 1 | 3630,000 | G |
| NJD-011-037-496 | XERXES CORPORATION | 1 | 40000,000 | P |
| NJD-092-338-722 | FINA OIL AND CHEMICAL COMPANY | 2 | 67239,000 | P |
| NJD-991-291-592 | AMERICAN CAN COMPANY | 1 | 110,000 | G |

# HAZARDOUS WASTE INFORMATION SUMMARY (CONTINUED)

INSTALLATION NAME: L. W. D., Inc.

EPA ID NUMBER: KYD088438817

PAGE _____

| LINE NUMBER | DESCRIPTION OF WASTE | EPA WASTE NUMBER | DOT HAZARD CLASS | PHYSICAL STATE | AMOUNT OF WASTE | UNIT OF MEASURE | DISPOSITION CODE | TRANSFER CODE | HANDLING METHOD |
|---|---|---|---|---|---|---|---|---|---|
| 480 | Methylene chloride ORM-A | U080 | | L | 660 | G | ILXT | ILD006114169 | T06 T07 |
| 481 | Solvent NOS Fl. Li. NA1993 Paint thin. | U220 | FL | L | 275 | " | " | " | " |
| 482 | Fl. Li. Pois. NOS UN1992 | U188 D001 | PB | L | 1,575 | P | TNXTSm. Generator | | " |
| 483 | Solvent NOS Fl. Li. NA1993 | F003 | FL | L | 880 | G | MOXT | MOD079777157 | " |
| 434 | Solid NOS ORM-E NA9189 | D008 | FS | S | 55 | " | " | | " |
| 435 | Solid NOS ORM-E NA9189 | D007 | " | " | 1,400 | " | " | | " |
| 436 | Fl. Li. NOS UN1993 | D001 | FL | L | 1,015 | " | MIXT | MID080361454 | " |
| 437 | Fl. Li. NOS Toluene Dist. Heel | D001 | " | " | 3,795 | " | " | | " |
| 438 | Fl. Li. NOS Xylene Dist. Heel | | " | " | 4,950 | " | " | | " |

PROPRIETARY / TRADE SECRET

CONFIDENTIAL

# HAZARDOUS WASTE INFORMATION SUMMARY (CONTINUED)

INSTALLATION NAME: L. W. D., Inc.

EPA ID NUMBER: KYD068438817

| LINE NUMBER | DESCRIPTION OF WASTE | EPA WASTE NUMBER | DOT HAZARD CLASS | PHYSICAL STATE | AMOUNT OF WASTE | UNIT OF MEASURE | DISPOSITION CODE | TRANSFER CODE | HANDLING METHOD |
|---|---|---|---|---|---|---|---|---|---|
| 430 | Methylene chloride ORM-A | UO80 | | L | 660 | G | ILXT | ILD006114169 | T06 T07 |
| 431 | Solvent NOS Fl. Li. NA1993 Paint thin. | U220 | FL | L | 275 | " | " | " | " |
| 432 | Fl. Li. Pois. NOS UN1992 | U188 D001 | PB | L | 1,575 | P | TNXT | Sm. Generator | " |
| 433 | Solvent NOS Fl. Li. NA1993 | F003 | FL | L | 880 | G | MOXT | MOD079777157 | " |
| 434 | Solid NOS ORM-E NA9189 | D008 | FS | S | 55 | " | " | " | " |
| 435 | Solid NOS ORM-E NA9189 | D007 | " | " | 1,400 | " | " | " | " |
| 436 | Fl. Li. NOS UN1993 | D001 | FL | L | 1,015 | " | " | " | " |
| 437 | Fl. Li. NOS Toluene Dist. Heel | D001 | " | " | 3,795 | " | MIXT | MID080361454 | " |
| 438 | Fl. Li. NOS Xylene Dist. Heel | | " | " | 4,950 | " | " | " | " |

TRADE SECRET / PROPRIETARY
CONFIDENTIAL
DHM-2   2/91

TRADE SECRET
PROPRIETARY

HAZARDOUS WASTE INFORMATION SUMMARY (CONTINUED)

INSTALLATION NAME: L. W. D., Inc.

EPA ID NUMBER: 

PAGE 41

KYD088438817
KYD088438874

81

| LINE NUMBER | DESCRIPTION OF WASTE | EPA WASTE NUMBER | DOT HAZARD CLASS | PHYSICAL STATE | AMOUNT OF WASTE | UNIT OF MEASURE | DISPOSITION CODE | TRANSFER CODE | HANDLING METHOD |
|---|---|---|---|---|---|---|---|---|---|
| 316 | Waste Isopropyl Alcohol Solution, NOS, NA 1120, Flammable Liquid; Waste Sodium Hydroxide, liquid, Corrosive Material; Waste Heptane Solution, Flammable Liquid UN 1206 | D001 D002 F003 | FL CM | L | 32,100 | P | KYXT | KYD053350229 | T06 T07 |
| 317 | Flammable Liquid, NOS, UN 1993 | D001 | FL | L | 165 | G | MOXT | Sm. Generator | T06 T07 |
| 318 | Waste Oil, NOS, NA 1270 | N/A | FL | L | 14,675 | P | INXT | IND006062467 | T06 T07 |
| 319 | Hazardous Waste, Solid, NOS, ORM-E, NA 9189; Waste, Solvent, NOS, Flammable Liquid, NA 1993 | D008 F003 | FS FL | S L | 1,650 | G | MOXT | MOD079777157 | T06 T07 |

DWM-2

DATE  7/25/88                          L W D, INC.                          PAGE    22

HAZARDOUS WASTE FACILITY ANNUAL REPORT
SUMMARY OF GENERATORS SENDING WASTE

| GENERATOR'S EPA ID NUMBER | GENERATOR'S NAME | TOTAL NUMBER OF MANIFESTED SHIPMENTS RECEIVED FROM GENERATOR | TOTAL QUANTITY OF WASTE RECEIVED FROM GENERATOR | UNIT OF VOLUME |
|---|---|---|---|---|
| OHT-000-609-131 | SHELL OIL COMPANY | 1 | 138.000 | G |
| OHT-400-012-761 | KENT STATE UNIVERSITY | 1 | 310.000 | G |
| OHT-400-013-824 | TREMCO, INC. | 1 | 1443.000 | P |
| OHT-400-013-584 | TREMCO, INC. | 6 | 91.225 | T |
| PAD-000-797-563 | VALVOLINE OIL COMPANY | 3 | 14500.000 | G |
| PAD-002-298-436 | AMERICAN CAN COMPANY | 3 | 15400.000 | P |
| PAD-003-024-551 | AMERICAN CAN COMPANY | 8 | 14390.000 | G |
| PAD-003-024-551 | AMERICAN CAN COMPANY | | 6500.000 | P |
| PAD-004-497-699 | AIR PRODUCTS & CHEMICALS, INC. | 1 | 350.000 | G |
| PAD-990-734-913 | WESTINGHOUSE ELECTRIC CORPORATION | 3 | 10865.000 | G |
| S.-GEN-ERA-TOR | COOK MANUFACTURING | 2 | 275.000 | G |
| SCD-000-610-006 | UNION OIL COMPANY SOUTHEAST | 1 | 4000.000 | G |
| SCD-000-610-006 | UNION OIL COMPANY SOUTHEAST | 2 | 22800.000 | P |
| SCD-000-645-721 | GULF PRODUCTS | 3 | 7360.000 | G |
| SCD-024-844-094 | ALLIED AUTOMOTIVE - BCBCD | 1 | 1095.000 | P |
| SCD-078-065-117 | SIEMEN'S ENERGY AUTOMATION | 1 | 1760.000 | G |
| SCT-KPO-001-234 | U.S.E.P.A. | 1 | 220.000 | G |
| LOG | TEXAS GAS TRANSMISSION CORPORATION | 1 | 3500.000 | G |
| LOG | UARCO, INC. | 1 | 110.000 | G |
| LOG | PLASTIC INGENUITY | 1 | 55.000 | G |
| LOG | DEALERS PRESS | 1 | 110.000 | G |
| LOG | ALL STATE MANUFACTURING CO., INC. | 1 | 55.000 | G |
| LOG | JOHN MORRELL | 1 | 20.000 | G |
| LOG | DAHLSTROM DISPLAY, INC. | 1 | 330.000 | G |
| LOG | DAHLSTROM DISPLAY, INC. | | 220.000 | G |
| LOG | TEXAS GAS TRANSMISSION CORPORATION | 1 | 300.000 | G |
| LOG | FULTON FIRE DEPARTMENT | 1 | 55.000 | G |
| LOG | KY. STATE POLICE CENTRAL | 1 | 10.000 | G |
| LOG | ROCKFORD FLUID POWER, INC | 1 | 275.000 | G |
| LOG | MOTOR PARTS, INC. | 1 | 110.000 | G |
| LOG | CRESCENT PLASTICS, INC. | 1 | 25.000 | G |
| LOG | VITEK SYSTEMS, INC. | | 45.000 | G |
| LOG | VITEK SYSTEMS, INC. | 1 | 25.000 | G |
| LOG | KY. STATE POLICE CENTRAL | 1 | 15.000 | G |
| LOG | K.C.S. INDUSTRIES | 1 | 165.000 | G |
| LOG | TEXAS GAS TRANSMISSION CORP. (AIRPORT) | | 55.000 | G |
| LOG | TEXAS GAS TRANSMISSION CORP. (AIRPORT) | 1 | 45.000 | G |
| LOG | TEXAS GAS TRANSMISSION CORP. (AIRPORT) | | 110.000 | G |
| LOG | TEXAS GAS TRANSMISSION CORP. (GARAGE) | 1 | 55.000 | G |
| LOG | JOHN MORRELL | 1 | 10.000 | G |
| LOG | JOHN MORRELL | | 10.000 | G |
| LOG | AMOCO FOAM PRODUCTS COMPANY | 1 | 55.000 | G |
| LOG | CONTINENTAL CAN COMPANY | 1 | 220.000 | G |
| LOG | K.C.S. INDUSTRIES | 1 | 110.000 | G |
| LOG | PADDOCK PUBLISHING | 1 | 330.000 | G |
| LOG | BANTA COMPANY | 1 | 55.000 | G |



CONFIDENTIAL

## FORM #6 - HAZARDOUS WASTE ANNUAL REPORT
### SUMMARY OF WASTE RECEIVED FROM OFF-SITE
### ALL GENERATORS THAT SENT WASTE

SITE/COMPANY NAME:  LWD, Inc.
EPA ID NUMBER:  KYD088438817     REPORT YEAR:  1994

| EPA ID NUMBER | GENERATOR NAME | TOTAL NUMBER OF MANIFESTED SHIPMENTS | TOTAL NUMBER OF POUNDS OF WASTE SHIPPED |
|---|---|---|---|
| PAD001307792 | ARMSTRONG WORLD INDUSTRIES, INC. | 4 | 107,460.00 |
| PAD002274975 | FOAMEX, L.P. | 5 | 2,388.46 |
| PAD002289700 | SUN COMPANY, INC. (R&M) | 1 | 23,340.00 |
| PAD002917466 | CROMPTON & KNOWLES CORP. | 1 | 250.00 |
| PAD003015757 | TYSON FOODS, INC | 1 | 175.14 |
| PAD004329835 | PENNZOIL PRODUCTS COMPANY | 2 | 10,054.50 |
| PAD004334157 | NEVILLE CHEMICAL COMPANY | 1 | 400.00 |
| PAD004337127 | PETROWAX, INC. | 1 | 1,251.00 |
| PAD005021582 | AMERICAN STERILIZER CO. | 2 | 9,720.00 |
| PAD045387776 | ALLSTEEL INC | 11 | 75,160.00 |
| PAD049791098 | SUN COMPANY, INC. | 19 | 752,860.00 |
| PAD098431885 | PETROCLEAN INC. | 1 | 690.00 |
| PAD114942832 | PA ANG | 8 | 4,305.05 |
| PAD123943599 | CASTROL INDUSTRIAL, INC. | 1 | 40,866.00 |
| PAD980555312 | CHEVRON USA PRODUCTS COMPANY | 11 | 296,870.00 |
| PAD981946049 | ALLEGHENY CO. DEPT. OF LABORATORIES | 1 | 208.50 |
| PAD981947161 | THE PEOPLE NATURAL GAS CO. | 1 | 600.00 |
| PAD987270170 | CHIYODA AMERICA, INC. | 3 | 99,846.48 |
| PAD987279726 | GATX TERMINALS CORP. | 2 | 5,640.00 |
| PAD987335478 | FIBRE METAL | 1 | 400.00 |
| PAD987343035 | VALVOLINE COMPANY | 1 | 458.70 |
| PAD987380029 | LEAK REPAIRS | 1 | 1,167.60 |
| PAD987399292 | PETROCLEAN INC. | 1 | 1,851.00 |
| PAP000009047 | PA DEPARTMENT OF ENVIRONMENTAL RESOURCES | 1 | 39,020.00 |
| PAP000009108 | FREEHOLD CARTAGE, INC. | 2 | 80,640.00 |
| PAP000009120 | TRENWYTH INDUSTRIES, INC. | 3 | 68,346.30 |
| PAP000009902 | WASHINGTON FEDERAL SAVINGS BANK | 1 | 384.00 |
| PR2170027203 | U.S. NAVAL STATION | 1 | 15,500.00 |
| PRD987380078 | SUNDSTRAND PUERTO RICO, INC. | 3 | 2,460.30 |
| RID001202050 | MOBIL OIL CORPORATION | 2 | 72,280.00 |
| RID059741520 | STAR ENTERPRISE | 1 | 25,000.00 |
| SCD000735886 | MARATHON OIL COMPANY | 1 | 5,262.54 |
| SCD000792671 | STAR ENTERPRISE | 1 | 1,834.80 |
| SCD003351814 | WESTINGHOUSE ELECTRIC CORP. | 1 | 17,249.00 |
| SCD051014637 | AIR PRODUCTS & CHEMICALS, INC | 3 | 10,500.00 |
| SCD980710644 | DIVEX EXPLOSIVE SUPERFUND | 2 | 38,660.00 |
| SCD981467616 | LAIDLAW ENVIRONMENTAL SERVICES (TOC) INC | 1 | 46,683.00 |
| TN0000098541 | CRACKER BARREL CORP. | 1 | 458.70 |
| TN0000651554 | U.S. BANKRUPTCY COURT-LARRY EDMONSON | 1 | 1,084.20 |
| TN5210020140 | HQ 101 AIRBORNE (AIR ASSAULT) DIV. | 2 | 75,500.00 |
| TND000609743 | CITGO PETROLEUM | 2 | 62,399.88 |
| TND000614321 | LAIDLAW ENVIRONMENTAL SERVICE | 88 | 2,247,466.40 |
| TND000645770 | LAIDLAW ENVIRONMENTAL SERVICES (TS) INC. | 24 | 590,525.00 |
| TND002958817 | MODINE MFG. COMPANY | 3 | 14,572.00 |
| TND039408679 | TEXAS GAS TRANSMISSION | 1 | 708.90 |
| TND044201051 | NCR CORPORATION | 73 | 2,897,543.44 |
| TND047002332 | HERALD-CITIZEN | 1 | 458.70 |
| TND054481205 | NISSAN MOTOR MFG CORP USA | 1 | 2,752.20 |
| TND054876834 | HAYWOOD COMPANY | 1 | 33,757.00 |
| TND074903550 | STAR ENTERPRISE | 1 | 41,700.00 |
| TND075383836 | FRIGIDAIRE COMPANY | 4 | 66,515.00 |

Emergency Contact Telephone Number

Form Approved OMB No. 2050-0055. Expires 9-30-88

| **UNIFORM HAZARDOUS WASTE MANIFEST** | 1. Generator's US EPA ID No. A L D 0 3 8 2 6 1 6 3 | Manifest Document No. 2 9 6 0 0 2 | 2. Page 1 of 1 | Information in the shaded areas is not required by Federal law. |

3. Generator's Name and Mailing Address

WESTINGHOUSE ELECTRIC CORP.

3301 3RD AVE. SOUTH
BIRMINGHAM, AL          35222

A. State Manifest Document Number

B. State Generator's ID

4. Generator's Phone ( 205 ) 251-9281

5. Transporter 1 Company Name
L W D TRUCKING, INC.
6. US EPA ID Number
K Y D 9 8 1 4 7 7 8 2 1

C. State Transporter's ID
D. Transporter's Phone    502-395-8313

7. Transporter 2 Company Name

8. US EPA ID Number

E. State Transporter's ID
F. Transporter's Phone

9. Designated Facility Name and Site Address
L W D, INC.
HIGHWAY 1523
CALVERT CITY, KENTUCKY   42029
10. US EPA ID Number
K Y D 0 8 8 4 3 8 8 1 7

G. State Facility's ID
H. Facility's Phone    502-395-8313

| 11. US DOT Description (including Proper Shipping Name, Hazard Class, and ID Number) | 12. Containers | | 13. Total Quantity | 14. Unit Wt/Vol | I. Waste No. |
| | No. | Type | | | |
| a. NON HAZARDOUS, NON REGULATED WASTE OIL N/A | 0 0 1 | T T | 0 2 7 0 0 | N | N/A |
| b. | | | | | |
| c. | | | | | |
| d. | | | | | |

J. Additional Descriptions for Materials Listed Above

.a).PA50-

BHRU024

K. Handling Codes for Wastes Listed Above

T0S/T07

15. Special Handling Instructions and Additional Information

EMERGENCY CONTACT:  (205) 251-9281
EMERGENCY RESPONSE GUIDE:

16. GENERATOR'S CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national governmental regulations.

If I am a large quantity generator, I certify that I have a program in place to reduce the volume and toxicity of waste generated to the degree I have determined to be economically practicable and that I have selected the practicable method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and the environment; OR, if I am a small quantity generator, I have made a good faith effort to minimize my waste generation and select the best waste management method that is available to me and that I can afford.

| Printed/Typed Name FRANK R. Pierce | Signature | Month 0 Day 1 1 Year 2 9 6 |

17. Transporter 1 Acknowledgement of Receipt of Materials

| Printed/Typed Name BILLY HARDIN | Signature Billy Hardin | Month 10 Day 11 2 Year 96 |

18. Transporter 2 Acknowledgement of Receipt of Materials

| Printed/Typed Name WILKINSON | Signature | Month 0 Day 11 3 Year 9 |

19. Discrepancy Indication Space

20. Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted in Item 19.

| Printed/Typed Name | Signature | Month 0 Day 1 3 Year |

EPA Form 8700-22 (Rev. 9-88) Previous edition obsolete.

INITIAL RETURN TO GENERATOR

7-ELC-M5 (Rev. 9/84)

2200 CHURCHILL ROAD, SPRINGFIELD, ILLINOIS 62706  (217) 782-6761

IL532-0610
LPC 62 8/81

Please print or type.      (Form designed for use on elite (12-pitch) typewriter.)          EPA Form 8700-22 (3-84)          Form Approved. OMB No. 2000-0404 Expires 7-31-86

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No. | Manifest Document No. | 2. Page 1 of 1 | Information in the shaded areas is not required by Federal law, but is required by Illinois law. |
|---|---|---|---|---|

1. Generator's US EPA ID No.  IL D060371408

3. Generator's Name and Mailing Address
Westinghouse Electric Corp.
16750 Chicago Ave.
Lansing, IL  60438

A. Illinois Manifest Document Number
IL  1384115

4. Generator's Phone ( 312 )  895-7721

B. Illinois Generator's ID  0 3 1 1 5 9 0 1 4

5. Transporter 1 Company Name  MR. FRANK INC.
6. US EPA ID Number  I L D 0 6 9 5 0 6 1 6 0

C. Illinois Transporter's ID  1 0 0 7 9
D. (312) 596-3377  Transporter's Phone

7. Transporter 2 Company Name
8. US EPA ID Number

E. Illinois Transporter's ID
F. ( )  Transporter's Phone

9. Designated Facility Name and Site Address
L.W.D., INC.
HIGHWAY 1523., P.O. BOX 327
CALVERT CITY KY., 42029
10. US EPA ID Number  K Y D 0 8 8 4 3 8 8 1 7

G. Illinois Facility's ID  9 2 1 1 5 7 0 0 1
H. Facility's Phone  (502) 395-8313

| 11. US DOT Description (Including Proper Shipping Name. Hazard Class. and ID Number) | 12. Containers | | 13. Total Quantity | 14. Unit Wt/Vol | I. Waste No. |
|---|---|---|---|---|---|
| | No. | Type | | | EPA HW Number |
| a. XX   WASTE DICHLOROMETHANE., ORM-A., UN 1593  VP6) | 0 0 2 | D M | 0 0 1 1 0 | 1 | F 0 0 1 |
| | | | | | Authorization Number |
| b. NON-HAZARDOUS WASTE  VP68 | 0 0 1 | D M | 0 0 5 5 | 1 | EPA HW Number |
| | | | | | Authorization Number |
| c. | | | | | EPA HW Number |
| | | | | | Authorization Number |
| d. | | | | | EPA HW Number |
| | | | | | Authorization Number |

J. Additional Descriptions for Materials Listed Above

11b.  IS AN NON-HAZARDOUS VARNISH.

K. Handling Codes for Wastes Listed Above

T06 / T07

15. Special Handling Instructions and Additional Information

16. **GENERATOR'S CERTIFICATION:** I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national governmental regulations, and Illinois regulations.

| Printed/Typed Name  DOUGLAS E. CROCK | Signature  Douglas E. Crock/AHH | Date Month 0 8 Day 1 4 Year 8 5 |
|---|---|---|

17. Transporter 1 Acknowledgement of Receipt of Materials

| Printed/Typed Name  CARL E PROSSER | Signature  Carl E Prosser | Date Month 0 8 Day 1 4 Year 8 5 |
|---|---|---|

18. Transporter 2 Acknowledgement or Receipt of Materials

| Printed/Typed Name | Signature | Date Month Day Year |
|---|---|---|

19. Discrepancy Indication Space

20. Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted in Item 19.

| Printed/Typed Name  STEVE YORK | Signature  Steve York | Date Month 0 8 Day 1 5 Year 8 5 |
|---|---|---|

IN ILLINOIS: 217 / 782-3637          "24 HOUR EMERGENCY AND SPILL ASSISTANCE NUMBERS"          OUTSIDE ILLINOIS: 800 / 424-8802 or 202 / 426-2675

DISTRIBUTION: PART - 1 GENERATOR   PART - 2 IEPA          PART - 3 FACILITY          PART - 4 TRANSPORTER          PART - 5 IEPA          PART - 6 GENERATOR

REV.# 5                GENERATOR COPY - PART 1- DO NOT REMOVE PART 1 FROM SET UNTIL COMPLETED.
This Agency is authorized to require, pursuant to Illinois Revised Statutes, 1983, Chapter 111½ Section 21, that this information be submitted to the Agency. Failure to provide the information may result in a civil penalty against the owner.

**DIVISION OF HAZARDOUS MATERIAL AND WASTE MANAGEMENT**
Kentucky Department for Natural Resources and Environmental Protection

## HAZARDOUS WASTE MANIFEST

MANIFEST DOCUMENT NUMBER __K0003__

### IDENTIFICATION INFORMATION

| | ID NUMBER | COMPANY NAME | MAILING ADDRESS | TELEPHONE |
|---|---|---|---|---|
| GENERATOR | IND006062467 | WESTINGHOUSE ELECTRIC CORP. | 300 NORTH CURRY PIKE BLOOMINGTON, INDIANA 47401 | (812) 332-4421 |
| TRANSPORTER #1 | KYD088438817 | L W D INC | P. O. BOX 327 CALVERT CITY, KY 42029 | (502) 395-8313 |
| TRANSPORTER #2 (if required) | | | | |
| TSDF* | KYD088438817 | L W D INC | P. O. BOX 327 CALVERT CITY, KY 42029 | (502) 395-8313 |

### WASTE INFORMATION

| CONTAINER(S) | | HM | DOT SHIPPING NAME, CLASS, & ID NUMBER | TOTAL QUANTITY | WEIGHT | HAZARDOUS WASTE | |
|---|---|---|---|---|---|---|---|
| NO. | TYPE | | | | | NUMBER | CODE |
| 29 | 55 GAL DRUMS | | WASTE OIL NOS NA1270 | 1595 | 13941# | | |
| 1 | 84 GAL DRUM | | WASTE OIL NOS NA1270 | 84 | 734# | | |
| | | | NO PLACARDS REQUIRED | | | | |
| | | | | | | | |
| | | | | | | | |

### EMERGENCY INFORMATION

National Response Center 800 - 424 - 8802
Division of Hazardous Material & Waste Management 502 - 564 - 6716

CHEMTREC 800 - 424 - 9300
Division of Water 502 - 564 - 3410

### CERTIFICATIONS

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation, the U.S. Environmental Protection Agency, and the Kentucky Division of Hazardous Material and Waste Management.

PATRICK S. GOVEIA

| GENERATOR REPRESENTATIVE | *Patrick S. Goveia* | 4/14/83 |
|---|---|---|
| | SIGNATURE | DATE |

This is to certify acceptance of the hazardous waste shipment described above.

| Ricky Vied | *Ricky Vied* | 4/14/83 |
|---|---|---|
| TRANSPORTER #1 REPRESENTATIVE | SIGNATURE | DATE |

| TRANSPORTER # 2 REPRESENTATIVE | | |
|---|---|---|
| | SIGNATURE | DATE |

This is to certify acceptance of the hazardous waste shipment described above for ☑ treatment, ☐ storage or ☐ disposal.

| Amos H. Shelton, Jr. | *signature* | 4/15/83 |
|---|---|---|
| TSDF REPRESENTATIVE | SIGNATURE | DATE |

* Treatment, Storage, or Disposal Facility

HMWM - 2
Rev. 9/80

DIVISION OF HAZARDOUS MATERIAL AND WASTE MANAGEMENT
Kentucky Department for Natural Resources and Environmental Protection

## HAZARDOUS WASTE MANIFEST

MANIFEST DOCUMENT NUMBER ___ **K0004**

### IDENTIFICATION INFORMATION

| | ID NUMBER | COMPANY NAME | MAILING ADDRESS | TELEPHONE |
|---|---|---|---|---|
| GENERATOR | IND006062467 | WESTINGHOUSE ELECTRIC CORP | 300 NORTH CURRY PIKE BLOOMINGTON, INDIANA 47401 | (812) 332-442 |
| TRANSPORTER #1 | KYD088438817 | L W D INC | P. O. BOX 327 CALVERT CITY, KY 42029 | (502) 395-8313 |
| TRANSPORTER #2 (if required) | | | | |
| TSDF* | KYD088438817 | L W D INC | P. O. BOX 327 CALVERT CITY, KY 42029 | (502) 395-8313 |

### WASTE INFORMATION

| CONTAINER(S) NO. | TYPE | HM | DOT SHIPPING NAME, CLASS, & ID NUMBER | TOTAL QUANTITY | WEIGHT | HAZARDOUS WASTE NUMBER | CODE |
|---|---|---|---|---|---|---|---|
| 80 | 55 GAL DRUMS | | WASTE OIL NOS NA1270 | 4460 | 38982# | | |
| | | | | | | | |
| | | | NO PLACARDS REQUIRED | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### EMERGENCY INFORMATION

National Response Center 800/ 424-8802
Division of Hazardous Material & Waste Management 502- 564- 6716

CHEM-REC 800/ 424-9300
Division of Water 502- 564- 3410

### CERTIFICATIONS

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation, the U.S. Environmental Protection Agency, and the Kentucky Division of Hazardous Material and Waste Management.

| PATRICK S. GOVEIA | *Patrick V. Govea* | 11/16/83 |
|---|---|---|
| GENERATOR REPRESENTATIVE | SIGNATURE | DATE |

This is to certify acceptance of the hazardous waste shipment described above.

| LWD Lloyd A Bennett | *Lloyd A Bennett* | 11/16/83 |
|---|---|---|
| TRANSPORTER #1 REPRESENTATIVE | SIGNATURE | DATE |

| | | |
|---|---|---|
| TRANSPORTER # 2 REPRESENTATIVE | SIGNATURE | DATE |

This is to certify acceptance of the hazardous waste shipment described above.  ☑ treatment  ☐ storage or  ☐ disposal.

| Amos H. Shelton, Jr. | *A H Shelton* | 11/18/83 |
|---|---|---|
| TSDF REPRESENTATIVE | SIGNATURE | DATE |

* Treatment, Storage or Disposal Facility

HMWM-2
Rev. 9/80

**TRADE SECRET**
**PROPRIETARY**

**CONFIDENTIAL**

DIVISION OF HAZARDOUS MATERIAL AND WASTE MANAGEMENT
Kentucky Department for Natural Resources and Environmental Protection

12-12-83

## HAZARDOUS WASTE MANIFEST

MANIFEST DOCUMENT NUMBER ___ K0005

### IDENTIFICATION INFORMATION

| | ID NUMBER | COMPANY NAME | MAILING ADDRESS | TELEPHONE |
|---|---|---|---|---|
| GENERATOR | IND006062487 | WESTINGHOUSE ELECTRIC CORP. | 500 NORTH CURRY PIKE BLOOMINGTON, INDIANA 47401 | (812) 332-4421 |
| TRANSPORTER #1 | KYD088438817 | L W D INC | P. O. BOX 327 CALVERT CITY, KY 42029 | (502) 395-811 |
| TRANSPORTER #2 (if required) | | | | |
| TSDF* | KYD088438817 | L W D INC | P. O. BOX 327 CALVERT CITY, KY 42029 | (502) 395-8211 |

### WASTE INFORMATION

| CONTAINER(S) | | HM | DOT SHIPPING NAME, CLASS, & ID NUMBER | TOTAL QUANTITY | WEIGHT | HAZARDOUS WASTE | |
|---|---|---|---|---|---|---|---|
| NO. | TYPE | | | | | NUMBER | CODE |
| 1 | TANK TRUCK | | WASTE BTS, N.O.S., NA1270 OIL, | 4500 GAL | 39330 | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### EMERGENCY INFORMATION

National Response Center 800 - 424 - 8802
Division of Hazardous Material & Waste Management  502 - 564 - 6716

CHEMTREC 800 - 424 - 9300
Division of Water 502 - 564 - 3410

### CERTIFICATIONS

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation, the U.S. Environmental Protection Agency, and the Kentucky Division of Hazardous Material and Waste Management.

