**MISSOURI DEPARTMENT OF NATURAL RESOURCES**
Division of Environmental Quality
Waste Management Program
P.O. Box 176   Jefferson City, Missouri 65102
314-751-3241

# HAZARDOUS WASTE MANIFEST

Please print or type.  (Form designed for use on elite (12-pitch) typewriter.)   Form Approved. OMB No. 2000-0404. Expires 7-31-86

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No. MOD079777157 | Manifest Document No. 00008 | 2. Page 1 of 1 | Information in the shaded areas is required by State law. |
|---|---|---|---|---|

3. Generator's Name and Mailing Address
Westinghouse Electric Corp
1945 Craig Rd
St Louis, Mo. 63146

A. Missouri Manifest Document Number: 02083 00008
B. State Generator's ID - other

4. Generator's Phone ( 314 ) 576-0328

5. Transporter 1 Company Name: L.W.D.
6. US EPA ID Number: KYD088438817
C. MO. Transporter's ID: H-1082
D. Transporter's Phone: 502-395-8313

7. Transporter 2 Company Name:
8. US EPA ID Number:
E. MO. Transporter's ID:
F. Transporter's Phone:

9. Designated Facility Name and Site Address
L.W.D. Inc.
HIGHWAY 1523 WEST P.O. BOX 327
CALVERT CITY, KY 42029
10. US EPA ID Number: KYD088438817
G. State Facility's ID:
H. Facility's Phone: 502-395-8313

| 11. US DOT Description (Including Proper Shipping Name, Hazard Class, and ID Number) | 12. Containers | 13. Total Quantity | 14. Unit Wt/Vol | I. Waste No. |
|---|---|---|---|---|
| a. Hazardous Waste, Liquid, NXX N.O.S. (Phosphate Sludge) ORM-E NA-9189 | 003 DM | 00150 | G | MO 005 Other F006 |
| b. | | | | MO Other |
| c. | | | | MO Other |
| d. | | | | MO Other |

J. Additional Descriptions for Materials Listed Above
X [illegible]
Ka. F006 / a. EB-02

K. Handling Codes for Wastes Listed Above
T06  T07

15. Special Handling Instructions and Additional Information  Insert Below: 16-*1-if I am a large quantity genera
16-*2-practicable, 16-*3- OR if I am a small quantity generator, I have made a good
faith effort to minimize my waste management method available to me and which I can afford.

16. GENERATOR'S CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national government regulations and applicable state regulations.

Unless I am a small quantity generator who has been exempted by statute or regulation from the duty to make a waste minimization certification under Section 3002(b) of RCRA, I also certify that I have a program in place to reduce the volume and toxicity of waste generated to the degree I have determined to be economically practicable and I have selected the method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and the environment. *3   *2

Printed/Typed Name: L. Pete Elfrank
Signature: Lloyd Pete Elfrank
Date: 06 17 87

17. Transporter 1 Acknowledgement of Receipt of Materials
Printed/Typed Name: Randall T. Riley
Signature: Randall T. Riley
Date: 06 17 87

18. Transporter 2 Acknowledgement of Receipt of Materials
Printed/Typed Name:
Signature:
Date:

19. Discrepancy Indication Space

20. Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted in Item 19.
Printed/Typed Name: Amos H. Shelton Jr.
Signature: Amos H. Shelton
Date: 06 17 87

EPA Form 8700-22 (Rev. 4-85)   MDNR-HWG 10

MISSOURI DEPARTMENT OF NATURAL RESOURCES
Division of Environmental Quality
Waste Management Program
P.O. Box 176   Jefferson City, Missouri 65102
314-751-3241

# HAZARDOUS WASTE MANIFEST

Please print or type  (Form designed for use on elite (12-pitch) typewriter.)   Form Approved. OMB No. 2000-0404. Expires 7-31-86

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No. MOD 0X7 9771570 0004 | Manifest Document No. 9 | 2. Page 1 of 1 | Information in the shaded areas is required by State law. |

3. Generator's Name and Mailing Address: WESTINGHOUSE ELECTRIC CORP, 1945 Craig Road, St. Louis, MO 63146

A. Missouri Manifest Document Number: 0 2 0 8 3 0 0 0 9

B. State Generator's ID - other

4. Generator's Phone: ( 314 ) 576-0328

5. Transporter 1 Company Name: L.W.D.
6. US EPA ID Number: KYD 0884 X 8817
C. MO. Transporter's ID: H 1082
D. Transporter's Phone: 502-395-8313

7. Transporter 2 Company Name:
8. US EPA ID Number:
E. MO. Transporter's ID:
F. Transporter's Phone:

9. Designated Facility Name and Site Address: L.W.D. INC., HIGHWAY 1523 WEST P.O. BOX 327, CALVERT CITY, KY 42029
10. US EPA ID Number: KYD 08843 88 XXX     1 7
G. State Facility's ID:
H. Facility's Phone: 502-395-8313

11. US DOT Description (Including Proper Shipping Name, Hazard Class, and ID Number)

a. Waste, Solvent, N.O.S. (Toluene, Xylene, Ketones) Flammable Liquid NA 1993 (EPA-IGNITABLE) F003, F005
   12. Containers: 001 DM
   13. Total Quantity: 00050
   14. Unit Wt/Vol: G
   I. Waste No.: MO 002 / Other

b. RQ Hazardous Waste, Liquid, N.O.S. (Phosphate Sludge) (EPA-F006) ORM-E NA-9189)
   12. Containers: 004 DM
   13. Total Quantity: 00200
   14. Unit: G
   I. Waste No.: MO 005 / Other

J. Additional Descriptions for Materials Listed Above
a. F003, F005    /a. DN-69
b. F006          /b. EB-62

K. Handling Codes for Wastes Listed Above
T 05  T 03
T 06  T 03

15. Special Handling Instructions and Additional Information: 4-"Flammable Type Placards-Driver   Accepted (Refused)
Insert Below: 16-*1- If I am a large quantity generator, 16-*2- practicable, 16-*3-
OR if I am a small quantity generator, I have made a good faith effort to minimize my
waste management method available to me and which I can afford.

