IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:12-CV-127-GNS-HBB

LWD PRP GROUP                                              PLAINTIFF

vs.

ACF INDUSTRIES, LLC, et al.                            DEFENDANTS

## COLONIAL PIPELINE COMPANY'S INITIAL
## DISCLOSURES PURSUANT TO RULE 26(a)(1)

Defendant, Colonial Pipeline Company, by counsel and pursuant to Fed. R. Civ. P. 26(a)(1), tender the following initial disclosures:

**A.**     **Individuals likely to have discoverable information.**

    1. Megan Kearney, 425 Duncan Store Road, Columbia, Virginia 23038; 804-375-3268.

    2. Rob Shenk, 929 Hoods Mill Road, Woodbine, Maryland 21797; 410-970-2126.

    3. Alen Gies, 1185 Sanctuary Parkway, Suite 100, Alpharetta, Georgia 30009; 678-762-2657.

    4. Mike Verdon, 1185 Sanctuary Parkway, Suite 100, Alpharetta, Georgia 30009; 678-234-5206.

    5. All witnesses listed by any other party.

**B.**     **Documents, electronically stored information and tangible items.**

    1. Hazardous waste manifests and related documents located at Colonial Pipeline Company, 425 Duncan Store Road, Columbia, Virginia 23038, Colonial Pipeline Company, 959 Hoods Mill Road, Woodbine, Maryland 21797, and Iron Mountain, Metro Atlanta Area, Georgia.

    2. All other documents listed by any other party.

**C.**     **Computation of each category of damages claimed by disclosing party.**

No damages are claimed at this time. Defendant reserves the right to supplement damages under counterclaims in this case, should damages be incurred.

**D.     Insurance Agreement**

Not applicable.

Defendant reserves the right to amend these disclosures through supplementation or by separate response to written discovery to reflect items revealed during the discovery process in this matter.

                        WHITLOW, ROBERTS, HOUSTON & STRAUB, PLLC
                        *Attorneys for Defendant, Colonial Pipeline Company*

                        BY  /s/ Nicholas M. Holland
                            Nicholas M. Holland
                            nholland@whitlow-law.com
                            300 Broadway
                            Post Office Box 995
                            Paducah, Kentucky 42002-0995
                            Telephone:  (270) 443-4516
                            Facsimile:  (270) 442-1712

## **CERTIFICATE OF SERVICE**

I hereby certify that this 29th day of February, 2016, I electronically filed the foregoing with the Clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

    Fletcher Schrock, Esq., fletch@ml-lawfirm.com,
    Gary Justis, Esq., gjustis@justislawfirm.com; and
    Rachel D. Guthrie, Esq., rguthrie@justislawfirm.com,
    Attorneys for Plaintiff.

    Alison C. Conlon, Esq.; and Joseph F. Madonia, Esq.,
    jmadonia@btlaw.com, bbrozyna@btlaw.com,
    Attorneys for Central Illinois Public Service Company.

    Derek S. Casey, Esq., dscasey@twgfirm.com,
    Attorney for Mega Fabrication, Inc.

    Amy Jo Harwood-Jackson, Esq., amy@harwood-jacksonlaw.com,
    Attorney for the University of Iowa.

    Amy D. Cubbage, Esq., acubbage@ackersonlegal.com, cbarnett@ackersonlegal.com,
Attorney for Williamson County Housing Authority.

    Richard L. Walter, Esq., rwalter@bsgpad.com, mclark@bsgpad.com,
Attorney for Yenkin-Majestic Paint Corp.

                                            */s/ Nicholas M. Holland*
                                            Nicholas M. Holland