

**ENVIRONMENTAL**
PRODUCTS & SERVICES
O F   V E R M O N T ,   I N C

www.eps.vermont@eps-inc.com

**REMIT TO:**
PO Box 4620
Burlington, VT 05406
(802) 862-1212

**INVOICE NO.**

003114A

**DATE**

May 12, 2003

Page: 1

Customer: COL004
COLUMBIA COUNTY SOLID WASTE DIV.
ATTN ACCOUNTS PAYABLE
401 STATE STREET
HUDSON, NY  12534

JOB NUMBER: A5291

Contact:  JOLENE RACE

Site: GREENPORT, NY

| Description | Qty | Unit Pr | Total |
|---|---|---|---|

CONTACT:  JOLENE RACE
LOCATION:  GREENPORT, NY

5/3/03
PROVIDED LABOR, EQUIPMENT, AND MATERIALS FOR
A HOUSEHOLD HAZARDOUS WASTE COLLECTION DAY.
TRANSPORT FOR DISPOSAL.

| Description | Qty | Unit Pr | Total |
|---|---|---|---|
| ** LABOR ** | | | 0.00 |
| SET UP FEE | 1.00 | 4900.00 | 4900.00 |
| WRITTEN PLAN | 1.00 | 1200.00 | 1200.00 |
| TRANSPORTATION OF WASTE PER PIECE | 65.00 | 30.00 | 1950.00 |
| ** DISPOSAL ** | | | 0.00 |
| PAINT RELATED MATERIAL (FLAM PALLETS) | 14.00 | 545.00 | 7630.00 |
| COBUSTIBLE LIQUIDS (RESINS) 55 GALLON DRUMS | 17.00 | 175.00 | 2975.00 |
| AEROSOLS CU. YD. BOX | 2.00 | 545.00 | 1090.00 |
| PESTICIDES/HERBICIDES SOLIDS CU. YD. BOX | 2.00 | 545.00 | 1090.00 |
| PERTICIDES/HERBICIDES SOLIDS 55 GALLON DRUMS | 1.00 | 160.00 | 160.00 |



ENVIRONMENTAL
PRODUCTS & SERVICES
OF VERMONT, INC

www.eps.vermont@eps-inc.com

**REMIT TO:**
PO Box 4620
Burlington, VT 05406
(802) 862-1212

**INVOICE NO.**

003114A

**DATE**

May 12, 2003

Page: 2

Customer: COL004
COLUMBIA COUNTY SOLID WASTE DIV.
ATTN ACCOUNTS PAYABLE
401 STATE STREET
HUDSON, NY  12534

JOB NUMBER: A5291

Contact: JOLENE RACE

Site: GREENPORT, NY

| Description | Qty | Unit Pr. | Total |
|---|---|---|---|
| FLAMMABLE LIQUIDS (CHEMICALS) CU. YD. BOX | 2.00 | 545.00 | 1090.00 |
| FLAMMABLE LIQUIDS (BULK) 55 GALLON DRUM | 6.00 | 170.00 | 1020.00 |
| CORROSIVE LIQUID CU. YD. BOX | 2.00 | 545.00 | 1090.00 |
| CORROSIVE LIQUID 55 GALLON DRUM | 1.00 | 160.00 | 160.00 |
| ALKALI LIQUID CU. YD. BOX | 1.00 | 545.00 | 545.00 |
| PESTICIDE LIQUID CU. YD. BOX | 2.00 | 545.00 | 1090.00 |
| PESTICIDE LIQUID 55 GALON DRUM | 1.00 | 160.00 | 160.00 |
| TOXIC SOLIDS 5 GALLON PAIL | 1.00 | 70.00 | 70.00 |
| OXIDIZER LIQUID 5 GALLON PAIL | 1.00 | 70.00 | 70.00 |
| OXIDIZER SOLID 30 GALLON DRUM | 1.00 | 275.00 | 275.00 |
| CORROSIVE SOLIDS ACID 55 GALLON DRUM | 1.00 | 160.00 | 160.00 |
| CORROSIVE SOLIDS BASIC 55 GALLON DRUM | 1.00 | 160.00 | 160.00 |

Please reference the Invoice Number when submitting payment.
1½% per month Service Charge will be added to all past due invoices.                    **NET 10 DAYS**



