IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:12-CV-127-GNS-HBB

LWD PRP GROUP                                                                                             PLAINTIFF

vs.

ACF INDUSTRIES, LLC, et al.                                                                        DEFENDANTS

### COOPER-STANDARD AUTOMOTIVE'S INITIAL DISCLOSURES
### PURSUANT TO RULE 26(a)(1)

Defendant, Cooper-Standard Automotive, by counsel and pursuant to Fed. R. Civ. P. 26(a)(1), tender the following initial disclosures:

**A.    Individuals likely to have discoverable information.**

1. Tom Wood, Director of Global Environmental Affairs, Cooper Tire & Rubber Co., 701 Lima Avenue, Findlay, Ohio 45840; 419-424-4345.  Compiled waste shipment documentation from Cooper-Standard, Lexington to LWD Site.

2. All witnesses listed by any other party.

**B.    Documents, electronically stored information and tangible items.**

1. All documents issued by the EPA as referenced in Plaintiff's Fourth Amended Complaint, paragraphs 143 and 144.

2. EPA annual reports of the Lexington, Kentucky plant.

3. All other documents listed by any other party.

**C.    Computation of each category of damages claimed by disclosing party.**

No damages are claimed at this time.  Defendant reserves the right to supplement damages under counterclaims in this case, should damages be incurred.

**D.    Insurance Agreement**

Not applicable.

Defendant reserves the right to amend these disclosures through supplementation or by separate response to written discovery to reflect items revealed during the discovery process in this matter.

>WHITLOW, ROBERTS, HOUSTON & STRAUB, PLLC
>*Attorneys for Defendant, Cooper-Standard Automotive, Inc.*
>
>BY  /s/ Nicholas M. Holland
>   Nicholas M. Holland
>   nholland@whitlow-law.com
>   300 Broadway
>   Post Office Box 995
>   Paducah, Kentucky 42002-0995
>   Telephone:  (270) 443-4516
>   Facsimile:  (270) 442-1712

## **CERTIFICATE OF SERVICE**

I hereby certify that this 29th day of February, 2016, I electronically filed the foregoing with the Clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Fletcher Schrock, Esq., fletch@ml-lawfirm.com,
Gary Justis, Esq., gjustis@justislawfirm.com; and
Rachel D. Guthrie, Esq., rguthrie@justislawfirm.com,
Attorneys for Plaintiff.

Alison C. Conlon, Esq.; and Joseph F. Madonia, Esq.,
 jmadonia@btlaw.com, bbrozyna@btlaw.com,
Attorneys for Central Illinois Public Service Company.

Derek S. Casey, Esq., dscasey@twgfirm.com,
Attorney for Mega Fabrication, Inc.

Amy Jo Harwood-Jackson, Esq., amy@harwood-jacksonlaw.com,
Attorney for the University of Iowa.

Amy D. Cubbage, Esq., acubbage@ackersonlegal.com, cbarnett@ackersonlegal.com,
Attorney for Williamson County Housing Authority.

3

      Richard L. Walter, Esq., rwalter@bsgpad.com, mclark@bsgpad.com,
Attorney for Yenkin-Majestic Paint Corp.

                                                */s/ Nicholas M. Holland*
                                                Nicholas M. Holland