| Michigan manifest | manifest date | volume | | lean density | conversion to lb/gallon | pounds |
|---|---|---|---|---|---|---|
| MI0674060 | 11/13/1985 | 4800 | gallon | 1.02 g/ml | 8.3454 lb/gallon | 40859.08 |
| MI0838585 | 1/17/1986 | 5000 | | | | 42561.54 |
| MI0776516 | 5/5/1986 | 4500 | | | | 38305.39 |
| MI0776538 | 5/15/1986 | 5000 | | | | 42561.54 |
| MI0924164 | 1/8/1987 | 4200 | | | | 35751.69 |
| MI0924165 | 1/15/1987 | 4000 | | | | 34049.23 |
| MI1130104 | 6/26/1987 | 5000 | | | | 42561.54 |
| MI1420649 | 5/5/1988 | 4500 | | | | 38305.39 |
| MI1271651 | 8/25/1988 | 4500 | | | | 38305.39 |
| MI1557188 | 12/29/1988 | 4600 | | | | 39156.62 |
| MI1557350 | 2/15/1989 | 4600 | | | | 39156.62 |
| MI1557472 | 3/23/1989 | 4500 | | | | 38305.39 |
| MI1336996 | 5/15/1989 | 4800 | | | | 40859.08 |
| MI1358617 | 6/6/1989 | 5000 | | | | 42561.54 |
| MI1807239 | 8/8/1989 | 4800 | | | | 40859.08 |
| MI1733038 | 10/13/1989 | 4800 | | | | 40859.08 |
| MI1702611 | 2/7/1990 | 4500 | | | | 38305.39 |
| MI1702821 | 3/15/1990 | 4950 | | | | 42135.92 |
| MI1878553 | 4/25/1990 | 4750 | | | | 40433.46 |
| MI2134064 | 7/26/1990 | 3977 | | | | 33853.45 |
| | | | | | | 789746.4 |