IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:12-CV-127-GNS-HBB

LWD PRP GROUP                                                                                   PLAINTIFF

vs.

ACF INDUSTRIES, LLC, et al.                                                                DEFENDANTS

**NISSAN NORTH AMERICA, INC.'S**
**INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)**

Defendant, Nissan North America, Inc., by counsel and pursuant to Fed. R. Civ. P. 26(a)(1), tender the following initial disclosures:

A. **Individuals likely to have discoverable information.**

1. Jared Lynn, 983 Nissan Drive, Smyrna, Tennessee 37167; 615-355-2113.

2. All witnesses listed by any other party.

B. **Documents, electronically stored information and tangible items.**

All waste manifests included in Plaintiff's Fourth Amended Complaint, paragraphs 322 and 323.

C. **Computation of each category of damages claimed by disclosing party.**

No damages are claimed at this time. Defendant reserves the right to supplement damages under counterclaims in this case, should damages be incurred.

D. **Insurance Agreement**

Not applicable.

Defendant reserves the right to amend these disclosures through supplementation or by separate response to written discovery to reflect items revealed during the discovery process in this matter.

>WHITLOW, ROBERTS, HOUSTON & STRAUB, PLLC
>*Attorneys for Defendant, Nissan North America, Inc.*
>
>BY  /s/ Nicholas M. Holland
>    Nicholas M. Holland
>    nholland@whitlow-law.com
>    300 Broadway
>    Post Office Box 995
>    Paducah, Kentucky 42002-0995
>    Telephone:  (270) 443-4516
>    Facsimile:  (270) 442-1712

## CERTIFICATE OF SERVICE

I hereby certify that this 29th day of February, 2016, I electronically filed the foregoing with the Clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Fletcher Schrock, Esq., fletch@ml-lawfirm.com,
Gary Justis, Esq., gjustis@justislawfirm.com; and
Rachel D. Guthrie, Esq., rguthrie@justislawfirm.com,
Attorneys for Plaintiff.

Alison C. Conlon, Esq.; and Joseph F. Madonia, Esq.,
 jmadonia@btlaw.com, bbrozyna@btlaw.com,
Attorneys for Central Illinois Public Service Company.

Derek S. Casey, Esq., dscasey@twgfirm.com,
Attorney for Mega Fabrication, Inc.

Amy Jo Harwood-Jackson, Esq., amy@harwood-jacksonlaw.com,
Attorney for the University of Iowa.

Amy D. Cubbage, Esq., acubbage@ackersonlegal.com, cbarnett@ackersonlegal.com,
Attorney for Williamson County Housing Authority.

Richard L. Walter, Esq., rwalter@bsgpad.com, mclark@bsgpad.com,
Attorney for Yenkin-Majestic Paint Corp.

                                              */s/ Nicholas M. Holland*
                                              Nicholas M. Holland