IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:12-CV-127-GNS-HBB

LWD PRP GROUP                                                                                                  PLAINTIFF

vs.

ACF INDUSTRIES, LLC, et al.                                                                        DEFENDANTS

## PDC LABORATORIES, INC. AND PEORIA DISPOSAL COMPANY'S INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)

Defendants, PDC Laboratories, Inc. and Peoria Disposal Company, by counsel and pursuant to Fed. R. Civ. P. 26(a)(1), tender the following initial disclosures:

**A.**  **Individuals likely to have discoverable information.**

1. Jenny Hinton, Peoria Disposal Company, 4349 W. Southport Road, Peoria, IL 61615; 309-468-1555; has information regarding waste disposal at LWD Site.

2. Ron Welk, Peoria Disposal Company, 4349 W. Southport Road, Peoria, IL 61615; 309-495-1551; has information regarding waste disposal at LWD Site.

3. All witnesses listed by any other party.

**B.**  **Documents, electronically stored information and tangible items.**

1. Waste manifests issued by the EPA as included in Fourth Amended Complaint paragraphs 352 and 353.

2. General Notice Letter dated August 19, 2008, from U.S. E.P.A. to Royal Coulter, CEO, Peoria Disposal Company.

3. All other documents listed by any other party.

**C.**  **Computation of each category of damages claimed by disclosing party.**

No damages are claimed at this time. Defendants reserve the right to supplement damages under counterclaims in this case, should damages be incurred.

1

**D.    Insurance Agreement**

Not applicable.

Defendants reserve the right to amend these disclosures through supplementation or by separate response to written discovery to reflect items revealed during the discovery process in this matter.

                WHITLOW, ROBERTS, HOUSTON & STRAUB, PLLC
                *Attorneys for Defendants, PDC Laboratories, Inc. and Peoria Disposal Company*

                BY  /s/ Nicholas M. Holland
                    Nicholas M. Holland
                    nholland@whitlow-law.com
                    300 Broadway
                    Post Office Box 995
                    Paducah, Kentucky 42002-0995
                    Telephone:  (270) 443-4516
                    Facsimile:  (270) 442-1712

## CERTIFICATE OF SERVICE

I hereby certify that this 29th day of February, 2016, I electronically filed the foregoing with the Clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Fletcher Schrock, Esq., fletch@ml-lawfirm.com,
Gary Justis, Esq., gjustis@justislawfirm.com; and
Rachel D. Guthrie, Esq., rguthrie@justislawfirm.com,
Attorneys for Plaintiff.

Alison C. Conlon, Esq.; and Joseph F. Madonia, Esq.,
 jmadonia@btlaw.com, bbrozyna@btlaw.com,
Attorneys for Central Illinois Public Service Company.

Derek S. Casey, Esq., dscasey@twgfirm.com,
Attorney for Mega Fabrication, Inc.

Amy Jo Harwood-Jackson, Esq., amy@harwood-jacksonlaw.com,
Attorney for the University of Iowa.

Amy D. Cubbage, Esq., acubbage@ackersonlegal.com, cbarnett@ackersonlegal.com,
Attorney for Williamson County Housing Authority.

Richard L. Walter, Esq., rwalter@bsgpad.com, mclark@bsgpad.com,
Attorney for Yenkin-Majestic Paint Corp.

*/s/ Nicholas M. Holland*
Nicholas M. Holland