IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:12-CV-127-GNS-HBB

LWD PRP GROUP                                                                                  PLAINTIFF

vs.

ACF INDUSTRIES, LLC, et al.                                                               DEFENDANTS

## PERMA-FIX ENVIRONMENTAL SERVICES, INC.'S INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)

Defendant, Perma-Fix Environmental Services, Inc., by counsel and pursuant to Fed. R. Civ. P. 26(a)(1), tender the following initial disclosures:

**A.   Individuals likely to have discoverable information.**

1. Scott Ellis, Manager, Legal Affairs, Perma-Fix Environmental Services, Inc., 2800 Solway Road, Knoxville, Tennessee 37931; 865-251-2091.

2. All witnesses listed by any other party.

**B.   Documents, electronically stored information and tangible items.**

1. All waste manifests issued by EPA as referenced in Fourth Amended Complaint paragraphs 360 and 361.

2. All other documents listed by any other party.

**C.   Computation of each category of damages claimed by disclosing party.**

No damages are claimed at this time. Defendant reserves the right to supplement damages under counterclaims in this case, should damages be incurred.

**D.   Insurance Agreement**

Not applicable.

Defendant reserves the right to amend these disclosures through supplementation or by separate response to written discovery to reflect items revealed during the discovery process in this matter.

        WHITLOW, ROBERTS, HOUSTON & STRAUB, PLLC
        *Attorneys for Defendant, Perma-Fix Environmental Services, Inc.*

        BY  /s/ Nicholas M. Holland
            Nicholas M. Holland
            nholland@whitlow-law.com
            300 Broadway
            Post Office Box 995
            Paducah, Kentucky 42002-0995
            Telephone:  (270) 443-4516
            Facsimile:  (270) 442-1712

## **CERTIFICATE OF SERVICE**

I hereby certify that this 29th day of February, 2016, I electronically filed the foregoing with the Clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

    Fletcher Schrock, Esq., fletch@ml-lawfirm.com,
    Gary Justis, Esq., gjustis@justislawfirm.com; and
    Rachel D. Guthrie, Esq., rguthrie@justislawfirm.com,
    Attorneys for Plaintiff.

    Alison C. Conlon, Esq.; and Joseph F. Madonia, Esq.,
    jmadonia@btlaw.com, bbrozyna@btlaw.com,
    Attorneys for Central Illinois Public Service Company.

    Derek S. Casey, Esq., dscasey@twgfirm.com,
    Attorney for Mega Fabrication, Inc.

    Amy Jo Harwood-Jackson, Esq., amy@harwood-jacksonlaw.com,
    Attorney for the University of Iowa.

    Amy D. Cubbage, Esq., acubbage@ackersonlegal.com, cbarnett@ackersonlegal.com,
    Attorney for Williamson County Housing Authority.

      Richard L. Walter, Esq., rwalter@bsgpad.com, mclark@bsgpad.com,
Attorney for Yenkin-Majestic Paint Corp.

                                      */s/ Nicholas M. Holland*
                                      Nicholas M. Holland