IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:12-CV-127-GNS-HBB

LWD PRP GROUP                                             PLAINTIFF

vs.

ACF INDUSTRIES, LLC, et al.                              DEFENDANTS

**PRINTPACK, INC.'S**
**INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)**

Defendant, Printpack, Inc., by counsel and pursuant to Fed. R. Civ. P. 26(a)(1), tender the following initial disclosures:

**A.**     **Individuals likely to have discoverable information.**

    1.     Dustin Madlung, 3500 Hwy 17, Rhinelander, Wisconsin 54501; 715-453-1921 ext. 27130.

    2.     Stephen Carpenter, 2800 Overlook Parkway, Atlanta, Georgia 30339; 404-460-7448.

    3.     Donna McCoy, 1400 Abbot Road, Elgin, Illinois 60123; 847-888-7150 ext. 35247.

    4.     David Ellison, 2800 Overlook Parkway, Atlanta, Georgia 30339; 404-460-7413.

    5.     Sonya Slinkard, 3510 Asheville Hwy, Hendersonville, North Carolina 28791; 828-693-1723 ext. 26247.

    6.     All witnesses listed by any other party.

**B.**     **Documents, electronically stored information and tangible items.**

Manifests and pertinent shipping or EHS documents stored at the following locations:

3500 Hwy. 17
Rhinelander, Wisconsin 54501

2800 Overlook Parkway
Atlanta, Georgia 30339

1400 Abbot Road
Elgin, Illinois 60123

3510 Asheville Hwy
Hendersonville, North Carolina 28791

**C.**     **Computation of each category of damages claimed by disclosing party.**

No damages are claimed at this time. Defendant reserves the right to supplement damages under counterclaims in this case, should damages be incurred.

**D.**     **Insurance Agreement**

Not applicable.

Defendant reserves the right to amend these disclosures through supplementation or by separate response to written discovery to reflect items revealed during the discovery process in this matter.

> WHITLOW, ROBERTS, HOUSTON & STRAUB, PLLC
> *Attorneys for Defendant, Printpack, Inc.*
>
>
> BY  /s/ Nicholas M. Holland
>     Nicholas M. Holland
>     nholland@whitlow-law.com
>     300 Broadway
>     Post Office Box 995
>     Paducah, Kentucky 42002-0995
>     Telephone:  (270) 443-4516
>     Facsimile:  (270) 442-1712

## CERTIFICATE OF SERVICE

I hereby certify that this 29th day of February, 2016, I electronically filed the foregoing with the Clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Fletcher Schrock, Esq., fletch@ml-lawfirm.com,
Gary Justis, Esq., gjustis@justislawfirm.com; and
Rachel D. Guthrie, Esq., rguthrie@justislawfirm.com,
Attorneys for Plaintiff.

Alison C. Conlon, Esq.; and Joseph F. Madonia, Esq.,
 jmadonia@btlaw.com, bbrozyna@btlaw.com,
Attorneys for Central Illinois Public Service Company.

Derek S. Casey, Esq., dscasey@twgfirm.com,
Attorney for Mega Fabrication, Inc.

Amy Jo Harwood-Jackson, Esq., amy@harwood-jacksonlaw.com,
Attorney for the University of Iowa.

Amy D. Cubbage, Esq., acubbage@ackersonlegal.com, cbarnett@ackersonlegal.com,
Attorney for Williamson County Housing Authority.

Richard L. Walter, Esq., rwalter@bsgpad.com, mclark@bsgpad.com,
Attorney for Yenkin-Majestic Paint Corp.

                                      */s/ Nicholas M. Holland*
                                      Nicholas M. Holland