IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:12-CV-127-GNS-HBB

LWD PRP GROUP                    PLAINTIFF

vs.

ACF INDUSTRIES, LLC, et al.                    DEFENDANTS

## RAIL SERVICES, INC.'S
## INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)

Defendant, Rail Services, Inc., by counsel and pursuant to Fed. R. Civ. P. 26(a)(1), tender the following initial disclosures:

**A.**     **Individuals likely to have discoverable information.**

       1.     Shawn Holt, EHS Manager, P.O. Box 35, Calvert City, Kentucky 42029; 270-395-8326.

       2.     All witnesses listed by any other party.

**B.**     **Documents, electronically stored information and tangible items.**

All records of Hazardous Waste Manifests and supporting documents in hard copy at Rail Services, Inc. facility in Calvert City, Kentucky.

**C.**     **Computation of each category of damages claimed by disclosing party.**

$1250 to remove drums of Rail Services, Inc. hazardous waste at the LWD facility at the time of closure.

**D.**     **Insurance Agreement**

Not applicable.

Defendant reserves the right to amend these disclosures through supplementation or by separate response to written discovery to reflect items revealed during the discovery process in this matter.

> WHITLOW, ROBERTS, HOUSTON & STRAUB, PLLC
> *Attorneys for Defendant, Rail Services, Inc.*
>
> BY  /s/ Nicholas M. Holland
>   Nicholas M. Holland
>   nholland@whitlow-law.com
>   300 Broadway
>   Post Office Box 995
>   Paducah, Kentucky 42002-0995
>   Telephone:  (270) 443-4516
>   Facsimile:  (270) 442-1712

## CERTIFICATE OF SERVICE

I hereby certify that this 29th day of February, 2016, I electronically filed the foregoing with the Clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Fletcher Schrock, Esq., fletch@ml-lawfirm.com,
Gary Justis, Esq., gjustis@justislawfirm.com; and
Rachel D. Guthrie, Esq., rguthrie@justislawfirm.com,
Attorneys for Plaintiff.

Alison C. Conlon, Esq.; and Joseph F. Madonia, Esq.,
 jmadonia@btlaw.com, bbrozyna@btlaw.com,
Attorneys for Central Illinois Public Service Company.

Derek S. Casey, Esq., dscasey@twgfirm.com,
Attorney for Mega Fabrication, Inc.

Amy Jo Harwood-Jackson, Esq., amy@harwood-jacksonlaw.com,
Attorney for the University of Iowa.

Amy D. Cubbage, Esq., acubbage@ackersonlegal.com, cbarnett@ackersonlegal.com,
Attorney for Williamson County Housing Authority.

Richard L. Walter, Esq., rwalter@bsgpad.com, mclark@bsgpad.com,
Attorney for Yenkin-Majestic Paint Corp.

>                        */s/ Nicholas M. Holland*
>                        Nicholas M. Holland