IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:12-CV-127-GNS-HBB

LWD PRP GROUP                                                                  PLAINTIFF

vs.

ACF INDUSTRIES, LLC, et al.                                       DEFENDANTS

**VERTELLUS SPECIALTIES, INC.'S**
**INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)**

Defendant, Vertellus Specialties, Inc., by counsel and pursuant to Fed. R. Civ. P. 26(a)(1), tender the following initial disclosures:

**A. Individuals likely to have discoverable information.**

1. Mr. William Champion, Plant Manager, Velocity Services, LLC, 1450 Edwardsville Road, Granite City, IL 62040; 618-452-3141. Mr. Champion worked at the former Reilly Industries, Inc. facility located in Granite City, IL and served in several roles, including plant manager.

2. Midwest Container Services, 333 North Old St. Louis Road, Wood River, IL 62095; EPA ID No. ILD053980272; Hauling Permit UPW04480160H. This company was involved with the transportation of solid waste in 2001 from the Vertellus Granite City facility to LWD.

3. All witnesses listed by any other party.

**B. Documents, electronically stored information and tangible items.**

1. General files for this facility include hard copy material held at the VSI Corporate office located in Indianapolis Indiana, electronically stored information held on a VSI data system, hard copy material stored at an off-site facility, and hard copy materials maintained at the Granite City Facility.

2. Annual Waste reports prepared for the Illinois Environmental Protection Agency during the years of 2001 through 2010 were located. Review of the reports indicate the shipment of solid waste from Reilly to the LWD site during the years of 2001 through 2003. The 2001 report contained copies of the waste manifests for the shipments to LWD.

3. An additional General File for LWD was identified at the Granite City site. This file contained disposal coordination correspondence between Reilly and LWD during 1999, and an annual Waste Received Summary report from LWD to Reilly for calendar year 2001.

4. EPA and KDEP files relating to the LWD Site.

5. Documents generated and prepared by the Plaintiffs.

6. Such additional documents that may be produced in the litigation or otherwise discovered.

**C.     Computation of each category of damages claimed by disclosing party.**

No damages are claimed at this time. Defendant reserves the right to supplement damages under counterclaims in this case, should damages be incurred.

**D.     Insurance Agreement**

Not applicable.

Defendant reserves the right to amend these disclosures through supplementation or by separate response to written discovery to reflect items revealed during the discovery process in this matter.

    WHITLOW, ROBERTS, HOUSTON & STRAUB, PLLC
*Attorneys for Defendant, Vertellus Specialties, Inc.*

BY  /s/ Nicholas M. Holland
    Nicholas M. Holland
    nholland@whitlow-law.com
    300 Broadway
    Post Office Box 995
    Paducah, Kentucky 42002-0995
    Telephone:  (270) 443-4516
    Facsimile:  (270) 442-1712

## CERTIFICATE OF SERVICE

I hereby certify that this 29th day of February, 2016, I electronically filed the foregoing with the Clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Fletcher Schrock, Esq., fletch@ml-lawfirm.com,
Gary Justis, Esq., gjustis@justislawfirm.com; and
Rachel D. Guthrie, Esq., rguthrie@justislawfirm.com,
Attorneys for Plaintiff.

Alison C. Conlon, Esq.; and Joseph F. Madonia, Esq.,
 jmadonia@btlaw.com, bbrozyna@btlaw.com,
Attorneys for Central Illinois Public Service Company.

Derek S. Casey, Esq., dscasey@twgfirm.com,
Attorney for Mega Fabrication, Inc.

Amy Jo Harwood-Jackson, Esq., amy@harwood-jacksonlaw.com,
Attorney for the University of Iowa.

Amy D. Cubbage, Esq., acubbage@ackersonlegal.com, cbarnett@ackersonlegal.com,
Attorney for Williamson County Housing Authority.

Richard L. Walter, Esq., rwalter@bsgpad.com, mclark@bsgpad.com,
Attorney for Yenkin-Majestic Paint Corp.

*/s/ Nicholas M. Holland*
Nicholas M. Holland