# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION
# CASE NO.: 5:12-cv-00127-GNS-HBB

*Electronically Filed*

**LWD PRP GROUP**  **PLAINTIFF**

**v.**

**ACF INDUSTRIES, LLC,** *et. al.*  **DEFENDANTS**

## RULE 26(A)(1) DISCLOSURES OF
## DEFENDANT WILLIAMSON COUNTY HOUSING AUTHORITY

Defendant Williamson County Housing Authority, for its Fed. R. Civ. P. 26(a)(1) disclosures, states:

1. Due to the passage of time Defendant is currently unaware of any persons having discoverable information that may support the defenses of Defendant:

2. The following documents and tangible things may be used to support the defenses of Defendants:

   a. Waste manifests as provided by Plaintiff;

   b. All documents listed by any other party;

3. Defendant is not making a claim for damages.

4. Defendant is not aware of any insurance policy providing coverage for damages claimed by Plaintiff.

1

Dated: March 1, 2016

                        Respectfully submitted,

                        *s/Amy D. Cubbage*
                        AMY D. CUBBAGE
                        Ackerson & Yann, PLLC
                        One Riverfront Plaza, Suite 1200
                        401 West Main Street
                        Louisville, Kentucky 40202
                        Ph:    (502) 583-7400
                        Fax:   (502) 589-4168
                        acubbage@ackersonlegal.com

                        ***Counsel for Defendant,***
                        ***Williamson County Housing Authority***

## CERTIFICATE OF SERVICE

       The undersigned certifies that a copy of the foregoing was filed with the clerk of court on March 1, 2016, using the CM/ECF system, which will generate a notice of filing to all counsel of record registered with that system.

                        *s/Amy D. Cubbage*
                        ***Counsel for Defendant,***
                        ***Williamson County Housing Authority***