UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO.: 5:12-cv-00127-GNS-HBB

*Electronically Filed*

**LWD PRP GROUP**  PLAINTIFF

**v.**

**ACF INDUSTRIES, LLC,** *et. al.*  DEFENDANTS

### RULE 26(A)(1) DISCLOSURES OF
### DEFENDANTS PSC, LLC and PHILIP SERVICES CORPORATION

Defendants PSC, LLC and Philip Services Corporation, for their Fed. R. Civ. P. 26(a)(1) disclosures, state:

1. Due to the passage of time Defendants are currently unaware of any persons having discoverable information that may support the defenses of Defendants:

2. The following documents and tangible things may be used to support the defenses of Defendants:

    a. Waste manifests as provided by Plaintiff;

    b. All documents listed by any other party;

3. Defendants are not making a claim for damages.

4. Defendant are not aware of any insurance policy providing coverage for damages claimed by Plaintiff.

1

Dated: March 1, 2016

                    Respectfully submitted,

                    *s/Amy D. Cubbage*
                    AMY D. CUBBAGE
                    Ackerson & Yann, PLLC
                    One Riverfront Plaza, Suite 1200
                    401 West Main Street
                    Louisville, Kentucky 40202
                    Ph:    (502) 583-7400
                    Fax:   (502) 589-4168
                    acubbage@ackersonlegal.com

                    ***Counsel for Defendants,***
                    ***PSC, LLC and Philip Services Corporation***

## CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of the foregoing was filed with the clerk of court on March 1, 2016, using the CM/ECF system, which will generate a notice of filing to all counsel of record registered with that system.

                    *s/Amy D. Cubbage*
                    ***Counsel for Defendants,***
                    ***PSC, LLC and Philip Services Corporation***