# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )   **Civil Action No. 5:12-CV-127-GNS-** |
| | )   **HBB** |
| **ACF INDUSTRIES LLC, et al.** | ) |
| | ) |
|     **Defendants.** | ) |
| | ) |

## STIPULATION EXTENDING DEADLINES
## TO REPLY AND RESPOND TO PLAINTIFF'S PARTIAL MOTIONS TO STRIKE
## AND DEFENDANTS' PARTIAL MOTION TO DISMISS

Plaintiff LWD PRP Group ("Plaintiff" or "LWD PRP Group") filed Partial Motions to Strike Answers and Counterclaims of various Defendants (collectively, "Joint Defense Group")[1] on January 20, 2016.[2] Plaintiff moved to strike each of the Joint Defense Group's Answers and Counterclaims to the extent they raised Plaintiff's lack of capacity or status as a real party in interest. The Joint Defense Group filed Responses to Plaintiff's Partial Motions to Strike on

---

[1] The Joint Defense Group parties to this Stipulation comprise Defendants American Woodmark Corporation, Baker Hughes Inc., Bayer Cropscience Inc., Bayer Healthcare LLC, CBS Corporation, Central Environmental Systems, Inc., Champion Laboratories, Inc., Colonial Pipeline Company, Columbia County, New York, Cooper-Standard Automotive, Inc., Cycle Chem, Inc., Drug & Laboratory Disposal, Inc., General Electric Company, Housing Authority of Hopkinsville, Kentucky, Indiana-Kentucky Electric Corporation, Ingersoll Rand Company, Nissan North America, Inc., Peoria Disposal Company and PDC Laboratories, Inc., Perma-Fix Environmental Services, Inc., Perma-Fix of Dayton, Inc., Perma-Fix of Orando, Inc., Perma-Fix of South Georgia, Inc., Premcor Refining Group Inc., Printpack, Inc., Rail Services, Inc., Regal Beloit, Inc., Trane US, Inc., Valero Marketing and Supply Company, Valero Retail Holdings, Inc., Van Dyne-Crotty Co., Vertellus Specialties, Inc., Wheeler Lumber, LLC and York International Corporation.

[2] Plaintiff's Motions to Strike were filed individually as to each Joint Defense Group member listed above, at Dkt. Nos. 1263, 1265, 1267, 1269, 1271, 1273, 1275, 1277, 1279, 1281, 1283, 1285, 1287, 1289, 1291, 1293, 1295, 1297, 1299, 1301, 1303, 1305, 1307, 1309, 1311, 1313, 1315, 1317, 1319, 1321, 1323, 1325, 1327, 1329 and 1331, respectively.

February 16, 2016.[3] The Joint Defense Group simultaneously filed a consolidated Rule 12(b)(6) Partial Motion to Dismiss for Lack of Capacity on February 16, 2016 (Dkt. No. 1378). The Joint Defense Group seeks to dismiss Plaintiff's state law claims to the extent Plaintiff lacks capacity under Kentucky law.

Plaintiff and the Joint Defense Group hereby stipulate and agree through their counsel that the time for Plaintiff to Reply to the Joint Defense Group's Responses to Plaintiff's Partial Motions to Strike Answers and Counterclaims of the Joint Defense Group, and Plaintiff's Response to the Joint Defense Group's Rule 12(b)(6) Partial Motion to Dismiss for Lack of Capacity shall be extended to March 18, 2016. The parties further stipulate and agree that the Joint Defense Group's time to Reply to Plaintiff's Response to the Joint Defense Group's Rule 12(b)(6) Partial Motion to Dismiss for Lack of Capacity shall be extended to April 4, 2016.

---

[3] The Joint Defense Group's Responses to Plaintiff's Motions to Strike were filed individually, at Dkt. Nos. 1343 through 1377.

Dated: March 3, 2016

Respectfully submitted,

/s/ Gary D. Justis
Gary D. Justis
admitted *pro hac vice*
Rachel D. Guthrie
admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
10955 Lowell Ave.
Suite 520
Overland Park, KS  66210-2336
Telephone:  (913) 955-3712
Facsimile:  (913) 955-3711
Email:  gjustis@justislawfirm.com
Email:  rguthrie@justislawfirm.com

and

W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, KY  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

Respectfully submitted,

/s/ Nicholas M. Holland
Nicholas M. Holland
WHITLOW, ROBERTS, HOUSTON & STRAUB, PLLC
300 Broadway
P.O. Box 995
Paducah, Kentucky 42002-0995
Telephone: (270) 443-4516
Facsimile: (270) 442-1712
Email:  nholland@whitlow-law.com

ATTORNEYS FOR JOINT DEFENSE GROUP

## CERTIFICATE OF SERVICE

      I hereby certify that on March 3, 2016, a copy of the foregoing Stipulation Extending Deadlines to Reply and Respond to Plaintiff's Partial Motions to Strike and Defendants' Partial Motion to Dismiss was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's Electronic Case Filing System.

                                                      /s/ Gary D. Justis
                                                      Gary D. Justis