# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) )  Civil Action No. 5:12-CV-00127-GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** | ) ) ) |
| **Defendants.** | ) ) |

## MOTION TO DISMISS DEFENDANTS THE ENVIRONMENTAL QUALITY CO., EQ ILLINOIS AND EQ RESOURCE RECOVERY, INC. WITH PREJUDICE

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), respectfully moves this Court for an appropriate Order which dismisses Defendants The Environmental Quality Co. ("Environmental Quality"), EQ Illinois and EQ Resource Recovery, Inc. ("EQ Resource") with prejudice from this cause. In support of this Motion, Plaintiff states as follows:

1. On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery, contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several defendants (Dkt. No. 1). On January 30, 2013, Plaintiff filed a First Amended Complaint, naming Environmental Quality, EQ Illinois and EQ Resource as additional defendants, among others (Dkt. No. 581). On March 29, 2013, Plaintiff filed a Second Amended Complaint against all defendants, including Environmental Quality, EQ Illinois and EQ Resource (DN 758). On February 27, 2014, Plaintiff filed a Third Amended Complaint against the remaining defendants, including Environmental Quality, EQ Illinois and EQ Resource (DN 985). On June 4, 2015, Plaintiff filed a Fourth Amended Complaint against the remaining defendants, including EQ Illinois and EQ Resource (Dkt. No. 1165).

2. Environmental Quality, EQ Illinois and EQ Resource are three of the defendants that filed a Rule 12(b)(6) motion to dismiss Plaintiff's Second Amended Complaint (Doc. 776), which the Court denied on February 7, 2014 (Doc. 961).

3. Environmental Quality, EQ Illinois and EQ Resource are also three of the defendants that filed the Rule 12(b) motion to dismiss Plaintiff's Third Amended Complaint (Doc. 1002), which the Court granted on March 3, 2015 (Dkt. No. 1137), but clarified when granting Plaintiff's Motion for Reconsideration and for Leave to File an Amended Complaint, or Alternatively, Interlocutory Appeal (Dkt. No. 1164).

4. EQ Illinois and EQ Resource are also two of the defendants that filed the Rule 12(b)(6) motion to dismiss Plaintiff's Fourth Amended Complaint (Dkt. No. 1168), which the Court denied on November 4, 2015 (Dkt. No. 1191).

5. EQ Illinois and EQ Resource filed their respective Answers and Counterclaims to Plaintiff's Fourth Amended Complaint on December 30, 2015 (Dkt. No. 1231, 1232). Plaintiff filed its Answers to EQ Illinois and EQ Resource's Counterclaims on January 20, 2016 (Dkt. Nos. 1286, 1288).

6. EQ Illinois and EQ Resource are also two of the defendants that filed the Partial Motion to Dismiss Plaintiff's Fourth Amended Complaint (Dkt. No. 1378), which is pending before the Court.

7. Plaintiff has entered into a confidential settlement agreement with Envirite of Illinois, Inc. d/b/a EQ Illinois and EQ Resource, which settles all claims between Plaintiff and Environmental Quality, EQ Illinois and EQ Resource for a sum certain and other valuable consideration exchanged between the parties.

3

8. Under the terms of the settlement agreement with Envirite of Illinois, Inc. d/b/a EQ Illinois and EQ Resource, Plaintiff agreed to file a motion to dismiss all claims between Plaintiff and Environmental Quality, EQ Illinois and EQ Resource and to dismiss these three named defendants from this cause with prejudice, each party to bear its own costs.

9. A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing Defendants The Environmental Quality Co., EQ Illinois and EQ Resource Recovery, Inc. from this cause with prejudice, each party to bear its own costs, and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated: March 4, 2016	Respectfully submitted,

/s/ Gary D. Justis
Gary D. Justis	admitted *pro hac vice*
Rachel D. Guthrie	admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
10955 Lowell Ave.
Suite 520
Overland Park, KS  66210-2336
Telephone:  (913) 955-3712
Facsimile:  (913) 955-3711
Email:  gjustis@justislawfirm.com
         rguthrie@justislawfirm.com

and

W. Fletcher McMurry Schrock (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone: (270) 443-6511
Facsimile: (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2016, a copy of the foregoing Motion to Dismiss Defendants The Environmental Quality Co., EQ Illinois and EQ Resource Recovery, Inc. with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

/s/ Gary D. Justis
Gary D. Justis