IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** )<br>)<br>    **Plaintiff,** )<br>)<br>v. )<br>)<br>**ACF INDUSTRIES LLC, et al.** )<br>)<br>    **Defendants.** )<br>) | Civil Action No. 5:12-CV-00127-GNS-HBB |

## ORDER

Upon the Motion to Dismiss The Environmental Quality Co., EQ Illinois and EQ Resource Recovery, Inc. with Prejudice, and for good cause shown, EQ Illinois and EQ Resource Recovery, Inc.. are hereby withdrawn from the pending partial motion to dismiss Plaintiff's Fourth Amended Complaint (Doc. 1378); and The Environmental Quality Co., EQ Illinois and EQ Resource Recovery, Inc. are dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED this _____ day of _____ 2016.

_____
JUDGE GREGORY N. STIVERS
United States District Court