## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION

| | | |
|---|---|---|
| **LWD PRP GROUP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 5:12-CV-00127-** |
| | ) | **GNS-HBB** |
| **ACF INDUSTRIES LLC, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

Upon the Motion to Dismiss The Environmental Quality Co., EQ Illinois and EQ

Resource Recovery, Inc. with Prejudice, and for good cause shown, EQ Illinois and EQ Resource

Recovery, Inc.. are hereby withdrawn from the pending partial motion to dismiss Plaintiff's

Fourth Amended Complaint (Doc. 1378); and The Environmental Quality Co., EQ Illinois and

EQ Resource Recovery, Inc. are dismissed from this cause with prejudice, each party to bear its

own costs.

SO ORDERED this: March 8, 2016

**Greg N. Stivers, Judge**
**United States District Court**