IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | )<br>) |
| Plaintiff, | )<br>) |
| v. | )   Civil Action No. 5:12-CV-00127-<br>)   GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** | )<br>) |
| Defendants. | )<br>) |

**MOTION TO DISMISS DEFENDANTS
THE PREMCOR REFINING GROUP, INC., VALERO MARKETING
SUPPLY CO. AND VALERO RETAIL HOLDINGS, INC. WITH PREJUDICE**

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), respectfully moves this Court for an appropriate Order which dismisses Defendants The Premcor Refining Group, Inc., Valero Marketing Supply Co. and Valero Retail Holdings, Inc. (collectively "Premcor/Valero") with prejudice from this cause. In support of this Motion, Plaintiff states as follows:

1. On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery, contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several defendants (Dkt. No. 1). On January 30, 2013, Plaintiff filed a First Amended Complaint, naming Premcor/Valero as additional defendants, among others (Dkt. No. 581). On March 29, 2013, Plaintiff filed a Second Amended Complaint against all defendants, including Premcor/Valero (DN 758). On February 27, 2014, Plaintiff filed a Third Amended Complaint against the remaining defendants, including Premcor/Valero (DN 985). On June 4, 2015, Plaintiff filed a Fourth Amended Complaint against the remaining defendants, including Premcor/Valero (Dkt. No. 1165).

2. Premcor/Valero are three of the defendants that filed a Rule 12(b)(6) motion to dismiss Plaintiff's Second Amended Complaint (Doc. 776), which the Court denied on February 7, 2014 (Doc. 961).

3. Premcor/Valero are also three of the defendants that filed the Rule 12(b) motion to dismiss Plaintiff's Third Amended Complaint (Doc. 1002), which the Court granted on March 3, 2015 (Dkt. No. 1137), but clarified when granting Plaintiff's Motion for Reconsideration and for Leave to File an Amended Complaint, or Alternatively, Interlocutory Appeal (Dkt. No. 1164).

4. Premcor/Valero are also three of the defendants that filed the Rule 12(b)(6) motion to dismiss Plaintiff's Fourth Amended Complaint (Dkt. No. 1168), which the Court denied on November 4, 2015 (Dkt. No. 1191).

5. Premcor/Valero filed their respective Answers and Counterclaims to Plaintiff's Fourth Amended Complaint on December 30, 2015 (Dkt. No. 1242, 1247, 1248). Plaintiff filed its Answers to Premcor/Valero's Counterclaims on January 20, 2016 (Dkt. Nos. 1310, 1320, 1322).

6. Premcor/Valero are also three of the defendants that filed the Partial Motion to Dismiss Plaintiff's Fourth Amended Complaint (Dkt. No. 1378), which is pending before the Court.

7. Plaintiff has entered into a confidential settlement agreement with Premcor/Valero, which settles all claims between Plaintiff and Premcor/Valero for a sum certain and other valuable consideration exchanged between the parties.

3

8. Under the terms of the settlement agreement with Premcor/Valero, Plaintiff agreed to file a motion to dismiss all claims between Plaintiff and Premcor/Valero and to dismiss these three named defendants from this cause with prejudice, each party to bear its own costs.

9. A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing Defendants The Premcor Refining Group, Inc., Valero Marketing Supply Co. and Valero Retail Holdings, Inc. from this cause with prejudice, each party to bear its own costs, and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated: March 11, 2016	Respectfully submitted,

> */s/* Gary D. Justis
> Gary D. Justis	admitted *pro hac vice*
> Rachel D. Guthrie	admitted *pro hac vice*
> THE JUSTIS LAW FIRM LLC
> 10955 Lowell Ave.
> Suite 520
> Overland Park, KS  66210-2336
> Telephone:  (913) 955-3712
> Facsimile:  (913) 955-3711
> Email:  gjustis@justislawfirm.com
> 		rguthrie@justislawfirm.com
>
> and
>
> W. Fletcher McMurry Schrock (Ky. Bar# 62283)
> MCMURRY & LIVINGSTON, PLLC
> 333 Broadway, 7th Floor
> P.O. Box 1700
> Paducah, Kentucky  42002-1700
> Telephone: (270) 443-6511
> Facsimile: (270) 443-6548
> Email:  fletch@ml-lawfirm.com
>
> ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2016, a copy of the foregoing Motion to Dismiss Defendants The Premcor Refining Group, Inc., Valero Marketing Supply Co. and Valero Retail Holdings, Inc. with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

> */s/* Gary D. Justis
> Gary D. Justis