**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**

| | | |
|---|---|---|
| **LWD PRP GROUP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 5:12-CV-00127-** |
| | ) | **GNS-HBB** |
| **ACF INDUSTRIES LLC, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**ORDER**

Upon the Motion to Dismiss The Premcor Refining Group, Inc., Valero Marketing Supply Co. and Valero Retail Holdings, Inc. with Prejudice, and for good cause shown, The Premcor Refining Group, Inc., Valero Marketing Supply Co. and Valero Retail Holdings, Inc. are hereby withdrawn from the pending partial motion to dismiss Plaintiff's Fourth Amended Complaint (Doc. 1378); and The Premcor Refining Group, Inc., Valero Marketing Supply Co. and Valero Retail Holdings, Inc. are dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED this:   March 14, 2016

**Greg N. Stivers, Judge**
**United States District Court**