# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 5:12-CV-127-GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** | ) |
| Defendants. | ) |

## UNOPPOSED MOTION FOR LEAVE TO FILE FIFTH AMENDED COMPLAINT

Plaintiff LWD PRP Group ("Plaintiff" or "LWD PRP Group"), by and through counsel, pursuant to FED. R. CIV. P. 15(a)(2), and upon the written consent of all active defendants, respectfully moves this Court for leave to file its Fifth Amended Complaint (attached hereto as Exhibit A) to: (1) remove claims for relief based on cost recovery and state law; (2) reflect that the LWD PRP Group has completed negotiations and has a final Agreed Order with the Kentucky Department of Environmental Protection; (3) provide updated dollar amounts for response costs the LWD PRP Group has incurred to date at the LWD Incinerator Site; and (4) remove 32 defendants named in the Fourth Amended Complaint which have been dismissed from this action.

Federal Rule of Civil Procedure 15(a) permits a party to amend its pleading "once as a matter of course" at any time before a responsive pleading is served, or, "[i]n all other cases, . . . only with the opposing party's written consent or the court's leave." FED. R. CIV. P. 15(a)(1), (2). Leave shall be freely given "when justice so requires." *Id.*; *Morse v. McWhorter,* 290 F.3d 795, 799–800 (6th Cir. 2002). Absent undue delay, bad faith or dilatory motive, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party, or if allowing the amendment would be futile, a court should grant leave to amend. *See Morse,* 290

F.3d at 800 (citing and quoting *Foman v. Davis*, 371 U.S. 178, 182 (1962)). Although leave to amend is not automatic, Rule 15 "embodies a liberal amendment policy" so as to ensure determination of claims on their merits. *Morse*, 290 F.3d at 800; *see United States ex rel. Doe v. Dow Chemical Co.*, 343 F.3d 325, 329 (5th Cir. 2003).

In furtherance of this Motion, Plaintiff states as follows:

1. Plaintiff has settled with and/or dismissed over 260 parties since filing its Complaint in this matter

2. Plaintiff's Complaint named over 325 defendants. Plaintiff's proposed Fifth Amended Complaint names only 65 defendants.

3. Of these 65 remaining defendants, 31 are members of the Joint Defense Group.[1]

4. On December 30, 3015, the Joint Defense Group filed their individual Answers and Counterclaims to the Fourth Amended Complaint.[2]

5. On January 20, 2015, Plaintiff filed its individual Answers to each of the Joint Defense Group's Counterclaims.[3] Plaintiff simultaneously filed individual Partial Motions to

---

[1]  The 31 remaining Joint Defense Group members are Defendants American Woodmark Corporation; Baker Hughes Inc.; Bayer Cropscience Inc.; Bayer Healthcare LLC; CBS Corporation; Central Environmental Systems, Inc.; Champion Laboratories, Inc.; Colonial Pipeline Company; Columbia County, New York; Cooper-Standard Automotive, Inc.; Cycle Chem, Inc.; Drug & Laboratory Disposal, Inc.; General Electric Company; Housing Authority of Hopkinsville, Kentucky; Indiana-Kentucky Electric Corporation; Ingersoll Rand Company; Nissan North America, Inc.; Peoria Disposal Company and PDC Laboratories, Inc.; Perma-Fix Environmental Services, Inc.; Perma-Fix of Dayton, Inc.; Perma-Fix of Orando, Inc.; Perma-Fix of South Georgia, Inc.; Printpack, Inc.; Rail Services, Inc.; Regal Beloit, Inc.; Trane US, Inc.; Van Dyne-Crotty Co.; Vertellus Specialties, Inc.; Wheeler Lumber, LLC; and York International Corporation. Joint Defense Group members Premcor Refining Group Inc., Valero Marketing and Supply Company and Valero Retail Holdings, Inc. have been dismissed from the Fourth Amended Complaint (Dkt. No. 1416).

[2]  The Joint Defense Group's Answers and Counterclaims are at Dkt. Nos. 1219–1253, respectively.

Strike Answers and Counterclaims of each Joint Defense Group member to the extent they raised Plaintiff's lack of capacity or status as a real party in interest.[4]

6. On February 16, 2016, each Joint Defense Group member filed its individual Response to Plaintiff's Partial Motions to Strike Answers and Counterclaims. (Dkt. Nos. 1343–1377). The Joint Defense Group simultaneously filed a Rule 12(b)(6) Partial Motion to Dismiss for Lack of Capacity, seeking to dismiss Plaintiff's state law claims to the extent Plaintiff lacks capacity under Kentucky law (Dkt. No. 1378).

