## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 5:12-CV-127-GNS-HBB |
| | ) |
| **ACF INDUSTRIES LLC, et al.** | ) |
| | ) |
| Defendants. | ) |
| | ) |

### [PROPOSED] ORDER

This matter is before the Court on Plaintiff LWD PRP Group's Unopposed Motion for Leave to File Fifth Amended Complaint *nunc pro tunc* as of March 18, 2016, pursuant to Fed. R. Civ. P. 15(a)(2) (Dkt. No. ___). In consideration of the Unopposed Motion and the entire record herein,

**IT IS HEREBY ORDERED** that Plaintiff's Unopposed Motion is **GRANTED** and the Clerk is directed to file the Fifth Amended Complaint attached as Exhibit A to Plaintiff's Motion (Dkt. No. ___).

**IT IS FURTHER ORDERED** that Plaintiff's Partial Motions to Strike the Answers and Counterclaims of various defendants ("Joint Defense Group") (Dkt. Nos. 1263, 1265, 1267, 1269, 1271, 1273, 1275, 1277, 1279, 1281, 1283, 1285, 1287, 1289, 1291, 1293, 1295, 1297, 1299, 1301, 1303, 1305, 1307, 1309, 1311, 1313, 1315, 1317, 1319, 1321, 1323, 1325, 1327, 1329 and 1331) are **WITHDRAWN**.

**IT IS FURTHER ORDERED** that the Joint Defense Group's Rule 12(b)(6) Partial Motion to Dismiss for Lack of Capacity (Dkt. No. 1378) is **WITHDRAWN**.

_____
H. Brent Brennenstuhl, Magistrate Judge
United States District Court
_____, 2016