IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | | |
|---|---|---|
| **LWD PRP GROUP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 5:12-CV-00127-GNS-HBB** |
| | ) | |
| **ALL AMERICAN GROUP, INC.;** | ) | **FIFTH AMENDED COMPLAINT** |
| **AMERICAN WOODMARK CORP.;** | ) | |
| **ANDOVER COILS, LLC; ARELCO** | ) | |
| **PLASTIC FABRICATING CO.; B-B PAINT** | ) | |
| **CORP.; BMO HARRIS BANK, N.A.; BAKER** | ) | |
| **HUGHES INC.; BAYER CROPSCIENCE,** | ) | |
| **INC.; BAYER HEALTHCARE LLC;** | ) | |
| **BROWN'S PLATING SERVICE, INC.; CBS** | ) | |
| **CORPORATION; CFPG LTD.; CARMAN** | ) | |
| **CLEANERS; CHAMPION** | ) | |
| **LABORATORIES, INC.; CLONDALKIN** | ) | |
| **GROUP INC.; COLONIAL PIPELINE CO.;** | ) | |
| **COLUMBIA COUNTY, NEW YORK;** | ) | |
| **COOPER-STANDARD AUTOMOTIVE,** | ) | |
| **INC.; CYCLE CHEM, INC.; DAHLSTROM** | ) | |
| **DISPLAY, INC.; DRUG & LABORATORY** | ) | |
| **DISPOSAL, INC.; EAGLE INDUSTRIES,** | ) | |
| **LLC; ENVIRONMENTAL SERVICES OF** | ) | |
| **NORTH AMERICA, INC.; EXCEL TSD,** | ) | |
| **INC.; THE FINISHING CO.; GENERAL** | ) | |
| **ELECTRIC CO.; GREENLEE DIAMOND** | ) | |
| **TOOL CO.; GREENWAY** | ) | |
| **ENVIRONMENTAL, INC.; HANNAH** | ) | |
| **MARITIME CORP.; HEARTH & HOME** | ) | |
| **TECHNOLOGIES, INC.; HORNING WIRE** | ) | |
| **CORP.; HOUSING AUTHORITY OF** | ) | |
| **HOPKINSVILLE, KENTUCKY; INDIANA-** | ) | |
| **KENTUCKY ELECTRIC CORP.;** | ) | |
| **INGERSOLL-RAND CO.; TRANE US INC.;** | ) | |
| **J.C. BAKER & SON, INC.; LEEDS** | ) | |
| **SEATING CO.; MICROBAC** | ) | |
| **LABORATORIES, INC.; NATIONAL** | ) | |
| **DETROIT, INC.; NISSAN NORTH** | ) | |
| **AMERICA, INC.; PMRS, INC.; PSC, LLC;** | ) | |
| **PHILIP SERVICES CORP.; PARKER** | ) | |
| **PLASTICS CORP.; PEORIA DISPOSAL** | ) | |
| **CO.; PDC LARBORATORIES, INC.;** | ) | |

**PERMA-FIX ENVIRONMENTAL**     )
**SERVICES, INC.; PERMA-FIX OF**     )
**DAYTON, INC.; PERMA-FIX OF**     )
**ORLANDO, INC.; PERMA-FIX OF SOUTH**     )
**GEORGIA, INC.; PRINTPACK, INC.; RAIL**     )
**SERVICES, INC.; REGAL BELOIT**     )
**AMERICA, INC.; RELOCATABLE**     )
**CONFINEMENT FACILITIES, INC.;**     )
**SABRELINER CORP.; STERLING**     )
**HARDWARE, LLC; UNIVERSITY OF**     )
**ILLINOIS-URBANA MAIN CAMPUS;**     )
**UNIVERSITY OF IOWA; VAN DYNE &**     )
**CROTTY CO. D/B/A SPIRIT SERVICES**     )
**CO. OF OHIO; VERTELLUS SPECIALTIES**     )
**INC.; WHEELER LUMBER, LLC;**     )
**WILLIAMSON COUNTY HOUSING**     )
**AUTHORITY; YORK INTERNATIONAL**     )
**CORP.; CENTRAL ENVIRONMENTAL**     )
**SYSTEMS, INC.; and ZELLER**     )
**TECHNOLOGIES, INC.,**     )
     )
     **Defendants.**     )

## FIFTH AMENDED COMPLAINT

For its Fifth Amended Complaint, Plaintiff LWD PRP Group ("LWD PRP Group"), by and through counsel, states and alleges as follows:

### STATEMENT OF THE CASE

1.     This is a civil action pursuant to the provisions of the Comprehensive Environmental Response, Compensation and Liability Act of 1980, as amended, 42 U.S.C. § 9601 *et seq.* ("CERCLA"), for recovery of past and future response costs incurred and to be incurred by the LWD PRP Group for response activities undertaken and to be undertaken at the LWD Incinerator Site, which consists of that portion of LWD, Inc. Superfund Site at 2745 Industrial Boulevard in Calvert City, Marshall County, Kentucky, where operations at the former LWD waste incinerator occurred, as well as any area where hazardous substances that migrated from the LWD waste incinerator have come to be located (hereinafter "LWD Incinerator Site).

2.      The LWD PRP Group seeks contribution from each Defendant pursuant to Sections 107(a) and 113(f) of CERCLA, 42 U.S.C. §§ 9607(a) and 9613(f), for past and future response costs which the LWD PRP Group has paid and may pay in the future at the LWD Incinerator Site, along with a declaration as to each Defendant's liability and an allocation of past and future response costs among all parties.

## JURISDICTION AND VENUE

3.      This Court has jurisdiction over the subject matter of this action pursuant to Sections 107(a) and 113(b) of CERCLA, 42 U.S.C. §§ 9607(a) and 9613(b), providing jurisdiction over controversies arising under CERCLA; and pursuant to 28 U.S.C. § 1331, providing for jurisdiction over controversies involving federal questions of law.

4.      Venue is proper in this district pursuant to Sections 107(a) and 113(b) of CERCLA, 42 U.S.C. §§ 9607(a) and 9613(b), and 28 U.S.C.§§ 1391(b) and (c), because the release or threatened release of hazardous substances occurred at or from the LWD Incinerator Site located in this judicial district.

## FACTUAL BACKGROUND

5.      The LWD Incinerator Site is the area of the LWD, Inc. Superfund Site where a former hazardous waste incinerator operated from the 1970s until 2004.

6.      The LWD Incinerator Site operated under the Resource Conservation and Recovery Act ("RCRA") from approximately 1980 through mid-2004.

7.      On-Site incineration of waste ceased in January 2004, and Bluegrass Incineration Services, LLC ("Bluegrass Incineration"), the last known owner and operator of the LWD Incinerator Site, abandoned the LWD Incinerator Site in October 2005, leaving behind hazardous and non-hazardous wastes.

8.      RCRA requires individuals who generate or transport hazardous waste, or who operate a facility for recycling, treating, storing, or disposing (TSD) of hazardous waste, to notify EPA or their authorized State waste management agency of their regulated waste activities and obtain a U.S. EPA Identification (ID) Number (also known as a RCRA ID Number) (hereinafter "EPA ID No.").

9.      Each of the Defendants, and/or their predecessors and/or affiliated entities, generated and/or transported waste containing hazardous substances, which waste was disposed of at the LWD Incinerator Site, using RCRA hazardous waste manifests with EPA ID No(s). issued to each such Defendant, and/or predecessor(s) and/or affiliated entity(ies) (hereinafter "manifested waste").

10.     The entities who operated the LWD Incinerator Site over time compiled the RCRA hazardous waste manifests of shipments of manifested waste sent to the LWD Incinerator Site into annual reports the LWD Incinerator Site operators were required to submit to EPA (hereinafter "Annual Reports").

11.     The entities that operated the LWD Incinerator Site over time submitted multiple hazardous waste permit applications, some of which were denied by KDEP.

12.     These operating entities received numerous Notices of Violation from KDEP on various issues (e.g., leaking drums, leaking roll-off containers, containers with holes, waste accumulating in containment areas, wastes that were fuming and had strong solvent odors, and pumps leaking scrubber water).

13.     The LWD Incinerator Site owners and operators failed to comply with multiple Orders intended to address the ongoing environmental issues at the LWD Incinerator Site.

14.     In February 2006, KDEP requested assistance from U.S. EPA's ("EPA's") Emergency Response and Removal Branch ("ERRB") Superfund Division in an effort to categorize environmental hazards at the LWD Incinerator Site.

15.     The ERRB performed a removal site evaluation in February 2006 and determined that a time-critical removal action was necessary to stabilize the LWD Incinerator Site due to the threats of release of unknown substances posed by a large tank farm and containment area with the potential to cause an off-site release.

16.     EPA signed an initial Action Memorandum regarding the LWD Incinerator Site in March 2006, and two additional Action Memoranda in April and August 2006.

17.     Based on the fact the LWD Incinerator Site was abandoned, EPA commenced a time-critical response action at the LWD Incinerator Site the week of March 6, 2006.

18.     Results from sampling performed by EPA at this time showed elevated concentrations of various hazardous substances were present on the LWD Incinerator Site.

19.     A Final CERCLA Emergency Response Action and Removal Site Evaluation Report prepared for EPA and dated July 28, 2006 recommended that a removal action be conducted at the LWD Incinerator Site in accordance with 40 CFR Part 300, Section 415(b)(1).

20.     This recommendation was based on the following criteria: (1) actual or potential exposure to nearby human populations, animals, or the food chain from hazardous substances or pollutants; (2) hazardous substances or pollutants in drums, barrels, tanks, or other bulk storage containers, that may pose a threat of release of hazardous substances at or from the LWD Incinerator Site; (3) weather conditions that may cause hazardous substances or pollutants to migrate or be released at or from the LWD Incinerator Site; and (4) threat of fire or explosion.

21.     EPA conducted a time-critical removal action between March 2006 and February 2007 to reduce some of the urgent threats posed by several areas of the LWD Incinerator Site.

5

22.     On March 1, 2007, 58 potentially responsible parties, including members of the LWD PRP Group, entered into an Administrative Settlement Agreement and Order on Consent for Removal Action (hereinafter "Removal Action AOC") with EPA to perform specified remaining time-critical removal action activities at the LWD Incinerator Site.

23.     The LWD PRP Group and other PRPs who entered into the Removal Action AOC completed the Removal Action AOC activities in September 2009, when EPA issued a September 29, 2009 Notice of Completion of same.

24.     On April 8, 2013, EPA entered into a separate "Settlement Agreement for Recovery of Past Response Costs," CERCLA Docket No. 04-2013-3751, with the LWD PRP Group, including several of its assignors, and other PRPs, pursuant to Section 122(h)(1) of CERCLA, 42 U.S.C. § 9622(h)(1) ("EPA Past Costs AOC I"). Under the terms of EPA Past Costs AOC I, the LWD PRP Group paid an additional $4,144,120 to EPA on August 27, 2013 to reimburse EPA for the majority of EPA's past response costs at the LWD Incinerator Site.

25.     On May 8, 2014, the LWD PRP Group and EPA entered into another separate "Settlement Agreement for Recovery of Past Response Costs," CERCLA Docket No. 04-2013-3763, pursuant to Section 122(h)(1) of CERCLA, 42 U.S.C. § 9622(h)(1) ("EPA Past Costs AOC II").  Under the terms of EPA Past Costs AOC II, the LWD PRP Group paid EPA an additional $667,845 to reimburse EPA for its remaining response costs at the LWD Incinerator Site. EPA Past Costs AOC II provides the LWD PRP Group with broader covenants not to sue and contribution protections than EPA Past Costs AOC I.

26.     On December 4, 2015, the LWD PRP Group and the Kentucky Energy and Environment Cabinet ("KEEC") entered into another separate "Agreed Order," pursuant to Kentucky Revised Statutes Chapter 224, KY. REV. STAT. ANN. Ch. 224 ("Kentucky Agreed

Order"). Under the terms of the Kentucky Agreed Order, the LWD PRP Group paid KEEC an additional $54,954 to reimburse KEEC for its past response costs at the LWD Incinerator Site.

27.     As of March 1, 2016, the LWD PRP Group has been compelled to pay $5,213,163.74 in response costs at the LWD Incinerator Site under EPA Past Costs AOC I, EPA Past Costs AOC II and the Kentucky Agreed Order.

28.     The LWD PRP Group will continue to incur LWD Incinerator Site response costs to perform the actions required by the EPA and the State of Kentucky.

## THE PARTIES

29.     The LWD PRP Group consists of the following entities in their own right, and as assignees of all entities who have or will assign their CERCLA cost-recovery and contribution rights to the LWD PRP Group:  Air Products and Chemical, Inc.; Akebono Brake Corporation; Albaugh, Inc.; Arkema Inc.; Ashland Inc.; Atlantic Richfield Company/BP Products North America, Inc./The Standard Oil Company; BASF Corporation; Cognis Corporation; Goodrich Corporation, formerly The B.F. Goodrich Company; Three Rivers Management, Inc., agent for Beazer East, Inc.; Chase Brass & Copper Co.; Dart Container Corporation of KY, a MI corporation; Environmental Enterprises Inc.; DanChem Technologies, Inc.; CNA Holdings LLC; Illinois Central Railroad Company; InChem Corp.; International Specialty Products, Inc.; Koppers Inc.; Marathon Petroleum Company LP as assignee of Marathon Oil Company; Milliken & Company; NCR Corporation; The Lubrizol Corporation; Giant Resource Recovery, Inc.; PPG Industries; PepsiCo, Incorporated; Phelps Dodge Industries, Inc.; Pollution Control Industries, Inc.; Rineco; Safety-Kleen Systems, Inc.; Shell Oil Company and Its Affiliates and Subsidiaries; Motiva Enterprises LLC; Steelcase Inc.; Hamilton Sundstrand Corporation, formerly Sundstrand Aerospace; Philips Electronics North America Corporation; Givaudan Flavors Corporation; Teva Pharmaceuticals USA, Inc.; Texas Gas Transmission, LLC;

Textileather Corporation; SET Environmental, Inc.; United States Steel Corporation; R.T. Vanderbilt Company, Inc.; Waste Control Specialists LLC; Westlake Vinyls, Inc.; and Weyerhaeuser NR Company.

30.     By letter dated June 8, 2012, the LWD PRP Group demanded that Defendant All American Group, Inc. ("All American") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

31.     All American is formerly known as Coachmen Industries Inc. ("Coachmen Industries").

32.     EPA issued EPA ID No. IND190010652 to Coachmen Industries.

33.     According to Annual Reports for the LWD Incinerator Site, four shipments of manifested waste containing hazardous substances totaling 46,470 lbs. were transported from Coachmen Industries, with EPA ID No. IND190010652, to the LWD Incinerator Site in 1991; one shipment of manifested waste containing hazardous substances totaling 350 lbs. was transported from Coachmen Industries, with EPA ID No. IND190010652, to the LWD Incinerator Site in 1992; and one shipment of manifested waste containing hazardous substances totaling 500 lbs. was transported from Coachmen Industries, with EPA ID No. IND190010652, to the LWD Incinerator Site in 1993.

34.     The total weight attributable to All American at the LWD Incinerator Site is 47,320 lbs.

35.     To date, All American has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

36.     By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant American Woodmark Corp. ("AWC") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

37.     EPA issued EPA ID Nos. WVD003084399 and WVD981738909 to AWC.

38.     According to Annual Reports for the LWD Incinerator Site, ten shipments of manifested waste containing hazardous substances totaling 413,026 lbs. were transported from AWC, with EPA ID No. WVD003084399, to the LWD Incinerator Site in 1986; eleven shipments of manifested waste containing hazardous substances totaling 407,152 lbs. were transported from AWC, with EPA ID No. WVD003084399, to the LWD Incinerator Site in 1987; two shipments of manifested waste containing hazardous substances totaling 82,026 lbs. were transported from AWC, with EPA ID No. WVD981738909, to the LWD Incinerator Site in 1987; and fifteen shipments of manifested waste containing hazardous substances totaling 608,468 lbs. were transported from AWC, with EPA ID No. WVD981738909, to the LWD Incinerator Site in 1988.

39.     The total weight attributable to AWC at the LWD Incinerator Site is 1,510,672 lbs.

40.     To date, AWC has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

41.     By letter dated June 8, 2012, the LWD PRP Group demanded that Defendant Andover Coils, LLC ("Andover Coils") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

42.     Andover Coils is the successor to Andover Inc., which is listed in the Annual Reports as Andover, Inc. ("Andover").

43.     EPA issued EPA ID No. IND005082185 to Andover.

44.     According to Annual Reports for the LWD Incinerator Site, two shipments of manifested waste containing hazardous substances totaling 4453 lbs. were transported from Andover, with EPA ID No. IND005082185, to the LWD Incinerator Site in 1989; two shipments

of manifested waste containing hazardous substances totaling 3,040 lbs. were transported from Andover, with EPA ID No. IND005082185, to the LWD Incinerator Site in 1990; one shipment of manifested waste containing hazardous substances totaling 4,128 lbs. was transported from Andover, with EPA ID No. IND005082185, to the LWD Incinerator Site in 1991; one shipment of manifested waste containing hazardous substances totaling 2,294 lbs. was transported from Andover, with EPA ID No. IND005082185, to the LWD Incinerator Site in 1992; and two shipments of manifested waste containing hazardous substances totaling 2,829 lbs. were transported from Andover, with EPA ID No. IND005082185, to the LWD Incinerator Site in 1997.

45.     The total weight attributable to Andover Coils at the LWD Incinerator Site is 16,744 lbs.

46.     To date, Andover Coils has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

47.     By letter dated June 8, 2012, the LWD PRP Group demanded that Defendant Arelco Plastic Fabricating Co. ("Arelco") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

48.     EPA issued EPA ID No. KYD018378554 to Arelco.

49.     According to Annual Reports for the LWD Incinerator Site, one shipment of manifested waste containing hazardous substances totaling 11,662 lbs. was transported from Arelco, with EPA ID No. KYD018378554, to the LWD Incinerator Site in 1988.

50.     The total weight attributable to Arelco at the LWD Incinerator Site is 11,662 lbs.

51.     To date, Arelco has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

52.     By letter dated June 8, 2012, the LWD PRP Group demanded that Defendant B-B Paint Corp. ("B-B Paint") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

53.     B-B Paint is listed in the Annual Reports as B&B Paint Corp. ("B&B")

54.     EPA issued EPA ID No. MID005322094 to B&B.

55.     According to Annual Reports for the LWD Incinerator Site, one shipment of manifested waste containing hazardous substances totaling 11,912 lbs. was transported from B&B with EPA ID No. MID005322094, to the LWD Incinerator Site in 1986.

56.     The total weight attributable to B-B Paint at the LWD Incinerator Site is 11,912 lbs.

57.     To date, B-B Paint has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

58.     By letter dated June 8, 2012, the LWD PRP Group demanded that Defendant BMO Harris Bank, N.A. ("BMO Harris Bank") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

59.     BMO Harris Bank is the parent company and/or successor to Marshall & Isley Trust Co. ("Marshall") and/or Harris Bank & Trust ("Harris").

