# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 5:12-CV-00127-GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** | ) |
| **Defendants.** | ) |

## MOTION TO DISMISS DEFENDANT UNIVERSITY OF IOWA WITH PREJUDICE

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), respectfully moves this Court for an appropriate Order which dismisses Defendant University of Iowa ("University of Iowa") with prejudice from this cause. In support of this Motion, Plaintiff states as follows:

1. On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery, contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several defendants, including University of Iowa (Dkt. No. 1). On January 30, 2013, Plaintiff filed a First Amended Complaint against several defendants, including University of Iowa (Dkt. No. 581). On March 29, 2013, Plaintiff filed a Second Amended Complaint against the remaining defendants, including University of Iowa (DN 758). On February 27, 2014, Plaintiff filed a Third Amended Complaint against the remaining defendants, including University of Iowa (DN 985). On June 4, 2015, Plaintiff filed a Fourth Amended Complaint against the remaining defendants, including University of Iowa (Dkt. No. 1165). On March 23, 2016, Plaintiff filed a Fifth Amended Complaint against the remaining defendants, including University of Iowa (Dkt. No. 1420).

2. University of Iowa filed a Rule 12(b) Motion to Dismiss Plaintiff's Complaint on February 13, 2013 (Dkt. No. 602), which the Court denied on June 24, 2013 (Dkt. No. 931).

3. University of Iowa filed its Answer to Plaintiff's Second Amended Complaint on July 9, 2013 (Dkt. No. 938). University of Iowa filed its Answer to Plaintiff's Third Amended Complaint on March 10, 2014 (Dkt. No. 993). University of Iowa filed its Answer to Plaintiff's Fourth Amended Complaint on June 9, 2015 (Dkt. No. 1166).

4. Plaintiff has entered into a confidential settlement agreement with University of Iowa, which settles all claims between Plaintiff and University of Iowa for a sum certain and other valuable consideration exchanged between the parties.

5. Under the terms of the settlement agreement with University of Iowa, Plaintiff agreed to file a motion to dismiss all claims between Plaintiff and University of Iowa and to dismiss University of Iowa from this cause with prejudice, each party to bear its own costs.

6. A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing Defendant University of Iowa from this cause with prejudice, each party to bear its own costs, and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated: March 28, 2016

Respectfully submitted,

/s/ Gary D. Justis
Gary D. Justis          admitted *pro hac vice*
Rachel D. Guthrie       admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
10955 Lowell Ave.
Suite 520
Overland Park, KS  66210-2336
Telephone:  (913) 955-3712
Facsimile:  (913) 955-3711
Email:  gjustis@justislawfirm.com
            rguthrie@justislawfirm.com

and

W. Fletcher McMurry Schrock (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone: (270) 443-6511
Facsimile: (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2016, a copy of the foregoing Motion to Dismiss Defendant The University of Iowa with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

/s/ Gary D. Justis
Gary D. Justis