**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION**

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Civil Action No. 5:12-CV-00127-** |
| | ) **GNS-HBB** |
| **ACF INDUSTRIES LLC, et al.** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**ORDER**

Upon the Motion to Dismiss University of Iowa with Prejudice, and for good cause

shown, University of Iowa is dismissed from this cause with prejudice, each party to bear its own

costs.

SO ORDERED this: March 29, 2016



**Greg N. Stivers, Judge
United States District Court**