**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION**

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) )  Civil Action No. 5:12-CV-00127- |
| **ACF INDUSTRIES LLC, et al.** | )  GNS-HBB ) ) |
| **Defendants.** | ) ) |

**MOTION TO DISMISS DEFENDANT
<u>UNIVERSITY OF ILLINOIS-URBANA MAIN CAMPUS WITHOUT PREJUDICE</u>**

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) respectfully moves this Court for an appropriate Order which dismisses Defendant University of University of Illinois-Urbana Main Campus ("University of Illinois") without prejudice from this cause. In support of this Motion, Plaintiff states as follows:

1. On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery, contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several defendants, including University of Illinois (Dkt. No. 1). On January 30, 2013, Plaintiff filed a First Amended Complaint against several defendants, including University of Illinois (Dkt. No. 581). On March 29, 2013, Plaintiff filed a Second Amended Complaint against the remaining defendants, including University of Illinois (DN 758). On February 27, 2014, Plaintiff filed a Third Amended Complaint against the remaining defendants, including University of Illinois (DN 985). On June 4, 2015, Plaintiff filed a Fourth Amended Complaint against the remaining defendants, including University of Illinois (Dkt. No. 1165). On March 23, 2016, Plaintiff filed a

Fifth Amended Complaint against the remaining defendants, including University of Illinois (Dkt. No. 1420).

    2.    University of Illinois has not filed an Answer or motion for summary judgment in this case.

    3.    A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing Defendant University of Illinois-Urbana Main Campus from this cause without prejudice, each party to bear its own costs, and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated: April 8, 2016          Respectfully submitted,

            */s/* Gary D. Justis
            Gary D. Justis        admitted *pro hac vice*
            Rachel D. Guthrie      admitted *pro hac vice*
            THE JUSTIS LAW FIRM LLC
            10955 Lowell Ave.
            Suite 520
            Overland Park, KS  66210-2336
            Telephone:  (913) 955-3712
            Facsimile:  (913) 955-3711
            Email: gjustis@justislawfirm.com
                     rguthrie@justislawfirm.com

            and

            W. Fletcher McMurry Schrock (Ky. Bar# 62283)
            MCMURRY & LIVINGSTON, PLLC
            333 Broadway, 7th Floor
            P.O. Box 1700
            Paducah, Kentucky  42002-1700
            Telephone: (270) 443-6511
            Facsimile: (270) 443-6548
            Email:  fletch@ml-lawfirm.com

            ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2016, a copy of the foregoing Motion to Dismiss Defendant The University of Illinois-Urbana Main Campus without Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

            */s/* Gary D. Justis
            Gary D. Justis