# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 5:12-CV-00127- |
| ) | GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

Upon the Motion to Dismiss University of Illinois-Urbana Main Campus without Prejudice, and for good cause shown, University of Illinois-Urbana Main Campus is dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED this _____ day of _____ 2016.

_____
JUDGE GREGORY N. STIVERS
United States District Court