UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO.:  5:12-cv-00127-GNS-HBB

*Electronically Filed*

**LWD PRP GROUP**                                                                                          **PLAINTIFF**

**v.**

**ACF INDUSTRIES, LLC,** *et al.*                                                                      **DEFENDANTS**

### ANSWER TO FIFTH AMENDED COMPLAINT OF
### DEFENDANT WILLIAMSON COUNTY HOUSING AUTHORITY

Defendant Williamson County Housing Authority, for its Answer to the Fifth Amended Complaint, states:

1. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments in ¶¶ 1-2 of the Amended Complaint, and therefore denies them.

2. With regard to ¶ 3-4 of the Amended Complaint, Defendant admits jurisdiction and venue are proper in this Court with respect to Plaintiff's federal claims. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining averments in ¶¶ 3-4, and therefore denies them.

3. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments in ¶¶ 5-28 of the Amended Complaint, and therefore denies them.

4. With regard to ¶ 29 of the Amended Complaint, Defendant states that the LWD PRP Group is an unincorporated association and lacks capacity to bring claims under state law. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining averments in ¶ 29, and therefore denies them.

5. With regard to ¶¶ 32-347 of the Amended Complaint, no averments are made regarding Defendant and no response is required. To the extent those paragraphs are construed to make averments applicable to Defendant, Defendant is without knowledge or information sufficient to form a belief as to the truth of those averments, and therefore denies them.

6. Defendant admits the averments in ¶ 348 of the Amended Complaint.

7. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments in ¶¶ 349-351 in the Amended Complaint, and therefore denies them.

8. Defendant admits the averments in ¶ 352 of the Amended Complaint.

9. With regard to ¶¶ 353-365 of the Amended Complaint, no averments are made regarding Defendant and no response is required. To the extent those paragraphs are construed to make averments applicable to Defendant, Defendant is without knowledge or information sufficient to form a belief as to the truth of those averments, and therefore denies them.

10. With regard to ¶ 366 of the Amended Complaint, Defendant incorporates its responses above as if fully set forth herein.

11. With regard to ¶ 367 of the Amended Complaint, those averments are merely statements of law to which no response is required.

12. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments in ¶¶ 368-369, and therefore denies them.

13. With regard to ¶ 370 of the Amended Complaint, Defendant admits it has paid no response costs incurred at the Site by any party. Defendant denies the remaining averments in ¶ 370 of the Amended Complaint.

14. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments in ¶ 371 of the Amended Complaint, and therefore denies them.

15. Defendant denies the averments in ¶ 372 of the Amended Complaint.

16. With regard to ¶ 373 of the Amended Complaint, Defendant incorporates its responses above as if fully set forth herein.

17. Defendants admit the averments in ¶ 374 of the Amended Complaint.

18. With regard to ¶¶ 375-376 of the Amended Complaint, those averments are merely statements of law to which no response is required.

19. Defendant denies the averments in ¶¶ 377-378 of the Amended Complaint as applied to this Defendant.

20. Any averments not specifically admitted herein are denied.

## AFFIRMATIVE DEFENSES

1. Plaintiff's claims are barred by the applicable statutes of limitations.

2. Plaintiff's claims are barred by the equitable doctrines of waiver and laches.

**WHEREFORE**, Defendant Williamson County Housing Authority respectfully requests:

1. Dismissal of the Fifth Amended Complaint, with prejudice;

2. An award of its attorney's fees, expenses and costs, where allowed by law; and

3. Any and all other relief to which it is entitled.

Dated: April 11, 2015

Respectfully submitted,

*s/Amy D. Cubbage*
AMY D. CUBBAGE
Ackerson & Yann, PLLC
One Riverfront Plaza, Suite 1200
401 West Main Street
Louisville, Kentucky 40202
Ph:  (502) 583-7400
Fax:  (502) 589-4168
acubbage@ackersonlegal.com

*Counsel for Defendant,*
*Williamson County Housing Authority*

## CERTIFICATE OF SERVICE

 The undersigned certifies that a copy of the foregoing was filed with the clerk of court on April 11, 2016, using the CM/ECF system, which will generate a notice of filing to all counsel of record registered with that system.

*s/Amy D. Cubbage*
***Counsel for Defendant,***
***Williamson County Housing Authority***
