**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**
**CASE NO.:  5:12-cv-00127-GNS-HBB**

*Electronically Filed*

**LWD PRP GROUP**                                                                              **PLAINTIFF**

**v.**

**ACF INDUSTRIES, LLC,** *et. al.*                                                 **DEFENDANTS**

**ANSWER TO FIFTH AMENDED COMPLAINT OF**
**DEFENDANTS PSC, LLC and PHILIP SERVICES CORPORATION**

Defendants PSC, LLC and Philip Services Corporation, for their Answer to the Fifth Amended Complaint, states:

1.        Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in ¶¶ 1-2 of the Amended Complaint, and therefore deny them.

2.        With regard to ¶ 3-4 of the Amended Complaint, Defendants admit jurisdiction and venue are proper in this Court with respect to Plaintiff's federal claims. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining averments in ¶¶ 3-4, and therefore deny them.

3.        Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in ¶¶ 5-28 of the Amended Complaint, and therefore deny them.

4.        With regard to ¶ 29 of the Amended Complaint, Defendants state that the LWD PRP Group is an unincorporated association and lacks capacity to bring claims under state law. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining averments in ¶ 29, and therefore deny them.

5.      With regard to ¶¶ 32-252 of the Amended Complaint, no averments are made regarding Defendants and no response is required.  To the extent those paragraphs are construed to make averments applicable to Defendants, Defendants are without knowledge or information sufficient to form a belief as to the truth of those averments, and therefore deny them.

6.      Defendants admit the averments in ¶ 253 of the Amended Complaint.

7.      Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in ¶¶ 254-257 in the Amended Complaint, and therefore deny them.

8.      Defendants admit the averments in ¶ 258 of the Amended Complaint.

9.      Defendants deny the averments in ¶ 259 of the Amended Complaint.

10.      With regard to ¶¶ 260-365 of the Amended Complaint, no averments are made regarding Defendants and no response is required.  To the extent those paragraphs are construed to make averments applicable to Defendants, Defendants ares without knowledge or information sufficient to form a belief as to the truth of those averments, and therefore deny them.

11.      With regard to ¶ 366 of the Amended Complaint, Defendants incorporate their responses above as if fully set forth herein.

12.      With regard to ¶ 367 of the Amended Complaint, those averments are merely statements of law to which no response is required.

13.      Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in ¶¶ 368-369, and therefore deny them.

14.      With regard to ¶ 370 of the Amended Complaint, Defendants admit they have paid no response costs incurred at the Site by any party.  Defendants deny the remaining averments in ¶ 370 of the Amended Complaint.

15.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in ¶ 371 of the Amended Complaint, and therefore deny them.

16.     Defendants deny the averments in ¶ 372 of the Amended Complaint.

17.     With regard to ¶ 373 of the Amended Complaint, Defendants incorporates their responses above as if fully set forth herein.

18.     Defendants admit the averments in ¶ 374 of the Amended Complaint.

19.     With regard to ¶¶ 375-376 of the Amended Complaint, those averments are merely statements of law to which no response is required.

20.     Defendants deny the averments in ¶¶ 377-378 of the Amended Complaint as applied to these Defendants.

21.     Any averments not specifically admitted herein are denied.

## AFFIRMATIVE DEFENSES

1.      Plaintiff's claims are barred by the applicable statutes of limitations.

2.      Plaintiff's claims are barred by the equitable doctrines of waiver and laches.

3.      Recovery against Defendants is barred due to a previous discharge in bankruptcy.


**WHEREFORE**, Defendants PSC, LLC and Philip Services Corporation respectfully request:

1.      Dismissal of the Fifth Amended Complaint, with prejudice;

2.      An award of its attorney's fees, expenses and costs, where allowed by law; and

3.      Any and all other relief to which it is entitled.


Dated: April 11, 2016


Respectfully submitted,

*s/Amy D. Cubbage*
AMY D. CUBBAGE
Ackerson & Yann, PLLC
One Riverfront Plaza, Suite 1200
401 West Main Street
Louisville, Kentucky 40202
Ph:     (502) 583-7400
Fax:    (502) 589-4168
acubbage@ackersonlegal.com

*Counsel for Defendants*
*PSC, LLC and Philip Services Corporation*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was filed with the clerk of court on April 11, 2016, using the CM/ECF system, which will generate a notice of filing to all counsel of record registered with that system.

*s/Amy D. Cubbage*
**Counsel for Defendants**
**PSC, LLC and Philip Services Corporation**