UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:12-CV-00127-GNS-HBB

LWD PRP GROUP                                                                                          PLAINTIFF

v.

ACF INDUSTRIES LLC, et al.                                                                       DEFENDANTS

## ORDER

The Fifth Amended Complaint in this matter names, *inter alia*, American Woodmark Corp. and CBS Corporation. (Fifth Am. Compl. 1, DN 1420). The docket, however, reflects, *inter alia*, Defendants "American Woodwork Corporation" and "Viacom, Inc."

American Woodmark Corporation answered the Fourth Amended Complaint, though the Clerk labeled the Answer as filed by "American Woodwork Corporation." (Answer, DN 1219). Upon further inspection, every document labeled as being filed by "American Woodwork Corporation" was, in fact, filed by "American Woodmark Corporation." (*See* DN 776-2; DN 780; DN 849; DN 935-1; DN 971-1; DN 1002-2; DN 1003-1; DN 1035-1; DN 1142-1; DN 1168-1; DN 1178-1; DN 1219; DN 1343; DN 1378; DN 1384).

CBS Corporation answered the Fourth Amended Complaint (Answer, DN 1223), and a docket notation from the Clerk's Office states that a paralegal at the office of counsel for CBS Corporation confirmed that "CBS Corporation is the same Defendant as Viacom, Inc." CBS Corporation has also noted in at least one filing that it was improperly named as "Viacom, Inc." (Resp. in Opp'n to Pl.'s Partial Mot. to Strike, DN 1347).

2

**ACCORDINGLY, IT IS HEREBY ORDERED** that the Clerk of Court shall strike American Woodwork Corporation and Viacom, Inc. as Defendants and substitute in their stead American Woodmark Corporation and CBS Corporation.

**Greg N. Stivers, Judge**
**United States District Court**
April 13, 2016

cc: counsel of record