196808

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRCIT OF KENTUCKY
PADUCAH DIVISION

LWD GROUP,                                    )
                                              )
        Plaintiff,                            )
V.                                            )        Civil Action No. 5:12-CV-127-GSN-HBB
                                              )
ACF INDUSTRIES, LLC, et al.                   )
                                              )
        Defendants.                           )
                                              )

MOTION TO STRIKE AND SUBSTITUTE

Comes the Defendant, Brown's Plating Service, Inc. (hereinafter "Brown's Plating"), by

and through counsel, and for their Motion to Strike Defendant Brown's Plating Service, Inc.'s

Answer to the Fifth Amended Complaint (DN 1457) and Motion to Substitute said DN 1457

with Defendant Brown's Plating Service, Inc.'s Amended Answer to the Fifth Amended

Complaint (Attached hereto as "Exhibit A"), and states as follows:

        1.      On April 25, 2016, Defendant Brown's Plating electronically filed its Answer to

the Fifth Amended Complaint; said Answer was assigned Document Number of 1457.

        2.      Due to user error, the appropriate attachment failed to upload to the electronic

filing system.

        WHEREFORE, Defendant moves this Court to enter the attached Order striking DN

1457 from the record and substituting said DN 1457 with the attached Defendant Brown's

Plating Service, Inc.'s Amended Answer to the Fifth Complaint.

Dated: April 27, 2016

Respectfully submitted,

KEULER KELLY HUTCHINS &
BLANKENSHIP, LLP
100 S. 4th Street, Suite 400
Paducah, Kentucky 42001
Tel. No.: (270) 448-8888
Fax No.: (270) 448-0998

By:___/s Robert W. Goff_____
    Robert W. Goff

ATTORNEYS FOR BROWN'S PLATING
SERVICE, INC.

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was filed with the clerk of the court on April 27, 2016, using the CM/ECF system, which will generate a notice of filing to all counsel of record registered with that system.

s/ Robert W. Goff_____
*Counsel for Defendant*
*Brown's Plating Service, Inc.*