196675

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRCIT OF KENTUCKY
## PADUCAH DIVISION

LWD GROUP,             )
                       )
      Plaintiff,     )
V.                    )     Civil Action No. 5:12-CV-127-GSN-HBB
                       )
ACF INDUSTRIES, LLC, et al.   )
                       )
      Defendants.    )
                       )

## DEFENDANT BROWN'S PLATING SERVICE, INC.
## AMENDED ANSWER TO FIFTH AMENDED COMPLAINT

Defendant Brown's Plating Service ("Brown's Plating") for its Answer to the Fifth Amended Complaint states:

1.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments in Paragraphs 1-2 of the Amended Complaint, and therefore denies them.

2.   With regard to Paragraphs 3-4 of the Amended Complaint, Defendant admits jurisdiction and venue are proper in this Court with respect to Plaintiff's alleged federal claims. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining averments in Paragraphs 3-4, and therefore denies them.

3.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments in Paragraphs 5-28 of the Amended Complaint, and therefore denies them.

4.     With regard to Paragraph 29 of the Amended Complaint, Defendant states the LWD PRP Group in an unincorporated association, and thus lacks capacity to bring claims under

state law.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining averments in Paragraph 29 of the Amended Complaint, and therefore denies them.

5.  With regard to Paragraphs 30-77 of the Amended Complaint, no averments are made regarding the Defendant and no response is required.  To the extent those Paragraphs are construed to make averments applicable to Defendant, Defendant is without knowledge or information sufficient to form a belief as to the truth of those averments, and therefore denies them.

6.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments in Paragraphs 78-81 of the Amended Complaint, and therefore denies them.

7.  With regard to Paragraphs 82-365 of the Amended Complaint no averments are made regarding the Defendant and no response is required.  To the extent those Paragraphs are construed to make averments applicable to Defendant, Defendant is without knowledge or information sufficient to form a belief as to the truth of those averments, and therefore denies them.

8.  With regard to Paragraph 366 of the Amended Complaint, Defendant incorporates its responses above as if fully set forth herein.

9.  With regard to Paragraph 367 of the Amended Complaint, those averments are merely statements of law to which no response is required.

10.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments in Paragraphs 368-369, and therefore denies them.

11.     With regard to Paragraph 370 of the Amended Complaint, Defendant admits it has paid no response costs incurred at the Site by any party.  Defendant denies the remaining averments in Paragraph 370 of the Amended Complaint.

12.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments in Paragraph 371 of the Amended Complaint and therefore denies them.

13.     Defendant denies the averments in Paragraph 372 of the Amended Complaint.

14.     With regard to Paragraph 373 of the Amended Complaint, those averments are merely statements of law to which no response is required.

15.     Defendant denies the averments in Paragraph 374 of the Amended Complaint.

16.     With regard to Paragraphs 375-376 of the Amended Complaint, those averments are merely statements of law to which no response is required.

17.     Defendant denies the averments in Paragraphs 377-378 of the Amended Complaint as applied to this Defendant.

18.     Any averments not specifically admitted herein are denied.

## AFFIRMATIVE DEFENSES

1.     Plaintiff's claims are barred by the applicable statutes of limitation.

2.     Plaintiff's claims are barred by equitable doctrines of waiver and laches.

WHEREFORE, Defendant Brown's Plating Service, Inc. respectfully requests:

1.     Dismissal of the Fifth Amended Complaint, with prejudice;

2.     An award of its attorney's fees, expenses and cost, where allowed by law; and

3.     Any and all other relief to which it is entitled.

Dated: April 27, 2016

Respectfully submitted,


KEULER KELLY HUTCHINS &
BLANKENSHIP, LLP
100 S. 4th Street, Suite 400
Paducah, Kentucky 42001
Tel. No.: (270) 448-8888
Fax No.: (270) 448-0998

By:____/s Robert W. Goff_____
        Robert W. Goff

ATTORNEYS FOR BROWN'S PLATING
SERVICE, INC.




CERTIFICATE OF SERVICE


        The undersigned certifies that a copy of the foregoing was filed with the clerk of the court
on April 27, 2016, using the CM/ECF system, which will generate a notice of filing to all
counsel of record registered with that system.


                                s/ Robert W. Goff_____
                                *Counsel for Defendant*
                                *Brown's Plating Service, Inc.*

4