196811

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRCIT OF KENTUCKY
PADUCAH DIVISION

| | | |
|---|---|---|
| LWD GROUP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| V. | ) | Civil Action No. 5:12-CV-127-GSN-HBB |
| | ) | |
| ACF INDUSTRIES, LLC, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

ORDER

Defendant Brown's Plating Service, Inc. having moved this Court for entry of an order striking Defendant Brown's Plating Service, Inc.'s Answer to Fifth Amended Complaint (DN 1457) and substituting Defendant Brown's Plating Service, Inc.'s Amended Answer to Fifth Amended Complaint; and the Court being sufficiently advised;

IT IS HEREBY ORDERED that Defendant's motion to strike and substitute is GRANTED.

cc:   Parties