# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
### PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 5:12-CV-00127-GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** | ) |
| **Defendants.** | ) |

## ORDER

Upon the Motion to Dismiss Indiana-Kentucky Electric Corporation with Prejudice, and for good cause shown, Indiana-Kentucky Electric Corporation is dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED this: May 2, 2016

**Greg N. Stivers, Judge**
**United States District Court**