# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) Civil Action No. 5:12-CV-127-GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** | ) ) ) |
| **Defendants.** | ) ) |

### PLAINTIFF'S ANSWER TO DEFENDANT
### CENTRAL ENVIRONMENTAL SYSTEMS, INC.'S COUNTERCLAIMS

Plaintiff LWD PRP Group ("Plaintiff" or "LWD PRP Group"), by and through counsel, for its Answer to Counterclaims raised by Defendant Central Environmental Systems, Inc. ("CES") in its Answer to Fifth Amended Complaint, Affirmative Defenses, and Counterclaim (Dkt. No. 1433), states as follows:

### COUNTERCLAIM FOR CONTRIBUTION AND
### ALLOCATION AND DECLARATORY JUDGMENT

20. Plaintiff admits Paragraph No. 20 of CES's Counterclaims.

21. Plaintiff admits Paragraph No. 21 of CES's Counterclaims.

22. Plaintiff admits Paragraph No. 22 of CES's Counterclaims.

23. In response to Paragraph No. 23 of CES's Counterclaims, Plaintiff states that 42 U.S.C. §§ 9613(f)(1) speaks for itself.

24. Plaintiff admits Paragraph No. 24 of CES's Counterclaims.

25. Plaintiff denies Paragraph No. 25 of CES's Counterclaims.

26. In response to Paragraph No. 26 of CES's Counterclaims, Plaintiff admits that the LWD, Inc. Superfund Site portion of the LWD Incinerator Site is located at 2745 Industrial

Boulevard in Calvert City, Marshall County, Kentucky. Plaintiff denies all remaining allegations contained in Paragraph No. 26 of CES's Counterclaims.

27. Plaintiff denies Paragraph No. 27 of CES's Counterclaims.

28. Plaintiff denies Paragraph No. 28 of CES's Counterclaims.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Each of CES's Counterclaims fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

CES's Counterclaims are barred by the contribution protections afforded to Plaintiff and its members under Section 113(f)(2) of CERCLA, 42 U.S.C. § 9613(f)(2).

### THIRD AFFIRMATIVE DEFENSE

Each of CES's Counterclaims is barred in whole or in part by the equitable doctrines of laches, waiver and/or unclean hands.

### FOURTH AFFIRMATIVE DEFENSE

CES is estopped from recovering against the LWD PRP Group or its members any response costs attributable to CES's own actions.

The LWD PRP Group reserves the right to assert additional defenses in response to CES's Counterclaims as this cause continues and further information is discovered.

WHEREFORE, having fully answered CES's Counterclaims, Plaintiff respectfully requests that this Court enter Judgment in Plaintiff's favor on CES's Counterclaims, award Plaintiff costs and expenses, including attorneys' fees in defending CES's Counterclaims, and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated: May 11, 2016

Respectfully submitted,

/s/ Gary D. Justis
Gary D. Justis         admitted *pro hac vice*
Rachel D. Guthrie      admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
10955 Lowell Ave.
Suite 520
Overland Park, KS  66210-2336
Telephone:  (913) 955-3712
Facsimile:  (913) 955-3711
Email:  gjustis@justislawfirm.com
        rguthrie@justislawfirm.com

and

W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, KY  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

4

## CERTIFICATE OF SERVICE

      I hereby certify that on May 11, 2016, a copy of the foregoing Answer to Defendant Central Environmental Systems, Inc.'s Counterclaims was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's Electronic Case Filing System.

      /s/ Gary D. Justis
      Gary D. Justis