**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION**

| | | |
|---|---|---|
| **LWD PRP GROUP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 5:12-CV-127-GNS-** |
| | ) | **HBB** |
| **ACF INDUSTRIES LLC, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**PLAINTIFF'S ANSWER TO DEFENDANT
WHEELER LUMBER, LLC'S COUNTERCLAIMS**

Plaintiff LWD PRP Group ("Plaintiff" or "LWD PRP Group"), by and through counsel,

for its Answer to Counterclaims raised by Defendant Wheeler Lumber, LLC ("Wheeler

Lumber") in its Answer to Fifth Amended Complaint, Affirmative Defenses, and Counterclaim

(Dkt. No. 1455), states as follows:

**COUNTERCLAIM FOR CONTRIBUTION AND
ALLOCATION AND DECLARATORY JUDGMENT**

19.     Plaintiff admits Paragraph No. 19 of Wheeler Lumber's Counterclaims.

20.     Plaintiff admits Paragraph No. 20 of Wheeler Lumber's Counterclaims.

21.     Plaintiff admits Paragraph No. 21 of Wheeler Lumber's Counterclaims.

22.     In response to Paragraph No. 22 of Wheeler Lumber's Counterclaims, Plaintiff

states that 42 U.S.C. §§ 9613(f)(1) speaks for itself.

23.     Plaintiff admits Paragraph No. 23 of Wheeler Lumber's Counterclaims.

24.     Plaintiff denies Paragraph No. 24 of Wheeler Lumber's Counterclaims.

25.     In response to Paragraph No. 25 of Wheeler Lumber's Counterclaims, Plaintiff

admits that the LWD, Inc. Superfund Site portion of the LWD Incinerator Site is located at 2745

Industrial Boulevard in Calvert City, Marshall County, Kentucky. Plaintiff denies all remaining allegations contained in Paragraph No. 25 of Wheeler Lumber's Counterclaims.

26.     Plaintiff denies Paragraph No. 26 of Wheeler Lumber's Counterclaims.

27.     Plaintiff denies Paragraph No. 27 of Wheeler Lumber's Counterclaims.

<u>AFFIRMATIVE DEFENSES</u>

FIRST AFFIRMATIVE DEFENSE

Each of Wheeler Lumber's Counterclaims fails to state a claim upon which relief can be granted.

SECOND AFFIRMATIVE DEFENSE

Wheeler Lumber's Counterclaims are barred by the contribution protections afforded to Plaintiff and its members under Section 113(f)(2) of CERCLA, 42 U.S.C. § 9613(f)(2).

THIRD AFFIRMATIVE DEFENSE

Each of Wheeler Lumber's Counterclaims is barred in whole or in part by the equitable doctrines of laches, waiver and/or unclean hands.

FOURTH AFFIRMATIVE DEFENSE

Wheeler Lumber is estopped from recovering against the LWD PRP Group or its members any response costs attributable to Wheeler Lumber's own actions.

The LWD PRP Group reserves the right to assert additional defenses in response to Wheeler Lumber's Counterclaims as this cause continues and further information is discovered.

WHEREFORE, having fully answered Wheeler Lumber's Counterclaims, Plaintiff respectfully requests that this Court enter Judgment in Plaintiff's favor on Wheeler Lumber's Counterclaims, award Plaintiff costs and expenses, including attorneys' fees in defending Wheeler Lumber's Counterclaims, and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated: May 11, 2016                    Respectfully submitted,

/s/ Gary D. Justis
Gary D. Justis          admitted *pro hac vice*
Rachel D. Guthrie       admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
10955 Lowell Ave.
Suite 520
Overland Park, KS  66210-2336
Telephone:  (913) 955-3712
Facsimile:  (913) 955-3711
Email:  gjustis@justislawfirm.com
            rguthrie@justislawfirm.com

and

W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, KY  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2016, a copy of the foregoing Answer to Defendant Wheeler Lumber, LLC's Counterclaims was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's Electronic Case Filing System.

/s/ Gary D. Justis
Gary D. Justis