#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE WESTERN DISTRICT OF KENTUCKY
#### PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Civil Action No. 5:12CV-127-R** |
| ) | **Motion to Admit Counsel** *Pro* |
| **ACF INDUSTRIES LLC, et al.** ) | *Hac Vice* |
| ) | |
| Defendants. ) | |

### MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Plaintiff LWD PRP Group, by and through counsel, upon the annexed affidavit in support of this motion and the Certificate of Good Standing annexed thereto, respectfully move this Court, pursuant to Local Rule 83.2 of the United States District Court for the Western District of Kentucky, for an Order allowing the admission of Matthew T. Merryman, an attorney with the law firm of The Justis Law Firm LLC, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel. Matthew T. Merryman is a member in good standing of the Bars of the State of Missouri, and the United States District Courts for the Western District of Missouri. There are no pending disciplinary proceedings against Matthew T. Merryman in any State or Federal Court.

Dated:  May 18, 2016

Respectfully submitted,

/s/ W. Fletcher McMurry Schrock
W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
201 Broadway
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2016, a copy of the foregoing Motion to Admit Counsel *Pro Hac Vice* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

/s/ W. Fletcher McMurry Schrock
W. Fletcher McMurry Schrock