# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| Plaintiff, | ) )  ) |
| v. | )  Civil Action No. 5:12-CV-00127- )  JHM |
| ACF INDUSTRIES LLC, et al. | ) )  Affidavit of Matthew T. Merryman |
| Defendants. | ) ) |

## AFFIDAVIT OF MATTHEW T. MERRYMAN

STATE OF KANSAS         )
                                           )   ss.
COUNTY OF JOHNSON  )

Matthew T. Merryman, being duly sworn, hereby deposes and states as follows:

1. I am an attorney with the law firm of The Justis Law Firm LLC.

2. I submit this affidavit in support of the motion for my admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bars of the States of Missouri. I am also a member in good standing of the Bar of the United States District Court for the Western District of Missouri.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I consent to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

6. I have completed the ECF/CM training through the Western District of Missouri and again in the Northern District of Ohio prior to admission in those districts.

7. I have enclosed the prescribed $125.00 fee with this Motion.

8. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* for Plaintiff in this one case.

Dated: 5-25-16

Respectfully submitted,

Matthew T. Merryman
The Justis Law Firm LLC
5251 W. 116th Place
Suite 200
Leawood, KS 66211-7820
Telephone: (913) 955-3710
Facsimile: (913) 955-3711
Email: rguthrie@justislawfirm.com

On this 25th day of May, 2016, before me, the undersigned, a Notary Public within and for said County and State, personally appeared Rachel D. Guthrie, to me known to be the person described in and who executed the foregoing instrument, and acknowledged that he executed the same of his free act and deed.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year last above written.

Kathleen Novicky
Notary Public

My Commission Expires:

May 22, 2019

NOTARY PUBLIC - State of Kansas
KATHLEEN M. NOVICKY
My Appt. Expires 5/22/19

2