# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA          )
                                  )  ss.
WESTERN DISTRICT OF MISSOURI      )

    I, Paige Wymore-Wynn, Acting Clerk of the United States District Court for the Western District of Missouri,

    DO HEREBY CERTIFY that Matthew T. Merryman was duly admitted to practice in said Court on October 9, 2013.

    Matthew T. Merryman is currently an active member and has not been disciplined by this Court.

Dated at Jefferson City, Missouri      *Paige Wymore-Wynn*
on May 17, 2016      Paige Wymore-Wynn, Acting Clerk

    By      *Jeri Russel*
     Jeri Russel, Deputy Clerk