*The Supreme Court of Missouri*



*Certificate of Admission as an Attorney at Law*

I, Bill L. Thompson, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 9/18/2013,

*Matthew Travers Merryman*

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 20th day of May 2016.

*Bill L. Thompson*

Clerk of the Supreme Court of Missouri