OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Room 127 Federal Building
501 Broadway
Paducah, KY 42001-6801

OFFICIAL BUSINESS

5:12-CV-127-GNS
DN 492 and
ECF registration forms

**FILED**
VANESSA L. ARMSTRONG, CLERK
JUN 27 2016
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Matthew T. Merryman
The Justis Law Firm LLC
5251 W. 116th Place
Leawood, KS 66211

Hasler
06/01/2016
US POSTAGE $000.67
FIRST-CLASS
ZIP 42001
011E10670042

RETURN TO SENDER



NIXIE   000004349-1N   06/20/16
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
RETURN TO SENDER