**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION**

| | |
|---|---|
| **LWD PRP GROUP,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 5:12CV-127-R |
| ) | |
| **ACF INDUSTRIES LLC, et al.** ) | *(Electronically Filed)* |
| ) | |
|     **Defendants.** ) | |
| ) | |

## ATTORNEYS FOR PLAINTIFF LWD GROUP'S

## NOTICE OF CHANGE OF ADDRESS

Please take notice that Plaintiff LWD PRP Group, by and through counsel, provides notice of the following change of address for counsel of record:

    Gary D. Justis    admitted *pro hac vice*
    Rachel D. Guthrie    admitted *pro hac vice*
    Matthew T. Merryman    admitted *pro hac vice*
    THE JUSTIS LAW FIRM LLC
    10955 Lowell Ave. Suite 520
    Overland Park, KS  66210-2336
    Telephone:  (913) 955-3712
    Facsimile:  (913) 955-3711
    Email:  gjustis@justislawfirm.com
          rguthrie@justislawfirm.com
          mmerryman@justislawfirm and

    W. Fletcher McMurry Schrock (Ky. Bar# 62283)
    MCMURRY & LIVINGSTON, PLLC
    201 Broadway
    P.O. Box 1700
    Paducah, KY  42002-1700
    Telephone:  (270) 443-6511
    Facsimile:  (270) 443-6548
    Email:  fletch@ml-lawfirm.com

    ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

Respectfully submitted,

/s/ W. Fletcher McMurry Schrock
W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
201 Broadway
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2016, a copy of the foregoing Notice of Change of Address was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

/s/ W. Fletcher McMurry Schrock
W. Fletcher McMurry Schrock