IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:12-CV-127-GNS-HBB

LWD PRP GROUP                                                                                       PLAINTIFF

vs.

ACF INDUSTRIES, LLC, et al.                                                                    DEFENDANTS

## NOTICE OF FILING OF BANKRUPTCY PETITION

## AND OF THE AUTOMATIC STAY

**PLEASE TAKE NOTICE** that on May 31, 2016, the following entities filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware, jointly administered under case number 16-11290:

- Vertellus Specialties Holdings Corp.
- Vertellus Specialties Inc.
- Vertellus Agriculture & Nutrition Specialties LLC
- Tibbs Avenue Company
- Vertellus Specialties PA LLC
- Vertellus Health & Specialty Products LLC
- Vertellus Specialties MI LLC
- Vertellus Performance Materials Inc.
- Rutherford Chemicals LLC
- Solar Aluminum Technology Services (d/b/a S.A.L.T.S.)
- MRM Toluic Company, Inc.

Pursuant to 11 U.S.C. §362(a), this lawsuit against Vertellus Specialties Inc. is stayed, and all actions taken in violation of the stay are null and void.

[*Remainder of Page Intentionally Left Blank*.]

                        WHITLOW, ROBERTS, HOUSTON & STRAUB PLLC
                        Attorneys for Defendant Vertellus Specialties, Inc.

By:   */s/ Nicholas M. Holland*
       Nicholas M. Holland
       nholland@whitlow-law.com
       Post Office Box 995
       Paducah, Kentucky 42002-0995
       270-443-4516 (Telephone)
       270-443-4571 (Facsimile)

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 19th day of July 2016, I have filed the foregoing through the CM/ECF system, which will forward an electronic copy to the counsel of record.

    I further certify that I have served the following non-ECF participants via first class mail:

All American Group, Inc.
Attn: Michael Healy
645 5th Avenue
New York, NY 10022

Andover Coils, LLC
Post Office Box 4848
Lafayette, Indiana 47903

Hannah Maritime Corporation
102 West Emerson
Arlington Heights, Illinois 60005

Relocatable Confinement Facilities
Attn: Ken Holloway
5119 Quinn Road
Vacaville, CA 95688

Zeller Technologies, Inc.
4250 Hoffmeister Avenue
St. Louis, Missouri 63125

                        */s/ Nicholas M. Holland*
                        Nicholas M. Holland