# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** )<br>)<br>    **Plaintiff,** )<br>)<br>v. )<br>)<br>**ACF INDUSTRIES LLC, et al.** )<br>)<br>    **Defendants.** )<br>) | Civil Action No. 5:12-CV-00127-GNS-HBB |

## ORDER

Upon the Motion to Dismiss York International Corp. and Central Environmental Systems, Inc. with Prejudice, and for good cause shown, York International Corp. and Central Environmental Systems, Inc. are dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED this _____ day of _____ 2016.

_____
JUDGE GREGORY N. STIVERS
United States District Court