IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 5:12-CV-00127-GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** | ) ) |
| Defendants. | ) ) |

## ORDER

Upon the Motion to Dismiss York International Corp. and Central Environmental Systems, Inc. with Prejudice, and for good cause shown, York International Corp. and Central Environmental Systems, Inc. are dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED this: July 25, 2016

**Greg N. Stivers, Judge**
**United States District Court**