IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **ACF INDUSTRIES LLC, et al.** ) <br> ) <br> **Defendants.** ) <br> ) | Civil Action No. 5:12-CV-00127-GNS-HBB |

**MOTION TO DISMISS DEFENDANT
REGAL BELOIT AMERICA, INC. WITH PREJUDICE**

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), respectfully moves this Court for an appropriate Order which dismisses Defendant Regal Beloit America, Inc. ("Regal Beloit") with prejudice from this cause. In support of this Motion, Plaintiff states as follows:

1. On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery, contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several defendants (Dkt. No. 1). On January 30, 2013, Plaintiff filed a First Amended Complaint, naming Regal Beloit as an additional defendant, among others (Dkt. No. 581). On March 29, 2013, Plaintiff filed a Second Amended Complaint against all defendants, including Regal Beloit (Dkt. No. 758). On February 27, 2014, Plaintiff filed a Third Amended Complaint against the remaining defendants, including Regal Beloit (Dkt. No. 985). On June 4, 2015, Plaintiff filed a Fourth Amended Complaint against the remaining defendants, including Regal Beloit (Dkt. No. 1165). On March 23, 2016, Plaintiff filed a Fifth Amended Complaint against the remaining defendants, including Regal Beloit (Dkt. No. 1420).

2. Regal Beloit is one of the defendants that filed a Rule 12(b)(6) motion to dismiss Plaintiff's Second Amended Complaint (Dkt. No. 776), which the Court denied on February 7, 2014 (Dkt. No. 961).

3. Regal Beloit is also one of the defendants that filed the Rule 12(b)(6) motion to dismiss Plaintiff's Third Amended Complaint (Dkt. No. 1002), which the Court granted on March 3, 2015 (Dkt. No. 1137), but clarified when granting Plaintiff's Motion for Reconsideration and for Leave to File an Amended Complaint, or Alternatively, Interlocutory Appeal (Dkt. No. 1164).

4. Regal Beloit is also one of the defendants that filed the Rule 12(b)(6) motion to dismiss Plaintiff's Fourth Amended Complaint (Dkt. No. 1168), which the Court denied on November 4, 2015 (Dkt. No. 1191).

5. Regal Beloit filed an Answer and Counterclaim to Plaintiff's Fourth Amended Complaint on December 30, 2015 (Dkt. No. 1245), and an Answer and Counterclaim to Plaintiff's Fifth Amended Complaint on April 20, 2016 (Dkt. No. 1451).

6. Plaintiff has entered into a confidential settlement agreement with Regal Beloit, which settles all claims between Plaintiff and Regal Beloit for a sum certain and other valuable consideration exchanged between the parties.

7. Under the terms of the settlement agreement with Regal Beloit, Plaintiff agreed to file a motion to dismiss Regal Beloit from this cause with prejudice, each party to bear its own costs.

8. A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing Defendant Regal Beloit America, Inc. from this cause with prejudice, each party to bear its own costs, and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated: August 5, 2016							Respectfully submitted,


							*/s/* Gary D. Justis
							Gary D. Justis		admitted *pro hac vice*
							Rachel D. Guthrie		admitted *pro hac vice*
							Matthew T. Merryman	admitted *pro hac vice*
							THE JUSTIS LAW FIRM LLC
							10955 Lowell Ave.
							Suite 520
							Overland Park, KS  66210-2336
							Telephone:  (913) 955-3712
							Facsimile:  (913) 955-3711
							Email:  gjustis@justislawfirm.com
								rguthrie@justislawfirm.com
								mmerryman@justislawfirm.com

							and

							W. Fletcher McMurry Schrock (Ky. Bar# 62283)
							MCMURRY & LIVINGSTON, PLLC
							201 Broadway
							P.O. Box 1700
							Paducah, Kentucky  42002-1700
							Telephone: (270) 443-6511
							Facsimile: (270) 443-6548
							Email:  fletch@ml-lawfirm.com

							ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## CERTIFICATE OF SERVICE

    I hereby certify that on August 5, 2016, a copy of the foregoing Motion to Dismiss Defendant Regal Beloit America, Inc. with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

                                                                             */s/* Gary D. Justis
                                                                             Gary D. Justis