**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION**

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )   **Civil Action No. 5:12-CV-00127-** |
| | )   **GNS-HBB** |
| **ACF INDUSTRIES LLC, et al.** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**ORDER**

Upon the Motion to Dismiss Regal Beloit America, Inc. with Prejudice, and for good

cause shown, Regal Beloit America, Inc. is dismissed from this cause with prejudice, each party

to bear its own costs.

SO ORDERED this _____ day of _____ 2016.

_____
JUDGE GREGORY N. STIVERS
United States District Court