IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 5:12-CV-00127-GNS-HBB |
| ACF INDUSTRIES LLC, et al. | ) ) |
| Defendants. | ) ) |

## ORDER

Upon the Motion to Dismiss Regal Beloit America, Inc. with Prejudice, and for good cause shown, Regal Beloit America, Inc. is dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED this:   August 9, 2016

Greg N. Stivers, Judge
United States District Court