IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:12-CV-127-GNS-HBB

LWD PRP GROUP                                                                                   PLAINTIFF

vs.

ACF INDUSTRIES, LLC, et al.                                                             DEFENDANTS

### NOTICE OF FILING OF BANKRUPTCY PETITION
### AND OF THE AUTOMATIC STAY

**PLEASE TAKE NOTICE** that on May 31, 2016, the following entity filed voluntary petitions for relief chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware, jointly administered under case number 16-11359:

- Champion Laboratories, Inc.

This Chapter 11 case is jointly administered for procedural purposes with certain affiliated debtors in possession at Case No. 16-11354.

Pursuant to 11 U.S.C. § 362(a), this lawsuit against Champion Laboratories Inc. is stayed, and all actions taken in violation of the stay are null and void.

[Remainder of Page Intentionally Left Blank]

- 2 -

WHITLOW, ROBERTS, HOUSTON & STRAUB PLLC

By: */s/ Nicholas M. Holland*
Nicholas M. Holland
nholland@whitlow-law.com
Post Office Box 995
Paducah, Kentucky 42002-0995
270-443-4516 (Telephone)
270-443-4571

**CERTIFICATE OF SERVICE**

I hereby certify that on this **29** day of August 2016, I have filed the foregoing through the CM/ECF system, which will forward an electronic copy of the counsel of record.

I further certify that I have served the following non-ECF participants via first class mail:

All American Group, Inc.
Attn: Michael Healy
645 5th Avenue
New York, NY 10022

Andover Coils, LLC
Post Office Box 4848
Lafayette, Indiana 47903

Hannah Maritime Corporation
102 West Emerson
Arlington Heights, Illinois 60005

Relocatable Confinement Facilities
Attn: Ken Holloway
5119 Quinn Road
Vacaville, CA 95688

Zeller Technologies, Inc.
4250 Hoffmeister Avenue
St. Louis, Missouri 63125

*/s/ Nicholas M. Holland*
Nicholas M. Holland