# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 5:12-CV-00127-GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** | ) ) ) |
| Defendants. | ) ) |

## MOTION TO DISMISS DEFENDANT HOUSING AUTHORITY OF HOPKINSVILLE, KENTUCKY WITH PREJUDICE

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), respectfully moves this Court for an appropriate Order which dismisses Defendant Housing Authority of Hopkinsville, Kentucky ("Hopkinsville Housing Authority") with prejudice from this cause. In support of this Motion, Plaintiff states as follows:

1. On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery, contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several defendants, including Hopkinsville Housing Authority (Dkt. No. 1). On January 30, 2013, Plaintiff filed a First Amended Complaint against the original defendants, including Hopkinsville Housing Authority, along with additional defendants (Dkt. No. 581). On March 29, 2013, Plaintiff filed a Second Amended Complaint against all defendants, including Hopkinsville Housing Authority (Dkt. No. 758). On February 27, 2014, Plaintiff filed a Third Amended Complaint against the remaining defendants, including Hopkinsville Housing Authority (Dkt. No. 985). On June 4, 2015, Plaintiff filed a Fourth Amended Complaint against the remaining defendants, including Hopkinsville Housing Authority (Dkt. No. 1165). On March 23, 2016,

Plaintiff filed a Fifth Amended Complaint against the remaining defendants, including Hopkinsville Housing Authority (Dkt. No. 1420).

2. Hopkinsville Housing Authority is one of the defendants that filed the Rule 12(b)(6) motion to dismiss Plaintiff's Third Amended Complaint (Dkt. No. 1002), which the Court granted on March 3, 2015 (Dkt. No. 1137), but clarified when granting Plaintiff's Motion for Reconsideration and for Leave to File an Amended Complaint, or Alternatively, Interlocutory Appeal (Dkt. No. 1164).

3. Hopkinsville Housing Authority is also one of the defendants that filed the Rule 12(b)(6) motion to dismiss Plaintiff's Fourth Amended Complaint (Dkt. No. 1168), which the Court denied on November 4, 2015 (Dkt. No. 1191).

4. Hopkinsville Housing Authority filed an Answer and Counterclaim to Plaintiff's Fourth Amended Complaint on December 30, 2015 (Dkt. No. 1234), and an Answer and Counterclaim to Plaintiff's Fifth Amended Complaint on April 20, 2016 (Dkt. No. 1441).

5. Plaintiff has entered into a confidential settlement agreement with Hopkinsville Housing Authority, which settles all claims between Plaintiff and Hopkinsville Housing Authority for a sum certain and other valuable consideration exchanged between the parties.

6. Under the terms of the settlement agreement with Hopkinsville Housing Authority, Plaintiff agreed to file a motion to dismiss Hopkinsville Housing Authority from this cause with prejudice, each party to bear its own costs.

7. A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing Defendant Housing Authority of Hopkinsville, Kentucky from this cause with prejudice, each party to bear its own costs, and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated: October 21, 2016    Respectfully submitted,

*/s/* Gary D. Justis
Gary D. Justis          admitted *pro hac vice*
Rachel D. Guthrie       admitted *pro hac vice*
Matthew T. Merryman     admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
10955 Lowell Ave.
Suite 520
Overland Park, KS  66210-2336
Telephone:  (913) 955-3712
Facsimile:  (913) 955-3711
Email:  gjustis@justislawfirm.com
        rguthrie@justislawfirm.com
        mmerryman@justislawfirm.com

and

W. Fletcher McMurry Schrock (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
201 Broadway
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone: (270) 443-6511
Facsimile: (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 21, 2016, a copy of the foregoing Motion to Dismiss Defendant Housing Authority of Hopkinsville, Kentucky with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

                                                                       */s/* Gary D. Justis
                                                                       Gary D. Justis