IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 5:12-CV-00127-GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** | ) |
| **Defendants.** | ) |

## ORDER

Upon the Motion to Dismiss Housing Authority of Hopkinsville, Kentucky with Prejudice, and for good cause shown, Housing Authority of Hopkinsville, Kentucky is dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED this:   October 24, 2016

**Greg N. Stivers, Judge**
**United States District Court**