# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) Civil Action No. 5:12-CV-00127-<br>) GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** | )<br>) |
| **Defendants.** | )<br>) |

## ORDER

Upon the Motion to Dismiss American Woodmark Corp. with Prejudice, and for good cause shown, American Woodmark Corp. is dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED this: October 26, 2016

**Greg N. Stivers, Judge**
**United States District Court**