**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**

| | |
|---|---|
| **LWD PRP GROUP,**      ) | |
| ) | |
|     **Plaintiff,**      ) | |
| ) | |
| **v.**      ) | **Civil Action No. 5:12-CV-00127-** |
| ) | **GNS-HBB** |
| **ACF INDUSTRIES LLC, et al.**      ) | |
| ) | |
|     **Defendants.**      ) | |
| ) | |

**MOTION TO DISMISS DEFENDANT**
**COLUMBIA COUNTY, NEW YORK WITH PREJUDICE**

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), respectfully moves this Court for an appropriate Order which dismisses Defendant Columbia County, New York ("Columbia County") with prejudice from this cause. In support of this Motion, Plaintiff states as follows:

1.  On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery, contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several defendants, including Columbia County (Dkt. No. 1). On January 30, 2013, Plaintiff filed a First Amended Complaint against the original defendants, including Columbia County, along with additional defendants (Dkt. No. 581). On March 29, 2013, Plaintiff filed a Second Amended Complaint against all defendants, including Columbia County (Dkt. No. 758). On February 27, 2014, Plaintiff filed a Third Amended Complaint against the remaining defendants, including Columbia County (Dkt. No. 985). On June 4, 2015, Plaintiff filed a Fourth Amended Complaint against the remaining defendants, including Columbia County (Dkt. No. 1165). On March 23, 2016, Plaintiff filed a Fifth Amended Complaint against the remaining defendants, including Columbia County (Dkt. No. 1420).

2.    Columbia County is one of the defendants that filed a Rule 12(b)(6) motion to dismiss Plaintiff's Second Amended Complaint (Dkt. No. 881), which the Court denied on February 7, 2014 (Dkt. No. 961).

3.    Columbia County is one of the defendants that filed the Rule 12(b)(6) motion to dismiss Plaintiff's Third Amended Complaint (Dkt. No. 1002), which the Court granted on March 13, 2015 (Dkt. No. 1137), but clarified when granting Plaintiff's Motion for Reconsideration and for Leave to File an Amended Complaint, or Alternatively, Interlocutory Appeal (Dkt. No. 1164).

4.    Columbia County is also one of the defendants that filed the Rule 12(b)(6) motion to dismiss Plaintiff's Fourth Amended Complaint (Dkt. No. 1168), which the Court denied on November 4, 2015 (Dkt. No. 1191).

5.    Columbia County filed an Answer and Counterclaim to Plaintiff's Fourth Amended Complaint on December 30, 2015 (Dkt. No. 1227), and an Answer and Counterclaim to Plaintiff's Fifth Amended Complaint on April 20, 2016 (Dkt. No. 1436).

6.    Plaintiff has entered into a confidential settlement agreement with Columbia County, which settles all claims between Plaintiff and Columbia County for a sum certain and other valuable consideration exchanged between the parties.

7.    Under the terms of the settlement agreement with Columbia County, Plaintiff agreed to file a motion to dismiss Columbia County from this cause with prejudice, each party to bear its own costs.

8.    A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing Defendant Columbia County, New York from this cause with prejudice, each party to bear its own costs, and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated: October 27, 2016                    Respectfully submitted,

                                           /s/ Gary D. Justis
                                           Gary D. Justis          admitted *pro hac vice*
                                           Rachel D. Guthrie        admitted *pro hac vice*
                                           Matthew T. Merryman      admitted *pro hac vice*
                                           THE JUSTIS LAW FIRM LLC
                                           10955 Lowell Ave.
                                           Suite 520
                                           Overland Park, KS  66210-2336
                                           Telephone:  (913) 955-3712
                                           Facsimile:  (913) 955-3711
                                           Email:  gjustis@justislawfirm.com
                                                   rguthrie@justislawfirm.com
                                                   mmerryman@justislawfirm.com

                                                   and

                                           W. Fletcher McMurry Schrock (Ky. Bar# 62283)
                                           MCMURRY & LIVINGSTON, PLLC
                                           201 Broadway
                                           P.O. Box 1700
                                           Paducah, Kentucky  42002-1700
                                           Telephone: (270) 443-6511
                                           Facsimile: (270) 443-6548
                                           Email:  fletch@ml-lawfirm.com

                                           ATTORNEYS FOR PLAINTIFF LWD PRP
                                           GROUP

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 27, 2016, a copy of the foregoing Motion to Dismiss Defendant Columbia County, New York with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

*/s/* Gary D. Justis

Gary D. Justis