IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 5:12-CV-00127-GNS-HBB |
| ACF INDUSTRIES LLC, et al. | ) |
| Defendants. | ) |

## ORDER

Upon the Motion to Dismiss Columbia County, New York with Prejudice, and for good cause shown, Columbia County, New York is dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED this: October 31, 2016

Greg N. Stivers, Judge
United States District Court