IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 5:12-CV-00127-GNS-HBB |
| ACF INDUSTRIES LLC, et al. | ) |
| Defendants. | ) |

## ORDER

Upon the Motion to Dismiss Colonial Pipeline Co. with Prejudice, and for good cause shown, Colonial Pipeline Co. is dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED this: November 9, 2016

**Greg N. Stivers, Judge**
**United States District Court**