# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) Civil Action No. 5:12-CV-00127-<br>) GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** | )<br>) |
| **Defendants.** | )<br>) |

## ORDER

Upon the Motion to Dismiss Cooper-Standard Automotive, Inc. with Prejudice, and for good cause shown, Cooper-Standard Automotive, Inc. is dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED this:   November 15, 2016

**Greg N. Stivers, Judge**
**United States District Court**