# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

|  |  |
|---|---|
| **LWD PRP GROUP** ) | |
| ) | |
| PLAINTIFF ) | Civil Action No. 5:12cv-00127-GNS |
| v. ) | JUDGE GREG N. STIVERS |
| ) | |
| **ACF INDUSTRIES, LLC, et al.** ) | |
| ) | |
| DEFENDANTS ) | |

## ORDER

A telephonic status conference was conducted in this action on January 9, 2017, with the undersigned presiding.  Participating in the conference were counsel for the following:

LWD PRP GROUP:                                             Gary D. Justis

BAKER HUGHES, INC.;                                      Nicholas M. Holland
BAYER CROPSCIENCE, INC.;
BAYER HEALTHCARE, LLC;
CBS CORPORATION (VIACOM);
CHAMPION LABORATORIS, INC.;
CYCLE CHEM, INC.;
GENERAL ELECTRIC COMPANY;
INGERSOLL RAND COMPANY;
PDC LABORATORIES, INC.;
PEORIA DISPOSAL CO.;
PERMA-FIX ENVIRONMENTAL SERVICES, INC.;
PERMA-FIX OF DAYTON, INC.;
PERMA-FIX OF ORLANDO, INC.;
PERMA-FIX OF SOUTH GEORGIA, INC.;
PRINTPACK, INC.;
RAIL SERVICES, INC.;
TRANE US, INC.;

| | |
|---|---|
| VAN DYNE-CROTTY CO., d/b/a Spirit Services Co. of Ohio (SPIRIT SERVICES COMPANY and VAN DYNE & CROTTY CO.) VERTELLUS SPECIALTIES INC.; WHEELER LUMBER, LLC; and, DRUG & LABORATORY DISPOSAL, INC.: | |
| BROWN'S PLATING SERVICE, INC.: | Robert W. Goff |
| WILLIAMSON CO. HOUSING AUTHORITY; PSC, LLC and PHILIP SERVICES CORP.: | Amy D. Cubbage |

Counsel for the Plaintiff advised they have reached a tentative settlement with Mr. Holland's Defendants and are working on the settlement documents. Counsel advised they are close to resolving the claims between Plaintiff and Mr. Goff and Ms. Cubbage's Defendants. Counsel for the parties anticipate finalizing settlements by the end of the month. Upon agreement of the parties;

**IT IS ORDERED** the dispositive motion deadline is extended. **No later than March 31, 2017**, counsel for the parties shall file all dispositive motions. This same date is the filing deadline for motions related to the admissibility of expert testimony pursuant to Federal Rule of Evidence 702 (<u>Daubert</u> motions).

**IT IS FURTHER ORDERED** a telephonic status conference shall be conducted on **April 10, 2017, at 10:30 am, CDT.** The Court will initiate the call.

ENTERED this January 10, 2017

*H. Brent Brennenstuhl*

**H. Brent Brennenstuhl**
**United States Magistrate Judge**

Copies to:    Counsel of Record

0/11

2