# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 5:12-CV-00127-GNS-HBB |
| ACF INDUSTRIES LLC, et al. | ) |
| Defendants. | ) |

## ORDER

Upon the Motion to Dismiss Brown's Plating Service, Inc. with Prejudice, and for good cause shown, Brown's Plating Service, Inc. is dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED this   January 24, 2017

Greg N. Stivers, Judge
**United States District Court**