# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
|     **Plaintiff,** | ) |
| v. | ) Civil Action No. 5:12-CV-00127-GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** | ) |
|     **Defendants.** | ) |

## MOTION TO DISMISS DEFENDANT PRINTPACK, INC. WITH PREJUDICE

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), respectfully moves this Court for an appropriate Order which dismisses Defendant Printpack, Inc. ("Printpack") with prejudice from this cause. In support of this Motion, Plaintiff states as follows:

1.    On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery, contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several defendants (Dkt. No. 1). On January 30, 2013, Plaintiff filed a First Amended Complaint, naming Printpack as an additional defendant, among others (Dkt. No. 581). On March 29, 2013, Plaintiff filed a Second Amended Complaint against all defendants, including Printpack (Dkt. No. 758). On February 27, 2014, Plaintiff filed a Third Amended Complaint against the remaining defendants, including Printpack (Dkt. No. 985). On June 4, 2015, Plaintiff filed a Fourth Amended Complaint against the remaining defendants, including Printpack (Dkt. No. 1165). On March 23, 2016, Plaintiff filed a Fifth Amended Complaint against the remaining defendants, including Printpack (Dkt. No. 1420).

2. Printpack filed a Rule 12(b)(6) motion to dismiss Plaintiff's Second Amended Complaint (Dkt. No. 934) on June 28, 2013, which the Court denied on February 7, 2014 (Dkt. No. 961).

3. Printpack is one of the defendants that filed the Rule 12(b)(6) motion to dismiss Plaintiff's Third Amended Complaint (Dkt. No. 1002), which the Court granted on March 13, 2015 (Dkt. No. 1137), but clarified when granting Plaintiff's Motion for Reconsideration and for Leave to File an Amended Complaint, or Alternatively, Interlocutory Appeal (Dkt. No. 1164).

4. Printpack is one of the defendants that filed the Rule 12(b)(6) motion to dismiss Plaintiff's Fourth Amended Complaint (Dkt. No. 1168) on June 18, 2015, which the Court denied on November 4, 2015 (Dkt. No. 1191).

5. Printpack filed an Answer and Counterclaim to Plaintiff's Fourth Amended Complaint (Dkt. No. 1243) on December 30, 2015.

6. Printpack is one of the defendants that filed the Rule 12(b)(6) partial motion to dismiss Plaintiff's Fourth Amended Complaint (Dkt. No. 1378) on February 16, 2016, which was withdrawn on March 23, 2016 (Dkt. No. 1419).

7. Printpack filed an Answer and Counterclaim to Plaintiff's Fifth Amended Complaint on April 20, 2016 (Dkt. No. 1449).

8. Plaintiff has entered into a confidential settlement agreement with Printpack, which settles all claims between Plaintiff and Printpack for a sum certain and other valuable consideration exchanged between the parties.

9. Under the terms of the settlement agreement with Printpack, Plaintiff agreed to file a motion to dismiss Printpack from this cause with prejudice, each party to bear its own costs.

10. A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing Defendant Printpack, Inc. from this cause with prejudice, each party to bear its own costs, and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated: March 3, 2017　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　*/s/* Gary D. Justis
　　　　　　　　　　　　　　　　　　　Gary D. Justis         admitted *pro hac vice*
　　　　　　　　　　　　　　　　　　　Rachel D. Guthrie      admitted *pro hac vice*
　　　　　　　　　　　　　　　　　　　Matthew T. Merryman    admitted *pro hac vice*
　　　　　　　　　　　　　　　　　　　THE JUSTIS LAW FIRM LLC
　　　　　　　　　　　　　　　　　　　10955 Lowell Ave.
　　　　　　　　　　　　　　　　　　　Suite 520
　　　　　　　　　　　　　　　　　　　Overland Park, KS  66210-2336
　　　　　　　　　　　　　　　　　　　Telephone:  (913) 955-3712
　　　　　　　　　　　　　　　　　　　Facsimile:  (913) 955-3711
　　　　　　　　　　　　　　　　　　　Email:  gjustis@justislawfirm.com
　　　　　　　　　　　　　　　　　　　　　　　rguthrie@justislawfirm.com
　　　　　　　　　　　　　　　　　　　　　　　mmerryman@justislawfirm.com

　　　　　　　　　　　　　　　　　　　and

　　　　　　　　　　　　　　　　　　　W. Fletcher McMurry Schrock (Ky. Bar# 62283)
　　　　　　　　　　　　　　　　　　　MCMURRY & LIVINGSTON, PLLC
　　　　　　　　　　　　　　　　　　　201 Broadway
　　　　　　　　　　　　　　　　　　　P.O. Box 1700
　　　　　　　　　　　　　　　　　　　Paducah, Kentucky  42002-1700
　　　　　　　　　　　　　　　　　　　Telephone: (270) 443-6511
　　　　　　　　　　　　　　　　　　　Facsimile: (270) 443-6548
　　　　　　　　　　　　　　　　　　　Email:  fletch@ml-lawfirm.com

　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF LWD PRP
　　　　　　　　　　　　　　　　　　　GROUP

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 3, 2017, a copy of the foregoing Motion to Dismiss Defendant Printpack, Inc. with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

                                            */s/* Gary D. Justis  
                                            Gary D. Justis