# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No. 5:12-CV-00127-GNS-HBB |
| ACF INDUSTRIES LLC, et al. | ) |
|     Defendants. | ) |

## ORDER

Upon the Motion to Dismiss Printpack, Inc. with Prejudice, and for good cause shown, Printpack, Inc. is dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED this: March 6, 2017

Greg N. Stivers, Judge
United States District Court