## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP** ) | |
| ) | |
| PLAINTIFF ) | Civil Action No. 5:12cv-00127-GNS |
| v. ) | JUDGE GREG N. STIVERS |
| ) | |
| **ACF INDUSTRIES, LLC, et al.** ) | |
| ) | |
| DEFENDANTS ) | |

## **ORDER**

A telephonic status conference was conducted in this action on April 10, 2017, with the undersigned presiding.  Participating in the conference were counsel for the following:

LWD PRP GROUP:                                                   Gary D. Justis

WILLIAMSON CO. HOUSING AUTHORITY;      Amy D. Cubbage
PSC, LLC and PHILIP SERVICES CORP.:

Counsel for the parties advised they are continuing in their settlement discussions with Defendant Williamson County Housing Authority and believe they will be able to resolve this claim.  Counsel for Defendants PSC, LLC, and Philip Services Corporation advised the Court she may be filing a motion to withdraw as counsel for those Defendants.

**IT IS ORDERED** a telephonic status conference shall be conducted on **May 11, 2017, at 10:00 am, CDT.**  The Court will initiate the call.

ENTERED this

Copies to:   Counsel of Record

0/06