# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION
## CASE NO.: 5:12-cv-00127-GNS-HBB

*Electronically Filed*

**LWD PRP GROUP**                                                                                          **PLAINTIFF**

**v.**

**ACF INDUSTRIES, LLC,** *et. al.*                                                                **DEFENDANTS**

## MOTION TO WITHDRAW OF AMY D. CUBBAGE

Comes Amy D. Cubbage, and hereby moves this Court pursuant to LR 83.6 for an Order withdrawing her appearance as counsel of record on behalf of Defendants PSC, LLC and Philip Services Corporation. Counsel has been unable to contact authorized representatives of these Defendants and cannot move forward to represent their interests. Counsel has served a copy of this Motion on these Defendants' last known address.

Respectfully submitted,

*s/Amy D. Cubbage*
AMY D. CUBBAGE
Ackerson & Yann, PLLC
One Riverfront Plaza, Suite 1200
401 West Main Street
Louisville, Kentucky 40202
Ph:    (502) 583-7400
Fax:   (502) 589-4168
acubbage@ackersonlegal.com

## CERTIFICATE OF SERVICE

   The undersigned certifies that a copy of the foregoing was filed with the clerk of court on May 10, 2017, using the CM/ECF system, which will generate a notice of filing to all counsel of record registered with that system and has additionally mailed a copy to the following:

Philip Services Corporation/PSC, LLC  
5151 San Felipe Rd.  
Ste 1600  
Houston, TX 77056

                *s/Amy D. Cubbage*  
                Amy D. Cubbage