# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION
# CASE NO.: 5:12-cv-00127-GNS-HBB

*Electronically Filed*

**LWD PRP GROUP**                                                                 **PLAINTIFF**

**v.**

**ACF INDUSTRIES, LLC,** *et. al.*                                        **DEFENDANTS**

## ORDER WITHDRAWING APPEARANCE OF AMY D. CUBBAGE

Amy D. Cubbage has moved this court pursuant to LR 83.6 for an Order withdrawing her appearance as counsel of record on behalf of Defendants PSC, LLC and Philip Services Corporation. Being duly advised, this Court GRANTS the Motion. PSC, LLC and Philip Services Corporation will have 30 days to obtain new counsel.

Dated: