IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

_____
                                          )
**LWD PRP GROUP**                         )
                                          )
             **PLAINTIFF**                ) Civil Action No. 5:12cv-00127-GNS
**v.**                                    ) JUDGE GREG N. STIVERS
                                          )
**ALL AMERICAN GROUP, ET AL.**            )
                                          )
             **DEFENDANTS**               )
_____

## **ORDER**

A telephonic conference was conducted in this action on May 11, 2017, with the undersigned presiding. Participating in the conference were Mr. Gary D. Justis for the Plaintiff and Ms. Amy D. Cubbage for the Defendants PSC, LLC; Philip Services Corporation; and, Williamson County Housing Authority. Counsel for the Defendants PSC, LLC and Philip Services Corporation advised she had not had any contact with her clients and had filed a motion to withdraw as counsel for PSC, LLC, and Philip Services Corporation at DN 1521. By separate order, the Court will grant counsel's motion.

As to Defendant Williamson County Housing Authority, **IT IS ORDERED** as follows:

No later than the close of business on **June 13, 2017**, Plaintiff and Defendant shall deliver under seal, directly to the Magistrate Judge, ex parte separate settlement conference statements which shall specify their respective settlement positions. Each

statement is to be furnished only to the Court and not the other side.  **The statements shall not be filed with the Clerk of the Court but shall be furnished by mailing same to Kelly Lovell, the case manager for the Magistrate Judge, at the United States Courthouse, 241 E. Main Street, Bowling Green, Kentucky 42101; via facsimile at 270-393-2519; or via e-mail, in .pdf format, to kelly_lovell@kywd.uscourts.gov .**

The **Plaintiff's** settlement conference statement shall contain the following:

1. A *candid* assessment of the strengths and weaknesses of Plaintiff's case on the issues of liability and damages and the strengths and weaknesses of the Defendant's case on the issues of liability and damages.  Nothing in the way of a jury speech shall be included.

2. An itemization of all special damages which Plaintiff will claim at trial, and any liens which must be satisfied from a recovery.  <u>Plaintiff will provide the Defendant with this information at the same time Plaintiff submits the settlement conference statement.</u>

3. Where non-liquidated damages are involved, the *realistic* assessment of the value of that portion of the claim.

4. An assessment of the economic cost of proceeding to trial.

5. Where attorney fees are authorized by contract or statute, an assessment of the Plaintiff's total attorney fees as of the time of mediation and projected through trial.

6. A statement of the last settlement demand and offer exchanged between the parties.

**The <u>Defendant's</u> settlement conference statement shall contain the following:**

1. A *candid* assessment of the strengths and weaknesses of Defendant's case on the issues of liability and damages and the strengths and weaknesses of the Plaintiff's case on the issues of liability and damages. Nothing in the way of a jury speech shall be included.

2. The *realistic* assessment of the value of Plaintiff's special and non-liquidated damages claims.

3. An assessment of the economic cost of proceeding to trial.

4. Where attorney fees are authorized by contract to Defendant as the prevailing party, an assessment of the Defendant's total attorney fees as of the time of mediation and projected through trial.

The settlement conference is hereby scheduled at the **United States Courthouse/ Federal Building, 241 East Main Street, Bowling Green, Kentucky, on June 20, 2017, commencing at 11:00 a.m., CDT.** In addition to counsel who will try the case being present, it is **REQUIRED** that the parties, or a person with actual settlement authority for the parties, likewise be present for the conference. **A PERSON WITH LIMITED SETTLEMENT AUTHORITY OR A PERSON WHO IS NOT DIRECTLY OR ACTIVELY ASSOCIATED WITH THE PARTIES DOES NOT MEET THIS REQUIREMENT.**

The Defendant will bring to the settlement conference a proposed release of liability so that the parties may agree to specific terms.

ENTERED this

Copies to:  Counsel of Record

0/12