# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION
# CASE NO.: 5:12-cv-00127-GNS-HBB

*Electronically Filed*

**LWD PRP GROUP**                                                                **PLAINTIFF**

**v.**

**ACF INDUSTRIES, LLC,** *et. al.*                                        **DEFENDANTS**

### RE-ENTRY OF APPEARANCE
### AS COUNSEL FOR DEFENDANTS PSC, LLC and
### PHILIP SERVICES CORPORATION

Amy D. Cubbage, with the law firm of Ackerson & Yann, PLLC, hereby re-enters her appearance as counsel for Defendants PSC, LLC and Philip Services Corporation. All notices or pleadings may be served on Counsel utilizing the information set out below.

                                                  Respectfully submitted,

                                                  s/Amy D. Cubbage
                                                  Amy D. Cubbage
                                                  Ackerson & Yann, PLLC
                                                  One Riverfront Plaza, Suite 1200
                                                  401 W. Main Street
                                                  Louisville, KY 40202
                                                  (502) 583-7400
                                                  *Email: ACubbage@AckersonLegal.com*

                                                  ***Counsel for Defendants PSC, LLC and***
                                                  ***Philip Services Corporation***

## CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of the foregoing was filed with the clerk of court on August 18, 2017, using the CM/ECF system, which will generate a notice of filing to all counsel of record registered with that system.

                                        *s/Amy D. Cubbage*  
                                        Amy D. Cubbage