# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 5:12-CV-00127-GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** | ) ) |
| Defendants. | ) ) |

## MOTION TO DISMISS DEFENDANTS PSC, LLC AND PHILIP SERVICES CORP. WITH PREJUDICE

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), respectfully moves this Court for an appropriate Order which dismisses Defendants PSC, LLC and Philip Services Corp. (collectively "PSC") with prejudice from this cause. In support of this Motion, Plaintiff states as follows:

1. On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery, contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several defendants, including PSC (Dkt. No. 1). On January 30, 2013, Plaintiff filed a First Amended Complaint against several defendants, including PSC (Dkt. No. 581). On March 29, 2013, Plaintiff filed a Second Amended Complaint against several defendants, including PSC (Dkt. No. 758). On February 27, 2014, Plaintiff filed a Third Amended Complaint against several defendants, including PSC (Dkt. No. 985). On June 4, 2015, Plaintiff filed a Fourth Amended Complaint against several defendants, including PSC (Dkt. No. 1165). On March 23, 2016, Plaintiff filed a Fifth Amended Complaint against several defendants, including PSC (Dkt. No. 1420).

2. PSC is among the defendants that filed the Rule 12(b)(6) Motion to Dismiss Plaintiff's Second Amended Complaint on April 8, 2013 (Dkt. No. 776), which the court denied on February 7, 2014 (Dkt. No. 961).

3. On April 19, 2013, PSC filed a Motion to Dismiss Plaintiff's Second Amended Complaint (Dkt. No. 857), which the court denied on February 7, 2014 (Dkt. No. 961).

4. PSC is among the defendants that filed the Rule 12(b)(6) Motion to Dismiss Plaintiff's Third Amended Complaint on March 28, 2014 (Dkt. No. 1002), which the court granted on March 13, 2015 (Dkt. No. 1137), but clarified when granting Plaintiff's Motion for Reconsideration and for Leave to File an Amended Complaint, or Alternatively, Interlocutory Appeal (Dkt. No. 1164).

5. On December 30, 2015, PSC filed an Answer to Plaintiff's Fourth Amended Complaint (Dkt. No. 1259).

6. On April 11, 2016 PSC filed an Answer to Plaintiff's Fifth Amended Complaint (Dkt. No. 1425).

7. Plaintiff has entered into a confidential settlement agreement with PSC, LLC, which settles all claims between Plaintiff and PSC, LLC for a sum certain and other valuable consideration exchanged between the parties.

8. Under the terms of the settlement agreement with PSC, Plaintiff agreed to file a motion to dismiss "PSC, LLC" and "Philip Services Corp." from this cause with prejudice, each party to bear its own costs.

9. A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing Defendants PSC, LLC and Philip Services Corp. from this cause with prejudice, each party to bear its own costs, and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated: November 2, 2017                    Respectfully submitted,

/s/ Gary D. Justis
Gary D. Justis             admitted *pro hac vice*
Rachel D. Guthrie          admitted *pro hac vice*
Matthew T. Merryman        admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
10955 Lowell Ave.
Suite 520
Overland Park, KS  66210-2336
Telephone:  (913) 955-3712
Facsimile:  (913) 955-3711
Email:  gjustis@justislawfirm.com
        rguthrie@justislawfirm.com
        mmerryman@justislawfirm.com

and

W. Fletcher McMurry Schrock (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
201 Broadway
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone: (270) 443-6511
Facsimile: (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## CERTIFICATE OF SERVICE

      I hereby certify that on November 2, 2017, a copy of the foregoing Motion to Dismiss Defendants PSC, LLC and Philip Services Corp. with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

                                          */s/* Gary D. Justis
                                          Gary D. Justis