# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) Civil Action No. 5:12-CV-00127-GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** | ) ) ) |
| **Defendants.** | ) ) |

### PLAINTIFF'S STATUS REPORT

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to the Court's December 6, 2017 Text Order (Dkt. No. 1531), provides this Status Report as to the remaining defendants in this case.

<u>Williamson County Housing Authority</u>

As of this date, there is only one remaining active defendant,[1] Williamson County Housing Authority ("WCHA"). Plaintiff and WCHA reached a settlement-in-principle on September 15, 2017 on the Friday before a settlement conference between Plaintiff and WCHA before Magistrate Judge Brennenstuhl set for Monday, September 18, 2017. WCHA's attorney reported the settlement-in-principle to Magistrate Judge Brenenstuhl's Courtroom Deputy in a September 15, 2017 email and the settlement conference was cancelled since the parties reached a settlement-in-principle. Under the terms of the settlement-in-principle between Plaintiff and WCHA, WCHA was required to return the executed Settlement Agreement page to Plaintiff's counsel by October 20, 2017 and make ten (10) equal monthly installment payments of the

---

[1] Plaintiff uses the term "active defendant" to refer to a defendant that has filed a responsive pleading (as opposed to a defaulting defendant) and is not otherwise being dismissed by Plaintiff contemporaneously with this Status Report.

agreed-upon settlement amount starting on October 20, 2017 and make the nine subsequent monthly installment payments on the 20th of each month from November 2017 through July 2018. Plaintiff agreed to dismiss WCHD with prejudice from this case upon receipt of all monthly installment payments and the executed Settlement Agreement.

WCHD did not return the executed Settlement Agreement by October 20, 2017 and has not made the first three installment payments due by October 20, November 20 and December 20, 2017, respectively. Plaintiff's counsel has made repeated inquiries to WCHD's counsel since October 20, 2017 as to the status of the executed Settlement Agreement signature page and the first three installment payments. WCHD's counsel has been very responsive each time to Plaintiff's counsel to the effect that WCHD has been told several times of its requirement to consummate the settlement-in-principle. WCHD's counsel has also indicated she will file a response to this Status Report with the Court explaining her efforts to encourage WCHD to consummate this settlement-in-principle. If WCHD continues to refuse to consummate this settlement-in-principle, Plaintiff will be forced to file an appropriate motion to enforce the settlement with WCHD.

## Defaulting Defendants

Plaintiff has obtained Clerk's Entries of Default against the following twenty-two defendants: All American Group, Inc. (Dkt. No. 1114); Andover Coils, LLC (Dkt. No. 1115); Arelco Plastic Fabricating Co. (Dkt. No. 1116); B-B Paint Corp. (Dkt. No. 1117); BMO Harris Bank, N.A. (Dkt. No. 1118); Carman Cleaners (Dkt. No. 1122); CFPG, Ltd. (Dkt. No. 1119); Clondalkin Group Inc. (Dkt. No. 1125); Environmental Services of North America, Inc. (Dkt. No. 1121); Excel TSD, Inc. (Dkt. No. 1127); Greenlee Diamond Tool Co. (Dkt. No. 1123); Hannah Maritime Corp. (Dkt. No. 1124); Hearth & Home Technologies, Inc. (Dkt. No. 1131);

Horning Wire Corp. (Dkt. No. 1126); Leeds Seating Company (Dkt. No. 1128); Microbac Laboratories, Inc. (Dkt. No. 1132); National Detroit, Inc. (Dkt. No. 1129); Parker Plastics Corp. (Dkt. No. 1133); PMRS, Inc. (Dkt. No. 1134); Sterling Hardware, LLC (Dkt. No. 1135); The Finishing Company (Dkt. No. 1130); and Zeller Technologies, Inc. (Dkt. No. 1136). Plaintiff is in the process of preparing appropriate pleadings to request default judgments against these defaulting defendants based on the claims Plaintiff has asserted in this case against them for their respective equitable shares for past response costs (sum certain) and for future response costs (percentage), plus applicable pre-judgment interest and formal service costs. Plaintiff expects to file these further default judgment pleadings by December 31, 2017 at the latest.

### Remaining Defendants Being Dismissed

Contemporaneously with filing this Status Report, Plaintiff is filing appropriate pleadings to dismiss the following remaining six defendants: Champion Laboratories, Inc. (settlement in bankruptcy proceeding); Eagle Industries, LLC (defunct); Greenway Environmental, Inc. (defunct); J.C. Baker & Son, Inc. (voluntary dismissal); Relocatable Confinement Facilities, Inc. (defunct); and Sabreliner Corp. (defunct).

Dated: December 20, 2017    Respectfully submitted,

/s/ Gary D. Justis
Gary D. Justis           admitted *pro hac vice*
Rachel D. Guthrie        admitted *pro hac vice*
Matthew T. Merryman      admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
10955 Lowell Ave.
Suite 520
Overland Park, KS  66210-2336
Telephone:  (913) 955-3712
Facsimile:  (913) 955-3711
Email:  gjustis@justislawfirm.com
        rguthrie@justislawfirm.com
        mmerryman@justislawfirm.com

        and

        W. Fletcher McMurry Schrock (Ky. Bar# 62283)
        MCMURRY & LIVINGSTON, PLLC
        201 Broadway
        P.O. Box 1700
        Paducah, Kentucky  42002-1700
        Telephone: (270) 443-6511
        Facsimile: (270) 443-6548
        Email: fletch@ml-lawfirm.com

        ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## CERTIFICATE OF SERVICE

    I hereby certify that on December 20, 2017, a copy of the foregoing Plaintiff's Status Report was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

        */s/* Gary D. Justis
        Gary D. Justis