# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 5:12-CV-00127-GNS-HBB |
| | ) |
| **ACF INDUSTRIES LLC, et al.** | ) |
| | ) |
| Defendants. | ) |
| | ) |

## MOTION TO DISMISS DEFENDANT
## CHAMPION LABORATORIES, INC. WITH PREJUDICE

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), respectfully moves this Court for an appropriate Order which dismisses Defendant Champion Laboratories, Inc. ("Champion Labs") with prejudice from this cause. In support of this Motion, Plaintiff states as follows:

1. On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery, contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several defendants (Dkt. No. 1). On January 30, 2013, Plaintiff filed a First Amended Complaint against several defendants, including Champion Labs (Dkt. No. 581). On March 29, 2013, Plaintiff filed a Second Amended Complaint against several defendants, including Champion Labs (Dkt. No. 758). On February 27, 2014, Plaintiff filed a Third Amended Complaint against several defendants, including Champion Labs (Dkt. No. 985). On June 4, 2015, Plaintiff filed a Fourth Amended Complaint against several defendants, including Champion Labs (Dkt. No. 1165). On March 23, 2016, Plaintiff filed a Fifth Amended Complaint against several defendants, including Champion Labs (Dkt. No. 1420).

2. Champion Labs is one of the defendants that filed the Rule 12(b)(6) Motion to Dismiss Plaintiff's Second Amended Complaint on April 8, 2013 (Dkt. No. 776), which the court denied on February 7, 2014 (Dkt. No. 961).

3. Champion Labs is one of the defendants that filed a Motion for Reconsideration or Alternatively Motion for Interlocutory Appeal or Motion to Stay Pending Outcome of Appeal on February 18, 2014 (Dkt. No. 971), which the court granted in part and denied in part on April 24, 2014 (Dkt. No. 1012).

4. Champion Labs is one of the defendants that filed the Rule 12(b)(6) Motion to Dismiss Plaintiff's Third Amended Complaint on March 28, 2014 (Dkt. No. 1002), which the court granted on March 13, 2015 (Dkt. No. 1137), but clarified when granting Plaintiff's Motion for Reconsideration and for Leave to File an Amended Complaint, or Alternatively, Interlocutory Appeal (Dkt. No. 1164).

5. Champion Labs is one of the defendants that filed the Rule 12(b)(6) Motion to Dismiss Plaintiff's Fourth Amended Complaint on June 18, 2015 (Dkt. No. 1168), which the court denied on November 4, 2015 (Dkt. No. 1191)

6. Plaintiff has entered into a settlement agreement with Champion Labs through its pending bankruptcy proceeding, which settles all claims between Plaintiff and Champion Labs for a sum certain and other valuable consideration exchanged between the parties.

7. As part of the settlement with Champion Labs, Plaintiff agreed to file a motion to dismiss Champion Labs from this cause with prejudice, each party to bear its own costs.

8. A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing Defendant Champion Laboratories, Inc. from this cause with prejudice, each party to bear its own costs, and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated: December 20, 2017                    Respectfully submitted,

/s/ Gary D. Justis
Gary D. Justis            admitted *pro hac vice*
Rachel D. Guthrie         admitted *pro hac vice*
Matthew T. Merryman       admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
10955 Lowell Ave.
Suite 520
Overland Park, KS  66210-2336
Telephone:  (913) 955-3712
Facsimile:  (913) 955-3711
Email:  gjustis@justislawfirm.com
         rguthrie@justislawfirm.com
         mmerryman@justislawfirm.com

and

W. Fletcher McMurry Schrock (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
201 Broadway
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone: (270) 443-6511
Facsimile: (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## CERTIFICATE OF SERVICE

      I hereby certify that on December 20, 2017, a copy of the foregoing Motion to Dismiss Defendant Champion Laboratories, Incwith Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

                                                    */s/* Gary D. Justis
                                                    Gary D. Justis