**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**

| | | |
|---|---|---|
| **LWD PRP GROUP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 5:12-CV-00127-** |
| | ) | **GNS-HBB** |
| **ACF INDUSTRIES LLC, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**MOTION TO DISMISS DEFENDANT**
**EAGLE INDUSTRIES, LLC WITHOUT PREJUDICE**

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), respectfully moves this Court for an appropriate Order which dismisses Defendant Eagle Industries, LLC ("Eagle Industries")[1] without prejudice. In support of this Motion, Plaintiff states as follows:

1.      On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery, contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several defendants (Dkt. No. 1). On January 30, 2013, Plaintiff filed a First Amended Complaint against several defendants, including Eagle Industries (Dkt. No. 581). On March 29, 2013, Plaintiff filed a Second Amended Complaint against several defendants, including Eagle Industries (Dkt. No. 758). On February 27, 2014, Plaintiff filed a Third Amended Complaint against several defendants, including Eagle Industries (Dkt. No. 985). On June 4, 2015, Plaintiff filed a Fourth Amended Complaint against several defendants, including Eagle Industries (Dkt. No. 1165). On

---

[1]Prior to the filing of Plaintiff's Fourth Amended Complaint, Eagle Industries, LLC was improperly captioned as Eagle Industries, Inc. Eagle Industries, Inc. has already been terminated as a defendant.

March 23, 2016, Plaintiff filed a Fifth Amended Complaint against several defendants, including Eagle Industries (Dkt. No. 1420).

2.      Eagle Industries is one of the defendants that filed the Rule 12(b)(6) Motion to Dismiss Plaintiff's Second Amended Complaint on April 8, 2013 (Dkt. No. 776), which the court denied on February 7, 2014 (Dkt. No. 961).

3.      Eagle Industries is one of the defendants that filed a Motion for Reconsideration or Alternatively Motion for Interlocutory Appeal or Motion to Stay Pending Outcome of Appeal on February 18, 2014 (Dkt. No. 971), which the court granted in part and denied in part on April 24, 2014 (Dkt. No. 1012).

4.      Eagle Industries is one of the defendants that filed the Rule 12(b)(6) Motion to Dismiss Plaintiff's Third Amended Complaint on March 28, 2014 (Dkt. No. 1002), which the court granted on March 13, 2015 (Dkt. No. 1137), but clarified when granting Plaintiff's Motion for Reconsideration and for Leave to File an Amended Complaint, or Alternatively, Interlocutory Appeal (Dkt. No. 1164).

5.      Eagle Industries is one of the defendants that filed the Rule 12(b)(6) Motion to Dismiss Plaintiff's Fourth Amended Complaint on June 18, 2015 (Dkt. No. 1168), which the court denied on November 4, 2015 (Dkt. No. 1191).

6.      Eagle Industries' counsel filed a Motion to Withdraw on December 31, 2015 (Dkt. No. 1254), which the Court granted on February 11, 2016 (Dkt. No. 1337).

7.      The Court Order required Eagle Industries to retain new counsel within thirty (30) days (Dkt. No. 1337). To date, new counsel for Eagle Industries has not entered an appearance in this case.

8.     Plaintiff has conducted follow-up corporate research, which indicates that Eagle Industries is out of business and is no longer a viable entity. As such, Plaintiff has agreed to voluntarily dismiss Eagle Industries without prejudice, each party to bear its own costs.

9.     A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing Defendant Eagle Industries, LLC from this cause without prejudice, each party to bear its own costs, and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated: December 20, 2017                    Respectfully submitted,


                                            */s/* Gary D. Justis
                                            Gary D. Justis          admitted *pro hac vice*
                                            Rachel D. Guthrie       admitted *pro hac vice*
                                            Matthew T. Merryman     admitted *pro hac vice*
                                            THE JUSTIS LAW FIRM LLC
                                            10955 Lowell Ave.
                                            Suite 520
                                            Overland Park, KS  66210-2336
                                            Telephone:  (913) 955-3712
                                            Facsimile:  (913) 955-3711
                                            Email:  gjustis@justislawfirm.com
                                                    rguthrie@justislawfirm.com
                                                    mmerryman@justislawfirm.com

                                                    and

W. Fletcher McMurry Schrock (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
201 Broadway
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone: (270) 443-6511
Facsimile: (270) 443-6548
Email: fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP
GROUP

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2017, a copy of the foregoing Motion to Dismiss

Defendant Eagle Industries, LLC without prejudice was filed electronically. Notice of this filing

will be sent to all parties by operation of the Court's electronic filing system. Parties may access

this filing through the Court's Electronic Case Filing System.


*/s/* Gary D. Justis
Gary D. Justis