# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **ACF INDUSTRIES LLC, et al.** ) <br> ) <br> **Defendants.** ) <br> ) | **Civil Action No. 5:12-CV-00127-GNS-HBB** |

## MOTION TO DISMISS DEFENDANT RELOCATABLE CONFINEMENT FACILITIES, INC. WITHOUT PREJUDICE

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), respectfully moves this Court for an appropriate Order which dismisses Defendant Relocatable Confinement Facilities, Inc. ("RCF") without prejudice. In support of this Motion, Plaintiff states as follows:

1.     On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery, contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several defendants, including RCF (Dkt. No. 1). On January 30, 2013, Plaintiff filed a First Amended Complaint against several defendants, including RCF (Dkt. No. 581). On March 29, 2013, Plaintiff filed a Second Amended Complaint against several defendants, including RCF (Dkt. No. 758). On February 27, 2014, Plaintiff filed a Third Amended Complaint against several defendants, including RCF (Dkt. No. 985). On June 4, 2015, Plaintiff filed a Fourth Amended Complaint against several defendants, including RCF (Dkt. No. 1165). On March 23, 2016, Plaintiff filed a Fifth Amended Complaint against several defendants, including RCF (Dkt. No. 1420).

2. RCF refused to waive service under Fed. R. Civ. P. 4(d)(2) and was formally served on December 3, 2012 (Dkt. No. 523).

3. RCF filed a pro se Motion to Dismiss to Plaintiff's Complaint on December 21, 2012 (Dkt. No. 440), which the Court denied on June 19, 2013 and further ordered that RCF could not proceed *pro se* in this case (Dkt. No. 929).

4. Plaintiff has conducted follow-up corporate research, which confirms that RCF is out of business and is no longer a viable entity. As such, Plaintiff has agreed to voluntarily dismiss RCF without prejudice, each party to bear its own costs.

5. A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing Defendant Relocatable Confinement Facilities, Inc. from this cause without prejudice, each party to bear its own costs, and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated: December 20, 2017                    Respectfully submitted,

/s/ Gary D. Justis
Gary D. Justis           admitted *pro hac vice*
Rachel D. Guthrie        admitted *pro hac vice*
Matthew T. Merryman      admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
10955 Lowell Ave.
Suite 520
Overland Park, KS  66210-2336
Telephone:  (913) 955-3712
Facsimile:  (913) 955-3711
Email:  gjustis@justislawfirm.com
        rguthrie@justislawfirm.com
        mmerryman@justislawfirm.com

and

W. Fletcher McMurry Schrock (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
201 Broadway
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone: (270) 443-6511
Facsimile: (270) 443-6548
Email: fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2017, a copy of the foregoing Motion to Dismiss Defendant Relocatable Confinement Facilities, Inc. without prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

/s/ Gary D. Justis
Gary D. Justis

3