# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 5:12-CV-00127-GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** | ) ) |
| Defendants. | ) ) ) |

## ORDER

Upon the Motion to Dismiss Defendant Relocatable Confinement Facilities, Inc. without Prejudice, and for good cause shown, Relocatable Confinement Facilities, Inc. is dismissed from this cause without prejudice, each party to bear its own costs.

SO ORDERED this _____ day of _____ 20\_\_.

_____
JUDGE GREGORY N. STIVERS
United States District Court