# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 5:12-CV-00127-GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL OF DEFENDANT
## GREENWAY ENVIRONMENTAL, INC. WITHOUT PREJUDICE

Plaintiff LWD PRP Group, by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendant Greenway Environmental, Inc. without prejudice. Greenway Environmental, Inc. has not filed an answer or motion for summary judgment in this cause. A proposed Order is attached as Exhibit A hereto.

Dated: December 20, 2017                Respectfully submitted,

/s/ Gary D. Justis
Gary D. Justis            admitted *pro hac vice*
Rachel D. Guthrie         admitted *pro hac vice*
Matthew T. Merryman       admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
10955 Lowell Ave.
Suite 520
Overland Park, KS 66210-2336
Telephone: (913) 955-3712
Facsimile: (913) 955-3711
Email: gjustis@justislawfirm.com
       rguthrie@justislawfirm.com
       mmerryman@justislawfirm.com

and

        W. Fletcher McMurry Schrock (Ky. Bar# 62283)
        MCMURRY & LIVINGSTON, PLLC
        201 Broadway
        P.O. Box 1700
        Paducah, Kentucky  42002-1700
        Telephone: (270) 443-6511
        Facsimile: (270) 443-6548
        Email:  fletch@ml-lawfirm.com

        ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2017, a copy of the foregoing Notice of Dismissal of Defendant Greenway Environmental, Inc. without prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

        */s/* Gary D. Justis
        Gary D. Justis