### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF KENTUCKY
### PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 5:12-CV-00127- |
| ) | GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

### ORDER

Based on Plaintiff's Notice of Dismissal of Defendant J.C Baker & Son, Inc. without Prejudice under Fed. R. Civ. P. 41(a)(1)(i), J.C. Baker & Son, Inc. is dismissed from this cause without prejudice, each party to bear its own costs.

SO ORDERED this _____ day of _____ 20\_\_.

_____
JUDGE GREGORY N. STIVERS
United States District Court