# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | )<br>)  Civil Action No. 5:12-CV-00127-GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** | )<br>) |
| **Defendants.** | )<br>) |

## ORDER

Based on Plaintiff's Notice of Dismissal of Defendant Greenway Environmental, Inc. without Prejudice under Fed. R. Civ. P. 41(a)(1)(i), Greenway Environmental, Inc. is dismissed from this cause without prejudice, each party to bear its own costs.

SO ORDERED this: December 22, 2017

**Greg N. Stivers, Judge**
**United States District Court**