# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) Civil Action No. 5:12-CV-00127-<br>) GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** | )<br>) |
| **Defendants.** | )<br>) |

## ORDER

Based on Plaintiff's Notice of Dismissal of Defendant J.C Baker & Son, Inc. without Prejudice under Fed. R. Civ. P. 41(a)(1)(i), J.C. Baker & Son, Inc. is dismissed from this cause without prejudice, each party to bear its own costs.

SO ORDERED this:  December 22, 2017

**Greg N. Stivers, Judge**
**United States District Court**