# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
### PADUCAH DIVISION

| | | |
|---|---|---|
| **LWD PRP GROUP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 5:12-CV-00127-** |
| | ) | **GNS-HBB** |
| **ACF INDUSTRIES LLC, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

Upon the Motion to Dismiss Defendant Champion Laboratories, Inc. with Prejudice, and

for good cause shown, Champion Laboratories, Inc. is dismissed from this cause with prejudice,

each party to bear its own costs.

SO ORDERED this:   December 22, 2017

**Greg N. Stivers, Judge**
**United States District Court**