# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 5:12-CV-00127-<br>) GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** | )<br>) |
| Defendants. | )<br>) |

## ORDER

Upon the Motion to Dismiss Defendant Eagle lndustries, LLC without Prejudice, and for good cause shown, Eagle lndustries, LLC is dismissed from this cause without prejudice, each party to bear its own costs.

SO ORDERED this: December 22, 2017

**Greg N. Stivers, Judge**
**United States District Court**