IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

_____

|  |  |  |
|---|---|---|
|  | ) |  |
| **LWD PRP GROUP** | ) |  |
|  | ) |  |
| PLAINTIFF | ) | Civil Action No. 5:12cv-00127-GNS |
| v. | ) | JUDGE GREG N. STIVERS |
|  | ) |  |
| **ACF INDUSTRIES, LLC, et al.** | ) |  |
|  | ) |  |
| DEFENDANTS | ) |  |

_____

## **ORDER**

A telephonic status conference was conducted in this action on February 12, 2018, with the undersigned presiding. Participating in the conference were counsel for the following:

LWD PRP GROUP:                                    Gary D. Justis

WILLIAMSON CO. HOUSING AUTHORITY;     Amy D. Cubbage
PSC, LLC and PHILIP SERVICES CORP.:

Counsel for the parties advised they had reached a settlement in principle on September 15, 2017; however, to this date the settlement agreement has not been executed by Defendant and no payments have been made pursuant to the payment plan established by the terms of the settlement.

**IT IS ORDERED** an in-person status conference shall be conducted before Magistrate Judge Brennenstuhl on **February 27, 2018, at 1:30 pm, CST.** The hearing shall be conducted at the United States Courthouse, 241 E. Main Ave., Bowling Green,

Kentucky.  **In addition to counsel being present, it is REQUIRED that the Board Chair of Williamson County Housing Authority likewise be present for the conference.**  Counsel for Plaintiff shall be permitted to participate via telephone.

ENTERED this

Copies to:     Counsel of Record

0/07