# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION
# CASE NO.: 5:12-cv-00127-GNS-HBB

*Electronically Filed*

**LWD PRP GROUP**                                                                 **PLAINTIFF**

**v.**

**ACF INDUSTRIES, LLC,** *et. al.*                                                **DEFENDANTS**

## NOTICE OF SERVICE ON
## DEFENDANT WILLIAMSON COUNTY HOUSING AUTHORITY

The undersigned counsel hereby certifies that the attached Order entered February 28, 2018 [DN 1547] was served on the Chair of the Board of the Williamson County Housing Authority by certified mail, return receipt requested, and on the outside general counsel of the Williamson County Housing Authority by electronic and certified mail, return receipt requested, on this date.

Dated:  March 5, 2018

                                                                          Respectfully submitted,

                                                                          *s/Amy D. Cubbage*
                                                                          AMY D. CUBBAGE
                                                                          Ackerson & Yann, PLLC
                                                                          One Riverfront Plaza, Suite 1200
                                                                          401 West Main Street
                                                                          Louisville, Kentucky 40202
                                                                          Ph:     (502) 583-7400
                                                                          Fax:    (502) 589-4168
                                                                          acubbage@ackersonlegal.com

                                                                          *Counsel for Defendant,*
                                                                          *Williamson County Housing Authority*

1

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was filed with the clerk of court on March 5, 2018, using the CM/ECF system, which will generate a notice of filing to all counsel of record registered with that system.

*s/Amy D. Cubbage*
**Counsel for Defendant,**
**Williamson County Housing Authority**