IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

---

| | |
|---|---|
| **LWD PRP GROUP** | ) |
| | ) |
| PLAINTIFF | ) Civil Action No. 5:12cv-00127-GNS |
| v. | ) JUDGE GREG N. STIVERS |
| | ) |
| **ACF INDUSTRIES, LLC, et al.** | ) |
| | ) |
| DEFENDANTS | ) |

---

## ORDER TO SHOW CAUSE

Defendant Williamson Co. Housing Authority ("WCHA") is the sole remaining defendant in this long-running litigation. On August 18, 2017, the undersigned directed Plaintiff and WCHA to participate in a settlement conference to take place on September 18, 2017 (DN 1527). On September 15, 2017, counsel for WCHA reported that the Defendant had agreed to a settlement with the Plaintiff, and the settlement conference was cancelled (DN 1528).

On December 20, 2017, the Plaintiff filed a status report regarding WCHA's failure to comply with the terms upon which the parties had agreed (DN 1532). According to the report, WCHA had agreed to return an executed settlement agreement by October 20, 2017, and to make ten monthly installment payments of the agreed upon settlement amount starting on that date, with subsequent monthly payments due on the 20th of each following month (<u>Id.</u>). As of Plaintiff's report, WCHA had failed to return the executed settlement agreement and was three months delinquent in making the

installment payments (Id.). The undersigned conducted a telephonic conference on February 2, 2018, and directed that the board chair for WCHA, with counsel, personally appear for a status conference on February 27, 2018, in Bowling Green (DN 1546).

On that date the undersigned conducted the hearing. Present in person was WCHA's counsel Amy D. Cubbage. Appearing by telephone with permission was Plaintiff's counsel Gary D. Justis. No authorized representative of WCHA was present. Ms. Cubbage advised the Court that she had provided WCHA with notice of the hearing and had made efforts to communicate with WCHA about the matter, but her efforts had been unsuccessful.

**WHEREFORE**, the Williamson County Housing Authority is **ORDERED TO SHOW CAUSE** why it should not be sanctioned for failure to comply with the previous order of this Court to personally appear at the status conference. WCHA is warned that failure to appear and show good cause will result in the issuance of a report and recommendation that judgment be entered against it in favor of the Plaintiff. **WCHA is to appear in the person of its chair or other authorized member of its governing board at the Bowling Green Division Courthouse on March 22, 2018, at 10:30 a.m. CDT.** WCHA's counsel will certify that she has delivered this order to WCHA.

ENTERED this February 27, 2018

*H. Brent Brennenstuhl*

**H. Brent Brennenstuhl**
**United States Magistrate Judge**

Copies to:     Counsel of Record

0|05

2