**LWD PRP GROUP RESPONSE COSTS (as of 12/7/17)**

| Vendor | Invoice Date | Invoice No. | Amount |
|---|---|---|---|
| EnSafe | 5/13/10 | 42430 | $45,833.25 |
| EnSafe | 6/3/10 | 42718 | $5,050.34 |
| EnSafe | 7/28/10 | 43697 | $2,334.50 |
| EnSafe | 10/12/10 | 45152 | $9,203.25 |
| EnSafe | 11/3/10 | 45752 | $28,611.99 |
| EnSafe | 12/7/10 | 46362 | $3,421.32 |
| EnSafe | 4/14/11 | 48682 | $8,042.25 |
| EnSafe | 12/14/11 | 53443 | $12,646.27 |
| EnSafe | 3/9/12 | 55046 | $3,970.47 |
| EnSafe | 7/13/12 | 57407 | $54,198.25 |
| EnSafe | 9/13/12 | 58441 | $28,748.68 |
| EnSafe | 11/2/12 | 59442 | $12,439.87 |
| EnSafe | 2/7/13 | 61474 | $14,300.58 |
| EnSafe | 5/3/13 | 63423 | $4,222.00 |
| U.S. EPA | 7/1/13 | EPA Past Costs AOC I | $4,114,119.61 |
| EnSafe | 8/1/13 | 65106 | $5,443.37 |
| EnSafe | 9/23/13 | 66238 | $6,237.08 |
| EnSafe | 10/4/13 | 66540 | $9,766.95 |
| West Kentucky Reporting & Video Conferencing | 10/07/13 | 9155 | $320.00 |
| EnSafe | 10/25/13 | 66845 | $1,528.96 |
| EnSafe | 3/20/14 | 70466 | $16,722.49 |
| U.S. EPA | 5/8/14 | EPA Past Costs AOC II | $667,845.13 |
| EnSafe | 5/23/14 | 72028 | $24,131.10 |
| EnSafe | 8/25/14 | 74048 | $1,947.00 |
| EnSafe | 9/3/14 | 74180 | $15,000.00 |
| EnSafe | 12/18/14 | 76718 | $3,870.29 |
| EnSafe | 03/30/15 | 78693 | $13,793.33 |
| EnSafe | 06/05/15 | 80289 | $22,084.24 |
| EnSafe | 09/03/15 | 82371 | $22,250.95 |

| Vendor | Invoice Date | Invoice No. | Amount |
|---|---|---|---|
| KDEP | 12/04/15 | KDEP Past Costs thru 4/15/15 | $54,954.22 |
| Marshall County Clerk | 09/16/15 | Recording Environmental Covenant with attachments and one additional Subordination Agreement | $113.00 |
| Marshall County Clerk | 10/28/15 | Recording Corrected Subordination Agreement | $13.00 |
| EnSafe | 04/25/16 | 87724 | $21,536.47 |
| EnSafe | 06/20/16 | 89161 | $392,885.40 |
| EnSafe | 07/25/16 | 90020 | $821,822.14 |
| EnSafe | 08/16/16 | 90688 | $293,012.56 |
| EnSafe | 09/30/16 | 91676 | $374,760.48 |
| EnSafe | 01/27/17 | 94647 | $170,039.13 |
| EnSafe | 02/21/17 | 95370 | $14,002.69 |
| EnSafe | 05/02/17 | 96876 | $95,241.94 |
| EnSafe | 09/08/17 | 100645 | $92,531.44 |
| EnSafe | 10/18/17 | 101715 | $80,485.39 |
| de maximis, inc. | 11/14/17 | 172719 | $555.10 |
| **Total** | | | **$7,570,036.48** |