**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**

| | | |
|---|---|---|
| **LWD PRP GROUP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 5:12-CV-00127-** |
| | ) | **GNS-HBB** |
| **ACF INDUSTRIES LLC, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST**
**DEFENDANT ALL AMERICAN GROUP, INC.**

Pursuant to Rule 55(b)(2) and 57 of the Federal Rules of Civil Procedure, Plaintiff LWD

PRP Group ("Plaintiff") respectfully requests the Court to enter a default judgment against

Defendant All American Group, Inc. ("All American") in the amount of $425.94 for past

response costs (damages) incurred by Plaintiff through November 30, 2017, including applicable

pre-judgment interest, along with a declaratory judgment that All American is required to pay

0.0054% of all response costs (damages) incurred by Plaintiff after November 30, 2017 (a

proposed Default Judgment is attached hereto as Exh. D), as fully appears from the Court file

herein and from the attached Affidavit of Matthew T. Merryman (Exh. B hereto) in support of

this request for the Entry of Default Judgment.

Dated:  March 15, 2018                    Respectfully submitted,


                                        /s/ Matthew T. Merryman

| | |
|---|---|
| Gary D. Justis | admitted *pro hac vice* |
| Matthew T. Merryman | *admitted pro hac vice* |
| Rachel D. Guthrie | admitted *pro hac vice* |

THE JUSTIS LAW FIRM LLC
10955 Lowell Ave.
Suite 520
Overland Park, KS  66210-2336
Telephone:  (913) 955-3712
Facsimile:  (913) 955-3711
Email:  gjustis@justislawfirm.com
        mmerryman@justislawfirm.com
        rguthrie@justislawfirm.com

     and

W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP
GROUP

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 15, 2018, a copy of the foregoing Motion for Entry of

Default Judgment Against Defendant All American Group, Inc. was filed electronically. Notice

of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties

may access this filing through the Court's Electronic Case Filing System. I further certify that on

March 15, 2018, the foregoing Motion for Entry of Default Judgment Against Defendant All

American Group, Inc. was also placed in the USPS Priority Mail, postage prepaid, to the

following representative for Defendant All American Group, Inc.:

> Michael Healy
> Senior Managing Director
> CDG Group, LLC
> 650 5th Ave.
> Floor 20
> New York, NY  10019


/s/ Matthew T. Merryman
Matthew T. Merryman