**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION**

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 5:12-CV-00127-GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** | ) ) |
| Defendants. | ) ) |

**MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST
DEFENDANT THE FINISHING COMPANY**

Pursuant to Rule 55(b)(2) and 57 of the Federal Rules of Civil Procedure, Plaintiff LWD PRP Group ("Plaintiff") respectfully requests the Court to enter a default judgment against Defendant The Finishing Company ("Finishing Co.") in the amount of $1,720.14 for past response costs (damages) incurred by Plaintiff through November 30, 2017, including applicable pre-judgment interest and reimbursement of formal service costs, along with a declaratory judgment that Finishing Co. is required to pay 0.0209% of all response costs (damages) incurred by Plaintiff after November 30, 2017 (a proposed Default Judgment is attached hereto as Exh. D), as fully appears from the Court file herein and from the attached Affidavit of Matthew T. Merryman (Exh. B hereto) in support of this request for the Entry of Default Judgment.

Dated:  March 15, 2018					Respectfully submitted,


							/s/ Matthew T. Merryman
							Gary D. Justis		admitted *pro hac vice*
							Matthew T. Merryman	*admitted pro hac vice*
							Rachel D. Guthrie		admitted *pro hac vice*
							THE JUSTIS LAW FIRM LLC
							10955 Lowell Ave.
							Suite 520
							Overland Park, KS  66210-2336
							Telephone:  (913) 955-3712
							Facsimile:  (913) 955-3711
							Email:  gjustis@justislawfirm.com
								  mmerryman@justislawfirm.com
								  rguthrie@justislawfirm.com

								and

							W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
							MCMURRY & LIVINGSTON, PLLC
							333 Broadway, 7th Floor
							P.O. Box 1700
							Paducah, Kentucky  42002-1700
							Telephone:  (270) 443-6511
							Facsimile:  (270) 443-6548
							Email:  fletch@ml-lawfirm.com

							ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## CERTIFICATE OF SERVICE

      I hereby certify that on March 15, 2018, a copy of the foregoing Motion for Entry of Default Judgment Against Defendant The Finishing Company was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System. I further certify that on March 15, 2018, the foregoing Motion for Entry of Default Judgment Against Defendant The Finishing Company was also placed in the USPS Priority Mail, postage prepaid, to the following representative for Defendant The Finishing Company:

    Rob Salerno
    President
    The Finishing Company
    136 Commercial Dr.
    Addison, IL  60101

                                            /s/ Matthew T. Merryman
                                            Matthew T. Merryman