| INTEREST CALCULATIONS AS OF 2/28/18 (EXH. C) | | | | | | |
|---|---|---|---|---|---|---|
| The Finishing Company | | | | | | |
| | Demand Date: | Amount: | | | | |
| | June 8, 2012 | $1,580.88 | | | | |
| Principal | Years Interest Accrued | Superfund Interest Rate | Times Compounded Annually | Number of Years in Fiscal Year | Principal with Compounded Interest | Compounded Interest |
| $1,580.88 | 2012 | 0.0074 | 1 | 0.32 | $1,584.61 | |
| $1,584.61 | 2013 | 0.0078 | 1 | 1 | $1,596.97 | |
| $1,596.97 | 2014 | 0.0081 | 1 | 1 | $1,609.91 | |
| $1,609.91 | 2015 | 0.0075 | 1 | 1 | $1,621.98 | |
| $1,621.98 | 2016 | 0.0067 | 1 | 1 | $1,632.85 | |
| $1,632.85 | 2017 | 0.007 | 1 | 0.42 | $1,637.64 | |
| | | | | | Total Interest Due: | $56.76 |