| INTEREST CALCULATIONS AS OF 2/28/18 (EXH. C) |||||||
|---|---|---|---|---|---|---|
| Arelco Plastic Fabricating Co. |||||||
|  | Demand Date: | Amount: |  |  |  |  |
|  | June 8, 2012 | $101.33 |  |  |  |  |
| Principal | Years Interest Accrued | Superfund Interest Rate | Times Compounded Annually | Number of Years in Fiscal Year | Principal with Compounded Interest | Compounded Interest |
| $101.33 | 2012 | 0.0074 | 1 | 0.32 | $101.57 |  |
| $101.57 | 2013 | 0.0078 | 1 | 1 | $102.37 |  |
| $102.37 | 2014 | 0.0081 | 1 | 1 | $103.20 |  |
| $103.20 | 2015 | 0.0075 | 1 | 1 | $103.97 |  |
| $103.97 | 2016 | 0.0067 | 1 | 1 | $104.67 |  |
| $104.67 | 2017 | 0.007 | 1 | 0.42 | $104.97 |  |
|  |  |  |  |  | Total Interest Due: | $3.64 |