| | INTEREST CALCULATIONS AS OF 2/28/18 (EXH. C) | | | | | |
|---|---|---|---|---|---|---|
| | **BMO Harris Bank, N.A.** | | | | | |
| | **Demand Date:** | **Amount:** | | | | |
| | June 8, 2012 | $196.02 | | | | |
| **Principal** | **Years Interest Accrued** | **Superfund Interest Rate** | **Times Compounded Annually** | **Number of Years in Fiscal Year** | **Principal with Compounded Interest** | **Compounded Interest** |
| $196.02 | 2012 | 0.0074 | 1 | 0.32 | $196.49 | |
| $196.49 | 2013 | 0.0078 | 1 | 1 | $198.02 | |
| $198.02 | 2014 | 0.0081 | 1 | 1 | $199.62 | |
| $199.62 | 2015 | 0.0075 | 1 | 1 | $201.12 | |
| $201.12 | 2016 | 0.0067 | 1 | 1 | $202.47 | |
| $202.47 | 2017 | 0.007 | 1 | 0.42 | $203.06 | |
| | | | | | Total Interest Due: | $7.04 |