| INTEREST CALCULATIONS AS OF 2/28/18 (EXH. C) ||||||| 
|---|---|---|---|---|---|---|
| Sterling Hardware, LLC |||||||
|  | **Demand Date:** | **Amount:** |  |  |  |  |
|  | June 8, 2012 | $129.21 |  |  |  |  |
| **Principal** | **Years Interest Accrued** | **Superfund Interest Rate** | **Times Compounded Annually** | **Number of Years in Fiscal Year** | **Principal with Compounded Interest** | **Compounded Interest** |
| $129.21 | 2012 | 0.0074 | 1 | 0.32 | $129.52 |  |
| $129.52 | 2013 | 0.0078 | 1 | 1 | $130.53 |  |
| $130.53 | 2014 | 0.0081 | 1 | 1 | $131.58 |  |
| $131.58 | 2015 | 0.0075 | 1 | 1 | $132.57 |  |
| $132.57 | 2016 | 0.0067 | 1 | 1 | $133.46 |  |
| $133.46 | 2017 | 0.007 | 1 | 0.42 | $133.85 |  |
|  |  |  |  |  | Total Interest Due: | $4.64 |