| | | INTEREST CALCULATIONS AS OF 2/28/18 (EXH. C) | | | | |
|---|---|---|---|---|---|---|
| | | PMRS, Inc. | | | | |
| | **Demand Date:** | **Amount:** | | | | |
| | June 8, 2012 | $107.18 | | | | |
| **Principal** | **Years Interest Accrued** | **Superfund Interest Rate** | **Times Compounded Annually** | **Number of Years in Fiscal Year** | **Principal with Compounded Interest** | **Compounded Interest** |
| $107.18 | 2012 | 0.0074 | 1 | 0.32 | $107.44 | |
| $107.44 | 2013 | 0.0078 | 1 | 1 | $108.27 | |
| $108.27 | 2014 | 0.0081 | 1 | 1 | $109.15 | |
| $109.15 | 2015 | 0.0075 | 1 | 1 | $109.97 | |
| $109.97 | 2016 | 0.0067 | 1 | 1 | $110.71 | |
| $110.71 | 2017 | 0.007 | 1 | 0.42 | $111.03 | |
| | | | | | Total Interest Due: | $3.85 |