**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**

| | | |
|---|---|---|
| **LWD PRP GROUP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 5:12-CV-00127-** |
| | ) | **GNS-HBB** |
| **ACF INDUSTRIES LLC, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**ORDER GRANTING DEFAULT JUDGMENT AND DECLARATORY**
**JUDGMENT AS TO DEFENDANT CARMAN CLEANERS**

This matter is before the Court on the Motion for Entry of Default Judgment Against

Defendant Carman Cleaners filed by the LWD PRP Group ("Plaintiff") seeking a default

judgment as to past response costs and a declaratory judgment that Defendant is required to pay

0.0008% of all response costs (damages) incurred by Plaintiff after November 30, 2017. Upon

consideration of the Motion for Entry of Default Judgment Against Defendant Carman Cleaners,

having been fully briefed by the parties, and the entire record herein,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and do hereby enter a

Default Judgment against Defendant Carman Cleaners in the amount of $195.47. It is further

ordered, that declaratory judgment be entered against Defendant Carman Cleaners requiring it to

pay 0.0008% of all damages incurred by Plaintiff after November 30, 2017.

Dated:  March _____, 2018

By:_____
    United States Circuit Court Judge