| | INTEREST CALCULATIONS AS OF 2/28/18 (EXH. C) | | | | | |
|---|---|---|---|---|---|---|
| | **Carman Cleaners** | | | | | |
| | **Demand Date:** | **Amount:** | | | | |
| | July 9, 2012 | $60.83 | | | | |
| **Principal** | **Years Interest Accrued** | **Superfund Interest Rate** | **Times Compounded Annually** | **Number of Years in Fiscal Year** | **Principal with Compounded Interest** | **Compounded Interest** |
| $60.83 | 2012 | 0.0074 | 1 | 0.23 | $60.93 | |
| $60.93 | 2013 | 0.0078 | 1 | 1 | $61.40 | |
| $61.40 | 2014 | 0.0081 | 1 | 1 | $61.90 | |
| $61.90 | 2015 | 0.0075 | 1 | 1 | $62.37 | |
| $62.37 | 2016 | 0.0067 | 1 | 1 | $62.78 | |
| $62.78 | 2017 | 0.007 | 1 | 0.42 | $62.97 | |
| | | | | | Total Interest Due: | $2.14 |