# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 5:12-CV-00127-<br>) GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** | )<br>) |
| Defendants. | )<br>) |

### MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT MICROBAC LABORATORIES, INC.

Pursuant to Rule 55(b)(2) and 57 of the Federal Rules of Civil Procedure, Plaintiff LWD PRP Group ("Plaintiff") respectfully requests the Court to enter a default judgment against Defendant Microbac Laboratories, Inc. ("Microbac") in the amount of $173.96 for past response costs (damages) incurred by Plaintiff through November 30, 2017, including applicable pre-judgment interest and reimbursement of formal service costs, along with a declaratory judgment that Microbac is required to pay 0.0008% of all response costs (damages) incurred by Plaintiff after November 30, 2017 (a proposed Default Judgment is attached hereto as Exh. D), as fully appears from the Court file herein and from the attached Affidavit of Matthew T. Merryman (Exh. B hereto) in support of this request for the Entry of Default Judgment.

Dated:  March 15, 2018	Respectfully submitted,

         /s/ Matthew T. Merryman
         Gary D. Justis  admitted *pro hac vice*
         Matthew T. Merryman *admitted pro hac vice*
         Rachel D. Guthrie  admitted *pro hac vice*
         THE JUSTIS LAW FIRM LLC
         10955 Lowell Ave.
         Suite 520
         Overland Park, KS  66210-2336
         Telephone:  (913) 955-3712
         Facsimile:  (913) 955-3711
         Email: gjustis@justislawfirm.com
            mmerryman@justislawfirm.com
            rguthrie@justislawfirm.com

          and

         W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
         MCMURRY & LIVINGSTON, PLLC
         333 Broadway, 7th Floor
         P.O. Box 1700
         Paducah, Kentucky  42002-1700
         Telephone:  (270) 443-6511
         Facsimile:  (270) 443-6548
         Email:  fletch@ml-lawfirm.com

         ATTORNEYS FOR PLAINTIFF LWD PRP
         GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2018, a copy of the foregoing Motion for Entry of Default Judgment Against Defendant Microbac Laboratories, Inc. was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System. I further certify that on March 15, 2018, the foregoing Motion for Entry of Default Judgment Against Defendant Microbac Laboratories, Inc. was also placed in the USPS Priority Mail, postage prepaid, to the following representative for Defendant Microbac Laboratories, Inc.:

> Cabot Earle
> CEO
> Microbac Laboratories, Inc.
> One Allegheny Sq.
> Suite 400
> Pittsburgh, PA  15212

/s/ Matthew T. Merryman
Matthew T. Merryman

3