# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 5:12-CV-00127- |
| ) | GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER GRANTING DEFAULT JUDGMENT AND DECLARATORY JUDGMENT AS TO DEFENDANT MICROBAC LABORATORIES, INC.

This matter is before the Court on the Motion for Entry of Default Judgment Against Defendant Microbac Laboratories, Inc. filed by the LWD PRP Group ("Plaintiff") seeking a default judgment as to past response costs and a declaratory judgment that Defendant is required to pay 0.0008% of all response costs (damages) incurred by Plaintiff after November 30, 2017. Upon consideration of the Motion for Entry of Default Judgment Against Defendant Microbac Laboratories, Inc., having been fully briefed by the parties, and the entire record herein,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and do hereby enter a Default Judgment against Defendant Microbac Laboratories, Inc. in the amount of $173.96. It is further ordered, that declaratory judgment be entered against Defendant Microbac Laboratories, Inc. requiring it to pay 0.0008% of all damages incurred by Plaintiff after November 30, 2017.

Dated: March _____, 2018

By:_____
United States Circuit Court Judge