| INTEREST CALCULATIONS AS OF 2/28/18 (EXH. C) |||||||
|---|---|---|---|---|---|---|
| Microbac Laboratories, Inc. |||||||
|  | **Demand Date:** | **Amount:** |  |  |  |  |
|  | July 9, 2012 | $56.95 |  |  |  |  |
| **Principal** | **Years Interest Accrued** | **Superfund Interest Rate** | **Times Compounded Annually** | **Number of Years in Fiscal Year** | **Principal with Compounded Interest** | **Compounded Interest** |
| $56.95 | 2012 | 0.0074 | 1 | 0.23 | $57.05 |  |
| $57.05 | 2013 | 0.0078 | 1 | 1 | $57.49 |  |
| $57.49 | 2014 | 0.0081 | 1 | 1 | $57.96 |  |
| $57.96 | 2015 | 0.0075 | 1 | 1 | $58.39 |  |
| $58.39 | 2016 | 0.0067 | 1 | 1 | $58.78 |  |
| $58.78 | 2017 | 0.007 | 1 | 0.42 | $58.96 |  |
|  |  |  |  |  | Total Interest Due: | $2.01 |