| | INTEREST CALCULATIONS AS OF 2/28/18 (EXH. C) | | | | | |
|---|---|---|---|---|---|---|
| | **CFPG, Ltd.** | | | | | |
| | **Demand Date:** | **Amount:** | | | | |
| | July 9, 2012 | $55.73 | | | | |
| **Principal** | **Years Interest Accrued** | **Superfund Interest Rate** | **Times Compounded Annually** | **Number of Years in Fiscal Year** | **Principal with Compounded Interest** | **Compounded Interest** |
| $55.73 | 2012 | 0.0074 | 1 | 0.23 | $55.83 | |
| $55.83 | 2013 | 0.0078 | 1 | 1 | $56.26 | |
| $56.26 | 2014 | 0.0081 | 1 | 1 | $56.72 | |
| $56.72 | 2015 | 0.0075 | 1 | 1 | $57.14 | |
| $57.14 | 2016 | 0.0067 | 1 | 1 | $57.53 | |
| $57.53 | 2017 | 0.007 | 1 | 0.42 | $57.70 | |
| | | | | | Total Interest Due: | $1.96 |