| INTEREST CALCULATIONS AS OF 2/28/18 (EXH. C) ||||||| 
|---|---|---|---|---|---|---|
| Leeds Seating Company |||||||
| | **Demand Date:** | **Amount:** | | | | |
| | June 8, 2012 | $683.85 | | | | |
| **Principal** | **Years Interest Accrued** | **Superfund Interest Rate** | **Times Compounded Annually** | **Number of Years in Fiscal Year** | **Principal with Compounded Interest** | **Compounded Interest** |
| $683.85 | 2012 | 0.0074 | 1 | 0.32 | $685.46 | |
| $685.46 | 2013 | 0.0078 | 1 | 1 | $690.81 | |
| $690.81 | 2014 | 0.0081 | 1 | 1 | $696.41 | |
| $696.41 | 2015 | 0.0075 | 1 | 1 | $701.63 | |
| $701.63 | 2016 | 0.0067 | 1 | 1 | $706.33 | |
| $706.33 | 2017 | 0.007 | 1 | 0.42 | $708.40 | |
| | | | | | Total Interest Due: | $24.55 |