| INTEREST CALCULATIONS AS OF 2/28/18 (EXH. C) |||||||
|---|---|---|---|---|---|---|
| Environmental Services of North America, Inc. |||||||
|  | Demand Date: | Amount: |  |  |  |  |
|  | June 8, 2012 | $659.01 |  |  |  |  |
| Principal | Years Interest Accrued | Superfund Interest Rate | Times Compounded Annually | Number of Years in Fiscal Year | Principal with Compounded Interest | Compounded Interest |
| $659.01 | 2012 | 0.0074 | 1 | 0.32 | $660.56 |  |
| $660.56 | 2013 | 0.0078 | 1 | 1 | $665.71 |  |
| $665.71 | 2014 | 0.0081 | 1 | 1 | $671.11 |  |
| $671.11 | 2015 | 0.0075 | 1 | 1 | $676.14 |  |
| $676.14 | 2016 | 0.0067 | 1 | 1 | $680.67 |  |
| $680.67 | 2017 | 0.007 | 1 | 0.42 | $682.67 |  |
|  |  |  |  |  | Total Interest Due: | $23.66 |