# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 5:12-CV-00127-GNS-HBB |
| | ) |
| **ACF INDUSTRIES LLC, et al.** | ) |
| | ) |
| Defendants. | ) |
| | ) |

## MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT HEARTH & HOME TECHNOLOGIES, INC.

Pursuant to Rule 55(b)(2) and 57 of the Federal Rules of Civil Procedure, Plaintiff LWD PRP Group ("Plaintiff") respectfully requests the Court to enter a default judgment against Defendant Hearth & Home Technologies, Inc. ("Hearth & Home") in the amount of $304.45 for past response costs (damages) incurred by Plaintiff through November 30, 2017, including applicable pre-judgment interest and reimbursement of formal service costs, along with a declaratory judgment that Hearth & Home is required to pay 0.0027% of all response costs (damages) incurred by Plaintiff after November 30, 2017 (a proposed Default Judgment is attached hereto as Exh. D), as fully appears from the Court file herein and from the attached Affidavit of Matthew T. Merryman (Exh. B hereto) in support of this request for the Entry of Default Judgment.

Dated:  March 15, 2018 Respectfully submitted,

/s/ Matthew T. Merryman
Gary D. Justis            admitted *pro hac vice*
Matthew T. Merryman    *admitted pro hac vice*
Rachel D. Guthrie         admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
10955 Lowell Ave.
Suite 520
Overland Park, KS  66210-2336
Telephone:  (913) 955-3712
Facsimile:  (913) 955-3711
Email:  gjustis@justislawfirm.com
       mmerryman@justislawfirm.com
       rguthrie@justislawfirm.com

    and

W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 15, 2018, a copy of the foregoing Motion for Entry of Default Judgment Against Defendant Hearth & Home Technologies, Inc. was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System. I further certify that on March 15, 2018, the foregoing Motion for Entry of Default Judgment Against Defendant Hearth & Home Technologies, Inc. was also placed in the USPS Priority Mail, postage prepaid, to the following representative for Defendant Hearth & Home Technologies, Inc.:

    Brad Determan  
    President  
    Hearth & Home Technologies, Inc.  
    7571 215th St. W.  
    Lakeville, MN  55044

                                          /s/ Matthew T. Merryman  
                                          Matthew T. Merryman