**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION**

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) Civil Action No. 5:12-CV-00127-GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** | ) ) |
| **Defendants.** | ) ) ) |

**ORDER GRANTING DEFAULT JUDGMENT AND DECLARATORY
JUDGMENT AS TO DEFENDANT HEARTH & HOME TECHNOLOGIES, INC.**

This matter is before the Court on the Motion for Entry of Default Judgment Against Defendant Hearth & Home Technologies, Inc. filed by the LWD PRP Group ("Plaintiff") seeking a default judgment as to past response costs and a declaratory judgment that Defendant is required to pay 0.0027% of all response costs (damages) incurred by Plaintiff after November 30, 2017. Upon consideration of the Motion for Entry of Default Judgment Against Defendant Hearth & Home Technologies, Inc., having been fully briefed by the parties, and the entire record herein,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and do hereby enter a Default Judgment against Defendant Hearth & Home Technologies, Inc. in the amount of $304.45. It is further ordered, that declaratory judgment be entered against Defendant Hearth & Home Technologies, Inc. requiring it to pay 0.0027% of all damages incurred by Plaintiff after November 30, 2017.

Dated:  March ____, 2018

By:_____
United States Circuit Court Judge