| INTEREST CALCULATIONS AS OF 2/28/18 (EXH. B) | | | | | | |
|---|---|---|---|---|---|---|
| **All American Group, Inc.** | | | | | | |
| | **Demand Date:** | **Amount:** | | | | |
| | June 8, 2012 | $411.18 | | | | |
| **Principal** | **Years Interest Accrued** | **Superfund Interest Rate** | **Times Compounded Annually** | **Number of Years in Fiscal Year** | **Principal with Compounded Interest** | **Compounded Interest** |
| $411.18 | 2012 | 0.0074 | 1 | 0.32 | $412.15 | |
| $412.15 | 2013 | 0.0078 | 1 | 1 | $415.36 | |
| $415.36 | 2014 | 0.0081 | 1 | 1 | $418.73 | |
| $418.73 | 2015 | 0.0075 | 1 | 1 | $421.87 | |
| $421.87 | 2016 | 0.0067 | 1 | 1 | $424.70 | |
| $424.70 | 2017 | 0.007 | 1 | 0.42 | $425.94 | |
| | | | | | Total Interest Due: | $14.76 |
| **Arelco Plastic Fabricating Co.** | | | | | | |
| | **Demand Date:** | **Amount:** | | | | |
| | June 8, 2012 | $101.33 | | | | |
| **Principal** | **Years Interest Accrued** | **Superfund Interest Rate** | **Times Compounded Annually** | **Number of Years in Fiscal Year** | **Principal with Compounded Interest** | **Compounded Interest** |
| $101.33 | 2012 | 0.0074 | 1 | 0.32 | $101.57 | |
| $101.57 | 2013 | 0.0078 | 1 | 1 | $102.37 | |
| $102.37 | 2014 | 0.0081 | 1 | 1 | $103.20 | |
| $103.20 | 2015 | 0.0075 | 1 | 1 | $103.97 | |
| $103.97 | 2016 | 0.0067 | 1 | 1 | $104.67 | |
| $104.67 | 2017 | 0.007 | 1 | 0.42 | $104.97 | |
| | | | | | Total Interest Due: | $3.64 |
| **BMO Harris Bank, N.A.** | | | | | | |
| | **Demand Date:** | **Amount:** | | | | |
| | June 8, 2012 | $196.02 | | | | |
| **Principal** | **Years Interest Accrued** | **Superfund Interest Rate** | **Times Compounded Annually** | **Number of Years in Fiscal Year** | **Principal with Compounded Interest** | **Compounded Interest** |
| $196.02 | 2012 | 0.0074 | 1 | 0.32 | $196.49 | |
| $196.49 | 2013 | 0.0078 | 1 | 1 | $198.02 | |
| $198.02 | 2014 | 0.0081 | 1 | 1 | $199.62 | |
| $199.62 | 2015 | 0.0075 | 1 | 1 | $201.12 | |
| $201.12 | 2016 | 0.0067 | 1 | 1 | $202.47 | |
| $202.47 | 2017 | 0.007 | 1 | 0.42 | $203.06 | |
| | | | | | Total Interest Due: | $7.04 |
| **Carman Cleaners** | | | | | | |
| | **Demand Date:** | **Amount:** | | | | |
| | July 9, 2012 | $60.83 | | | | |
| **Principal** | **Years Interest Accrued** | **Superfund Interest Rate** | **Times Compounded Annually** | **Number of Years in Fiscal Year** | **Principal with Compounded Interest** | **Compounded Interest** |
| $60.83 | 2012 | 0.0074 | 1 | 0.23 | $60.93 | |
| $60.93 | 2013 | 0.0078 | 1 | 1 | $61.40 | |
| $61.40 | 2014 | 0.0081 | 1 | 1 | $61.90 | |
| $61.90 | 2015 | 0.0075 | 1 | 1 | $62.37 | |
| $62.37 | 2016 | 0.0067 | 1 | 1 | $62.78 | |
| $62.78 | 2017 | 0.007 | 1 | 0.42 | $62.97 | |
| | | | | | Total Interest Due: | $2.14 |

