| INTEREST CALCULATIONS AS OF 2/28/18 (EXH. C) ||||||| 
|---|---|---|---|---|---|---|
| Hearth & Home Technologies, Inc. |||||||
|  | **Demand Date:** | **Amount:** |  |  |  |  |
|  | June 8, 2012 | $207.01 |  |  |  |  |
| **Principal** | **Years Interest Accrued** | **Superfund Interest Rate** | **Times Compounded Annually** | **Number of Years in Fiscal Year** | **Principal with Compounded Interest** | **Compounded Interest** |
| $207.01 | 2012 | 0.0074 | 1 | 0.32 | $207.50 |  |
| $207.50 | 2013 | 0.0078 | 1 | 1 | $209.12 |  |
| $209.12 | 2014 | 0.0081 | 1 | 1 | $210.82 |  |
| $210.82 | 2015 | 0.0075 | 1 | 1 | $212.40 |  |
| $212.40 | 2016 | 0.0067 | 1 | 1 | $213.82 |  |
| $213.82 | 2017 | 0.007 | 1 | 0.42 | $214.45 |  |
|  |  |  |  |  | Total Interest Due: | $7.43 |