**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION**

| | |
|---|---|
| **LWD PRP GROUP,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 5:12-CV-00127-** |
| ) | **GNS-HBB** |
| **ACF INDUSTRIES LLC, et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**ORDER GRANTING DEFAULT JUDGMENT AND DECLARATORY
JUDGMENT AS TO DEFENDANT GREENLEE DIAMOND TOOL CO.**

This matter is before the Court on the Motion for Entry of Default Judgment Against

Defendant Greenlee Diamond Tool Co. filed by the LWD PRP Group ("Plaintiff") seeking a

default judgment as to past response costs and a declaratory judgment that Defendant is required

to pay 0.0014% of all response costs (damages) incurred by Plaintiff after November 30, 2017.

Upon consideration of the Motion for Entry of Default Judgment Against Defendant Greenlee

Diamond Tool Co., having been fully briefed by the parties, and the entire record herein,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and do hereby enter a

Default Judgment against Defendant Greenlee Diamond Tool Co. in the amount of $194.97. It is

further ordered, that declaratory judgment be entered against Defendant Greenlee Diamond Tool

Co. requiring it to pay 0.0014% of all damages incurred by Plaintiff after November 30, 2017.

Dated:  March _____, 2018

                                                        By:_____
                                                        United States Circuit Court Judge