| INTERST CALCULATIONS AS OF 2/28/18 (EXH. C) |||||||
|---|---|---|---|---|---|---|
| Greenlee Diamond Tool Co. |||||||
|  | **Demand Date:** | **Amount:** |  |  |  |  |
|  | June 8, 2012 | $108.57 |  |  |  |  |
| **Principal** | **Years Interest Accrued** | **Superfund Interest Rate** | **Times Compounded Annually** | **Number of Years in Fiscal Year** | **Principal with Compounded Interest** | **Compounded Interest** |
| $108.57 | 2012 | 0.0074 | 1 | 0.32 | $108.83 |  |
| $108.83 | 2013 | 0.0078 | 1 | 1 | $109.68 |  |
| $109.68 | 2014 | 0.0081 | 1 | 1 | $110.57 |  |
| $110.57 | 2015 | 0.0075 | 1 | 1 | $111.40 |  |
| $111.40 | 2016 | 0.0067 | 1 | 1 | $112.14 |  |
| $112.14 | 2017 | 0.007 | 1 | 0.42 | $112.47 |  |
|  |  |  |  |  | Total Interest Due: | $3.90 |