# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 5:12-CV-00127-GNS-HBB |
| | ) |
| **ACF INDUSTRIES LLC, et al.** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## MOTION TO STRIKE PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AS TO J.C. BAKER & SON, INC.

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel, respectfully submits the following Motion to Strike Plaintiff's Motion for Entry of Default Judgment as to J.C. Baker & Son, Inc. In support of this Motion, Plaintiff states as follows:

1. On December 20, 2017, Plaintiff filed a Notice of Dismissal of Defendant J.C. Baker & Son, Inc. without Prejudice (Dkt. No. 1538). On December 22, 2017, the Court entered an Order granting the dismissal (Dkt. No. 1540).

2. On March 12, 2018, Plaintiff errantly filed a Motion for Entry of Default Judgment as to J.C. Baker & Son, Inc. (the "Motion for Entry of Default") (Dkt. No. 1549).

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests this Court enter an appropriate Order striking the Motion for Entry of Default, and for such other and any further relief as the Court deems just and appropriate under the circumstances.

Dated: March 16, 2018

Respectfully submitted,

/s/ Matthew T. Merryman
Matthew T. Merryman        admitted *pro hac vice*
Gary D. Justis             admitted *pro hac vice*
Rachel D. Guthrie          admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
10955 Lowell Ave.
Suite 520
Overland Park, KS  66210-2336
Telephone:  (913) 955-3712
Facsimile:  (913) 955-3711
Email:  mmerryman@justislawfirm.com
        gjustis@justislawfirm.com
        rguthrie@justislawfirm.com
and

W. Fletcher McMurry Schrock   (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
333 Broadway, 7th Floor
P.O. Box 1700
Paducah, KY  42002-1700
Telephone:  (270) 443-6511
Facsimile:  (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2018, a copy of the foregoing Motion to Strike Plaintiff's Motion for Entry of Default Judgment as to J.C. Baker & Son, Inc. was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

/s/ Matthew T. Merryman
Matthew T. Merryman