# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 5:12-CV-00127- |
| ) | GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** ) | |
| ) | |
| **Defendants.** ) | |

## MOTION TO DISMISS DEFENDANT
## ANDOVER COILS, LLC WITHOUT PREJUDICE

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), respectfully moves this Court for an appropriate Order which dismisses Defendant Andover Coils, LLC ("Andover Coils") without Prejudice from this cause. In support of this Motion, Plaintiff states as follows:

1. On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery, contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several defendants, including Andover Coils (Dkt. No. 1). On January 30, 2013, Plaintiff filed a First Amended Complaint against several defendants, including Andover Coils (Dkt. No. 581). On March 29, 2013, Plaintiff filed a Second Amended Complaint against several defendants, including Andover Coils (Dkt. No. 758). On February 27, 2014, Plaintiff filed a Third Amended Complaint against several defendants, including Andover Coils (Dkt. No. 985). On June 4, 2015, Plaintiff filed a Fourth Amended Complaint against several defendants, including Andover Coils (Dkt. No. 1165). On March 23, 2016, Plaintiff filed a Fifth Amended Complaint against several defendants, including Andover Coils (Dkt. No. 1420).

2. On October 15, 2014, Plaintiff filed a Motion for Entry of Default Against Andover Coils (Dkt. No. 1049). On February 25, 2015, the Court entered an Order for Entry of Default Against Andover Coils (Dkt. No. 1115).

3. Plaintiff has agreed to file a motion to dismiss Andover Coils from this cause without Prejudice, each party to bear its own costs.

4. Such a dismissal will make the Clerk's Order for Entry of Default against Andover Coils moot.

5. A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing Defendant Andover Coils, LLC from this cause without Prejudice, each party to bear its own costs, which order further indicates that the Clerk's Oder for Entry of Default against Andover Coils is moot, and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated: March 16, 2018          Respectfully submitted,

             */s/* Matthew T. Merryman
| | |
|---|---|
| Gary D. Justis | admitted *pro hac vice* |
| Rachel D. Guthrie | admitted *pro hac vice* |
| Matthew T. Merryman | admitted *pro hac vice* |

THE JUSTIS LAW FIRM LLC
10955 Lowell Ave.
Suite 520
Overland Park, KS  66210-2336
Telephone:  (913) 955-3712
Facsimile:  (913) 955-3711
Email:  gjustis@justislawfirm.com
        rguthrie@justislawfirm.com
        mmerryman@justislawfirm.com

and

W. Fletcher McMurry Schrock (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
201 Broadway
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone: (270) 443-6511
Facsimile: (270) 443-6548
Email: fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2018, a copy of the foregoing Motion to Dismiss Defendant Andover Coils, LLC without Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

        */s/* Matthew T. Merryman
        Matthew T. Merryman