**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION**

| | |
|---|---|
| **LWD PRP GROUP,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 5:12-CV-00127- |
| ) | GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**MOTION TO DISMISS DEFENDANT
B-B PAINT CORP. WITHOUT PREJUDICE**

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), respectfully moves this Court for an appropriate Order which dismisses Defendant B-B Paint Corp. ("B-B Paint") without Prejudice from this cause. In support of this Motion, Plaintiff states as follows:

1.  On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery, contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several defendants, including B-B Paint (Dkt. No. 1). On January 30, 2013, Plaintiff filed a First Amended Complaint against several defendants, including B-B Paint (Dkt. No. 581). On March 29, 2013, Plaintiff filed a Second Amended Complaint against several defendants, including B-B Paint (Dkt. No. 758). On February 27, 2014, Plaintiff filed a Third Amended Complaint against several defendants, including B-B Paint (Dkt. No. 985). On June 4, 2015, Plaintiff filed a Fourth Amended Complaint against several defendants, including B-B Paint (Dkt. No. 1165). On March 23, 2016, Plaintiff filed a Fifth Amended Complaint against several defendants, including B-B Paint (Dkt. No. 1420).

2. On October 15, 2014, Plaintiff filed a Motion for Entry of Default Against B-B Paint (Dkt. No. 1051). On February 25, 2015, the Court entered an Order for Entry of Default Against B-B Paint (Dkt. No. 1117).

3. Plaintiff has agreed to file a motion to dismiss B-B Paint from this cause without Prejudice, each party to bear its own costs.

4. Such a dismissal will make the Clerk's Order for Entry of Default against B-B Paint moot.

5. A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing Defendant B-B Paint Corp. from this cause without Prejudice, each party to bear its own costs, which order further indicates that the Clerk's Oder for Entry of Default against B-B Paint is moot, and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated: March 16, 2018

Respectfully submitted,

/s/ Matthew T. Merryman
Gary D. Justis         admitted *pro hac vice*
Rachel D. Guthrie      admitted *pro hac vice*
Matthew T. Merryman    admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
10955 Lowell Ave.
Suite 520
Overland Park, KS 66210-2336
Telephone: (913) 955-3712
Facsimile: (913) 955-3711
Email: gjustis@justislawfirm.com
       rguthrie@justislawfirm.com
       mmerryman@justislawfirm.com

and

W. Fletcher McMurry Schrock (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
201 Broadway
P.O. Box 1700
Paducah, Kentucky 42002-1700
Telephone: (270) 443-6511
Facsimile: (270) 443-6548
Email: fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2018, a copy of the foregoing Motion to Dismiss Defendant B-B Paint Corp. without Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

/s/ Matthew T. Merryman
Matthew T. Merryman