# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
### PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 5:12-CV-00127- |
| ) | GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

Upon the Motion to Dismiss Defendant B-B Paint Corp. with Prejudice, and for good cause shown, B-B Paint Corp. is dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED this _____ day of _____ 2018.

_____
JUDGE GREGORY N. STIVERS
United States District Court