IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**ACF INDUSTRIES LLC, et al.** )<br>)<br>Defendants. )<br>) | Civil Action No. 5:12-CV-00127-GNS-HBB |

**ORDER**

Upon the Motion to Dismiss Defendant Clondalkin Group Inc. with Prejudice, and for good cause shown, Clondalkin Group Inc. is dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED this _____ day of _____ 2018.

_____
JUDGE GREGORY N. STIVERS
United States District Court