# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**ACF INDUSTRIES LLC, et al.** )<br>)<br>**Defendants.** )<br>) | Civil Action No. 5:12-CV-00127-GNS-HBB |

## MOTION TO DISMISS DEFENDANT
## HANNAH MARITIME CORP. WITHOUT PREJUDICE

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), respectfully moves this Court for an appropriate Order which dismisses Defendant Hannah Maritime Corp. ("Hannah Maritime") without Prejudice from this cause. In support of this Motion, Plaintiff states as follows:

1.  On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery, contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several defendants, including Hannah Maritime (Dkt. No. 1). On January 30, 2013, Plaintiff filed a First Amended Complaint against several defendants, including Hannah Maritime (Dkt. No. 581). On March 29, 2013, Plaintiff filed a Second Amended Complaint against several defendants, including Hannah Maritime (Dkt. No. 758). On February 27, 2014, Plaintiff filed a Third Amended Complaint against several defendants, including Hannah Maritime (Dkt. No. 985). On June 4, 2015, Plaintiff filed a Fourth Amended Complaint against several defendants, including Hannah Maritime (Dkt. No. 1165). On March 23, 2016, Plaintiff filed a Fifth Amended Complaint against several defendants, including Hannah Maritime (Dkt. No. 1420).

2. On October 15, 2014, Plaintiff filed a Motion for Entry of Default Against Hannah Maritime (Dkt. No. 1062). On February 25, 2015, the Court entered an Order for Entry of Default Against Hannah Maritime (Dkt. No. 1124).

3. Plaintiff has agreed to file a motion to dismiss Hannah Maritime from this cause without Prejudice, each party to bear its own costs.

4. Such a dismissal will make the Clerk's Order for Entry of Default against Hannah Maritime moot.

5. A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing Defendant Hannah Maritime Corp. from this cause without Prejudice, each party to bear its own costs, which order further indicates that the Clerk's Oder for Entry of Default against Hannah Maritime is moot, and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated: March 16, 2018                     Respectfully submitted,

                                             /s/ Matthew T. Merryman
                                             Gary D. Justis        admitted *pro hac vice*
                                             Rachel D. Guthrie    admitted *pro hac vice*
                                             Matthew T. Merryman  admitted *pro hac vice*
                                             THE JUSTIS LAW FIRM LLC
                                             10955 Lowell Ave.
                                             Suite 520
                                             Overland Park, KS  66210-2336
                                             Telephone:  (913) 955-3712
                                             Facsimile:  (913) 955-3711
                                             Email:  gjustis@justislawfirm.com
                                                          rguthrie@justislawfirm.com
                                                          mmerryman@justislawfirm.com

                                             and

                                             W. Fletcher McMurry Schrock (Ky. Bar# 62283)
                                             MCMURRY & LIVINGSTON, PLLC
                                             201 Broadway
                                             P.O. Box 1700
                                             Paducah, Kentucky  42002-1700
                                             Telephone: (270) 443-6511
                                             Facsimile: (270) 443-6548
                                             Email:  fletch@ml-lawfirm.com

                                             ATTORNEYS FOR PLAINTIFF LWD PRP
                                             GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2018, a copy of the foregoing Motion to Dismiss Defendant Hannah Maritime Corp. without Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

                                             /s/ Matthew T. Merryman
                                             Matthew T. Merryman