**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION**

| | | |
|---|---|---|
| **LWD PRP GROUP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 5:12-CV-00127-** |
| | ) | **GNS-HBB** |
| **ACF INDUSTRIES LLC, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**ORDER**

Upon the Motion to Dismiss Defendant Horning Wire Corporation with Prejudice, and

for good cause shown, Horning Wire Corporation is dismissed from this cause with prejudice,

each party to bear its own costs.

SO ORDERED this _____ day of _____ 2018.

_____
JUDGE GREGORY N. STIVERS
United States District Court