# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION
# CASE NO.: 5:12-cv-00127-GNS-HBB

*Electronically Filed*

**LWD PRP GROUP**                                                        **PLAINTIFF**

**v.**

**ACF INDUSTRIES, LLC,** *et. al.*                             **DEFENDANTS**

## NOTICE IN RESPONSE TO SHOW CAUSE ORDER

Williamson County Housing Authority, in response to the Show Cause Order entered by Magistrate Judge Brennenstuhl on February 28, 2018 [DN 1547], states that Williamson County Housing Authority has tendered the signed settlement agreement along with the full settlement payment to counsel for Plaintiff. Counsel for Plaintiff has indicated his intent to file a motion to dismiss Williamson County Housing Authority as soon as it can be prepared. Williamson County Housing Authority therefore requests the hearing on March 22, 2018 be cancelled.

Dated: March 19, 2018

                                             Respectfully submitted,

                                             *s/Amy D. Cubbage*
                                             Amy D. Cubbage
                                             Ackerson & Yann, PLLC
                                             One Riverfront Plaza, Suite 1200
                                             401 W. Main Street
                                             Louisville, KY 40202
                                             (502) 583-7400
                                             Email: *ACubbage@AckersonLegal.com*

                                             ***Counsel for Defendant,***
                                             ***Williamson County Housing Authority***

**CERTIFICATE OF SERVICE**

      The undersigned certifies that a copy of the foregoing was filed with the clerk of court on March 19, 2018, using the CM/ECF system, which will generate a notice of filing to all counsel of record registered with that system.

                                                  *s/Amy D. Cubbage*
                                                  Amy D. Cubbage