**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION**

| | |
|---|---|
| **LWD PRP GROUP,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 5:12-CV-00127-** |
| ) | **GNS-HBB** |
| **ACF INDUSTRIES LLC, et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**MOTION TO DISMISS DEFENDANT WILLIAMSON COUNTY
HOUSING AUTHORITY WITH PREJUDICE**

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal

Rule of Civil Procedure 41(a)(2), respectfully moves this Court for an appropriate Order which

dismisses Defendant Williamson County Housing Authority ("WCHA") with prejudice from this

cause. In support of this Motion, Plaintiff states as follows:

1.      On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery,

contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several

defendants, including WCHA (Dkt. No. 1). On January 30, 2013, Plaintiff filed a First Amended

Complaint against several defendants, including WCHA (Dkt. No. 581). On March 29, 2013,

Plaintiff filed a Second Amended Complaint against several defendants, including WCHA (Dkt.

No. 758). On February 27, 2014, Plaintiff filed a Third Amended Complaint against several

defendants, including WCHA (Dkt. No. 985). On June 4, 2015, Plaintiff filed a Fourth Amended

Complaint against several defendants, including WCHA (Dkt. No. 1165). On March 23, 2016,

Plaintiff filed a Fifth Amended Complaint against several defendants, including WCHA (Dkt.

No. 1420).

2.      On January 6, 2015, WCHA filed a Motion to Dismiss Plaintiff's Third Amended Complaint (Dkt. No. 1100), which the court granted on March 13, 2015 (Dkt. No. 1137), but clarified when granting Plaintiff's Motion for Reconsideration and for Leave to File an Amended Complaint, or Alternatively, Interlocutory Appeal (Dkt. No. 1164).

3.      On June 22, 2015, WCHA filed a Motion to Dismiss Plaintiff's Fourth Amended Complaint (Dkt. No. 1170), which the court denied on November 4, 2015 (Dkt. No. 1191).

4.      On December 31, 2015, WCHA filed an Answer to Plaintiff's Fourth Amended Complaint (Dkt. No. 1258).

5.      On April 11, 2016, WCHA filed an Answer to Plaintiff's Fifth Amended Complaint (Dkt. No. 1424).

6.      On February 2, 2018, Magistrate Judge H. Brent Brennenstuhl scheduled a Telephone Conference for February 12, 2018, and ordered that counsel for Plaintiff and WCHA should participate in the conference (Dkt. No. 1545).

7.      At the February 12, 2018 Telephone Conference, Magistrate Judge H. Brent Brennenstuhl scheduled a In Person Status Conference for February 27, 2018, and ordered that the Board Chair of WCHA must be present for the conference (Dkt. No 1546). No authorized representative of WCHA appeared at the February 27, 2018 In Person Status Conference.

8.      On February 28, 2018, Magistrate Judge H. Brent Brennenstuhl issued a Order to Show Cause as to why WCHA should not be sanctioned for its failure to comply with the Court's previous order to personally appear at the February 27, 2018 In Person Status Conference (Dkt. No. 1547).

9.      On March 5, 2018, counsel for WCHA filed its Notice of Service of the Order to Show Cause (Dkt. No. 1547) on the Chair of the Board of WCHA (Dkt. No. 1548).

2

10.     Plaintiff has entered into a confidential settlement agreement with WCHA, which settles all claims between Plaintiff and WCHA for a sum certain and other valuable consideration exchanged between the parties.

11.     Under the terms of the settlement agreement with WCHA, Plaintiff agreed to file a motion to dismiss WCHA from this cause with prejudice, each party to bear its own costs.

12.     A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing Defendant Williamson County Housing Authority from this cause with prejudice, each party to bear its own costs, and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated: March 19, 2018                    Respectfully submitted,


*/s/* Gary D. Justis
Gary D. Justis                   admitted *pro hac vice*
Rachel D. Guthrie                admitted *pro hac vice*
Matthew T. Merryman              admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
10955 Lowell Ave.
Suite 520
Overland Park, KS  66210-2336
Telephone:  (913) 955-3712
Facsimile:  (913) 955-3711
Email:  gjustis@justislawfirm.com
        rguthrie@justislawfirm.com
        mmerryman@justislawfirm.com

        and

W. Fletcher McMurry Schrock (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
201 Broadway
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone: (270) 443-6511
Facsimile: (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 19, 2018, a copy of the foregoing Motion to Dismiss Defendant Williamson County Housing Authority with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

*/s/* Gary D. Justis
Gary D. Justis