# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 5:12-CV-00127-GNS-HBB |
| ACF INDUSTRIES LLC, et al. | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on Plaintiff's Motion to Strike Plaintiff's Motion for Entry of Default Judgment as to J.C. Baker & Son, Inc. (Dkt. No. 1566). Upon consideration of the Motion to Strike and the entire record herein,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Strike is **GRANTED**. The "Motion for Clerk's Entry of Default as to J.C. Baker & Son, Inc." (DN 1549) is stricken from the record.

**SO ORDERED** this: March 20, 2018

**Greg N. Stivers, Judge**
**United States District Court**