# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) Civil Action No. 5:12-CV-00127-<br>) GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** | )<br>) |
| **Defendants.** | )<br>) |

## ORDER

Upon the Motion to Dismiss Defendant Hannah Maritime Corp. without Prejudice, and for good cause shown, Hannah Maritime Corp. is dismissed from this cause without prejudice, each party to bear its own costs.

SO ORDERED this:  March 20, 2018

**Greg N. Stivers, Judge**
**United States District Court**