IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | )<br>) Civil Action No. 5:12-CV-00127-<br>) GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** | )<br>) |
| **Defendants.** | )<br>) |

**ORDER**

Upon the Motion to Dismiss Defendant Horning Wire Corporation without Prejudice, and for good cause shown, Horning Wire Corporation is dismissed from this cause without prejudice, each party to bear its own costs.

SO ORDERED this: March 20, 2018

**Greg N. Stivers, Judge**
**United States District Court**