IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 5:12-CV-00127-GNS-HBB |
| | ) |
| **ACF INDUSTRIES LLC, et al.** | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon the Motion to Dismiss Williamson County Housing Authority with Prejudice, and for good cause shown, Williamson County Housing Authority is dismissed from this cause with prejudice, each party to bear its own costs.

SO ORDERED this: March 21, 2018

**Greg N. Stivers, Judge**
**United States District Court**