# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 5:12-CV-00127-<br>) GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** | )<br>) |
| Defendants. | )<br>) |

## ORDER

Upon the Motion to Dismiss Defendant Zeller Technologies, Inc. with Prejudice, and for good cause shown, Zeller Technologies, Inc. is dismissed from this cause with prejudice, each party to bear its own costs. It is further ordered that the Clerk's Order for Entry of Default (Dkt. No. 1136) and Plaintiff's pending Motion for Entry of Default Judgment against Zeller Technologies, Inc. (Dkt. No. 1550) are both moot.

SO ORDERED this _____ day of _____ 2018.

_____
JUDGE GREGORY N. STIVERS
United States District Court