**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**

| | |
|---|---|
| **LWD PRP GROUP,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 5:12-CV-00127-** |
| ) | **GNS-HBB** |
| **ACF INDUSTRIES LLC, et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**MOTION TO DISMISS DEFENDANT HEARTH &**
**HOME TECHNOLOGIES, INC. WITH PREJUDICE**

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), respectfully moves this Court for an appropriate Order which dismisses Defendant Hearth & Home Technologies, Inc. ("Hearth & Home") with Prejudice from this cause. In support of this Motion, Plaintiff states as follows:

1.     On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery, contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several defendants, including Hearth & Home (Dkt. No. 1). On January 30, 2013, Plaintiff filed a First Amended Complaint against several defendants, including Hearth & Home (Dkt. No. 581). On March 29, 2013, Plaintiff filed a Second Amended Complaint against several defendants, including Hearth & Home (Dkt. No. 758). On February 27, 2014, Plaintiff filed a Third Amended Complaint against several defendants, including Hearth & Home (Dkt. No. 985). On June 4, 2015, Plaintiff filed a Fourth Amended Complaint against several defendants, including Hearth & Home (Dkt. No. 1165). On March 23, 2016, Plaintiff filed a Fifth Amended Complaint against several defendants, including Hearth & Home (Dkt. No. 1420).

2.	On October 15, 2014, Plaintiff filed a Motion for Entry of Default Against Hearth & Home (Dkt. No. 1063). On February 25, 2015, the Court entered an Order for Entry of Default Against Hearth & Home (Dkt. No. 1131).

3.	On March 15, 2018, Plaintiff filed a Motion for Default Judgment as to Hearth & Home (Dkt. No. 1564).

4.	Plaintiff has entered into a confidential settlement agreement with Hearth & Home, which settles all claims between Plaintiff and Hearth & Home for a sum certain and other valuable consideration exchanged between the parties.

5.	Under the terms of the settlement agreement with Hearth & Home, Plaintiff agreed to file a motion to dismiss Hearth & Home from this cause with prejudice, each party to bear its own costs.

6.	Such a dismissal will make the Clerk's Order for Entry of Default and Plaintiff's pending Motion for Default Judgment against Hearth & Home moot.

7.	A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing Defendant Hearth & Home Technologies, Inc. from this cause with Prejudice, each party to bear its own costs, which order further indicates that the Clerk's Oder for Entry of Default (Dkt. No. 1131) and Plaintiff's Motion for Default Judgment (Dkt. No. 1564) are moot, and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated: April 17, 2018                          Respectfully submitted,

                                               /s/ Matthew T. Merryman
                                               Gary D. Justis              admitted *pro hac vice*
                                               Rachel D. Guthrie           admitted *pro hac vice*
                                               Matthew T. Merryman         admitted *pro hac vice*
                                               THE JUSTIS LAW FIRM LLC
                                               10955 Lowell Ave.
                                               Suite 520
                                               Overland Park, KS  66210-2336
                                               Telephone:  (913) 955-3712
                                               Facsimile:  (913) 955-3711
                                               Email:  gjustis@justislawfirm.com
                                                        rguthrie@justislawfirm.com
                                                        mmerryman@justislawfirm.com

                                                        and

                                               W. Fletcher McMurry Schrock (Ky. Bar# 62283)
                                               MCMURRY & LIVINGSTON, PLLC
                                               201 Broadway
                                               P.O. Box 1700
                                               Paducah, Kentucky  42002-1700
                                               Telephone: (270) 443-6511
                                               Facsimile: (270) 443-6548
                                               Email: fletch@ml-lawfirm.com

                                               ATTORNEYS FOR PLAINTIFF LWD PRP
                                               GROUP

## CERTIFICATE OF SERVICE

        I hereby certify that on April 17, 2018, a copy of the foregoing Motion to Dismiss

Defendant Hearth & Home Technologies, Inc. with Prejudice was filed electronically. Notice of

this filing will be sent to all parties by operation of the Court's electronic filing system. Parties

may access this filing through the Court's Electronic Case Filing System.

                                               /s/ Matthew T. Merryman
                                               Matthew T. Merryman