### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF KENTUCKY
### PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | )<br>) |
| Plaintiff, | )<br>) |
| v. | )   Civil Action No. 5:12-CV-00127-<br>)   GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** | )<br>) |
| Defendants. | )<br>) |

## ORDER

Upon the Motion to Dismiss Defendant Hearth & Home Technologies, Inc. with Prejudice, and for good cause shown, Hearth & Home Technologies, Inc. is dismissed from this cause with prejudice, each party to bear its own costs. Further, it is Ordered that the Clerk's Order for Entry of Default Against Hearth & Home (Dkt. No. 1131) and Plaintiff's Motion for Default Judgment as to Hearth & Home (Dkt. No. 1564) are both moot.

SO ORDERED this: April 17, 2018

**Greg N. Stivers, Judge**
**United States District Court**