# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 5:12-CV-00127-GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** | ) ) |
| Defendants. | ) ) |

## MOTION TO DISMISS DEFENDANT BLUEGRASS INCINERATION SERVICES, LLC WITHOUT PREJUDICE

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), respectfully moves this Court for an appropriate Order which dismisses Defendant Bluegrass Incineration Services, LLC ("Bluegrass Incineration") without Prejudice from this cause. In support of this Motion, Plaintiff states as follows:

1. On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery, contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several defendants (Dkt. No. 1). On January 30, 2013, Plaintiff filed a First Amended Complaint against several defendants (Dkt. No. 581). On March 29, 2013, Plaintiff filed a Second Amended Complaint against several defendants (Dkt. No. 758). On February 27, 2014, Plaintiff filed a Third Amended Complaint against several defendants, including Bluegrass Incineration (Dkt. No. 985). On June 4, 2015, Plaintiff filed a Fourth Amended Complaint against several defendants, including Bluegrass Incineration (Dkt. No. 1165). On March 23, 2016, Plaintiff filed a Fifth Amended Complaint against several defendants, including Bluegrass Incineration (Dkt. No. 1420).

2. On May 13, 2014, Plaintiff filed a Motion for Entry of Default Against Bluegrass Incineration (Dkt. No. 1024). On May 15, 2014, the Court entered a Clerk's Order for Entry of Default against Bluegrass Incineration (Dkt. No. 1029).

3. Plaintiff has entered into an agreement with Bluegrass Incineration related to access to the LWD Incinerator Site.

4. Under the terms of the access agreement with Bluegrass Incineration, Plaintiff agreed to file a motion to dismiss Bluegrass Incineration from this cause without prejudice, each party to bear its own costs.

5. Such a dismissal will make the Clerk's Order for Entry of Default against Bluegrass Incineration moot.

6. A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing Defendant Bluegrass Incineration Services, LLC from this cause without prejudice, each party to bear its own costs, which Order further indicates that the Clerk's Order for Entry of Default (Dkt. No. 1029) is moot, and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated: May 10, 2018						Respectfully submitted,

										/s/ Matthew T. Merryman
										Gary D. Justis			admitted *pro hac vice*
										Rachel D. Guthrie		admitted *pro hac vice*
										Matthew T. Merryman	admitted *pro hac vice*
										THE JUSTIS LAW FIRM LLC
										10955 Lowell Ave.
										Suite 520
										Overland Park, KS  66210-2336
										Telephone:  (913) 955-3712
										Facsimile:  (913) 955-3711
										Email:  gjustis@justislawfirm.com
											    rguthrie@justislawfirm.com
											    mmerryman@justislawfirm.com

										and

										W. Fletcher McMurry Schrock (Ky. Bar# 62283)
										MCMURRY & LIVINGSTON, PLLC
										201 Broadway
										P.O. Box 1700
										Paducah, Kentucky  42002-1700
										Telephone: (270) 443-6511
										Facsimile: (270) 443-6548
										Email:  fletch@ml-lawfirm.com

										ATTORNEYS FOR PLAINTIFF LWD PRP GROUP


**CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2018, a copy of the foregoing Motion to Dismiss Defendant Bluegrass Incineration Services, LLC without Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

										/s/ Matthew T. Merryman
										Matthew T. Merryman

3