# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 5:12-CV-00127-GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** | ) ) ) |
| Defendants. | ) ) |

## ORDER

Upon the Motion to Dismiss Defendant Bluegrass Incineration Services, LLC without Prejudice, and for good cause shown, Bluegrass Incineration Services, LLC is dismissed from this cause without prejudice, each party to bear its own costs. Further, it is Ordered that the Clerk's Order for Entry of Default Against Bluegrass Incineration (Dkt. No. 1029) is moot.

SO ORDERED this _____ day of _____ 2018.

_____
JUDGE GREGORY N. STIVERS
United States District Court