# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 5:12-CV-00127- |
| | ) GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## MOTION TO DISMISS DEFENDANT
## DAHLSTROM DISPLAY, INC. WITHOUT PREJUDICE

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), respectfully moves this Court for an appropriate Order which dismisses Defendant Dahlstrom Display, Inc. ("Dahlstrom") without Prejudice from this cause. In support of this Motion, Plaintiff states as follows:

1.   On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery, contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several defendants (Dkt. No. 1). On January 30, 2013, Plaintiff filed a First Amended Complaint against several defendants (Dkt. No. 581). On March 29, 2013, Plaintiff filed a Second Amended Complaint against several defendants (Dkt. No. 758). On February 27, 2014, Plaintiff filed a Third Amended Complaint against several defendants, including Dahlstrom (Dkt. No. 985). On June 4, 2015, Plaintiff filed a Fourth Amended Complaint against several defendants, including Dahlstrom (Dkt. No. 1165). On March 23, 2016, Plaintiff filed a Fifth Amended Complaint against several defendants, including Dahlstrom (Dkt. No. 1420).

2. On October 15, 2014, Plaintiff filed a Motion for Entry of Default Against Dahlstrom (Dkt. No. 1056). On February 25, 2015, the Court entered a Clerk's Order for Entry of Default against Dahlstrom (Dkt. No. 1120).

3. Plaintiff has conducted follow-up corporate research, which indicates that Dahlstrom is out of business and is no longer a viable entity. As such, Plaintiff has agreed to voluntarily dismiss Dahlstrom without prejudice, each party to bear its own costs.

4. Such a dismissal will make the Clerk's Order for Entry of Default against Dahlstrom moot.

5. A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing Defendant Dahlstrom Display, Inc. from this cause without prejudice, each party to bear its own costs, which Order further indicates that the Clerk's Order for Entry of Default (Dkt. No. 1120) is moot, and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated: May 10, 2018    Respectfully submitted,

/s/ Matthew T. Merryman
Gary D. Justis            admitted *pro hac vice*
Rachel D. Guthrie         admitted *pro hac vice*
Matthew T. Merryman       admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
10955 Lowell Ave.
Suite 520
Overland Park, KS  66210-2336
Telephone:  (913) 955-3712
Facsimile:  (913) 955-3711
Email:  gjustis@justislawfirm.com
        rguthrie@justislawfirm.com
        mmerryman@justislawfirm.com

and

W. Fletcher McMurry Schrock (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
201 Broadway
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone: (270) 443-6511
Facsimile: (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2018, a copy of the foregoing Motion to Dismiss Defendant Dahlstrom Display, Inc. without Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

/s/ Matthew T. Merryman
Matthew T. Merryman