# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** )<br>)<br>     **Plaintiff,** )<br>)<br>v. )<br>)<br>**ACF INDUSTRIES LLC, et al.** )<br>)<br>     **Defendants.** )<br>) | Civil Action No. 5:12-CV-00127-GNS-HBB |

## ORDER

Upon the Motion to Dismiss Defendant Dahlstrom Display, Inc. without Prejudice, and for good cause shown, Dahlstrom Display, Inc. is dismissed from this cause without prejudice, each party to bear its own costs. Further, it is Ordered that the Clerk's Order for Entry of Default Against Dahlstrom (Dkt. No. 1120) is moot.

SO ORDERED this _____ day of _____ 2018.

_____
JUDGE GREGORY N. STIVERS
United States District Court