# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No. 5:12-CV-00127-** |
| ) | **GNS-HBB** |
| **ACF INDUSTRIES LLC, et al.** ) | |
| ) | |
| **Defendants.** ) | |

## MOTION TO DISMISS DEFENDANT
## VERTELLUS SPECIALTIES INC. WITHOUT PREJUDICE

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), respectfully moves this Court for an appropriate Order which dismisses Defendant Vertellus Specialties Inc. ("Vertellus") without prejudice from this cause. In support of this Motion, Plaintiff states as follows:

1. On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery, contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several defendants (Dkt. No. 1). On January 30, 2013, Plaintiff filed a First Amended Complaint against several defendants, including Vertellus (Dkt. No. 581). On March 29, 2013, Plaintiff filed a Second Amended Complaint against several defendants, including Vertellus (Dkt. No. 758). On February 27, 2014, Plaintiff filed a Third Amended Complaint against several defendants, including Vertellus (Dkt. No. 985). On June 4, 2015, Plaintiff filed a Fourth Amended Complaint against several defendants, including Vertellus (Dkt. No. 1165). On March 23, 2016, Plaintiff filed a Fifth Amended Complaint against several defendants, including Vertellus (Dkt. No. 1420).

2. Vertellus is one of the defendants that filed the Rule 12(b)(6) Motion to Dismiss Plaintiff's Second Amended Complaint on April 8, 2013 (Dkt. No. 776), which the court denied on February 7, 2014 (Dkt. No. 961).

3. Vertellus is one of the defendants that filed a Motion for Reconsideration or Alternatively Motion for Interlocutory Appeal or Motion to Stay Pending Outcome of Appeal on February 18, 2014 (Dkt. No. 971), which the court granted in part and denied in part on April 24, 2014 (Dkt. No. 1012).

4. Vertellus is one of the defendants that filed the Rule 12(b)(6) Motion to Dismiss Plaintiff's Third Amended Complaint on March 28, 2014 (Dkt. No. 1002), which the court granted on March 13, 2015 (Dkt. No. 1137), but clarified when granting Plaintiff's Motion for Reconsideration and for Leave to File an Amended Complaint, or Alternatively, Interlocutory Appeal (Dkt. No. 1164).

5. Vertellus is one of the defendants that filed the Rule 12(b)(6) Motion to Dismiss Plaintiff's Fourth Amended Complaint on June 18, 2015 (Dkt. No. 1168), which the court denied on November 4, 2015 (Dkt. No. 1191)

6. On December 30, 2015, Vertellus filed an Answer to the Fourth Amended Complaint (Dkt. No. 1250).

7. On April 20, 2016, Vertellus filed an Answer to the Fifth Amended Complaint and Counterclaim against the LWD PRP Group (Dkt. No. 1454).

8. On May 31, 2016, Vertellus filed a petition for Chapter 11 bankruptcy in the United States Bankruptcy Court for the District of Delaware in the case styled *In re: Vertellus Specialties Inc.*, Case No. 16-11290 (Bankr. D. Del.).

9. On July 19, 2016, Vertellus filed its Notice of Voluntary Bankruptcy (Dkt. No. 1495) in this case.

10. In light of the automatic Stay in bankruptcy proceedings, Plaintiff now files this Motion to Dismiss Vertellus from this cause without prejudice, each party to bear its own costs.

11. A proposed Order of Dismissal is attached as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order dismissing Defendant Vertellus from this cause without prejudice, each party to bear its own costs and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated: May 10, 2018

Respectfully submitted,

/s/ Matthew T. Merryman
Gary D. Justis            admitted *pro hac vice*
Rachel D. Guthrie         admitted *pro hac vice*
Matthew T. Merryman       admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
10955 Lowell Ave.
Suite 520
Overland Park, KS  66210-2336
Telephone:  (913) 955-3712
Facsimile:  (913) 955-3711
Email:  gjustis@justislawfirm.com
        rguthrie@justislawfirm.com
        mmerryman@justislawfirm.com

and

W. Fletcher McMurry Schrock (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
201 Broadway
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone: (270) 443-6511
Facsimile: (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

**CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2018, a copy of the foregoing Motion to Dismiss Defendant Vertellus Specialties Inc. without prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

/s/ Matthew T. Merryman
Matthew T. Merryman