IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 5:12-CV-00127-GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** | ) |
| **Defendants.** | ) |

## ORDER

Upon the Motion to Dismiss Defendant Bluegrass Incineration Services, LLC without Prejudice, and for good cause shown, Bluegrass Incineration Services, LLC is dismissed from this cause without prejudice, each party to bear its own costs. Further, it is Ordered that the Clerk's Order for Entry of Default Against Bluegrass Incineration (Dkt. No. 1029) is moot.

SO ORDERED this: May 14, 2018

**Greg N. Stivers, Judge
United States District Court**