IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| LWD PRP GROUP, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 5:12-CV-00127-GNS-HBB |
| ACF INDUSTRIES LLC, et al. | ) |
| Defendants. | ) |

## ORDER

Upon the Motion to Dismiss Defendant Dahlstrom Display, Inc. without Prejudice, and for good cause shown, Dahlstrom Display, Inc. is dismissed from this cause without prejudice, each party to bear its own costs. Further, it is Ordered that the Clerk's Order for Entry of Default Against Dahlstrom (Dkt. No. 1120) is moot.

SO ORDERED this: May 14, 2018

**Greg N. Stivers, Judge**
**United States District Court**