# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | )<br>) Civil Action No. 5:12-CV-00127-<br>) GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** | )<br>) |
| **Defendants.** | )<br>) |

## ORDER

Upon the Motion to Dismiss Defendant Vertellus Specialties Inc. without Prejudice, and for good cause shown, Vertellus Specialties Inc. is dismissed from this cause without prejudice, each party to bear its own costs.

SO ORDERED this: May 14, 2018

**Greg N. Stivers, Judge**
**United States District Court**