**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**

| | | |
|---|---|---|
| **LWD PRP GROUP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 5:12-CV-00127-** |
| | ) | **GNS-HBB** |
| **ACF INDUSTRIES LLC, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**ORDER**

Upon the Motion to Dismiss Defendant All American Group, Inc. with Prejudice, and for good cause shown, All American Group, Inc. is dismissed from this cause with prejudice, each party to bear its own costs. It is further ordered that the Clerk's Order for Entry of Default (Dkt. No. 1114) and Plaintiff's pending Motion for Entry of Default Judgment against All American Group, Inc. (Dkt. No. 1551) are both moot.

SO ORDERED this:   May 21, 2018

**Greg N. Stivers, Judge**
**United States District Court**