IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP** | |
| PLAINTIFF | Civil Action No. 5:12CV-00127-GNS |
| v. | JUDGE GREG N. STIVERS |
| **ACF INDUSTRIES, et al.** | |
| DEFENDANTS | |

# ORDER

A telephonic status conference was held on June 12, 2018 with the undersigned presiding. Participating in the telephonic status conference was Plaintiff's counsel, Gary D. Justis. These proceedings were digitally recorded via Court ECRO Jessica Mercer.

Plaintiff's counsel confirmed that once the final two motions at DN 1562 and DN 1565 are resolved, there are no further claims to resolve. The Court having ruled on DN 1562 and DN 1565;

**IT IS HEREBY ORDERED** that this case is **DISMISSED WITH PREJUDICE**. The Clerk shall strike this case from the active docket.

This is a final and appealable order.

Greg N. Stivers, Judge
United States District Court

June 15, 2018

Copies to:   Counsel of record

BG 0|07