# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No. 5:12-CV-00127-GNS-HBB** |
| ) | |
| **ACF INDUSTRIES LLC, et al.** ) | |
| ) | |
| **Defendants.** ) | |

## MOTION FOR ORDER DECLARING JUDGMENT FULLY SATISFIED AS TO DEFENDANTS MICROBAC LABORATORIES, INC.

Plaintiff LWD PRP Group ("Plaintiff"), by and through counsel and pursuant to Federal Rule of Civil Procedure 60(b)(5), respectfully moves this Court for an appropriate Order declaring the default judgment and declaratory judgment fully satisfied as to Defendant Microbac Laboratories, Inc. ("Microbac"). In support of this Motion, Plaintiff states as follows:

1. On August 31, 2012, Plaintiff filed a Complaint seeking cost-recovery, contribution and declaratory relief under CERCLA at the LWD Incinerator Site against several defendants, including Microbac (Dkt. No. 1). On January 30, 2013, Plaintiff filed a First Amended Complaint against several defendants, including Microbac (Dkt. No. 581). On March 29, 2013, Plaintiff filed a Second Amended Complaint against several defendants, including Microbac (Dkt. No. 758). On February 27, 2014, Plaintiff filed a Third Amended Complaint against several defendants, including Microbac (Dkt. No. 985). On June 4, 2015, Plaintiff filed a Fourth Amended Complaint against several defendants, including Microbac (Dkt. No. 1165). On March 23, 2016, Plaintiff filed a Fifth Amended Complaint against several defendants, including Microbac (Dkt. No. 1420).

2. On October 15, 2014, Plaintiff filed a Motion for Entry of Default Against Microbac (Dkt. No. 1077).

3. On February 25, 2015, the Court entered an Order for Entry of Default Against Microbac (Dkt. No. 1132).

4. On March 15, 2018, Plaintiff filed a Motion for Entry of Default Judgment as to Microbac (Dkt. No. 1559).

5. On June 6, 2018, the Court entered an Order Granting Default Judgment and Declaratory Judgment as to Microbac (Dkt. 1604).

6. Plaintiff has entered into a confidential settlement agreement with Microbac, which settles all claims and satisfies the default judgment and declaratory judgment between Plaintiff and Microbac for a sum certain and other valuable consideration exchanged between the parties.

7. Under the terms of the settlement agreement with Microbac, Plaintiff agreed to file a motion to request an appropriate Order from the Court declaring the default judgment and declaratory judgment fully satisfied.

8. A proposed Order is attached hereto as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an appropriate Order declaring the default judgment and declaratory judgment entered against Defendant Microbac Laboratories, Inc. fully satisfied, and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated: September 28, 2018

Respectfully submitted,

*/s/* Gary D. Justis

| Gary D. Justis | admitted *pro hac vice* |
| Rachel D. Guthrie | admitted *pro hac vice* |
| Matthew T. Merryman | admitted *pro hac vice* |

THE JUSTIS LAW FIRM LLC
10955 Lowell Ave.
Suite 520
Overland Park, KS  66210-2336
Telephone:  (913) 955-3712
Facsimile:  (913) 955-3711
Email:  gjustis@justislawfirm.com
         rguthrie@justislawfirm.com
         mmerryman@justislawfirm.com

and

W. Fletcher McMurry Schrock (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
201 Broadway
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone: (270) 443-6511
Facsimile: (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2018, a copy of the foregoing Motion for Order Declaring the Judgment Fully Satisfied as to Defendant Microbac Laboratories, Inc. was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

*/s/* Gary D. Justis
Gary D. Justis