# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** )<br>)<br>   **Plaintiff,** )<br>)<br>v. )<br>)<br>**ACF INDUSTRIES LLC, et al.** )<br>)<br>   **Defendants.** )<br>) | Civil Action No. 5:12-CV-00127-GNS-HBB |

## ORDER

Upon the Motion for Order Declaring Judgment Fully Satisfied as to Defendant Microbac Laboratories, Inc., and for good cause shown, it is ordered that the default judgment and declaratory judgment against Defendant Microbac Laboratories (Dkt. 1604) is fully satisifed.

SO ORDERED this _____ day of _____ 2018.

_____
JUDGE GREGORY N. STIVERS
United States District Court