# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 5:12-CV-00127-<br>) GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** | )<br>) |
| Defendants. | )<br>) |

## ORDER

Upon the Motion for Order Declaring Judgment Fully Satisfied as to Defendant Microbac Laboratories, Inc., and for good cause shown, it is ordered that the default judgment and declaratory judgment against Defendant Microbac Laboratories (Dkt. 1604) is fully satisifed.

SO ORDERED this: October 11, 2018

**Greg N. Stivers, Judge**
**United States District Court**