# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** )<br>  )<br>     **Plaintiff,** )<br>  )<br> **v.** )<br>  )<br> **ACF INDUSTRIES LLC, et al.** )<br>  )<br>     **Defendants.** )<br>  ) | Civil Action No. 5:12-CV-00127-GNS-HBB |

### GENERAL ELECTRIC COMPANY'S NOTICE OF CHANGE
### IN DESIGNATED NOTICE RECIPIENT UNDER CONSENT JUDGMENT

Pursuant to Paragraph 47 of the March 31, 2017 Consent Judgment entered in this matter, General Electric Company hereby changes its designated notice recipients as follows:

<u>As to GE:</u>

Monique Mooney
Executive Counsel
GE Global Operations
c/o Angelica Todd
1 River Road
Bldg. 5, 7th Floor West
Schenectady, NY 12345-6000
(203) 383-9015
monique.mooney@ge.com

William H. Haak
Haak Law LLC
12595 Bentbrook Drive
Chesterland, Ohio 44026
(216) 772-3532
whh@haaklawllc.com

On and after this date, all written communications to GE under the Consent Judgment shall be sent to the above-named recipients.

Respectfully submitted,

*/s/ E. Camile Yancey*
E. Camille Yancey (95291)
McMahon DeGulis LLP
812 Huron Road, Suite 650
Cleveland, Ohio 44115
Tel: (513) 258-2084
cyancey@mdllp.net

DATED:  September 28, 2020

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 28th day of September 2020, a copy of the foregoing document was filed electronically with the Court's CM/ECF system, which will send notification to all attorneys registered to receive such service. Parties may access this filing through the Court's electronic filing system.

*/s/ E. Camile Yancey*
E. Camille Yancey (95291)