IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:12-CV-127-GNS-HBB

LWD PRP GROUP                                                                                         PLAINTIFF

vs.

ACF INDUSTRIES, LLC, et al.                                                                DEFENDANTS

## CBS CORPORATION'S
## NOTICE OF CHANGE IN DESIGNATED NOTICE RECIPIENT
### (Electronically Filed)

Pursuant to Paragraph 47 of the March 31, 2017 Consent Judgment entered in this matter [DE #1519], CBS Corporation, which is now known as ViacomCBS Inc., hereby changes its designated notice recipients as follows:

<u>As to CBS</u>:

Jesse H. Sweet
VP, Assistant General Counsel
ViacomCBS Inc.
20 Stanwix Street, 10th Floor.
Pittsburgh, PA 15222-1384.
412-642-2585.
jesse.sweet@cbs.com

CBS Corporation changed its name to ViacomCBS Inc. in December 2019. On and after the date of this filing, all written communications to ViacomCBS, Inc. under the Consent Judgment shall be sent to the above-named recipients.

        WHITLOW, ROBERTS, HOUSTON & STRAUB PLLC
        Attorneys for ViacomCBS Inc.

    By:    */s/ Nicholas M. Holland*
            Nicholas M. Holland
            nholland@whitlow-law.com
            Post Office Box 995
            Paducah, Kentucky 42002-0995
            270-443-4516 (Telephone)
            270-443-4571 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of November 2020, I have filed the foregoing through the CM/ECF system, which will forward an electronic copy to the counsel of record.

I further certify that I have served the following non-ECF participants via first class mail:

All American Group, Inc.
Attn: Michael Healy
645 5th Avenue
New York, NY 10022

Andover Coils, LLC
Post Office Box 4848
Lafayette, Indiana 47903

Hannah Maritime Corporation
102 West Emerson
Arlington Heights, Illinois 60005

Relocatable Confinement Facilities
Attn: Ken Holloway
5119 Quinn Road
Vacaville, CA 95688

Zeller Technologies, Inc.
4250 Hoffmeister Avenue
St. Louis, Missouri 63125

*/s/ Nicholas M. Holland*
Nicholas M. Holland