# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 5:12-CV-00127- |
| ) | GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** ) | |
| ) | |
| Defendants. ) | |
| ) | |

### NOTICE OF CHANGE OF ADDRESS AND
### CONTACT INFORMATION FOR THE JUSTIS LAW FIRM LLC

Plaintiff USOR Site PRP Group respectfully submits this Notice of Change of Address and Contact Information for Plaintiff's counsel, Gary D. Justis and The Justis Law Firm LLC, as follows:

>Gary D. Justis, Esq.
>The Justis Law Firm LLC
>P.O. Box 3408
>Crested Butte, CO  81224
>Telephone: (970) 248-8360
>Facsimile: (970) 248-8386
>Email: gjustis@justislawfirm.com

Dated: September 19, 2022          Respectfully submitted,

/s/ Gary D. Justis
Gary D. Justis           admitted *pro hac vice*
THE JUSTIS LAW FIRM LLC
P.O. Box 3408
Crested Butte, CO  81224
Telephone:  (970) 248-8360
Facsimile:  (970) 248-8386
Email:  gjustis@justislawfirm.com

and

W. Fletcher McMurry Schrock (Ky. Bar# 62283)
MCMURRY & LIVINGSTON, PLLC
201 Broadway
P.O. Box 1700
Paducah, Kentucky  42002-1700
Telephone: (270) 443-6511
Facsimile: (270) 443-6548
Email:  fletch@ml-lawfirm.com

ATTORNEYS FOR PLAINTIFF LWD PRP GROUP

### CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2022, a copy of the foregoing Notice of Change of Address and Contact Information for The Justis Law Firm LLC was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

/s/ Gary D. Justis
Gary D. Justis