# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **LWD PRP GROUP,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) )  Civil Action No. 5:12-CV-00127-GNS-HBB |
| **ACF INDUSTRIES LLC, et al.** | ) ) |
| **Defendants.** | ) ) |

## NOTICE OF SATISFACTION OF JUDGMENT

Plaintiff LWD PRP Group ("LWD PRP Group") has resolved all claims against all Consent Judgment Defendants Baker Hughes Inc.; ViacomCBS, Inc. a/k/a Viacom Inc. and CBS Corporation; General Electric Company, a/k/a Savant Systems, Inc., a Delaware Corporation; Bayer CropScience, Inc; Bayer Healthcare, LLC; Interez, Inc.; Hi-Tek, Polymers; Stauffer Chemical Co. (NPL) (Stauffer Mgmt. Co.); Berlex Laboratories; Miles Laboratories, Inc.-Ames Division; Ingersoll-Rand Company and Trane US, Inc.; Cycle Chem, Inc.; Drug & Laboratory Disposal, Inc.; PDC Laboratories, Inc. and Peoria Disposal Company; Perma-Fix Environmental Services, Inc.; Rail Services, Inc.; Van Dyne & Crotty Co. d/b/a Spirit Services Co. of Ohio; and Wheeler Lumber, LLC (collectively "Consent Judgment Defendants"). As such, Plaintiff is respectfully submitting this Notice of Satisfaction of Judgment, and in support thereof, briefly states as follows.

1. On August 31, 2012, the LWD PRP Group filed a Complaint, seeking the recovery of past and future response costs incurred and to be incurred by the LWD PRP Group for response activities undertaken and to be undertaken at the LWD Incinerator Site ("Site"). *See* Dkt. No. 1.

2. On March 31, 2017, the LWD PRP Group and the Consent Judgment Defendants agreed to resolve their claims against each other without the need for litigation by entry of a Consent Judgment without trial or adjudication of any issue of fact or law. *See* Dkt. No. 1519.

3. By the terms of the Consent Judgment, the Consent Judgment Defendants remained obligated to pay and did pay, their allocated shares of the past response costs incurred at the Site by the LWD PRP Group, and further, remained obligated to pay on an annual basis, their allocated shares of the response costs incurred at the Site by the LWD PRP Group. *Id.*

4. The LWD PRP Group and the Consent Judgment Defendants have agreed to resolve the obligations of the Consent Judgment Defendants to pay their allocated share of response costs incurred at the Site by the LWD PRP Group by payment of fixed and specific sums to fully and completely settle the Consent Judgment Defendants' liability under the Consent Judgment.

5. Consent Judgment Defendants have each made their settlement payments, satisfying their obligations under their respective settlement agreements, and therefore the LWD PRP Group hereby notifies the Court that each and every one of the Consent Judgment Defendants has satisfied the Consent Judgment.

Dated: September 19, 2022　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/* Gary D. Justis
　　　　　　　　　　　　　　　　　　　　Gary D. Justis　　　　admitted *pro hac vice*
　　　　　　　　　　　　　　　　　　　　THE JUSTIS LAW FIRM LLC
　　　　　　　　　　　　　　　　　　　　P.O. Box 3408
　　　　　　　　　　　　　　　　　　　　Crested Butte, CO  81224
　　　　　　　　　　　　　　　　　　　　Telephone:  (970) 248-8360
　　　　　　　　　　　　　　　　　　　　Facsimile:  (970) 248-8386
　　　　　　　　　　　　　　　　　　　　Email: gjustis@justislawfirm.com

　　　　　　　　　　　　　　　　　　　　　　and

　　　　　　　　　　　　　　　　　　　　W. Fletcher McMurry Schrock (Ky. Bar# 62283)
　　　　　　　　　　　　　　　　　　　　MCMURRY & LIVINGSTON, PLLC
　　　　　　　　　　　　　　　　　　　　201 Broadway
　　　　　　　　　　　　　　　　　　　　P.O. Box 1700
　　　　　　　　　　　　　　　　　　　　Paducah, Kentucky  42002-1700
　　　　　　　　　　　　　　　　　　　　Telephone: (270) 443-6511
　　　　　　　　　　　　　　　　　　　　Facsimile: (270) 443-6548
　　　　　　　　　　　　　　　　　　　　Email:  fletch@ml-lawfirm.com

　　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF LWD PRP
　　　　　　　　　　　　　　　　　　　　GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2022, a copy of the foregoing Notice of Satisfaction of Judgment was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's Electronic Case Filing System.

　　　　　　　　　　　　　　　　　　　　*/s/* Gary D. Justis
　　　　　　　　　　　　　　　　　　　　Gary D. Justis