PATRICK S. GOVEIA _____ 12/7/83

| GENERATOR REPRESENTATIVE | SIGNATURE | DATE |

This is to certify acceptance of the hazardous waste shipment described above.

_____ 12-7-83

| TRANSPORTER #1 REPRESENTATIVE | SIGNATURE | DATE |

| TRANSPORTER # 2 REPRESENTATIVE | SIGNATURE | DATE |

This is to certify acceptance of the hazardous waste shipment described above for ☐ treatment ☐ storage or ☐ disposal.

_____ 12/08/83

| TSDF* REPRESENTATIVE | SIGNATURE | DATE |

* Treatment, Storage, or Disposal Facility

HMWM - 2
Rev. 9/80

**CONFIDENTIAL** TRADE SECRET
PROPRIETARY

MATERIAL AND WASTE MANAGEMENT
Resources and Environmental Protection

HAZARDOUS WASTE MANIFEST

MANIFEST DOCUMENT NUMBER  **K0006**

## IDENTIFICATION INFORMATION

| | ID NUMBER | COMPANY NAME | MAILING ADDRESS | TELEPHONE |
|---|---|---|---|---|
| GENERATOR | IND006062467 | WESTINGHOUSE ELECTRIC CORP. | 300 NORTH CURRY PIKE BLOOMINGTON, INDIANA 47401 | (812) 332-4421 |
| TRANSPORTER #1 | KYD088438817 | LWD INC. | P. O. BOX 327 CALVERT CITY, KY 42029 | (502) 395-8313 |
| TRANSPORTER #2 (if required) | | | | |
| TSDF* | KYD088438817 | LWD INC. | P. O. BOX 327 CALVERT CITY, KY 42029 | (502) XXX 395-8313 |

## WASTE INFORMATION

| CONTAINER(S) | | HM | DOT SHIPPING NAME, CLASS, & ID NUMBER | TOTAL QUANTITY | WEIGHT | HAZARDOUS WASTE | |
|---|---|---|---|---|---|---|---|
| NO. | TYPE | | | | | NUMBER | CODE |
| 73 | 55 GAL DRUMS | | WASTE OILS, N.O.S., NA1270 | 4000 GAL | 35720# | | |
| | | | (NO PLACARDS REQUIRED) | | | | |
| | | | | | | | |

## EMERGENCY INFORMATION

National Response Center 800 - 424 - 8802
Division of Hazardous Material & Waste Management  502 - 564 - 6716

CHEMTREC 800 - 424 - 9300
Division of Water  502 - 564 - 3410

## CERTIFICATIONS

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation, the U.S. Environmental Protection Agency, and the Kentucky Division of Hazardous Material and Waste Management.

| PATRICK S. GOVEIA | *Patrick S. Goveia* | 5/1/84 |
|---|---|---|
| GENERATOR REPRESENTATIVE | SIGNATURE | DATE |

This is to certify acceptance of the hazardous waste shipment described above.

| LWD Lloyd A. Bennett | *signature* | 5/1/84 |
|---|---|---|
| TRANSPORTER #1 REPRESENTATIVE | SIGNATURE | DATE |

| | | |
|---|---|---|
| TRANSPORTER # 2 REPRESENTATIVE | SIGNATURE | DATE |

This is to certify acceptance of the hazardous waste shipment described above for ☒ treatment, ☐ storage or ☐ disposal.

| Amos H. Shelton, Jr. | *signature* | 5/2/84 |
|---|---|---|
| TSDF* REPRESENTATIVE | SIGNATURE | DATE |

* Treatment, Storage, or Disposal Facility

HMWM - 2
Rev. 9/80

**CONFIDENTIAL**   TRADE SECRET PROPRIETARY

MATERIAL AND WASTE MANAGEMENT
Resources and Environmental Protection

## HAZARDOUS WASTE MANIFEST

K0007

MANIFEST DOCUMENT NUMBER _____

### IDENTIFICATION INFORMATION

|  | ID NUMBER | COMPANY NAME | MAILING ADDRESS | TELEPHONE |
|---|---|---|---|---|
| GENERATOR | IND006062467 | WESTINGHOUSE ELECTRIC CORP | 300 NORTH CURRY PIKE BLOOMINGTON, INDIANA 47401 | (812) 332-4421 |
| TRANSPORTER #1 | KYD088438817 | L W D INC | P. O. BOX 327 CALVERT CITY, KY 42029 | (502) 395-8311 |
| TRANSPORTER #2 (if required) |  |  |  |  |
| TSDF* | KYD088438817 | L W D INC | P. O. BOX 327 CALVERT CITY, KY 42029 | (502) 395-8311 |

### WASTE INFORMATION

| CONTAINER(S) NO. | TYPE | HM | DOT SHIPPING NAME, CLASS, & ID NUMBER | TOTAL QUANTITY | WEIGHT | HAZARDOUS WASTE NUMBER | CODE |
|---|---|---|---|---|---|---|---|
| 1 | TANK TRUCK |  | WASTE OIS. NO.S., NA1270 (NO PLACARDS REQUIRED) | 4000 GAL | 34960 |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

### EMERGENCY INFORMATION

National Response Center 800 - 424 - 8802
Division of Hazardous Material & Waste Management 502 - 564 - 6716

CHEMTREC 800 - 424 - 9300
Division of Water 502 - 564 - 3410

### CERTIFICATIONS

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulation of the Department of Transportation, the U.S. Environmental Protection Agency, and the Kentucky Division of Hazardous Material and Waste Management.

| PATRICK S. GOVEIA | *signature* | 5/11/84 |
|---|---|---|
| GENERATOR REPRESENTATIVE | SIGNATURE | DATE |

This is to certify acceptance of the hazardous waste shipment described above.

| *signature* | *signature* | 5-11-84 |
|---|---|---|
| TRANSPORTER #1 REPRESENTATIVE | SIGNATURE | DATE |

| | | |
|---|---|---|
| TRANSPORTER # 2 REPRESENTATIVE | SIGNATURE | DATE |

This is to certify acceptance of the hazardous waste shipment described above for ☑ treatment ☐ storage or ☐ disposal.

| Amos H. Shelton, Jr. | *signature* | 5/14/84 |
|---|---|---|
| TSDF* REPRESENTATIVE | SIGNATURE | DATE |

* Treatment, Storage, or Disposal Facility

HMWM - 2
Rev. 9/80

**DIVISION OF HAZARDOUS MATERIAL AND WASTE MANAGEMENT**
Kentucky Department for Natural Resources and Environmental Protection

## HAZARDOUS WASTE MANIFEST

K0008

MANIFEST DOCUMENT NUMBER _____

### IDENTIFICATION INFORMATION

| | ID NUMBER | COMPANY NAME | MAILING ADDRESS | TELEPHONE |
|---|---|---|---|---|
| GENERATOR | IND006062467 | WESTINGHOUSE ELECTRIC CORP | 300 NORTH CURRY PIKE BLOOMINGTON, INDIANA 47401 | (812) 332-4421 |
| TRANSPORTER #1 | KYD088438817 | L W D INC | P. O. BOX 327 CALVERT CITY, KY 42029 | (502) 395-8313 |
| TRANSPORTER #2 (if required) | | | | |
| TSDF* | KYD088438817 | L W D INC | P. O. BOX 327 CALVERT CITY, KY 42029 | (502) 395-8313 |

### WASTE INFORMATION

| CONTAINER(S) | | HM | DOT SHIPPING NAME, CLASS, & ID NUMBER | TOTAL QUANTITY | WEIGHT | HAZARDOUS WASTE | |
|---|---|---|---|---|---|---|---|
| NO. | TYPE | | | | | NUMBER | CODE |
| 1 | TANK TRUCK | | WASTE OILS, N.O.S., NA1270 | 4200 | 36708 # | | |
| | | | (NO PLACARDS REQUIRED) | GAL | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### EMERGENCY INFORMATION

National Response Center 800 - 424 - 8802
Division of Hazardous Material & Waste Management 502 - 564 - 6716

CHEMTREC 800 - 424 - 9300
Division of Water 502 - 564 - 3410

### CERTIFICATIONS

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation, the U.S. Environmental Protection Agency, and the Kentucky Division of Hazardous Material and Waste Management.

| PATRICK S. GOVEIA | _signature_ | 8/22/84 |
|---|---|---|
| GENERATOR REPRESENTATIVE | SIGNATURE | DATE |

This is to certify acceptance of the hazardous waste shipment described above.

| (MR) LLOYD A Brewers | _signature_ | 8/22/84 |
|---|---|---|
| TRANSPORTER #1 REPRESENTATIVE | SIGNATURE | DATE |

| | | |
|---|---|---|
| TRANSPORTER #2 REPRESENTATIVE | SIGNATURE | DATE |

This is to certify acceptance of the hazardous waste shipment described above for ☐ treatment ☐ storage or ☐ disposal.

| Jack H. Shelton, Jr. | _signature_ | 8/22/84 |
|---|---|---|
| TSDF* REPRESENTATIVE | SIGNATURE | DATE |

* Treatment, Storage, or Disposal Facility

HMWM - 2
Rev. 9/80

**CONFIDENTIAL**

TRADE SECRET
PROPRIETARY

LRIAL AND WASTE MANAGEMENT
Resources and Environmental Protection

**HAZARDOUS WASTE MANIFEST**

MANIFEST DOCUMENT NUMBER _____  K0008

## IDENTIFICATION INFORMATION

|  | ID NUMBER | COMPANY NAME | MAILING ADDRESS | TELEPHONE |
|---|---|---|---|---|
| GENERATOR | IND006062467 | WESTINGHOUSE ELECTRIC CORP | 300 NORTH CURRY PIKE BLOOMINGTON, INDIANA 47401 | (812) 332-4421 |
| TRANSPORTER #1 | KYD088438817 | L W D INC | P. O. BOX 327 CALVERT CITY, KY 42029 | (502) 395-8313 |
| TRANSPORTER #2 (if required) |  |  |  |  |
| TSDF* | KYD088438817 | L W D INC | P. O. BOX 327 CALVERT CITY, KY 42029 | (502) 395-8313 |

## WASTE INFORMATION

| CONTAINER(S) | | H M | DOT SHIPPING NAME, CLASS, & ID NUMBER | TOTAL QUANTITY | WEIGHT | HAZARDOUS WASTE | |
|---|---|---|---|---|---|---|---|
| NO. | TYPE | | | | | NUMBER | CODE |
| 1 | TANK TRUCK | | WASTE OILS, N.O.S., NA1270 | 4200 | 36708# | | |
| | | | (NO PLACARDS REQUIRED) | GAL | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## EMERGENCY INFORMATION

National Response Center 800 - 424 - 8802
Division of Hazardous Material & Waste Management 502 - 564 - 6716

CHEMTREC 800 - 424 - 9300
Division of Water 502 - 564 - 3410

## CERTIFICATIONS

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation, the U.S. Environmental Protection Agency, and the Kentucky Division of Hazardous Material and Waste Management.

PATRICK S. GOVEIA
GENERATOR REPRESENTATIVE — _Patrick S. Goveia_ — 8/22/84 DATE

This is to certify acceptance of the hazardous waste shipment described above.
LWD LLOYD A Bennett
TRANSPORTER #1 REPRESENTATIVE — SIGNATURE — 8/22/84 DATE

TRANSPORTER # 2 REPRESENTATIVE — SIGNATURE — DATE

This is to certify acceptance of the hazardous waste shipment described above for: ☑ treatment ☐ storage or ☐ disposal.
Amos H. Shelton, Jr.
TSDF* REPRESENTATIVE — SIGNATURE — 8/23/84 DATE

* Treatment, Storage, or Disposal Facility

HMWM - 2
Rev. 9/80

Please print or type.   (Form designed for use on elite (12-pitch) typewriter.)

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No.  IND006062467 | Manifest Document No.  K0009 | 2. Page 1 of 1 | Information in the shaded areas is not required by Federal law. |
|---|---|---|---|---|

3. Generator's Name and Mailing Address
**WESTINGHOUSE ELECTRIC CORP
300 NORTH CURRY PIKE - P. O. BOX 341
BLOOMINGTON, INDIANA 47402**

A. State Manifest Document Number

B. State Generator's ID

4. Generator's Phone ( **812** ) **332-4421**

5. Transporter 1 Company Name
**LWD INC**

6. US EPA ID Number
**KYD088438817**

C. State Transporter's ID

D. Transporter's Phone **(502) 395-8313**

7. Transporter 2 Company Name

8. US EPA ID Number

E. State Transporter's ID

F. Transporter's Phone

9. Designated Facility Name and Site Address
**LWD INC
P. O. BOX 327
CALVERT CITY, KENTUCKY 42029**

10. US EPA ID Number
**KYD088438817**

G. State Facility's ID

H. Facility's Phone
**(502) 395-8313**

| 11. US DOT Description (Including Proper Shipping Name, Hazard Class and ID Number) | | 12. Containers | | 13. Total Quantity | 14. Unit Wt/Vol | I. Waste No. |
|---|---|---|---|---|---|---|
| | HM | No. | Type | | | |
| a. **WASTE OILS, N.O.S., NA1270** | | 77 | 55 GAL | 36455 | LBS | |
| b. | | | | | | |
| c. | | | | | | |
| d. | | | | | | |

J. Additional Descriptions for Materials Listed Above

**NO PLACARDS REQUIRED**

K. Handling Codes for Wastes Listed Above

**T06/T07**

15. Special Handling Instructions and Additional Information
**EMERGENCY RESPONSE INFORMATION:
CONTACT - WESTINGHOUSE ELECTRIC CORP. - R. B. SAWYER (812) 332-4421 EXT 220
NATIONAL RESPONSE CENTER - 1-800-424-8802
IN D.C.                    426-2675**

16. **GENERATOR'S CERTIFICATION:** I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national governmental regulations.

| Printed/Typed Name **PATRICK S. GOVEIA** | Signature | Date Month **10** Day **9** Year **84** |
|---|---|---|

17. Transporter 1 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Date Month **10** Day **9** Year **84** |
|---|---|---|

18. Transporter 2 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Date Month Day Year |
|---|---|---|

19. Discrepancy Indication Space

20. Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted in Item 19.

| Printed/Typed Name  Kean McKinney | Signature | Date Month **10** Day **10** Year |
|---|---|---|

CONFIDENTIAL  TRADE SECRET PROPRIETARY

7847 L68 – 144907 – 74159

Please print or type.   (Form designed for use on elite (12-pitch) typewriter.)   Form Approved. OMB No. 2000-0404. Expires 7-31-86

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No. IND006062467 | Manifest Document No. K0010 | 2. Page 1 of 1 | Information in the shaded areas is not required by Federal law. |
|---|---|---|---|---|

3. Generator's Name and Mailing Address
WESTINGHOUSE ELECTRIC CORP
300 NORTH CURRY PIKE – P. O. BOX 341
BLOOMINGTON, INDIANA 47402
4. Generator's Phone (812) 332-4421

A. State Manifest Document Number

B. State Generator's ID

| 5. Transporter 1 Company Name LWD INC | 6. | US EPA ID Number KYD088438817 |
|---|---|---|

C. State Transporter's ID
D. State Transporter's Phone (502) 395-8313

| 7. Transporter 2 Company Name | 8. | US EPA ID Number |
|---|---|---|

E. State Transporter's ID
F. Transporter's Phone

9. Designated Facility Name and Site Address
LWD INC
P. O. BOX 327 ;Hwy. 1523
CALVERT CITY, KENTUCKY 42029

10.   US EPA ID Number   KYD088438817

G. State Facility's ID
H. Facility's Phone (502) 395-8313

| 11. US DOT Description (Including Proper Shipping Name, Hazard Class and ID Number) | 12. Containers No. | Type | 13. Total Quantity | 14. Unit Wt/Vol | I. Waste No. |
|---|---|---|---|---|---|
| a. WASTE OILS, N.O.S.   NA1270   C595 (WASTE OIL & WATER) | 1 | TANK TRUCK | 20500 | LBS | |
| b. | | | | | |
| c. | | | | | |
| d. | | | | | |

| J. Additional Descriptions for Materials Listed Above | K. Handling Codes for Wastes Listed Above |
|---|---|
| NO PLACARDS REQUIRED | T06/T07 |

15. Special Handling Instructions and Additional Information
EMERGENCY RESPONSE INFORMATION:
CONTACT –WESTINGHOUSE ELECTRIC CORP. – R. B. SAWYER (812) 332-4421 EXT 220
NATIONAL RESPONSE CENTER – 1-800-424-8802
IN D.C.                          426-2675

16. GENERATOR'S CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national governmental regulations.

| Printed/Typed Name PATRICK S. GOVEA | Signature Patrick S. Govea | Date Month 4 Day 12 Year 85 |
|---|---|---|

17. Transporter 1 Acknowledgement of Receipt of Materials

| Printed/Typed Name Reginald Pope | Signature Reginald Pope | Date Month 4 Day 12 Year 85 |
|---|---|---|

18. Transporter 2 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Date Month Day Year |
|---|---|---|

19. Discrepancy Indication Space

20. Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted in Item 19.

| Printed/Typed Name Amos H. Shelton, Jr. | Signature | Date Month 4 Day 15 Year 85 |
|---|---|---|

Style F15-6      Labelmaster, Chicago, IL 60646   (312) 478-0900

EPA Form 8700-22 (3-84)

L68-192269 - 74715

**CONFIDENTIAL**   TRADE SECRET

| UNIFORM HAZARDOUS WASTE MANIFEST | | | Form Approved. OMB No. 2000-0404 Exp. 7-31-86 Information in the shaded areas is not required by Federal law. |

3. Generator's Name and Mailing Address
WESTINGHOUSE ELECTRIC CORP
300 NORTH CURRY PIKE - P. O. BOX 341
BLOOMINGTON, INDIANA 47402

4. Generator's Phone ( 812 ) 332-4421

A. State Manifest Document Number

B. State Generator's ID

| 5. Transporter 1 Company Name | 6. US EPA ID Number |
|---|---|
| LWD INC | KYD088438817 |

C. State Transporter's ID
D. Transporter's Phone (502)395-8313

| 7. Transporter 2 Company Name | 8. US EPA ID Number |
|---|---|
| | |

E. State Transporter's ID
F. Transporter's Phone

9. Designated Facility Name and Site Address
LWD INC
P. O. BOX 327 ; Hwy. 1523
CALVERT CITY, KENTUCKY 42029

10. US EPA ID Number
KYD088438817

G. State Facility's ID

H. Facility's Phone
(502) 395-8313

| 11. US DOT Description (Including Proper Shipping Name, Hazard Class and ID Number) | 12. Containers No. / Type | 13. Total Quantity | 14. Unit Wt/Vol | I. Waste No. |
|---|---|---|---|---|
| a. WASTE OILS, N.O.S. NA9270 (WASTE OIL & WATER) | 1 / TANK TRUCK | 3800 GAL | | |
| b. | | | | |
| c. | | | | |
| d. | | | | |

J. Additional Descriptions for Materials Listed Above
NO PLACARDS REQUIRED
PRODUCT CODE CS95

K. Handling Codes for Wastes Listed Above
T06/T07

15. Special Handling Instructions and Additional Information
EMERGENCY RESPONSE INFORMATION:
CONTACT - WESTINGHOUSE ELECTRIC CORP. - R. B. SAWYER (812) 332-4421 EXT 220
NATIONAL RESPONSE CENTER - 1-800-424-8802
IN D.C.                                      426-2675

16. GENERATOR'S CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national governmental regulations.

| Printed/Typed Name PATRICK S. GOVEIA | Signature | Date Month 6 Day 25 Year 85 |

17. Transporter 1 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Date Month 6 Day 25 Year 85 |

18. Transporter 2 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Date Month Day Year |

19. Discrepancy Indication Space

20. Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted in Item 19.

| Printed/Typed Name Amos H. Shelton, Jr. | Signature | Date Month 6 Day 26 Year 85 |

Style F15-6    Labelmaster, Chicago, IL 60646  (312) 478-0900

EPA Form 8700-22 (3-84)

L68-192380 - 75432

Please print or type.   (Form designed for use on elite (12-pitch) typewriter.)   Form Approved. OMB No. 2000-0404. Expires 7-31-86

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No. IND006062467 | Manifest Document No. K00012 | 2. Page 1 1 of 1 | Information in the shaded areas is not required by Federal law. |
|---|---|---|---|---|

| 3. Generator's Name and Mailing Address | A. State Manifest Document Number |
|---|---|

WESTINGHOUSE ELECTRIC CORP
300 NORTH CURRY PIKE - P. O. BOX 341
BLOOMINGTON, INDIANA 47402

4. Generator's Phone (812) 332-4421

| | B. State Generator's ID |
|---|---|

| 5. Transporter 1 Company Name | 6. | US EPA ID Number | C. State Transporter's ID |
|---|---|---|---|
| LWD INC | | KYD088438817 | D. Transporter's Phone (502) 395-8313 |

| 7. Transporter 2 Company Name | 8. | US EPA ID Number | E. State Transporter's ID |
|---|---|---|---|
| | | | F. Transporter's Phone |

| 9. Designated Facility Name and Site Address | 10. | US EPA ID Number | G. State Facility's ID |
|---|---|---|---|
| LWD INC P. O. BOX 327  Hwy 1523 CALVERT CITY, KENTUCKY 42029 | | KYD088438817 | H. Facility's Phone (502) 395-8313 |

| 11. US DOT Description (Including Proper Shipping Name, Hazard Class and ID Number) | 12. Containers No. | Type | 13. Total Quantity | 14. Unit Wt/Vol | I. Waste No. |
|---|---|---|---|---|---|
| a. WASTE OILS, N.O.S. NA1270 (WASTE OIL & WATER) CS95 | 1 | TANK TRUCK | 4000 | GAL | |
| b. | | | | | |
| c. | | | | | |
| d. | | | | | |

| J. Additional Descriptions for Materials Listed Above | K. Handling Codes for Wastes Listed Above |
|---|---|
| NO PLACARDS REQUIRED PRODUCT CODE CS595 | T06/T07 |

15. Special Handling Instructions and Additional Information
EMERGENCY RESPONSE INFORMATION:
CONTACT - WESTINGHOUSE ELECTRIC CORP. - R. B. SAWYER (812) 332-4421 EXT 220
NATIONAL RESPONSE CENTER                                          1-800-424-8802
IN D.C.                                                           426-2635

16. GENERATOR'S CERTIFICATION: Unless I am a small quantity generator who has been exempted by statute or regulation from the duty to make a waste minimization certification under Section 3002(b) of RCRA, I also certify that I have a program in place to reduce the volume and toxicity of waste generated to the degree I have determined to be economically practicable and I have selected the method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and the environment.

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| PATRICK S. GOVEIA | Patrick S. Goveia | 9 | 23 | 85 |

17. Transporter 1 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| RON COLE | Ron Cole | 9 | 23 | 85 |

18. Transporter 2 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| | | | | |

19. Discrepancy Indication Space

20. Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted in Item 19.

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| Amos H. Shelton, Jr. | | 9 | 24 | 85 |

Style F15-6    Labelmaster, Chicago, IL 60646  (312) 478-0900    EPA Form 8700-22 (3-84)

L68-191593 - 76038

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No. IND006062467 | Manifest Document No. KY913 | 2. Page 1 1 of 1 | Information in the shaded areas is not required by Federal law. |
|---|---|---|---|---|

**3. Generator's Name and Mailing Address**
WESTINGHOUSE ELECTRIC CORP
300 NORTH CURRY PIKE - P. O. BOX 341
BLOOMINGTON, INDIANA 47402
**4. Generator's Phone** ( ) 332-4421

A. State Manifest Document Number

B. State Generator's ID

| 5. Transporter 1 Company Name LWD INC | 6. | US EPA ID Number KYD088438817 |
|---|---|---|

C. State Transporter's ID
D. Transporter's Phone (502) 395-8313

| 7. Transporter 2 Company Name | 8. | US EPA ID Number |
|---|---|---|

E. State Transporter's ID
F. Transporter's Phone

**9. Designated Facility Name and Site Address**
LWD INC
P. O. BOX 327 ;Hwy. 1523
CALVERT CITY, KENTUCKY 42029

| 10. | US EPA ID Number KYD088438817 |
|---|---|

G. State Facility's ID
H. Facility's Phone (502) 395-8313

| 11. US DOT Description (Including Proper Shipping Name, Hazard Class and ID Number) | | 12. Containers | | 13. Total Quantity | 14. Unit Wt/Vol | I. Waste No. |
|---|---|---|---|---|---|---|
| | | No. | Type | | | |
| a. | WASTE OILS, N.O.S. NA1270 (WASTE OIL & WATER) | 1 | TANK TRUCK | 4000 | GAL | |
| b. | | | | | | |
| c. | | | | | | |
| d. | | | | | | |

**J. Additional Descriptions for Materials Listed Above**
NO PLACARDS REQUIRED  *C S95*
PRODUCT CODE CS595

**K. Handling Codes for Wastes Listed Above**
T06/T07

**15. Special Handling Instructions and Additional Information**
EMERGENCY RESPONSE INFORMATION:
CONTACT - WESTINGHOUSE ELECTRIC CORP. - R. B. SAWYER (812) 332-4421 EXT 220
NATIONAL RESPONSE CENTER                    1-800-424-8802
IN D.C.                                        426-2675

**16. GENERATOR'S CERTIFICATION:** I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national governmental regulations.

| Printed/Typed Name PATRICK S. GOVEIA | Signature *Patrick S. Goveia* | Month 12 Day 4 Year 85 |
|---|---|---|

**17. Transporter 1 Acknowledgement of Receipt of Materials**

| Printed/Typed Name LWD LLOYD BENNETT | Signature *Lloyd Bennett* | Month 12 Day 4 Year 85 |
|---|---|---|

**18. Transporter 2 Acknowledgement of Receipt of Materials**

| Printed/Typed Name | Signature | Month Day Year |
|---|---|---|

**19. Discrepancy Indication Space**

**20. Facility Owner or Operator:** Certification of receipt of hazardous materials covered by this manifest except as noted in Item 19.

| Printed/Typed Name Amos H. Shelton, Jr. | Signature | Month 12 Day 5 Year 85 |
|---|---|---|

Style F15-6    Labelmaster, Chicago, IL 60646  (312) 478-0900

EPA Form 8700-22 (3-84)

Form Approved. OMB No. 2000-0404. Expires 7-31-86
Please print or type.   (Form designed for use on elite (12-pitch) typewriter.)

Please print or type.   (Form designed for use on elite (12-pitch) typewriter.)                     Form Approved. OMB No. 2000-0404. Expires 7-31-86

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No. IND006062467 | Manifest Document No. K0014 | 2. Page 1 of 1 | Information in the shaded areas is not required by Federal law. |
|---|---|---|---|---|

| 3. Generator's Name and Mailing Address | A. State Manifest Document Number |
|---|---|
| WESTINGHOUSE ELECTRIC CORP. 300 NORTH CURRY PIKE & P. O. BOX 341 BLOOMINGTON, INDIANA 47402 | B. State Generator's ID |

4. Generator's Phone (812 ) 332-4421

| 5. Transporter 1 Company Name | 6. US EPA ID Number | C. State Transporter's ID |
|---|---|---|
| LWD INC | KYD0884 38817 | D. Transporter's Phone (502) 395-8313 |

| 7. Transporter 2 Company Name | 8. US EPA ID Number | E. State Transporter's ID |
|---|---|---|
| | | F. Transporter's Phone |

| 9. Designated Facility Name and Site Address | 10. US EPA ID Number | G. State Facility's ID |
|---|---|---|
| LWD INC P. O. BOX 327   Hwy 1523 CALVERT CITY, KENTUCKY 42029 | KYD0884 33817 8 | H. Facility's Phone (502) 395-8313 |

| G E N E R A T O R | 11. US DOT Description (Including Proper Shipping Name, Hazard Class and ID Number) | | 12. Containers | | 13. Total Quantity | 14. Unit Wt/Vol | I. Waste No. |
|---|---|---|---|---|---|---|---|
| | HM | | No. | Type | | | |
| a. | | WASTE OILS, NOS. NA1270 (WASTE OIL & WATER) | 1 | T T | 4000 | G | N/A |
| b. | | | | | | | |
| c. | | | | | | | |
| d. | | | | | | | |

| J. Additional Descriptions for Materials Listed Above | K. Handling Codes for Wastes Listed Above |
|---|---|
| NO PLACARDS REQUIRED PRODUCT CODE CS595   C S95 | T06/T07 |

15. Special Handling Instructions and Additional Information
EMERGENCY RESPONSE INFORMATION:
CONTACT - WESTINGHOUSE ELECTRIC CORP. - R. S. SAWYER (812) 332-4421 EXT 220
NATIONAL RESPONSE CENTER                               1-800-424-8802
IN D.C.                                                        426-2675

16. GENERATOR'S CERTIFICATION: Unless I am a small quantity generator who has been exempted by statute or regulation from the duty to make a waste minimization certification under Section 3002(b) of RCRA, I also certify that I have a program in place to reduce the volume and toxicity of waste generated to the degree I have determined to be economically practicable and I have selected the method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and the environment.