16. GENERATOR'S CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national government regulations and applicable state regulations.
Unless I am a small quantity generator who has been exempted by statute or regulation from the duty to make a waste minimization certification under Section 3002(b) of RCRA, I also certify that I have a program in place to reduce the volume and toxicity of waste generated to the degree I have determined to be economically practicable and I have selected the method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and the environment. *3

Printed/Typed Name: L. Pete Elfrank
Signature: L. Elfrank
Month/Day/Year: 09 11 87

17. Transporter 1 Acknowledgement of Receipt of Materials
Printed/Typed Name: JOHNNY K. KEELING
Signature: Johnny K. Keeling
Date: 09 11 87

18. Transporter 2 Acknowledgement of Receipt of Materials
Printed/Typed Name:
Signature:
Date:

19. Discrepancy Indication Space

20. Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted in Item 19.
Printed/Typed Name: Kean McKinney
Signature: Kean McKinney
Date: 09 14 87

EPA Form 8700-22 (Rev. 4-85) MDNR-HWG 10

**MISSOURI DEPARTMENT OF NATURAL RESOURCES**
Division of Environmental Quality
Waste Management Program
P.O. Box 176   Jefferson City, Missouri 65102
314-751-3241

# HAZARDOUS WASTE MANIFEST

Please print or type  (Form designed for use on elite (12-pitch) typewriter.)   Form Approved. OMB No. 2000-0404. Expires 7-31-86

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No. MOD079777157 | Manifest Document No. 00010 | 2. Page 1 of 1 | Information in the shaded areas is required by State law. |
|---|---|---|---|---|

3. Generator's Name and Mailing Address
WESTINGHOUSE ELECTRIC CORP
1945 Craig Road
St. Louis, MO  63146

4. Generator's Phone ( 314 ) 576-0328

5. Transporter 1 Company Name: L.W.D. TRUCKING, INC.
6. US EPA ID Number: KYD981477821

7. Transporter 2 Company Name:
8. US EPA ID Number:

9. Designated Facility Name and Site Address
L.W.D. INC.
HIGHWAY 1523 WEST P.O. BOX 327
CALVERT CITY, KY  42029
10. US EPA ID Number: KYD088438817

| 11. US DOT Description (Including Proper Shipping Name, Hazard Class, and ID Number) | 12. Containers No./Type | 13. Total Quantity | 14. Unit Wt/Vol |
|---|---|---|---|
| a. Waste, Solvent, N.O.S. (Toluene, Xylene, Ketones) Flammable Liquid NA 1993 (EPA-IGNITABLE) F003, F005 | 001 DM | 00050 | G |
| b. Hazardous Waste, Liquid, N.O.S. (Phosphate Sludge) (EPA-F006) ORM-E NA-9189 | 006 DM | 00300 | G |
| c. | | | |
| d. | | | |

J. Additional Descriptions for Materials Listed Above
a. F003, F005
b. F006

15. Special Handling Instructions and Additional Information
Flammable Type Placards-Driver [X] Accepted, [ ] Refused.
Insert Below: 16-*1- If I am a large quantity generator, 16-*2-practicable, 16-*3 OR if I am a small quantity generator, I have made a good faith effort to minmize my waste management method available to me and which I can afford.

16. GENERATOR'S CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national government regulations and applicable state regulations.

Unless I am a small quantity generator who has been exempted by statute or regulation from the duty to make a waste minimization certification under Section 3002(b) of RCRA, I also certify that I have a program in place to reduce the volume and toxicity of waste generated to the degree I have determined to be economically practicable and I have selected the method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and the environment *3

| Printed/Typed Name | Signature | Month Day Year |
|---|---|---|
| L. Pete Elfrank | L. Pete Elfrank | 12 10 87 |

17. Transporter 1 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Month Day Year |
|---|---|---|
| Roger Harper | Roger Harper | 12 10 87 |

18. Transporter 2 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Month Day Year |
|---|---|---|
| | | |

19. Discrepancy Indication Space

20. Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted in Item 19.

| Printed/Typed Name | Signature | Month Day Year |
|---|---|---|
| Kean McKinney | Kean McKinney | 12 11 87 |

EPA Form 8700-22 (Rev. 4-85) MDNR-HWG 10

MISSOURI DNR FINAL COPY — PART 1
THIS COPY MUST BE SENT BACK TO THE FACILITY THEN TRANSMITTED TO THE DEPT.

MISSOURI DEPARTMENT OF NATURAL RESOURCES
Division of Environmental Quality
Waste Management Program
P.O. Box 176   Jefferson City, Missouri 65102
314-751-3241

# HAZARDOUS WASTE MANIFEST

Please print or type   (Form designed for use on elite (12-pitch) typewriter.)                                                Form Approved, OMB No. 2000-0404. Expires 7-31-86

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No. MOD079777157 | Manifest Document No. 00011 | 2. Page 1 of 1 | Information in the shaded areas is required by State law. |

3. Generator's Name and Mailing Address:
WESTINGHOUSE ELECTRIC CORP.
1945 Craig Road
St. Louis, MO  63146

A. Missouri Manifest Document Number: 02083  00011
B. State Generator's ID - other

4. Generator's Phone: 314 576-0328

5. Transporter 1 Company Name: L.W.D. TRUCKING, INC.
6. US EPA ID Number: KYD081477821
C. MO. Transporter's ID: H 1082
D. Transporter's Phone: 502-395-8313

7. Transporter 2 Company Name:
8. US EPA ID Number:
E. MO. Transporter's ID:
F. Transporter's Phone:

9. Designated Facility Name and Site Address:
L.W.D. TRUCKING, INC.
HIGHWAY 1523 WEST P.O. BOX 327
CALVERT CITY, KY  42029
10. US EPA ID Number: KYD088438817
G. State Facility's ID:
H. Facility's Phone: 502-395-8313

11. US DOT Description (Including Proper Shipping Name, Hazard Class, and ID Number) | 12. Containers | 13. Total Quantity | 14. Unit Wt/Vol. | I. Waste No.

a. Waste Paint, Flammable Liquid UN1263(F003, F005, EPA D008)  RQ    005 DM  00250 G    MO 002  Other F003/F005

b. Non-Regulated - waste water sludge    002 DM 00110 G    MO / Other

c.

d.

J. Additional Descriptions for Materials Listed Above:
F003, F005, D008  (DN-69)
Shipment includes 2 drums XXXXXX (EB-62) of non hazardous waste water treatment sludge.

K. Handling Codes for Wastes Listed Above: T016 T017

15. Special Handling Instructions and Additional Information  "Flammable" Type Placards-Driver R.H. Accepted, (Refused)
Insert Below: 16-*1-If I am a large quantity generator, 16-*2- practicable, 16-*3 OR if I am a small quantity generator, I have made a good faith effort to minimize my waste management method available to me and which I can afford.

16. GENERATOR'S CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national government regulations and applicable state regulations.