**ENVIRONMENTAL**
**PRODUCTS & SERVICES**
O F   V E R M O N T .   I N C

www.eps.vermont@eps-inc.com

**REMIT TO:**
PO Box 4620
Burlington, VT 05406
(802) 862-1212

**INVOICE NO.**

003114A

**DATE**

May 12, 2003

Page: 3

Customer: COL004
COLUMBIA COUNTY SOLID WASTE DIV.
ATTN ACCOUNTS PAYABLE
401 STATE STREET
HUDSON, NY  12534

JOB NUMBER: A5291

Contact:  JOLENE RACE

Site: GREENPORT, NY

| Description | Qty | Unit Pr. | Total |
|---|---|---|---|
| FLAMMABLE SOLIDS 5 GALLON PAIL | 1.00 | 70.00 | 70.00 |
| BATTERIES (ALKALINE) 5 GALLON PAIL | 1.00 | 50.00 | 50.00 |
| NON-HAZ LIQUIDS CU. YD. BOX | 1.00 | 425.00 | 425.00 |
| NON-HAZ LIQUIDS 30 GALLON DRUM | 1.00 | 85.00 | 85.00 |
| HAZ WASTE LIQUID 5 GALLON PAIL | 1.00 | 70.00 | 70.00 |
| WASTE OILS 55 GALLON DRUM | 3.00 | 160.00 | 480.00 |
| ASBESTOS 55 GALLON DRUM | 1.00 | 120.00 | 120.00 |
| ** JOB COMPLETE ** | | | 0.00 |

Sub Total                  $28,185.00

Region  Multiplier
                       ==============
Bid Items Amount Due       $28,185.00

                       ==============
Invoice Total              $28,185.00

Please reference the Invoice Number when submitting payment.
1½% per month Service Charge will be added to all past due invoices.          **NET 10 DAYS**

# NON-HAZARDOUS WASTE MANIFEST

Please print or type    (Form designed for use on elite (12 pitch) typewriter)

| NON-HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No.  H H W | | | Manifest Document No.  0 0 8 1 6 | | 2. Page 1  1 of |
|---|---|---|---|---|---|---|

3. Generator's Name and Mailing Address
**EPS of VT / Columbia County**
**401 State Street**
**Hudson NY 12534**

Highway Department R. t. 23
Greenport        NY

4. Generator's Phone (    )  518  828 2737

| 5. Transporter 1 Company Name | 6. | US EPA ID Number | A. State Transporter's ID |
|---|---|---|---|
| ENVIRONMENTAL PROD & SVCS OF VT, V | | T R 0 0 0 5 0 0 0 9 0 | B. Transporter (802) 862 1212 |
| 7. Transporter 2 Company Name | 8. | US EPA ID Number | C. State Transporter's ID |
| | | | D. Transporter 2 Phone |

9. Designated Facility Name and Site Address          10.          US EPA ID Number

**ENVIRONMENTAL PRODUCTS & SERVICES, INC**
**532 STATE FAIR BLVD.**
**SYRACUSE NY 13204**      N Y D 9 8 0 7 6 1 1 9 1

E. State Facility's ID

F. Facility's Phone   (315) 471 0503

| 11. WASTE DESCRIPTION | 12. Containers | | 13. Total Quantity | 14. Unit Wt./Vol. |
|---|---|---|---|---|
| | No. | Type | | |
| a.  Paint related material ✓  3, UN1263, II    HHW | 14 | | 008400 | P |
| b.  Aerosols, flammable, nos ✓  2.1, UN1950, I    HHW | 02 | CF | 000600 | P |
| c.  Corrosive liquids, n.o.s. ✓  8, UN1760, II    HHW | 02 | CF | 001000 | P |
| d.  ~~Corrosive solids, n.o.s.~~  ~~8, UN1759, II~~    HHW | | | | |

| G. Additional Descriptions for Materials Listed Above | H. Handling Codes for Wastes Listed Above |
|---|---|
| a. 0502022        c. 0503012 | a.        c. |
| b. 0503011        d. ~~0505013~~ | b.        d. |

15. Special Handling Instructions and Additional Information
a. ERG 128
b ERG 126
c. ERG# 154
d. ERG# 154    ~~a. ERG# 128   b. ERG# 126~~