7. On March 3, 2016, Plaintiff and the Joint Defense Group filed a Stipulation Extending Deadlines to Reply and Respond to Plaintiff's Partial Motions to Strike and Defendants' Partial Motion to Dismiss (Dkt. No. 1412), which the Court granted on March 7, 2016 (Dkt. No. 1414). The Stipulation extended Plaintiff's deadline to reply to the Joint Defense Group's Responses to Plaintiff's Partial Motions to Strike Answers and Counterclaims, and to respond to the Joint Defense Group's Rule 12(b)(6) Partial Motion to Dismiss for Lack of Capacity to March 18, 2016. The Stipulation also extended the Joint Defense Group's time to reply to Plaintiff's response to the Joint Defense Group's Partial Motion to Dismiss to April 4, 2016.

8. Plaintiff has agreed to withdraw its Partial Motions to Strike and the Joint Defense Group has agreed to withdraw its Partial Motion to Dismiss, conditioned upon the Joint Defense Group's consent to this Motion for Leave.

---

[3] Plaintiff's Answers are at Dkt. Nos. 1262, 1264, 1266, 1268, 1270, 1272, 1274, 1276, 1278, 1280, 1282, 1284, 1286, 1288, 1290, 1292, 1294, 1296, 1298, 1300, 1302, 1304, 1306, 1308, 1310, 1312, 1314, 1316. 1318, 1320, 1322, 1324, 1326, and 1330, respectively.

[4] Plaintiff's Motions to Strike are at Dkt. Nos. 1263, 1265, 1267, 1269, 1271, 1273, 1275, 1277, 1279, 1281, 1283, 1285, 1287, 1289, 1291, 1293, 1295, 1297, 1299, 1301, 1303, 1305, 1307, 1309, 1311, 1313, 1315, 1317, 1319, 1321, 1323, 1325, 1327, 1329 and 1331, respectively.

9. The Joint Defense Group has consented in writing to this Motion for Leave.[5]

10. Defendants PSC, LLC, Philip Services Corp. and Williamson County Housing Authority have also consented in writing to this Motion for Leave.[6]

There are sufficient grounds for this Court to grant leave to amend. All remaining active defendants have consented in writing to this Motion for Leave. The defendants will not be prejudiced, and Plaintiff has not unduly delayed, because the Court allowed the parties until April 15, 2016 to file amended pleadings under its January 7, 2016 Scheduling Order and Discovery Plan (Dkt. No. 1261). By removing cost recovery and state law claims, the issues for decision are substantially reduced, thereby streamlining resolution of this matter.

WHEREFORE, Plaintiff LWD PRP Group respectfully requests this Court grant its motion and enter an appropriate Order permitting Plaintiff to file its Fifth Amended Complaint *nunc pro tunc* as of this date (attached hereto as Exhibit A), and withdrawing Plaintiff's Motions to Strike and the Joint Defense Group's Motion to Dismiss (Dkt. No. 1378) as agreed by the parties, and for such other and further relief as the Court deems just and proper under the circumstances. A proposed order is submitted herewith.

---

[5] Defendants Brown's Plating Service, Inc., Eagle Industries, LLC and Sabreliner Corp. were formerly Joint Defense Group members but are no longer represented by Joint Defense Group counsel. Eagle Industries, LLC and Sabreliner Corp. joined in the Joint Defense Group's June 18, 2015 Motion to Dismiss the Fourth Amended Complaint (Dkt. No. 1168), which the Court denied (Dkt. No. 1191). None of these defendants filed an answer to the Fourth Amended Complaint. Plaintiff did not seek consent from these defendants.

[6] Plaintiff did not seek consent from other defendants that have not entered an appearance or responded to or contacted Plaintiff.

Dated: March 18, 2016						Respectfully submitted,

/s/ Gary D. Justis
Gary D. Justis			admitted *pro hac vice*
Rachel D. Guthrie		admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
10955 Lowell Ave.
Suite 520
Overland Park, KS  66210-2336
Telephone:  (913) 955-3712
Facsimile:  (913) 955-3711
Email:  gjustis@justislawfirm.com
           rguthrie@justislawfirm.com

and

W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, KY  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2016, a copy of the foregoing Plaintiff's Motion for Leave to File Fifth Amended Complaint was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

/s/ Gary D. Justis
Gary D. Justis