60.     EPA issued EPA ID No. WID982062655 to Marshall; and EPA ID No. ILD981957939 to Harris.

61.     According to Annual Reports for the LWD Incinerator Site, two shipments of manifested waste containing hazardous substances totaling 16,311 lbs. were transported from Marshall, with EPA ID No. WID982062655, to the LWD Incinerator Site in 1987; and one shipment of manifested waste containing hazardous substances totaling 6,248 lbs. was transported from Harris, with EPA ID No. ILD981957939, to the LWD Incinerator Site in 1987.

62.     The total weight attributable to BMO Harris Bank at the LWD Incinerator Site is 22,559 lbs.

63.     To date, BMO Harris Bank has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

64.     By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant Baker Hughes Inc. ("Baker Hughes") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

65.     Baker Hughes is the successor to Petrolite Corp., also known as Petrolite Corp. PSPG ("collectively Petrolite"), and/or Baker Petrolite Corp. ("Baker Petrolite").

66.     EPA issued EPA ID No. TXD088361233 to Baker Petrolite; and EPA ID Nos. CAD008324360, CAD096001615, ILD980901789, MOD006324099, OKD000753540, TXD073186389, WYD083697482 and OKD990697724 to Petrolite.

67.     According to Annual Reports for the LWD Incinerator Site, manifested waste containing hazardous substances totaling 1,700,198 lbs. was transported from Petrolite, with EPA ID No. MOD006324099, to the LWD Incinerator Site in 1981; manifested waste containing hazardous substances totaling 874,361 lbs. was transported from Petrolite, with EPA ID No. MOD006324099, to the LWD Incinerator Site in 1982; manifested waste containing hazardous substances totaling 1,457,822 lbs. was transported from Petrolite, with EPA ID No. MOD006324099, to the LWD Incinerator Site in 1983; manifested waste containing hazardous substances totaling 842,700 lbs. was transported from Petrolite, with EPA ID No. MOD006324099, to the LWD Incinerator Site in 1984; manifested waste containing hazardous substances totaling 35,000 lbs. was transported from Petrolite, with EPA ID No. ILD980901789, to the LWD Incinerator Site in 1984; one shipment of manifested waste containing hazardous substances totaling 150,148 lbs. was transported from Petrolite, with EPA ID No.

ILD980901789, to the LWD Incinerator Site in 1985; forty-four shipments of manifested waste containing hazardous substances totaling 1,442,016 lbs. were transported from Petrolite, with EPA ID No. MOD006324099, to the LWD Incinerator Site in 1985; thirty-nine shipments of manifested waste containing hazardous substances totaling 1,180,917 lbs. were transported from Petrolite, with EPA ID No. MOD006324099, to the LWD Incinerator Site in 1986; one shipment of manifested waste containing hazardous substances totaling 49,564 lbs. was transported from Petrolite, with EPA ID No. TXD073186389, to the LWD Incinerator Site in 1986; one shipment of manifested waste containing hazardous substances totaling 21,384 lbs. was transported from Petrolite, with EPA ID No. C ILD980901789, to the LWD Incinerator Site in 1986; one shipment of manifested waste containing hazardous substances totaling 63,266 lbs. was transported from Petrolite, with EPA ID No. ILD980901789, to the LWD Incinerator Site in 1987; one shipment of manifested waste containing hazardous substances totaling 30,620 lbs. was transported from Petrolite, with EPA ID No. CAD008324360, to the LWD Incinerator Site in 1987; three shipments of manifested waste containing hazardous substances totaling 123,520 lbs. were transported from Petrolite, with EPA ID No. CAD096001615, to the LWD Incinerator Site in 1987; thirty- three shipments of manifested waste containing hazardous substances totaling 1,364,309 lbs. were transported from Petrolite, with EPA ID No. MOD006324099, to the LWD Incinerator Site in 1987; one shipment of manifested waste containing hazardous substances totaling 45,399 lbs. was transported from Petrolite, with EPA ID No. TXD073186389, to the LWD Incinerator Site in 1987; two shipments of manifested waste containing hazardous substances totaling 64,599 lbs. were transported from Petrolite, with EPA ID No. TXD073186389, to the LWD Incinerator Site in 1988; thirty-two shipments of manifested waste containing hazardous substances totaling 1,113,858 lbs. were transported from Petrolite, with EPA ID No. MOD006324099, to the LWD Incinerator Site in 1988; four

shipments of manifested waste containing hazardous substances totaling 118,681 lbs. were transported from Petrolite, with EPA ID No. CAD096001615, to the LWD Incinerator Site in 1988; eleven shipments of manifested waste containing hazardous substances totaling 363,941 lbs. were transported from Petrolite, with EPA ID No. CAD008324360, to the LWD Incinerator Site in 1988; three shipments of manifested waste containing hazardous substances totaling 83,383 lbs. were transported from Petrolite, with EPA ID No. OKD000753540, to the LWD Incinerator Site in 1988; one shipment of manifested waste containing hazardous substances totaling 39,859 lbs. was transported from Petrolite, with EPA ID No. WYD083697482, to the LWD Incinerator Site in 1988; one shipment of manifested waste containing hazardous substances totaling 677 lbs. was transported from Petrolite, with EPA ID No. OKD990697724, to the LWD Incinerator Site in 1988; three shipments of manifested waste containing hazardous substances totaling 18,185 lbs. were transported from Petrolite, with EPA ID No. ILD980901789, to the LWD Incinerator Site in 1988; two shipments of manifested waste containing hazardous substances totaling 6,425 lbs. were transported from Petrolite, with EPA ID No. ILD980901789, to the LWD Incinerator Site in 1989; manifested waste containing hazardous substances totaling 166,230 lbs. was transported from Petrolite, with EPA ID No. CAD008324360, to the LWD Incinerator Site in 1989; eleven shipments of manifested waste containing hazardous substances totaling 352,177 lbs. were transported from Petrolite, with EPA ID No. MOD006324099, to the LWD Incinerator Site in 1989; and four shipments of manifested waste containing hazardous substances totaling 81,120 lbs. were transported from Baker Petrolite, with EPA ID No. TXD088361233, to the LWD Incinerator Site in 1998.

68.     The total weight attributable to Baker Hughes at the LWD Incinerator Site is 11,790,358 lbs.

69.     To date, Baker Hughes has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

70.     By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant Bayer CropScience, Inc. ("Bayer") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

71.     Bayer is the parent company and/or successor to Interez, Inc.; Hi-Tek, Polymers; Stauffer Chemical Co. (NPL) (Stauffer Mgmt. Co.); Berlex Laboratories; Miles Laboratories; and Miles Laboratories, Inc. - Ames Division.

72.     EPA issued EPA ID Nos. KYD000605568 to Interez, Inc.; EPA ID No. KYD046657896 to Interez, Inc. and Hi-Tek, Polymers; EPA ID No. KYD000605568 to Hi-Tek, Polymers; EPA ID Nos. TXD008077505 and TXD008077507 to Stauffer Chemical Co. (NPL) (Stauffer Mgmt. Co.); EPA ID No. NJD098262173 to Berlex Laboratories; EPA ID No. IND005068705 to Miles Laboratories; and EPA ID No. IND000807016 to Miles Laboratories, Inc. - Ames Division.

73.     According to Annual Reports for the LWD Incinerator Site, manifested waste containing hazardous substances totaling 228,550 lbs. was transported from Interez, Inc., with EPA ID No. KYD046657896, to the LWD Incinerator Site in 1981; manifested waste containing hazardous substances totaling 2,510,992 lbs. was transported from Interez, Inc., with EPA ID No. NYD000605568, to the LWD Incinerator Site in 1982; manifested waste containing hazardous substances totaling 132,750 lbs. was transported from Interez, Inc., with EPA ID No. KYD046657896, to the LWD Incinerator Site in 1982; manifested waste containing hazardous substances totaling 2,760,754 lbs. was transported from Interez, Inc., with EPA ID No. KYD000605568, to the LWD Incinerator Site in 1983; manifested waste containing hazardous substances totaling 128,600 lbs. was transported from Interez, Inc., with EPA ID No.

KYD046657896, to the LWD Incinerator Site in 1983; manifested waste containing hazardous substances totaling 3,261,641 lbs. was transported from Interez, Inc., with EPA ID No. KYD000605568, to the LWD Incinerator Site in 1984; manifested waste containing hazardous substances totaling 103,363 lbs. was transported from Interez, Inc., with EPA ID No. KYD046657896, to the LWD Incinerator Site in 1984; one shipment of manifested waste containing hazardous substances totaling 16,660 lbs. was transported from Miles Laboratories, with EPA ID No. IND005068705, to the LWD Incinerator Site in 1985; two shipments of manifested waste containing hazardous substances totaling 5,498 lbs. were transported from Miles Laboratories, with EPA ID No. IND005068705, to the LWD Incinerator Site in 1986; one shipment of manifested waste containing hazardous substances totaling 916 lbs. was transported from Miles Laboratories, Inc. - Ames Division, with EPA ID No. IND000807016, to the LWD Incinerator Site in 1986; sixty-three shipments of manifested waste containing hazardous substances totaling 1,958,651 lbs. were transported from Interez, Inc., with EPA ID No. KYD000605568, to the LWD Incinerator Site in 1987; four shipments of manifested waste containing hazardous substances totaling 65,515 lbs. were transported from Interez, Inc., with EPA ID No. KYD046657896, to the LWD Incinerator Site in 1987; three shipments of manifested waste containing hazardous substances totaling 59,684 lbs. were transported from Miles Laboratories, with EPA ID No. IND005068705, to the LWD Incinerator Site in 1987; thirty-four shipments of manifested waste containing hazardous substances totaling 937,144 lbs. were transported from Interez, Inc., with EPA ID No. KYD000605568, to the LWD Incinerator Site in 1988; four shipments of manifested waste containing hazardous substances totaling 77,427 lbs. were transported from Interez, Inc., with EPA ID No. KYD046657896, to the LWD Incinerator Site in 1988; two shipments of manifested waste containing hazardous substances totaling 34,153 lbs. were transported from Miles Laboratories, with EPA ID No. IND005068705,

to the LWD Incinerator Site in 1988; five shipments of manifested waste containing hazardous substances totaling 64,158 lbs. were transported from Miles Laboratories, Inc. - Ames Division, with EPA ID No. IND000807016, to the LWD Incinerator Site in 1988; five shipments of manifested waste containing hazardous substances totaling 75,595 lbs. were transported from Hi-Tek, Polymers, with EPA ID No. KYD046657896, to the LWD Incinerator Site in 1989; twenty-seven shipments of manifested waste containing hazardous substances totaling 860,866 lbs. were transported from Hi-Tek, Polymers, with EPA ID No. KYD000605568, to the LWD Incinerator Site in 1989; two shipments of manifested waste containing hazardous substances totaling 31,737 lbs. were transported from Miles Laboratories, Inc. - Ames Division, with EPA ID No. IND000807016, to the LWD Incinerator Site in 1989; four shipments of manifested waste containing hazardous substances totaling 50,930 lbs. were transported from Hi-Tek, Polymers, with EPA ID No. KYD046657896, to the LWD Incinerator Site in 1990; sixteen shipments of manifested waste containing hazardous substances totaling 553,456 lbs. were transported from Hi-Tek, Polymers, with EPA ID No. KYD000605568, to the LWD Incinerator Site in 1990; two shipments of manifested waste containing hazardous substances totaling 83,660 lbs. were transported from Berlex Laboratories, with EPA ID No. NJD098262173, to the LWD Incinerator Site in 1996; five shipments of manifested waste containing hazardous substances totaling 52,187 lbs. were transported from Stauffer Chemical Co. (NPL) (Stauffer Mgmt. Co.), with EPA ID No. TXD008077505, to the LWD Incinerator Site in 2001; two shipments of manifested waste containing hazardous substances totaling 1,957 lbs. were transported from Stauffer Chemical Co. (NPL) (Stauffer Mgmt. Co.), with EPA ID No. TXD008077505, to the LWD Incinerator Site in 2002; one shipment of manifested waste containing hazardous substances totaling 1,225 lbs. was transported from Stauffer Chemical Co. (NPL) (Stauffer Mgmt. Co.), with EPA ID No. TXD008077507, to the LWD Incinerator Site in 2002; and two shipments of

17

manifested waste containing hazardous substances totaling 3,418 lbs. were transported from Stauffer Chemical Co. (NPL) (Stauffer Mgmt. Co.), with EPA ID No. TXD008077505, to the LWD Incinerator Site in 2003.

74.     The total weight attributable to Bayer at the LWD Incinerator Site is 14,061,487 lbs.

75.     To date, Bayer has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

76.     Alternatively, Defendant Bayer Healthcare LLC ("Bayer Healthcare") is the parent company and/or successor to Interez, Inc.; Hi-Tek, Polymers; Stauffer Chemical Co. (NPL) (Stauffer Mgmt. Co.); Berlex Laboratories; Miles Laboratories; and/or Miles Laboratories, Inc. - Ames Division and is responsible for all or part of the 14,061,487 lbs. attributable to these entities, as alleged in paragraph no. 82 above.

77.     To date, Bayer Healthcare has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

78.     By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant Brown's Plating Service, Inc. ("Brown's Plating") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

79.     EPA issued EPA ID No. KYD024143711 to Brown's Plating.

80.     According to Annual Reports for the LWD Incinerator Site, one shipment of manifested waste containing hazardous substances totaling 2,291 lbs. was transported from Brown's Plating, with EPA ID No. KYD024143711, to the LWD Incinerator Site in 1985; four shipments of manifested waste containing hazardous substances totaling 46,731 lbs. were transported from Brown's Plating, with EPA ID No. KYD024143711, to the LWD Incinerator Site in 1986; eleven shipments of manifested waste containing hazardous substances totaling

18

249,534 lbs. were transported from Brown's Plating, with EPA ID No. KYD024143711, to the LWD Incinerator Site in 1987; fifteen shipments of manifested waste containing hazardous substances totaling 613,921 lbs. were transported from Brown's Plating, with EPA ID No. KYD024143711, to the LWD Incinerator Site in 1988; fourteen shipments of manifested waste containing hazardous substances totaling 566,515 lbs. were transported from Brown's Plating, with EPA ID No. KYD024143711, to the LWD Incinerator Site in 1989; four shipments of manifested waste containing hazardous substances totaling 101,468 lbs. were transported from Brown's Plating, with EPA ID No. KYD024143711, to the LWD Incinerator Site in 1990; four shipments of manifested waste containing hazardous substances totaling 84,751 lbs. were transported from Brown's Plating, with EPA ID No. KYD024143711, to the LWD Incinerator Site in 1991; five shipments of manifested waste containing hazardous substances totaling 102,824 lbs. were transported from Brown's Plating, with EPA ID No. KYD024143711, to the LWD Incinerator Site in 1992; five shipments of manifested waste containing hazardous substances totaling 114,467 lbs. were transported from Brown's Plating, with EPA ID No. KYD024143711, to the LWD Incinerator Site in 1993; and four shipments of manifested waste containing hazardous substances totaling 91,962 lbs. were transported from Brown's Plating, with EPA ID No. KYD024143711, to the LWD Incinerator Site in 1994.

81.     The total weight attributable to Brown's Plating at the LWD Incinerator Site is 1,974,464 lbs.

82.     To date, Brown's Plating has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

83.     By letter dated October 19, 2012, the LWD PRP Group demanded that Viacom Inc. pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

84.     Defendant CBS Corporation ("CBS") has indicated to the LWD PRP Group that prior versions of the Complaint in this case improperly attributed the waste streams in paragraph no. 96 below to Viacom Inc. instead of CBS.

85.     CBS is the parent company and/or successor to CBS, Inc., Westinghouse Electric Co., Westinghouse W.F.S., Westinghouse Electric Corp., and/or Westinghouse Air Brake Co.

86.     EPA issued EPA ID No. CTP000017092 to CBS, Inc.; EPA ID Nos. IND006062582, PAD990754913, SCD003351814 and MOD079777157 to Westinghouse Electric Co.; EPA ID No. ILD060371408 to Westinghouse Electric Corp.; EPA ID No. MID083690537 to Westinghouse W.F.S.; and EPA ID No. PAD004341269 to Westinghouse Air Brake Co.

87.     According to Annual Reports for the LWD Incinerator Site, manifested waste containing hazardous substances totaling 85,673 lbs. was transported from Westinghouse Electric Co., with EPA ID No. MOD079777157, to the LWD Incinerator Site in 1982; manifested waste containing hazardous substances totaling 76,970 lbs. was transported from Westinghouse Electric Co., with EPA ID No. MOD079777157, to the LWD Incinerator Site in 1983; manifested waste containing hazardous substances totaling 33,738 lbs. was transported from Westinghouse Electric Co., with EPA ID No. MOD079777157, to the LWD Incinerator Site in 1984; two shipments of manifested waste containing hazardous substances totaling 6,581 lbs. were transported from Westinghouse Electric Co., with EPA ID No. IND006062582, to the LWD Incinerator Site in 1985; one shipment of manifested waste containing hazardous substances totaling 916 lbs. was transported from Westinghouse Electric Corp., with EPA ID No. ILD060371408, to the LWD Incinerator Site in 1985; two shipments of manifested waste containing hazardous substances totaling 833 lbs. were transported from Westinghouse Electric Co., with EPA ID No. MOD079777157, to the LWD Incinerator Site in 1985; five shipments of

manifested waste containing hazardous substances totaling 14,619 lbs. were transported from Westinghouse Electric Co., with EPA ID No. IND006062582, to the LWD Incinerator Site in 1986; one shipment of manifested waste containing hazardous substances totaling 5,040 lbs. was transported from Westinghouse W.F.S., with EPA ID No. MID083690537, to the LWD Incinerator Site in 1986; three shipments of manifested waste containing hazardous substances totaling 7,497 lbs. were transported from Westinghouse Electric Co., with EPA ID No. MOD079777157, to the LWD Incinerator Site in 1986; six shipments of manifested waste containing hazardous substances totaling 17,077 lbs. were transported from Westinghouse Electric Co., with EPA ID No. IND006062582, to the LWD Incinerator Site in 1987; one shipment of manifested waste containing hazardous substances totaling 1,833 lbs. was transported from Westinghouse W.F.S., with EPA ID No. MID083690537, to the LWD Incinerator Site in 1987; four shipments of manifested waste containing hazardous substances totaling 9,580 lbs. were transported from Westinghouse Electric Co., with EPA ID No. MOD079777157, to the LWD Incinerator Site in 1987; three shipments of manifested waste containing hazardous substances totaling 90,505 lbs. were transported from Westinghouse Electric Co., with EPA ID No. PAD990754913, to the LWD Incinerator Site in 1987; six shipments of manifested waste containing hazardous substances totaling 35,295 lbs. were transported from Westinghouse Electric Co., with EPA ID No. IND006062582, to the LWD Incinerator Site in 1988; two shipments of manifested waste containing hazardous substances totaling 5,415 lbs. were transported from Westinghouse Electric Co., with EPA ID No. MOD079777157, to the LWD Incinerator Site in 1988; seven shipments of manifested waste containing hazardous substances totaling 45,590 lbs. were transported from Westinghouse Electric Co., with EPA ID No. IND006062582, to the LWD Incinerator Site in 1989; one shipment of manifested waste containing hazardous substances totaling 458 lbs. was transported

from Westinghouse W.F.S., with EPA ID No. MID083690537, to the LWD Incinerator Site in 1989; one shipment of manifested waste containing hazardous substances totaling 5,000 lbs. was transported from Westinghouse Air Brake Co., with EPA ID No. PAD004341269, to the LWD Incinerator Site in 1992; one shipment of manifested waste containing hazardous substances totaling 5,600 lbs. was transported from CBS, Inc., with EPA ID No. CTP000017092, to the LWD Incinerator Site in 1994; and one shipment of manifested waste containing hazardous substances totaling 17,249 lbs. was transported from Westinghouse Electric Co., with EPA ID No. SCD003351814, to the LWD Incinerator Site in 1994.