| INTEREST CALCULATIONS AS OF 2/28/18 (EXH. B) | | | | | | |
|---|---|---|---|---|---|---|
| **CFPG, Ltd.** | | | | | | |
| | **Demand Date:** | **Amount:** | | | | |
| | July 9, 2012 | $55.73 | | | | |
| **Principal** | **Years Interest Accrued** | **Superfund Interest Rate** | **Times Compounded Annually** | **Number of Years in Fiscal Year** | **Principal with Compounded Interest** | **Compounded Interest** |
| $55.73 | 2012 | 0.0074 | 1 | 0.23 | $55.83 | |
| $55.83 | 2013 | 0.0078 | 1 | 1 | $56.26 | |
| $56.26 | 2014 | 0.0081 | 1 | 1 | $56.72 | |
| $56.72 | 2015 | 0.0075 | 1 | 1 | $57.14 | |
| $57.14 | 2016 | 0.0067 | 1 | 1 | $57.53 | |
| $57.53 | 2017 | 0.007 | 1 | 0.42 | $57.70 | |
| | | | | | Total Interest Due: | $1.96 |
| **Environmental Services of North America, Inc.** | | | | | | |
| | **Demand Date:** | **Amount:** | | | | |
| | June 8, 2012 | $659.01 | | | | |
| **Principal** | **Years Interest Accrued** | **Superfund Interest Rate** | **Times Compounded Annually** | **Number of Years in Fiscal Year** | **Principal with Compounded Interest** | **Compounded Interest** |
| $659.01 | 2012 | 0.0074 | 1 | 0.32 | $660.56 | |
| $660.56 | 2013 | 0.0078 | 1 | 1 | $665.71 | |
| $665.71 | 2014 | 0.0081 | 1 | 1 | $671.11 | |
| $671.11 | 2015 | 0.0075 | 1 | 1 | $676.14 | |
| $676.14 | 2016 | 0.0067 | 1 | 1 | $680.67 | |
| $680.67 | 2017 | 0.007 | 1 | 0.42 | $682.67 | |
| | | | | | Total Interest Due: | $23.66 |
| **Excel TSD, Inc.** | | | | | | |
| | **Demand Date:** | **Amount:** | | | | |
| | June 8, 2012 | $1,095.45 | | | | |
| **Principal** | **Years Interest Accrued** | **Superfund Interest Rate** | **Times Compounded Annually** | **Number of Years in Fiscal Year** | **Principal with Compounded Interest** | **Compounded Interest** |
| $1,095.45 | 2012 | 0.0074 | 1 | 0.32 | $1,098.04 | |
| $1,098.04 | 2013 | 0.0078 | 1 | 1 | $1,106.60 | |
| $1,106.60 | 2014 | 0.0081 | 1 | 1 | $1,115.57 | |
| $1,115.57 | 2015 | 0.0075 | 1 | 1 | $1,123.93 | |
| $1,123.93 | 2016 | 0.0067 | 1 | 1 | $1,131.46 | |
| $1,131.46 | 2017 | 0.007 | 1 | 0.42 | $1,134.78 | |
| | | | | | Total Interest Due: | $39.33 |
| **Greenlee Diamond Tool Co.** | | | | | | |
| | **Demand Date:** | **Amount:** | | | | |
| | June 8, 2012 | $108.57 | | | | |
| **Principal** | **Years Interest Accrued** | **Superfund Interest Rate** | **Times Compounded Annually** | **Number of Years in Fiscal Year** | **Principal with Compounded Interest** | **Compounded Interest** |
| $108.57 | 2012 | 0.0074 | 1 | 0.32 | $108.83 | |
| $108.83 | 2013 | 0.0078 | 1 | 1 | $109.68 | |
| $109.68 | 2014 | 0.0081 | 1 | 1 | $110.57 | |
| $110.57 | 2015 | 0.0075 | 1 | 1 | $111.40 | |
| $111.40 | 2016 | 0.0067 | 1 | 1 | $112.14 | |
| $112.14 | 2017 | 0.007 | 1 | 0.42 | $112.47 | |
| | | | | | Total Interest Due: | $3.90 |