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| PATRICK S. GOVEIA | | 3 | 13 | 86 |

| T R A N S P O R T E R | 17. Transporter 1 Acknowledgement of Receipt of Materials | | | Date | |
|---|---|---|---|---|---|
| | Printed/Typed Name RANDY Fox | Signature Randy Fox | Month 3 | Day 13 | Year 86 |
| | 18. Transporter 2 Acknowledgement of Receipt of Materials | | | Date | |
| | Printed/Typed Name | Signature | Month | Day | Year |

| F A C I L I T Y | 19. Discrepancy Indication Space |
|---|---|
| | 20. Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted in Item 19. |

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| Amos H. Shelton, Jr. | | 3 | 14 | 86 |

Style F15-6      Labelmaster, Chicago, IL 60646  (312) 478-0900                                      EPA Form 8700-22 (3-84)

L68-182219 - 77830

Please print or type.   (Form designed for use on elite (12-pitch) typewriter.)

Form Approved. OMB No. 2000-0404. Expires 7-31-86

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No. IND006062467 | Manifest Document No. R0015 | 2. Page 1 of 1 | Information in the shaded areas is not required by Federal law. |
|---|---|---|---|---|

| 3. Generator's Name and Mailing Address | A. State Manifest Document Number |
|---|---|

WESTINGHOUSE ELECTRIC CORP
300 NORTH CURRY PIKE - P. O. BOX 341
BLOOMINGTON, INDIANA 47402

B. State Generator's ID

4. Generator's Phone ( 812 )   332-4421

| 5. Transporter 1 Company Name | 6. US EPA ID Number | C. State Transporter's ID |
|---|---|---|
| LWD INC | KYD088438817 | D. Transporter's Phone (502) 395-8313 |

| 7. Transporter 2 Company Name | 8. US EPA ID Number | E. State Transporter's ID |
|---|---|---|
| | | F. Transporter's Phone |

| 9. Designated Facility Name and Site Address | 10. US EPA ID Number | G. State Facility's ID |
|---|---|---|
| LWD INC P. O. BOX 327 CALVERT CITY, KENTUCKY 42029 | KYD088433817 | H. Facility's Phone (502) 395-8313 |

| 11. US DOT Description (Including Proper Shipping Name, Hazard Class and ID Number) | 12. Containers | | 13. Total Quantity | 14. Unit Wt/Vol | I. Waste No. |
|---|---|---|---|---|---|
| | No. | Type | | | |
| a. WASTE OILS, NOS NA1270 (WASTE OIL & WATER) | 1 | T | 4000 | G | |
| b. | | | | | |
| c. | | | | | |
| d. | | | | | |

| J. Additional Descriptions for Materials Listed Above | K. Handling Codes for Wastes Listed Above |
|---|---|
| NO PLACARDS REQUIRED PRODUCT CODE CS595 | T06/T07 |

15. Special Handling Instructions and Additional Information
EMERGENCY RESPONSE INFORMATION:
CONTACT - WESTINGHOUSE ELECTRIC CORP - R. B. SAWYER (812) 332-4421 EXT 220
NATIONAL RESPONSE CENTER              1-800-424-8802
IN D.C.                                          426-2675

16. GENERATOR'S CERTIFICATION: Unless I am a small quantity generator who has been exempted by statute or regulation from the duty to make a waste minimization certification under Section 3002(b) of RCRA, I also certify that I have a program in place to reduce the volume and toxicity of waste generated to the degree I have determined to be economically practicable and I have selected the method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and the environment.

| Printed/Typed Name | Signature | | Date Month Day Year |
|---|---|---|---|
| PATRICK S. GOVEIA | | | 7 7 86 |

17. Transporter 1 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Date Month Day Year |
|---|---|---|
| | | 7 7 86 |

18. Transporter 2 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Date Month Day Year |
|---|---|---|
| | | |

19. Discrepancy Indication Space

20. Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted in Item 19.

| Printed/Typed Name | Signature | Date Month Day Year |
|---|---|---|
| AMOS H. SHELTON JR. | | 07 08 86 |

Style F15-6      Labelmaster, Chicago, IL 60646  (312) 478-0900

EPA Form 8700-22 (3-84)

L68-171550 - 78928

Please print or type.   (Form designed for use on elite (12-pitch) typewriter.)                    Form Approved, OMB No. 2000-0404. Expires 7-31-86

| UNIFORM HAZARDOUS WASTE MANIFEST | 21. Generator's US EPA ID No. IND006062467 | Manifest Document No. K0016 | 2. Page 1 of 1 | Information in the shaded areas is not required by Federal law. |
|---|---|---|---|---|

| 3. Generator's Name and Mailing Address | A. State Manifest Document Number |
|---|---|

WESTINGHOUSE ELECTRIC CORP
300 NORTH CURRY PIKE & P. O. BOX 341
BLOOMINGTON, INDIANA 47402

B. State Generator's ID

4. Generator's Phone ( 812 )  332-4421

| 5. Transporter 1 Company Name | 6. | US EPA ID Number | C. State Transporter's ID |
|---|---|---|---|
| LWD INC | | KYD088438817 | D. Transporter's Phone (502) 395-8313 |

| 7. Transporter 2 Company Name | 8. | US EPA ID Number | E. State Transporter's ID |
|---|---|---|---|
| | | | F. Transporter's Phone |

| 9. Designated Facility Name and Site Address | 10. | US EPA ID Number | G. State Facility's ID |
|---|---|---|---|
| LWD INC P. O. BOX 327 CALVERT CITY, KENTUCKY 42029 | | KYD088433817 | H. Facility's Phone (502) 395-8313 |

| 11. US DOT Description (Including Proper Shipping Name, Hazard Class and ID Number) | 12. Containers | | 13. Total Quantity | 14. Unit Wt/Vol | I. Waste No. |
|---|---|---|---|---|---|
| | No. | Type | | | |
| a. WASTE OILS, NOS NA1270 (WASTE OIL & WATER) | 1 | TT | 4000 | G | |
| b. | | | | | |
| c. | | | | | |
| d. | | | | | |

J. Additional Descriptions for Materials Listed Above

NO PLACARDS REQUIRED
PRODUCT CODE CS595   C 595

K. Handling Codes for Wastes Listed Above

T06/T07

15. Special Handling Instructions and Additional Information
EMERGENCY RESPONSE INFORMATION:
CONTACT - WESTINGHOUSE ELECTRIC CORP - R. B. SAWYER (812) 332-4421 EXT 220
NATIONAL RESPONSE CENTER   1-800-424-8802
426-2675

16. GENERATOR'S CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national government regulations.
Unless I am a small quantity generator who has been exempted by statute or regulation from the duty to make a waste minimization certification under Section 3002(b) of RCRA, I also certify that I have a program in place to reduce the volume and toxicity of waste generated to the degree I have determined to be economically practicable and I have selected the method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and the environment.

| Printed/Typed Name PATRICK S. GOVEIA | Signature Patrick S. Goveia | Month 12 | Day 01 | Year 86 |
|---|---|---|---|---|

| 17. Transporter 1 Acknowledgement of Receipt of Materials | | | | |
|---|---|---|---|---|
| Printed/Typed Name RANDY FOX | Signature Randy Fox | Month 12 | Day 01 | Year 86 |

| 18. Transporter 2 Acknowledgement of Receipt of Materials | | | | |
|---|---|---|---|---|
| Printed/Typed Name | Signature | Month | Day | Year |

19. Discrepancy Indication Space

| 20. Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted in Item 19. | | | | |
|---|---|---|---|---|
| Printed/Typed Name Amos H. Shelton Jr. | Signature Amos H. Shelton | Month 12 | Day 02 | Year 86 |

Style F15R-6      Labelmaster, Div. of American Labelmark Co. Inc. 60646                    EPA Form 8700-22 (Rev. 4-85) Previous edition is obsolete.

L68-187500 • 79586

Please print or type. (Form designed for use on elite (12-pitch) typewriter.)   Form Approved OMB No. 2050-0039. Expires 9-30-88

| | UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No. IND006062467 | Manifest Document No. K0017 | 2 Page 1 of 1 | Information in the shaded areas is not required by Federal law. |
|---|---|---|---|---|---|

3. Generator's Name and Mailing Address
**WESTINGHOUSE ELECTRIC CORP**
**300 NORTH CURRY PIKE • P. O. BOX 341**
**BLOOMINGTON, INDIANA 47402**

4. Generator's Phone ( 812 )  332-4421

A. State Manifest Document Number

B. State Generator's ID

| 5. Transporter 1 Company Name LWD INC | 6. | US EPA ID Number KYD088438817 |
|---|---|---|

C. State Transporter's ID
D. Transporter's Phone (502) 395-8313

| 7. Transporter 2 Company Name | 8. | US EPA ID Number |
|---|---|---|

E. State Transporter's ID
F. Transporter's Phone

9. Designated Facility Name and Site Address
**LWD INC**
**P. O. BOX 327**
**CALVERT CITY, KENTUCKY 42029**

10. US EPA ID Number KYD088438817

G. State Facility's ID
H. Facility's Phone (502) 395-8313

| 11. US DOT Description (Including Proper Shipping Name, Hazard Class and ID Number) | 12. Containers No. | Type | 13. Total Quantity | 14. Unit Wt/Vol | Waste No. |
|---|---|---|---|---|---|
| a. WASTE OILS, NOS NA1270 (WASTE OIL & WATER) | 1 | TT | 4000 | G | |
| b. | | | | | |
| c. | | | | | |
| d. | | | | | |

J. Additional Descriptions for Materials Listed Above
**NO PLACARDS REQUIRED**
**PRODUCT CODE C5595**

K. Handling Codes for Wastes Listed Above
**T06/T07**

15. Special Handling Instructions and Additional Information
**EMERGENCY RESPONSE INFORMATION:**
**CONTACT - WESTINGHOUSE ELECTRIC CORP - R. B. SAWYER (812) 332-4421 EXT 220**
**NATIONAL RESPONSE CENTER          1-800-424-8802**
**426-2675**

16. GENERATOR'S CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national government regulations.

If I am a large quantity generator, I certify that I have a program in place to reduce the volume and toxicity of waste generated to the degree I have determined to be economically practicable and that I have selected the practicable method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and the environment; OR, if I am a small quantity generator, I have made a good faith effort to minimize my waste generation and select the best waste management method that is available to me and that I can afford.

| Printed/Typed Name PATRICK S. GOVEIA | Signature | Month 03 Day 11 Year 87 |
|---|---|---|

17. Transporter 1 Acknowledgement of Receipt of Materials

| Printed/Typed Name RANDY FOX | Signature | Month 03 Day 11 Year 87 |
|---|---|---|

18. Transporter 2 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Month Day Year |
|---|---|---|

19. Discrepancy Indication Space

20. Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted in Item 19.

| Printed/Typed Name Amos H. Shelton Jr. | Signature | Month 03 Day 12 Year 87 |
|---|---|---|

Style F15REV-6  Labelmaster, Div. of American Labelmark Co. Inc. 60646

EPA Form 8700-22 (Rev. 9/86) Previous editions are obsolete.

Please print or type. (Form designed for use on elite (12-pitch) typewriter.)   Form Approved OMB No. 2050-0039. Expires 9-30-88

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No.<br>IND006062467 | Manifest Document No.<br>K0018 | 2. Page 1<br>of | Information in the shaded areas is not required by Federal law. |
|---|---|---|---|---|

3. Generator's Name and Mailing Address
WESTINGHOUSE ELECTRIC CORP
P. O. BOX 341 - 300 NORTH CURRY PIKE
BLOOMINGTON, INDIANA 47402
4. Generator's Phone ( 812 )   332-4421

A. State Manifest Document Number

B. State Generator's ID

| 5. Transporter 1 Company Name<br>ILWD | 6. US EPA ID Number<br>KYD084 38817 |
|---|---|

C. State Transporter's ID
D. Transporter's Phone (502) 395-8313

| 7. Transporter 2 Company Name | 8. US EPA ID Number |
|---|---|

E. State Transporter's ID
F. Transporter's Phone

9. Designated Facility Name and Site Address
LWD INC
P. O. BOX 327
CALVERT CITY, KENTUCKY 42029
10. US EPA ID Number
KYD0884 38817

G. State Facility's ID
H. Facility's Phone (502) 395-8313

| 11. US DOT Description (Including Proper Shipping Name, Hazard Class and ID Number) | 12. Containers | | 13. Total Quantity | 14. Unit Wt/Vol | I. Waste No. |
|---|---|---|---|---|---|
| | No. | Type | | | |
| a. WASTE OILS, NOS NA1270<br>(WASTE OIL & WATER) | 1 | TT | 4500 | G | |
| b. | | | | | |
| c. | | | | | |
| d. | | | | | |

J. Additional Descriptions for Materials Listed Above
NO PLACARDS REQUIRED
PRODUCT CODE CS595

K. Handling Codes for Wastes Listed Above
T06/T07

15. Special Handling Instructions and Additional Information   EMERGENCY RESPONSE INFORMATION:
CONTACT - WESTINGHOUSE ELECTRIC CORP - R. B. SAWYER (812) 332-4421 EXT 220
NATIONAL RESPONSE CENTER   1-800-424-8802
IN D.C.   426-2675

16. GENERATOR'S CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national government regulations.

If I am a large quantity generator, I certify that I have a program in place to reduce the volume and toxicity of waste generated to the degree I have determined to be economically practicable and that I have selected the practicable method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and the environment; OR, if I am a small quantity generator, I have made a good faith effort to minimize my waste generation and select the best waste management method that is available to me and that I can afford.

| Printed/Typed Name<br>PATRICK S. GOVEIA | Signature | Month 06 | Day 05 | Year 87 |
|---|---|---|---|---|

17. Transporter 1 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Month 06 | Day 05 | Year 87 |
|---|---|---|---|---|

18. Transporter 2 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|

19. Discrepancy Indication Space

20. Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted in Item 19.

| Printed/Typed Name<br>Amos H. Shelton Jr. | Signature | Month 06 | Day 08 | Year 87 |
|---|---|---|---|---|

Style F15REV-6   Labelmaster, Div. of American Labelmark Co. Inc. 60646        EPA Form 8700-22 (Rev. 9/86) Previous editions are obsolete.

Please print or type. (Form designed for use on elite (12-pitch) typewriter.)    Form Approved OMB No. 2050-0039. Expires 9-30-88

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No. IND006062467 | Manifest Document No. K0019 | 2. Page 1 of 1 | Information in the shaded areas is not required by Federal law. |
|---|---|---|---|---|

3. Generator's Name and Mailing Address
WESTINGHOUSE ELECTRIC CORP
P. O. BOX 341 - 300 NORTH CURRY PIKE
BLOOMINGTON, INDIANA 47402

A. State Manifest Document Number

4. Generator's Phone (812) 332-4421

B. State Generator's ID

5. Transporter 1 Company Name     6.    US EPA ID Number
XLWD                                   KYD088438817

C. State Transporter's ID
D. Transporter's Phone (502) 395-8313

7. Transporter 2 Company Name     8.    US EPA ID Number

E. State Transporter's ID
F. Transporter's Phone

9. Designated Facility Name and Site Address    10.    US EPA ID Number
LWD INC
P. O. BOX 327
CALVERT CITY, KENTUCKY 42029        KYD088438817

G. State Facility's ID
H. Facility's Phone (502) 395-8313

| 11. US DOT Description (Including Proper Shipping Name, Hazard Class and ID Number) | | 12. Containers No. | Type | 13. Total Quantity | 14. Unit Wt/Vol | I. Waste No. |
|---|---|---|---|---|---|---|
| a. | WASTE OILS, NOS NA1270 (WASTE OIL & WATER) | 1 | TT | 4000 | G | |
| b. | | | | | | |
| c. | | | | | | |
| d. | | | | | | |

J. Additional Descriptions for Materials Listed Above
NO PLACARDS REQUIRED
PRODUCT CODE CS595

K. Handling Codes for Wastes Listed Above
T06/T07

15. Special Handling Instructions and Additional Information    EMERGENCY RESPONSE INFORMATION:
CONTACT - WESTINGHOUSE ELECTRIC CORP - R. B. SAWYER (812)332-4421 EXT 220
NATIONAL RESPONSE CENTER        1-800-424-8802
IN D.C.                                    426-2675

16. GENERATOR'S CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national government regulations.

If I am a large quantity generator, I certify that I have a program in place to reduce the volume and toxicity of waste generated to the degree I have determined to be economically practicable and that I have selected the practicable method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and the environment; OR, if I am a small quantity generator, I have made a good faith effort to minimize my waste generation and select the best waste management method that is available to me and that I can afford.

| Printed/Typed Name PATRICK S. GOVEIA | Signature | Month 08 Day 21 Year 87 |
|---|---|---|

17. Transporter 1 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Month 08 Day 21 Year 87 |
|---|---|---|

18. Transporter 2 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Month Day Year |
|---|---|---|

19. Discrepancy Indication Space

20. Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted in Item 19.

| Printed/Typed Name Amos H. Shelton | Signature | Month 08 Day 24 Year 87 |
|---|---|---|

Style F15REV-6   Labelmaster, Div. of American Labelmark Co. Inc. 60646          EPA Form 8700-22 (Rev 9/86) Previous editions are obsolete.

FILE COPY OR STATE COPY

Please print or type. (Form designed for use on elite (12-pitch) typewriter.)                    Form Approved OMB No. 2050-0039. Expires 9-30-88

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No. IND006062467 | Manifest Document No. K0020 | 2. Page 1 of 1 | Information in the shaded areas is not required by Federal law. |
|---|---|---|---|---|

3. Generator's Name and Mailing Address
**WESTINGHOUSE ELECTRIC CORP
300 NORTH CURRY PIKE
BLOOMINGTON, INDIANA 47401**
4. **332-4421**

A. State Manifest Document Number

B. State Generator's ID

| 5. Transporter 1 Company Name LWD TRUCKING, INC. | 6. | US EPA ID Number KYD981477821 |
|---|---|---|

C. State Transporter's ID
D. Transporter's Phone **502-395-8313**

| 7. Transporter 2 Company Name | 8. | US EPA ID Number |
|---|---|---|

E. State Transporter's ID
F. Transporter's Phone

9. Designated Facility Name and Site Address     10.     US EPA ID Number
**LWD INC
P. O. BOX 327
CALVERT CITY, KENTUCKY 42029   |   KYD088438817**

G. State Facility's ID
H. Facility's Phone **502-395-8313**

| 11. US DOT Description (Including Proper Shipping Name, Hazard Class and ID Number) | 12. Containers No. | Type | 13. Total Quantity | 14. Unit Wt/Vol | Waste No. |
|---|---|---|---|---|---|
| a. **WASTE OILS, NOS NA1270 (WASTE OIL & WATER)** | 1 | TT | 4000 | G | |
| b. | | | | | |
| c. | | | | | |
| d. | | | | | |

.1025/lb

J. Additional Descriptions for Materials Listed Above
**NO PLACARDS REQUIRED
PRODUCT CODE CS895**

K. Handling Codes for Wastes Listed Above
**T06/T07**

15. Special Handling Instructions and Additional Information   **EMERGENCY RESPONSE INFORMATION:
CONTACT - WESTINGHOUSE ELECTRIC CORP - R. B. SAWYER 812-332-4421 EXT 220
NATIONAL RESPONSE CENTER   1-800-424-8802
IN D.C.                    426-2675**

16. GENERATOR'S CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national government regulations.

If I am a large quantity generator, I certify that I have a program in place to reduce the volume and toxicity of waste generated to the degree I have determined to be economically practicable and that I have selected the practicable method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and the environment; OR, if I am a small quantity generator, I have made a good faith effort to minimize my waste generation and select the best waste management method that is available to me and that I can afford.

| Printed/Typed Name  Patrick S. Garcia | Signature  Patrick S. Garcia | Month 11 | Day 30 | Year 87 |
|---|---|---|---|---|

17. Transporter 1 Acknowledgement of Receipt of Materials

| Printed/Typed Name  RANDY FOX | Signature  Randy Fox | Month 11 | Day 30 | Year 87 |
|---|---|---|---|---|

18. Transporter 2 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|

19. Discrepancy Indication Space

20. Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted in item 19.

| Printed/Typed Name  Kean McKinney | Signature | Month 11 | Day 30 | Year 87 |
|---|---|---|---|---|

Style F15REV-6  Labelmaster, Div. of American Labelmark Co. Inc. 60646          EPA Form 8700-22 (Rev. 9-86) Previous editions are obsolete.

TRANSPORTER #2

L68

Please print or type. (Form designed for use on elite (12-pitch) typewriter.)

Form Approved OMB No. 2050-0039. Expires 9-30-88

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No. IND006062467 | Manifest Document No K0021 | 2. Page 1 of 1 | Information in the shaded areas is not required by Federal law. |

3. Generator's Name and Mailing Address
WESTINGHOUSE ELECTRIC CORP
300 NORTH CURRY PIKE - P. O. BOX 341
BLOOMINGTON, INDIANA 47402

4. Generator's Phone ( 812 ) 332-4421

A. State Manifest Document Number

B. State Generator's ID

| 5. Transporter 1 Company Name LWD TRUCKING, INC | 6. US EPA ID Number KYD981477821 |
| 7. Transporter 2 Company Name | 8. US EPA ID Number |

C. State Transporter's ID
D. Transporter's Phone 502-395-8313
E. State Transporter's ID
F. Transporter's Phone

9. Designated Facility Name and Site Address
LWD INC
P. O. BOX 327
CALVERT CITY, KENTUCKY 42029

10. US EPA ID Number KYD088438817

G. State Facility's ID
H. Facility's Phone 502-395-8313

| 11. US DOT Description (Including Proper Shipping Name, Hazard Class and ID Number) | 12. Containers | | 13. Total Quantity | 14. Unit Wt/Vol | I. Waste No. |
| | No. | Type | | | |
| a. WASTE OILS, NOS NA1270 (WASTE OIL & WATER) | 1 | TT | 4000 | G | |
| b. | | | | | |
| c. | | | | | |
| d. | | | | | |

*(handwritten notes across rows b-d):* CS95 + CW76 increase to 78¢/lb + CS95 back to $.12/lb. 10.25/lb

J. Additional Descriptions for Materials Listed Above
NO PLACARDS REQUIRED
PRODUCT CODE CS95

K. Handling Codes for Wastes Listed Above
T06/T07

15. Special Handling Instructions and Additional Information
EMERGENCY RESPONSE INFORMATION:
CONTACT - WESTINGHOUSE ELECTRIC CORP - R. B. SAWYER 812-332-4421 EXT 220
NATIONAL RESPONSE CENTER 1-800-424-8802
426-2675
L.W.D.

16. GENERATOR'S CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national government regulations.

If I am a large quantity generator, I certify that I have a program in place to reduce the volume and toxicity of waste generated to the degree I have determined to be economically practicable and that I have selected the practicable method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and the environment; OR, if I am a small quantity generator, I have made a good faith effort to minimize my waste generation and select the best waste management method that is available to me and that I can afford.

| Printed/Typed Name PATRICK S. GARCIA | Signature Patrick S Garcia | Month 03 Day 21 Year 88 |

17. Transporter 1 Acknowledgement of Receipt of Materials
| Printed/Typed Name RANDALL T. RILEY | Signature Randall T. Riley | Month 03 Day 21 Year 88 |

18. Transporter 2 Acknowledgement of Receipt of Materials
| Printed/Typed Name | Signature | Month Day Year |

19. Discrepancy Indication Space

20. Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted in Item 19.
| Printed/Typed Name Kean McKinney | Signature Kean McKinney | Month 03 Day 22 Year 88 |

Style F15REV-6 Labelmaster, Div. of American Labelmark Co. Inc. 60646

EPA Form 8700-22 (Rev. 9/86) Previous editions are obsolete.

L68-200200 - 33433

Please print or type. (Form designed for use on elite (12-pitch) typewriter.)

Form Approved OMB No. 2050-0039. Expires 9-30-88

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No. IND006062467 | Manifest Document No. K0023 | 2. Page 1 of | Information in the shaded areas is not required by Federal law. |
|---|---|---|---|---|

3. Generator's Name and Mailing Address
WESTINGHOUSE ELECTRIC CORP
300 NORTH CURRY PIKE - P. O. BOX 341
BLOOMINGTON INDIANA 47402

A. State Manifest Document Number

4. Generator's Phone ( 812 )   332-4421

B. State Generator's ID

| 5. Transporter 1 Company Name LWD TRUCKING, INC | 6. | US EPA ID Number KYD981477821 |
|---|---|---|

C. State Transporter's ID
D. Transporter's Phone 502-395-8313

| 7. Transporter 2 Company Name | 8. | US EPA ID Number |
|---|---|---|

E. State Transporter's ID
F. Transporter's Phone

9. Designated Facility Name and Site Address
LWD INC
P. O. BOX 327
CALVERT CITY, KENTUCKY

10. US EPA ID Number
KYD088438817

G. State Facility's ID
H. Facility's Phone 502-395-8313

| 11. US DOT Description (Including Proper Shipping Name, Hazard Class and ID Number) | | 12. Containers No. | Type | 13. Total Quantity | 14. Unit Wt/Vol | I. Waste No. |
|---|---|---|---|---|---|---|
| a. | WASTE OILS, NOS NA1270 (WASTE OIL & WATER) | 1 | TT | 1500 | G | |
| b. | | | | | | |
| c. | | | | | | |
| d. | | | | | | |

J. Additional Descriptions for Materials Listed Above
NO PLACARDS REQUIRED
PRODUCT CODE CS95

K. Handling Codes for Wastes Listed Above
T06/T07

15. Special Handling Instructions and Additional Information    EMERGENCY RESPONSE INFORMATION:
CONTACT - WESTINGHOUSE ELECTRIC CORP - R. B. SAWYER 812-332-4421 EXT 220
NATIONAL RESPONSE CENTER 1-800-424-8802
IN D. C.                 426-2675

16. GENERATOR'S CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national government regulations.

If I am a large quantity generator, I certify that I have a program in place to reduce the volume and toxicity of waste generated to the degree I have determined to be economically practicable and that I have selected the practicable method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and the environment; OR, if I am a small quantity generator, I have made a good faith effort to minimize my waste generation and select the best waste management method that is available to me and that I can afford.

| Printed/Typed Name PATRICK S. GOVEIA | Signature Patrick S. Goveia | Month 07 | Day 18 | Year 88 |
|---|---|---|---|---|

17. Transporter 1 Acknowledgement of Receipt of Materials

| Printed/Typed Name Joe Moreland | Signature Joe Moreland | Month 07 | Day 18 | Year 88 |
|---|---|---|---|---|

18. Transporter 2 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|

19. Discrepancy Indication Space

20. Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted in Item 19.

| Printed/Typed Name Kean Mckinney | Signature | Month 07 | Day 19 | Year 88 |
|---|---|---|---|---|

Style F15REV-6  Labelmaster, Div. of American Labelmark Co. Inc. 60646

EPA Form 8700-22 (Rev 9/86) Previous editions are obsolete.