Unless I am a small quantity generator who has been exempted by statute or regulation from the duty to make a waste minimization certification under Section 3002(b) of RCRA, I also certify that I have a program in place to reduce the volume and toxicity of waste generated to the degree I have determined to be economically practicable and I have selected the method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and the environment. *3

Printed/Typed Name: L. Pete Elfrank   Signature: L Pete Elfrank   Month 04 Day 26 Year 88

17. Transporter 1 Acknowledgement of Receipt of Materials
Printed/Typed Name: Roger Harper   Signature: Roger Harper   Month 04 Day 26 Year 88

18. Transporter 2 Acknowledgement of Receipt of Materials
Printed/Typed Name:   Signature:   Date:

19. Discrepancy Indication Space
*B Change per Paul Stine, Westinghouse 4/27/88

20. Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted in Item 19.
Printed/Typed Name: Kean McKinney   Signature: Kean McKinney   Month 04 Day 27 Year 88

EPA Form 8700-22 (Rev. 4-85) MDNR-HWG 10

## MISSOURI DEPARTMENT OF NATURAL RESOURCES
### Division of Environmental Quality
### Waste Management Program
P.O. Box 176  Jefferson City, Missouri 65102
314-751-3241

# HAZARDOUS WASTE MANIFEST

INSTRUCTIONS FOR THE COMPLETION OF THIS FORM ARE ON A SEPARATE SHEET.
THIS DOCUMENT MUST BE USED FOR ALL MISSOURI-DESTINED SHIPMENTS.

EMERGENCY RESPONSE
U.S. COAST GUARD 1-800-424-8802
CHEMTREC 1-800-424-9300
DEPT. OF NATURAL RESOURCES 314-634-2436

Please print or type. (Form designed for use on elite (12-pitch) typewriter.)
Form Approved. OMB No. 2000-0404. Expires 7-31-86

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No. | Manifest Document No. | 2. Page 1 of 1 | Information in the shaded areas is required by State law. |
|---|---|---|---|---|
| | MOD079771570012 | | | |

3. Generator's Name and Mailing Address
Westinghouse Electric Corp.
1945 Craig Road
St. Louis, MO  63146

A. Missouri Manifest Document Number: 020830012

4. Generator's Phone ( 314 ) 576-0328

5. Transporter 1 Company Name: L.W.D. Trucking, Inc.
6. US EPA ID Number: KYD981477821
C. MO Transporter's ID: H-1082
D. Transporter's Phone: 502-395-8313

7. Transporter 2 Company Name:
8. US EPA ID Number:

9. Designated Facility Name and Site Address
L.W.D., INC.
Highway 1523 West, P.O. Box 327
Calvert City, KY  42029
10. US EPA ID Number: KYD088438817

| 11. US DOT Description (Including Proper Shipping Name, Hazard Class, and ID Number) | 12. Containers | 13. Total Quantity | 14. Unit Wt/Vol. |
|---|---|---|---|
| a. Waste Paint, Flammable Liquid UN1263 (F003, F005, EPA D008) RQ | 001 DM | 00050 | G |
| b. Not Regulated (Waste Water, Treatment Sludge) | 009 DM | 00450 | G |
| c. Not Regulated (Coagulated E-Coat Paint) | 007 DM | 00350 | G |
| d. Not Regulated (Paint Overspray Collection Filters) | 004 DM | 00200 | G |

J. Additional Descriptions for Materials Listed Above
a. DN69
b. EB62
c. DN70
d. HA30

K. Handling Codes for Wastes Listed Above
T06 T07
T06 T07
T06 T07
T06 T07

15. Special Handling Instructions and Additional Information
"Flammable" Type Placards- Driver [X] Accepted [ ] Refused
Insert below: 16-*1 If I am a large quantity Generator, 16-*2 practicable, 16-*3 or if I am a small quantity generator, I have made a good faith effort to minimize my waste management method available to me and which I can afford.

16. GENERATOR'S CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national government regulations and applicable state regulations.

Unless I am a small quantity generator who has been exempted by statute or regulation from the duty to make a waste minimization certification under Section 3002(b) of RCRA, I also certify that I have a program in place to reduce the volume and toxicity of waste generated to the degree I have determined to be economically practicable and I have selected the method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and the environment. *3

Printed/Typed Name: L. Pete Elfrank
Signature: Pete Elfrank
Month/Day/Year: 08 22 88

17. Transporter 1 Acknowledgement of Receipt of Materials
Printed/Typed Name: Roger Harpel
Signature: Roger Harpe
Date: 08 22 88

18. Transporter 2 Acknowledgement of Receipt of Materials
Printed/Typed Name:
Signature:
Date:

19. Discrepancy Indication Space

20. Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted in Item 19.
Printed/Typed Name: Kean McKinney
Signature: Kean McKinney
Date: 08 24 88

EPA Form 8700-22 (Rev. 4-85) MDNR-HWG 10

MISSOURI DNR FINAL COPY — PART 1
THIS COPY MUST BE SENT BACK TO THE GENERATOR BY THE DESIGNATED FACILITY THEN TRANSMITTED TO THE DEPARTMENT BY THE GENERATOR.



Bureau of Waste Management
P. O. Box 2063
Harrisburg, PA 17120

ER-SWM-51:REV. 10/84

Please print or type. (Form designed for use on elite (12-pitch) typewriter.)
Form Approved. OMB No. 2000-0404. Expires 7-31-86

*PABX3107602*

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No. PAD990754913446I0 | Manifest Document No. | 2. Page 1 of 1 | Information in the shaded areas is not required by Federal law but is required by State law. |
|---|---|---|---|---|
| 3. Generator's Name and Mailing Address  Westinghouse Electric Corporation Power Circuit Breaker Plant Forbes Road, Trafford Pennsylvania 15085 | | | | A. State Manifest Document Number PAB 3107602 |
| 4. Generator's Phone (412) 829-6052 | | | | B. State Gen. ID Same |
| 5. Transporter 1 Company Name  7,7 Incorporated | 6. US EPA ID Number OHD000772558 | | | C. State Trans. ID PA-AH 0238 |
| 7. Transporter 2 Company Name | 8. US EPA ID Number | | | D. Transporter's Phone (216) 336-8577 |
| | | | | E. State Trans. ID PA-AH |
| 9. Designated Facility Name and Site Address  L.W.D Post Office Box 327, Highway 1523 Calvert City, Kentucky 42029 | 10. US EPA ID Number KYD088438817 | | | F. Transporter's Phone (   ) |
| | | | | G. State Facility's ID Not Required |
| | | | | H. Facility's Phone (502) 395-8313 |

| 11. US DOT Description (Including Proper Shipping Name, Hazard Class, and ID Number) | 12. Containers | | 13. Total Quantity | 14. Unit Wt/Vol | I. Waste No. |
|---|---|---|---|---|---|
| | No. | Type | | | |
| a. Waste Flammable liquid, N.O.S., Flammable Liquid  U.N. 1993 | 001 | TT | 4600 | G | D001 |
| b. | | | | | |
| c. | | | | | |
| d. | | | | | |

| J. Additional Descriptions for Materials Listed Above (include physical state and hazard code) | K. Handling Codes for Wastes Listed Above |
|---|---|
| Haz. Code  Physical State    Haz. Code  Physical State  a. I  L            c.  b.              d. | a. T06  c.  b. T07  d. |