Emergency # (802) 862 1212

16. GENERATOR'S CERTIFICATION: I hereby certify that the contents of this shipment are fully and accurately described and are in all respects in proper condition for transport. The materials described on this manifest are not subject to federal hazardous waste regulations.

| Printed/Typed Name  *Irene D Eric* | Signature  *Irene C Eric* | Date | | |
|---|---|---|---|---|
| | | Month | Day 03 | Year 03 |

17. Transporter 1 Acknowledgement of Receipt of Materials

| Printed/Typed Name  *Robert T Cearse* | Signature  *Robert T Clarke* EPS of VT, Inc | Date | | |
|---|---|---|---|---|
| | | Month 01 | Day 03 | Year 03 |

18. Transporter 2 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Date | | |
|---|---|---|---|---|
| | | Month | Day | Year |

19. Discrepancy Indication Space

20. Facility Owner or Operator: Certification of receipt of the waste materials covered by this manifest, except as noted in Item 19.

| Printed/Typed Name | Signature | Date | | |
|---|---|---|---|---|
| | | Month | Day | Year |

F-14 © 2002   LABELMASTER® (800) 621-5808  www.labelmaster.com          PRINTED ON RECYCLED PAPER USING SOYBEAN INK   PRINTED WITH SOY INK          Rev. 3/95

# NON-HAZARDOUS WASTE MANIFEST

Please print or type      (Form designed for use on site (12 pitch) typewriter)

| NON-HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No. | | | Manifest Document No. | 00817 | 2. Page 1 of |
|---|---|---|---|---|---|---|
| | H H W | | | | | |

3. Generator's Name and Mailing Address

EPS of VT / Columbia County
401 State Street
Hudson NY 12534

Highway Department  R E 23
Greenport - 527 NY

4. Generator's Phone (      ) 518  8281 2737

| 5. Transporter 1 Company Name | 6. | US EPA ID Number | A. State Transporter's ID |
|---|---|---|---|
| ENVIRONMENTAL PROD & SVCS OF VT, V | | T R O O O 5 O O O 9 O | B. Transporter (802) 862 1212 |
| 7. Transporter 2 Company Name | 8. | US EPA ID Number | C. State Transporter's ID |
| | | | D. Transporter 2 Phone |

9. Designated Facility Name and Site Address   10.   US EPA ID Number

ENVIRONMENTAL PRODUCTS & SERVICES, INC
532 STATE FAIR BLVD.
SYRACUSE NY 13204                N Y D 9 8 O 7 6 1 1 9 1

E. State Facility's ID

F. Facility's Phone

(315) 471 0503

| 11. WASTE DESCRIPTION | 12. Containers | | 13. Total Quantity | 14. Unit Wt./Vol. |
|---|---|---|---|---|
| | No. | Type | | |
| a. Caustic alkali liquids, n.o.s. ✓  8, UN1719, II   *pms* | 01 | CF | 00700 | P |
| b. Oxidizing liquid, n.o.s. ✓  5.1, UN3139, II   *pms* | 01 | DF | 00005 | P |
| c. Oxidizing solid, n.o.s. ✓  5.1, UN1479, II   *pms* | 01 | DF | 00075 | P |
| d. Pesticides, liquid, toxic, n.o.s. ✓  6.1, UN2902, II   *pms* | 02 | CF | 001600 | P |

G. Additional Descriptions for Materials Listed Above

a. 0503014        c. 0503016
b. 0503015        d. 0503017

H. Handling Codes for Wastes Listed Above

a.                c.
b.                d.

15. Special Handling Instructions and Additional Information

a. ERG# 154
b. ERG# 140
c. ERG# 140
d. ERG# 151        a. ERG# 154    b. ERG# 140

Emergency #(802) 862 1212

16. GENERATOR'S CERTIFICATION: I hereby certify that the contents of this shipment are fully and accurately described and are in all respects in proper condition for transport. The materials described on this manifest are not subject to federal hazardous waste regulations.

| Printed/Typed Name | Signature | Date | | |
|---|---|---|---|---|
| | | Month | Day | Year |

17. Transporter 1 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Date | | |
|---|---|---|---|---|
| Robert T Clark | Robert T Clark | 05 | 03 | 03 |

18. Transporter 2 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Date | | |
|---|---|---|---|---|
| | | Month | Day | Year |