88.     The total weight attributable to CBS at the LWD Incinerator Site is 460,469 lbs.

89.     To date, CBS has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

90.     By letter dated July 9, 2012, the LWD PRP Group demanded that Defendant CFPG Ltd. ("CFPG") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

91.     CFPG is the successor to Globe Valve Corp. ("Globe Valve").

92.     EPA issued EPA ID No. IND005081955 to Globe Valve.

93.     According to Annual Reports for the LWD Incinerator Site, two shipments of manifested waste containing hazardous substances totaling 6,414 lbs. were transported from Globe Valve, with EPA ID No. IND005081955, to the LWD Incinerator Site in 1987.

94.     The total weight attributable to CFPG at the LWD Incinerator Site is 6,414 lbs.

95.     To date, CFPG has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

96.     By letter dated July 9, 2012, the LWD PRP Group demanded that Defendant Carman Cleaners pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

97.     EPA issued EPA ID No. NYD980772479 to Carman Cleaners.

98.     According to Annual Reports for the LWD Incinerator Site, one shipment of manifested waste containing hazardous substances totaling 7,000 lbs. was transported from Carman Cleaners, with EPA ID No. NYD980772479, to the LWD Incinerator Site in 1997.

99.     The total weight attributable to Carman Cleaners at the LWD Incinerator Site is 7,000 lbs.

100.    To date, Carman Cleaners has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

101.    By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant Champion Laboratories, Inc. ("Champion Labs") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

102.    EPA issued EPA ID Nos. ILD006147342 and ILD990785552 to Champion Labs.

103.    According to Annual Reports for the LWD Incinerator Site, two shipments of manifested waste containing hazardous substances totaling 19,700 lbs. were transported from Champion Labs, with EPA ID No. ILD990785552, to the LWD Incinerator Site in 1986; twenty-three shipments of manifested waste containing hazardous substances totaling 1,053,745 lbs. were transported from Champion Labs, with EPA ID No. ILD990785552, to the LWD Incinerator Site in 1987; eight shipments of manifested waste containing hazardous substances totaling 23,824 lbs. were transported from Champion Labs, with EPA ID No. ILD006147342, to the LWD Incinerator Site in 1988; thirty-eight shipments of manifested waste containing hazardous substances totaling 1,306,411 lbs. were transported from Champion Labs, with EPA

ID No. ILD990785552, to the LWD Incinerator Site in 1988; five shipments of manifested waste containing hazardous substances totaling 28,405 lbs. were transported from Champion Labs, with EPA ID No. ILD006147342, to the LWD Incinerator Site in 1989; sixteen shipments of manifested waste containing hazardous substances totaling 490,570 lbs. were transported from Champion Labs, with EPA ID No. ILD990785552, to the LWD Incinerator Site in 1989; five shipments of manifested waste containing hazardous substances totaling 53,145 lbs. were transported from Champion Labs, with EPA ID No. ILD006147342, to the LWD Incinerator Site in 1990; and five shipments of manifested waste containing hazardous substances totaling 28,405 lbs. were transported from Champion Labs, with EPA ID No. ILD990785552, to the LWD Incinerator Site in 1990.

104.   The total weight attributable to Champion Labs at the LWD Incinerator Site is 3,004,205 lbs.

105.   To date, Champion Labs has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

106.   By letter dated June 8, 2012, the LWD PRP Group demanded that Defendant Clondalkin Group Inc. ("Clondalkin") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

107.   Clondalkin is the parent company to Clondalkin Pharma & Healthcare (EVV), Inc., which is formerly known as Keller-Crescent Co., Inc. ("Keller").

108.   EPA issued EPA ID No. IND006370019 to Keller.

109.   According to Annual Reports for the LWD Incinerator Site, one shipment of manifested waste containing hazardous substances totaling 34,828 lbs. was transported from Keller, with EPA ID No. IND006370019, to the LWD Incinerator Site in 1995.

110.    The total weight attributable to Clondalkin at the LWD Incinerator Site is 34,828 lbs.

111.    To date, Clondalkin has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

112.    By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant Colonial Pipeline Co. ("Colonial Pipeline") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

113.    EPA issued EPA ID Nos. ALD083741249, NCD057038168, NCTMP0001833, NCTMP0001834, VAD000731125 and VAD000731133 to Colonial Pipeline; and EPA ID No. MDD010094621 to Colonial Pipeline Co.-Dorsey Junction ("Colonial-Dorsey").

114.    According to Annual Reports for the LWD Incinerator Site, one shipment of manifested waste containing hazardous substances totaling 41,650 lbs. was transported from Colonial Pipeline, with EPA ID No. ALD083741249, to the LWD Incinerator Site in 1990; two shipments of manifested waste containing hazardous substances totaling 69,472 lbs. were transported from Colonial-Dorsey, with EPA ID No. MDD010094621, to the LWD Incinerator Site in 1990; five shipments of manifested waste containing hazardous substances totaling 117,745 lbs. were transported from Colonial Pipeline, with EPA ID No. NCD057038168, to the LWD Incinerator Site in 1990; one shipment of manifested waste containing hazardous substances totaling 4,540 lbs. was transported from Colonial Pipeline, with EPA ID No. NCTMP0001833, to the LWD Incinerator Site in 1990; one shipment of manifested waste containing hazardous substances totaling 27,760 lbs. was transported from Colonial Pipeline, with EPA ID No. NCTMP0001834, to the LWD Incinerator Site in 1990; one shipment of manifested waste containing hazardous substances totaling 916 lbs. was transported from Colonial Pipeline, with EPA ID No. VAD000731125, to the LWD Incinerator Site in 1990; nine

shipments of manifested waste containing hazardous substances totaling 242,628 lbs. were transported from Colonial Pipeline, with EPA ID No. VAD000731133, to the LWD Incinerator Site in 1990; three shipments of manifested waste containing hazardous substances totaling 130,688 lbs. were transported from Colonial Pipeline, with EPA ID No. ALD083741249, to the LWD Incinerator Site in 1991; and one shipment of manifested waste containing hazardous substances totaling 9,182 lbs. was transported from Colonial Pipeline, with EPA ID No. ALD083741249, to the LWD Incinerator Site in 1992.

115.    The total weight attributable to Colonial Pipeline at the LWD Incinerator Site is 644,581 lbs.

116.    To date, Colonial Pipeline has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

117.    By letter dated July 23, 2012, the LWD PRP Group demanded that Defendant Columbia County, New York ("Columbia County") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

118.    EPA issued EPA ID No. NYP000955005 to New York: Columbia County DPW.

119.    According to Annual Reports for the LWD Incinerator Site, three shipments of manifested waste containing hazardous substances totaling 77,380 lbs. were transported from New York: Columbia County DPW, with EPA ID No. NYP000955005, to the LWD Incinerator Site in 2003.

120.    The total weight attributable to Columbia County at the LWD Incinerator Site is 77,380 lbs.

121.    To date, Columbia County has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

122.   By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant Cooper-Standard Automotive, Inc. ("Cooper-Standard") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

123.   Cooper-Standard is the successor to Standard Products Co.

124.   EPA issued EPA ID No. KYD006376347 to Standard Products Co.

125.   According to Annual Reports for the LWD Incinerator Site, manifested waste containing hazardous substances totaling 3,905 lbs. was transported from Standard Products Co., with EPA ID No. KYD006376347, to the LWD Incinerator Site in 1981; manifested waste containing hazardous substances totaling 3,207 lbs. was transported from Standard Products Co., with EPA ID No. KYD006376347, to the LWD Incinerator Site in 1982; manifested waste containing hazardous substances totaling 8,705 lbs. was transported from Standard Products Co., with EPA ID No. KYD006376347, to the LWD Incinerator Site in 1983; manifested waste containing hazardous substances totaling 39,401 lbs. was transported from Standard Products Co., with EPA ID No. KYD006376347, to the LWD Incinerator Site in 1984; five shipments of manifested waste containing hazardous substances totaling 23,032 lbs. were transported from Standard Products Co., with EPA ID No. KYD006376347, to the LWD Incinerator Site in 1985; seven shipments of manifested waste containing hazardous substances totaling 44,332 lbs. were transported from Standard Products Co., with EPA ID No. KYD006376347, to the LWD Incinerator Site in 1986; five shipments of manifested waste containing hazardous substances totaling 75,137 lbs. were transported from Standard Products Co., with EPA ID No. KYD006376347, to the LWD Incinerator Site in 1987; four shipments of manifested waste containing hazardous substances totaling 76,511 lbs. were transported from Standard Products Co., with EPA ID No. KYD006376347, to the LWD Incinerator Site in 1988; five shipments of manifested waste containing hazardous substances totaling 95,295 lbs. were transported from

27

Standard Products Co., with EPA ID No. KYD006376347, to the LWD Incinerator Site in 1989; five shipments of manifested waste containing hazardous substances totaling 125,533 lbs. were transported from Standard Products Co., with EPA ID No. KYD006376347, to the LWD Incinerator Site in 1990; four shipments of manifested waste containing hazardous substances totaling 36,821 lbs. were transported from Standard Products Co., with EPA ID No. KYD006376347, to the LWD Incinerator Site in 1991; two shipments of manifested waste containing hazardous substances totaling 18,500 lbs. were transported from Standard Products Co., with EPA ID No. KYD006376347, to the LWD Incinerator Site in 1992; two shipments of manifested waste containing hazardous substances totaling 4,137 lbs. were transported from Standard Products Co., with EPA ID No. KYD006376347, to the LWD Incinerator Site in 1993; two shipments of manifested waste containing hazardous substances totaling 7,930 lbs. were transported from Standard Products Co., with EPA ID No. KYD006376347, to the LWD Incinerator Site in 1994; two shipments of manifested waste containing hazardous substances totaling 2,765 lbs. were transported from Standard Products Co., with EPA ID No. KYD006376347, to the LWD Incinerator Site in 1995; two shipments of manifested waste containing hazardous substances totaling 2,210 lbs. were transported from Standard Products Co., with EPA ID No. KYD006376347, to the LWD Incinerator Site in 1996; and two shipments of manifested waste containing hazardous substances totaling 6,700 lbs. were transported from Standard Products Co., with EPA ID No. KYD006376347, to the LWD Incinerator Site in 1997.

126.     The total weight attributable to Cooper-Standard at the LWD Incinerator Site is 574,121 lbs.

127.     To date, Cooper-Standard has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

128.     By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant Cycle Chem, Inc. ("Cycle Chem") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

129.     EPA issued EPA ID No. NJD002200046 to Cycle Chem.

130.     According to Annual Reports for the LWD Incinerator Site, twenty-four shipments of manifested waste containing hazardous substances totaling 139,698 lbs. were transported from Cycle Chem, with EPA ID No. NJD002200046, to the LWD Incinerator Site in 1995; sixteen shipments of manifested waste containing hazardous substances totaling 167,374 lbs. were transported from Cycle Chem, with EPA ID No. NJD002200046, to the LWD Incinerator Site in 1996; thirty shipments of manifested waste containing hazardous substances totaling 245,369 lbs. were transported from Cycle Chem, with EPA ID No. NJD002200046, to the LWD Incinerator Site in 1997; eleven shipments of manifested waste containing hazardous substances totaling 63,343 lbs. were transported from Cycle Chem, with EPA ID No. NJD002200046, to the LWD Incinerator Site in 1998; eleven shipments of manifested waste containing hazardous substances totaling 93,701 lbs. were transported from Cycle Chem, with EPA ID No. NJD002200046, to the LWD Incinerator Site in 1999; manifested waste containing hazardous substances totaling 60,664 lbs. was transported from Cycle Chem, with EPA ID No. NJD002200046, to the LWD Incinerator Site in 2000; three shipments of manifested waste containing hazardous substances totaling 74,046 lbs. were transported from Cycle Chem, with EPA ID No. NJD002200046, to the LWD Incinerator Site in 2001; one shipment of manifested waste containing hazardous substances totaling 32,040 lbs. was transported from Cycle Chem, with EPA ID No. NJD002200046, to the LWD Incinerator Site in 2002; and five shipments of manifested waste containing hazardous substances totaling 118,361 lbs. were transported from Cycle Chem, with EPA ID No. NJD002200046, to the LWD Incinerator Site in 2003.

131.    The total weight attributable to Cycle Chem at the LWD Incinerator Site is 994,596 lbs.

132.    To date, Cycle Chem has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

133.    By letter dated June 8, 2012, the LWD PRP Group demanded that Defendant Dahlstrom Display, Inc. ("Dahlstrom") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

134.    Dahlstrom is the successor to Advertising Posters, Inc. ("Advertising Posters").

135.    EPA issued EPA ID No. ILD094294857 to Advertising Posters; and EPA ID Nos. CESQG, ILD094294857 and LQG to Dahlstrom.

136.    According to Annual Reports for the LWD Incinerator Site, one shipment of manifested waste containing hazardous substances totaling 16,493 lbs. was transported from Advertising Posters, with EPA ID No. WID066892498, to the LWD Incinerator Site in 1986; manifested waste containing hazardous substances totaling 2,291 lbs. was transported from Dahlstrom, to the LWD Incinerator Site in 1986; one shipment of manifested waste containing hazardous substances totaling 3,665 lbs. was transported from Dahlstrom, with EPA ID No. WID066892498, to the LWD Incinerator Site in 1987; and manifested waste containing hazardous substances totaling 4,582 lbs. was transported from Dahlstrom, to the LWD Incinerator Site in 1987.

137.    The total weight attributable to Dahlstrom at the LWD Incinerator Site is 27,030 lbs.

138.    To date, Dahlstrom has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

139.    By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant Drug & Laboratory Disposal, Inc. ("DLD") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

140.    EPA issued EPA ID No. MID092947928 to DLD.

141.    According to Annual Reports for the LWD Incinerator Site, one shipment of manifested waste containing hazardous substances totaling 39,984 lbs. was transported from DLD, with EPA ID No. MID092947928, to the LWD Incinerator Site in 1985; three shipments of manifested waste containing hazardous substances totaling 120,785 lbs. were transported from DLD, with EPA ID No. MID092947928, to the LWD Incinerator Site in 1986; three shipments of manifested waste containing hazardous substances totaling 109,956 lbs. were transported from DLD, with EPA ID No. MID092947928, to the LWD Incinerator Site in 1987; three shipments of manifested waste containing hazardous substances totaling 113,288 lbs. were transported from DLD, with EPA ID No. MID092947928, to the LWD Incinerator Site in 1988; six shipments of manifested waste containing hazardous substances totaling 237,405 lbs. were transported from DLD, with EPA ID No. MID092947928, to the LWD Incinerator Site in 1989; and four shipments of manifested waste containing hazardous substances totaling 150,915 lbs. were transported from DLD, with EPA ID No. MID092947928, to the LWD Incinerator Site in 1990.

142.    The total weight attributable to DLD at the LWD Incinerator Site is 772,333 lbs.

143.    To date, DLD has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

144.    By letter dated October 19, 2012, the LWD PRP Group demanded that Eagle Industries, Inc. pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

145.     Defendant Eagle Industries, LLC ("Eagle Industries, LLC") has indicated to he LWD PRP Group that prior versions of the Complaint in this case improperly attributed the waste streams in paragraph no. 191 below to Eagle Industries, Inc. instead of Eagle Industries, LLC.

146.     EPA issued EPA ID Nos. KYR000013342 and KYD985116755 to Eagle Industries.

147.     According to Annual Reports for the LWD Incinerator Site, two shipments of manifested waste containing hazardous substances totaling 17,650 lbs. were transported from Eagle Industries, with EPA ID No. KYD985116755, to the LWD Incinerator Site in 1994; four shipments of manifested waste containing hazardous substances totaling 13,143 lbs. were transported from Eagle Industries, with EPA ID No. KYD985116755, to the LWD Incinerator Site in 1995; four shipments of manifested waste containing hazardous substances totaling 15,720 lbs. were transported from Eagle Industries, with EPA ID No. KYD985116755, to the LWD Incinerator Site in 1996; three shipments of manifested waste containing hazardous substances totaling 23,255 lbs. were transported from Eagle Industries, with EPA ID No. KYD985116755, to the LWD Incinerator Site in 1997; three shipments of manifested waste containing hazardous substances totaling 33,974 lbs. were transported from Eagle Industries, with EPA ID No. KYD985116755, to the LWD Incinerator Site in 1998; three shipments of manifested waste containing hazardous substances totaling 16,034 lbs. were transported from Eagle Industries, with EPA ID No. KYR000013342, to the LWD Incinerator Site in 1998; six shipments of manifested waste containing hazardous substances totaling 92,064 lbs. were transported from Eagle Industries, with EPA ID No. KYD985116755, to the LWD Incinerator Site in 1999; four shipments of manifested waste containing hazardous substances totaling 34,535 lbs. were transported from Eagle Industries, with EPA ID No. KYR000013342, to the

LWD Incinerator Site in 1999; manifested waste containing hazardous substances totaling 124,761 lbs. was transported from Eagle Industries, with EPA ID No. KYD985116755, to the LWD Incinerator Site in 2000; manifested waste containing hazardous substances totaling 17,512 lbs. was transported from Eagle Industries, with EPA ID No. KYR000013342, to the LWD Incinerator Site in 2000; three shipments of manifested waste containing hazardous substances totaling 57,641 lbs. were transported from Eagle Industries, with EPA ID No. KYD985116755, to the LWD Incinerator Site in 2001; three shipments of manifested waste containing hazardous substances totaling 8,526 lbs. were transported from Eagle Industries, with EPA ID No. KYR000013342, to the LWD Incinerator Site in 2001; five shipments of manifested waste containing hazardous substances totaling 46,493 lbs. were transported from Eagle Industries, with EPA ID No. KYD985116755, to the LWD Incinerator Site in 2002; three shipments of manifested waste containing hazardous substances totaling 4,528 lbs. were transported from Eagle Industries, with EPA ID No. KYR000013342, to the LWD Incinerator Site in 2002; and six shipments of manifested waste containing hazardous substances totaling 79,709 lbs. were transported from Eagle Industries, with EPA ID No. KYD985116755, to the LWD Incinerator Site in 2003.