| INTEREST CALCULATIONS AS OF 2/28/18 (EXH. B) | | | | | | |
|---|---|---|---|---|---|---|
| **Hearth & Home Technologies, Inc.** | | | | | | |
| | **Demand Date:** | **Amount:** | | | | |
| | June 8, 2012 | $207.01 | | | | |
| **Principal** | **Years Interest Accrued** | **Superfund Interest Rate** | **Times Compounded Annually** | **Number of Years in Fiscal Year** | **Principal with Compounded Interest** | **Compounded Interest** |
| $207.01 | 2012 | 0.0074 | 1 | 0.32 | $207.50 | |
| $207.50 | 2013 | 0.0078 | 1 | 1 | $209.12 | |
| $209.12 | 2014 | 0.0081 | 1 | 1 | $210.82 | |
| $210.82 | 2015 | 0.0075 | 1 | 1 | $212.40 | |
| $212.40 | 2016 | 0.0067 | 1 | 1 | $213.82 | |
| $213.82 | 2017 | 0.007 | 1 | 0.42 | $214.45 | |
| | | | | | Total Interest Due: | $7.43 |
| **Leeds Seating Company** | | | | | | |
| | **Demand Date:** | **Amount:** | | | | |
| | June 8, 2012 | $683.85 | | | | |
| **Principal** | **Years Interest Accrued** | **Superfund Interest Rate** | **Times Compounded Annually** | **Number of Years in Fiscal Year** | **Principal with Compounded Interest** | **Compounded Interest** |
| $683.85 | 2012 | 0.0074 | 1 | 0.32 | $685.46 | |
| $685.46 | 2013 | 0.0078 | 1 | 1 | $690.81 | |
| $690.81 | 2014 | 0.0081 | 1 | 1 | $696.41 | |
| $696.41 | 2015 | 0.0075 | 1 | 1 | $701.63 | |
| $701.63 | 2016 | 0.0067 | 1 | 1 | $706.33 | |
| $706.33 | 2017 | 0.007 | 1 | 0.42 | $708.40 | |
| | | | | | Total Interest Due: | $24.55 |
| **Microbac Laboratories, Inc.** | | | | | | |
| | **Demand Date:** | **Amount:** | | | | |
| | July 9, 2012 | $56.95 | | | | |
| **Principal** | **Years Interest Accrued** | **Superfund Interest Rate** | **Times Compounded Annually** | **Number of Years in Fiscal Year** | **Principal with Compounded Interest** | **Compounded Interest** |
| $56.95 | 2012 | 0.0074 | 1 | 0.23 | $57.05 | |
| $57.05 | 2013 | 0.0078 | 1 | 1 | $57.49 | |
| $57.49 | 2014 | 0.0081 | 1 | 1 | $57.96 | |
| $57.96 | 2015 | 0.0075 | 1 | 1 | $58.39 | |
| $58.39 | 2016 | 0.0067 | 1 | 1 | $58.78 | |
| $58.78 | 2017 | 0.007 | 1 | 0.42 | $58.96 | |
| | | | | | Total Interest Due: | $2.01 |
| **Parker Plastics Corp.** | | | | | | |
| | **Demand Date:** | **Amount:** | | | | |
| | July 9, 2012 | $58.30 | | | | |
| **Principal** | **Years Interest Accrued** | **Superfund Interest Rate** | **Times Compounded Annually** | **Number of Years in Fiscal Year** | **Principal with Compounded Interest** | **Compounded Interest** |
| $58.30 | 2012 | 0.0074 | 1 | 0.23 | $58.40 | |
| $58.40 | 2013 | 0.0078 | 1 | 1 | $58.85 | |
| $58.85 | 2014 | 0.0081 | 1 | 1 | $59.33 | |
| $59.33 | 2015 | 0.0075 | 1 | 1 | $59.77 | |
| $59.77 | 2016 | 0.0067 | 1 | 1 | $60.17 | |
| $60.17 | 2017 | 0.007 | 1 | 0.42 | $60.35 | |
| | | | | | Total Interest Due: | $2.05 |

| INTEREST CALCULATIONS AS OF 2/28/18 (EXH. B) | | | | | | |