Please print or type.   (Form designed for use on elite (12-pitch) typewriter.)                              Form Approved. OMB No. 2000-0404. Expires 7-31-86

| UNIFORM HAZARDOUS WASTE MANIFEST | 21. Generator's US EPA ID No. IND006062582 | Manifest Document No. 00855 | 2. Page 1 of 1 | Information in the shaded areas is not required by Federal law. |
|---|---|---|---|---|

**3. Generator's Name and Mailing Address**
Westinghouse Electric
23rd St. & Cowan Rd., Muncie, In.  47302

**4. Generator's Phone (  317  )  286-9257**

**5. Transporter 1 Company Name**
LWD, Inc.

**6. US EPA ID Number**
KYD 088438817

**7. Transporter 2 Company Name**

**8. US EPA ID Number**

**9. Designated Facility Name and Site Address**
LWD, Inc.
P.O. Box 327
Calvert City, Ky.  42029

**10. US EPA ID Number**
KYD 088438817

A. State Manifest Document Number
B. State Generator's ID
C. State Transporter's ID
D. Transporter's Phone 502-395-8313
E. State Transporter's ID
F. Transporter's Phone
G. State Facility's ID
H. Facility's Phone 502-395-8313

| 11. US DOT Description (Including Proper Shipping Name, Hazard Class and ID Number) | 12. Containers No. | Type | 13. Total Quantity | 14. Unit Wt/Vol | Waste No. |
|---|---|---|---|---|---|
| a. Waste Paint, Flammable Liquid UN1263 | 5 | DM | 275 | G | D001 CV-70 |
| b. Waste Paint, Flammable Liquid UN1263 | 2 | DM | 110 | G | D001 CV-71 |
| c. ~~Waste Resin Solution, Flammable Liquid~~ Void ~~UN1866~~ 290 | 1 | ~~DM~~ | | ~~G~~ | ~~D001~~ ~~CV-91~~ |
| d. | | | | | |

**J. Additional Descriptions for Materials Listed Above**
a. CV-70
b. CV-71
c. ~~CV-91~~

**K. Handling Codes for Wastes Listed Above**
T06/T07

**15. Special Handling Instructions and Additional Information**

**16. GENERATOR'S CERTIFICATION:** Unless I am a small quantity generator who has been exempted by statute or regulation from the duty to have a waste minimization certification under Section 3002(b) of RCRA, I also certify that I have a program in place to reduce the volume and toxicity of waste generated to the degree I have determined to be economically practicable and I have selected the method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and the environment.

| Printed/Typed Name E. J. O'Korn | Signature E.J.O'Korn | Month 09 | Day 18 | Year 85 |
|---|---|---|---|---|

**17. Transporter 1 Acknowledgement of Receipt of Materials**

| Printed/Typed Name Roger Halper | Signature Roger Halper | Month 9 | Day 18 | Year 85 |
|---|---|---|---|---|

**18. Transporter 2 Acknowledgement of Receipt of Materials**

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|

**19. Discrepancy Indication Space**

**20. Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted in Item 19.**

| Printed/Typed Name Amos H. Shelton, Jr. | Signature | Month 9 | Day 19 | Year 85 |
|---|---|---|---|---|

Style F15-6    Labelmaster, Chicago, IL 60646                                    EPA Form 8700-22 (3-84)

TRANSPORTER #1

CONFIDENTIAL

Please print or type   (Form designed for use on elite (12-pitch) typewriter)                Form Approved. OMB No. 2000-0404

**UNIFORM HAZARDOUS WASTE MANIFEST**

| | |
|---|---|
| 3. Generator's Name and Mailing Address | A. State Manifest Document Number |
| **Westinghouse Electric Corp.** | |
| **23rd St. & Cowan Rd., Muncie, In. 47302** | B. State Generator's ID |
| 4. Generator's Phone ( **317** ) **286-0257** | |
| 5. Transporter 1 Company Name         6.         US EPA ID Number | C. State Transporter's ID |
| **LWD, Inc.**                        **KYD008438817** | D. Transporter's Phone **502-395-8313** |
| 7. Transporter 2 Company Name         8.         US EPA ID Number | E. State Transporter's ID |
| | F. Transporter's Phone |
| 9. Designated Facility Name and Site Address  10.  US EPA ID Number | G. State Facility's ID |
| **LWD, Inc.** | |
| **Off Highway 1523** | H. Facility's Phone |
| **Calvert City, Ky. 42029**     **KYD 088438817** | **502-395-8313** |

| 11. US DOT Description (Including Proper Shipping Name, Hazard Class and ID Number) | | 12. Containers | | 13. Total Quantity | 14. Unit Wt/Vol | I. Waste No. |
|---|---|---|---|---|---|---|
| | HM | No. | Type | | | |
| a. X | Waste Paint, Flammable Liquid         UN1263 | 4 | DM | 220 | G | D001 D007 |
| b. X | Waste Paint, Flammable Liquid         UN1263 | #3 | DM | ~~110~~ 165 | G | D001 D007 |
| c. X | Waste Resin Solution, Flammable Liquid   UN1866 | 1 | DM | 20 | G | D001 |
| d. | | | | | | |

| J. Additional Descriptions for Materials Listed Above | K. Handling Codes for Wastes Listed Above |
|---|---|
| a. CV-70 | |
| b. CV-71 | |
| c. (CW-91) | T06/T07 |

15. Special Handling Instructions and Additional Information

16. **GENERATOR'S CERTIFICATION:** Unless I am a small quantity generator who has been exempted by statute or regulation from the duty to make a waste minimization certification under Section 3002(b) of RCRA, I also certify that I have a program in place to reduce the volume and toxicity of waste generated to the degree I have determined to be economically practicable and I have selected the method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and the environment.

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| E. J. O'Korn | E. J. O'Korn | 12 | 11 | 85 |

17. Transporter 1 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| LWD Lloyd Bennett | Lloyd B. Ashns | 12 | 11 | 85 |

18. Transporter 2 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| | | Month | Day | Year |

19. Discrepancy Indication Space

20. Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted in Item 19.

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| Amos H. Shelton, Jr. | | 12 | 13 | 85 |

Style F15-6   Labelmaster, Chicago, IL 60646                    EPA Form 8700-22 (3-84)

**TRANSPORTER #2**

Please print or type.   (Form designed for use on elite (12-pitch) typewriter.)                    Form Approved. OMB No. 2000-0404. Expires 7-31-86

| ▲ UNIFORM HAZARDOUS WASTE MANIFEST | 21. Generator's US EPA ID No. IND006062582 | Manifest Document No. 00863 | 2. Page 1 of 1 | Information in the shaded areas is not required by Federal law. |
|---|---|---|---|---|

| 3. Generator's Name and Mailing Address | A. State Manifest Document Number |
|---|---|
| Westinghouse Electric Corp. 23rd St. & Cowan Rd., Muncie, In.   47302 | B. State Generator's ID |
| 4. Generator's Phone ( 317 )  286-9257 | |

| 5. Transporter 1 Company Name LWD, Inc. | 6. | US EPA ID Number KYD088438817 | C. State Transporter's ID |
|---|---|---|---|
| | | | D. Transporter's Phone 502-395-8313 |
| 7. Transporter 2 Company Name | 8. | US EPA ID Number | E. State Transporter's ID |
| | | | F. Transporter's Phone |

| 9. Designated Facility Name and Site Address LWD, Inc. Off Highway 1523 Calvert City, Ky.   42029 | 10. | US EPA ID Number KYD088438817 | G. State Facility's ID |
|---|---|---|---|
| | | | H. Facility's Phone (502) 395-8313 |

| | 11. US DOT Description (Including Proper Shipping Name, Hazard Class and ID Number) | HM | 12. Containers No. | Type | 13. Total Quantity | 14. Unit Wt/Vol | I. Waste No. |
|---|---|---|---|---|---|---|---|
| a. | X | Waste Paint, Flammable Liquid, UN1263 | 4 | DM | 275 220 * | G | D001 D007 |
| b. | X | Waste Paint Flammable Liquid, UN1263 | 1 | DM | 55 | G | D001 D007 |
| c. | | | | | | | |
| d. | | | | | | | |

| J. Additional Descriptions for Materials Listed Above  A.  CV-70  B.  CV-71 | K. Handling Codes for Wastes Listed Above  T06/T07 |
|---|---|

15. Special Handling Instructions and Additional Information

16. GENERATOR'S CERTIFICATION: Unless I am a small quantity generator who has been exempted by statute or regulation from the duty to make a waste minimization certification under Section 3002(b) of RCRA, I also certify that I have a program in place to reduce the volume and toxicity of waste generated to the degree I have determined to be economically practicable and I have selected the method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and the environment.

| Printed/Typed Name E. J. O'Korn | Signature  E J O'Korn | Date Month 03 Day 06 Year 86 |
|---|---|---|

| 17. Transporter 1 Acknowledgement of Receipt of Materials | | Date |
|---|---|---|
| Printed/Typed Name  Roger Harper | Signature  Roger Harper | Month 3 Day 6 Year 86 |

| 18. Transporter 2 Acknowledgement of Receipt of Materials | | Date |
|---|---|---|
| Printed/Typed Name | Signature | Month Day Year |

19. Discrepancy Indication Space
* Arithmetic error. 4 x 55 = 220 Gallons. Correction made per phone call to Ed O'Korn  [signature] 3/7

| 20. Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted in Item 19. | | Date |
|---|---|---|
| Printed/Typed Name  Amos H. Shelton, Jr. | Signature  [signature] | Month 3 Day 7 Year 86 |

Style F15-6     Labelmaster, Chicago, IL 60646                                   EPA Form 8700-22 (3-84)

Division of Land Pollution Control - Manifest
Indiana State Board of Health
P.O. Box 7035
Indianapolis, IN 46207-7035
Please print or type.    (Form designed for use on elite (12-pitch) typewriter)

**DO NOT WRITE IN THIS SPACE**

Form Approved OMB No. 2000 0404 Expires 7 31 86

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No. | Manifest Document No. | 2. Page 1 of | Information in the shaded areas is not required by Federal law |
|---|---|---|---|---|

1. Generator's US EPA ID No.  I N D 0 0 6 0 6 2 5 8 2

2. Page 1 of   1

3. Generator's Name
Westinghouse Electric
23rd St. & Cowan Rd., Muncie, In.  47302

A. State Manifest Document Number
IN 012012

4. Generator's Phone ( 317 ) 286-9257

B. State Generator's ID

5. Transporter 1 Company Name
LWD, Inc.    6. US EPA ID Number  K Y D 0 8 8 4 3 8 8 1 7

C. State Transporter's ID
D. Transporter's Phone 502-395-8313

7. Transporter 2 Company Name    8. US EPA ID Number

E. State Transporter's ID
F. Transporter's Phone

9. Designated Facility Name and Site Address
LWD, Inc.
Off Highway 1523
Calvert City, Ky.  42029    10. US EPA ID Number  K Y D 0 8 8 4 3 8 8 1 7

G. State Facility's ID
H. Facility's Phone
(502) 395-8313

| 11. US DOT Description (Including Proper Shipping Name, Hazard Class, and ID Number) | 12. Containers No. | Type | 13. Total Quantity | 14. Unit Wt/Vol | I. Waste No. |
|---|---|---|---|---|---|
| a. Waste Paint, Flammable Liquid UN 1263 | 0 4 | D M | 2 2 0 | G | D001 D007 |
| b. Waste Paint, Flammable Liquid UN 1263 | 0 2 | D M | 1 1 0 | G | D001 D007 |
| c. Waste Paint, Flammable Liquid UN 1263 | 0 1 | D M | 8 0 | G | D001 D007 |
| d. | | | | | |

J. Additional Descriptions for Materials Listed Above
A. CV70
B. CV71
C. CV71 (Over-pak drum)

K. Handling Codes for Wastes Listed Above

15. Special Handling Instructions and Additional Information

16. GENERATOR'S CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national government regulations.

Unless I am a small quantity generator who has been exempted from the duty to make a waste minimization certification under Section 3002(b) of RCRA, I also certify that I have a program in place to reduce the volume and toxicity of waste generated to the degree I have determined to be economically practicable and that I have selected the method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and the environment

| Printed/Typed Name E. J. O'Korn | Signature E. J. O'Korn | Month 0 6 | Day 0 3 | Year 86 |
|---|---|---|---|---|

17. Transporter 1 Acknowledgement of Receipt of Materials

| Printed/Typed Name BRUCE TAYLOR | Signature Bruce Taylor | Month 0 6 | Day 0 3 | Year 86 |
|---|---|---|---|---|

18. Transporter 2 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|

19. Discrepancy Indication Space

20. Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted item 19.

| Printed/Typed Name AMOS H. SHELTON JR. | Signature Amos Shelton Jr. | Month 06 | Day 04 | Year 86 |
|---|---|---|---|---|

EPA Form 8700-22A (Rev. 11-85)    UHWM 2/1 P2

IN 012012

TRADE SECRET PROPRIETARY   DO NOT WHITE IN THIS   **CONFIDENTIAL**

Indianapolis, IN 46207-7035

Please print or type.    (Form designed for use on elite (12-pitch) typewriter)

Form Approved OMB No. 2000-0404 Expires 7-31-86

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No. | Manifest Document No. | 2. Page 1 of | Information in the shaded areas is not required by Federal law |
|---|---|---|---|---|

1. Generator's US EPA ID No.: I N D 0 0 6 0 6 2 5 8 2 0 0 8 6 4

Document No.: 1

| 3. Generator's Name | A. State Manifest Document Number |
|---|---|
| Westinghouse Electric Corp. 23rd St. & Cowan Rd., Muncie, In.  47302 | IN **012015** |
| 4. Generator's Phone ( 317  ) 286-9257 | B. State Generator's ID |

| 5. Transporter 1 Company Name | 6. US EPA ID Number | C. State Transporter's ID |
|---|---|---|
| LWD, Inc. | K Y D 0 8 8 4 3 8 8 1 7 | D. Transporter's Phone 502-395-8313 |

| 7. Transporter 2 Company Name | 8. US EPA ID Number | E. State Transporter's ID |
|---|---|---|
|  |  | F. Transporter's Phone |

| 9. Designated Facility Name and Site Address | 10. US EPA ID Number | G. State Facility's ID |
|---|---|---|
| LWD, Inc. Off Highway 1523 Calvert City, Ky.  42029 | K Y D 0 8 8 4 3 8 8 1 7 | H. Facility's Phone (502)  395-8313 |

| | 11. US DOT Description (Including Proper Shipping Name, Hazard Class, and ID Number) | 12. Containers No. | Type | 13. Total Quantity | 14. Unit Wt/Vol | I. Waste No. |
|---|---|---|---|---|---|---|
| a. | Waste Paint, Flammable Liquid, UN 1263 | 0 0 3 | D m | 1 6 5 | G | D001 D007 |
| b. | Waste Paint, Flammable Liquid, UN 1263 | ~~002~~ 003 | D m | ~~110~~ 165 | G | D001 D007 |
| c. | | | | | | |
| d. | | | | | | |

| J. Additional Descriptions for Materials Listed Above | K. Handling Codes for Wastes Listed Above |
|---|---|
| (a)  CV-70 (b)  CV-71 | To6/To7 |

15. Special Handling Instructions and Additional Information

16. GENERATOR'S CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national government regulations.

Unless I am a small quantity generator who has been exempted by statute or regulation from the duty to make a waste minimization certification under Section 3002(b) of RCRA, I also certify that I have a program in place to reduce the volume and toxicity of waste generated to the degree I have determined to be economically practicable and I have selected the method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and the environment.

| Printed/Typed Name | Signature | Month Day Year |
|---|---|---|
| E. J. O'Korn | E J O'Korn | 08 27 86 |

17. Transporter 1 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Month Day Year |
|---|---|---|
| RANDY FOX | Randy Fox | 08 27 86 |

18. Transporter 2 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Month Day Year |
|---|---|---|
|  |  |  |

19. Discrepancy Indication Space

20. Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted in Item 19.

| Printed/Typed Name | Signature | Month Day Year |
|---|---|---|
| AMOS H. SHELTON JR. |  | 08 29 86 |

EPA Form 8700-22A (Rev. 1 84)    UHWM 2/LP2

IN 012015

Division of Land Pollution Control - Manifest
Indiana State Board of Health
P.O. Box 7035
Indianapolis, IN 46207-7035
Please print or type.     (Form designed for use on elite (12-pitch) typewriter)

DO NOT WRITE IN THIS SPACE

Form Approved OMB No. 2000 0404 Expires 7 31 86

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No. | Manifest Document No. | 2. Page 1 of | Information in the shaded areas is not required by Federal law |
|---|---|---|---|---|
| | I N D 0 0 6 0 6 2 5 8 2 0 0 8 6 6 | | 1 | |

3. Generator's Name
**Westinghouse Electric Corp.**
23rd St. & Cowan Rd., Muncie, In. 47302

A. State Manifest Document Number
**IN 012018**

4. Generator's Phone ( 317 ) 286-9257

B. State Generator's ID

5. Transporter 1 Company Name
**LWD, Inc.**     6. US EPA ID Number   K Y D 0 8 8 4 3 8 8 1 7

C. State Transporter's ID

D. Transporter's Phone 502-395-8313

7. Transporter 2 Company Name     8. US EPA ID Number

E. State Transporter's ID

F. Transporter's Phone

9. Designated Facility Name and Site Address
**LWD, Inc.**
Off Highway 1523
Calvert City, KY. 42029     10. US EPA ID Number   K Y D 0 8 8 4 3 8 8 1 7

G. State Facility's ID

H. Facility's Phone
502-395-8313

| 11. US DOT Description (Including Proper Shipping Name, Hazard Class, and ID Number) | 12. Containers | | 13. Total Quantity | 14. Unit Wt/Vol | I. Waste No. |
|---|---|---|---|---|---|
| | No. | Type | | | |
| a. Hazardous Waste, Liquid, NOS, ORM-E NA 9189 (Chromium) | 003 | D M | 165 | G | D007 |
| b. Hazardous Waste, Liquid, NOS, ORM-E NA 9189 | 0 0 1 | D M | 8 0 | G | D007 |
| c. | | | | | |
| d. | | | | | |

J. Additional Descriptions for Materials Listed Above
(a) CY01     Ref. P.O. 79K-07111
(b) CY01

K. Handling Codes for Wastes Listed Above

T06/T07

15. Special Handling Instructions and Additional Information

16. GENERATOR'S CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national government regulations.

Unless I am a small quantity generator who has been exempted by statute or regulation from the duty to make a waste minimization certification under Section 3002(b) of RCRA, I also certify that I have a program in place to reduce the volume and toxicity of waste generated to the degree I have determined to be economically practicable and I have selected the method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and the environment.

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| E. J. O'Korn | EJOKorn | 09 | 10 | 86 |

17. Transporter 1 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| DAVID JACKSON | D. Jackson | 09 | 10 | 86 |

18. Transporter 2 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| | | | | |

19. Discrepancy Indication Space

20. Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted in Item 19.

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| AMOS H. SHELTON JR. | | 09 | 11 | 86 |

IN 012018

EPA Form 8700-22A (Rev. 11-85)     UHWM 2/LP2

RETURNED TO THE GENERATOR BY THE T.S.D.

Division of Land Pollution Control - Manifest
Indiana State Board of Health
P.O. Box 7035
Indianapolis, IN 46207-7036

**DO NOT WRITE IN THIS SPACE**

Please print or type.   (Form designed for use on elite (12-pitch) typewriter)   Form Approved OMB No. 2000 0404 Expires 7 31 86

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No. I N D 0 6 0 6 2 5 8 2 0 0 8 6 9 | Manifest Document No. | 2. Page 1 of 1 | Information in the shaded areas is not required by Federal law |
|---|---|---|---|---|

| 3. Generator's Name Westinghouse Electric Corp. 23rd St. & Cowan Rd., Muncie, IN. 47302 | A. State Manifest Document Number IN 012021 |
|---|---|
| 4. Generator's Phone ( 317 ) 286-9257 | B. State Generator's ID |

| 5. Transporter 1 Company Name LWD, Inc. | 6. US EPA ID Number K Y D 0 8 8 4 3 8 8 1 7 | C. State Transporter's ID |
|---|---|---|
| | | D. Transporter's Phone 502-395-8313 |
| 7. Transporter 2 Company Name | 8. US EPA ID Number | E. State Transporter's ID |
| | | F. Transporter's Phone |

| 9. Designated Facility Name and Site Address LWD, Inc. Off Highway 1523 Calvert City, KY. 42029 | 10. US EPA ID Number K Y D 0 8 8 4 3 8 8 1 7 | G. State Facility's ID |
|---|---|---|
| | | H. Facility's Phone 502-395-8313 |

| | 11. US DOT Description (Including Proper Shipping Name, Hazard Class, and ID Number) | 12. Containers No. | Type | 13. Total Quantity | 14. Unit Wt/Vol | I. Waste No. |
|---|---|---|---|---|---|---|
| G E N E R A T O R | a. Waste Paint, Flammable Liquid, UN 1263 | 0 0 2 | D M | 1 1 0 | G | D001 D007 |
| | b. Waste Paint, Flammable Liquid, UN 1263 | 0 0 3 | D M | 1 6 5 | G | D001 D007 |
| | c. Hazardous Waste Liquid, NOS ORM-E, NA 9189 | 0 0 4 | D M | 2 2 0 | G | D007 |
| | d. | | | | | |

| J. Additional Descriptions for Materials Listed Above (a) CV-70      Ref. P.O. 79K-07150 (b) CV-71 (c) CV-01 | K. Handling Codes for Wastes Listed Above  T06/T07 |
|---|---|

15. Special Handling Instructions and Additional Information

16. GENERATOR'S CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national government regulations.

Unless I am a small quantity generator who has been exempted by statute or regulation from the duty to make a waste minimization certification under Section 3002(b) of RCRA, I also certify that I have a program in place to reduce the volume and toxicity of waste generated to the degree I have determined to be economically practicable and I have selected the method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and the environment.

| Printed/Typed Name E. J. O'Korn | Signature E J O'Korn | Month | Day | Year |
|---|---|---|---|---|

| T R A N S P O R T E R | 17. Transporter 1 Acknowledgement of Receipt of Materials | | Date | | |
|---|---|---|---|---|---|
| | Printed/Typed Name Bruce Taylor | Signature Bruce Taylor | Month | Day | Year |
| | 18. Transporter 2 Acknowledgement of Receipt of Materials | | Date | | |
| | Printed/Typed Name | Signature | Month | Day | Year |

| F A C I L I T Y | 19. Discrepancy Indication Space |
|---|---|
| | 20. Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted Item 19. |
| | Printed/Typed Name Amos H. Shelton Jr. | Signature | Month 12 | Day 16 | Year 86 |

EPA Form 8700-22A (Rev. 11-85)

IN 012021

Division of Land Pollution Control - Manifest
Indiana State Board of Health
P.O. Box 7035
Indianapolis, IN 46207-7035

| DO NOT WRITE IN THIS SPACE |
| --- |

Please print or type.   (Form designed for use on elite (12-pitch) typewriter)

Form Approved OMB No. 2000 0404 Expires 7 31 86

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No. I N D 0 0 6 0 6 2 5 8 2 0 8 7 0 2 | Manifest Document No. | 2. Page 1 of 1 | Information in the shaded areas is not required by Federal law |
| --- | --- | --- | --- | --- |

| 3. Generator's Name Westinghouse Electric Corp. 23rd St. & Cowan Rd., Muncie, In.  47302 | | A. State Manifest Document Number IN 012022 |
| --- | --- | --- |
| 4. Generator's Phone ( 317 )  286-9257 | | B. State Generator's ID |
| 5. Transporter 1 Company Name LWD, Inc. | 6. US EPA ID Number K Y D 0 8 4 3 8 8 1 7 | C. State Transporter's ID |
| | | D. Transporter's Phone 502-395-8313 |
| 7. Transporter 2 Company Name | 8. US EPA ID Number | E. State Transporter's ID |
| | | F. Transporter's Phone |
| 9. Designated Facility Name and Site Address LWD, Inc. Off Highway 1523 Calvert City, KY.  42029 | 10. US EPA ID Number K Y D 0 8 4 3 8 8 1 7 | G. State Facility's ID |
| | | H. Facility's Phone 502-395-8313 |

| | 11. US DOT Description (Including Proper Shipping Name, Hazard Class, and ID Number) | 12. Containers No. | Type | 13. Total Quantity | 14. Unit Wt/Vol | I. Waste No. |
| --- | --- | --- | --- | --- | --- | --- |
| a. | Waste Paint, Flammable Liquid, UN 1263 | 0 0 1 | D M | 0 5 5 | G | D001 D007 |
| b. | Waste Paint, Flammable Liquid, UN 1263 | 0 0 2 | D M | 1 1 0 | G | D001 D007 |
| c. | Hazardous Waste Liquid, NOS ORME, NA9189 | 0 0 3 | D M | 2 2 0 | G | D007 |
| d. | | | | | | |

$82.40
$82.50
$62.50

| J. Additional Descriptions for Materials Listed Above | K. Handling Codes for Wastes Listed Above |
| --- | --- |
| (a)  CV-70      Ref. P.O. 79K-14488 (b)  CV-71 (c)  CY-01 | T06/T07 |

15. Special Handling Instructions and Additional Information

Trans $32.41/dr.
$30.00   D.U.F.

16. GENERATOR'S CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national government regulations.

Unless I am a small quantity generator who has been exempted by statute or regulation from the duty to make a waste minimization certification under Section 3002(b) of RCRA, I also certify that I have a program in place to reduce the volume and toxicity of waste generated to the degree I have determined to be economically practicable and I have selected the method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and the environment.

| Printed/Typed Name E. J. O'Korn | Signature E J O'Korn | Month Day Year 0 2 1 6 8 7 |
| --- | --- | --- |

| 17. Transporter 1 Acknowledgement of Receipt of Materials | | |
| --- | --- | --- |
| Printed/Typed Name Randall T. Riley | Signature Michael T. Riley | Month Day Year 0 2 1 6 8 7 |

| 18. Transporter 2 Acknowledgement of Receipt of Materials | | |
| --- | --- | --- |
| Printed/Typed Name | Signature | Month Day Year |

| 19. Discrepancy Indication Space |
| --- |

| 20. Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted in Item 19. | | |
| --- | --- | --- |
| Printed/Typed Name Amos H. Shelton Jr. | Signature Amos H. Shelton | Month Day Year 02 18 87 |

EPA Form 8700-22A (Rev. 11-85)

IN 012022

UHWM 2/LP2

T.S.D. MAIL TO T.S.D.'S STATE

Division of Land Pollution Control - Manifest
Indiana State Board of Health
P.O. Box 7035
Indianapolis, IN 46207-7035

Please print or type.   (Form designed for use on elite (12-pitch) typewriter)

DO NOT WRITE IN THIS SPACE

Form Approved OMB No. 2000 0404 Expires 7 31 86

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No. I N D 0 0 6 0 6 2 5 8 2 0 8 7 0 3 | Manifest Document No. | 2. Page 1 of 1 | Information in the shaded areas is not required by Federal law |
|---|---|---|---|---|

3. Generator's Name and Address
**Westinghouse Electric Corp.**
**23rd St. & Cowan Rd., Muncie, IN. 47302**

A. State Manifest Document Number
IN **012023**
B. State Generator's ID

4. Generator's Phone ( 317 ) 286-9257

5. Transporter 1 Company Name
**LWD, Inc.**

6. US EPA ID Number
K Y D 0 8 8 4 3 8 8 1 7

C. State Transporter's ID
D. Transporter's Phone **502-395-8313**

7. Transporter 2 Company Name

8. US EPA ID Number

E. State Transporter's ID
F. Transporter's Phone

9. Designated Facility Name and Site Address
**LWD, Inc.**
**Off Highway 1523**
**Calvert City, KY. 42029**

10. US EPA ID Number
K Y D 0 8 8 4 3 8 8 1 7

G. State Facility's ID
H. Facility's Phone **503-395-8313**

| 11. US DOT Description (Including Proper Shipping Name, Hazard Class, and ID Number) | 12. Containers | | 13. Total Quantity | 14. Unit Wt/Vol | I. Waste No. |
|---|---|---|---|---|---|
| | No. | Type | | | |
| a. **Waste Paint, Flammable Liquid, UN1263** | 0 0 1 | D M | 5 5 | G | D001 D007 |
| b. **Waste Paint, Flammable Liquid, UN1263** | 0 0 2 | D M | 1 1 0 | G | D001 D007 |
| c. **Hazardous Waste Liquid, NOS ORM-E  NA9189** | 0 0 4 | D M | 2 2 0 | G | D007 |
| d. | | | | | |

J. Additional Descriptions for Materials Listed Above
(a)  CV71
(b)  CV70
(c)  CY01      Ref. P.O. 79K-14527

K. Handling Codes for Wastes Listed Above

T06/T07

15. Special Handling Instructions and Additional Information

16.