15. Special Handling Instructions and Additional Information
All Trucks must placard with Flammable Liquid Placards   ER78
Contains Ethyl Alcohol/Methyl Alcohol, LWD PO# J4460-27126

16. GENERATOR'S CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national government regulations.

Unless I am a small quantity generator who has been exempted by statute or regulation from the duty to make a waste minimization certification under Section 3002 (b) of RCRA, I also certify that I have a program in place to reduce volume and toxicity of waste generated to the degree I have determined to be economically practicable and I have selected the method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and the environment.

| Printed/Typed Name  RICHARD A. JOHNSON | Signature  Richard A Johnson | Month Day Year  02 02 87 |
|---|---|---|

17. Transporter 1 Acknowledgement of Receipt of Materials

| Printed/Typed Name  MELVIN MESSENGER | Signature  Melvin Messenger | Month Day Year  02 03 87 |
|---|---|---|

18. Transporter 2 Acknowledgement of Receipt of Materials

| Printed/Typed Name  MICHAEL L. NUMBERS | Signature  Michael L. N. | Month Day Year  02 08 87 |
|---|---|---|

19. Discrepancy Indication Space

20. Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted in Item 19.

| Printed/Typed Name  Steve York | Signature  Steve York | Month Day Year  02 09 87 |
|---|---|---|

EPA Form 8700-22 (3-84)            COPY 1 - TSD FACILITY: MAIL TO DESTINATION STATE

In case of an emergency or spill immediately call the National Response Center (800) 424-8802 and the PA DER (717) 787-4343

Case 5:12-cv-00127-GNS-HBB   Document 1388-2   Filed 02/29/16   Page 7 of 15 PageID #: 7800



**PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL RESOURCES**
Bureau of Waste Management
P. O. Box 2063
Harrisburg, PA 17120

Please print or type. (Form designed for use on elite (12-pitch) typewriter.)
Form Approved. OMB No. 2000-0404. Expires 7-31-86

ER-SWM-51:REV. 10/84

\*PABX3107591\*

# UNIFORM HAZARDOUS WASTE MANIFEST

**1. Generator's US EPA ID No. / Manifest Document No.:** PAD907549 / 344609

**2. Page 1 of 1**

*Information in the shaded areas is not required by Federal law but is required by State law.*

**3. Generator's Name and Mailing Address:** Westinghouse Electric Corporation, Power Circuit Breaker Plant, Forbes Road, Trafford, Pennsylvania 15085

**A. State Manifest Document Number:** PAB 3107591

**B. State Gen. ID:** Same

**4. Generator's Phone:** (412) 829-6052

**5. Transporter 1 Company Name:** 7,7 Incorporated
**6. US EPA ID Number:** OHD000772558
**C. State Trans. ID:** PA-AH 0238
**D. Transporter's Phone:** (216) 336-8977

**7. Transporter 2 Company Name:** (blank)
**8. US EPA ID Number:** (blank)
**E. State Trans. ID:** PA-AH
**F. Transporter's Phone:** ( )

**9. Designated Facility Name and Site Address:** LWD, Post Office Box 327, Calvert City, Kentucky 42029
**10. US EPA ID Number:** KYD088438817
**G. State Facility's ID:** Not Required
**H. Facility's Phone:** (502) 395-8313

**11. US DOT Description (Including Proper Shipping Name, Hazard Class, and ID Number)**

| | | 12. Containers No. | Type | 13. Total Quantity | 14. Unit Wt/Vol | I. Waste No. |
|---|---|---|---|---|---|---|
| a. | Waste ~~Hazardous~~ Flammable Liquid, N.O.S., Flammable Liquid U.N. 1993 | 001 | TT | 5000 | G | D001 |
| b. | | | | | | |
| c. | ER 78 | | | | | |
| d. | | | | | | |

**J. Additional Descriptions for Materials Listed Above:**
a. Haz. Code: I  Physical State: L

**K. Handling Codes for Wastes Listed Above:** a. T06 T07

**15. Special Handling Instructions and Additional Information:** All Trucks must placard with Flammable Liquid Placards, Contains Ethyl Alcohol / Methyl Alcohol, LWD PO# J4460-27126

**16. GENERATOR'S CERTIFICATION:** I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national government regulations.
Unless I am a small quantity generator who has been exempted by statute or regulation from the duty to make a waste minimization certification under Section 3002 (b) of RCRA, I also certify that I have a program in place to reduce volume and toxicity of waste generated to the degree I have determined to be economically practicable and I have selected the method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and the environment.

Printed/Typed Name: Richard A. Johnson  Signature: Richard Johnson  Date: 02/02/87

**17. Transporter 1 Acknowledgement of Receipt of Materials**
Printed/Typed Name: John Peibler  Signature: John Peibler  Date: 02/02/87

**18. Transporter 2 Acknowledgement of Receipt of Materials**
Printed/Typed Name: (blank)

**19. Discrepancy Indication Space**

**20. Facility Owner or Operator:** Certification of receipt of hazardous materials covered by this manifest except as noted in Item 19.
Printed/Typed Name: Steve York  Signature: Steve York  Date: 02/11/87

EPA Form 8700-22 (3-84)   COPY 1 — TSD FACILITY : MAIL TO DESTINATION STATE

*In case of an emergency or spill immediately call the National Response Center (800) 424-8802 and the PA DER (717) 787-4343*

Bureau of Waste Management
P. O. Box 2063
Harrisburg, PA 17120

ER-SWM-51;REV. 10/84

Please print or type. (Form designed for use on elite (12-pitch) typewriter.)
Form Approved. OMB No. 2000-0404. Expires 7-31-86