19. Discrepancy Indication Space

20. Facility Owner or Operator, Certification of receipt of the waste materials covered by this manifest, except as noted in Item 19.

| Printed/Typed Name | Signature | Date | | |
|---|---|---|---|---|
| | | Month | Day | Year |

F-14 © 2002   LABELMASTER ® (800) 621-5808  www.labelmaster.com        PRINTED ON RECYCLED PAPER USING SOYBEAN INK    PRINTED WITH SOY INK        Rev. 3/95

# NON-HAZARDOUS WASTE MANIFEST

Please print or type    (Form designed for use on elite (12 pitch) typewriter)

| NON-HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No. H H W | | Manifest Document No. 0 0 8 1 8 | 2. Page 1. 1 of |
|---|---|---|---|---|
| 3. Generator's Name and Mailing Address EPS of VT / Columbia County 401 State Street Hudson NY 12534 | | | Highway Department Greenport        NY | |
| 4. Generator's Phone (    )   518   828|2737 | | | | |
| 5. Transporter 1 Company Name ENVIRONMENTAL PROD & SVCS OF VT | 6.   US EPA ID Number V T R 0 0 0 5 0 0 0 9 0 | | A. State Transporter's ID | |
| | | | B. Transporter (802)  862|1212 | |
| 7. Transporter 2 Company Name | 8.   US EPA ID Number | | C. State Transporter's ID | |
| | | | D. Transporter 2 Phone | |
| 9. Designated Facility Name and Site Address ENVIRONMENTAL PRODUCTS & SERVICES, INC 532 STATE FAIR BLVD. SYRACUSE NY 13204 | | US EPA ID Number N X D 9 8 0 7 6 1 1 9 1 | E. State Facility's ID | |
| | | | F. Facility's Phone (315) 471|0503 | |

| 11. WASTE DESCRIPTION | 12. Containers No. | Type | 13. Total Quantity | 14. Unit Wt./Vol. |
|---|---|---|---|---|
| a. Pesticides, solid, toxic, n.o.s. ✓ 6.1, UN2588, II. | 02 | CF | 001200 | P |
| b. Combustible liquid, n.o.s. Combustible liqu. | 17 | DM | 3400 00720 | P G |
| c. Hazardous Waste Solid, nos (mercury) ✓ 9, UN3077, III | 01 | DF | 00010 | P |
| d. WASTE non RCRA liquid, nos (waste oil) Waste non RCRA Solids (light ballasts) ✓ | 03 | DM | 00200 | P |

| G. Additional Descriptions for Materials Listed Above | | H. Handling Codes for Wastes Listed Above |
|---|---|---|
| a.0503018        c.0503021 | | a.        c. |
| b.0503019        d.0503020 | | b.        d. |

15. Special Handling Instructions and Additional Information
a. ERG 151
b. ERG# 128
c. ERG# 171        d. ERG# 151

Emergency #(802) 862|1212

16. GENERATOR'S CERTIFICATION: I hereby certify that the contents of this shipment are fully and accurately described and are in all respects in proper condition for transport. The materials described on this manifest are not subject to federal hazardous waste regulations.

| Printed/Typed Name Peter A Pine | Signature Peter A Pine | Date Month Day Year 2  03 |
|---|---|---|
| 17. Transporter 1 Acknowledgement of Receipt of Materials | | |
| Printed/Typed Name Robert T. Clarke | Signature Robert T. Clarke EPS-E VT Tar | Date Month Day Year 2 03 03 |
| 18. Transporter 2 Acknowledgement of Receipt of Materials | | |
| Printed/Typed Name | Signature | Date Month Day Year |
| 19. Discrepancy Indication Space | | |
| 20. Facility Owner or Operator; Certification of receipt of the waste materials covered by this manifest, except as noted in item 19. | | |
| Printed/Typed Name | Signature | Date Month Day Year |

F-14 ©2002    LABELMASTER® (800) 621-5808  www.labelmaster.com        PRINTED ON RECYCLED PAPER USING SOYBEAN INK    PRINTED WITH SOY INK        Rev. 3/95

NON-HAZARDOUS WASTE    GENERATOR    TRANSPORTER    FACILITY

# NON-HAZARDOUS WASTE MANIFEST

Please print or type     (Form designed for use on elite (12 pitch) typewriter)

| NON-HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No. | | Manifest Document No. | 0 0 8 1 9 | 2. Page 1 |
|---|---|---|---|---|---|
| | H H W | | | | 1 of |