148.    The total weight attributable to Eagle Industries, LLC at the LWD Incinerator Site is 585,545 lbs.

149.    To date, Eagle Industries, LLC has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

150.    By letter dated June 8, 2012, the LWD PRP Group demanded that Defendant Environmental Services of North America, Inc. ("Environmental Services") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

151.    Environmental Services is the successor and/or parent company to Environmental Services of America – MO ("ESA-MO"); and parent company and/or successor to Environmental Services of America – IN, Inc., which is listed in the Annual Reports as Environmental Services of America – IN ("ESA-IN").

152.    EPA issued EPA ID Nos. MOD980632954 to ("ESA-MO"); and IND980590947 to ("ESA-IN").

153.    According to Annual Reports for the LWD Incinerator Site, three shipments of manifested waste containing hazardous substances totaling 52,976 lbs. were transported from ESA-IN, with EPA ID No. IND980590947, to the LWD Incinerator Site in 1995; two shipments of manifested waste containing hazardous substances totaling 69,123 lbs. were transported from ESA-IN, with EPA ID No. IND980590947, to the LWD Incinerator Site in 1996; three shipments of manifested waste containing hazardous substances totaling 24,779 lbs. were transported from ESA-MO, with EPA ID No. MOD980632954, to the LWD Incinerator Site in 1996; one shipment of manifested waste containing hazardous substances totaling 45,933 lbs. was transported from ESA-MO, with EPA ID No. MOD980632954, to the LWD Incinerator Site in 1997; and one shipment of manifested waste containing hazardous substances totaling 5,129 lbs. was transported from ESA-MO, with EPA ID No. MOD980632954, to the LWD Incinerator Site in 1999.

154.    The total weight attributable to Environmental Services at the LWD Incinerator Site is 197,940 lbs.

155.    To date, Environmental Services has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

156.    By letter dated June 8, 2012, the LWD PRP Group demanded that Defendant Excel TSD, Inc. ("Excel TSD") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

157.    EPA issued EPA ID No. TND980847024 to Excel TSD.

158.    According to Annual Reports for the LWD Incinerator Site, two shipments of manifested waste containing hazardous substances totaling 16,755 lbs. were transported from Excel TSD, with EPA ID No. TND980847024, to the LWD Incinerator Site in 1993; one shipment of manifested waste containing hazardous substances totaling 684 lbs. was transported from Excel TSD, with EPA ID No. TND980847024, to the LWD Incinerator Site in 1994; three shipments of manifested waste containing hazardous substances totaling 103,640 lbs. were transported from Excel TSD, with EPA ID No. TND980847024, to the LWD Incinerator Site in 1999; and eight shipments of manifested waste containing hazardous substances totaling 4,990 lbs. were transported from Excel TSD, with EPA ID No. TND980847024, to the LWD Incinerator Site in 2001.

159.    The total weight attributable to Excel TSD at the LWD Incinerator Site is 126,069 lbs.

160.    To date, Excel TSD has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

161.    By letter dated June 8, 2012, the LWD PRP Group demanded that Defendant The Finishing Co. ("Finishing Co.") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

162.    EPA issued EPA ID No. ILD045690724 to Finishing Co.

163.    According to Annual Reports for the LWD Incinerator Site, five shipments of manifested waste containing hazardous substances totaling 130,401 lbs. were transported from

35

Finishing Co., with EPA ID No. ILD045690724, to the LWD Incinerator Site in 1994; three shipments of manifested waste containing hazardous substances totaling 33,499 lbs. were transported from Finishing Co., with EPA ID No. ILD045690724, to the LWD Incinerator Site in 1995; one shipment of manifested waste containing hazardous substances totaling 7,674 lbs. was transported from Finishing Co., with EPA ID No. ILD045690724, to the LWD Incinerator Site in 1996; and one shipment of manifested waste containing hazardous substances totaling 10,360 lbs. was transported from Finishing Co., with EPA ID No. ILD045690724, to the LWD Incinerator Site in 1997.

164.     The total weight attributable to Finishing Co. at the LWD Incinerator Site is 181,934 lbs.

165.     To date, Finishing Co. has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

166.     By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant General Electric Co. ("GE") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

167.     GE is the parent company and/or successor to GE Specialty Chemical; General Electric – Apparatus Service; General Electric Medical Systems; and Smiths Industries, Aerospace & Defense.

168.     EPA issued EPA ID Nos. WVD061776977 and WVD980552384 to GE Specialty Chemical; EPA ID No. WID058743790 to General Electric - Apparatus Service; EPA ID Nos. ALD000645416, ALD981026677, IAD000678037, IAD005272703, ILD005272992, ILD005453691, ILD005453758, ILD070015714, ILD980503023, IND000803726, IND004557815, IND005422084, IND005448683, IND005448741, IND006376362, IND006392773, KYD006386403, KYD006387021,

36

KYD006394423, KYD074047556, KYD080957459, KYD991276932, NYD002080034, NYD066832023, OHD074713561, TND004049979, TND053433694 and WID000808717 to GE; EPA ID Nos. WID000308709, WID000808720, WID000808725, WID086686003, WID980683569 and WID981090426 to General Electric Medical Systems; and EPA ID No. MID006016596 to Smiths Industries, Aerospace & Defense.

169.   According to Annual Reports for the LWD Incinerator Site, manifested waste containing hazardous substances totaling 32,026 lbs. was transported from GE, with EPA ID No. KYD006386403, to the LWD Incinerator Site in 1981; manifested waste containing hazardous substances totaling 5,956 lbs. was transported from GE, with EPA ID No. KYD991276932, to the LWD Incinerator Site in 1981; manifested waste containing hazardous substances totaling 384,212 lbs. was transported from GE, with EPA ID No. IND006376362, to the LWD Incinerator Site in 1981; manifested waste containing hazardous substances totaling 93,171 lbs. was transported from GE, with EPA ID No. IND006392773, to the LWD Incinerator Site in 1981; manifested waste containing hazardous substances totaling 8,694 lbs. was transported from GE, with EPA ID No. KYD006386403, to the LWD Incinerator Site in 1982; manifested waste containing hazardous substances totaling 88,800 lbs. was transported from GE, with EPA ID No. KYD006387021, to the LWD Incinerator Site in 1982; manifested waste containing hazardous substances totaling 18,527 lbs. was transported from GE, with EPA ID No. KYD080957459, to the LWD Incinerator Site in 1982; manifested waste containing hazardous substances totaling 46,273 lbs. was transported from GE, with EPA ID No. KYD991276932, to the LWD Incinerator Site in 1982; manifested waste containing hazardous substances totaling 651,733 lbs. was transported from GE, with EPA ID No. IND006376362, to the LWD Incinerator Site in 1982; manifested waste

containing hazardous substances totaling 31,612 lbs. was transported from GE, with EPA ID No. IND006392773, to the LWD Incinerator Site in 1982; manifested waste containing hazardous substances totaling 5,490 lbs. was transported from GE, with EPA ID No. KYD006386403, to the LWD Incinerator Site in 1983; manifested waste containing hazardous substances totaling 65,960 lbs. was transported from GE, with EPA ID No. KYD006387021, to the LWD Incinerator Site in 1983; manifested waste containing hazardous substances totaling 18,112 lbs. was transported from GE, with EPA ID No. KYD080957459, to the LWD Incinerator Site in 1983; manifested waste containing hazardous substances totaling 18,326 lbs. was transported from GE, with EPA ID No. KYD991276932, to the LWD Incinerator Site in 1983; manifested waste containing hazardous substances totaling 26,269 lbs. was transported from GE, with EPA ID No. ALD000645416, to the LWD Incinerator Site in 1983; manifested waste containing hazardous substances totaling 18,784 lbs. was transported from GE, with EPA ID No. ILD005453758, to the LWD Incinerator Site in 1983; manifested waste containing hazardous substances totaling 2,183,096 lbs. was transported from GE, with EPA ID No. IND006376362, to the LWD Incinerator Site in 1983; manifested waste containing hazardous substances totaling 34,361 lbs. was transported from GE, with EPA ID No. IND006392773, to the LWD Incinerator Site in 1983; manifested waste containing hazardous substances totaling 29,430 lbs. was transported from GE, with EPA ID No. KYD006386403, to the LWD Incinerator Site in 1984; manifested waste containing hazardous substances totaling 45,814 lbs. was transported from GE, with EPA ID No. KYD006387021, to the LWD Incinerator Site in 1984; manifested waste containing hazardous substances totaling 28,980 lbs. was transported from GE, with EPA ID No. KYD080957459, to the LWD Incinerator Site in 1984; manifested waste

38

containing hazardous substances totaling 31,612 lbs. was transported from GE, with EPA ID No. KYD991276932, to the LWD Incinerator Site in 1984; manifested waste containing hazardous substances totaling 309,920 lbs. was transported from GE, with EPA ID No. NYD066832023, to the LWD Incinerator Site in 1984; manifested waste containing hazardous substances totaling 15,681 lbs. was transported from GE, with EPA ID No. ALD000645416, to the LWD Incinerator Site in 1984; manifested waste containing hazardous substances totaling 11,454 lbs. was transported from GE, with EPA ID No. IAD005272703, to the LWD Incinerator Site in 1984; manifested waste containing hazardous substances totaling 6,414 lbs. was transported from GE, with EPA ID No. ILD005272992, to the LWD Incinerator Site in 1984; manifested waste containing hazardous substances totaling 46,731 lbs. was transported from GE, with EPA ID No. ILD005453691, to the LWD Incinerator Site in 1984; manifested waste containing hazardous substances totaling 95,510 lbs. was transported from GE, with EPA ID No. ILD005453758, to the LWD Incinerator Site in 1984; manifested waste containing hazardous substances totaling 71,555 lbs. was transported from GE, with EPA ID No. ILD980503023, to the LWD Incinerator Site in 1984; manifested waste containing hazardous substances totaling 61,226 lbs. was transported from GE, with EPA ID No. IND000803726, to the LWD Incinerator Site in 1984; manifested waste containing hazardous substances totaling 1,748,477 lbs. was transported from GE, with EPA ID No. IND006376362, to the LWD Incinerator Site in 1984; manifested waste containing hazardous substances totaling 35,736 lbs. was transported from GE, with EPA ID No. IND006392773, to the LWD Incinerator Site in 1984; four shipments of manifested waste containing hazardous substances totaling 7,402 lbs. were transported from GE, with EPA ID No. KYD006386403, to the LWD Incinerator Site in 1985; one

39

shipment of manifested waste containing hazardous substances totaling 19,242 lbs. was transported from GE, with EPA ID No. KYD006387021, to the LWD Incinerator Site in 1985; manifested waste containing hazardous substances totaling 158,897 lbs. was transported from GE, with EPA ID No. KYD006394423, to the LWD Incinerator Site in 1985; four shipments of manifested waste containing hazardous substances totaling 19,242 lbs. were transported from GE, with EPA ID No. KYD080957459, to the LWD Incinerator Site in 1985; manifested waste containing hazardous substances totaling 9,621 lbs. was transported from GE, with EPA ID No. KYD991276932, to the LWD Incinerator Site in 1985; manifested waste containing hazardous substances totaling 1,374 lbs. was transported from GE, with EPA ID No. OHD074713561, to the LWD Incinerator Site in 1985; six shipments of manifested waste containing hazardous substances totaling 13,323 lbs. were transported from GE, with EPA ID No. ALD000645416, to the LWD Incinerator Site in 1985; four shipments of manifested waste containing hazardous substances totaling 42,150 lbs. were transported from GE, with EPA ID No. IAD005272703, to the LWD Incinerator Site in 1985; three shipments of manifested waste containing hazardous substances totaling 3,499 lbs. were transported from GE, with EPA ID No. ILD005272992, to the LWD Incinerator Site in 1985; three shipments of manifested waste containing hazardous substances totaling 15,910 lbs. were transported from GE, with EPA ID No. ILD005453691, to the LWD Incinerator Site in 1985; five shipments of manifested waste containing hazardous substances totaling 122,659 lbs. were transported from GE, with EPA ID No. ILD005453758, to the LWD Incinerator Site in 1985; four shipments of manifested waste containing hazardous substances totaling 118,370 lbs. were transported from GE, with EPA ID No. ILD980503023, to the LWD Incinerator Site in 1985; four shipments of manifested waste

containing hazardous substances totaling 132,447 lbs. were transported from GE, with EPA ID No. IND000803726, to the LWD Incinerator Site in 1985; one shipment of manifested waste containing hazardous substances totaling 37,785 lbs. was transported from GE, with EPA ID No. IND005448683, to the LWD Incinerator Site in 1985; forty-nine shipments of manifested waste containing hazardous substances totaling 1,568,069 lbs. were transported from GE, with EPA ID No. IND006376362, to the LWD Incinerator Site in 1985; one shipment of manifested waste containing hazardous substances totaling 30,696 lbs. was transported from GE, with EPA ID No. IND006392773, to the LWD Incinerator Site in 1985; one shipment of manifested waste containing hazardous substances totaling 2,166 lbs. was transported from General Electric -Apparatus Service, with EPA ID No. WID058743790, to the LWD Incinerator Site in 1985; one shipment of manifested waste containing hazardous substances totaling 1,830 lbs. was transported from GE, with EPA ID No. KYD006386403, to the LWD Incinerator Site in 1986; four shipments of manifested waste containing hazardous substances totaling 125,941 lbs. were transported from GE, with EPA ID No. KYD006387021, to the LWD Incinerator Site in 1986; five shipments of manifested waste containing hazardous substances totaling 44,850 lbs. were transported from GE, with EPA ID No. KYD006394423, to the LWD Incinerator Site in 1986; four shipments of manifested waste containing hazardous substances totaling 23,824 lbs. were transported from GE, with EPA ID No. KYD080957459, to the LWD Incinerator Site in 1986; three shipments of manifested waste containing hazardous substances totaling 14,661 lbs. were transported from GE, with EPA ID No. KYD991276932, to the LWD Incinerator Site in 1986; one shipment of manifested waste containing hazardous substances totaling 1,833 lbs. was transported from GE, with EPA ID No.

41

OHD074713561, to the LWD Incinerator Site in 1986; three shipments of manifested

waste containing hazardous substances totaling 14,661 lbs. were transported from GE,

with EPA ID No. TND053433694, to the LWD Incinerator Site in 1986; three shipments

of manifested waste containing hazardous substances totaling 29,785 lbs. were

transported from GE, with EPA ID No. ALD000645416, to the LWD Incinerator Site in

1986; two shipments of manifested waste containing hazardous substances totaling

13,286 lbs. were transported from GE, with EPA ID No. IAD000678037, to the LWD

Incinerator Site in 1986; seven shipments of manifested waste containing hazardous

substances totaling 31,130 lbs. were transported from GE, with EPA ID No.

IAD005272703, to the LWD Incinerator Site in 1986; five shipments of manifested waste

containing hazardous substances totaling 10,704 lbs. were transported from GE, with

EPA ID No. ILD005272992, to the LWD Incinerator Site in 1986; one shipment of

manifested waste containing hazardous substances totaling 2,749 lbs. was transported

from GE, with EPA ID No. ILD005453691, to the LWD Incinerator Site in 1986; four

shipments of manifested waste containing hazardous substances totaling 77,886 lbs. were

transported from GE, with EPA ID No. ILD005453758, to the LWD Incinerator Site in

1986; eight shipments of manifested waste containing hazardous substances totaling

182,469 lbs. were transported from GE, with EPA ID No. ILD980503023, to the LWD

Incinerator Site in 1986; four shipments of manifested waste containing hazardous

substances totaling 96,545 lbs. were transported from GE, with EPA ID No.

IND000803726, to the LWD Incinerator Site in 1986; twenty-nine shipments of

manifested waste containing hazardous substances totaling 733,692 lbs. were transported

from GE, with EPA ID No. IND006376362, to the LWD Incinerator Site in 1986; five

shipments of manifested waste containing hazardous substances totaling 69,639 lbs. were

transported from GE, with EPA ID No. IND006392773, to the LWD Incinerator Site in 1986; two shipments of manifested waste containing hazardous substances totaling 9,450 lbs. were transported from GE, with EPA ID No. KYD006386403, to the LWD Incinerator Site in 1987; two shipments of manifested waste containing hazardous substances totaling 27,947 lbs. were transported from GE, with EPA ID No. KYD006387021, to the LWD Incinerator Site in 1987; three shipments of manifested waste containing hazardous substances totaling 31,950 lbs. were transported from GE, with EPA ID No. KYD006394423, to the LWD Incinerator Site in 1987; one shipment of manifested waste containing hazardous substances totaling 2,749 lbs. was transported from GE, with EPA ID No. KYD074047556, to the LWD Incinerator Site in 1987; four shipments of manifested waste containing hazardous substances totaling 9,330 lbs. were transported from GE, with EPA ID No. KYD080957459, to the LWD Incinerator Site in 1987; four shipments of manifested waste containing hazardous substances totaling 45,357 lbs. were transported from GE, with EPA ID No. KYD991276932, to the LWD Incinerator Site in 1987; four shipments of manifested waste containing hazardous substances totaling 66,432 lbs. were transported from GE, with EPA ID No. TND053433694, to the LWD Incinerator Site in 1987; one shipment of manifested waste containing hazardous substances totaling 1,374 lbs. was transported from GE, with EPA ID No. WID000808717, to the LWD Incinerator Site in 1987; two shipments of manifested waste containing hazardous substances totaling 791 lbs. were transported from General Electric Medical Systems, with EPA ID No. WID000308709, to the LWD Incinerator Site in 1987; one shipment of manifested waste containing hazardous substances totaling 1,833 lbs. was transported from General Electric Medical Systems, with EPA ID No. WID000808720, to the LWD Incinerator Site in 1987; two shipments

of manifested waste containing hazardous substances totaling 7,046 lbs. were transported from General Electric Medical Systems, with EPA ID No. WID980683569, to the LWD Incinerator Site in 1987; three shipments of manifested waste containing hazardous substances totaling 3,780 lbs. were transported from GE, with EPA ID No. ALD000645416, to the LWD Incinerator Site in 1987; one shipment of manifested waste containing hazardous substances totaling 27,906 lbs. was transported from GE, with EPA ID No. ALD981026677, to the LWD Incinerator Site in 1987; four shipments of manifested waste containing hazardous substances totaling 27,465 lbs. were transported from GE, with EPA ID No. IAD005272703, to the LWD Incinerator Site in 1987; four shipments of manifested waste containing hazardous substances totaling 10,537 lbs. were transported from GE, with EPA ID No. ILD005272992, to the LWD Incinerator Site in 1987; three shipments of manifested waste containing hazardous substances totaling 5,956 lbs. were transported from GE, with EPA ID No. ILD005453691, to the LWD Incinerator Site in 1987; four shipments of manifested waste containing hazardous substances totaling 46,981 lbs. were transported from GE, with EPA ID No. ILD005453758, to the LWD Incinerator Site in 1987; nine shipments of manifested waste containing hazardous substances totaling 278,555 lbs. were transported from GE, with EPA ID No. ILD980503023, to the LWD Incinerator Site in 1987; three shipments of manifested waste containing hazardous substances totaling 113,038 lbs. were transported from GE, with EPA ID No. IND000803726, to the LWD Incinerator Site in 1987; three shipments of manifested waste containing hazardous substances totaling 26,115 lbs. were transported from GE, with EPA ID No. IND005448683, to the LWD Incinerator Site in 1987; three shipments of manifested waste containing hazardous substances totaling 15,577 lbs. were transported from GE, with EPA ID No. IND005448741, to the LWD