|---|---|---|---|---|---|---|
| PMRS, Inc. | | | | | | |
| | **Demand Date:** | **Amount:** | | | | |
| | June 8, 2012 | $107.18 | | | | |
| **Principal** | **Years Interest Accrued** | **Superfund Interest Rate** | **Times Compounded Annually** | **Number of Years in Fiscal Year** | **Principal with Compounded Interest** | **Compounded Interest** |
| $107.18 | 2012 | 0.0074 | 1 | 0.32 | $107.44 | |
| $107.44 | 2013 | 0.0078 | 1 | 1 | $108.27 | |
| $108.27 | 2014 | 0.0081 | 1 | 1 | $109.15 | |
| $109.15 | 2015 | 0.0075 | 1 | 1 | $109.97 | |
| $109.97 | 2016 | 0.0067 | 1 | 1 | $110.71 | |
| $110.71 | 2017 | 0.007 | 1 | 0.42 | $111.03 | |
| | | | | | Total Interest Due: | $3.85 |
| **Sterling Hardware, LLC** | | | | | | |
| | **Demand Date:** | **Amount:** | | | | |
| | June 8, 2012 | $129.21 | | | | |
| **Principal** | **Years Interest Accrued** | **Superfund Interest Rate** | **Times Compounded Annually** | **Number of Years in Fiscal Year** | **Principal with Compounded Interest** | **Compounded Interest** |
| $129.21 | 2012 | 0.0074 | 1 | 0.32 | $129.52 | |
| $129.52 | 2013 | 0.0078 | 1 | 1 | $130.53 | |
| $130.53 | 2014 | 0.0081 | 1 | 1 | $131.58 | |
| $131.58 | 2015 | 0.0075 | 1 | 1 | $132.57 | |
| $132.57 | 2016 | 0.0067 | 1 | 1 | $133.46 | |
| $133.46 | 2017 | 0.007 | 1 | 0.42 | $133.85 | |
| | | | | | Total Interest Due: | $4.64 |
| **The Finishing Company** | | | | | | |
| | **Demand Date:** | **Amount:** | | | | |
| | June 8, 2012 | $1,580.88 | | | | |
| **Principal** | **Years Interest Accrued** | **Superfund Interest Rate** | **Times Compounded Annually** | **Number of Years in Fiscal Year** | **Principal with Compounded Interest** | **Compounded Interest** |
| $1,580.88 | 2012 | 0.0074 | 1 | 0.32 | $1,584.61 | |
| $1,584.61 | 2013 | 0.0078 | 1 | 1 | $1,596.97 | |
| $1,596.97 | 2014 | 0.0081 | 1 | 1 | $1,609.91 | |
| $1,609.91 | 2015 | 0.0075 | 1 | 1 | $1,621.98 | |
| $1,621.98 | 2016 | 0.0067 | 1 | 1 | $1,632.85 | |
| $1,632.85 | 2017 | 0.007 | 1 | 0.42 | $1,637.64 | |
| | | | | | Total Interest Due: | $56.76 |
| **Zeller Technologies, Inc.** | | | | | | |
| | **Demand Date:** | **Amount:** | | | | |
| | June 8, 2012 | $290.05 | | | | |
| **Principal** | **Years Interest Accrued** | **Superfund Interest Rate** | **Times Compounded Annually** | **Number of Years in Fiscal Year** | **Principal with Compounded Interest** | **Compounded Interest** |
| $290.05 | 2012 | 0.0074 | 1 | 0.32 | $290.73 | |
| $290.73 | 2013 | 0.0078 | 1 | 1 | $293.00 | |
| $293.00 | 2014 | 0.0081 | 1 | 1 | $295.38 | |
| $295.38 | 2015 | 0.0075 | 1 | 1 | $297.59 | |
| $297.59 | 2016 | 0.0067 | 1 | 1 | $299.58 | |
| $299.58 | 2017 | 0.007 | 1 | 0.42 | $300.46 | |
| | | | | | Total Interest Due: | $10.41 |
| **INTEREST GRAND TOTAL** | | | | | | **$208.13** |