16. If I am a large quantity generator, I certify that I have a program in place to reduce the volume and toxicity of waste generated to the degree I have determined to be economically practicable, and I have selected the practicable method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and the environment OR if I am a small quantity generator, I have made a good faith effort to minimize my waste management method available to me and which I can afford."

| Printed/Typed Name   MX   E. J. O'Korn | Signature | Month Day Year |
|---|---|---|

17. Transporter 1 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Date Month Day Year |
|---|---|---|

18. Transporter 2 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Date Month Day Year |
|---|---|---|

19. Discrepancy Indication Space

20. Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted in item 19.

| Printed/Typed Name   Amos  H. Shelton Jr. | Signature | Month Day Year 04 09 87 |
|---|---|---|

EPA Form 8700-22A (Rev. 11-85)

UHWM 2/LP2

IN 012023

TRANSPORTER NO. 2 DETACH AND RETAIN THIS COPY

Division of Land Pollution Control - Manifest
Indiana State Board of Health
P.O. Box 7035
Indianapolis, IN 46207-7035

| DO NOT WRITE IN THIS SPACE |

Please print or type.    (Form designed for use on elite (12-pitch) typewriter)

Form Approved OMB No. 2000 0404 Expires 7 31 86

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No. | Manifest Document No. | 2. Page 1 of 1 | Information in the shaded areas is not required by Federal law |
|---|---|---|---|---|

1. Generator's US EPA ID No.  I N D 0 0 6 0 6 2 5 8 2 0 8 7 0 5

3. Generator's Name
**Westinghouse Electric Corp.**
**23rd St. & Cowan Rd., Muncie, IN.  47302**

A. State Manifest Document Number  IN **012025**

4. Generator's Phone ( **317** )  **286-9257**

B. State Generator's ID

5. Transporter 1 Company Name
**LWD, Inc.**

6. US EPA ID Number  **K Y D 0 8 8 4 3 8 8 1 7**

C. State Transporter's ID
D. Transporter's Phone **502-395-8313**

7. Transporter 2 Company Name

8. US EPA ID Number

E. State Transporter's ID
F. Transporter's Phone

9. Designated Facility Name and Site Address
**LWD, Inc.**
**Off Highway 1523**
**Calvert City, KY.  42029**

10. US EPA ID Number  **K Y D 0 8 8 4 3 8 8 1 7**

G. State Facility's ID
H. Facility's Phone **502-395-8313**

| 11. US DOT Description (Including Proper Shipping Name, Hazard Class, and ID Number) | 12. Containers | | 13. Total Quantity | 14. Unit Wt/Vol | I. Waste No. |
|---|---|---|---|---|---|
| | No. | Type | | | |
| a. **Hazardous Waste Liquid, NOS ORM-E  NA 9189** | 0 0 3 | D M | 1 6 5 | G | D007 |
| b. **Waste Paint, Flammable Liquid UN 1263** | 0 0 3 | D M | 1 6 5 | G | D001 D007 |
| c. **Waste Paint, Flammable Liquid UN 1263** | 0 0 2 | D M | 1 1 0 | G | D001 D007 |
| d. **Waste Nitrobenzene Liquid, Poison B, UN 1662** | 0 0 1 | D M | 0 1 0 | G | U169 (I,T) |

J. Additional Descriptions for Materials Listed Above
(a)  **CY01**       (d)  **GB-15**
(b)  **CV71**
(c)  **CV70**

K. Handling Codes for Wastes Listed Above
**T06/T07**

15. Special Handling Instructions and Additional Information

16. If I am a large quantity generator, I certify that I have a program in place to reduce the volume and toxicity of waste generated to the degree I have determined to be economically practicable, and I have selected the practicable method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and the environment OR if I am a small quantity generator, I have made a good faith effort to minimize my waste management method available to me and which I can afford."

| Printed/Typed Name  **E. J. O'Kern** | Signature | Month | Day | Year |
|---|---|---|---|---|

17. Transporter 1 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Date Month | Day | Year |
|---|---|---|---|---|

18. Transporter 2 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Date Month | Day | Year |
|---|---|---|---|---|

19. Discrepancy Indication Space

20. Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted item 19.

| Printed/Typed Name  **Amos H. Shelton Jr.** | Signature | Month **06** | Day **18** | Year **87** |
|---|---|---|---|---|

EPA Form 8700-22A (Rev. 11-85)

UHWM 2/LP2

IN 012025

Division of Land Pollution Control - Manifest
Indiana State Board of Health
P.O. Box 7035
Indianapolis, IN 46207-7035
Please print or type.    (Form designed for use on elite (12-pitch) typewriter)

DO NOT WRITE IN THIS SPACE

Form Approved OMB No. 2000 0404 Expires 7 31 86

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No. | | Manifest Document No. | 2. Page 1 of | Information in the shaded areas is not required by Federal law |
|---|---|---|---|---|---|
| | I N D 0 0 6 0 6 2 5 8 2 0 8 7 0 6 | | 1 | | |

3. Generator's Name
**Westinghouse Electric Corp.**
**23rd St. & Cowan Rd., Muncie, IN.  47302**

4. Generator's Phone ( **317** ) **286-9257**

A. State Manifest Document Number
**IN 012026**

B. State Generator's ID

| 5. Transporter 1 Company Name **LWD, Inc.** | 6. US EPA ID Number **K Y D 0 8 8 4 3 8 6 1 7** | C. State Transporter's ID |
|---|---|---|
| | | D. Transporter's Phone **502-395-8313** |
| 7. Transporter 2 Company Name | 8. US EPA ID Number | E. State Transporter's ID |
| | | F. Transporter's Phone |

9. Designated Facility Name and Site Address
**LWD, Inc.**
**Off Highway 1523**
**Calvert City, Ky.  42029**

10. US EPA ID Number
**K Y D 0 8 8 4 3 8 6 1 7**

G. State Facility's ID

H. Facility's Phone **502-395-8313**

| | 11. US DOT Description (Including Proper Shipping Name, Hazard Class, and ID Number) | 12. Containers | | 13. Total Quantity | 14. Unit Wt/Vol | Waste No. |
|---|---|---|---|---|---|---|
| | | No. | Type | | | |
| a. | **Waste Flammable Liquid, NOS, Flammable Liquid, UN1993** | 0 0 1 | D M | 0 5 | G | D001 |
| b. | **Waste Flammable Liquid, NOS Flammable Liquid, UN1993** | 0 0 1 | D M | 0 5 | G | D001 |
| c. | **Waste Resin Solution, Flammable Liquid, UN1866** | 0 0 1 | D M | 5 0 | G | D001 |
| d. | | | | | | |

G E N E R A T O R

J. Additional Descriptions for Materials Listed Above
(a) GB-16   (c) GB-18
(b) GB-17

K. Handling Codes for Wastes Listed Above
**T06/T07**

16. Special Handling Instructions and Additional Information

18. If I am a large quantity generator, I certify that I have a program in place to reduce the volume and toxicity of waste generated to the degree I have determined to be economically practicable, and I have selected the practicable method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and the environment OR if I am a small quantity generator, I have made a good faith effort to minimize my waste management method available to me and which I can afford."

| Printed/Typed Name **E. J. O'Korn** | Signature | Month | Day | Year |
|---|---|---|---|---|

T R A N S P O R T E R

| 17. Transporter 1 Acknowledgement of Receipt of Materials | | Date |
|---|---|---|
| Printed/Typed Name | Signature | Month  Day  Year |

| 18. Transporter 2 Acknowledgement of Receipt of Materials | | Date |
|---|---|---|
| Printed/Typed Name | Signature | Month  Day  Year |

F A C I L I T Y

19. Discrepancy Indication Space

20. Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted item 19.

| Printed/Typed Name **Amos H. Shelton Jr.** | Signature | Month **06** | Day **18** | Year **87** |
|---|---|---|---|---|

EPA Form 8700-22A (Rev. 11-85)

UHWM 2/LP2

IN 012026

TRANSPORTER NO. 2 DETACH AND RETAIN THIS COPY

Division of Land Pollution Control - Manifest
Indiana State Board of Health
P.O. Box 7035
Indianapolis, IN 46207-7035

Please print or type.    (Form designed for use on elite (12-pitch) typewriter)

| DO NOT WRITE IN THIS SPACE |
| --- |

Form Approved OMB No. 2000 0404 Expires 7 31 86

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No. | Manifest Document No. | 2. Page 1 of | Information in the shaded areas is not required by Federal law |
| --- | --- | --- | --- | --- |
| | I N D 0 0 6 0 6 2 5 8 2 0 8 7 0 8 | 1 | | |

3. Generator's Name
**Westinghouse Electric Corp.**
**23rd St. & Cowan Rd., Muncie, IN.  47302**
4. Generator's Phone ( **317** )    **286-9257**

A. State Manifest Document Number
**IN 012028**
B. State Generator's ID

5. Transporter 1 Company Name
**LWD, Inc.**

6. US EPA ID Number
**K Y D 0 8 4 3 8 8 1 7**

C. State Transporter's ID
D. Transporter's Phone **502-395-8313**

7. Transporter 2 Company Name

E. State Transporter's ID
F. Transporter's Phone

9. Designated Facility Name and Site Address
**LWD, Inc.**
**Off Highway 1523**
**Calvert City, KY.  42029**

10. US EPA ID Number
**K Y D 0 8 4 3 8 8 1 7**

G. State Facility's ID
H. Facility's Phone **502-395-8313**

| 11. US DOT Description (Including Proper Shipping Name, Hazard Class, and ID Number) | 12. Containers | | 13. Total Quantity | 14. Unit Wt/Vol | Waste No. |
| --- | --- | --- | --- | --- | --- |
| | No. | Type | | | |
| RQ-Waste Paint, Flammable Liquid UN1263 - Chromium-(EPA-EP Toxicity) (EPA-Ignitability) | 0 0 1 | D M | 0 5 5 | G | D001 D007 |
| RQ-Waste Paint, Flammable Liquid UN1263 - Chromium-(EAP-EP Toxicity) (EPA-Ignitability) | 0 0 2 | D M | 1 1 0 | G | D001 D007 |
| RQ-Hazardous Waste Liquid NOS - ORM-E NA9189 - Chromium (EPA-EP Toxicity) | 0 0 2 | D M | 1 1 0 | G | D001 D007 |
| d. | | | | | |

J. Additional Descriptions for Materials Listed Above
**(a)  CV70**
**(b)  CV71**
**(c)  CY01      Ref. 79K-19563**

K. Handling Codes for Wastes Listed Above

**T06/T07**

15. Special Handling Instructions and Additional Information

16. GENERATOR'S CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national government regulations.

18. If I am a large quantity generator, I certify that I have a program in place to reduce the volume and toxicity of waste generated to the degree I have determined to be economically practicable, and I have selected the practicable method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and the environment OR if I am a small quantity generator, I have made a good faith effort to minimize my waste management method available to me and which I can afford."

| Printed/Typed Name **E. J. O'Korn** | Signature | Month | Day | Year |
| --- | --- | --- | --- | --- |

17. Transporter 1 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Date |
| --- | --- | --- |
| | | Month | Day | Year |

18. Transporter 2 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Date |
| --- | --- | --- |
| | | Month | Day | Year |

19. Discrepancy Indication Space

20. Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted Item 19.

| Printed/Typed Name **Amos H. Shelton Jr.** | Signature | Month | Day | Year |
| --- | --- | --- | --- | --- |
| | | 03 | 17 | 87 |

EPA Form 8700-22A (Rev. 11-85)                                                    UHWM 2/LP2

IN 012028

TRANSPORTER NO. 2 DETACH AND RETAIN THIS COPY

Division of Land Pollution Control - Manifest
Indiana State Board of Health
P.O. Box 7035
Indianapolis, IN 46207-7035

DO NOT WRITE IN THIS SPACE

(Form designed for use on elite (12-pitch) typewriter)
Please print or type.

Form Approved OMB No. 2000-0404 Expires 7-31-86

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No. | Manifest Document No. | 2. Page 1 of | Information in the shaded areas is not required by Federal law |
|---|---|---|---|---|
| | I N D 0 0 6 0 6 2 5 8 2 0 8 7 0 9 | | 1 | |

3. Generator's Name

**Westinghouse Electric Corporation**
**23rd St. & Cowan Rd., Muncie, In. 47302**

4. Generator's Phone ( 317 ) 286-9257

A. State Manifest Document Number
**IN 012029**

B. State Generator's ID

5. Transporter 1 Company Name
**LWD, Inc.**

6. US EPA ID Number
**K Y D 0 8 8 4 3 8 8 1 7**

C. State Transporter's ID
D. Transporter's Phone 502-395-8313

7. Transporter 2 Company Name

8. US EPA ID Number

E. State Transporter's ID
F. Transporter's Phone

9. Designated Facility Name and Site Address
**LWD, Inc.**
**Off Highway 1523**
**Calvert City, KY. 42029**

10. US EPA ID Number
**K Y D 0 8 8 4 3 8 8 1 7**

G. State Facility's ID

H. Facility's Phone
502-395-8313

| 11. US DOT Description (Including Proper Shipping Name, Hazard Class, and ID Number) | 12. Containers | | 13. Total Quantity | 14. Unit Wt/Vol | I. Waste No. |
|---|---|---|---|---|---|
| | No. | Type | | | |
| a. RQ-Waste Paint, Flammable Liquid UN1263 Chromium - (EPA-EP Toxicity) (EPA-Ignitability) | 001 | DM | 55 | G | D001 D007 |
| b. RQ-Waste Paint Flammable Liquid UN1263 Chromium - (EPA-EP Toxicity) (EPA-Ignitability) | 002 | DM | 110 | G | D001 D007 |
| c. RQ-Hazardous Waste Liquid - NOS ORM-E NA9189 - Chromium (EPA-EP Toxicity) | 006 | DM | 330 | G | D007 |
| d. | | | | | |

J. Additional Descriptions for Materials Listed Above
(a) CV-70 7.50
(b) CV-71 92.50
(c) CY-01 62.50

K. Handling Codes for Wastes Listed Above

T06/T07

Trans. 32.41/P.M

15. Special Handling Instructions and Additional Information

16. GENERATOR'S CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national government regulations.

16. If I am a large quantity generator, I certify that I have a program in place to reduce the volume and toxicity of waste generated to the degree I have determined to be economically practicable, and I have selected the practicable method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and the environment OR if I am a small quantity generator, I have made a good faith effort to minimize my waste management method available to me and which I can afford."

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| E. J. O'Korn | E. J. O'Korn | 10 | 21 | 87 |

17. Transporter 1 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| Johnny K. Keeling | Johnny K. Keeling | 10 | 21 | 87 |

18. Transporter 2 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| | | | | |

19. Discrepancy Indication Space

20. Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted item 19.

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| Kean McKinney | Kean McKinney | 10 | 23 | 87 |

EPA Form 8700-22A (Rev. 11-85)

UHWM 2/LP2

IN 012029

Division of Land Pollution Control - Manifest
Indiana State Board of Health
P.O. Box 7035
Indianapolis, IN 46207-7035

DO NOT WRITE IN THIS SPACE

Please print or type.   (Form designed for use on elite (12-pitch) typewriter)

Form Approved OMB No. 2000 0404 Expires 7 31 86

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No. | Manifest Document No. | 2. Page 1 of | Information in the shaded areas is not required by Federal law |
|---|---|---|---|---|
| | I N D 0 0 6 0 6 2 5 8 2 0 8 8 0 1 | 1 | | |

3. Generator's Name
**Westinghouse Electric Corp.**
**23rd St. & Cowan Rd., Muncie, In.  47302**

A. State Manifest Document Number
IN **012031**

4. Generator's Phone (  **317**  )  **286-9257**

B. State Generator's ID

5. Transporter 1 Company Name
**LWD, Inc.**

6. US EPA ID Number
**K Y D 0 8 8 4 3 8 8 1 7**

C. State Transporter's ID

D. Transporter's Phone **502-395-8313**

7. Transporter 2 Company Name

8. US EPA ID Number

E. State Transporter's ID

F. Transporter's Phone

9. Designated Facility Name and Site Address
**LWD, Inc.**
**Off Highway 1523**
**Calvert City, KY.  42029**

10. US EPA ID Number
**K Y D 0 8 8 4 3 8 8 1 7**

G. State Facility's ID

H. Facility's Phone
**502-395-8313**

| 11. US DOT Description (Including Proper Shipping Name, Hazard Class, and ID Number) | 12. Containers | | 13. Total Quantity | 14. Unit Wt/Vol | I. Waste No. |
|---|---|---|---|---|---|
| | No. | Type | | | |
| a. **RQ-Waste Paint, Flammable Liquid UN1263-Chromium — (EPA-EP Toxicity) (EPA-Ignitability)** | 0 0 2 | D M | 1 1 0 | G | D001 D007 |
| b. **RQ-Waste Paint, Flammable Liquid UN1263-Chromium-(EPA-EP Toxicity) (EPA-Ignitability)** | 0 0 2 | D M | 1 1 0 | G | D001 D007 |
| c. **RQ-Hazardous Waste Liquid NOS - ORM-E NA9189-Chromium (EPA-EP Toxicity)** | 0 0 5 | D M | 1 4 7 5 | G | D007 |
| d. | | | | | |

J. Additional Descriptions for Materials Listed *based on analysis*
(a) CV70  *72.50*
(b) CV71  *82.50*
(c) CV01  *62.50*

K. Handling Codes for Wastes Listed Above
T06/T07

15. Special Handling Instructions and Additional Information

16. GENERATOR'S CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national government regulations.

16. If I am a large quantity generator, I certify that I have a program in place to reduce the volume and toxicity of waste generated to the degree I have determined to be economically practicable, and I have selected the practicable method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and the environment OR if I am a small quantity generator, I have made a good faith effort to minimize my waste management method available to me and which I can afford."

| Printed/Typed Name | Signature | Month Day Year |
|---|---|---|
| E. J. O'Korn | *O'Korn* | 0 1 0 8 8 |

17. Transporter 1 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Month Day Year |
|---|---|---|
| *Roger Harris* | *Roger Harris* | 0 1 N 88 |

18. Transporter 2 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Month Day Year |
|---|---|---|
| | | |

19. Discrepancy Indication Space

20. Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted Item 19.

| Printed/Typed Name | Signature | Month Day Year |
|---|---|---|
| Kean McKinney | *Kean McKinney* | 01 11 88 |

EPA Form 8700-22A (Rev. 11-85)

UHWM 2/LP2

IN 012031

TRANSPORTER NO. 1 DETACH AND RETAIN THIS COPY

INDIANA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT
OFFICE OF SOLID AND HAZARDOUS WASTE MANAGEMENT
P.O. Box 7035
Indianapolis, IN 46207-7035

PLEASE PRINT OR TYPE          (Form designed for use on elite (12-pitch) typewriter).          Form Approved. OMB No. 2050-0039. Expires 9-30-88

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No. I.N.D.0.0.6.0.6.2.5.8.2 | Manifest Document No. 0.8.8.0.4 | 2. Page 1 of 1 | Information in the shaded areas is not required by Federal law, but Items D, E, F, H and I are required by State law. |
|---|---|---|---|---|

A. State Manifest Document Number
INA 0214030

3. Generator's Name and Mailing Address
Westinghouse Electric Corp.
23rd St. & Cowan Rd., Muncie, IN. 47302

B. State Generator's ID

4. Generator's Phone ( 317 ) 286-9257

5. Transporter 1 Company Name          6. Use EPA ID Number
LWD, Inc. T.M.C.A.          K.Y.D.0.0.8.4.3.8.8.1.7

C. State Transporter's ID
D. Transporter's Phone 502-395-8313

7. Transporter 2 Company Name          8. Use EPA ID Number
          K.Y.D.9.8.1.4.7.1.9.2.1

E. State Transporter's ID
F. Transporter's Phone

9. Designated Facility Name and Site Address          10. Use EPA ID Number
LWD, Inc.
Off Highway 1523
Calvert City, KY. 42029          K.Y.D.0.8.8.4.3.8.8.1.7

G. State Facility's ID
H. Facility's Phone 502-395-8313

| 11. US DOT Description (Including Proper Shipping Name, Hazard Class, and ID Number) | 12. Containers No. | Type | 13. Total Quantity | 14. Unit Wt/Vol. | Waste No. |
|---|---|---|---|---|---|
| a. RQ-Waste Paint, Flammable Liquid, UN1263 — Chromium — (EPA-EP Toxicity) (EPA-Ignitability) | 005 | D.M | 3060 | P | D001 D007 |
| b. RQ-Waste Paint, Flammable Liquid, UN1263 — Chromium — (EPA-EP Toxicity) (EPA-Ignitability) | 006 | D.M | 3540 | P | D001 D007 |
| c. RQ-Hazardous Waste, Liquid — NOS ORM-E — NA9189 — Chromium (EPA-EP Toxicity) | 005 | D.M | 2770 | P | D007 |
| d. | | | | P | D007 |

J. Additional Descriptions for Materials Listed Above
(a) C770          (d) Total
(b) C771
(c) C901

Handling Codes for Wastes Listed Above
T05/T07

15. Special Handling Instructions and Additional Information
Reference PO 79K-19644

16. GENERATOR'S CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national government regulations.

If I am a large quantity generator, I certify that I have a program in place to reduce the volume and toxicity of waste generated to the degree I have determined to be economically practicable and that I have selected the practicable method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and the environment; OR, if I am a small quantity generator, I have made a good faith effort to minimize my waste generation and select the best waste management method that is available to me and that I can afford.

Printed/Typed Name          Signature          Month Day Year
G. K. James                    4 6 88

17. Transporter 1 Acknowledgement of Receipt of Materials
Printed/Typed Name          Signature          Month Day Year

18. Transporter 2 Acknowledgement of Receipt of Materials
Printed/Typed Name          Signature          Month Day Year

19. Discrepancy Indication Space

20. Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted Item 19.
Printed/Typed Name          Signature          Month Day Year
Kean McKinney                    04 08 88

EPA Form 8700-22 (Rev. 9-86) Previous editions are obsolete.
State Form 1 11865
DISTRIBUTION: PAGE 1 (white) TSD MAIL TO GENERATOR
PAGE 2 (goldenrod) GENERATOR MAIL TO GENERATOR STATE
PAGE 3 (light green) TSD MAIL TO TSD STATE
PAGE 4 (light pink) OUT OF STATE GENERATOR/TSD MAIL TO IDEM
PAGE 5 (light blue) TSD COPY
PAGE 6 (canary) GENERATOR COPY
PAGE 7 (white) TRANSPORTER 1 COPY
PAGE 8 (white) TRANSPORTER 2 COPY

In case of a spill call Indiana Office of Environmental Response at 317/243-5155 (day), or 317/633-0144 (night) and the National Response Center at 800/424-8802 or 202/426-2675.

INA 0214030

INDIANA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT
OFFICE OF SOLID AND HAZARDOUS WASTE MANAGEMENT
P.O. Box 7035
Indianapolis, IN 46207-7035

**PLEASE PRINT OR TYPE** *(Form designed for use on elite (12-pitch) typewriter.)* Form Approved. OMB No. 2050-0039. Expires 9-30-88

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA No. I N D 0 0 6 0 6 2 5 8 2 | Manifest Document No. 0 8 8 0 7 | 2. Page 1 of 1 | Information in the shaded areas is not required by Federal law, but items D, F, H and I are required by State law. |
|---|---|---|---|---|

| 3. Generator's Name and Mailing Address | A. State Manifest Document Number |
|---|---|
| Westinghouse Electric Corp. 23rd St. & Cowan Rd., Muncie, IN. 47302 | INA 0214033 |
| 4. Generator's Phone ( 317 ) 286-9400 | B. State Generator's ID |

| 5. Transporter 1 Company Name | 6. Use EPA ID Number | C. State Transporter's ID |
|---|---|---|
| LWD Trucking | K Y D 9 8 1 4 7 7 8 2 1 | D. Transporter's Phone 502-395-8313 |
| 7. Transporter 2 Company Name | 8. Use EPA ID Number | E. State Transporter's ID |
| | | F. Transporter's Phone |

| 9. Designated Facility Name and Site Address | 10. Use EPA ID Number | G. State Facility's ID |
|---|---|---|
| LWD, Inc. Off Highway 1523 Calvert City, Ky. 42029 | K Y D 0 8 8 4 3 8 8 1 7 | H. Facility's Phone 502-395-8313 |

| | 11. US DOT Description *(Including Proper Shipping Name, Hazard Class, and ID Number)* | 12. Containers No. | Type | 13. Total Quantity | 14. Unit Wt/Vol. | I. Waste No. |
|---|---|---|---|---|---|---|
| a. | RQ-Waste Paint, Flammable Liquid UN1263 – Chromium – (EPA-EP Toxicity) (EPA-Ignitability) | ~~5 0010~~ | D M | ~~3060~~ 3672 | P | D001 D007 |
| b. | RQ-Waste Paint, Flammable Liquid UN1263 – Chromium – (EPA-EP Toxicity) (EPA-Ignitability) | 00.5 | D M | .2535 | P | D001 D007 |
| c. | RQ – Hazardous Waste, Liquid – NOS ORM-E – NA9189 – Chromium (EPA-EP Toxicity) | 00.2 | D M | .1108 | P | F002 D007 |
| d. | | | | | | |

| J. Additional Descriptions for Materials Listed Above | K. Handling Codes for Wastes Listed Above |
|---|---|
| (a) CV-70 (b) CV-71 (c) CY-01 | T06/T07 |

15. Special Handling Instructions and Additional Information

Ref. PO 79K-20619

16. GENERATOR'S CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national government regulations.

If I am a large quantity generator, I certify that I have a program in place to reduce the volume and toxicity of waste generated to the degree I have determined to be economically practicable and that I have selected the practicable method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and the environment; OR, if I am a small quantity generator, I have made a good faith effort to minimize my waste generation and select the best waste management method that is available to me and that I can afford.

| Printed/Typed Name E. J. O'Korn | Signature *E.J.O'Korn* | Month 06 | Day 28 | Year 88 |
|---|---|---|---|---|

| 17. Transporter 1 Acknowledgement of Receipt of Materials | | | | |
|---|---|---|---|---|
| Printed/Typed Name *Bruce Taylor* | Signature | Month 06 | Day | Year 88 |

| 18. Transporter 2 Acknowledgement of Receipt of Materials | | | | |
|---|---|---|---|---|
| Printed/Typed Name | Signature | Month | Day | Year |

19. Discrepancy Indication Space

*Change Item (12) & (13) per Ed O'Korn 6/29/88 MH*

20. Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted Item 19.

| Printed/Typed Name Kean McKinney | Signature *Kean McKinney* | Month 06 | Day 30 | Year 88 |
|---|---|---|---|---|

EPA Form 8700-22 (Rev. 9-86)
Previous editions are obsolete.
State Form 11865

DISTRIBUTION: PAGE 1 (white) TSD MAIL TO GENERATOR
PAGE 2 (goldenrod) GENERATOR MAIL TO GENERATOR STATE
PAGE 3 (light green) TSD MAIL TO TSD STATE
PAGE 4 (light pink) OUT OF STATE GENERATOR/TSD MAIL TO IDEM

PAGE 5 (light blue) TSD COPY
PAGE 6 (canary) GENERATOR COPY
PAGE 7 (white) TRANSPORTER 1 COP
PAGE 8 (white) TRANSPORTER 2 COP

In case of a spill call Indiana Office of Environmental Response at 317/243-5155 (day), or 317/633-0144 (night) and the National Response Center at 800/424-8802 or 202/426-2675.

INDIANA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT
OFFICE OF SOLID AND HAZARDOUS WASTE MANAGEMENT
P.O. Box 7035
Indianapolis, IN 46207-7035

PLEASE PRINT OR TYPE      *(Form designed for use on elite (12-pitch) typewriter.)*      Form Approved. OMB No. 2050-0039. Expires 9-30-88

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No. I·N·D·0·0·6·0·6·2·5·8·2 | Manifest Document No. 0·8·8·0·9 | 2. Page 1 of 1 | Information in the shaded areas is not required by Federal law, but Items D, F, H and I are required by State law. |
|---|---|---|---|---|

**3. Generator's Name and Mailing Address**
Westinghouse Electric Corp.
23rd St. & Cowan Rd., Muncie, IN. 47302

A. State Manifest Document Number
**INA  0214036**

**4. Generator's Phone** ( 317 ) 286-9400

B. State Generator's ID

| 5. Transporter 1 Company Name | 6. Use EPA ID Number | C. State Transporter's ID |
|---|---|---|
| LWD Trucking | K·Y·D·9·8·1·4·7·7·8·2·1 | D. Transporter's Phone 502-395-8313 |

| 7. Transporter 2 Company Name | 8. Use EPA ID Number | E. State Transporter's ID |
|---|---|---|
| | · · · · · · · · · · · | F. Transporter's Phone |

**9. Designated Facility Name and Site Address**
LWD, Inc.
Off Highway 1523
Calvert City, Ky. 42029

| 10. Use EPA ID Number | G. State Facility's ID |
|---|---|
| K·Y·D·0·8·8·4·3·8·8·1·7 | H. Facility's Phone 502-395-8313 |

| 11. US DOT Description *(Including Proper Shipping Name, Hazard Class, and ID Number)* | 12. Containers No. | Type | 13. Total Quantity | 14. Unit Wt/Vol. | I. Waste No. |
|---|---|---|---|---|---|
| a. RQ-Waste Paint, Flammable Liquid UN1263-Chromium- (EPA-EP Toxicity)(EPA-Ignitability) | 0·0·1 | D M | .·6·12 | P | D001 D007 |
| b. RQ-Waste Paint-Flammable Liquid, UN1263 Chromium (EPA-EP Toxicity) (EPA-Ignitability) | 0·0·1 | D M | .·50·7 | P | D001 D007 |
| c. RQ-Hazardous Waste, Liquid - NOS ORM-E NA 9189-Chromium (EPA-EP Toxicity) | 0·0·5 | D M | 2·7·70 | P | D007 |
| d. | | | | | |

**J. Additional Descriptions for Materials Listed Above**
(a)  CV-70
(b)  CV-71
(c)  CV-01

**K. Handling Codes for Wastes Listed Above**
T06/T07

**15. Special Handling Instructions and Additional Information**
Ref.  PO 79K-20629

**16. GENERATOR'S CERTIFICATION:** I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national government regulations.