*PABX3107753*

| | | | |
|---|---|---|---|
| **UNIFORM HAZARDOUS WASTE MANIFEST** | 1. Generator's US EPA ID No. / Manifest Document No.  PAD990754913 / 4469 | 2. Page 1 of 1 | Information in the shaded areas is not required by Federal law but is required by State law. |
| 3. Generator's Name and Mailing Address  Westinghouse Electric Corp. Power Circuit Breaker Plant Forbes Road, Trafford, Pennsylvania 15085 | | | A. State Manifest Document Number  PAB 3107753 |
| 4. Generator's Phone (412) 829-6052 | | | B. State Gen. ID |
| 5. Transporter 1 Company Name  DART TRANSPORTATION | 6. US EPA ID Number  OHD009865825 | | C. State Trans. ID  PA-AH |
| 7. Transporter 2 Company Name | 8. US EPA ID Number | | D. Transporter's Phone (216) 533-9841 |
| | | | E. State Trans. ID  PA-AH |
| 9. Designated Facility Name and Site Address  LWD INC. HWY 1523 CALVERT CITY, KY 42029 | 10. US EPA ID Number  KYD088438817 | | F. Transporter's Phone ( ) |
| | | | G. State Facility's ID  Not Required |
| | | | H. Facility's Phone (502) 395-8313 |

| 11. US DOT Description (Including Proper Shipping Name, Hazard Class, and ID Number) | 12. Containers No. / Type | 13. Total Quantity | 14. Unit Wt/Vol | I. Waste No. |
|---|---|---|---|---|
| a. WASTE CRESOL, CORROSIVE MATERIAL, UN 2076 | 003 DM | 0.265 | G | D002 |
| b. ~~HAZARDOUS~~ WASTE LIQUID, NON HAZARDOUS ~~ORM-E, NA-9189~~ | 005 DM | 00.275 | G | |
| c. | | | | |
| d. | | | | |

J. Additional Descriptions for Materials Listed Above (Include physical state and hazard code)
  Haz. Code / Physical State
  a. II / L
  b. / K
  c.

K. Handling Codes for Wastes Listed Above
  a. T06 T07
  b.
  c.
  d.

15. Special Handling Instructions and Additional Information
LWD PRODUCT CODE ON (A) ET-26
                ON (B) ER-77
ALL DRUMS MUST HAVE PROPER LABELS AND PCN ON TOP & SIDE

16. **GENERATOR'S CERTIFICATION**: I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national government regulations.
Unless I am a small quantity generator who has been exempted by statute or regulation from the duty to make a waste minimization certification under Section 3002 (b) of RCRA, I also certify that I have a program in place to reduce volume and toxicity of waste generated to the degree I have determined to be economically practicable and I have selected the method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and the environment.

| Printed/Typed Name | Signature | Month Day Year |
|---|---|---|
| RICHARD A. JOHNSON | Richard A Johnson | 02 17 87 |

17. Transporter 1 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Month Day Year |
|---|---|---|
| DALE A ZINK | Dale A. Zink 946 | 02 17 87 |

18. Transporter 2 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Month Day Year |
|---|---|---|
| | | |

19. Discrepancy Indication Space  Corrections made in 11b per Ken Cobb SY

20. Facility Owner or Operator: Certification of receipt of hazardous materials covered by this manifest except as noted in Item 19.

| Printed/Typed Name | Signature | Month Day Year |
|---|---|---|
| Steve York | Steve York | 02 18 87 |

700-22 (3-84)

COPY 1 — TSD FACILITY, MAIL TO DESTINATION STATE

In case of an emergency or spill immediately call the National Response Center (800) 424-8802 and the PA DER (717) 787-4343

PAB 3107753

**Allworth** Trailer 258605
A Southdown Environmental Systems Company

Please print or type.   (Form designed for use on elite 12 pitch typewriter)

Form Approved OMB No. 2050-0039 Expires 9/30/91

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No. SCD003351814 | Manifest Document No. 00271 | 2 Page 1 of 1 | Information in the shaded areas is not required by Federal law. |

**3. Generator's Name and Mailing Address**
WESTINGHOUSE ELECTRIC CORP.   KATLYNN FREELEY
304 HOOVER STREET   HAMPTON, SC 29924

**4. Generator's Phone** ( 803 ) 943-7232

**A. State Manifest Document Number**

**B. State Generator's ID**

**5. Transporter 1 Company Name**  ALLWORTH OF TENNESSEE, INC.
**6. US EPA ID Number**  TND981920119
**C. State Transporter's ID**
**D. Transporter's Phone** 615-379-2800

**7. Transporter 2 Company Name**  ARMOR ENVIRONMENTAL SER
**8. US EPA ID Number**  TND937788486
**E. State Transporter's ID**
**F. Transporter's Phone**  615 (381) 2328

**9. Designated Facility Name and Site Address**
LWD, INC.
HIGHWAY 1523
CALVERT CITY, KY  42029
**10. US EPA ID Number**  ✱ KYD088438817  ~~KYD981477821~~
**G. State Facility's ID**
**H. Facility's Phone**  (502)395-8313

| 11. US DOT Description (Including Proper Shipping Name, Hazard Class, and ID Number) | 12. Containers No / Type | 13. Total Quantity | 14. Unit Wt/Vol | I. Waste No |
|---|---|---|---|---|
| a. RQ, WASTE FORMALDEHYDE SOLUTION, 9, UN2209, III, (U122) | 34 / DM | 17,249 | P✱ ~~lbs.~~ | U122 |
| b. RQ, WASTE FORMALDEHYDE SOLUTION, 9, UN2209, III, (U122) | 0 / 0 | 0 | 0 | U122 |
| c. | | | | |
| d. | | | | |

**J. Additional Descriptions for Materials Listed Above**
11.a. ERG # 29   MX43
~~11.b. ERG # 29~~   Xmzf

**K. Handling Codes for Wastes Above**
a. T06/T07 ✱ c.
b.   d.

**15. Special Handling Instructions and Additional Information**

IN CASE OF AN EMERGENCY CALL 803-943-7245

**16. GENERATOR'S CERTIFICATION:** I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled, and are in all respects in proper condition for transport by highway according to applicable international and national government regulations.

If I am a large quantity generator, I certify that I have a program in place to reduce the volume and toxicity of waste generated to the degree I have determined to be economically practicable and that I have selected the practicable method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and environment OR if I am a small quantity generator, I have made a good faith effort to minimize my waste generation and select the best waste management method that is available to me and that I can afford.