3. Generator's Name and Mailing Address

EPS of VT / Columbia County
401 State Street
Hudson NY 12534

Highway Department
Greenport          NY

| 4. Generator's Phone ( )  518  828 2737 | | | |
|---|---|---|---|

| 5. Transporter 1 Company Name | | 6. | US EPA ID Number | A. State Transporter's ID |
|---|---|---|---|---|
| ENVIRONMENTAL PROD & SVCS OF VT, I | | | N T R 0 0 0 5 0 0 0 9 0 | B. Transporter (802) 862 1212 |

| 7. Transporter 2 Company Name | | 8. | US EPA ID Number | C. State Transporter's ID |
|---|---|---|---|---|
| | | | | D. Transporter 2 Phone |

9. Designated Facility Name and Site Address          10.          US EPA ID Number

ENVIRONMENTAL PRODUCTS & SERVICES, INC
532 STATE FAIR BLVD.
SYRACUSE NY 13204          N Y D 9 8 0 7 6 1 1 9 1

E. State Facility's ID

F. Facility's Phone
(315) 471 0503

| 11. WASTE DESCRIPTION | | 12. Containers | | 13. Total Quantity | 14. Unit Wt./Vol. |
|---|---|---|---|---|---|
| | | No. | Type | | |
| a. Waste non RCRA Liquids, nos ✓ NONE, NONE, NON | | 0 1 | C F | 34 0 0 0 0 0 0 0 | P |
| b. WASTE non RCRA Solids, nos _Rohide, Sld, Emrs, os_ NONE, NONE, NON... 4-masses II | | 0 1 | D M | 0 0 2 0 0 | P |
| c. _Hu.. H(...(... ✓_ _... ...(.. ...II .. Hunt_ | | 0 6 | D M | 0 0 3 2 0 | G |
| d. Waste no RCRA Liquids, nos    _Tag Cleaner_ | | 0 1 | D M | 0 0 0 3 0 | G |

| G. Additional Descriptions for Materials Listed Above | | H. Handling Codes for Wastes Listed Above | |
|---|---|---|---|
| a. 0503023 | c. #5 50... | a. | c. |
| b. 0503024 | d. | b. | d. |

15. Special Handling Instructions and Additional Information

Hc L... ...g

Hb: 151- EPG

Emergency # (802) 862 1212

16. **GENERATOR'S CERTIFICATION:** I hereby certify that the contents of this shipment are fully and accurately described and are in all respects in proper condition for transport. The materials described on this manifest are not subject to federal hazardous waste regulations.

| | | | Date | | |
|---|---|---|---|---|---|
| Printed/Typed Name | | Signature | Month | Day | Year |

17. Transporter 1 Acknowledgement of Receipt of Materials

| | | | Date | | |
|---|---|---|---|---|---|
| Printed/Typed Name  _Robert T. Clarke_ | | Signature  _Robert T Clarke_ | Month | Day 03 | Year 03 |

18. Transporter 2 Acknowledgement of Receipt of Materials

| | | | Date | | |
|---|---|---|---|---|---|
| Printed/Typed Name | | Signature | Month | Day | Year |

19. Discrepancy Indication Space

20. Facility Owner or Operator: Certification of receipt of the waste materials covered by this manifest, except as noted in item 19.

| | | | Date | | |
|---|---|---|---|---|---|
| Printed/Typed Name | | Signature | Month | Day | Year |

F-14 © 2002   LABELMASTER ® (800) 621-5808  www.labelmaster.com

PRINTED ON RECYCLED PAPER USING SOYBEAN INK
PRINTED WITH SOY INK

Rev. 3/95

# NON-HAZARDOUS WASTE MANIFEST

Please print or type.  (Form designed for use on elite (12 pitch) typewriter)

| NON-HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No. HHW | Manifest Document No. 00524 | 2. Page 1 of 1 |
|---|---|---|---|