44

Incinerator Site in 1987; thirty shipments of manifested waste containing hazardous substances totaling 874,451 lbs. were transported from GE, with EPA ID No. IND006376362, to the LWD Incinerator Site in 1987; four shipments of manifested waste containing hazardous substances totaling 54,520 lbs. were transported from GE, with EPA ID No. IND006392773, to the LWD Incinerator Site in 1987; two shipments of manifested waste containing hazardous substances totaling 13,950 lbs. were transported from GE, with EPA ID No. KYD006386403, to the LWD Incinerator Site in 1988; one shipment of manifested waste containing hazardous substances totaling 4,123 lbs. was transported from GE, with EPA ID No. KYD006387021, to the LWD Incinerator Site in 1988; four shipments of manifested waste containing hazardous substances totaling 35,400 lbs. were transported from GE, with EPA ID No. KYD006394423, to the LWD Incinerator Site in 1988; one shipment of manifested waste containing hazardous substances totaling 3,665 lbs. was transported from GE, with EPA ID No. KYD074047556, to the LWD Incinerator Site in 1988; three shipments of manifested waste containing hazardous substances totaling 9,621 lbs. were transported from GE, with EPA ID No. KYD080957459, to the LWD Incinerator Site in 1988; five shipments of manifested waste containing hazardous substances totaling 89,339 lbs. were transported from GE, with EPA ID No. KYD991276932, to the LWD Incinerator Site in 1988; manifested waste containing hazardous substances totaling 160,036 lbs. was transported from GE, with EPA ID No. TND004049979, to the LWD Incinerator Site in 1988; four shipments of manifested waste containing hazardous substances totaling 56,811 lbs. were transported from GE, with EPA ID No. TND053433694, to the LWD Incinerator Site in 1988; one shipment of manifested waste containing hazardous substances totaling 916 lbs. was transported from General Electric Medical Systems, with

EPA ID No. WID000308709, to the LWD Incinerator Site in 1988; one shipment of manifested waste containing hazardous substances totaling 916 lbs. was transported from General Electric Medical Systems, with EPA ID No. WID000808725, to the LWD Incinerator Site in 1988; two shipments of manifested waste containing hazardous substances totaling 86,632 lbs. were transported from General Electric Medical Systems, with EPA ID No. WID086686003, to the LWD Incinerator Site in 1988; one shipment of manifested waste containing hazardous substances totaling 458 lbs. was transported from General Electric Medical Systems, with EPA ID No. WID981090426, to the LWD Incinerator Site in 1988; one shipment of manifested waste containing hazardous substances totaling 4,365 lbs. was transported from Smiths Industries, Aerospace & Defense, with EPA ID No. MID006016596, to the LWD Incinerator Site in 1988; three shipments of manifested waste containing hazardous substances totaling 3,979 lbs. were transported from GE, with EPA ID No. ALD000645416, to the LWD Incinerator Site in 1988; six shipments of manifested waste containing hazardous substances totaling 129,565 lbs. were transported from GE, with EPA ID No. ALD981026677, to the LWD Incinerator Site in 1988; five shipments of manifested waste containing hazardous substances totaling 36,556 lbs. were transported from GE, with EPA ID No. IAD005272703, to the LWD Incinerator Site in 1988; one shipment of manifested waste containing hazardous substances totaling 916 lbs. was transported from GE, with EPA ID No. ILD005272992, to the LWD Incinerator Site in 1988; one shipment of manifested waste containing hazardous substances totaling 4,582 lbs. was transported from GE, with EPA ID No. ILD005453691, to the LWD Incinerator Site in 1988; three shipments of manifested waste containing hazardous substances totaling 30,030 lbs. were transported from GE, with EPA ID No. ILD005453758, to the LWD Incinerator Site in 1988; one

shipment of manifested waste containing hazardous substances totaling 458 lbs. was transported from GE, with EPA ID No. ILD070015714, to the LWD Incinerator Site in 1988; four shipments of manifested waste containing hazardous substances totaling 110,622 lbs. were transported from GE, with EPA ID No. IND000803726, to the LWD Incinerator Site in 1988; two shipments of manifested waste containing hazardous substances totaling 15,494 lbs. were transported from GE, with EPA ID No. IND004557815, to the LWD Incinerator Site in 1988; one shipment of manifested waste containing hazardous substances totaling 6,400 lbs. was transported from GE, with EPA ID No. IND005422084, to the LWD Incinerator Site in 1988; three shipments of manifested waste containing hazardous substances totaling 133,280 lbs. were transported from GE, with EPA ID No. IND005448683, to the LWD Incinerator Site in 1988; thirty-nine shipments of manifested waste containing hazardous substances totaling 1,437,342 lbs. were transported from GE, with EPA ID No. IND006376362, to the LWD Incinerator Site in 1988; five shipments of manifested waste containing hazardous substances totaling 91,172 lbs. were transported from GE, with EPA ID No. IND006392773, to the LWD Incinerator Site in 1988; two shipments of manifested waste containing hazardous substances totaling 16,200 lbs. were transported from GE, with EPA ID No. KYD006386403, to the LWD Incinerator Site in 1989; three shipments of manifested waste containing hazardous substances totaling 17,826 lbs. were transported from GE, with EPA ID No. KYD006387021, to the LWD Incinerator Site in 1989; four shipments of manifested waste containing hazardous substances totaling 27,750 lbs. were transported from GE, with EPA ID No. KYD006394423, to the LWD Incinerator Site in 1989; three shipments of manifested waste containing hazardous substances totaling 81,551 lbs. were transported from GE, with EPA ID No. KYD074047556, to the LWD

47

Incinerator Site in 1989; five shipments of manifested waste containing hazardous substances totaling 10,954 lbs. were transported from GE, with EPA ID No. KYD080957459, to the LWD Incinerator Site in 1989; two shipments of manifested waste containing hazardous substances totaling 29,322 lbs. were transported from GE, with EPA ID No. KYD991276932, to the LWD Incinerator Site in 1989; one shipment of manifested waste containing hazardous substances totaling 23,824 lbs. was transported from GE, with EPA ID No. TND004049979, to the LWD Incinerator Site in 1989; three shipments of manifested waste containing hazardous substances totaling 51,313 lbs. were transported from GE, with EPA ID No. TND053433694, to the LWD Incinerator Site in 1989; one shipment of manifested waste containing hazardous substances totaling 454 lbs. was transported from GE, with EPA ID No. ALD000645416, to the LWD Incinerator Site in 1989; three shipments of manifested waste containing hazardous substances totaling 68,310 lbs. were transported from GE, with EPA ID No. ALD981026677, to the LWD Incinerator Site in 1989; two shipments of manifested waste containing hazardous substances totaling 10,123 lbs. were transported from GE, with EPA ID No. IAD005272703, to the LWD Incinerator Site in 1989; one shipment of manifested waste containing hazardous substances totaling 4,582 lbs. was transported from GE, with EPA ID No. ILD070015714, to the LWD Incinerator Site in 1989; two shipments of manifested waste containing hazardous substances totaling 73,471 lbs. were transported from GE, with EPA ID No. IND000803726, to the LWD Incinerator Site in 1989; two shipments of manifested waste containing hazardous substances totaling 8,727 lbs. were transported from GE, with EPA ID No. IND004557815, to the LWD Incinerator Site in 1989; one shipment of manifested waste containing hazardous substances totaling 13,950 lbs. was transported from GE, with EPA ID No. IND005422084, to the LWD Incinerator

Site in 1989; two shipments of manifested waste containing hazardous substances totaling 1,833 lbs. were transported from GE, with EPA ID No. IND005448741, to the LWD Incinerator Site in 1989; twenty-seven shipments of manifested waste containing hazardous substances totaling 842,494 lbs. were transported from GE, with EPA ID No. IND006376362, to the LWD Incinerator Site in 1989; three shipments of manifested waste containing hazardous substances totaling 11,454 lbs. were transported from GE, with EPA ID No. IND006392773, to the LWD Incinerator Site in 1989; five shipments of manifested waste containing hazardous substances totaling 100,968 lbs. were transported from Smiths Industries, Aerospace & Defense, with EPA ID No. MID006016596, to the LWD Incinerator Site in 1990; four shipments of manifested waste containing hazardous substances totaling 29,750 lbs. were transported from GE, with EPA ID No. KYD006394423, to the LWD Incinerator Site in 1990; one shipment of manifested waste containing hazardous substances totaling 18,081 lbs. was transported from GE, with EPA ID No. NYD002080034, to the LWD Incinerator Site in 2001; seventeen shipments of manifested waste containing hazardous substances totaling 94,807 lbs. were transported from GE, with EPA ID No. NYD066832023, to the LWD Incinerator Site in 2001; one shipment of manifested waste containing hazardous substances totaling 6,519 lbs. was transported from GE Specialty Chemical, with EPA ID No. WVD061776977, to the LWD Incinerator Site in 2001; five shipments of manifested waste containing hazardous substances totaling 73,147 lbs. were transported from GE Specialty Chemical, with EPA ID No. WVD980552384, to the LWD Incinerator Site in 2001; one shipment of manifested waste containing hazardous substances totaling 515 lbs. was transported from GE, with EPA ID No. NYD002080034, to the LWD Incinerator Site in 2002; twenty-one shipments of manifested waste containing hazardous substances totaling 126,064 lbs.

49

were transported from GE, with EPA ID No. NYD066832023, to the LWD Incinerator

Site in 2002; eight shipments of manifested waste containing hazardous substances

totaling 30,902 lbs. were transported from GE Specialty Chemical, with EPA ID No.

WVD061776977, to the LWD Incinerator Site in 2002; ten shipments of manifested

waste containing hazardous substances totaling 69,677 lbs. were transported from GE

Specialty Chemical, with EPA ID No. WVD980552384, to the LWD Incinerator Site in

2002; six shipments of manifested waste containing hazardous substances totaling 48,406

lbs. were transported from GE, with EPA ID No. NYD066832023, to the LWD

Incinerator Site in 2003; five shipments of manifested waste containing hazardous

substances totaling 30,589 lbs. were transported from GE Specialty Chemical, with EPA

ID No. WVD061776977, to the LWD Incinerator Site in 2003; and five shipments of

manifested waste containing hazardous substances totaling 45,893 lbs. were transported

from GE Specialty Chemical, with EPA ID No. WVD980552384, to the LWD

Incinerator Site in 2003.

170.    The total weight attributable to GE at the LWD Incinerator Site is

16,173,503 lbs.

171.    To date, GE has not paid toward any response costs incurred by the LWD

PRP Group at the LWD Incinerator Site.

172.    By letter dated June 8, 2012, the LWD PRP Group demanded that Defendant

Greenlee Diamond Tool Co. ("Greenlee") pay its equitable share of LWD Incinerator Site

response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

173.    EPA issued EPA ID No. ILD005087903 to Greenlee and EPA ID No.

ILD005162912 to Greenlee Tool Co.-Textron.

174.     According to Annual Reports for the LWD Incinerator Site, one shipment of manifested waste containing hazardous substances totaling 12,495 lbs. was transported from Greenlee, with EPA ID No. ILD005087903, to the LWD Incinerator Site in 1986; two shipments of manifested waste containing hazardous substances totaling 9,163 lbs. were transported from Greenlee, with EPA ID No. ILD005162912, to the LWD Incinerator Site in 1987; and one shipment of manifested waste containing hazardous substances totaling 458 lbs. was transported from Greenlee, with EPA ID No. ILD005162912, to the LWD Incinerator Site in 1989.

175.     The total weight attributable to Greenlee at the LWD Incinerator Site is 22,116 lbs.

176.     To date, Greenlee has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

177.     By letter dated June 8, 2012, the LWD PRP Group demanded that Defendant Greenway Environmental, Inc. ("Greenway") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

178.     EPA issued EPA ID No. OKD089761290 to Greenway.

179.     According to Annual Reports for the LWD Incinerator Site, five shipments of manifested waste containing hazardous substances totaling 212,120 lbs. were transported from Greenway, with EPA ID No. OKD089761290, to the LWD Incinerator Site in 1998.

180.     The total weight attributable to Greenway at the LWD Incinerator Site is 212,120 lbs.

181.     To date, Greenway has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

182.    By letter dated June 8, 2012, the LWD PRP Group demanded that Defendant Hannah Maritime Corp. ("Hannah Maritime") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

183.    EPA issued EPA ID No. ILD069496248 to Hannah Marine.

184.    According to Annual Reports for the LWD Incinerator Site, one shipment of manifested waste containing hazardous substances totaling 14,386 lbs. was transported from Hannah Marine, with EPA ID No. ILD069496248, to the LWD Incinerator Site in 1987.

185.    The total weight attributable to Hannah Maritime at the LWD Incinerator Site is 14,386 lbs.

186.    To date, Hannah Maritime has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

187.    By letter dated June 8, 2012, the LWD PRP Group demanded that Defendant Hearth & Home Technologies, Inc. ("Hearth & Home") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

188.    Hearth & Home is the parent company to Heatilator.

189.    EPA issued EPA ID No. IAD041340803 to Heatilator.

190.    According to Annual Reports for the LWD Incinerator Site, two shipments of manifested waste containing hazardous substances totaling 23,824 lbs. were transported from Heatilator, with EPA ID No. IAD041340803, to the LWD Incinerator Site in 1986.

191.    The total weight attributable to Hearth & Home at the LWD Incinerator Site is 23,824 lbs.

192.    To date, Hearth & Home has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

193.   By letter dated July 23, 2012, the LWD PRP Group demanded that Defendant Horning Wire Corp. ("Horning Wire") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

194.   EPA issued EPA ID No. ILD045305125 to Horning Wire.

195.   According to Annual Reports for the LWD Incinerator Site, one shipment of manifested waste containing hazardous substances totaling 14,661 lbs. was transported from Horning Wire, with EPA ID No. ILD045305125, to the LWD Incinerator Site in 1986; and one shipment of manifested waste containing hazardous substances totaling 4,582 lbs. was transported from Horning Wire, with EPA ID No. ILD045305125, to the LWD Incinerator Site in 1988.

196.   The total weight attributable to Horning Wire at the LWD Incinerator Site is 19,242 lbs.

197.   To date, Horning Wire has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

198.   EPA issued EPA ID No. KY0000707836 to Defendant Housing Authority of Hopkinsville, Kentucky ("Hopkinsville Housing Authority").

199.   According to Annual Reports for the LWD Incinerator Site, two shipments of manifested waste containing hazardous substances totaling 6,500 lbs. were transported from Hopkinsville Housing Authority, with EPA ID No. KY0000707836, to the LWD Incinerator Site in 1994; and two shipments of manifested waste containing hazardous substances totaling 7,760 lbs. were transported from Hopkinsville Housing Authority, with EPA ID No. KY0000707836, to the LWD Incinerator Site in 1995.

200.   The total weight attributable to Hopkinsville Housing Authority at the LWD Incinerator Site is 14,260 lbs.

201.    To date, Hopkinsville Housing Authority has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

202.    By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant Indiana-Kentucky Electric Corp. ("Indiana-Kentucky Electric") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

203.    EPA issued EPA ID No. IND085048700 to Indiana-Kentucky Electric.

204.    According to Annual Reports for the LWD Incinerator Site, manifested waste containing hazardous substances totaling 470,640 lbs. was transported from Indiana-Kentucky Electric, with EPA ID No. IND085048700, to the LWD Incinerator Site in 1984; two shipments of manifested waste containing hazardous substances totaling 45,815 lbs. were transported from Indiana-Kentucky Electric, with EPA ID No. IND085048700, to the LWD Incinerator Site in 1989; one shipment of manifested waste containing hazardous substances totaling 15,510 lbs. was transported from Indiana-Kentucky Electric, with EPA ID No. IND085048700, to the LWD Incinerator Site in 1990; and three shipments of manifested waste containing hazardous substances totaling 26,146 lbs. were transported from Indiana-Kentucky Electric, with EPA ID No. IND085048700, to the LWD Incinerator Site in 1991.

205.    The total weight attributable to Indiana-Kentucky Electric at the LWD Incinerator Site is 558,111 lbs.

206.    To date, Indiana-Kentucky Electric has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

207.    By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant Ingersoll-Rand Co. ("Ingersoll-Rand") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

208.    Ingersoll-Rand is the parent company Trane Inc., also known as The Trane Co. and Trane Co. ("Trane").

209.    EPA issued EPA ID Nos. KYD055003206 and TND982102451 to Ingersoll-Rand; and EPA ID No. KYD006379986 to Trane Co.

210.    According to Annual Reports for the LWD Incinerator Site, manifested waste containing hazardous substances totaling 760 lbs. was transported from Ingersoll-Rand, with EPA ID No. KYD055003206, to the LWD Incinerator Site in 1981; manifested waste containing hazardous substances totaling 4,960 lbs. was transported from Ingersoll-Rand, with EPA ID No. KYD055003206, to the LWD Incinerator Site in 1982; manifested waste containing hazardous substances totaling 19,493 lbs. was transported from Ingersoll-Rand, with EPA ID No. KYD055003206, to the LWD Incinerator Site in 1983; manifested waste containing hazardous substances totaling 1,374 lbs. was transported from Ingersoll-Rand, with EPA ID No. KYD055003206, to the LWD Incinerator Site in 1984; four shipments of manifested waste containing hazardous substances totaling 6,175 lbs. were transported from Ingersoll-Rand, with EPA ID No. KYD055003206, to the LWD Incinerator Site in 1985; three shipments of manifested waste containing hazardous substances totaling 3,840 lbs. were transported from Ingersoll-Rand, with EPA ID No. KYD055003206, to the LWD Incinerator Site in 1986; four shipments of manifested waste containing hazardous substances totaling 19,510 lbs. were transported from Ingersoll-Rand, with EPA ID No. KYD055003206, to the LWD Incinerator Site in 1987; sixteen shipments of manifested waste containing hazardous substances totaling 58,327 lbs. were transported from Ingersoll-Rand, with EPA ID No. KYD055003206, to the LWD Incinerator Site in 1988; one shipment of manifested waste containing hazardous substances totaling 1,374 lbs. was transported from Ingersoll-Rand, with EPA ID No. TND982102451, to the LWD Incinerator Site in 1988; two shipments of manifested waste

containing hazardous substances totaling 25,656 lbs. were transported from Trane Co., with EPA ID No. KYD006379986, to the LWD Incinerator Site in 1989; twenty-one shipments of manifested waste containing hazardous substances totaling 22,833 lbs. were transported from Ingersoll-Rand, with EPA ID No. KYD055003206, to the LWD Incinerator Site in 1989; three shipments of manifested waste containing hazardous substances totaling 23,366 lbs. were transported from Trane Co., with EPA ID No. KYD006379986, to the LWD Incinerator Site in 1990; seventeen shipments of manifested waste containing hazardous substances totaling 17,474 lbs. were transported from Ingersoll-Rand, with EPA ID No. KYD055003206, to the LWD Incinerator Site in 1990; twenty-one shipments of manifested waste containing hazardous substances totaling 44,063 lbs. were transported from Ingersoll-Rand, with EPA ID No. KYD055003206, to the LWD Incinerator Site in 1991; twenty-two shipments of manifested waste containing hazardous substances totaling 52,066 lbs. were transported from Ingersoll-Rand, with EPA ID No. KYD055003206, to the LWD Incinerator Site in 1992; sixteen shipments of manifested waste containing hazardous substances totaling 36,567 lbs. were transported from Ingersoll-Rand, with EPA ID No. KYD055003206, to the LWD Incinerator Site in 1993; twenty-one shipments of manifested waste containing hazardous substances totaling 71,840 lbs. were transported from Ingersoll-Rand, with EPA ID No. KYD055003206, to the LWD Incinerator Site in 1994; eighteen shipments of manifested waste containing hazardous substances totaling 20,196 lbs. were transported from Ingersoll-Rand, with EPA ID No. KYD055003206, to the LWD Incinerator Site in 1995; one shipment of manifested waste containing hazardous substances totaling 580 lbs. was transported from Ingersoll-Rand, with EPA ID No. KYD055003206, to the LWD Incinerator Site in 1999; manifested waste containing hazardous substances totaling 8,517 lbs. was transported from Ingersoll-Rand, with EPA ID No. KYD055003206, to the LWD Incinerator Site in 2000; and four shipments of manifested waste

containing hazardous substances totaling 12,340 lbs. were transported from Ingersoll-Rand, with EPA ID No. KYD055003206, to the LWD Incinerator Site in 2001.