If I am a large quantity generator, I certify that I have a program in place to reduce the volume and toxicity of waste generated to the degree I have determined to be economically practicable and that I have selected the practicable method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and the environment; OR, if I am a small quantity generator, I have made a good faith effort to minimize my waste generation and select the best waste management method that is available to me and that I can afford.

| Printed/Typed Name E. J. O'Korn | Signature *E. J. O'Korn* | Month 07 Day 26 Year 88 |
|---|---|---|

**17. Transporter 1 Acknowledgement of Receipt of Materials**

| Printed/Typed Name *Roger Harpe* | Signature *Roger Harpe* | Month 05 Day 26 Year 88 |
|---|---|---|

**18. Transporter 2 Acknowledgement of Receipt of Materials**

| Printed/Typed Name | Signature | Month Day Year |
|---|---|---|

**19. Discrepancy Indication Space**

**20. Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted Item 19.**

| Printed/Typed Name Kean McKinney | Signature *Kean McKinney* | Month 07 Day 27 Year 88 |
|---|---|---|

EPA Form 8700-22 (Rev. 9-86)
Previous editions are obsolete.
State Form 11865

DISTRIBUTION:   PAGE 1 (white) TSD MAIL TO GENERATOR
PAGE 2 (goldenrod) GENERATOR MAIL TO GENERATOR STATE
PAGE 3 (light green) TSD MAIL TO TSD STATE
PAGE 4 (light pink) OUT OF STATE GENERATOR/TSD MAIL TO IDEM

PAGE 5 (light blue) TSD COPY
PAGE 6 (canary) GENERATOR COPY
PAGE 7 (white) TRANSPORTER 1 COPY
PAGE 8 (white) TRANSPORTER 2 COPY

INA  0214036

INDIANA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT
OFFICE OF SOLID AND HAZARDOUS WASTE MANAGEMENT
P.O. Box 7035
Indianapolis, IN 46207-7035

**PLEASE PRINT OR TYPE**   *(Form designed for use on elite (12-pitch) typewriter.)*   Form Approved. OMB No. 2050-0039. Expires 9-30-88

## UNIFORM HAZARDOUS WASTE MANIFEST

| | |
|---|---|
| 1. Generator's US EPA ID No. | I N D 0 0 6 0 6 2 5 8 2 |
| Manifest Document No. | 0 8 8 1 0 |

2. Page 1 of

A. State Manifest Document Number **INA 0214037**

3. Generator's Name and Mailing Address
Westinghouse Electric Corp.
23rd St. & Cowan Rd., Muncie, In. 47302

4. Generator's Phone ( 317 ) 286-9400

5. Transporter 1 Company Name  LWD Trucking
6. US EPA ID Number  K Y D 9 8 1 4 7 7 8 2 1
D. Transporter's Phone 502-395-8313

7. Transporter 2 Company Name

9. Designated Facility Name and Site Address
LWD, Inc.
Off Highway 1523
Calvert City, Ky. 42029
10. US EPA ID Number  K Y D 0 8 8 4 3 8 8 1 7
H. Facility's Phone 502-395-8313

| 11. US DOT Description | No. | Type | 13. Total Quantity | Unit Wt/Vol | Waste No. |
|---|---|---|---|---|---|
| a. RQ-Waste Paint, Flammable Liquid, UN1263 - Chromium-(EPA-EP Toxicity) (EPA-Ignitability) | 004 | DM | 2448 | P | D001 D007 |
| b. RQ-Waste Paint, Flammable Liquid, UN1263 - Chromium-(EPA-EP Toxicity) (EPA-Ignitability) | 004 | DM | 2028 | P | D001 D007 |
| c. RQ - Hazardous Waste Solid, NOS-ORM-E, NA-9189 (Chromium) (EPA-EP Toxicity) | 009 | DM | 2592 | P | D007 |
| d. RQ-Hazardous Waste, Liquid, NOS ORM-E, NA9189 Chromium (EPA-EP Toxicity) | 005 | DM | 2770 | P | D007 F002 |

J. Additional Descriptions for Materials Listed Above
(a) CV-70 82 (d) CY-01 62.50
(b) CV-71 82.50
(c) HA-69 259.00

K. Handling Codes for Wastes Listed Above  T06/T07

15. Special Handling Instructions and Additional Information
Ref.: P.O. 79K-24468

16. GENERATOR'S CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national government regulations.

Printed/Typed Name  E. J. O'Korn   Signature  E J O'Korn   Month 7 Day 20 Year 88

17. Transporter 1 Acknowledgement of Receipt of Materials
Printed/Typed Name  LARRY E. BEARD   Signature  Larry E. Beard   Month 7 Day 20 Year 88

18. Transporter 2 Acknowledgement of Receipt of Materials

19. Discrepancy Indication Space

20. Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted in Item 19.
Printed/Typed Name  Kean McKinney   Signature  Month 10 Day 21 Year 88

EPA Form 8700-22 (Rev. 9-86)
Previous editions are obsolete.
State Form 11865

INDIANA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT
OFFICE OF SOLID AND HAZARDOUS WASTE MANAGEMENT
P.O. Box 7035
Indianapolis, IN 46207-7035

13894

**PLEASE PRINT OR TYPE**   *(Form designed for use on elite (12-pitch) typewriter.)*   Form Approved. OMB No. 2050-0039. Expires 9-30-88

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No. I·N·D·0·0·6·0·6·2·5·8·2 | Manifest Document No. 0·0·8·1·1 | 2. Page 1 of | Information in the shaded areas is not required by Federal law, but Items D, F, H and I are required by State law. |
|---|---|---|---|---|

**3. Generator's Name and Mailing Address**
Westinghouse Electric Corp.
23rd St. & Cowan Rd., Muncie, In.  47302

A. State Manifest Document Number
**INA   0214038**

**4. Generator's Phone (** 317 **)** 286-9400

B. State Generator's ID

**5. Transporter 1 Company Name**
LWD Trucking

**6. Use EPA ID Number**
K·Y·D·9·8·1·4·7·7·8·2·1

C. State Transporter's ID

D. Transporter's Phone 502-395-8313

**7. Transporter 2 Company Name**

**8. Use EPA ID Number**

E. State Transporter's ID

F. Transporter's Phone

**9. Designated Facility Name and Site Address**
LWD, Inc.
Off Highway 1523
Calvert City, Ky.  42029

**10. Use EPA ID Number**
K·Y·D·0·8·8·4·3·8·8·1·7

G. State Facility's ID

H. Facility's Phone
502-395-8313

| 11. US DOT Description *(Including Proper Shipping Name, Hazard Class, and ID Number)* | 12. Containers No. | Type | 13. Total Quantity | 14. Unit Wt/Vol. | I. Waste No. |
|---|---|---|---|---|---|
| a. Hazardous Waste Solid NOS-ORM-E, NA-9189 | 005 | D M | 1372 | P | D001 F002 |
| b. Stripper Waste Solid, Non-hazardous | 011 | D M | 1144 | P | NA |
| c. | | | | | |
| d. | | | | | |

**J. Additional Descriptions for Materials Listed Above**
(a)  HB-35
(b)  HB-36

**K. Handling Codes for Wastes Listed Above**
T06/T07

**15. Special Handling Instructions and Additional Information**

Ref. P.O. 79K-24468

**16. GENERATOR'S CERTIFICATION:** I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national government regulations.

If I am a large quantity generator, I certify that I have a program in place to reduce the volume and toxicity of waste generated to the degree I have determined to be economically practicable and that I have selected the practicable method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and the environment; OR, if I am a small quantity generator, I have made a good faith effort to minimize my waste generation and select the best waste management method that is available to me and that I can afford.

| Printed/Typed Name E. J. O'Korn | Signature *E. J. O'Korn* | Month 10 Day 20 Year 88 |
|---|---|---|

**17. Transporter 1 Acknowledgement of Receipt of Materials**

| Printed/Typed Name LARRY E. BEARD | Signature *Larry E. Beard* | Month 10 Day 20 Year 88 |
|---|---|---|

**18. Transporter 2 Acknowledgement of Receipt of Materials**

| Printed/Typed Name | Signature | Month Day Year |
|---|---|---|

**19. Discrepancy Indication Space**

**20. Facility Owner or Operator:** Certification of receipt of hazardous materials covered by this manifest except as noted in Item 19.

| Printed/Typed Name Kean McKinney | Signature *Kean McKinney* | Month 10 Day 21 Year 88 |
|---|---|---|

EPA Form 8700-22 (Rev. 9-86)
Previous editions are obsolete.
State Form 11865

DISTRIBUTION:   PAGE 1 (white) TSD MAIL TO GENERATOR
PAGE 2 (goldenrod) GENERATOR MAIL TO GENERATOR STATE
PAGE 3 (light green) TSD MAIL TO TSD STATE
PAGE 4 (light pink) OUT OF STATE GENERATOR/TSD MAIL TO IDEM

PAGE 5 (light blue) TSD COPY
PAGE 6 (canary) GENERATOR COPY
PAGE 7 (white) TRANSPORTER 1 COPY
PAGE 8 (white) TRANSPORTER 2 COPY

National Response Center at 800-424-8802 or 202-426-2675.

INA  0214038

INDIANA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT
OFFICE OF SOLID AND HAZARDOUS WASTE MANAGEMENT
P.O. Box 7035
Indianapolis, IN 46207-7035

**PLEASE PRINT OR TYPE**    *(Form designed for use on elite (12-pitch) typewriter.)*    Form Approved. OMB No. 2050-0039. Expires 9-30-91

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No. I·N·D·0·0·6·0·6·2·5·8·2 | Manifest Document No. 0·8·9·0·2 | 2. Page 1 of 1 | Information in the shaded areas is not required by Federal law, but Items D, F, H and I are required by State law. |
|---|---|---|---|---|

| 3. Generator's Name and Mailing Address | A. State Manifest Document Number |
|---|---|
| Westinghouse Electric Corporation 23rd St. & Cowan Rd., Muncie, In.   47302 | **INA 0326521** |
| | B. State Generator's ID |

| 4. Generator's Phone ( 317 ) 286-9400 | |
|---|---|

| 5. Transporter 1 Company Name LWD Trucking, Inc. | 6. Use EPA ID Number K·Y·D·9·8·1·4·7·7·3·2·1 | C. State Transporter's ID |
|---|---|---|
| | | D. Transporter's Phone 502-395-8313 |

| 7. Transporter 2 Company Name | 8. Use EPA ID Number | E. State Transporter's ID |
|---|---|---|
| | | F. Transporter's Phone |

| 9. Designated Facility Name and Site Address LWD, Inc. | 10. Use EPA ID Number | G. State Facility's ID |
|---|---|---|
| | K·Y·D·0·8·8·4·3·8·8·1·7 | H. Facility's Phone 502-395-8313 |

| 11. US DOT Description *(Including Proper Shipping Name, Hazard Class, and ID Number)* | 12. Containers No. | Type | 13. Total Quantity | 14. Unit Wt/Vol. | I. Waste No. |
|---|---|---|---|---|---|
| a. RQ-Hazardous Waste Solid, NOS, ORM-E, NA9189, D007 | 00.7 | D·M | 2.0.3.0 | P | D007 |
| b. RQ-Hazardous Waste, Liquid, NOS, ORM-E, NA9189, D007 | 00.5 | D·M | 24.0.0 | P | D007 F002 |
| c. | | | | | |
| d. | | | | | |

| J. Additional Descriptions for Materials Listed Above | K. Handling Codes for Wastes Listed Above |
|---|---|
| (a) HA-69 (b) CY-01 | T06/ T07 |

15. Special Handling Instructions and Additional Information

16. GENERATOR'S CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national government regulations.

If I am a large quantity generator, I certify that I have a program in place to reduce the volume and toxicity of waste generated to the degree I have determined to be economically practicable and that I have selected the practicable method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and the environment; OR, if I am a small quantity generator, I have made a good faith effort to minimize my waste generation and select the best waste management method that is available to me and that I can afford.

| Printed/Typed Name E. J. O'Korn | Signature E J O'Korn | Month 01 | Day 13 | Year 89 |
|---|---|---|---|---|

17. Transporter 1 Acknowledgement of Receipt of Materials

| Printed/Typed Name Kerey W Ceder | Signature Kerry W. Crider | Month 01 | Day 13 | Year 89 |
|---|---|---|---|---|

18. Transporter 2 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|

19. Discrepancy Indication Space

20. Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted item 19.

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|

EPA Form 8700-22
Previous editions are obsolete.
State Form 11885 (R/4-88)

In case of a spill call the Indiana Office of Environmental Response at 317/241-4336 (day or night) and the National Response Center at 800/424-8802 or 202/426-2675.

INA 0326521

INDIANA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT
OFFICE OF SOLID AND HAZARDOUS WASTE MANAGEMENT
P.O. Box 7035
Indianapolis, IN 46207-7035

PLEASE PRINT OR TYPE        *(Form designed for use on elite (12-pitch) typewriter.)*        Form Approved. OMB No. 2050-0039. Expires 9-30-91

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No. | Manifest Document No. | 2. Page 1 of 1 | Information in the shaded areas is not required by Federal law, but items D, F, H and I are required by State law. |
|---|---|---|---|---|
| | I N D 0 0 6 0 6 2 5 8 2 | 0 8 9 0 1 | | |

| 3. Generator's Name and Mailing Address | A. State Manifest Document Number |
|---|---|
| Westinghouse Electric Corp. 23rd St. & Cowan Rd., Muncie, In. 47302 | INA 0326522 |
| 4. Generator's Phone ( 317 ) 286-9499 | B. State Generator's ID |

| 5. Transporter 1 Company Name | 6. Use EPA ID Number | C. State Transporter's ID |
|---|---|---|
| LWD Trucking, Inc. | K Y D 9 8 1 4 7 7 8 2 1 | D. Transporter's Phone 502-395-8313 |
| 7. Transporter 2 Company Name | 8. Use EPA ID Number | E. State Transporter's ID |
| | | F. Transporter's Phone |

| 9. Designated Facility Name and Site Address | 10. Use EPA ID Number | G. State Facility's ID |
|---|---|---|
| LWD, Inc. | K Y D 0 8 8 4 3 8 0 1 7 | H. Facility's Phone 502-395-8313 |

| 11. US DOT Description *(Including Proper Shipping Name, Hazard Class, and ID Number)* | 12. Containers No. | Type | 13. Total Quantity | 14. Unit Wt/Vol. | I. Waste No. |
|---|---|---|---|---|---|
| a. Waste Glue - Non-hazardous | 0 1 8 | D M | 5 4 8 0 | P | NA |
| b. Stripper Waste - Non-hazardous | 0 0 7 | D M | 9 1 0 | P | NA |
| c. RQ-Waste Paint, Flammable Liquid, UN1263, (D007) | 0 0 4 | D M | 2 0 0 0 | P | D001 D007 |
| d. RQ-Waste Paint, Flammable Liquid, UN1263, (D007) | 0 0 6 | D M | 3 0 6 0 | P | D001 D007 |

| J. Additional Descriptions for Materials Listed Above | K. Handling Codes for Wastes Listed Above |
|---|---|
| (a) HF-20    (d) CV-71 (b) HB-36 (c) CV-70 | T06/T07 |

15. Special Handling Instructions and Additional Information

16. GENERATOR'S CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national government regulations.

If I am a large quantity generator, I certify that I have a program in place to reduce the volume and toxicity of waste generated to the degree I have determined to be economically practicable and that I have selected the practicable method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and the environment; OR, if I am a small quantity generator, I have made a good faith effort to minimize my waste generation and select the best waste management method that is available to me and that I can afford.

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| E. J. O'Korn | E J O'Korn | 0 1 | 1 8 | 89 |

| 17. Transporter 1 Acknowledgement of Receipt of Materials | | | | |
|---|---|---|---|---|
| Printed/Typed Name | Signature | Month | Day | Year |
| Kerry W. Cridre | Berry W. Cridre | 0 1 | 1 8 | 89 |

| 18. Transporter 2 Acknowledgement of Receipt of Materials | | | | |
|---|---|---|---|---|
| Printed/Typed Name | Signature | Month | Day | Year |

19. Discrepancy Indication Space

20. Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted item 19.

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|

EPA Form 8700-22
Previous editions are obsolete.
State Form 11865 (R/4-88)

COPY 5, TSD COPY

In case of a spill call the Indiana Office of Environmental Response at 317/241-4336 (day or night) and the National Response Center at 800/424-8802 or 202/426-2675.

INA 0326522

INDIANA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT
OFFICE OF SOLID AND HAZARDOUS WASTE MANAGEMENT
P.O. Box 7035
Indianapolis, IN 46207-7035

**PLEASE PRINT OR TYPE**      (Form designed for use on elite (12-pitch) typewriter.)      Form Approved. OMB No. 2050-0039. Expires 9-30-91

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No. | Manifest Document No. | 2. Page 1 of 1 | Information in the shaded areas is not required by Federal law, but items D, F, H and I are required by State law. |
|---|---|---|---|---|
| | I N D 0 0 6 0 6 2 5 8 2 | 0 8 9 8 3 | | |

| 3. Generator's Name and Mailing Address | A. State Manifest Document Number |
|---|---|
| Westinghouse ABB Power T&D Co. | **INA 0326523** |
| 23rd St. & Cowan Rd., Muncie, IN. 47302 | B. State Generator's ID |

| 4. Generator's Phone ( 317 ) 286-9400 | |
|---|---|

| 5. Transporter 1 Company Name | 6. Use EPA ID Number | C. State Transporter's ID |
|---|---|---|
| LWD Trucking | K Y D 9 8 1 4 7 7 8 2 1 | D. Transporter's Phone 502-395-8313 |

| 7. Transporter 2 Company Name | 8. Use EPA ID Number | E. State Transporter's ID |
|---|---|---|
| | . . . . . . . . . . . . | F. Transporter's Phone |

| 9. Designated Facility Name and Site Address | 10. Use EPA ID Number | G. State Facility's ID |
|---|---|---|
| LWD, Inc. | | |
| Off Highway 1523 | | H. Facility's Phone |
| Calvert City, Ky. 42029 | K Y D 0 8 8 4 3 8 8 1 7 | 502-395-8313 |

| 11. US DOT Description (Including Proper Shipping Name, Hazard Class, and ID Number) | 12. Containers No. | Type | 13. Total Quantity | 14. Unit Wt./Vol. | I. Waste No. |
|---|---|---|---|---|---|
| a. RQ-Waste Paint - Flammable Liquid UN1263 (D007) | 0 0 4 | D M | 2 0 0 0 | P | D001 D007 |
| b. RQ-Waste Paint - Flammable Liquid UN1263 (D007) | 0 0 6 | D M | 3 0 6 0 | P | D001 D007 |
| c. RQ-Hazardous Waste, Liquid, NOS, ORM-E, NA9189 (D007) | 0 0 5 | D M | 2 4 0 0 | P | D007 F002 |
| d. RQ-Hazardous Waste, Solid, NOS, ORM-E, NA9189 (D007) | 0 0 2 | D M | 5 8 0 | P | D007 |

| J. Additional Descriptions for Materials Listed Above | K. Handling Codes for Wastes Listed Above |
|---|---|
| (a) CV-70    (d) HA-69 | |
| (B) CV071 | T06/T07 |
| (c) CY-01 | |

15. Special Handling Instructions and Additional Information

16. GENERATOR'S CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national government regulations.

If I am a large quantity generator, I certify that I have a program in place to reduce the volume and toxicity of waste generated to the degree I have determined to be economically practicable and that I have selected the practicable method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and the environment; OR, if I am a small quantity generator, I have made a good faith effort to minimize my waste generation and select the best waste management method that is available to me and that I can afford.

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| E. J. O'Korn | E J O'Korn | 0 4 | 1 1 | 8 9 |

17. Transporter 1 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| Bruce Taylor | | 0 4 | 1 1 | 8 9 |

18. Transporter 2 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| | | | | |

19. Discrepancy Indication Space

20. Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted in item 19.

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| | | | | |

In case of a spill call the Indiana Office of Environmental Response at 317/241-4336 (day or night) and the National Response Center at 800/424-8802 or 202/426-2675.

INA 0326523

EPA Form 8700-22
Previous editions are obsolete.
State Form 11865 (R/4-88)

COPY 5, TSD COPY

INDIANA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT
OFFICE OF SOLID AND HAZARDOUS WASTE MANAGEMENT
P.O. Box 7035
Indianapolis, IN 46207-7035

**PLEASE PRINT OR TYPE** *(Form designed for use on elite (12-pitch) typewriter.)*   Form Approved. OMB No. 2050-0039. Expires 9-30-91

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No. I N D 0 0 6 0 6 2 5 8 2 | Manifest Document No. 0 8 9 0 4 | 2. Page 1 of 1 | Information in the shaded areas is not required by Federal law, but items D, F, H and I are required by State law. |
|---|---|---|---|---|

| 3. Generator's Name and Mailing Address | A. State Manifest Document Number |
|---|---|
| Westinghouse ABB Power T&D Co. 23rd St. & Cowan Rd., Muncie, IN.  47302 | INA 0326524 |

| 4. Generator's Phone ( 317 ) 286-9400 | B. State Generator's ID |
|---|---|

| 5. Transporter 1 Company Name LWD Trucking, Inc. | 6. Use EPA ID Number K Y D 9 8 1 4 7 7 8 2 1 | C. State Transporter's ID |
|---|---|---|
| | | D. Transporter's Phone 502-395-8313 |

| 7. Transporter 2 Company Name | 8. Use EPA ID Number | E. State Transporter's ID |
|---|---|---|
| | | F. Transporter's Phone |

| 9. Designated Facility Name and Site Address KKK LWD, Inc. Off Highway 1523 Calvert City, Ky.  42029 | 10. Use EPA ID Number K Y D 0 8 8 4 3 8 8 1 7 | G. State Facility's ID |
|---|---|---|
| | | H. Facility's Phone 502-395-8313 |

| 11. US DOT Description *(Including Proper Shipping Name, Hazard Class, and ID Number)* | 12. Containers No. | Type | 13. Total Quantity | 14. Unit Wt/Vol. | I. Waste No. |
|---|---|---|---|---|---|
| a. Waste Glue — Non-hazardous | 009 | D M | 3,240 | P | NA |
| b. | | | | | |
| c. | | | | | |
| d. | | | | | |

| J. Additional Descriptions for Materials Listed Above | K. Handling Codes for Wastes Listed Above |
|---|---|
| (a) HF-20 | T06/T07 |

15. Special Handling Instructions and Additional Information

16. GENERATOR'S CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national government regulations.

If I am a large quantity generator, I certify that I have a program in place to reduce the volume and toxicity of waste generated to the degree I have determined to be economically practicable and that I have selected the practicable method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and the environment; OR, if I am a small quantity generator, I have made a good faith effort to minimize my waste generation and select the best waste management method that is available to me and that I can afford.

| Printed/Typed Name E. J. O'Korn | Signature EJO'Korn | Month 04 | Day 11 | Year 89 |
|---|---|---|---|---|

| 17. Transporter 1 Acknowledgement of Receipt of Materials | | | | |
|---|---|---|---|---|
| Printed/Typed Name | Signature | Month | Day | Year |

| 18. Transporter 2 Acknowledgement of Receipt of Materials | | | | |
|---|---|---|---|---|
| Printed/Typed Name | Signature | Month | Day | Year |

19. Discrepancy Indication Space

| 20. Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted Item 19. | | | | |
|---|---|---|---|---|
| Printed/Typed Name | Signature | Month | Day | Year |

EPA Form 8700-22
Previous editions are obsolete.
State Form 11865 (R/4-88)

COPY 5, TSD COPY

In case of a spill call the Indiana Office of Environmental Response at 317/241-4336 (day or night) and the National Response Center at 800/424-8802 or 202/426-2675.

INA 0326524

INDIANA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT
OFFICE OF SOLID AND HAZARDOUS WASTE MANAGEMENT
P.O. Box 7035
Indianapolis, IN 46207-7035

**PLEASE PRINT OR TYPE**   *(Form designed for use on elite (12-pitch) typewriter.)*   Form Approved. OMB No. 2050-0039. Expires 9-30-91

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No. Ind 0 0 6 0 6 2 5 8 2 | Manifest Document No. 8 9 0 5 | 2. Page 1 of 1 | Information in the shaded areas is not required by Federal law, but items D, F, H and I are required by State law. |
|---|---|---|---|---|
| 3. Generator's Name and Mailing Address | | | A. State Manifest Document Number | |

A. State Manifest Document Number: **INA 0326525**

3. Generator's Name and Mailing Address
Westinghouse ABB Power T&D Co.
23rd St. & Cowan Rd. Muncie, In 47307

B. State Generator's ID

4. Generator's Phone ( 317 ) 286 9400

5. Transporter 1 Company Name
LWD Trucking

6. Use EPA ID Number
K Y 9 8 1 4 7 7 8 2 1 (D)

C. State Transporter's ID

D. Transporter's Phone

7. Transporter 2 Company Name

8. Use EPA ID Number

E. State Transporter's ID 502 395 8313

F. Transporter's Phone

9. Designated Facility Name and Site Address
LWD, INC.
Off Highway 1523
Calvery City, Ky. 42029

10. Use EPA ID Number
K Y D 0 8 8 4 3 8 8 1 7

G. State Facility's ID

H. Facility's Phone
502 395 8313

| 11. US DOT Description *(Including Proper Shipping Name, Hazard Class, and ID Number)* | | 12. Containers | | 13. Total Quantity | 14. Unit Wt/Vol. | I. Waste No. |
|---|---|---|---|---|---|---|
| | | No. | Type | | | |
| a. RQ Waste Paint Flammable Liquid UN 1263 (D007) | $119/dr | 006 | DM | 3060 | P | D001 D007 |
| b. RQ Waste Paint  Flammable Liquid UN 1263 (doo7) | $119/dr | 005 | DM | 2000 | P | D001 D007 |
| c. RQ Hazardous Waste, Liquid, NOS ORME NA 9189 (D007) | $94/dr | 007 | DM | 3360 | P | D007 F002 |
| d. RQ Hazardous Waste Solid NOS ORME NA 9189 (D007) | $259/dr | 009 | DM | 2610 | P | D007 |

J. Additional Descriptions for Materials Listed Above
(A) CV 71   (B) CV70   (C) CY01   (D) HA 69

K. Handling Codes for Wastes Listed Above
t06/T07

15. Special Handling Instructions and Additional Information
HA69, HB 36
8-14-89

*(handwritten:)* flp   Ingrs: + 2b 49/dr
44drs @ + 30 PF

16. GENERATOR'S CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national government regulations.

If I am a large quantity generator, I certify that I have a program in place to reduce the volume and toxicity of waste generated to the degree I have determined to be economically practicable and that I have selected the practicable method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and the environment; OR, if I am a small quantity generator, I have made a good faith effort to minimize my waste generation and select the best waste management method that is available to me and that I can afford.

Printed/Typed Name: James A. Duffie   Signature: *James A Duffie*   Month 07 Day 10 Year 89

17. Transporter 1 Acknowledgement of Receipt of Materials
Printed/Typed Name: Roger Harper   Signature: *Roger Harper*   Month 07 Day 10 Year 89

18. Transporter 2 Acknowledgement of Receipt of Materials
Printed/Typed Name:   Signature:   Month   Day   Year

19. Discrepancy Indication Space

20. Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted Item 19.
Printed/Typed Name: Kean McKinney   Signature: *Kean McKinney*   Month 7 Day 13 Year 89

EPA Form 8700-22
Previous editions are obsolete.
State Form 11665 (R/4-88)

*(vertical side text left:)* In case of a spill call the Indiana Office of Environmental Response at 317/241-4336 (day or night) and the National Response Center at 800/424-8802 or 202/426-2675.

*(vertical side text right:)* INA 0326525

OFFICE OF SOLID AND HAZARDOUS WASTE MANAGEMENT
P.O. Box 7035
Indianapolis, IN 46207-7035

**PLEASE PRINT OR TYPE**   *(Form designed for use on elite (12-pitch) typewriter.)*   Form Approved. OMB No. 2050-0039. Expires 9-30-91

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No. I N D 0 0 6 0 6 2 8 8 2 | Manifest Document No. 8 9 0 6 | 2. Page 1 | Information in the shaded areas is not required by Federal law, but items D, F, H and I are required by State law. |
|---|---|---|---|---|

3. Generator's Name and Mailing Address
Westinghouse ABB Power T & D Co.
23rd St. & Cowan Rd. Muncie, In. 47307

A. State Manifest Document Number
**INA 0326526**

4. Generator's Phone ( 317 286 9400

B. State Generator's ID

| 5. Transporter 1 Company Name LWD Trucking | 6. Use EPA ID Number K Y D 9 8 1 4 7 7 8 2 1 | C. State Transporter's ID |
|---|---|---|
| | | D. Transporter's Phone 502 395 8313 |
| 7. Transporter 2 Company Name | 8. Use EPA ID Number | E. State Transporter's ID |
| | | F. Transporter's Phone |

9. Designated Facility Name and Site Address
LWD; INC.
Off Highway 1523
Calvert City, KY. 42029

10. Use EPA ID Number
K Y D 0 8 8 4 3 8 8 1 7

G. State Facility's ID

H. Facility's Phone
502 395 8313

| 11. US DOT Description (Including Proper Shipping Name, Hazard Class, and ID Number) | 12. Containers | | 13. Total Quantity | 14. Unit Wt/Vol. | Waste No. |
|---|---|---|---|---|---|
| | No. | Type | | | |
| a. Waste Glue K Non Hazardous | 009 | DM | 3240 | P | NA |
| b. RQ Hazardous Waste Solid NOS ORME NA 9189 (D007) | 004 | DM | 520 | P | D001 D007 F002 |
| c. RQ Hazardous Waste Solid NOS K ORME NA 9189 (D007) | 004 | DM | 520 | P | D007 |
| d. | | | | | |

J. Additional Descriptions for Materials Listed Above
K (A) HF 20    (B) HB 35    (C) HB36

K. Handling Codes for Wastes Listed Above
TO6/To7

15. Special Handling Instructions and Additional Information

16. GENERATOR'S CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national government regulations.

If I am a large quantity generator, I certify that I have a program in place to reduce the volume and toxicity of waste generated to the degree I have determined to be economically practicable and that I have selected the practicable method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and the environment; OR, if I am a small quantity generator, I have made a good faith effort to minimize my waste generation and select the best waste management method that is available to me and that I can afford.

| Printed/Typed Name James A. Duffie | Signature *Jms A Duffie* | Month 09 Day 10 Year 89 |
|---|---|---|
| 17. Transporter 1 Acknowledgement of Receipt of Materials | | |
| Printed/Typed Name *Roger Harper* | Signature *Roger Harper* | Month 9 Day 10 Year 89 |
| 18. Transporter 2 Acknowledgement of Receipt of Materials | | |
| Printed/Typed Name | Signature | Month Day Year |

19. Discrepancy Indication Space
*+ change in Item I see Jim Duffie 9-13-89 mk*

20. Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted Item 19.

| Printed/Typed Name Kean McKinney | Signature *Kean McKinney* | Month 7 Day 13 Year 89 |
|---|---|---|

EPA Form 8700-22
Previous editions are obsolete.
State Form 11865 (R/4-88)

**COPY 1. TSD MAIL TO TSD STATE**

INA 0326526

INDIANA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT
OFFICE OF SOLID AND HAZARDOUS WASTE MANAGEMENT
P.O. Box 7035
Indianapolis, IN 46207-7035

**PLEASE PRINT OR TYPE** *(Form designed for use on elite (12-pitch) typewriter.)*   Form Approved. OMB No. 2050-0039. Expires 9-30-91

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No. | Manifest Document No. | 2. Page 1 of 1 | Information in the shaded areas is not required by Federal law, but Items D, F, H and I are required by State law. |
|---|---|---|---|---|
| | I N D 0 0 6 0 6 2 5 8 2 8 9 0 7 | 1 of 1 | | |

3. Generator's Name and Mailing Address

Westinghouse ABB Power T&D Company
23 rd. ST And Cowan Road Muncie, In 47307

A. State Manifest Document Number

**INA 0326527**

B. State Generator's ID

4. Generator's Phone ( 317 ) 286 9400

5. Transporter 1 Company Name              6. Use EPA ID Number

LWD Trucking                            K Y D 9 8 4 4 7 7 8 2 1

C. State Transporter's ID

D. Transporter's Phone 502 395 8313

7. Transporter 2 Company Name             8. Use EPA ID Number

E. State Transporter's ID

F. Transporter's Phone

9. Designated Facility Name and Site Address     10. Use EPA ID Number

LWD INC.
Off Highway 1523
Calvert City, Ky 42029              K Y D 0 8 8 4 3 8 8 1 7

G. State Facility's ID

H. Facility's Phone 502 395 8313

| 11. US DOT Description (Including Proper Shipping Name, Hazard Class, and ID Number) | 12. Containers | | 13. Total Quantity | 14. Unit Wt/Vol. | I. Waste No. |
|---|---|---|---|---|---|
| | No. | Type | | | |
| a. RQ Waste paint Flammable Liquid (CV70) UN 1263 (D007) | 009 | DM | 4/500 4000 | P | D001 d007 |
| b. RQ Waste Paint Flammable Liquid (CV71) UN 1263 (D007) | 006 | DM | 3000 2500 | P | D001 D007 |
| c. RQ Hazardous Waste Liquid NOS (CY 01) ORME NA 9198 (D007) | 008 | DM | 3840 | P | D007 F002 |
| d. Rq Hazardous Waste Solid NOS (NA69) ORME NA 9198 (D007) | 014 | DM | 4060 | P | D007 |

J. Additional Descriptions for Materials Listed Above

A CV 70   B CV 71   C CY01   D NA69

K. Handling Codes for Wastes Listed Above

T06/T07

15. Special Handling Instructions and Additional Information

16. GENERATOR'S CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national government regulations.

If I am a large quantity generator, I certify that I have a program in place to reduce the volume and toxicity of waste generated to the degree I have determined to be economically practicable and that I have selected the practicable method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and the environment; OR, if I am a small quantity generator, I have made a good faith effort to minimize my waste generation and select the best waste management method that is available to me and that I can afford.