Printed/Typed Name: K. M. Freeley   Signature: K. M. Freeley   Date: 12/12/94

**17. Transporter 1 Acknowledgement of Receipt of Materials**
Printed/Typed Name: Gary Howard   Signature: Gary Howard   Date: 12/12/94

**18. Transporter 2 Acknowledgement of Receipt of Materials**
Printed/Typed Name: Johnny Davis   Signature: Johnny Davis   Date: 12/16/94

**19. Discrepancy Indication Space**
✱ Item 10., 14. + K per Sherry Tate, Allworth, 12-28-94 by MCH/CM↘

**20. Facility Owner or Operator Certification of receipt of hazardous materials covered by this manifest except as noted in Item 19**
Printed/Typed Name: Steve York   Signature: Steve York   Date: 12/19/94

EPA Form 8700-22(9/88)   1. WHITE - GENERATOR'S COMPLETED COPY  2. BLUE - TREATMENT FACILITY COPY  3. GREEN - EXTRA  4. PINK - TRANSPORTER #2 COPY  5. CANARY - TRANSPORTER #1 COPY  6. GOLDENROD - GENERATOR'S FIRST COPY KEPT AT TIME OF SHIPMENT



# LWD, INC.

P.O. BOX 327 - CALVERT CITY, KENTUCKY 42029

## LAND RESTRICTION NOTIFICATION FORM

Generator Name **WESTINGHOUSE ELECTRIC**   Manifest Document Number **003741**

LWD PC#s _____   State Manifest Document Number _____

This form is submitted to LWD, Inc. in compliance with 40 CFR 268.7.

---

### I. WASTE IDENTIFICATION

Identify all U.S. EPA hazardous waste number(s), subcategory(ies) and treatability group(s) applicable to this waste shipment.

A. D001:
  1) Ignitable Liquids: ____a) $NWW^1$ TOC $\geq 10\%$; ____b) $NWW^1$ 1% to <10% TOC; ____c) $WW^2$
  ____2) Ignitable Compressed Gases; ____3) Ignitable Reactives; ____4) Oxidizers

B. D002: ____1) Acids; ____2) Alkaline; ____3) Other Corrosives

C. D003: ____1) Reactive Cyanides; ____2) Reactive Sulfides; ____3) Explosives;
  ____4) Water Reactives; ____5) Other Reactives

D. ____D009; ____K106; ____U151; ____1) Low Mercury; ____2) High Mercury

E. F025: ____1) Light Ends; ____2) Spent Filters/Aids & Desiccants

F. K061: ____1) Low Zinc; ____2) High Zinc

G. ALL OTHER U.S. EPA HAZARDOUS WASTE NUMBERS   SUBCATEGORIES (IF APPLICABLE)
  **U122**

H. Treatability Group (if not previously indicated):
  ____Wastewater; ✓ Non-Wastewater; List any others _____

### II. LAND DISPOSAL RESTRICTIONS

____A. Restricted wastes with EPA hazardous waste number(s) _____ have treatment standards expressed as constituent concentrations in waste extract (CCWE) per 40 CFR 268.41.

____B. Restricted wastes with EPA hazardous waste number(s) _____ have treatment standards expressed as constituent concentrations in waste (CCW) per 40 CFR 268.43.

✓ C. Restricted wastes with EPA hazardous waste number(s) **U122** have treatment standards expressed as a specific technology per 40 CFR 268.42. List the applicable five-letter treatment code:
  ✓ INCIN: ____DEACT: ____STABL: Other _____

____D. Wastes with EPA hazardous waste number(s) _____ having a treatment standard based on incineration and are contaminated soil and debris, are not subject to the land disposal prohibition until _____.

____E. Wastes with EPA hazardous waste number(s) _____ subject to other variance, extention or exemptions: Specify _____.

[1]Non-Wastewater; [2]Wastewater

Page 1 of 2                                                                                                 [OVER]

___F. Waste for which applicable treatment standards must be listed completely:
   1.) Spent Solvents
       If U.S. EPA #'s F001, F002, F003, F004 or F005 appear in Section I, check all individual constituents contained in these wastes(s) and mark the appropriate treatability group. This waste must be treated at least to levels specified below.

| F001-5 Spent Solvents | CCW (in mg/l) WW | NWW[1] | F001-5 Spent Solvents | CCW (in mg/l) WW | NWW[1] |
|---|---|---|---|---|---|
| __Acetone | 0.28 | 160 | __Methyl Ethyl Ketone | 0.28 | 36 |
| __Benzene | 0.070 | 3.7 | __Methyl Isobutyl Ketone | 0.14 | 33 |
| __n-Butyl Alcohol | 5.6 | 2.6 | __Nitrobenzene | 0.068 | 14 |
| __Carbon Tetrachloride | 0.057 | 5.6 | __Pyridine | 0.014 | 16 |
| __Chlorobenzene | 0.057 | 5.7 | __Tetrachloroethylene | 0.056 | 5.6 |
| __Cresols(m- & p-isomers) | 0.77 | 3.2 | __Toluene | 0.08 | 28 |
| __o-Cresol | 0.11 | 5.6 | 1,1,2-Trichloro- | | |
| __o-Dichlorobenzene | 0.088 | 6.2 | __1,2,2-Trifluoroethane | 0.057 | 28 |
| __Ethyl Acetate | 0.34 | 33 | __1,1,1-Trichloroethane | 0.054 | 5.6 |
| __Ethylbenzene | 0.057 | 6.0 | __1,1,2-Trichloroethane | 0.030 | 7.6 |
| __Ethyl Ether | 0.12 | 160 | __Trichloroethylene | 0.054 | 5.6 |
| __Isobutyl Alcohol | 5.6 | 170 | Trichloromono- | | |
| __Methylene Chloride | 0.089 | 33 | __fluoromethane | 0.02 | 33 |
| | | | __Xylene | 0.32 | 28 |

| | CCWE (in mg/l) | | | Technology Code | |
|---|---|---|---|---|---|
| __Carbon Disulfide | N/A | 4.8 | __2-Nitropropane | INCIN | INCIN |
| __Cyclohexanone | N/A | 0.75 | __2-Ethoxyethanol | INCIN | INCIN |
| __Methanol | N/A | 0.75 | | | |

___F001-F005 spent solvents: Pharmaceutical industry wastewater subcategory methylene chloride: 0.44 mg/l

   2) California List Wastes
       Mark the following only if the relevant constituent has not already been addressed by a more specific prohibition or treatment standard.
       The waste identified in Section I is a liquid hazardous waste, including free liquids associated with any solid or sludge, containing the following constituents or characteristics:

|  | LIMITS |
|---|---|
| __Nickel and/or compounds (as Ni) | ≥134 mg/l |
| __Thallium and/or compounds (as Tl) | ≥130 mg/l |

___Hazardous wastes (solid, sludge or liquid) containing halogenated organic compounds (HOCs) in total concentration >1,000 mg/kg.