3. Generator's Name and Mailing Address
PT, HW / Ellison Cent
401 54th Street    Hudson NY

Hudson County Route 223
Coxsackie NY

4. Generator's Phone ( 518) 873-4757

5. Transporter 1 Company Name
Environmental Prod & Services of VT          US EPA ID Number  VTD000507090

A. State Transporter's ID
B. Transporter 1 Phone (802) 862 1212

7. Transporter 2 Company Name         8. US EPA ID Number

C. State Transporter's ID
D. Transporter 2 Phone

9. Designated Facility Name and Site Address
Environmental Prod & Services Inc
532 State Fair Blvd
Syracuse NY 13204          10. US EPA ID Number  NYD980761191

E. State Facility's ID
F. Facility's Phone (315) 431-0303

### 11. WASTE DESCRIPTION

| | | No. | Type | 13. Total Quantity | 14. Unit Wt/Vol. |
|---|---|---|---|---|---|
| a. | Toxic Solids, inorganic, nos  UN3288 I  Developer HHW | 01 | DF | 00015 | P |
| b. | Asbestos  NA2212  HHW | 01 | DM | 00045 | P |
| c. | Corrosive liquid, nos  Zep Cleaner overpacked Hotel | 01 | DM | 00200 | P |
| d. | Pesticide liquid Toxic nos  UN2902 I  HHW | 01 | DM | 00150 | P |

G. Additional Descriptions for Materials Listed Above

H. Handling Codes for Wastes Listed Above

15. Special Handling Instructions and Additional Information
11a ERG# 154     11c 154 (Zep Cleaner)     Emergency #(802) 862 1212
11b ERG# 171     11d 151

16. GENERATOR'S CERTIFICATION: I hereby certify that the contents of this shipment are fully and accurately described and are in all respects in proper condition for transport. The materials described on this manifest are not subject to federal hazardous waste regulations.

Printed/Typed Name            Signature                    Month Day Year

17. Transporter 1 Acknowledgement of Receipt of Materials
Printed/Typed Name  ROBERT T CLARKE   Signature Robert T Clark EP&S VT Inc   05 03 03

18. Transporter 2 Acknowledgement of Receipt of Materials

19. Discrepancy Indication Space

20. Facility Owner or Operator; Certification of receipt of the waste materials covered by this manifest, except as noted in Item 19.

F-14 © 2002  LABELMASTER ® (800) 621-5808  www.labelmaster.com     Rev. 3/95

# NON-HAZARDOUS WASTE MANIFEST

Please print or type    (Form designed for use on elite (12 pitch) typewriter)

| NON-HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No. HHW | | Manifest Document No. 7825 | 2. Page 1 of 1 |
|---|---|---|---|---|

**3. Generator's Name and Mailing Address**
Co [NY] Columbia County
4-1 Ale Street Hudson NY

Highway Garage Route 23
Greenbel NY

**4. Generator's Phone (** 975 ) 828-2139

| 5. Transporter 1 Company Name Environmental Soluls a Sev [ vi | 6. | US EPA ID Number NYR000500090 | A. State Transporter's ID |
|---|---|---|---|
| | | | B. Transporter 1 Phone 502 - 72 - 1212 |
| 7. Transporter 2 Company Name | 8. | US EPA ID Number | C. State Transporter's ID |
| | | | D. Transporter 2 Phone |

| 9. Designated Facility Name and Site Address Environmental Soluls + Services 520 State Rd Stud Syracuse NY 13204 | 10. | US EPA ID Number NYD986761191 | E. State Facility's ID |
|---|---|---|---|
| | | | F. Facility's Phone (315) 471-0507 |

| 11. WASTE DESCRIPTION | 12. Containers No. | Type | 13. Total Quantity | 14. Unit Wt./Vol. |
|---|---|---|---|---|
| a. Corrosive Solids, Acidic, inorganic, nos 8 UN3260 PGII ✓ HHW | 001 | DM | CO100 | P |
| b. Corrosive Solids, Basic, inorganic, nos 8 UN3262 II ✓ HHW | 006 | DM | 7400 CO120 | P |
| c. Flammable Solids, organic, nos ✓ 41 UN3178 II ✓ HHW | 001 | DF | CO010 | P |
| d. Battery, Dry (Alkaline) ✓ HHW | 001 | DF | CO005 | P |

**G. Additional Descriptions for Materials Listed Above**
011

**H. Handling Codes for Wastes Listed Above**

**15. Special Handling Instructions and Additional Information**
Ha ERG # 154        Hc ERG # 133        Emergency (502) 862-1212
Hb ERG # 154        Hd ERG # 154