211.    The total weight attributable to Ingersoll-Rand at the LWD Incinerator Site is 451,311 lbs.

212.    To date, Ingersoll-Rand has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

213.    Alternatively, Defendant Trane US Inc. ("Trane US") is responsible for all or part of the 49,022 lbs. attributable to Trane Co., as alleged in paragraph no. 271 above.

214.    To date, Trane US has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

215.    By letter dated June 8, 2012, the LWD PRP Group demanded that Defendant J.C. Baker & Son, Inc. ("J.C. Baker") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

216.    J.C. Baker is a subsidiary of Baker Oil Co. ("Baker").

217.    EPA issued EPA ID No. WVD980692925 to Baker Oil Co.

218.    According to Annual Reports for the LWD Incinerator Site, six shipments of manifested waste containing hazardous substances totaling 120,302 lbs. were transported from Baker Oil Co., with EPA ID No. WVD980692925, to the LWD Incinerator Site in 2002.

219.    The total weight attributable to J.C. Baker at the LWD Incinerator Site is 120,302 lbs.

220.    To date, J.C. Baker has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

221.    By letter dated June 8, 2012, the LWD PRP Group demanded that Defendant JMC Steel Group ("JMC") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

222.    JMC is the successor to Sharon Tube Co. ("Sharon Tube").

223.    EPA issued EPA ID Nos. PAD004322863 and OHR000022293 to Sharon Tube.

224.    According to Annual Reports for the LWD Incinerator Site, one shipment of manifested waste containing hazardous substances totaling 800 lbs. was transported from Sharon Tube, with EPA ID No. PAD004322863, to the LWD Incinerator Site in 1995; two shipments of manifested waste containing hazardous substances totaling 4,716 lbs. were transported from Sharon Tube, with EPA ID No. PAD004322863, to the LWD Incinerator Site in 1996; four shipments of manifested waste containing hazardous substances totaling 10,217 lbs. were transported from Sharon Tube, with EPA ID No. PAD004322863, to the LWD Incinerator Site in 1997; four shipments of manifested waste containing hazardous substances totaling 330 lbs. were transported from Sharon Tube, with EPA ID No. OHR000022293, to the LWD Incinerator Site in 1997; and two shipments of manifested waste containing hazardous substances totaling 504 lbs. were transported from Sharon Tube, with EPA ID No. PAD004322863, to the LWD Incinerator Site in 1999.

225.    The total weight attributable to JMC at the LWD Incinerator Site is 18,226 lbs.

226.    To date, JMC has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

227.    By letter dated June 8, 2012, the LWD PRP Group demanded that Defendant Leeds Seating Co. ("Leeds Seating") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

228.    EPA issued EPA ID No. AL0000107748 to Leeds Seating.

229.     According to Annual Reports for the LWD Incinerator Site, three shipments of manifested waste containing hazardous substances totaling 78,700 lbs. were transported from Leeds Seating, with EPA ID No. AL0000107748, to the LWD Incinerator Site in 1995.

230.     The total weight attributable to Leeds Seating at the LWD Incinerator Site is 78,700 lbs.

231.     To date, Leeds Seating has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

232.     By letter dated July 9, 2012, the LWD PRP Group demanded that Defendant Microbac Laboratories, Inc. ("Microbac") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

233.     EPA issued EPA ID No. KYD985080613 to Microbac.

234.     According to Annual Reports for the LWD Incinerator Site, one shipment of manifested waste containing hazardous substances totaling 917 lbs. was transported from Microbac, with EPA ID No. KYD985080613, to the LWD Incinerator Site in 1994; two shipments of manifested waste containing hazardous substances totaling 3,263 lbs. were transported from Microbac, with EPA ID No. KYD985080613, to the LWD Incinerator Site in 1997; two shipments of manifested waste containing hazardous substances totaling 420 lbs. were transported from Microbac, with EPA ID No. KYD985080613, to the LWD Incinerator Site in 1998; manifested waste containing hazardous substances totaling 695 lbs. was transported from Microbac, with EPA ID No. KYD985080613, to the LWD Incinerator Site in 2000; one shipment of manifested waste containing hazardous substances totaling 234 lbs. was transported from Microbac, with EPA ID No. KYD985080613, to the LWD Incinerator Site in 2001; one shipment of manifested waste containing hazardous substances totaling 241 lbs. was transported from Microbac, with EPA ID No. KYD985080613, to the LWD Incinerator Site in 2002; and

two shipments of manifested waste containing hazardous substances totaling 783 lbs. were transported from Microbac, with EPA ID No. KYD985080613, to the LWD Incinerator Site in 2003.

235.    The total weight attributable to Microbac at the LWD Incinerator Site is 6,554 lbs.

236.    To date, Microbac has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

237.    By letter dated June 8, 2012, the LWD PRP Group demanded that Defendant National Detroit, Inc. ("National Detroit") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

238.    EPA issued EPA ID No. ILT180013807 to National Detroit.

239.    According to Annual Reports for the LWD Incinerator Site, three shipments of manifested waste containing hazardous substances totaling 17,993 lbs. were transported from National Detroit, with EPA ID No. ILT180013807, to the LWD Incinerator Site in 1985; one shipment of manifested waste containing hazardous substances totaling 12,079 lbs. was transported from National Detroit, with EPA ID No. ILT180013807, to the LWD Incinerator Site in 1986; three shipments of manifested waste containing hazardous substances totaling 20,575 lbs. were transported from National Detroit, with EPA ID No. ILT180013807, to the LWD Incinerator Site in 1987; and two shipments of manifested waste containing hazardous substances totaling 8,247 lbs. were transported from National Detroit, with EPA ID No. ILT180013807, to the LWD Incinerator Site in 1988.

240.    The total weight attributable to National Detroit at the LWD Incinerator Site is 58,893 lbs.

241.    To date, National Detroit has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

242.    By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant Nissan North America, Inc. ("Nissan") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

243.    Nissan is the parent company and/or successor to Nissan Motor Mfg. Corp. USA ("Nissan Motor").

244.    EPA issued EPA ID No. TND054481205 to Nissan Motor.

245.    According to Annual Reports for the LWD Incinerator Site, one shipment of manifested waste containing hazardous substances totaling 2,752 lbs. was transported from Nissan Motor, with EPA ID No. TND054481205, to the LWD Incinerator Site in 1994; one shipment of manifested waste containing hazardous substances totaling 4,640 lbs. was transported from Nissan Motor, with EPA ID No. TND054481205, to the LWD Incinerator Site in 1996; seven shipments of manifested waste containing hazardous substances totaling 160,638 lbs. were transported from Nissan Motor, with EPA ID No. TND054481205, to the LWD Incinerator Site in 1997; six shipments of manifested waste containing hazardous substances totaling 113,324 lbs. were transported from Nissan Motor, with EPA ID No. TND054481205, to the LWD Incinerator Site in 1998; eight shipments of manifested waste containing hazardous substances totaling 200,210 lbs. were transported from Nissan Motor, with EPA ID No. TND054481205, to the LWD Incinerator Site in 1999; and manifested waste containing hazardous substances totaling 6,814 lbs. was transported from Nissan Motor, with EPA ID No. TND054481205, to the LWD Incinerator Site in 2000.

246.    The total weight attributable to Nissan at the LWD Incinerator Site is 488,378 lbs.

247.    To date, Nissan has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

248.    By letter dated June 8, 2012, the LWD PRP Group demanded that Defendant

PMRS, Inc. ("PMRS") pay its equitable share of LWD Incinerator Site response costs pursuant

to Sections 107(a) and 113(f)(1) of CERCLA.

249.    EPA issued EPA ID Nos. PAD987279205 and PADEP0003504 to PMRS.

250.    According to Annual Reports for the LWD Incinerator Site, two shipments of

manifested waste containing hazardous substances totaling 3,787 lbs. were transported from

PMRS, with EPA ID No. PADEP0003504, to the LWD Incinerator Site in 1997; two shipments

of manifested waste containing hazardous substances totaling 3,400 lbs. were transported from

PMRS, with EPA ID No. PAD987279205, to the LWD Incinerator Site in 1998; and three

shipments of manifested waste containing hazardous substances totaling 5,148 lbs. were

transported from PMRS, with EPA ID No. PAD987279205, to the LWD Incinerator Site in

1999.

251.    The total weight attributable to PMRS at the LWD Incinerator Site is 12,335 lbs.

252.    To date, PMRS has not paid toward any response costs incurred by the LWD PRP

Group at the LWD Incinerator Site.

253.    By letter dated June 8, 2012, the LWD PRP Group demanded that Defendant

PSC, LLC ("PSC") pay its equitable share of LWD Incinerator Site response costs pursuant to

Sections 107(a) and 113(f)(1) of CERCLA.

254.    PSC is the parent company and/or successor to Northland Environmental, Inc.

("Northland"), Jesco Industrial Services, Inc. ("Jesco"), Petro-Chem, SC/PSC ("Petro-Chem"),

Allwaste Container Services ("Allwaste Container"), Allwaste Tank Cleaning, Inc. ("Allwaste

Tank") and Republic Environmental Services ("Republic").

255.    EPA issued EPA ID No. RID040098352 to Northland; EPA ID No.

ILD984817270 to Allwaste Container; EPA ID No. ILD980607105 to Allwaste Tank; EPA ID

No. OHD055522429 to Republic; EPA ID Nos. KYCEG, KYCEG0000000, KYCESQG and

KYCESQG00000 to Jesco; and EPA ID No. SCD044442333 to Petro-Chem.

256.    According to Annual Reports for the LWD Incinerator Site, one shipment of

manifested waste containing hazardous substances totaling 16,035 lbs. was transported from

Allwaste Tank, with EPA ID No. ILD980607105, to the LWD Incinerator Site in 1989; one

shipment of manifested waste containing hazardous substances totaling 610 lbs. was transported

from Jesco, with EPA ID No. KYCEG, to the LWD Incinerator Site in 1992; two shipments of

manifested waste containing hazardous substances totaling 3,161 lbs. were transported from

Allwaste Container, with EPA ID No. ILD984817270, to the LWD Incinerator Site in 1993; one

shipment of manifested waste containing hazardous substances totaling 3,050 lbs. was

transported from Allwaste Container, with EPA ID No. ILD984817270, to the LWD Incinerator

Site in 1994; one shipment of manifested waste containing hazardous substances totaling 4,587

lbs. was transported from Allwaste Container, with EPA ID No. ILD984817270, to the LWD

Incinerator Site in 1995; one shipment of manifested waste containing hazardous substances

totaling 11,055 lbs. was transported from Northland, with EPA ID No. RID040098352, to the

LWD Incinerator Site in 1995; two shipments of manifested waste containing hazardous

substances totaling 27,014 lbs. were transported from Republic, with EPA ID No.

OHD055522429, to the LWD Incinerator Site in 1996; one shipment of manifested waste

containing hazardous substances totaling 5,120 lbs. was transported from Republic, with EPA ID

No. OHD055522429, to the LWD Incinerator Site in 1997; one shipment of manifested waste

containing hazardous substances totaling 2,000 lbs. was transported from Jesco, with EPA ID

No. KYCESQG, to the LWD Incinerator Site in 1997; ten shipments of manifested waste

containing hazardous substances totaling 201,195 lbs. were transported from Allwaste Container,

with EPA ID No. ILD984817270, to the LWD Incinerator Site in 1997; two shipments of

manifested waste containing hazardous substances totaling 10,462 lbs. were transported from Republic, with EPA ID No. OHD055522429, to the LWD Incinerator Site in 1998; two shipments of manifested waste containing hazardous substances totaling 42,260 lbs. were transported from Allwaste Container, with EPA ID No. ILD984817270, to the LWD Incinerator Site in 1998; one shipment of manifested waste containing hazardous substances totaling 1,040 lbs. was transported from Jesco, with EPA ID No. KYCEG0000000, to the LWD Incinerator Site in 1998; one shipment of manifested waste containing hazardous substances totaling 1,318 lbs. was transported from Republic, with EPA ID No. OHD055522429, to the LWD Incinerator Site in 1999; one shipment of manifested waste containing hazardous substances totaling 31,760 lbs. was transported from Petro-Chem, with EPA ID No. SCD044442333, to the LWD Incinerator Site in 1999; two shipments of manifested waste containing hazardous substances totaling 1,278 lbs. were transported from Jesco, with EPA ID No. KYCEG0000000, to the LWD Incinerator Site in 1999; one shipment of manifested waste containing hazardous substances totaling 1,013 lbs. was transported from Jesco, with EPA ID No. KYCESQG00000, to the LWD Incinerator Site in 2000; and one shipment of manifested waste containing hazardous substances totaling 1,363 lbs. was transported from Jesco, with EPA ID No. KYCESQG00000, to the LWD Incinerator Site in 2002.

257.    The total weight attributable to PSC at the LWD Incinerator Site is 364,321 lbs.

258.    To date, PSC has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

259.    Alternatively, Defendant Philip Services Corp. ("Philip Services") is the parent company and/or successor to Northland, Jesco, and Petro-Chem, Allwaste Container, Allwaste Tank and Republic, and is responsible for the 364,321 lbs. attributable to these entities, as alleged in paragraph no. 340 above.

260.   To date, Philip Services has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

261.   By letter dated July 9, 2012, the LWD PRP Group demanded that Defendant Parker Plastics Corp. ("Parker Plastics") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

262.   EPA issued EPA ID No. PAD987357332 to Parker Plastics.

263.   According to Annual Reports for the LWD Incinerator Site, one shipment of manifested waste containing hazardous substances totaling 6,709 lbs. was transported from Parker Plastics, with EPA ID No. PAD987357332, to the LWD Incinerator Site in 1992.

264.   The total weight attributable to Parker Plastics at the LWD Incinerator Site is 6,709 lbs.

265.   To date, Parker Plastics has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

266.   By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant Peoria Disposal Co. ("Peoria Disposal") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

267.   Defendant PDC Laboratories, Inc. ("PDC Laboratories") is an affiliate of Peoria Disposal.

268.   EPA issued EPA ID Nos. ILD200000610 and ILD000805812 to Peoria Disposal; and EPA ID Nos. ILD084318922 and IL0000190074 to PDC Laboratories.

269.   According to Annual Reports for the LWD Incinerator Site, one shipment of manifested waste containing hazardous substances totaling 1,374 lbs. was transported from Peoria Disposal, with EPA ID No. ILD000805812, to the LWD Incinerator Site in 1986; twelve shipments of manifested waste containing hazardous substances totaling 499,800 lbs. were

transported from Peoria Disposal, with EPA ID No. ILD000805812, to the LWD Incinerator Site in 1988; ten shipments of manifested waste containing hazardous substances totaling 430,539 lbs. were transported from Peoria Disposal, with EPA ID No. ILD000805812, to the LWD Incinerator Site in 1992; twenty shipments of manifested waste containing hazardous substances totaling 674,298 lbs. were transported from Peoria Disposal, with EPA ID No. ILD000805812, to the LWD Incinerator Site in 1993; seven shipments of manifested waste containing hazardous substances totaling 151,298 lbs. were transported from Peoria Disposal, with EPA ID No. ILD000805812, to the LWD Incinerator Site in 1995; one shipment of manifested waste containing hazardous substances totaling 958 lbs. was transported from PDC Laboratories, with EPA ID No. IL0000190074, to the LWD Incinerator Site in 1995; one shipment of manifested waste containing hazardous substances totaling 6,640 lbs. was transported from Peoria Disposal, with EPA ID No. ILD200000610, to the LWD Incinerator Site in 1996; four shipments of manifested waste containing hazardous substances totaling 94,200 lbs. were transported from Peoria Disposal, with EPA ID No. ILD000805812, to the LWD Incinerator Site in 1996; four shipments of manifested waste containing hazardous substances totaling 8,852 lbs. were transported from PDC Laboratories, with EPA ID No. IL0000190074, to the LWD Incinerator Site in 1996; six shipments of manifested waste containing hazardous substances totaling 92,845 lbs. were transported from Peoria Disposal, with EPA ID No. ILD000805812, to the LWD Incinerator Site in 1997; four shipments of manifested waste containing hazardous substances totaling 6,919 lbs. were transported from PDC Laboratories, with EPA ID No. IL0000190074, to the LWD Incinerator Site in 1997; six shipments of manifested waste containing hazardous substances totaling 94,140 lbs. were transported from Peoria Disposal, with EPA ID No. ILD000805812, to the LWD Incinerator Site in 1998; two shipments of manifested waste containing hazardous substances totaling 5,472 lbs. were transported from PDC Laboratories,

with EPA ID No. IL0000190074, to the LWD Incinerator Site in 1998; three shipments of manifested waste containing hazardous substances totaling 48,880 lbs. were transported from Peoria Disposal, with EPA ID No. ILD000805812, to the LWD Incinerator Site in 1999; one shipment of manifested waste containing hazardous substances totaling 2,546 lbs. was transported from PDC Laboratories, with EPA ID No. ILD084318922, to the LWD Incinerator Site in 1999; three shipments of manifested waste containing hazardous substances totaling 7,683 lbs. were transported from PDC Laboratories, with EPA ID No. IL0000190074, to the LWD Incinerator Site in 1999; manifested waste containing hazardous substances totaling 24,420 lbs. was transported from Peoria Disposal, with EPA ID No. ILD000805812, to the LWD Incinerator Site in 2000; manifested waste containing hazardous substances totaling 11,786 lbs. was transported from PDC Laboratories, with EPA ID No. IL0000190074, to the LWD Incinerator Site in 2000; four shipments of manifested waste containing hazardous substances totaling 62,240 lbs. were transported from Peoria Disposal, with EPA ID No. ILD000805812, to the LWD Incinerator Site in 2001; six shipments of manifested waste containing hazardous substances totaling 24,042 lbs. were transported from PDC Laboratories, with EPA ID No. IL0000190074, to the LWD Incinerator Site in 2001; three shipments of manifested waste containing hazardous substances totaling 31,260 lbs. were transported from Peoria Disposal, with EPA ID No. ILD000805812, to the LWD Incinerator Site in 2002; four shipments of manifested waste containing hazardous substances totaling 21,231 lbs. were transported from PDC Laboratories, with EPA ID No. IL0000190074, to the LWD Incinerator Site in 2002; and two shipments of manifested waste containing hazardous substances totaling 8,318 lbs. were transported from PDC Laboratories, with EPA ID No. IL0000190074, to the LWD Incinerator Site in 2003.