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| JAMES A DUFFIE | James A Duffie | 1 | 30 | 89 |

17. Transporter 1 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| | | | | |

18. Transporter 2 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| | | | | |

19. Discrepancy Indication Space

20. Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted Item 19.

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| | | | | |

EPA Form 8700-22
Previous editions are obsolete.
State Form 11865 (R/4-88)

**COPY 7. TRANSPORTER 1 COPY**

In case of a spill call the Indiana Office of Environmental Response at 317/241-4336 (day or night) and the National Response Center at 800/424-8802 or 202/426-2675.

INA 0326527

INDIANA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT
OFFICE OF SOLID AND HAZARDOUS WASTE MANAGEMENT
P.O. Box 7035
Indianapolis, IN 46207-7035

**PLEASE PRINT OR TYPE** *(Form designed for use on elite (12-pitch) typewriter.)*  Form Approved. OMB No. 2050-0039. Expires 9-30-91

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No. | Manifest Document No. | 2. Page 1 of 1 | Information in the shaded areas is not required by Federal law, but Items D, F, H and I are required by State law. |
|---|---|---|---|---|

**3. Generator's Name and Mailing Address**
Westinghouse ABB Power T& D Company
23rd. &Cowan Rd. Muncie, In 47307

Generator's US EPA ID No.: I N D 0 0 6 0 6 2 5 8 2 8

A. State Manifest Document Number
**INA 0326528**

B. State Generator's ID

**4. Generator's Phone** ( ) 317 286 9400

**5. Transporter 1 Company Name**
LWD Trucking

**6. Use EPA ID Number** K Y D W R R . 4 7 7 8 2 1

C. State Transporter's ID
D. Transporter's Phone 502 395 8311

**7. Transporter 2 Company Name**

**8. Use EPA ID Number**

E. State Transporter's ID
F. Transporter's Phone

**9. Designated Facility Name and Site Address**
LWD, INC.
Off Highway 1523
Calvert City, Ky. 42029

**10. Use EPA ID Number** K Y D 0 8 8 4 3 8 8 1 7

G. State Facility's ID
H. Facility's Phone 502 395 8313

| 11. US DOT Description *(Including Proper Shipping Name, Hazard Class, and ID Number)* | 12. Containers | | 13. Total Quantity | 14. Unit Wt/Vol. | I. Waste No. |
|---|---|---|---|---|---|
| | No. | Type | | | |
| a. Waste Glue Non Hazardous (HF 20) $#98/dm$ | 022 | DM | 7920 | P | NA |
| b. Non Hazardous Non regulated glue (HB 58) $#450/dm$ | 001 | DM | 100 | P | NA |
| c. RQ Hazardous Waste Solid NOS (HB35) ORME NA 9189 (D007) $#400/dm$ (NXXR) | 008 | DM | 1040 | P | D007 |
| d. | | | | | |

**J. Additional Descriptions for Materials Listed Above**
$HP58$
A  HF 20   B  HB58   C HB35

**K. Handling Codes for Wastes Listed Above**
T06/T07

**15. Special Handling Instructions and Additional Information**

**16. GENERATOR'S CERTIFICATION:** I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national government regulations.

If I am a large quantity generator, I certify that I have a program in place to reduce the volume and toxicity of waste generated to the degree I have determined to be economically practicable and that I have selected the practicable method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and the environment; OR, if I am a small quantity generator, I have made a good faith effort to minimize my waste generation and select the best waste management method that is available to me and that I can afford.

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| James A. Duffie | *James A Duffie* | 10 | 72 | 89 |

**17. Transporter 1 Acknowledgement of Receipt of Materials**

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| Ronnie Croft | *Ronnie Croft* | 10 | 20 | 89 |

**18. Transporter 2 Acknowledgement of Receipt of Materials**

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| | | | | |

**19. Discrepancy Indication Space**

**20. Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted Item 19.**

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| Kean McKinney | | 10 | 24 | 89 |

EPA Form 8700-22
Previous editions are obsolete.
State Form 11865 (R/4-88)

COPY 5, TSD COPY

In case of a spill call the Indiana Office of Environmental Response at 317/241-4336 (day or night) and the National Response Center at 800/424-8802 or 202/426-2675.

INA0326528

**DIVISION OF HAZARDOUS MATERIAL AND WASTE MANAGEMENT**
Kentucky Department for Natural Resources and Environmental Protection

# HAZARDOUS WASTE MANIFEST

NO. 1.P. SPECIAL FORM
NO.   NO.   NO.
02083 – 003 – 009

MANIFEST DOCUMENT NUMBER _____

## IDENTIFICATION INFORMATION

| | ID NUMBER | COMPANY NAME | MAILING ADDRESS | TELEPHONE |
|---|---|---|---|---|
| GENERATOR EPA NO. | MOD–079777157 02083 | WESTINGHOUSE ELEC. CORP | 1943 CRAIG ROAD ST. LOUIS, MO 63141 | 314–576–4328 |
| TRANSPORTER #1 EPA NO. | KYD–098438817 11032 | L.W.D. INCORPORATED | P.O. BOX 327 CALVERT CITY, KY 42029 | 502–395–8313 |
| TRANSPORTER #2 (if required) | | | | |
| TSDF* | KYD–098438817 | L.W.D. INCORORATED | P.O. BOX 327 CALVERT CITY, KY 42029 | 502–395–8313 |

## WASTE INFORMATION

| CONTAINER(S) | | HM | DOT SHIPPING NAME, CLASS, & ID NUMBER | TOTAL QUANTITY | WEIGHT | HAZARDOUS WASTE | |
|---|---|---|---|---|---|---|---|
| NO. | TYPE | | | | | NUMBER | CODE |
| 39 | 55 gal DRM | | HAZARDOUS WASTE, SOLID N.O.S. ORM–E NA 9189 | | | EPA NO. 003 | T |
| 8 | 55 gal DRM | | WASTE, SOLVENT, N.O.S. FLAMMABLE LIQUID NA 1993 | | | EPA F003 NO. 002 | T |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

4 "FLAMMABLE LIQUID" TYPE PLACARDS   ACCEPTED REFUSED by DRIVER

## EMERGENCY INFORMATION

National Response Center 800 - 424 - 8802
Division of Hazardous Material & Waste Management 502 - 564 - 6716

CHEMTREC 800 - 424 - 9300
Division of Water 502 - 564 - 3410

## CERTIFICATIONS

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation, the U.S. Environmental Protection Agency, and the Kentucky Division of Hazardous Material and Waste Management.

| TERRY FOUSHEE | _signature_ | 1/11/83 |
|---|---|---|
| GENERATOR REPRESENTATIVE | SIGNATURE | DATE |

This is to certify acceptance of the hazardous waste shipment described above.

| Rick Vied | _signature_ | 1/11/83 |
|---|---|---|
| TRANSPORTER #1 REPRESENTATIVE | SIGNATURE | DATE |

| | | |
|---|---|---|
| TRANSPORTER #2 REPRESENTATIVE | SIGNATURE | DATE |

This is to certify acceptance of the hazardous waste shipment described above for  ☐ treatment  ☐ storage or  ☒ disposal.

| | _signature_ | 1/13/83 |
|---|---|---|
| TSDF* REPRESENTATIVE | SIGNATURE | DATE |

* Treatment, Storage, or Disposal Facility

HMWM - 2
Rev. 9/80

**CONFIDENTIAL** TRADE SECRET PROPRIETARY

HAZARDOUS WASTE MANIFEST

1/30/83

MANIFEST DOCUMENT NUMBER: 02083 - 003 - 008

## IDENTIFICATION INFORMATION

| | ID NUMBER | COMPANY NAME | MAILING ADDRESS | TELEPHONE |
|---|---|---|---|---|
| GENERATOR EPA MO. | MOD-079777157 02083 | WESTINGHOUSE ELEC. CORP | 1945 CRAIG ROAD ST. LOUIS, MO 63141 | 314-576-0328 |
| TRANSPORTER #1 EPA MO | KYD-088438817 H1082 | L.W.D. INCORPORATED | P.O. BOX 327 CALVERT CITY, KY 42029 | 502-395-8313 |
| TRANSPORTER #2 (if required) | | | | |
| TSDF* | KYD-088438817 | L.W.D. INCORORATED | P.O. BOX 327 CALVERT CITY, KK 82029 | 502-395-8313 |

## WASTE INFORMATION

| CONTAINER(S) | | H M | DOT SHIPPING NAME, CLASS, & ID NUMBER | TOTAL QUANTITY | WEIGHT | HAZARDOUS WASTE | |
|---|---|---|---|---|---|---|---|
| NO. | TYPE | | | | | NUMBER | CODE |
| 39 | 55 gal DRM | X | HAZARDOUS WASTE, SOLID N.O.S. ORH-E NA 9189 | | | EPA D008 MO. 003 | T |
| 8 | 55 gal DRM | X | WASTE, SOLVENT, N.O.S. FLAMMABLE LIQUID NA 1993 | | | EPA F003 MO. 002 | I |
| | | | | | | | |
| | | | | | | | |

4 -"FLAMMABLE LIQUID" TYPE PLACARDS    ACCEPTED
(REFUSED) by DRIVER

## EMERGENCY INFORMATION

National Response Center 800 - 424 - 8802
Division of Hazardous Material & Waste Management 502 - 564 - 6716

CHEMTREC 800 - 424 - 9300
Division of Water 502 - 564 - 3410

## CERTIFICATIONS

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation, the U.S. Environmental Protection Agency, and the Kentucky Division of Hazardous Material and Waste Management.

TERRY FOUSHEE
GENERATOR REPRESENTATIVE     _Terry J Foushee_ SIGNATURE     1/11/83 DATE

This is to certify acceptance of the hazardous waste shipment described above.

Ricky Wood
TRANSPORTER #1 REPRESENTATIVE     SIGNATURE     1/11/83 DATE

TRANSPORTER # 2 REPRESENTATIVE     SIGNATURE     DATE

This is to certify acceptance of the hazardous waste shipment described above for ☐ treatment ☐ storage or ☑ disposal.

Kean R. McKinney
TSDF* REPRESENTATIVE     _Kean R. McKinney_ SIGNATURE     1/13/83 DATE

* Treatment, Storage, or Disposal Facility

HMWM - Rev. 9/8

**DIVISION OF HAZARDOUS MATERIAL AND WASTE MANAGEMENT**
Kentucky Department for Natural Resources and Environmental Protection

## HAZARDOUS WASTE MANIFEST

P.O.# 335-29671

EP.I.D. NO. 02083
WASTE STREAM NO. 003
SHIPMENT NO. 010

MANIFEST DOCUMENT NUMBER 02083-003-010

### IDENTIFICATION INFORMATION

| | | ID NUMBER | COMPANY NAME | MAILING ADDRESS | TELEPHONE |
|---|---|---|---|---|---|
| GENERATOR | EPA NO | MOD-079.777157 02083 | WESTINGHOUSE ELEC.CORP. | 1945 CRAIG ROAD ST.LOUIS, MO. 63141 | 314-576-0328 |
| TRANSPORTER #1 | EPA NO | KYD-088438817 H1082 | L.W.D. INCORPORATED | P.O. BOX 327 CALVERT CITY, 42029 | 502-395-8313 |
| TRANSPORTER #2 (if required) | | | | | |
| TSDF* | | KYD-033438817 | L.W.D. INCORPORATED | P.O. BOX 327 CALVERT CITY, KY 42029 | 502-395-8313 |

### WASTE INFORMATION

| CONTAINER(S) | | HM | DOT SHIPPING NAME, CLASS, & ID NUMBER | TOTAL QUANTITY | WEIGHT | HAZARDOUS WASTE | |
|---|---|---|---|---|---|---|---|
| NO. | TYPE | | | | | NUMBER | CODE |
| 36 | 55 GAL DRM | | HAZARDOUS WASTE, SOLID N.O.S. ORM-E NA 9189 | | | EPA D008 NO. 003 | T |
| 4 | 55 GAL DRM | X | WASTE, SOLVENT, N.O.S. FLAMMABLE LIQUID NA 1993 | | | EPA F003 NO. 002 | I |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

4 - "FLAMMABLE LIQUID" TYPE PLACARDS    ACCEPTED (REFUSED) by DRIVER R.F.

### EMERGENCY INFORMATION

National Response Center 800 - 424 - 8802
Division of Hazardous Material & Waste Management 502 - 564 - 6716

CHEMTREC 800 - 424 - 9300
Division of Water 502 - 564 - 3410

### CERTIFICATIONS

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation, the U.S. Environmental Protection Agency, and the Kentucky Division of Hazardous Material and Waste Management.

| George V Howell | George V Howell | 3/17/83 |
|---|---|---|
| GENERATOR REPRESENTATIVE | SIGNATURE | DATE |

This is to certify acceptance of the hazardous waste shipment described above.

| RANDY FOX | Randy Fox | 3-17-83 |
|---|---|---|
| TRANSPORTER #1 REPRESENTATIVE | SIGNATURE | DATE |

| | | |
|---|---|---|
| TRANSPORTER # 2 REPRESENTATIVE | SIGNATURE | DATE |

This is to certify acceptance of the hazardous waste shipment described above for ☒ treatment ☐ storage or ☒ disposal.

| Amos H. Shelton, Jr. | | 3/18/83 |
|---|---|---|
| TSDF* REPRESENTATIVE | SIGNATURE | DATE |

* Treatment, Storage, or Disposal Facility

HMWM - 2
Rev. 9/80

DIVISION OF HAZARDOUS MATERIAL AND WASTE MANAGEMENT
Kentucky Department for Natural Resources and Environmental Protection

P.O. 335-31861

## HAZARDOUS WASTE MANIFEST

MANIFEST DOCUMENT NUMBER 02083 - 003 - 011

| IDENTIFICATION  INFORMATION | | | | |
|---|---|---|---|---|
| | ID NUMBER | COMPANY NAME | MAILING ADDRESS | TELEPHONE |
| GENERATOR EPA NO | MOD-079777157 02083 | WESTINGHOUSE ELEC.CORP. | 1945 CRAIG ROAD ST. LOUIS, MO. 63141 | 314-576-0328 |
| TRANSPORTER #1 NO | KYD -088438817 R1082 | L.W.D. INCORPORATED | P.O. Box 327 Calvert City, Ky.42029 | 502-395-8313 |
| TRANSPORTER #2 (if required) | | | | |
| TSDF* | KYD-088438817 | L.W.D. INCORPORATED | P.O. BOX 327 CALVERT CITY, KY 42029 | 502-395-8313 |

| WASTE INFORMATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| CONTAINER(S) | | HM | DOT SHIPPING NAME, CLASS, & ID NUMBER | TOTAL QUANTITY | WEIGHT | HAZARDOUS WASTE | |
| NO. | TYPE | | | | | NUMBER | CODE |
| 26 | 55 Gal Drm | X | HAZARDOUS WASTE, SOLID N.O.S. ORM-E NA 9189 | | | EPA D008 NO. 003 | T |
| 4 | 55 Gal Drm | X | WASTE, SOLVENT, N.O.S. FLAMMABLE LIQUID NA 1993 | | | EPA F003 NO. 003 | I |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

4 - "FLAMMABLE LIQUID" TYPE PLACARDS    ACCEPTED
                                        REFUSED BY DRIVER

| EMERGENCY INFORMATION |
|---|
| National Response Center 800 - 424 - 8802     CHEMTREC 800 - 424 - 9300 |
| Division of Hazardous Material & Waste Management  502 - 564 - 6716     Division of Water  502 - 564 - 3410 |

### CERTIFICATIONS

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation, the U.S. Environmental Protection Agency, and the Kentucky Division of Hazardous Material and Waste Management.

George W. Howell
GENERATOR REPRESENTATIVE          SIGNATURE          5/20/83 DATE

This is to certify acceptance of the hazardous waste shipment described above.

D.B. Johnson  LWD
TRANSPORTER #1 REPRESENTATIVE     SIGNATURE          5-20-83 DATE

TRANSPORTER #2 REPRESENTATIVE     SIGNATURE          DATE

This is to certify acceptance of the hazardous waste shipment described above for  ☒ treatment  ☐ storage or  ☒ disposal.

Amos E. Shelton, Jr.
TSDF* REPRESENTATIVE              SIGNATURE          5/24/83 DATE

* Treatment, Storage, or Disposal Facility

HMWM - 2
Rev. 9/80

DIVISION OF HAZARDOUS MATERIAL AND WASTE MANAGEMENT
Kentucky Department of Natural Resources and Environmental Protection

## HAZARDOUS WASTE MANIFEST

MO.   WASTE
I.D.   STRM   SHIPMT.
NO.   NO.   NO.

MANIFEST DOCUMENT NUMBER 02083 - 002 - 012

### IDENTIFICATION INFORMATION

| | ID NUMBER | COMPANY NAME | MAILING ADDRESS | TELEPHONE |
|---|---|---|---|---|
| GENERATOR EPA MO | MOD-079777157 02083 | WESTINGHOUSE ELEC. CORP | 1945 CRAIG ROAD ST. LOUIS, MO 63146 | (314)-576-0328 |
| TRANSPORTER EPA MO | KYD-088438817 H1082 | L.W.D. INCORPORATED | P.O. BOX 327 CALVERT CITY, KY 42029 | (502)395-8313 |
| TRANSPORTER #2 (if required) | | | | |
| TSDF* | KYD-088438817 | L.W.D. INCORPORATED | P.O. BOX 327 CALVERT CITY, KY 42029 | (502)395-8313 |

*Changed QUAN, TY of Containers From 12 to 10   9. Howell 8/12/83*

### WASTE INFORMATION

| CONTAINER(S) | | | DOT SHIPPING NAME, CLASS, & ID NUMBER | TOTAL QUANTITY | WEIGHT | HAZARDOUS WASTE | |
|---|---|---|---|---|---|---|---|
| NO. | TYPE | H M | | | | NUMBER | CODE |
| 10 | 55 GAL DRUM | X | WASTE, FLAMMABLE LIQUID, N.O.S. FLAMMABLE LIQUID UN 1993 | | | EPA D001 MO .002 | I |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

XXX 4 - "FLAMMABLE LIQUID" TYPE PLACARDS   ACCEPTED
(REFUSED BY DRIVER)

### EMERGENCY INFORMATION
National Response Center 800 - 424 - 8802
Division of Hazardous Material & Waste Management 502 - 564 - 6716
CHEMTREC 800 - 424 - 9300
Division of Water 502 - 564 - 3410

### CERTIFICATIONS

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation, the U.S. Environmental Protection Agency, and the Kentucky Division of Hazardous Material and Waste Management.

GEORGE HOWELL
GENERATOR REPRESENTATIVE        SIGNATURE        DATE 8/12/83

This is to certify acceptance of the hazardous waste shipment described above.

TRANSPORTER #1 REPRESENTATIVE        SIGNATURE        DATE 8-12-83

TRANSPORTER # 2 REPRESENTATIVE        SIGNATURE        DATE

This is to certify acceptance of the hazardous waste shipment described above for ☒ treatment ☐ storage or ☒ disposal.

Amos H. Shelton, Jr.
TSDF* REPRESENTATIVE        SIGNATURE        DATE 8/15/83

* Treatment, Storage, or Disposal Facility

HMWM - 2
Rev. 9/80

DIVISION OF HAZARDOUS MATERIAL AND WASTE MANAGEMENT
Kentucky Department for Natural Resources and Environmental Protection

## HAZARDOUS WASTE MANIFEST

WASTE
No. /STRFAM/SHIPMENT
NO.    NO.    NO.
02303-103- 013

MANIFEST DOCUMENT NUMBER

### IDENTIFICATION INFORMATION

| | ID NUMBER | COMPANY NAME | MAILING ADDRESS | TELEPHONE |
|---|---|---|---|---|
| GENERATOR EPA NO | MOD- 079777157 02083 | westinghouse elec. corp | 1945 CRAIG ROAD ST. LOUIS, MO. 63146 | 314-576-0328 |
| TRANSPORTER #1 EPA NO | KYD-088438817 81082 | L.W.D. INCORPORATED | P.O. BOX 327 CALVERT CITY, KY. 42029 | 502-395-8313 |
| TRANSPORTER #2 (if required) | | | | |
| TSDF* | KYD-088438817 | L.W.D. INCORPORATED | P.O. Box 327 CALVERT CITY, KY. 42029 | 502-395-8313 |

### WASTE INFORMATION

| CONTAINER(S) | | HM | DOT SHIPPING NAME, CLASS, & ID NUMBER | TOTAL QUANTITY | WEIGHT | HAZARDOUS WASTE | |
|---|---|---|---|---|---|---|---|
| NO. | TYPE | | | | | NUMBER | CODE |
| 34 | 55 GAL drm | | HAZARDOUS WASTE, SOLID, N.O.S, ORM-E NA  9189 | | | EPA D008 NO D03 | T |
| 7 | 55 GAL drm | X | WASTE, FLAMMABLE LIQUID, N.O.S. FLAMMABLE LIQUID NA  1993 | | | EPA D001 NO 0021 | I |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

4 - "FLAMMABLE LIQUID" TYPE PLACARDS   ACCEPTED
REFUSED BY DRIVER

### EMERGENCY INFORMATION

National Response Center 800 - 424 - 8802
Division of Hazardous Material & Waste Management 502 - 564 - 6716

CHEMTREC 800 - 424 - 9300
Division of Water  502 - 564 - 3410

### CERTIFICATIONS

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation, the U.S. Environmental Protection Agency, and the Kentucky Division of Hazardous Material and Waste Management.

GEORGE V. HOWELL

| GENERATOR REPRESENTATIVE | SIGNATURE | DATE |
|---|---|---|

This is to certify/acceptance of the hazardous waste shipment described above.

DR JOHNSON  LWD

| TRANSPORTER #1 REPRESENTATIVE | SIGNATURE | DATE |
|---|---|---|
| | | 11-3-83 |

| TRANSPORTER # 2 REPRESENTATIVE | SIGNATURE | DATE |
|---|---|---|

This is to certify acceptance of the hazardous waste shipment described above for ☑ treatment, ☐ storage or ☐ disposal.

Amos D. Shelton, Jr.

| TSDF* REPRESENTATIVE | SIGNATURE | DATE |
|---|---|---|
| | | 11/04/83 |

* Treatment, Storage, or Disposal Facility

HMWM - 2
Rev. 9/80

DIVISION OF HAZARDOUS MATERIAL AND WASTE MANAGEMENT
Kentucky Department for Natural Resources and Environmental Protection

## HAZARDOUS WASTE MANIFEST

WASTE
NO.ILD./STREAM/SHIPMENT
NO.        NO.        NO.
02083     002        014

P.O. 335-38990

MANIFEST DOCUMENT NUMBER _____

### IDENTIFICATION INFORMATION

|  | ID NUMBER | COMPANY NAME | MAILING ADDRESS | TELEPHONE |
|---|---|---|---|---|
| GENERATOR  EPA | MOD-079777157 | WESTINGHOUSE ELEC. CORP. | 1945 CRAIG ROAD | 314-576-0328 |
|  MO | 02083 |  | ST. LOUIS, MO  63146 |  |
| TRANSPORTER #1  EPA | KYD-088438817 | L.W.D. INCORPORATED | P.O. BOX 327 | 502-395-8313 |
|  | H1082 |  | CALVERT CITY, KY 42029 |  |
| TRANSPORTER #2 (if required) |  |  |  |  |
| TSDF* | KYD-088438817 | L.W.D. INCORPORATED | P.O. BOX 327 CALVERT CITY, KY 42029 | 502-395-8313 |

### WASTE INFORMATION

| CONTAINER(S) | | | DOT SHIPPING NAME, CLASS, & ID NUMBER | TOTAL QUANTITY | WEIGHT | HAZARDOUS WASTE | |
| NO. | TYPE | HM | | | | NUMBER | CODE |
|---|---|---|---|---|---|---|---|
| 16 | 55 GAL DRM | X | WASTE, SOLVENT, N.O.S. FLAMMABLE LIQUID NA  1993 | | | EPA F003 MO. 002 | I |
| 1 | 55 GAL DRM | X | HAZARDOUS WASTE, SOLID, N.O.S. ORM-E NA 9189 | | | EPA D008 MO  003 | T |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

### EMERGENCY INFORMATION

National Response Center 800 - 424 - 8802          CHEMTREC 800 - 424 - 9300
Division of Hazardous Material & Waste Management 502 - 564 - 6716          Division of Water  502 - 564 - 3410

4 - "FLAMMABLE LIQUID" TYPE PLACARDS          ACCEPTED
                                              REFUSED BY DRIVER

### CERTIFICATIONS

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation, the U.S. Environmental Protection Agency, and the Kentucky Division of Hazardous Material and Waste Management.

George Nollewski  Paul Stein _____  Paul Stein          1/25/84
GENERATOR REPRESENTATIVE                SIGNATURE          DATE

This is to certify acceptance of the hazardous waste shipment described above.

L W D                                                      1-26-84
TRANSPORTER #1 REPRESENTATIVE           SIGNATURE          DATE

TRANSPORTER #2 REPRESENTATIVE           SIGNATURE          DATE

This is to certify acceptance of the hazardous waste shipment described above for ☒ treatment, ☐ storage or ☐ disposal.

Amos H. Shelton, Jr.                                       1/26/84
TSDF* REPRESENTATIVE                    SIGNATURE          DATE

* Treatment, Storage, or Disposal Facility

HMWM - 2
Rev. 9/80

DIVISION OF HAZARDOUS MATERIAL AND WASTE MANAGEMENT
Kentucky Department for Natural Resources and Environmental Protection

## HAZARDOUS WASTE MANIFEST

WASTE
MO.ILD./STREAM/SHIPMENT
NO.        NO.        NO.

MANIFEST DOCUMENT NUMBER   02083   002   015

### IDENTIFICATION INFORMATION

| | ID NUMBER | COMPANY NAME | MAILING ADDRESS | TELEPHONE |
|---|---|---|---|---|
| GENERATOR EPA MO | MOD-079777157 02083 | WESTINGHOUSE ELEC. CORP | 1945 Craig Road St. Louis, MO 63146 | 314-576-0328 |
| TRANSPORTER #1 EPA MO | KYD-088438817 H1082 | L.W.D. INCORPORATED | P.O. BOX 327 CALVERT CITY, KY 42029 | 502-395-8313 |
| TRANSPORTER #2 (if required) | | | | |
| TSDF* | KYD-088438817 | L.W.D. INCORPORATED | P.O. BOX 327 CALVERT CITY, KY 42029 | 502-395-8313 |

### WASTE INFORMATION

| CONTAINER(S) | | HM | DOT SHIPPING NAME, CLASS, & ID NUMBER | TOTAL QUANTITY | WEIGHT | HAZARDOUS WASTE | |
|---|---|---|---|---|---|---|---|
| NO. | TYPE | | | | | NUMBER | CODE |
| 27 | 55 GAL DRM | X | HAZARDOUS WASTE, SOLID, N.O.S. ORM-E NA 9189 | 1400 gal | 14,000 lb | EPA D007 MO 003 | T |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

4 - "FLAMMABLE LIQUID" TYPE PLACARDS   ACCEPTED REFUSED BY DRIVER _B_

### EMERGENCY INFORMATION

National Response Center 800 - 424 - 8802
Division of Hazardous Material & Waste Management 502 - 564 - 6716

CHEMTREC 800 - 424 - 9300
Division of Water 502 - 564 - 3410

### CERTIFICATIONS

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation, the U.S. Environmental Protection Agency, and the Kentucky Division of Hazardous Material and Waste Management.

| George V Howell | _George V Howell_ | 3/23/84 |
|---|---|---|
| GENERATOR REPRESENTATIVE | SIGNATURE | DATE |

This is to certify acceptance of the hazardous waste shipment described above.

| LWD Lloyd A Bennett | _Lloyd A Bennett_ | 3 23 84 |
|---|---|---|
| TRANSPORTER #1 REPRESENTATIVE | SIGNATURE | DATE |

| | | |
|---|---|---|
| TRANSPORTER # 2 REPRESENTATIVE | SIGNATURE | DATE |

This is to certify acceptance of the hazardous waste shipment described above for [XIX] treatment   ☐ storage or   ☐ disposal.

| Amos H. Shelton, Jr. | _Shelton_ | 3/27/84 |
|---|---|---|
| TSDF* REPRESENTATIVE | SIGNATURE | DATE |

* Treatment, Storage, or Disposal Facility

HMWM - 2
Rev. 9/80



**DIVISION OF HAZARDOUS MATERIAL AND WASTE MANAGEMENT**
Kentucky Department for Natural Resources and Environmental Protection

## HAZARDOUS WASTE MANIFEST

WASTE
MO.I.D./STREAM/SHIPMEN
NO.      NO.      NO.