---

I hereby certify that all information submitted is complete and accurate, to the best of my knowledge and information, and that the restricted waste described above has been properly identified so that the receiving treatment facility is aware of all applicable performance levels specified in 40 CFR 268 Subpart D and all applicable prohibitions set forth in Part 268.32 or RCRA Section 3004(d).

Signature _____ Title _Safety Administrator_ Date _12/12/94_

Page 2 of 2



# LWD, INC.

P.O. BOX 327 - CALVERT CITY, KENTUCKY 42029

## LAND RESTRICTION NOTIFICATION FORM

Generator Name **WESTINGHOUSE ELECTRIC**   Manifest Document Number **00274**

LWD PC#s _____   State Manifest Document Number _____

This form is submitted to LWD, Inc. in compliance with 40 CFR 268.7.

---

### I. WASTE IDENTIFICATION

Identify all U.S. EPA hazardous waste number(s), subcategory(ies) and treatability group(s) applicable to this waste shipment.

A. D001:
  1) Ignitable Liquids: ___ a) NWW$^1$ TOC $\geq$10%; ___ b) NWW$^1$ 1% to <10% TOC; ___ c) WW$^2$
  ___ 2) Ignitable Compressed Gases; ___ 3) Ignitable Reactives; ___ 4) Oxidizers

B. D002: ___ 1) Acids; ___ 2) Alkaline; ___ 3) Other Corrosives

C. D003: ___ 1) Reactive Cyanides; ___ 2) Reactive Sulfides; ___ 3) Explosives;
  ___ 4) Water Reactives; ___ 5) Other Reactives

D. ___ D009: ___ K106: ___ U151: ___ 1) Low Mercury; ___ 2) High Mercury

E. F025: ___ 1) Light Ends; ___ 2) Spent Filters/Aids & Desiccants

F. K061: ___ 1) Low Zinc; ___ 2) High Zinc

G. ALL OTHER U.S. EPA HAZARDOUS WASTE NUMBERS       SUBCATEGORIES (IF APPLICABLE)
  **U122** _____   _____
  _____   _____
  _____   _____

H. Treatability Group (if not previously indicated):
  ___ Wastewater;  ✓ Non-Wastewater; List any others _____

### II. LAND DISPOSAL RESTRICTIONS

___ A. Restricted wastes with EPA hazardous waste number(s) _____ have treatment standards expressed as constituent concentrations in waste extract (CCWE) per 40 CFR 268.41.

___ B. Restricted wastes with EPA hazardous waste number(s) _____ have treatment standards expressed as constituent concentrations in waste (CCW) per 40 CFR 268.43.

✓ C. Restricted wastes with EPA hazardous waste number(s) **U122** have treatment standards expressed as a specific technology per 40 CFR 268.42. List the applicable five-letter treatment code:
  ✓ INCIN: ___ DEACT: ___ STABL: Other _____

___ D. Wastes with EPA hazardous waste number(s) _____ having a treatment standard based on incineration and are contaminated soil and debris, are not subject to the land disposal prohibition until _____.

___ E. Wastes with EPA hazardous waste number(s) _____ subject to other variance, extention or exemptions: Specify _____.

$^1$Non-Wastewater; $^2$Wastewater

Page 1 of 2                                                                 (OVER)

___F. Waste for which applicable treatment standards must be listed completely:
  1.) Spent Solvents
     If U.S. EPA #'s F001, F002, F003, F004 or F005 appear in Section I, check all individual constituents contained in these wastes(s) and mark the appropriate treatability group. This waste must be treated at least to levels specified below.

| F001-5 Spent Solvents | CCW (in mg/l) WW[2] | NWW[1] | F001-5 Spent Solvents | CCW (in mg/l) WW[2] | NWW[1] |
|---|---|---|---|---|---|
| __Acetone | 0.28 | 160 | __Methyl Ethyl Ketone | 0.28 | 36 |
| __Benzene | 0.070 | 3.7 | __Methyl Isobutyl Ketone | 0.14 | 33 |
| __n-Butyl Alcohol | 5.6 | 2.6 | __Nitrobenzene | 0.068 | 14 |
| __Carbon Tetrachloride | 0.057 | 5.6 | __Pyridine | 0.014 | 16 |
| __Chlorobenzene | 0.057 | 5.7 | __Tetrachloroethylene | 0.056 | 5.6 |
| __Cresols(m- & p-isomers) | 0.77 | 3.2 | __Toluene | 0.08 | 28 |
| __o-Cresol | 0.11 | 5.6 | 1,1,2-Trichloro- | | |
| __o-Dichlorobenzene | 0.088 | 6.2 | __1,2,2-Trifluoroethane | 0.057 | 28 |
| __Ethyl Acetate | 0.34 | 33 | __1,1,1-Trichloroethane | 0.054 | 5.6 |
| __Ethylbenzene | 0.057 | 6.0 | __1,1,2-Trichloroethane | 0.030 | 7.6 |
| __Ethyl Ether | 0.12 | 160 | __Trichloroethylene | 0.054 | 5.6 |
| __Isobutyl Alcohol | 5.6 | 170 | Trichloromono- | | |
| __Methylene Chloride | 0.089 | 33 | __fluoromethane | 0.02 | 33 |
|  |  |  | __Xylene | 0.32 | 28 |

| | CCWE (in mg/l) | | | Technology Code | |
|---|---|---|---|---|---|
| __Carbon Disulfide | N/A | 4.8 | __2-Nitropropane | INCIN | INCIN |
| __Cyclohexanone | N/A | 0.75 | __2-Ethoxyethanol | INCIN | INCIN |
| __Methanol | N/A | 0.75 |  |  |  |

__F001-F005 spent solvents: Pharmaceutical industry wastewater subcategory methylene chloride: 0.44 mg/l

2) California List Wastes
   Mark the following only if the relevant constituent has not already been addressed by a more specific prohibition or treatment standard.
   The waste identified in Section I is a liquid hazardous waste, including free liquids associated with any solid or sludge, containing the following constituents or characteristics:

|  | LIMITS |
|---|---|
| __Nickel and/or compounds (as Ni) | ≥134 mg/l |
| __Thallium and/or compounds (as Tl) | ≥130 mg/l |

__Hazardous wastes (solid, sludge or liquid) containing halogenated organic compounds (HOCs) in total concentration >1,000 mg/kg.

---

I hereby certify that all information submitted is complete and accurate, to the best of my knowledge and information, and that the restricted waste described above has been properly identified so that the receiving treatment facility is aware of all applicable performance levels specified in 40 CFR 268 Subpart D and all applicable prohibitions set forth in Part 268.32 or RCRA Section 3004(d).