**16. GENERATOR'S CERTIFICATION:** I hereby certify that the contents of this shipment are fully and accurately described and are in all respects in proper condition for transport. The materials described on this manifest are not subject to federal hazardous waste regulations.

| Printed/Typed Name ☒ John D Ware | Signature John D Ware | Month 3 | Day 03 | Year |
|---|---|---|---|---|

**17. Transporter 1 Acknowledgement of Receipt of Materials**

| Printed/Typed Name ☒ ROBERT T. CLARKE | Signature Robert T. Clarke EPS.SIT, Inc. 05 | Month 05 | Day 03 | Year 03 |
|---|---|---|---|---|

**18. Transporter 2 Acknowledgement of Receipt of Materials**

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|

**19. Discrepancy Indication Space**

**20. Facility Owner or Operator: Certification of receipt of the waste materials covered by this manifest, except as noted in Item 19.**

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|

F-14 © 2002   LABELMASTER ® (800) 621-5808   www.labelmaster.com

PRINTED ON RECYCLED PAPER USING SOYBEAN INK   PRINTED WITH SOY INK

Rev. 3/95

# NON-HAZARDOUS WASTE MANIFEST

Please print or type     (Form designed for use on elite (12 pitch) typewriter)

| NON-HAZARDOUS WASTE MANIFEST | 1. Generator's US EPA ID No. *HHW* | | Manifest Document No. *CO826* | 2. Page 1 of *1* |
|---|---|---|---|---|

3. Generator's Name and Mailing Address
*PS of VT / Columbia Co Tp*
*NY State St     Athens NY*

*Highway Garage Rute 231*
*Fremont NY*

4. Generator's Phone ( *518* ) *93 - 2420*

| 5. Transporter 1 Company Name *Robin All Phibet Serv / VT* | 6. US EPA ID Number *VTR 000 500 070* | A. State Transporter's ID |
|---|---|---|
| | | B. Transporter 1 Phone |
| 7. Transporter 2 Company Name | 8. US EPA ID Number | C. State Transporter's ID |
| | | D. Transporter 2 Phone |

| 9. Designated Facility Name and Site Address *Environmental Prod & Serv Inc* *533 State Fair Blvd* *Syracuse NY 12204* | 10. US EPA ID Number *NYD980961191* | E. State Facility's ID |
|---|---|---|
| | | F. Facility's Phone *(315) 471-0503* |

| 11. WASTE DESCRIPTION | 12. Containers | | 13. Total Quantity | 14. Unit Wt./Vol. |
|---|---|---|---|---|
| | No. | Type | | |
| a. *flammable liquids, NOS* ✓ *3     UN1993     II     HHW* | *02* | *CF* | *001600* | *P* |
| b. *Non Stoppers, poisonous* *Not regl     HHW* | *01* | *DF* | *0005* | *P* |
| c. | *01* | | | |
| d. | | | | |

G. Additional Descriptions for Materials Listed Above

H. Handling Codes for Wastes Listed Above

15. Special Handling Instructions and Additional Information
*Haz Cat #128*
*Haz Cat #153*                                          *Emergency 802 862 1212*

16. GENERATOR'S CERTIFICATION: I hereby certify that the contents of this shipment are fully and accurately described and are in all respects in proper condition for transport. The materials described on this manifest are not subject to federal hazardous waste regulations.

| Printed/Typed Name | Signature | Date | | |
|---|---|---|---|---|
| | | Month *3* | Day *3* | Year *8* |

17. Transporter 1 Acknowledgement of Receipt of Materials

| Printed/Typed Name *X Robert J Clark* | Signature *Robert J Clark   EPS of VT, Inc* | Date | | |
|---|---|---|---|---|
| | | Month *05* | Day *03* | Year *03* |

18. Transporter 2 Acknowledgement of Receipt of Materials

| Printed/Typed Name | Signature | Date | | |
|---|---|---|---|---|
| | | Month | Day | Year |

19. Discrepancy Indication Space

20. Facility Owner or Operator; Certification of receipt of the waste materials covered by this manifest, except as noted in item 19.

| Printed/Typed Name | Signature | Date | | |
|---|---|---|---|---|
| | | Month | Day | Year |