270.    The total weight attributable to Peoria Disposal at the LWD Incinerator Site is 2,309,741 lbs.

271.    To date, Peoria Disposal has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

272.    Alternatively, PDC Laboratories is responsible for the 97,807 lbs. attributable to EPA ID Nos. ILD084318922 and IL0000190074, as alleged in paragraph no. 353 above.

273.    To date, PDC Laboratories has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

274.    By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant Perma-Fix Environmental Services, Inc. ("Perma-Fix Environmental") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

275.    Perma-Fix Environmental is the parent company and/or successor to Defendant Perma-Fix of Dayton, Inc. ("Perma- Fix of Dayton"); Defendant Perma-Fix of Orlando, Inc. ("Perma-Fix of Orlando"); and/or Defendant Perma-Fix of South Georgia, Inc. ("Perma-Fix of South Georgia").

276.    EPA issued EPA ID No. OHD004274031 to Perma Fix Environmental; EPA ID No. GAD093380814 to Perma-Fix of South Georgia; and EPA ID No. FLD980559728 to Perma-Fix of Orlando.

277.    According to Annual Reports for the LWD Incinerator Site, manifested waste containing hazardous substances totaling 44,292 lbs. was transported from Perma Fix Environmental, with EPA ID No. OHD004274031, to the LWD Incinerator Site in 2000; one shipment of manifested waste containing hazardous substances totaling 19,540 lbs. was transported from Perma-Fix of South Georgia, with EPA ID No. GAD093380814, to the LWD Incinerator Site in 2003; and fourteen shipments of manifested waste containing hazardous

substances totaling 426,260 lbs. were transported from Perma-Fix of Orlando, with EPA ID No. FLD980559728, to the LWD Incinerator Site in 2003.

278.    The total weight attributable to Perma-Fix Environmental at the LWD Incinerator Site is 490,092 lbs.

279.    To date, Perma-Fix Environmental has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

280.    Alternatively, Perma-Fix of Dayton is responsible for the 44,292 lbs. attributable to EPA ID No. OHD004274031, as alleged in paragraph no. 361 above.

281.    To date, Perma-Fix of Dayton has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

282.    Alternatively, Perma-Fix of Orlando is responsible for the 426,260 lbs. attributable to EPA ID No. FLD980559728, as alleged in paragraph no. 361 above.

283.    To date, Perma-Fix of Orlando has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

284.    Alternatively, Perma-Fix of South Georgia is responsible for the 19,540 lbs. attributable to EPA ID No. GAD093380814, as alleged in paragraph no. 361 above.

285.    To date, Perma-Fix of South Georgia has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

286.    By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant Printpack, Inc. ("Printpack") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

287.    Printpack is the parent company and/or successor to Daniels Pkg. Co., Inc. and/or Printpack Enterprises Inc.

288.    EPA issued EPA ID Nos. WID051894244 and NCD030504062 to Daniels Pkg. Co., Inc.; EPA ID No. ILD089825780 to Printpack; and EPA ID No. WID005894244 to Daniels Packaging Inc.

289.    According to Annual Reports for the LWD Incinerator Site, manifested waste containing hazardous substances totaling 33,000 lbs. was transported from Daniels Pkg. Co., Inc., with EPA ID No. WID051894244, to the LWD Incinerator Site in 1983; manifested waste containing hazardous substances totaling 121,877 lbs. was transported from Daniels Pkg. Co., Inc., with EPA ID No. WID051894244, to the LWD Incinerator Site in 1984; manifested waste containing hazardous substances totaling 59,060 lbs. was transported from Printpack, with EPA ID No. ILD089825780, to the LWD Incinerator Site in 1985; manifested waste containing hazardous substances totaling 90,072 lbs. was transported from Daniels Packaging, Inc., with EPA ID No. WID005894244, to the LWD Incinerator Site in 1985; three shipments of manifested waste containing hazardous substances totaling 86,007 lbs. were transported from Printpack, with EPA ID No. ILD089825780, to the LWD Incinerator Site in 1986; two shipments of manifested waste containing hazardous substances totaling 55,894 lbs. were transported from Daniels Pkg. Co., Inc., with EPA ID No. NCD030504062, to the LWD Incinerator Site in 1986; six shipments of manifested waste containing hazardous substances totaling 159,020 lbs. were transported from Daniels Pkg. Co., Inc., with EPA ID No. WID051894244, to the LWD Incinerator Site in 1986; three shipments of manifested waste containing hazardous substances totaling 45,357 lbs. were transported from Daniels Pkg. Co., Inc., with EPA ID No. NCD030504062, to the LWD Incinerator Site in 1987; five shipments of manifested waste containing hazardous substances totaling 136,312 lbs. were transported from Daniels Pkg. Co., Inc., with EPA ID No. WID051894244, to the LWD Incinerator Site in 1987; four shipments of manifested waste containing hazardous substances totaling 95,820 lbs. were

transported from Daniels Pkg. Co., Inc., with EPA ID No. WID051894244, to the LWD

Incinerator Site in 1988; and two shipments of manifested waste containing hazardous

substances totaling 56,069 lbs. were transported from Daniels Pkg. Co., Inc., with EPA ID No.

WID051894244, to the LWD Incinerator Site in 1989.

290.    The total weight attributable to Printpack at the LWD Incinerator Site is 938,488

lbs.

291.    To date, Printpack has not paid toward any response costs incurred by the LWD

PRP Group at the LWD Incinerator Site.

292.    By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant

Rail Services, Inc. ("Rail Services") pay its equitable share of LWD Incinerator Site response

costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

293.    EPA issued EPA ID No. KYD991276833 to Rail Services.

294.    According to Annual Reports for the LWD Incinerator Site, manifested waste

containing hazardous substances totaling 48,040 lbs. was transported from Rail Services, with

EPA ID No. KYD991276833, to the LWD Incinerator Site in 1983; manifested waste containing

hazardous substances totaling 18,326 lbs. was transported from Rail Services, with EPA ID No.

KYD991276833, to the LWD Incinerator Site in 1984; three shipments of manifested waste

containing hazardous substances totaling 13,603 lbs. were transported from Rail Services, with

EPA ID No. KYD991276833, to the LWD Incinerator Site in 1985; six shipments of manifested

waste containing hazardous substances totaling 18,668 lbs. were transported from Rail Services,

with EPA ID No. KYD991276833, to the LWD Incinerator Site in 1986; five shipments of

manifested waste containing hazardous substances totaling 22,332 lbs. were transported from

Rail Services, with EPA ID No. KYD991276833, to the LWD Incinerator Site in 1987; five

shipments of manifested waste containing hazardous substances totaling 11,856 lbs. were

transported from Rail Services, with EPA ID No. KYD991276833, to the LWD Incinerator Site in 1988; eleven shipments of manifested waste containing hazardous substances totaling 109,540 lbs. were transported from Rail Services, with EPA ID No. KYD991276833, to the LWD Incinerator Site in 1989; twelve shipments of manifested waste containing hazardous substances totaling 119,771 lbs. were transported from Rail Services, with EPA ID No. KYD991276833, to the LWD Incinerator Site in 1990; eighteen shipments of manifested waste containing hazardous substances totaling 71,404 lbs. were transported from Rail Services, with EPA ID No. KYD991276833, to the LWD Incinerator Site in 1991; nine shipments of manifested waste containing hazardous substances totaling 14,701 lbs. were transported from Rail Services, with EPA ID No. KYD991276833, to the LWD Incinerator Site in 1992; one shipment of manifested waste containing hazardous substances totaling 417 lbs. was transported from Rail Services, with EPA ID No. KYD991276833, to the LWD Incinerator Site in 1993; one shipment of manifested waste containing hazardous substances totaling 3,753 lbs. was transported from Rail Services, with EPA ID No. KYD991276833, to the LWD Incinerator Site in 1996; eight shipments of manifested waste containing hazardous substances totaling 58,604 lbs. were transported from Rail Services, with EPA ID No. KYD991276833, to the LWD Incinerator Site in 1997; seven shipments of manifested waste containing hazardous substances totaling 98,614 lbs. were transported from Rail Services, with EPA ID No. KYD991276833, to the LWD Incinerator Site in 1998; thirteen shipments of manifested waste containing hazardous substances totaling 222,794 lbs. were transported from Rail Services, with EPA ID No. KYD991276833, to the LWD Incinerator Site in 1999; manifested waste containing hazardous substances totaling 29,706 lbs. was transported from Rail Services, with EPA ID No. KYD991276833, to the LWD Incinerator Site in 2000; three shipments of manifested waste containing hazardous substances totaling 22,430 lbs. were transported from Rail Services, with EPA ID No. KYD991276833, to

the LWD Incinerator Site in 2001; seven shipments of manifested waste containing hazardous substances totaling 56,916 lbs. were transported from Rail Services, with EPA ID No. KYD991276833, to the LWD Incinerator Site in 2002; and ten shipments of manifested waste containing hazardous substances totaling 142,960 lbs. were transported from Rail Services, with EPA ID No. KYD991276833, to the LWD Incinerator Site in 2003.

295.    The total weight attributable to Rail Services at the LWD Incinerator Site is 1,084,435 lbs.

296.    To date, Rail Services has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

297.    By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant Regal Beloit America, Inc. ("Regal Beloit") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

298.    Regal Beloit is the parent company and/or successor to Grove Gear Corp., also known as Regal Beloit/Gear Grove Div. ("Grove Gear"); Durst Co., also known as Durst ("Durst"); and/or Marathon Electric Manufacturing Co., also known as Marathon Motors, Marathon Electric Manufacturing Corp. and Marathon Electric Mfg. Corp. ("Marathon").

299.    EPA issued EPA ID No. WIT560010399 to Durst; EPA ID Nos. MOD000668970 and WID006126213 to Marathon; and EPA ID No. WID006095186 to Grove Gear.

300.    According to Annual Reports for the LWD Incinerator Site, manifested waste containing hazardous substances totaling 22,908 lbs. was transported from Marathon with EPA ID No. MOD000668970, to the LWD Incinerator Site in 1983; manifested waste containing hazardous substances totaling 6,664 lbs. was transported from Durst with EPA ID No. WIT560010399, to the LWD Incinerator Site in 1984; manifested waste containing hazardous substances totaling 10,078 lbs. was transported from Marathon with EPA ID No.

MOD000668970, to the LWD Incinerator Site in 1984; manifested waste containing hazardous substances totaling 47,395 lbs. was transported from Marathon with EPA ID No. WID006126213, to the LWD Incinerator Site in 1984; manifested waste containing hazardous substances totaling 10,537 lbs. was transported from Durst with EPA ID No. WIT560010399, to the LWD Incinerator Site in 1985; manifested waste containing hazardous substances totaling 29,780 lbs. was transported from Marathon with EPA ID No. MOD000668970, to the LWD Incinerator Site in 1985; manifested waste containing hazardous substances totaling 50,255 lbs. was transported from Marathon with EPA ID No. WID006126213, to the LWD Incinerator Site in 1985; six shipments of manifested waste containing hazardous substances totaling 43,522 lbs. were transported from Marathon with EPA ID No. WID006126213, to the LWD Incinerator Site in 1986; three shipments of manifested waste containing hazardous substances totaling 21,533 lbs. were transported from Durst with EPA ID No. WIT560010399, to the LWD Incinerator Site in 1986; two shipments of manifested waste containing hazardous substances totaling 28,280 lbs. were transported from Marathon with EPA ID No. MOD000668970, to the LWD Incinerator Site in 1986; two shipments of manifested waste containing hazardous substances totaling 5,950 lbs. were transported from Grove Gear with EPA ID No. WID006095186, to the LWD Incinerator Site in 1986; three shipments of manifested waste containing hazardous substances totaling 24,740 lbs. were transported from Durst with EPA ID No. WIT560010399, to the LWD Incinerator Site in 1987; four shipments of manifested waste containing hazardous substances totaling 39,275 lbs. were transported from Marathon with EPA ID No. WID006126213, to the LWD Incinerator Site in 1987; three shipments of manifested waste containing hazardous substances totaling 33,570 lbs. were transported from Marathon with EPA ID No. MOD000668970, to the LWD Incinerator Site in 1987; two shipments of manifested waste containing hazardous substances totaling 9,000 lbs. were transported from Grove Gear with EPA

ID No. WID006095186, to the LWD Incinerator Site in 1987; four shipments of manifested waste containing hazardous substances totaling 27,031 lbs. were transported from Durst with EPA ID No. WIT560010399, to the LWD Incinerator Site in 1988; five shipments of manifested waste containing hazardous substances totaling 50,550 lbs. were transported from Marathon with EPA ID No. MOD000668970, to the LWD Incinerator Site in 1988; six shipments of manifested waste containing hazardous substances totaling 53,330 lbs. were transported from Marathon with EPA ID No. WID006126213, to the LWD Incinerator Site in 1988; two shipments of manifested waste containing hazardous substances totaling 6,500 lbs. were transported from Grove Gear with EPA ID No. WID006095186, to the LWD Incinerator Site in 1988; two shipments of manifested waste containing hazardous substances totaling 4,580 lbs. were transported from Grove Gear with EPA ID No. WID006095186, to the LWD Incinerator Site in 1989; five shipments of manifested waste containing hazardous substances totaling 35,736 lbs. were transported from Durst with EPA ID No. WIT560010399, to the LWD Incinerator Site in 1989; three shipments of manifested waste containing hazardous substances totaling 22,625 lbs. were transported from Marathon with EPA ID No. MOD000668970, to the LWD Incinerator Site in 1989; six shipments of manifested waste containing hazardous substances totaling 57,692 lbs. were transported from Marathon with EPA ID No. WID006126213, to the LWD Incinerator Site in 1989; and two shipments of manifested waste containing hazardous substances totaling 5,193 lbs. were transported from Marathon with EPA ID No. MOD000668970, to the LWD Incinerator Site in 1990.

301.    The total weight attributable to Regal Beloit at the LWD Incinerator Site is 646,724 lbs.

302.    To date, Regal Beloit has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

303.     By letter dated June 8, 2012, the LWD PRP Group demanded that Defendant Relocatable Confinement Facilities, Inc. ("RCF") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

304.     RCF is the successor to Johnson Fire Doors.

305.     EPA issued EPA ID No. ILD010224355 to Johnson Fire Doors.

306.     According to Annual Reports for the LWD Incinerator Site, two shipments of manifested waste containing hazardous substances totaling 28,765 lbs. were transported from Johnson Fire Doors, with EPA ID No. ILD010224355, to the LWD Incinerator Site in 1995.

307.     The total weight attributable to RCF at the LWD Incinerator Site is 28,765 lbs.

308.     To date, RCF has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

309.     By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant Sabreliner Corp. ("Sabreliner") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

310.     Sabreliner is the successor to Sabreliner Neosho.

311.     EPA issued EPA ID Nos. MOD071982037, MOD071987416, MOD985799139, MOO000192849 and MOO000192856 to Sabreliner; and EPA ID No. MOD050715655 to Sabreliner Neosho.

312.     According to Annual Reports for the LWD Incinerator Site, four shipments of manifested waste containing hazardous substances totaling 27,489 lbs. were transported from Sabreliner, with EPA ID No. MOD071987416, to the LWD Incinerator Site in 1985; six shipments of manifested waste containing hazardous substances totaling 52,687 lbs. were transported from Sabreliner, with EPA ID No. MOD071987416, to the LWD Incinerator Site in 1986; five shipments of manifested waste containing hazardous substances totaling 46,273 lbs.

76

were transported from Sabreliner, with EPA ID No. MOD071987416, to the LWD Incinerator

Site in 1987; four shipments of manifested waste containing hazardous substances totaling

53,154 lbs. were transported from Sabreliner, with EPA ID No. MOD071987416, to the LWD

Incinerator Site in 1988; four shipments of manifested waste containing hazardous substances

totaling 93,254 lbs. were transported from Sabreliner, with EPA ID No. MOD071987416, to the

LWD Incinerator Site in 1989; three shipments of manifested waste containing hazardous

substances totaling 42,608 lbs. were transported from Sabreliner, with EPA ID No.

MOD071987416, to the LWD Incinerator Site in 1990; four shipments of manifested waste

containing hazardous substances totaling 75,849 lbs. were transported from Sabreliner, with EPA

ID No. MOD071987416, to the LWD Incinerator Site in 1991; one shipment of manifested waste

containing hazardous substances totaling 11,100 lbs. was transported from Sabreliner, with EPA

ID No. MOD071982037, to the LWD Incinerator Site in 1992; five shipments of manifested

waste containing hazardous substances totaling 64,780 lbs. were transported from Sabreliner,

with EPA ID No. MOD071987416, to the LWD Incinerator Site in 1992; two shipments of

manifested waste containing hazardous substances totaling 41,650 lbs. were transported from

Sabreliner Neosho, with EPA ID No. MOD050715655, to the LWD Incinerator Site in 1993;

three shipments of manifested waste containing hazardous substances totaling 42,044 lbs. were

transported from Sabreliner, with EPA ID No. MOD071987416, to the LWD Incinerator Site in

1993; one shipment of manifested waste containing hazardous substances totaling 1,376 lbs. was

transported from Sabreliner, with EPA ID No. MOO000192849, to the LWD Incinerator Site in

1994; one shipment of manifested waste containing hazardous substances totaling 459 lbs. was

transported from Sabreliner, with EPA ID No. MOO000192856, to the LWD Incinerator Site in

1994; nine shipments of manifested waste containing hazardous substances totaling 113,555 lbs.

were transported from Sabreliner Neosho, with EPA ID No. MOD050715655, to the LWD

Incinerator Site in 1994; one shipment of manifested waste containing hazardous substances totaling 4,262 lbs. was transported from Sabreliner, with EPA ID No. MOD071982037, to the LWD Incinerator Site in 1994; seventeen shipments of manifested waste containing hazardous substances totaling 501,461 lbs. were transported from Sabreliner, with EPA ID No. MOD071987416, to the LWD Incinerator Site in 1994; one shipment of manifested waste containing hazardous substances totaling 1,835 lbs. was transported from Sabreliner, with EPA ID No. MOD985799139, to the LWD Incinerator Site in 1994; and nine shipments of manifested waste containing hazardous substances totaling 285,970 lbs. were transported from Sabreliner, with EPA ID No. MOD071987416, to the LWD Incinerator Site in 1995.