MANIFEST DOCUMENT NUMBER  02083 – 003– 016

### IDENTIFICATION INFORMATION

| | ID NUMBER | COMPANY NAME | MAILING ADDRESS | TELEPHONE |
|---|---|---|---|---|
| GENERATOR EPA No | MOD-079777157 02083 | WESTINGHOUSE ELEC.CORP | 1945 CRAIG ROAD ST.LOUIS,MO. 63141 | 314-576-0328 |
| TRANSPORTER #1 EPA MO | KYD-088438817 H1082 | L.W.D.INCORPORATED | p.o. box 327 CALVERT CITY, KY 42029 | 502-395-8313 |
| TRANSPORTER #2 (if required) | | | | |
| TSDF* | KYD-088438817 | L.W.D. INCORPORATED | P.O. BOX 327 CALVERT CITY, KY 42029 | 502-395-8313 |

### WASTE INFORMATION

| CONTAINER(S) | | | DOT SHIPPING NAME, CLASS, & ID NUMBER | TOTAL QUANTITY | WEIGHT | HAZARDOUS WASTE | |
|---|---|---|---|---|---|---|---|
| NO. | TYPE | | | | | NUMBER | CODE |
| 5 | 55 Gal Drm | X | HAZARDOUS WASTE, SOLID, N.O.S. ORM-E NA 9189 | 250gal | 2500lb | EPA D007 MO 003 | T |
| 5 | 55 Gal Drm | X | WASTE, SOLVENT, N.O.S. FLAMMABLE LIQUID NA 1993 | 250gal | 2500lb | EPA F003 MO.002 | I |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

4 – "FLAMMABLE LIQUID" TYPE PLACARDS   ~~ACCEPTED~~
REFUSED BY DRIVER *R.J.*

### EMERGENCY INFORMATION

| National Response Center 800 - 424 - 8802 Division of Hazardous Material & Waste Management 502 - 564 - 6716 | CHEMTREC 800 - 424 - 9300 Division of Water 502 - 564 - 3410 |
|---|---|

### CERTIFICATIONS

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation, the U.S. Environmental Protection Agency, and the Kentucky Division of Hazardous Material and Waste Management.

George W. Howell                        *George V Howell*          6/12/84
GENERATOR REPRESENTATIVE                 SIGNATURE                   DATE

This is to certify acceptance of the hazardous waste shipment described above.

*Ricky West*                             *Ricky West*               6-12-84
TRANSPORTER #1 REPRESENTATIVE            SIGNATURE                   DATE

TRANSPORTER # 2 REPRESENTATIVE           SIGNATURE                   DATE

This is to certify acceptance of the hazardous waste shipment described above for ☒ treatment ☐ storage or ☐ disposal.

Amos H. Shelton, Jr.                                                6/13/84
TSDF* REPRESENTATIVE                     SIGNATURE                   DATE

* Treatment, Storage, or Disposal Facility

HMWM - 2
Rev. 9/80

INSTRUCTIONS FOR THE
COMPLETION OF THIS FORM
ARE ON A SEPARATE SHEET

THIS DOCUMENT MUST BE
USED FOR ALL MISSOURI
DESTINED SHIPMENTS

**MISSOURI DEPARTMENT OF NATURAL RESOURCES**
Division of Environmental Quality
Waste Management Program
P.O. Box 1368   Jefferson City, Missouri 65102
314-751-3241

# HAZARDOUS WASTE MANIFEST

EMERGENCY RESPONSE
U.S. COAST GUARD
1-800-424-8802
CHEM TREC
1-800-424-9300

Please print or type   Form designed for use on elite (12-pitch) typewriter )

Form Approved OMB No. 2000-0404 Expires 7-31-86

| UNIFORM HAZARDOUS WASTE MANIFEST | 1 Generator's US EPA ID No | Manifest Document No | 2 Page 1 of 1 | Information in the shaded areas is not required by Federal law |
|---|---|---|---|---|
| | M O D 0 7 9 7 7 7 1 5 7 | 0 0 0 0 1 | | |

| 3 Generator's Name and Mailing Address | A. Missouri Manifest Document Number |
|---|---|
| WESTINGHOUSE ELECTRIC CORP 1945 Craig Road St. Louis, Missouri 63146 | 0 2 0 8 3 0 0 0 1 |
| 4 Generator's Phone   314   576-0328 | B. State Generator's ID - other |

| 5 Transporter 1 Company Name | 6 US EPA ID Number | C. Missouri Transporter's ID  H1082 |
|---|---|---|
| ~~KXWXXXMKX~~ L.W.D. INC. | K Y D 0 8 8 4 3 8 8 1 7 | D. Transporter's Phone  502-395-8313 |
| 7 Transporter 2 Company Name | 8 US EPA ID Number | E. Missouri Transporter's ID |
| | ~~K Y D 0 8 8 4 3 8 8 1 7~~ | F. Transporter's Phone |

| 9 Designated Facility Name and Site Address | 10 US EPA ID Number | G. State Facility's ID |
|---|---|---|
| L.W.D. ~~KHKR~~ Inc. Highway 1523 West Calvert City, KY 42029 | K Y D 0 8 8 4 3 8 8 1 7 | H. Facility's Phone  502-395-8313 |

| 11 US DOT Description (Including Proper Shipping Name, Hazard Class, and ID Number) | 12 Containers | | 13 Total Quantity | 14 Unit Wt/Vol | I. Waste No. |
|---|---|---|---|---|---|
| a. WASTE, SOLVENT, N.O.S. FLAMMABLE LIQUID NA 1993 | 0 0 1 | D M | 0 0 0 5 0 | G | Missouri 0 0 2 Other |
| b. WASTE, CYANIDE SOLUTION, N.O.S. POISON B   NA 1935 | 0 0 3 | D M | 0 0 1 5 0 | G | Missouri 0 0 1 Other |
| c. | | | | | Missouri Other |
| d. | | | | | Missouri Other |

| J. Additional Descriptions for Materials Listed Above | K. Handling Codes for Wastes Listed Above |
|---|---|
| a. F003 | T 0 6   T 0 7 |
| b. F007 | T 0 6   T 0 7 |
| c. | |
| d. | |

| 15. Special Handling Instructions and Additional Information |
|---|
| 4-"~~Dangerous~~" type Placards   (Accepted)   ~~Refused~~   *TMW* "Poison"   by Driver |

**16. GENERATOR'S CERTIFICATION:** I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national governmental regulations and applicable state regulations.

| Printed/Typed Name | Signature | Date Month Day Year |
|---|---|---|
| George Howell | *George Howell* | 0 1 X 8 8 7 |

| 17. Transporter 1 Acknowledgement of Receipt of Materials | | Date Month Day Year |
|---|---|---|
| Printed/Typed Name  Thomas Woodruff | Signature  *Thomas Woodruff* | |

| 18. Transporter 2 Acknowledgement of Receipt of Materials | | Date Month Day Year |
|---|---|---|
| Printed/Typed Name | Signature | |

| 19. Discrepancy Indication Space |
|---|
| |

| 20. Facility Owner or Operator Certification of receipt of hazardous materials covered by this manifest except as noted in Item 19. | | Date Month Day Year |
|---|---|---|
| | *Atalla* | |

MISSOURI DNR FINAL COPY — PART 1

COPY MUST BE TRANSMITTED TO THE DEPARTMENT

INSTRUCTIONS FOR THE
COMPLETION OF THIS FORM
ARE ON A SEPARATE SHEET

THIS DOCUMENT MUST BE
USED FOR ALL MISSOURI—
DESTINED SHIPMENTS

**MISSOURI DEPARTMENT OF NATURAL RESOURCES**
Division of Environmental Quality
Waste Management Program
P.O. Box 1368   Jefferson City, Missouri 65102
314-751-3241

# HAZARDOUS WASTE MANIFEST

**EMERGENCY RESPONSE:**
U.S. COAST GUARD
1-800-424-8802
CHEM TREC
1-800-424-9300

Please print or type   (Form designed for use on elite (12-pitch) typewriter)    Form Approved OMB No 2000-0404 Expires 7-31-86

| UNIFORM HAZARDOUS WASTE MANIFEST | 1 Generator's US EPA ID No. M O D 0 7 9 7 7 7 1 5 7 | Manifest Document No. 0 0 0 0 2 | 2 Page 1 of 1 | Information in the shaded areas is not required by Federal law. |
|---|---|---|---|---|

3 Generator's Name and Mailing Address  WESTINGHOUSE ELECTRIC CORP
1945 Craig Road
St. Louis, Missouri 63146

A. Missouri Manifest Document Number  0 2 0 8 3  0 0 0 2
B. State Generator's ID - other

4. Generator's Phone ( 314 )576-0328

5 Transporter 1 Company Name  L.W.D. INC.
6. US EPA ID Number  K Y D 0 8 8 4 3 8 8 1 7
C. Missouri Transporter's ID  H1082
D. Transporter's Phone 502-395-8313

7 Transporter 2 Company Name
8. US EPA ID Number
E. Missouri Transporter's ID
F. Transporter's Phone

9 Designated Facility Name and Site Address  L.W.D. INC.
HIGHWAY 1523 WEST P. O. Box 327
CALVERT CITY, KY  42029
10. US EPA ID Number  K Y D 0 8 8 4 3 8 8 1 7
G. State Facility's ID
H. Facility's Phone  502-395-8313

| 11. US DOT Description (Including Proper Shipping Name, Hazard Class, and ID Number) | 12.Containers | | 13. Total Quantity | 14. Unit Wt/Vol | I. Waste No. |
|---|---|---|---|---|---|
| a. WASTE, SOLVENT, N.O.S. (TOLUENE, XYLENE, KETONES) FLAMMABLE LIQUID NA 1993  ON69 | 0 0 1 | D M | 0 0 0 5 0 | G | Missouri 0 0 2 / Other |
| b. | | | | | Missouri F003 / Other F005 |
| c. | | | | | Missouri / Other |
| d. | | | | | Missouri / Other |

J. Additional Descriptions for Materials Listed Above
a. F003, F005
b.
c.
d.

K. Handling Codes for Wastes Listed Above
T 06 T 07

15. Special Handling Instructions and Additional Information  4-"FLAMMABLE" TYPE PLACARDS   ACCEPTED
REFUSED  J.B.
BY DRIVER

16. **GENERATOR'S CERTIFICATION:** I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national governmental regulations and applicable state regulations.

| Printed/Typed Name  GEORGE HOWELL | Signature  George Howell | Date Month Day Year 0 1 2 3 8 5 |
|---|---|---|

17. Transporter 1 Acknowledgement of Receipt of Materials

| Printed/Typed Name  Lloyd Bennett | Signature  Lloyd Bennett LWD | Date Month Day Year 1 23 85 |
|---|---|---|

18. Transporter 2 Acknowledgement or Receipt of Materials

| Printed/Typed Name | Signature | Date Month Day Year |
|---|---|---|

19. Discrepancy Indication Space

20. Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted in Item 19

| Printed/Typed Name | Signature | Date Month Day Year |
|---|---|---|

MISSOURI DNR FINAL COPY — PART 1

COPY MUST BE TRANSMITTED TO THE DEPARTMENT
OR ITS RETURN FROM THE DESIGNATED FACILITY.

**TRADE SECRET**
**PROPRIETARY** ~~HAZARDOUS WA~~ **CONFIDENTIAL**

| UNIFORM HAZARDOUS WASTE MANIFEST | Generator's US EPA ID No. M O D 0 7 9 7 7 7 1 5 7 0 0 0 3 | | |
|---|---|---|---|

3. Generator's Name and Mailing Address: **WESTINGHOUSE ELECTRIC CORP**
**1945 Craig Road**
**St. Louis, MO 63146**

A. Missouri Manifest Document Number
0 2 0 8 3 0 0 0 3

4. Generator's Phone ( 314 ) 576-0328

B. State Generator's ID - other

5. Transporter 1 Company Name **L.W.D. INC.**

6. US EPA ID Number K Y D 0 8 8 4 3 8 8 1 7

C. Missouri Transporter's ID H1082
D. Transporter's Phone 502-395-8313

7. Transporter 2 Company Name ~~XXXXXXXXXX~~
~~XXXXXXXXXX~~

8. US EPA ID Number ~~XXXXXXXXXXXXXXXXXXXX~~

E. Missouri Transporter's ID
F. Transporter's Phone

9. Designated Facility Name and Site Address **L.W.D. INC.**
**HIGHWAY 1523 West P.O. Box 327**
**Calvert City, KY 42029**

10. US EPA ID Number 0.8.8.4.3.8.8.1.7
K Y D XXXXXXXXXXXXXXXX

G. State Facility's ID
H. Facility's Phone 502-395-8313

| 11. US DOT Description (Including Proper Shipping Name, Hazard Class and ID Number) | 12. Containers No. Type | 13. Total Quantity | 14. Unit Wt Vol | I. Waste No. |
|---|---|---|---|---|
| a. WASTE, SOLVENT, N.O.S. (TOLUENE, XYLENE, KETONES) FLAMMABLE LIQUID NA 1993  DN69 | 0 0 1 DM | 0 0 0 5 0 | G | Missouri 0 0 2 |
| | | | | Other |
| b. | | | | Missouri |
| | | | | Other |
| c. DN70  + 12 N/H drums | | | | Missouri |
| | | | | Other |
| d. | | | | Missouri |
| | | | | Other |

J. Additional Descriptions for Materials Listed Above

a. **F003, F005**

K. Handling Codes for Wastes Listed Above

a. T 0 6 T 0 7

b.
c.
d.

15. Special Handling Instructions and Additional Information  4-"FLAMMABLE" TYPE PLACARDS  ACCEPTED

Shipment includes 12 drums of non hazardous wastewater Treatment sludge.

REFUSED P.J.
BY DRIVER

16. **GENERATOR'S CERTIFICATION:** I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national governmental regulations and applicable state regulations.

| Printed/Typed Name  Pete Elfrank | Signature  L. "Pete" Elfrank | Date Month 08 Day 29 Year 85 |
|---|---|---|

17. Transporter 1 Acknowledgement of Receipt of Materials

| Printed Typed Name  Ricky Vied | Signature  Rick Vied | Date Month 08 Day 29 Year 85 |
|---|---|---|

18. Transporter 2 Acknowledgement of Receipt of Materials

| Printed Typed Name | Signature | Date Month Day Year |
|---|---|---|

19. Discrepancy Indication Space

20. Facility Owner or Operator Certification of receipt of hazardous materials covered by this manifest except as noted in item 19.

| Printed Typed Name  Amos H. Shelton, Jr. | Signature | Date Month 8 Day 30 Year 85 |
|---|---|---|

**CONFIDENTIAL**

1-800-424-8802
CHEM TREC
1-800-424-9300

## HAZARDOUS WASTE MANIFEST

THIS DOCUMENT MUST BE USED FOR ALL MISSOURI-DESTINED SHIPMENTS.

Please print or type.   (Form designed for use on elite (12-pitch) typewriter.)   Form Approved OMB No 2000-0404 Expires 7-31-86

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No. M O D 0 7 9 7 7 7 1 5 7 | Manifest Document No. 0 0 0 0 4 | 2. Page 1 of 1 | Information in the shaded areas is not required by Federal law. |
|---|---|---|---|---|

3. Generator's Name and Mailing Address
WESTINGHOUSE ELECTRIC CORP
1945 Craig Road
St. Louis, MO 63146

A. Missouri Manifest Document Number
0 2 0 8 1 1 0 0 0 0

4. Generator's Phone ( 314 ) 576-0328

B. State Generator's ID/Other

5. Transporter 1 Company Name   L.W.D.INC.

6. US EPA ID Number
K Y D 0 8 8 4 3 8 8 1 7

C. Missouri Transporter ID   H1067

D. Transporter's Phone 502-395-8313

7 Transporter 2 Company Name

8. US EPA ID Number

E. Missouri Transporter ID

F. Transporter's Phone

9. Designated Facility Name and Site Address
L W D, Inc.
P O Box 327  Hwy 1523
Calvert City, Ky.  42029

10. US EPA ID Number
K.Y.D.0.8.8.4.3.8.8.1.7

G. State Facility ID

H. Facility's Phone

| 11. US DOT Description (Including Proper Shipping Name, Hazard Class, and ID Number) | 12. Containers | | 13. Total Quantity | 14. Unit Wt/Vol | |
|---|---|---|---|---|---|
| a. WASTE, SOLVENT, N.O.S.(TOLUENE,XYLENE,KETONES) FLAMMABLE LIQUID NA 1993 | 0 0 4 | D M | 0 0 2 0 0 | G | Missouri |
| | | | | | Other |
| b. | | | | | Missouri |
| | | | | | Other |
| c. | | | | | Missouri |
| | | | | | Other |
| d. | | | | | Missouri |
| | | | | | Other |

J. Additional Descriptions for Materials Listed Above
a. F003, F005
b.
c.
d.

K. Handling Codes for Wastes Listed Above
T 0 6   T 0 7

15. Special Handling Instructions and Additional Information   4 "FLAMMABLE" TYPE PLACARDS
Shipment includes 10 drums of non hazardous wastewater Treatment sludge.

ACCEPTED
REFUSED
BY DRIVER

16. GENERATOR'S CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national governmental regulations and applicable state regulations.

| Printed/Typed Name   L. "PETE" ELFRANK | Signature  "Pete" Elfrank | Month Day Year  2 16 16 |
|---|---|---|

17. Transporter 1 Acknowledgement of Receipt of Materials

| Printed/Typed Name   Roger Hall | Signature  Roger Hall | Month Day Year  2 16 16 |
|---|---|---|

18. Transporter 2 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Month Day Year |
|---|---|---|

19. Discrepancy Indication Space

20. Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted in Item 19.

| Printed/Typed Name   Kean McKinney | Signature | Month Day Year  2 17 16 |
|---|---|---|

MISSOURI DNR FINAL COPY — PART 1

IS COPY MUST BE TRANSMITTED TO THE DEPARTMENT

**MISSOURI DEPARTMENT OF NATURAL RESOURCES**
Division of Environmental Quality
Waste Management Program
P.O. Box 176   Jefferson City, Missouri 65102
314-751-3241

# HAZARDOUS WASTE MANIFEST

Please print or type  (Form designed for use on elite (12-pitch) typewriter.)

Form Approved OMB No. 2000-0404. Expires 7-31-86

| UNIFORM HAZARDOUS WASTE MANIFEST | 1 Generator's US EPA ID No. M O D 0 7 9 7 7 1 5 7 0 0 0 0 5 | Manifest Document No. | 3 Page 1 of 1 | Information in the shaded areas is required by State law. |

3. Generator's Name and Mailing Address
WESTINGHOUSE ELECTRIC CORP
1945 Craig Road
St. Louis, MO 63146

4. Generator's Phone ( 314 ) 576-0328

| 5. Transporter 1 Company Name L.W.D. INC. | 6. US EPA ID Number K Y D 8 8 4 3 6 8 1 7 |

7. Transporter 2 Company Name | 8. US EPA ID Number

9 Designated Facility Name and Site Address
L.W.D. INC.
HIGHWAY 1523 WEST P.O. BOX 327
CALVERT CITY, KY 42029

10. US EPA ID Number  K Y D 0 8 8 4 3 8 8 1 7

| 11 US DOT Description (Including Proper Shipping Name, Hazard Class, and ID Number) | 12. Containers | | 13. Total Quantity | 14. Unit Wt/Vol. |
|---|---|---|---|---|
| A. WASTE, SOLVENT, N.O.S. (TOLUENE,XYLENE,KETONES) FLAMMABLE LIQUID NA 1993 | 0 0 2 | D M | 0 0 1 0 0 | G |
| B. HAZARDABLE WASTE,LIQUID, N.O.S. (PHOSPHATE SLUDGE) ORM-E  NA-9189 | 0 0 4 | D M | 0 0 2 0 0 | G |
| C. | | | | |
| D. | | | | |

J  Additional Descriptions for Materials Listed Above

F003, F005  DN69
F006  DN62
DN70

K  Handling Codes for Wastes Listed Above

T 0 5  T 0 7
T 0 6  T 0 7

15  Special Handling Instructions and Additional Information
ment sludge.  (DN-70A )
a. DN-69     b. DN-70

Shipment includes 1 drum of non-hazardous wastewater treat-
4-"FLAMMABLE" TYPE PLACARDS  ACCEPTED
REFUSED
DRIVER _____

16  GENERATOR'S CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled and are in all respects in proper condition for transport by highway according to applicable international and national government regulations and applicable state regulations.

Unless I am a small quantity generator who has been exempted by statute or regulation from the duty to make a waste minimization certification under Section 3002(b) of RCRA, I also certify that I have a program in place to reduce the volume and toxicity of waste generated to the degree I have determined to be economically practicable and I have selected the method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and the environment.

| Printed/Typed Name L. Pete Elfrank | Signature | Month 06 | Day 25 | Year 86 |

17 Transporter 1 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Month 06 | Day 25 | Year 86 |

18 Transporter 2 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Month | Day | Year |

19. Discrepancy Indication Space

20 Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted in item 19

| Printed/Typed Name AMOS H. SHELTON JR. | Signature | Month 06 | Day 27 | Year 86 |

EPA Form 8700-22 (Rev 4-85) MDNR-HWG 10

MISSOURI DNR FINAL COPY - PART I

MISSOURI DEPARTMENT OF NATURAL RESOURCES
Division of Environmental Quality
Waste Management Program
P.O. Box 176   Jefferson City, Missouri 65102
314-751-3241

**HAZARDOUS WASTE MANIFEST**

INSTRUCTIONS FOR THE COMPLETION OF THIS FORM ARE ON A SEPARATE SHEET.

THIS DOCUMENT MUST BE USED FOR ALL MISSOURI-DESTINED SHIPMENTS.

EMERGENCY RESPONSE
U.S. COAST GUARD
1-800-424-8802
CHEM TREC
1-800-424-9300
DEPT OF NATURAL RESOURCE
314-634-2436

Form Approved. OMB No. 2000-0404. Expires 7-31-86

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No. M 0 D 0 7 9 7 7 7 1 5 7 0 0 0 0 6 | Manifest Document No. | 2. Page 1 of 1 | Information in the shaded areas is required by State law. |
|---|---|---|---|---|

3. Generator's Name and Mailing Address
WESTINGHOUSE ELECTRIC CORP
1945 Craig Road
St. Louis, MO  63146

A. Missouri Manifest Document Number
0 2 0 8 3   0 0 0 6
B. State Generator's ID - other

4. Generator's Phone (314 ) 576-0328

5. Transporter 1 Company Name   L.W.D.
6. US EPA ID Number  K Y D 0 8 8 4 3 8 8 1 7
C. MO. Transporter's ID  H1082
D. Transporter's Phone  502-395-8313

7. Transporter 2 Company Name
8. US EPA ID Number
E. MO. Transporter's ID
F. Transporter's Phone

9. Designated Facility Name and Site Address
L.W.D. INC.
HIGHWAY 1523 WEST P.O. BOX 327
CALVERT CITY, KY 42029
10. US EPA ID Number  K Y D 0 8 8 4 3 8 1 7
G. State Facility's ID
H. Facility's Phone  502-395-8313

| 11. US DOT Description (Including Proper Shipping Name, Hazard Class, and ID Number) | 12. Containers | 13. Total Quantity | 14. Unit Wt/Vol. | I. Waste No. |
|---|---|---|---|---|
| a. WASTE, SOLVENT, N.O.S. (TOLUENE, XYLENE, KETONES) FLAMMABLE LIQUID NA 1993   92.50 | 0 0 1 D M | 0 0 0 5 0 | G | MO 0 0 2  Other |
| b. HAZARDOUS WASTE, LIQUID, N.O.S. (PHOSPHATE SLUDGE)   ORM-E   NA-9189   84.50 | 0 0 7 D M | 0 0 3 5 0 | G | MO 0 0 5  Other |
| c. | | | | MO Other |
| d. | | | | MO Other |

*Effective 11-3-86 transportation will increase $2.25 per loaded mile less than 8500 drums*

J. Additional Descriptions for Materials Listed Above
a. F003, F005
b. F006
c. *Rate for less than not change*   6.05 DR
d.

K. Handling Codes for Wastes Listed Above
a. T 0 5   T 0 7
b. T 0 6   T 0 7

15. Special Handling Instructions and Additional Information
a. DN-69   b. EB-62

4- "FLAMMABLE" TYPE PLACARDS ACCEPTED
DRIVER *P. Riley*   REFUSED

16. GENERATOR'S CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national government regulations and applicable state regulations.

Unless I am a small quantity generator who has been exempted by statute or regulation from the duty to make a waste minimization certification under Section 3002(b) of RCRA, I also certify that I have a program in place to reduce the volume and toxicity of waste generated to the degree I have determined to be economically practicable and I have selected the method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and the environment.

Printed/Typed Name  L. Pete Elfrank
Signature  *L. Pete Elfrank*
Month 1 0  Day 0 2  Year 8 6

17. Transporter 1 Acknowledgement of Receipt of Materials
Printed/Typed Name  Landall T. Riley
Signature  *Kendall T. Riley*
Month 1 0  Day 0 2  Year 8 6

18. Transporter 2 Acknowledgement of Receipt of Materials
Printed/Typed Name
Signature
Month  Day  Year

19. Discrepancy Indication Space

20. Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted in Item 19.
Printed/Typed Name  AMOS H. SHELTON JR.
Signature  *Amos H. Shelton*
Month 10  Day 03  Year 86

EPA Form 8700-22 (Rev. 4-85) MDNR-HWG 10

MISSOURI DNR FINAL COPY — PART 1
THIS COPY MUST BE SENT BACK TO THE GENERATOR BY THE DESIGNATED

**MISSOURI DEPARTMENT OF NATURAL RESOURCES**
Division of Environmental Quality
Waste Management Program
P.O. Box 176   Jefferson City, Missouri 65102
314-751-3241

# HAZARDOUS WASTE MANIFEST

Please print or type   (Form designed for use on site (12-pitch) typewriter.)

Form Approved. OMB No. 2000-0404. Expires 7-31-86

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No. M O D 0 7 9 7 7 7 1 5 7 0 0 0 0 7 | Manifest Document No. | 2. Page 1 of 1 | Information in the shaded areas is required by State law. |
|---|---|---|---|---|

3. Generator's Name and Mailing Address
WESTINGHOUSE ELECTRIC CORP
1945 CRAIG ROAD
ST. LOUIS, MO    63146

A. Missouri Manifest Document Number
0 2 0 8 3      0 0 0 0 7
B. State Generator's ID - other

4. Generator's Phone ( 314 ) 576--0328

5. Transporter 1 Company Name   L.W.D.
6. US EPA ID Number   K Y D 0 8 8 4 3 8 8 1 7
C. MO. Transporter's ID H 1082
D. Transporter's Phone 502-395-8313

7. Transporter 2 Company Name
8. US EPA ID Number
E. MO. Transporter's ID
F. Transporter's Phone

9. Designated Facility Name and Site Address
L.W.D. INC.
HIGHWAY 1523 WEST P.O. BOX 327
CALVERT CITY, KY 42029
10. US EPA ID Number   K Y D 0 8 8 4 3 8 8 1 7
G. State Facility's ID
H. Facility's Phone 502-395-8313

| 11. US DOT Description (Including Proper Shipping Name, Hazard Class, and ID Number) | 12. Containers | 13. Total Quantity | 14. Unit Wt/Vol. | I. Waste No. |
|---|---|---|---|---|
| a. Waste, Solvent, N.O.S. (Toluene, Xylene, Ketones) Flammable Liquid  NA 1993 | DM 69 | 12.59/dr | | MO 0 0 2 |
| b. Hazardous Waste, Liquid, N.O.S. (Phosphate Sludge) ORM-E  NA-9189 | EB | | | 03 F005 0 5 F006 |
| c. | | | | |
| d. | | | | |

J. Additional Descriptions for Materials Listed Above
a. F003, F005
b. F006

15. Special Handling Instructions and Additional Information 4—"Flammable" Type
Insert Below: 16-*1- If I am a large quantity
16-*3- OR if I am a small quantity generator,
my waste management method available to

*Handwritten: Westinghouse*
*Trans PO# 30 ea 17.22/Dr. When it comes in Per Betty*

16. GENERATOR'S CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national government regulations and applicable state regulations.

Unless I am a small quantity generator who has been exempted by statute or regulation from the duty to make a waste minimization certification under Section 3002(b) of RCRA, I also certify that I have a program in place to reduce the volume and toxicity of waste generated to the degree I have determined to be economically practicable and I have selected the method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and the environment.

| Printed/Typed Name L. Pete Elfrank | Signature *L. Pete Elfrank* | Month 0 4 Day 0 8 Year 8 7 |
|---|---|---|

17. Transporter 1 Acknowledgement of Receipt of Materials

| Printed/Typed Name *Lloyd Bennett* | Signature *Lloyd Bennett* | Month 0 4 Day 0 8 Year 8 7 |
|---|---|---|

18. Transporter 2 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Month Day Year |
|---|---|---|

19. Discrepancy Indication Space

20. Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted in Item 19.

| Printed/Typed Name Amos H. Shelton Jr. | Signature *Amos H. Shelton Jr* | Month 04 Day 09 Year 87 |
|---|---|---|

EPA Form 8700-22 (Rev. 4-85) MDNR-HWG 10