Signature _____ Title _Safety Administrator_ Date _12/12/94_

## POTENTIAL HAZARDS — Guide 29

### FIRE OR EXPLOSION
- Will burn. May be ignited by heat, sparks and flames.
- Flammable vapor may spread away from spill.
- Container may explode in heat of fire.
- Vapor explosion hazard indoors, outdoors or in sewers.
- Runoff to sewer may create fire or explosion hazard.

### HEALTH HAZARDS
- If inhaled, may be harmful.
- Contact may cause burns to skin and eyes.
- Fire may produce irritating or poisonous gases.
- Runoff from fire control or dilution water may cause pollution.

### EMERGENCY ACTION
- Keep unnecessary people away; isolate hazard area and deny entry.
- Stay upwind; keep out of low areas.
- Wear self-contained breathing apparatus and full protective clothing.
- **Isolate for 1/2 mile in all directions if tank or tankcar is involved in fire.**
- FOR EMERGENCY ASSISTANCE CALL CHEMTREC **(800) 424-9300**.
  - Also, in case of water pollution, call local authorities.

### FIRE
- Some of these materials may react violently with water.
- **Small Fires:** Dry chemical, CO2, water spray or foam.
- **Large Fires:** Water spray, fog or foam.
- Move container from fire area if you can do it without risk.
- Stay away from ends of tanks.
- Do not get water inside container.
- Cool containers that are exposed to flames with water from the side until well after fire is out.
- Withdraw immediately in case of rising sound from venting safety device or discoloration of tank.

### SPILL OR LEAK
- No flares, smoking or flames in hazard area.
- Do not touch spilled material.
- Stop leak if you can do it without risk.
- Use water spray to reduce vapors.
- Do not get water inside containers.
- **Small Spills:** Take up with sand, or other noncombustible absorbent material, then flush area with water.
- **Large Spills:** Dike far ahead of spill for later disposal.

### FIRST AID
- Move victim to fresh air; call emergency medical care.
- If not breathing, give artificial respiration.
- If breathing is difficult, give oxygen.
- Remove and isolate contaminated clothing and shoes.
- In case of contact with material, immediately flush skin or eyes with running water for at least 15 minutes.
- Keep victim quiet and maintain normal body temperature.



**Allworth** — A Southdown Environmental Systems Company

4/11/5
Trailer 258605

Public reporting burden for this collection of information is estimated to average 37 minutes for generators, 15 minutes for transporters and 10 minutes for treatment, storage and disposal facilities. This includes time for reviewing instructions, gathering data and completing and reviewing the form. Send comments regarding the burden estimate including suggestions for reducing this burden to: Chief Information Policy Branch, PM-223, U.S. Environmental Protection Agency, 401 M Street, S.W., Washington, DC 20460 and to the Office of Information and Regulatory Affairs Office of Management and Budget, Washington, DC 20503.

Please print or type. (Form designed for use on elite 12 pitch typewriter.)   Form Approved OMB No. 2050-0039 Expires 9/30/91

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No. SCD003351814 | Manifest Document No. 00271 | 2 Page 1 of 1 | Information in the shaded areas is not required by Federal law. |
|---|---|---|---|---|

3. Generator's Name and Mailing Address
WESTINGHOUSE ELECTRIC CORP.   KATLYNN FREELEY
304 HOOVER STREET   HAMPTON, SC 29924

A. State Manifest Document Number

4. Generator's Phone ( 803 ) 943-7232

B. State Generator's ID

5. Transporter 1 Company Name: ALLWORTH OF TENNESSEE, INC.
6. US EPA ID Number: TND981920119
C. State Transporter's ID
D. Transporter's Phone: 615-379-2800

7. Transporter 2 Company Name: ARMOR Environmental Ser.
8. US EPA ID Number: TND987788486
E. State Transporter's ID
F. Transporter's Phone: 615 (381) 2328

9. Designated Facility Name and Site Address
LWD, INC.
HIGHWAY 1523
CALVERT CITY, KY 42029
10. US EPA ID Number: KYD088438817  ~~KYD981477821~~
G. State Facility's ID
H. Facility's Phone: (502)395-8313

11. US DOT Description (Including Proper Shipping Name, Hazard Class, and ID Number)

a. RQ, WASTE FORMALDEHYDE SOLUTION, 9, UN2209, III, (U122)
   12. Containers: 34 DM   13. Total Quantity: 17,249   14. Unit Wt/Vol: P lbs.   Waste No.: U122

b. RQ, WASTE FORMALDEHYDE SOLUTION, 9, UN2209, III, (U122)
   0 0 0 0   U122

c. 9 @ 309/dm

d. 25 @ 289/dr   180p @ $15/ea

J. Additional Descriptions for Materials Listed Above
11.a. ERG # 29   mx 43
~~11.b. ERG # 29~~  Amy

K. Handling Codes for Wastes Listed Above
a. T06/T07

15. Special Handling Instructions and Additional Information
IN CASE OF AN EMERGENCY CALL 803-943-7245

16. GENERATOR'S CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packed, marked, and labeled and are in all respects in proper condition for transport by highway according to applicable international and national government regulations.

If I am a large quantity generator, I certify that I have a program in place to reduce the volume and toxicity of waste generated to the degree I have determined to be economically practicable and that I have selected the practicable method of treatment, storage, or disposal currently available to me which minimizes the present and future threat to human health and environment OR if I am a small quantity generator, I have made a good faith effort to minimize my waste generation and select the best waste management method that is available to me and that I can afford.

Printed/Typed Name: K. M. Freeley   Signature: K. M. Freeley   Date: 12/12/94

17. Transporter 1 Acknowledgement of Receipt of Materials
Printed/Typed Name: Gary Howard   Signature: Gary Howard   Date: 12/12/94

18. Transporter 2 Acknowledgement of Receipt of Materials
Printed/Typed Name: Johnny Davis   Signature: Johnny Davis   Date: 12/16/94

19. Discrepancy Indication Space
* Item 10, 14 & K per Sherry Date, Allworth 12-28-94 by McH/LWD

20. Facility Owner or Operator Certification of receipt of hazardous materials covered by this manifest except as noted in Item 19
Printed/Typed Name: Steve York   Signature: Steve York   Date: 12/9/94

EPA Form 8700-22(9/88)   1. WHITE - GENERATOR'S COMPLETED COPY  2. BLUE - TREATMENT FACILITY COPY  3. GREEN - EXTRA  4. PINK - TRANSPORTER #2 COPY
5. CANARY - TRANSPORTER #1 COPY  6. GOLDENROD - GENERATOR'S FIRST COPY KEPT AT TIME OF SHIPMENT