313.    The total weight attributable to Sabreliner at the LWD Incinerator Site is 1,459,806 lbs.

314.    To date, Sabreliner has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

315.    By letter dated June 8, 2012, the LWD PRP Group demanded that Defendant Sterling Hardware, LLC ("Sterling Hardware") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

316.    Sterling Hardware is the parent company and/or successor to Sterling Casket Hardware Co., Inc. ("Sterling Casket").

317.    EPA issued EPA ID No. VAD000020115 to Sterling Casket.

318.    According to Annual Reports for the LWD Incinerator Site, one shipment of manifested waste containing hazardous substances totaling 1,648 lbs. was transported from Sterling Casket, with EPA ID No. VAD000020115, to the LWD Incinerator Site in 1998; and three shipments of manifested waste containing hazardous substances totaling 13,222 lbs. were

transported from Sterling Casket, with EPA ID No. VAD000020115, to the LWD Incinerator Site in 1999.

319.    The total weight attributable to Sterling Hardware at the LWD Incinerator Site is 14,870 lbs.

320.    To date, Sterling Hardware has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

321.    By letter dated July 23, 2012, the LWD PRP Group demanded that Defendant University of Illinois-Urbana Main Campus ("Univ. of Illinois") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

322.    EPA issued EPA ID No. ILD041544081 to Univ. of Illinois.

323.    According to Annual Reports for the LWD Incinerator Site, two shipments of manifested waste containing hazardous substances totaling 33,154 lbs. were transported from Univ. of Illinois, with EPA ID No. ILD041544081, to the LWD Incinerator Site in 1985; four shipments of manifested waste containing hazardous substances totaling 52,979 lbs. were transported from Univ. of Illinois, with EPA ID No. ILD041544081, to the LWD Incinerator Site in 1986; six shipments of manifested waste containing hazardous substances totaling 32,445 lbs. were transported from Univ. of Illinois, with EPA ID No. ILD041544081, to the LWD Incinerator Site in 1987; ten shipments of manifested waste containing hazardous substances totaling 83,467 lbs. were transported from Univ. of Illinois, with EPA ID No. ILD041544081, to the LWD Incinerator Site in 1988; and three shipments of manifested waste containing hazardous substances totaling 41,692 lbs. were transported from Univ. of Illinois, with EPA ID No. ILD041544081, to the LWD Incinerator Site in 1989.

324.    The total weight attributable to Univ. of Illinois at the LWD Incinerator Site is 243,736 lbs.

325.    To date, Univ. of Illinois has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

326.    By letter dated July 23, 2012, the LWD PRP Group demanded that Defendant University of Iowa ("Univ. of Iowa") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

327.    EPA issued EPA ID No. IAD062761671 to Univ. of Iowa.

328.    According to Annual Reports for the LWD Incinerator Site, one shipment of manifested waste containing hazardous substances totaling 26,656 lbs. was transported from Univ. of Iowa, with EPA ID No. IAD062761671, to the LWD Incinerator Site in 1983; one shipment of manifested waste containing hazardous substances totaling 41,650 lbs. was transported from Univ. of Iowa, with EPA ID No. IAD062761671, to the LWD Incinerator Site in 1986; and two shipments of manifested waste containing hazardous substances totaling 83,300 lbs. were transported from Univ. of Iowa, with EPA ID No. IAD062761671, to the LWD Incinerator Site in 1987.

329.    The total weight attributable to Univ. of Iowa at the LWD Incinerator Site is 151,606 lbs.

330.    To date, Univ. of Iowa has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

331.    By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant Van Dyne & Cotty Co. d/b/a Spirit Services Co. ("Van Dyne & Crotty") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

332.    Van Dyne & Crotty is the parent company and/or successor to Community Towel & Uniform Co.

333.    EPA issued EPA ID No. KYD981753833 to Community Towel & Uniform; EPA ID No. KYD024049660 to Community Towel & Uniform Co.; and EPA ID No. OHD017923335 to Van Dyne & Crotty.

334.    According to Annual Reports for the LWD Incinerator Site, manifested waste containing hazardous substances totaling 21,600 lbs. was transported from Community Towel & Uniform Co., with EPA ID No. KYD024049660, to the LWD Incinerator Site in 1984; four shipments of manifested waste containing hazardous substances totaling 94,863 lbs. were transported from Community Towel & Uniform Co., with EPA ID No. KYD024049660, to the LWD Incinerator Site in 1985; two shipments of manifested waste containing hazardous substances totaling 66,640 lbs. were transported from Van Dyne & Crotty, with EPA ID No. OHD017923335, to the LWD Incinerator Site in 1986; two shipments of manifested waste containing hazardous substances totaling 47,606 lbs. were transported from Van Dyne & Crotty, with EPA ID No. OHD017923335, to the LWD Incinerator Site in 1987; seven shipments of manifested waste containing hazardous substances totaling 227,628 lbs. were transported from Community Towel & Uniform, with EPA ID No. KYD981753833, to the LWD Incinerator Site in 1997; seven shipments of manifested waste containing hazardous substances totaling 198,500 lbs. were transported from Community Towel & Uniform, with EPA ID No. KYD981753833, to the LWD Incinerator Site in 1998; eight shipments of manifested waste containing hazardous substances totaling 212,000 lbs. were transported from Community Towel & Uniform, with EPA ID No. KYD981753833, to the LWD Incinerator Site in 1999; and one shipment of manifested waste containing hazardous substances totaling 94,240 lbs. was transported from Community Towel & Uniform, with EPA ID No. KYD981753833, to the LWD Incinerator Site in 2000.

335.    The total weight attributable to Van Dyne & Crotty at the LWD Incinerator Site is 963,077 lbs.

336.    To date, Van Dyne & Crotty has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

337.    By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant Vertellus Specialties Inc. ("Vertellus") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

338.    Vertellus is the successor to Reilly Industries, Inc. ("Reilly Industries").

339.    EPA issued EPA ID No. ILD006278360 to Reilly Industries.

340.    According to Annual Reports for the LWD Incinerator Site, two shipments of manifested waste containing hazardous substances totaling 13,440 lbs. were transported from Reilly Industries, with EPA ID No. ILD006278360, to the LWD Incinerator Site in 1995; one shipment of manifested waste containing hazardous substances totaling 15,660 lbs. was transported from Reilly Industries, with EPA ID No. ILD006278360, to the LWD Incinerator Site in 1996; one shipment of manifested waste containing hazardous substances totaling 11,060 lbs. was transported from Reilly Industries, with EPA ID No. ILD006278360, to the LWD Incinerator Site in 1997; five shipments of manifested waste containing hazardous substances totaling 88,960 lbs. were transported from Reilly Industries, with EPA ID No. ILD006278360, to the LWD Incinerator Site in 1999; two shipments of manifested waste containing hazardous substances totaling 178,240 lbs. were transported from Reilly Industries, with EPA ID No. ILD006278360, to the LWD Incinerator Site in 2000; seventeen shipments of manifested waste containing hazardous substances totaling 371,620 lbs. were transported from Reilly Industries, with EPA ID No. ILD006278360, to the LWD Incinerator Site in 2001; two shipments of manifested waste containing hazardous substances totaling 16,480 lbs. were transported from Reilly Industries, with EPA ID No. ILD006278360, to the LWD Incinerator Site in 2002; and three shipments of manifested waste containing hazardous substances totaling 36,800 lbs. were

transported from Reilly Industries, with EPA ID No. ILD006278360, to the LWD Incinerator Site in 2003.

341.    The total weight attributable to Vertellus at the LWD Incinerator Site is 732,260 lbs.

342.    To date, Vertellus has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

343.    By letter dated June 8, 2012, the LWD PRP Group demanded that Defendant Wheeler Lumber, LLC ("Wheeler Lumber") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

344.    EPA issued EPA ID No. SDD061536843 to Wheeler Lumber.

345.    According to Annual Reports for the LWD Incinerator Site, eight shipments of manifested waste containing hazardous substances totaling 203,005 lbs. were transported from Wheeler Lumber, with EPA ID No. SDD061536843, to the LWD Incinerator Site in 1999.

346.    The total weight attributable to Wheeler Lumber at the LWD Incinerator Site is 203,005 lbs.

347.    To date, Wheeler Lumber has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

348.    By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant Williamson County Housing Authority ("Williamson Housing Authority") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

349.    EPA issued EPA ID Nos. ILD984919282, IL0000045757, IL0000338020, IL0000338038, IL0000338046, IL0000338053, IL0000340364, IL0000340398, IL0000340422, IL0000340448 and IL0000337998 to Williamson Housing Authority.

350.    According to Annual Reports for the LWD Incinerator Site, one shipment of manifested waste containing hazardous substances totaling 53,760 lbs. was transported from Williamson Housing Authority, with EPA ID No. ILD984919282, to the LWD Incinerator Site in 1993; three shipments of manifested waste containing hazardous substances totaling 168,000 lbs. were transported from Williamson Housing Authority, with EPA ID No. ILD984919282, to the LWD Incinerator Site in 1994; two shipments of manifested waste containing hazardous substances totaling 94,080 lbs. were transported from Williamson Housing Authority, with EPA ID No. IL0000045757, to the LWD Incinerator Site in 1995; two shipments of manifested waste containing hazardous substances totaling 71,680 lbs. were transported from Williamson Housing Authority, with EPA ID No. IL0000337998, to the LWD Incinerator Site in 1995; one shipment of manifested waste containing hazardous substances totaling 11,200 lbs. was transported from Williamson Housing Authority, with EPA ID No. IL0000338020, to the LWD Incinerator Site in 1995; one shipment of manifested waste containing hazardous substances totaling 11,200 lbs. was transported from Williamson Housing Authority, with EPA ID No. IL0000338038, to the LWD Incinerator Site in 1995; one shipment of manifested waste containing hazardous substances totaling 22,400 lbs. was transported from Williamson Housing Authority, with EPA ID No. IL0000338046, to the LWD Incinerator Site in 1995; one shipment of manifested waste containing hazardous substances totaling 11,200 lbs. was transported from Williamson Housing Authority, with EPA ID No. IL0000338053, to the LWD Incinerator Site in 1995; three shipments of manifested waste containing hazardous substances totaling 129,920 lbs. were transported from Williamson Housing Authority, with EPA ID No. IL0000340364, to the LWD Incinerator Site in 1995; one shipment of manifested waste containing hazardous substances totaling 6,720 lbs. was transported from Williamson Housing Authority, with EPA ID No. IL0000340398, to the LWD Incinerator Site in 1995; one shipment of manifested waste

containing hazardous substances totaling 11,200 lbs. was transported from Williamson Housing Authority, with EPA ID No. IL0000340422, to the LWD Incinerator Site in 1995; and one shipment of manifested waste containing hazardous substances totaling 22,400 lbs. was transported from Williamson Housing Authority, with EPA ID No. IL0000340448, to the LWD Incinerator Site in 1995.

351.    The total weight attributable to Williamson Housing Authority at the LWD Incinerator Site is 613,760 lbs.

352.    To date, Williamson Housing Authority has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

353.    By letter dated October 19, 2012, the LWD PRP Group demanded that Defendant York International Corp. ("York") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

354.    York is the parent company and/or successor to Defendant Central Environmental Systems, Inc. ("Central Environmental").

355.    EPA issued EPA ID No. KYD062987748 to York; and EPA ID No. KYD062987748 to Central Environmental.

356.    According to Annual Reports for the LWD Incinerator Site, manifested waste containing hazardous substances totaling 1,500 lbs. was transported from York, with EPA ID No. KYD062987748, to the LWD Incinerator Site in 1982; manifested waste containing hazardous substances totaling 150,080 lbs. was transported from York, with EPA ID No. KYD062987748, to the LWD Incinerator Site in 1983; manifested waste containing hazardous substances totaling 124,050 lbs. was transported from York, with EPA ID No. KYD062987748, to the LWD Incinerator Site in 1984; fifteen shipments of manifested waste containing hazardous substances totaling 270,416 lbs. were transported from Central Environmental, with EPA ID No.

KYD062987748, to the LWD Incinerator Site in 1987; nine shipments of manifested waste containing hazardous substances totaling 142,209 lbs. were transported from Central Environmental, with EPA ID No. KYD062987748, to the LWD Incinerator Site in 1988; ten shipments of manifested waste containing hazardous substances totaling 159,263 lbs. were transported from York, with EPA ID No. KYD062987748, to the LWD Incinerator Site in 1989; one shipment of manifested waste containing hazardous substances totaling 7,060 lbs. was transported from York, with EPA ID No. KYD062987748, to the LWD Incinerator Site in 1990; five shipments of manifested waste containing hazardous substances totaling 78,904 lbs. were transported from York, with EPA ID No. KYD062987748, to the LWD Incinerator Site in 1991; and three shipments of manifested waste containing hazardous substances totaling 19,181 lbs. were transported from York, with EPA ID No. KYD062987748, to the LWD Incinerator Site in 1992.

357.    The total weight attributable to York at the LWD Incinerator Site is 952,663 lbs.

358.    To date, York has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

359.    Alternatively, Central Environmental is responsible for the 412,625 lbs. attributable to EPA ID No. KYD062987748, as alleged in paragraph 521 above.

360.    To date, Central Environmental has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

361.    By letter dated June 8, 2012, the LWD PRP Group demanded that Defendant Zeller Technologies, Inc. ("Zeller") pay its equitable share of LWD Incinerator Site response costs pursuant to Sections 107(a) and 113(f)(1) of CERCLA.

362.    EPA issued EPA ID No. MOD006503593 to Zeller.

363.     According to Annual Reports for the LWD Incinerator Site, one shipment of manifested waste containing hazardous substances totaling 33,380 lbs. was transported from Zeller, with EPA ID No. MOD006503593, to the LWD Incinerator Site in 2003.

364.     The total weight attributable to Zeller at the LWD Incinerator Site is 33,380 lbs.

365.     To date, Zeller has not paid toward any response costs incurred by the LWD PRP Group at the LWD Incinerator Site.

## COUNT I – CONTRIBUTION

366.     The LWD PRP Group alleges and incorporates by reference Paragraph Nos. 1 through 365 of this Complaint as if fully restated herein.

367.     Sections 113(f)(1) and (3)(B) of CERCLA, 42 U.S.C. §§ 9613(f)(1) and (3)(B), provide, in relevant part, that:

> Any person may seek contribution from any other person who is liable or potentially liable under section 9607(a) . . . .
>
> A person who has resolved its liability to the United States or a State for some or all of a response action or for some or all of the costs of such action in an administrative or judicially approved settlement may seek contribution from any person who is not party to a settlement . . . .

368.     The LWD PRP Group and their assignors have resolved their liability to EPA for matters covered in EPA Past Costs AOC I and EPA Past Costs AOC II and have paid all of EPA response costs at the LWD Incinerator Site.

369.     The LWD PRP Group and their assignors have resolved their liability to the State of Kentucky for matters covered in the Kentucky Agreed Order.

370.     All Defendants are liable parties under CERCLA, but have not resolved their liability to the LWD PRP Group, EPA or the State of Kentucky and have paid none of the response costs incurred at the LWD Incinerator Site by the LWD PRP Group (or its assignors), EPA or the State of Kentucky.

371.     To date, the LWD PRP Group (and its assignors) have been compelled to incur and pay at least $5,213,163.74 in response costs at the LWD Incinerator Site under EPA Past Costs AOC I, EPA Past Costs AOC II and the Kentucky Agreed Order.

372.     The LWD PRP Group is entitled to contribution from all Defendants under Section 113(f)(1) of CERCLA, 42 U.S.C. § 9613(f)(1), for Defendants' respective equitable shares of all costs and damages incurred by LWD PRP Group, including applicable interest as provided for in Section 107(a) of CERCLA, 42 U.S.C. § 9607(a).

WHEREFORE, the LWD PRP Group respectfully prays that this Court enter judgment in their favor and against all Defendants for their respective equitable shares of response costs the LWD PRP Group has been compelled to incur and pay under EPA Past Costs AOC I, EPA Past Costs AOC II and the Kentucky Agreed Order. The LWD PRP Group further requests that this Court award interest and costs of suit, including reasonable attorneys' fees and consultant fees as permitted by law; and order any such other relief as the Court may deem just and proper under the circumstances.

## COUNT III – DECLARATORY RELIEF

373.     The LWD PRP Group alleges and incorporates by reference Paragraph Nos. 1 through 372 of this Complaint as if fully restated herein.

374.     There is a present and actual controversy between the LWD PRP Group and all Defendants concerning their respective rights and obligations with respect to the response costs associated with the LWD Incinerator Site, which are not related to the Removal Action AOC.

375.     Section 113(g)(2) of CERCLA, 42 U.S.C. § 9613(g)(2), provides, in relevant part, that:

In any such action described in this subsection, the court shall enter a declaratory judgment on liability for response costs or damages that will be binding on any subsequent action or actions to recover further response costs or damages.  A

subsequent action or actions under section 9607 of this title for further response costs at the vessel or facility may be maintained at any time during the response action, but must be commenced no later than 3 years after the date of completion of all response action.  Except as otherwise provided in this paragraph, an action may be commenced under section 9607 of this title for recovery of costs at any time after such costs have been incurred.

376.    The LWD PRP Group seek a declaratory judgment under Section 113(g)(2) of

CERCLA, 42 U.S.C. § 9613(g)(2), against all Defendants holding them liable for their respective

equitable shares of response costs, which are not related to the Removal Action AOC, and which

will be binding in any subsequent action to recover further response costs.

377.    The LWD PRP Group is further entitled to a declaratory judgment pursuant to 28

U.S.C. §§ 2201 and 2202, declaring the LWD PRP Group's rights against all Defendants.

378.    The LWD PRP Group is entitled to judgment against all Defendants for past and

future response costs incurred in connection with the LWD Incinerator Site, which are not

related to the Removal Action AOC.

WHEREFORE, the LWD PRP Group respectfully prays that this Court enter a

declaratory judgment against all Defendants finding that they are each liable under CERCLA and

are obligated to pay for their equitable shares of all past and future response costs associated with

the LWD Incinerator Site, which are not related to the Removal Action AOC. The LWD PRP

Group further requests that this Court award interest and costs of suit, including reasonable

attorneys' fees and consultant fees as permitted by law; and order any such relief as the Court

may deem just and proper under the circumstances.

Dated:  March 18, 2016

Respectfully Submitted,

THE JUSTIS LAW FIRM LLC

/s/Gary D. Justis
_____

Gary D. Justis                admitted *pro hac vice*
Rachel D. Guthrie          admitted *pro hac vice*
10955 Lowell Ave.
Suite 520
Overland Park, Kansas  66210-2336
Telephone: (913) 955-3712
Facsimile: (913) 955-3711
Email:  gjustis@justislawfirm.com
          rguthrie@justislawfirm.com

          and

W. Fletcher McMurry Schrock (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone: (270) 443-6511
Facsimile: (270) 443-6548
Email: fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 18, 2016, a true and correct copy of the foregoing Plaintiff's Fifth Amended Complaint was served electronically on the counsel of record in this matter by means of the Court's CM/ECF electronic filing system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

/s/ Gary D. Justis
_____

Gary D. Justis